IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certifications, counsel moves the

admissions pro hac vice of Israel Sasha Mayergoyz, David A. Nelson, and Neilesh R. Patel, of

Latham & Watkins LLP, 233 S. Wacker Drive, Suite 5800, Chicago, IL, 60606, and Steven C.

Cherny, of Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY, 10022 to

represent Lucent Technologies Inc. in this matter.

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendant*
  *Lucent Technologies Inc.*

Dated: March 7, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2005        _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Israel Sasha Mayergoyz, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Israel Sasha Mayergoyz
Latham & Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

Dated: March 7, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, David A. Nelson, certify that I am eligible for

admission to this Court, am admitted, practicing and in good standing as a member of the Bar of

the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct which occurs in the preparation or course of this action. I also

certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order

for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00

has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted

to the Clerk's Office upon the filing of this motion.

David A. Nelson
Latham & Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

Dated: March 7, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Neilesh R. Patel, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Neilesh R. Patel
Latham & Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

Dated: March _4_, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Steven C. Cherny, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Phone: (212) 906-1200
Fax: (212) 751-4864

Dated: March 7, 2005

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on March 7, 2005, a true and correct copy of the

foregoing *Motion and Order for Admission Pro Hac Vice* was caused to be electronically filed

with the Clerk of the Court using CM/ECF, which will send notification of such filing:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899

I further certify that on March 7, 2005, a copy of the foregoing *Motion and Order for*

*Admission Pro Hac Vice* was caused to be served on the following counsel of record in the

manner indicated:

> **BY HAND DELIVERY**
> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> **BY FEDERAL EXPRESS**
> Don O. Burley, Esquire
> Finnegan Henderson Farabow
>  Garrett & Dunner LLP
> 1300 I Street, NW
> Washington, DC  20005-3315

YOUNG CONAWAY STARGATT & TAYLOR LLP

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Dated: March 7, 2005    *Attorneys for Defendant Lucent Technologies Inc.*