IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Lucent Technologies, Inc., certifies that copies of Defendant Lucent Technologies, Inc.'s Objections and Responses to Telcordia Technologies Inc.'s First Set of Interrogatories were caused to be served upon Plaintiff Telcordia Technologies, Inc. on May 11, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005

Erik R. Puknys, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.

700 Hansen Way
Palo Alto, California, 94304

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 11, 2005 upon the following counsel of record in the manner indicated:

### BY E-FILING and HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005

Erik R. Puknys
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
700 Hansen Way
Palo Alto, California, 94304

                    YOUNG CONAWAY STARGATT & TAYLOR LLP

                    _/s/_____
                    John W. Shaw (No. 3360)
                    Glenn C. Mandalas (No. 4432)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19899
                    Attorneys for Plaintiff
                    gmandalas@ycst.com

                    Attorneys for Lucent Technologies Inc.

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
Latham & Watkins LLP
233 S. Waker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 11, 2005