IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Lucent Technologies, Inc., caused copies of Defendant Lucent Technologies Inc.'s Second Request for the Production of Documents and Things to Plaintiff Telcordia Technologies, Inc. on June 8, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005

Erik R. Puknys, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
700 Hansen Way
Palo Alto, California, 94304

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 8, 2005 upon the following counsel of record in the manner indicated:

**BY E-FILING and HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005

Erik R. Puknys
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, L.L.P.
700 Hansen Way
Palo Alto, California, 94304

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
John W. Shaw (No. 3360)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
Attorneys for Plaintiff
jshaw@ycst.com

Attorneys for Lucent Technologies Inc.

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
Latham & Watkins LLP
233 S. Waker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: June 8, 2005