IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) Civil Action No. 04-875-GMS <br> LUCENT TECHNOLOGIES, INC., ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Telcordia Technologies, Inc. and defendant Lucent Technologies, Inc. ("Lucent") hereby stipulate and agree, subject to the approval of the Court, that:

1. Pursuant to Fed. R. Civ. P. 15(a), the parties have agreed that plaintiff may file its First Amended Complaint in the form attached hereto at Tab A. For reference, a blacklined version of the amended pleading is attached at Tab B.

2. To provide time for defendant Lucent to begin its investigation of its defenses to plaintiff's First Amended Complaint, Lucent shall answer, move, or otherwise respond to the First Amended Complaint on August 3, 2005.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ John G. Day* | */s/ John Shaw* |
| Steven J. Balick (I.D. #2114) <br> John G. Day (I.D. #2403) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> 302-654-1888 | John Shaw (I.D. #3362) <br> The Brandywine Building <br> 1000 West St., 17th Floor <br> Wilmington, DE 19801 <br> 302-571-6600 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____, 2005

_____
United States District Judge

158510.1