IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David C. McKone to represent Defendants Lucent Technologies Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/*

John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
Attorneys for Lucent Technologies Inc.

Dated: June 21, 2005

-2-

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission <u>pro</u> <u>hac</u> <u>vice</u> of David C. McKone is granted.

Date: June ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, __David C. McKone__, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of ___Illinois, Virginia, and District of Columbia___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ David C. McKone
David C. McKone
LATHAM & WATKINS
233 S. Wacker Dr., Suite 5800
Chicago, IL 60606

Dated: June __7__, 2005

CH\766390.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on June 21, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

### BY HAND DELIVERY

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Donald R. Dunner, Esquire
> Finnegan, Henderson, Farabow,
>     Garrett, & Dunner, L.L.P.
> 1300 I Street, N.W.
> Washington, D.C. 20005

> Erik R. Puknys, Esquire
> Finnegan, Henderson, Farabow,
>     Garrett, & Dunner, L.L.P.
> 700 Hansen Way
> Palo Alto, California, 94304

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3360)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
jshaw@ycst.com

**COURTESY COPIES TO:**

Jack B. Blumenfeld, Esquire  (by hand delivery)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Edward R. Reines, Esquire (by Federal Express)
Weil, Gotshal & Manges
Silicon Valley
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Josy W. Ingersoll, Esquire (by hand delivery)
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Stuart Sinder, Esquire (by Federal Express)
Kenyon & Kenyon
One Broadway
New York, NY  10004