# EXHIBIT B

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |                    Glossary

Search

[          ] [Go]
Advanced search

**Lucent Techn**
Bell Lab

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions &
Products

[          ]
[Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- Access Interface Unit (AIU) for Service Providers
- Access Interface Unit Expansion (EAIU) for Service Providers
- Access Interface Unit Hardened Remote (HRAIU) for Service Providers
- Access Point® 50 IP Services Router for Service Providers
- Access Point® 300 IP Services Router for Enterprises
- Access Point® 300 IP Services Router for Service Providers
- Access Point® 600 IP Services Router for Enterprises
- Access Point® 600 IP Services Router for Service Providers
- Access Point® 1500 IP Services Router for Enterprises
- Access Point® 1500 IP Services Router for Service Providers
- Access Point® QVPN Builder® for Service Providers
- Access Point® Software Feature Packages for Service Providers
- ACE - GSM-Spares 900 MHz
- ACE - GSM-Spares 1800 MHz
- ACE - GSM-Spares 1900 MHz
- Advanced Communications Package (ACP) for Service Providers
- Advanced Intelligent Network (AIN) Toll Free Service
- Advanced Reporting Package
- Advanced Services Interface - Proxy RTU
- Advanced Services Platform (ASP) End User Interface for Service Providers
- Advanced Services Platform (ASP) Enhanced Billing Capabilities for Service Providers
- Advanced Services Platform (ASP) for Service Providers
- Advanced Services Platform (ASP) Intelligent Peripheral Interfaces for Serv Providers
- Advanced Services Platform (ASP) Interworking for Service Providers
- Advanced Services Platform (ASP) Mid-Call Events for Service Providers
- Advanced Services Platform (ASP) Originating Busy and No Answer Capabil Service Providers
- Advanced Services Platform (ASP) Routing for Service Providers
- AEM Server Software /CD-ROM
- Aggregating DSL Services for Service Providers
- AIN Announcement ID Expansion RTU
- AIN Send to Outside Resource RTU
- AIN Toll Free Phases 1 & 2 RTU
- AINET LASS-Intelligent Peripheral GAP Interworking RTU
- Alarm Cable
- Always On / Dynamic ISDN (AODI) for Service Providers
- AMA Recording for BLNA AIN Call RTU
- AnyMedia Access System Shelf - 30 Chl.
- AnyMedia Management Interface Software
- AnyMedia System RTU'S
- AnyMedia® Access System - 24 Channel for Service Providers
- AnyMedia® Access System - 30 Channel for Service Providers
- AnyMedia® Line Access Gateway for Service Providers
- AnyPath® Content Delivery System for Service Providers
- AnyPath® Messaging System for Service Providers
- AnyPath® Multimedia Messaging Service Center (MMSC) for Service Provid
- Applications Integration for Government
- Applications Integration for Service Providers
- Applications Processor TMS-5 and TMS-CDX for Service Providers
- APX® 1000 Universal Gateway for Service Providers
- APX® 8000 Universal Gateway for Service Providers

- APX® 8100 Universal Gateway for Service Providers
- ASI Proxy Enhancements RTU
- ASP Base Platform for AIN 0.1 RTU
- ASP Busy/No Answer Subsequent Event Detection RTU
- ASP Call Routing Parameters RTU
- ASP Default Routing for 3/6/10 Digit Triggers (Phase 1) RTU
- ASP Default Routing/Termination Attempt Trigger RTU
- ASP Dialed Number Trigger (DNT) Pre-Query Screening RTU
- ASP Distinctive Ringing RTU
- ASP Interworking w/ ISDN Voice RTU
- ASP Interworking with CSD RTU
- ASP Interworking with Station Message Detail Recording RTU
- ASP Multiple Rate Center Support Enhancements RTU
- ASP Multiple Rate Center Support RTU
- ASP Network Element Services Signaling RTU
- ASP OHD Trigger Interactions RTU
- ASP Orig BLNA Triggers/Ext Ring RTU
- ASP Platform for Number Portab RTU
- ASP Terminating Busy/No Answer Triggers and Subsequent Event Detection
- ATM Access Services for Service Providers
- ATM COMDAC

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |    Glossary



**Search**

[_____] [Go]

**Advanced search**

Solutions and Products

  for Service Providers

  for Enterprises

  for Government

  for Cable Operators

How to Buy

Search Solutions & Products

[_____] [Go]

**Lucent Techn**
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name ...
that you would like to find, select the first letter of its name from the menu below or pe...
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

🗅 **Base Station Controller Frame (BCF-2000) for Service Providers**
🗅 **Blank Faceplate**
🗅 **Broadband Access Interface Unit (BAIU) for Service Providers**
🗅 **Broadband Access Interface Unit Expansion (BEAIU) for Service Providers**
🗅 **Broadband Remote Access Interface Unit (BRAIU) – International for Servic...**
    **Providers**
🗅 **Broadband Software**
🗅 **BZ5000 Switch for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Lucent Techr
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or per search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- **CA Migration Application (CAMA) for Service Providers**
- **Cabinet** - GSM-Spares 900 MHz
- **Cabinet** - GSM-Spares 1800 MHz
- **Cabinet** - GSM-Spares 1900 MHz
- **Cabinets** - GSM-Spares 900 MHz
- **Cabinets** - GSM-Spares 900 MHz
- **Cabinets** - GSM-Spares 1800 MHz
- **Cabinets** - GSM-Spares 1800 MHz
- **Cabinets** - GSM-Spares 1900 MHz
- **Cabinets** - GSM-Spares 1900 MHz
- **Cable Assembly** - GSM-Site Material 900 MHz
- **Cable Assembly** - GSM-Site Material 900 MHz
- **Cable Assembly** - GSM-Site Material 900 MHz
- **Cable Assembly** - GSM-Site Material 1800 MHz
- **Cable Assembly** - GSM-Site Material 1800 MHz
- **Cable Assembly** - GSM-Site Material 1800 MHz
- **Cable Modem Aggregation Solution for Service Providers**
- **Cable Package – MDF Connectorized**
- **Cable Package – MDF Open Ended**
- **Call Sender Rebound for Service Providers**
- **Caller Application (CA) for Service Providers**
- **CBX 500® Multiservice WAN Switch for Service Providers** - Flexent® and Aut CDMA2000® and CDMA Network Applications / Mobility Products
- **CBX 500® Multiservice WAN Switch for Service Providers** - Multiservice Switc Routing Products / Multiservice Switching & Routing Products
- **CBX 500® Multiservice WAN Switch for Service Providers** - UMTS Solutions / Products
- **CBX 3500™ Multiservice Edge Switch for Service Providers** - Multiservice Swit Routing Products / Multiservice Switching & Routing Products
- **CBX 3500™ Multiservice Edge Switch for Service Providers** - UMTS Solutions , Products
- **CellPipe® Product Portfolio**
- **ClientCare® Contact Center Solutions for Enterprises**
- **ClientCare® Contact Center Solutions for Government**
- **ClientCare® Contact Center Solutions for Service Providers**
- **Common** - GSM-Spares 900 MHz
- **Common** - GSM-Spares 1800 MHz
- **Common** - GSM-Spares 1900 MHz
- **Common Data and Control (COMDAC)**
- **Communication Interface Unit (CIU)**
- **Communications Assistance for Law Enforcement Act (CALEA) for Service P**
- **Connector / Plug** - GSM-Site Material 900 MHz
- **Connector / Plug** - GSM-Site Material 1800 MHz

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |                    Glossary

**Search**

[_____] [Go]

**Advanced search**

**Solutions and Products**

 for Service Providers

 for Enterprises

 for Government

 for Cable Operators

**How to Buy**

Search Solutions &
Products

[_____]

[Go]

**Lucent Techn**

Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- **DACS II (Digital Access Cross-Connect System) for Service Providers**
- **DACS II Core for Service Providers**
- **DACS II Management System for Service Providers**
- **Data Cable** - GSM-Site Material 900 MHz
- **Data Cable** - GSM-Site Material 900 MHz
- **Data Cable** - GSM-Site Material 900 MHz
- **Data Cable** - GSM-Site Material 1800 MHz
- **Data Cable** - GSM-Site Material 1800 MHz
- **Data Cable** - GSM-Site Material 1800 MHz
- **Data Collection System for Service Providers**
- **DDM-2000 Multiplexer Solutions for Service Providers**
- **Design Engineering for Service Providers**
- **DFU** - GSM-Spares 900 MHz
- **DFU** - GSM-Spares 1800 MHz
- **DFU** - GSM-Spares 1900 MHz
- **Distinctive Remote Module (DRM) for Service Providers**
- **DNU-S (Digital Networking Unit - SONET) for Service Providers**
- **Documentation** - GSM-Spares 900 MHz
- **Documentation** - GSM-Spares 1800 MHz
- **Documentation** - GSM-Spares 1900 MHz
- **DS1 Cable Package**
- **DS1 Shielded Connector**
- **Dynamic Provisioner for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |

Glossary

**Search**

[          ] [Go]

Advanced search

**Lucent Techr**
Bell Lab:

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[                ]
[Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name of that you would like to find, select the first letter of its name from the menu below or per search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- ▶ **E1 Interface Unit (IO_E1)**
- ▶ **Easy Service Setup** - Flexent® and Autoplex® CDMA2000® and CDMA Network Applications / Mobility Products
- ▶ **Easy Service Setup** - UMTS Solutions / Mobility Products
- ▶ **Enclosed Structure Solution for Service Providers**
- ▶ **ENDFORCE Enterprise™ Secure Network Access Control for Enterprises**
- ▶ **Engineering Service, Basic Configuration and Order Processing for Service I**
- ▶ **Enhanced Control Server (eCS) for Service Providers**
- ▶ **Enhanced Frame Relay Solution for Service Providers**
- ▶ **Enhanced Media Resource Server (eMRS) for Service Providers**
- ▶ **Enhanced Services Authoring Environment (eSAE) for Service Providers**
- ▶ **Enhanced Services Card Services for Service Providers**
- ▶ **Enhanced Services Manager (eSM) for Service Providers**
- ▶ **Equipment Engineering for Service Providers**
- ▶ **Equipment Installation for Service Providers**
- ▶ **Extended Switching Module (EXM) for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | Glossary

**Search**
[_____] [Go]
Advanced search

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products
[_____]
[Go]

**Lucent Techr**
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- Fast Ethernet Switch Card
- Field Engineering for Service Providers
- Flexent ® CDMA 450 MHz Modular Base Station Compact
- Flexent® CDMA 450 MHz Modular Base Station for Service Providers
- Flexent® CDMA450 Modcell ES
- Flexent® GSM Macrocell for Service Providers
- Flexent® High Density 4.0 for Service Providers
- Flexent® Mobility Server for Service Providers
- Flexent® Modular Cell 3.0 for Service Providers
- Flexent® Modular Cell 4.0 Compact for Service Providers
- Flexent® Modular Cell 4.0 for Service Providers
- Flexent® Operations & Management Platform (OMP-FX) for Service Provide
  Flexent® and Autoplex® CDMA2000® and CDMA Network Applications / Mobility Pr
- Flexent® Operations & Management Platform (OMP-FX) for Service Provide
  Flexent® and AutoPlex® TDMA Network Applications / Mobility Products
- Flexent® Radio Network Controller (RNC) for Service Providers
- Flexent® UMTS Macrocell Base Station Family
- Flexible Alerting for Service Providers

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.







Home    **Solutions and Products**    Customer Support | Bell Labs | About Lucent |    Glossary

Search

[          ] [Go]
**Advanced search**

**Lucent Techr**
Bell Labs

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions &
Products

[          ] [Go]

**Catalog index**

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- ▣ **IAD-POTS+2 Derived Voice+Data**
- ▣ **IM Notification**
- ▣ **iMerge® Network-based Call Signaling Gateway for Service Providers**
- ▣ **iMerge® Centrex Feature Gateway for Service Providers**
- ▣ **Intelligent Networks Service Switching Point (IN-SSP) for Service Provider**
- ▣ **IP Centrex Solution for Service Providers**
- ▣ **IP Multicast Solution for Service Providers**
- ▣ **IP Multimedia Subsystem (IMS) for Service Providers**
- ▣ **ISDN 4B3T application Pack (LPU430)**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |    Glossary

Search

[          ] [Go]
Advanced search

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[          ] [Go]

**Lucent Techr**
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name (
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

□ **Juniper Networks E-Series™ Router Portfolio for Service Providers**
□ **Juniper Networks M-Series™ Router Portfolio for Service Providers**
□ **Juniper Networks T-Series™ Router Portfolio for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

| Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | | Glossary |

**Search**

[_____] Go

Advanced search

**Lucent Techr**
Bell Lab:

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions &
Products

[_____]
Go

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- ▶ **LambdaUnite® Multiservice Switch (MSS) for Government**
- ▶ **LambdaUnite® MultiService Switch (MSS) for Service Providers** - Core Optica Switching / Optical Networking
- ▶ **LambdaUnite® MultiService Switch (MSS) for Service Providers** - Metro Core Optical Networking
- ▶ **LambdaUnite® MultiService Switch (MSS) for Service Providers** - Metro Ethe Transport / Optical Networking
- ▶ **LambdaUnite® MultiService Switch (MSS) for Service Providers** - Optical Bar Management / Optical Networking
- ▶ **LambdaUnite® MultiService Switch (MSS) for Service Providers** - SONET & S Multiplexers / Optical Networking
- ▶ **LambdaXtreme™ Transport for Government**
- ▶ **LambdaXtreme™ Transport for Service Providers** - Core DWDM Transport / Op Networking
- ▶ **LambdaXtreme™ Transport for Service Providers** - Wavelength Services / Opti Networking
- ▶ **Long Distance/Toll Services**
- ▶ **LPA4XX Series-AnyMedia® Application Packs**
- ▶ **LPA9XX ATM Feeder Multiplexer (AFM) Packs Description**
- ▶ **LPA400( ) ADSL Application Packs**
- ▶ **LPA901 and LPA911 ATM Feeder Multiplexer (AFM) Packs**
- ▶ **LPA920 ATM Feeder Multiplexer (AFM) Packs**
- ▶ **LPA941 and LPA942 ATM Feeder Multiplexer (AFM) Packs**
- ▶ **LPP100x Z-Line with PPM Pack**
- ▶ **LPS504 HDSL Application Pack**
- ▶ **LPS510 SHDSL Application Pack**
- ▶ **LPS702 Application Pack**
- ▶ **LPS716 Application Pack**
- ▶ **LPU112 U Interface 12 Line Pack**
- ▶ **LPZ100x Line POTS-Z Pack**
- ▶ **LPZ110 POTS w/integrated splitters**
- ▶ **LPZ120B POTS Application Pack (Zeus pk for China Mkt.)**
- ▶ **LPZ121B POTS Application Pack- (Brazil and Taiwan mkts.)**
- ▶ **LPZ122B POTS Application Pack(India, Poland...Mkts)**
- ▶ **Lucent Classic Products - RE-USE**
- ▶ **Lucent Communication Manager**
- ▶ **Lucent Communication Manager for Government**
- ▶ **Lucent Compact Switch**
- ▶ **Lucent Customer Service Manager (CSM) for Service Providers** - Navis® Opti Management Solutions / Optical Networking
- ▶ **Lucent Customer Service Manager (CSM) for Service Providers** - Network Ma Software / Network Management Software
- ▶ **Lucent Dynamic Network Analyzer (DNA) for Service Providers** - Navis® Opt Management Solutions / Optical Networking
- ▶ **Lucent Dynamic Network Analyzer (DNA) for Service Providers** - Network Ma Software / Network Management Software
- ▶ **Lucent Gateway GPRS Support Node (GGSN) for Service Providers**
- ▶ **Lucent IPSec Client for Enterprises**
- ▶ **Lucent IPSec Client for Government**
- ▶ **Lucent IPSec Client for Service Providers**
- ▶ **Lucent Network Gateway**
- ▶ **Lucent Security Management Server (LSMS) for Enterprises**
- ▶ **Lucent Security Management Server (LSMS) for Service Providers**

- **Lucent Security Management Server for Government**
- **Lucent Serving GPRS Support Node for UMTS (SGSN) for Service Providers**
- **Lucent Session Manager**
- **Lucent Softswitch for Service Providers**
- **Lucent Super - Distributed Home Location Register (S-DHLR) for Service Pr**
- **Lucent Technologies ADSL IP DSLAM for Service Providers**
- **Lucent Voice Player for Service Providers**
- **Lucent® Exptools**
- **Lucent® nmake Product Builder**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |          Glossary

**Search**

[        ] Go

Advanced search

**Solutions and Products**

for Service Providers

for Enterprises

for Government

for Cable Operators

**How to Buy**

Search Solutions &
Products

[        ] Go

**Lucent Techn**
Bell Lab:

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name of
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- Mailbox Provisioner for Service Providers
- Maintenance Services for Service Providers
- MAX TNT® Universal Gateway for Service Providers
- Media Delivery Solution for Service Providers
- Message Mediator for Service Providers
- Messaging Link™ for Service Providers
- Metropolis® ADM MultiService Mux - Access Node and CPE Devices / Optical Net
- Metropolis® ADM MultiService Mux - Metro Core Node / Optical Networking
- Metropolis® ADM MultiService Mux - Metro Ethernet Transport / Optical Networl
- Metropolis® ADM MultiService Mux - Metro Hub Node / Optical Networking
- Metropolis® ADM MultiService Mux - SONET & SDH Multiplexers / Optical Netwc
- Metropolis® AM for Service Providers - Access Node and CPE Devices / Optical
  Networking
- Metropolis® AM for Service Providers - Metro Core Node / Optical Networking
- Metropolis® AM for Service Providers - Metro Ethernet Transport / Optical Netw
- Metropolis® AMS for Service Providers - Access Node and CPE Devices / Optica
  Networking
- Metropolis® AMS for Service Providers - Metro Core Node / Optical Networking
- Metropolis® AMS for Service Providers - Metro Ethernet Transport / Optical Net
- Metropolis® AMS for Service Providers - Metro Hub Node / Optical Networking
- Metropolis® AMU - Access Node and CPE Devices / Optical Networking
- Metropolis® AMU - Metro Core Node / Optical Networking
- Metropolis® AMU - Metro Ethernet Transport / Optical Networking
- Metropolis® AMU - Metro Hub Node / Optical Networking
- Metropolis® AMU - SONET & SDH Multiplexers / Optical Networking
- Metropolis® DMX Access Multiplexer for Government - Data Center & Storage
  Networking / Optical Networking
- Metropolis® DMX Access Multiplexer for Government - Metro Ethernet Transp
  Optical Networking
- Metropolis® DMX Access Multiplexer for Service Providers - Access Node and
  Devices / Optical Networking
- Metropolis® DMX Access Multiplexer for Service Providers - Data Center & St
  Networking / Optical Networking
- Metropolis® DMX Access Multiplexer for Service Providers - Metro Ethernet T
  Optical Networking
- Metropolis® DMX Access Multiplexer for Service Providers - Metro Hub Node
  Networking
- Metropolis® DMXplore Access Multiplexer for Enterprises
- Metropolis® DMXplore Access Multiplexer for Government
- Metropolis® DMXplore Access Multiplexer for Service Providers
- Metropolis® DMXtend Access Multiplexer for Government - Access Node and
  Devices / Optical Networking
- Metropolis® DMXtend Access Multiplexer for Government - Data Center & Stc
  Networking / Optical Networking
- Metropolis® DMXtend Access Multiplexer for Service Providers - Access Nodε
  Devices / Optical Networking
- Metropolis® DMXtend Access Multiplexer for Service Providers - Data Center
  Storage Networking / Optical Networking
- Metropolis® DMXtend Access Multiplexer for Service Providers - Metro Ether
  Transport / Optical Networking
- Metropolis® Enhanced Optical Networking (EON) for Enterprises
- Metropolis® Enhanced Optical Networking (EON) for Service Providers - Da
  & Storage Networking / Optical Networking

- **Metropolis® Enhanced Optical Networking (EON) for Service Providers - Me** Node / Optical Networking
- **Metropolis® Enhanced Optical Networking (EON) for Service Providers - Me** Ethernet Transport / Optical Networking
- **Metropolis® Enhanced Optical Networking (EON) for Service Providers - Me** Node / Optical Networking
- **Metropolis® Enhanced Optical Networking (EON) for Service Providers - Wa** Services / Optical Networking
- **Metropolis® Multi-Rate Transponder for Service Providers - Access Node and** Devices / Optical Networking
- **Metropolis® Multi-Rate Transponder for Service Providers - Data Center & St** Networking / Optical Networking
- **Metropolis® Multi-Rate Transponder for Service Providers - Metro Hub Node** Networking
- **Metropolis® Multi-Rate Transponder for Service Providers - Metropolis® Wav** Extension Solution / Optical Networking
- **Metropolis® Multi-Rate Transponder for Service Providers - Wavelength Serv** Optical Networking
- **Metropolis® Multi-Wavelength Optical Amplifier (OA) for Service Providers** Core Node / Optical Networking
- **Metropolis® Multi-Wavelength Optical Amplifier (OA) for Service Providers** Hub Node / Optical Networking
- **Metropolis® Multi-Wavelength Optical Amplifier (OA) for Service Providers** Metropolis® Wavelength Extension Solution / Optical Networking
- **Metropolis® Passive WDM System for Enterprises**
- **Metropolis® Passive WDM System for Service Providers**
- **Metropolis® Wavelength Extension Solution for Service Providers - Access N** CPE Devices / Optical Networking
- **Metropolis® Wavelength Extension Solution for Service Providers - Data Cer** Storage Networking / Optical Networking
- **Metropolis® Wavelength Extension Solution for Service Providers - Metro Co** Optical Networking
- **Metropolis® Wavelength Extension Solution for Service Providers - Metro Hu** Optical Networking
- **Metropolis® Wavelength Extension Solution for Service Providers - Wavelen** Services / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Enterprises**
- **Metropolis® Wavelength Services Manager (WSM) for Government**
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - A** Node and CPE Devices / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - D** & Storage Networking / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - M** Node / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - M** Ethernet Transport / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - M** Node / Optical Networking
- **Metropolis® Wavelength Services Manager (WSM) for Service Providers - W** Services / Optical Networking
- **MiLife® Intelligent Services Gateway for Service Providers**
- **MiLife® Short Message Service Center for Service Providers**
- **MiLife® SurePay® Solutions Suite for Service Providers**
- **MiLife® VoiceXML Gateway for Service Providers**
- **MiRingBack**
- **Misc. - GSM-Site Material 900 MHz**
- **Misc. - GSM-Site Material 900 MHz**
- **Misc. - GSM-Site Material 900 MHz**
- **Misc. - GSM-Site Material 1800 MHz**
- **Misc. - GSM-Site Material 1800 MHz**
- **Misc. - GSM-Site Material 1800 MHz**
- **Missed Call for Service Providers**
- **Mobile Messaging for Service Providers**
- **MPLS Virtual Private Networks for Service Providers**
- **Multimedia Messaging for Service Providers**
- **Multiplex Access Interface Unit (XAIU) for Service Providers**
- **MultiVoice® Voice-over-IP Solution**
- **MXOS™ Multiservice Switch Operating Software for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement

Copyright © 2005 Lucent Technologies. All rights reserved.

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |      Glossary

Search

[_____] [Go]

Advanced search

**Solutions and Products**

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions &
Products

[_____]

[Go]

**Lucent Techn**
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name of
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- **Narrowband Software**
- **Navis AnyMedia Element Manager Description**
- **Navis® AnyMedia® Element Management System (EMS) for Service Provide** AnyMedia Access System Product Portfolio / Access
- **Navis® AnyMedia® Element Management System (EMS) for Service Provide** Element Management Software / Network Management Software
- **Navis® AQueView® Element Management System (EMS) for Service Provid** Element Management Software / Network Management Software
- **Navis® AQueView® Element Management System (EMS) for Service Provid** PacketStar® PSAX Multiservice Media Gateway Portfolio / Access
- **Navis® AQueView® Element Management System (EMS) for Service Provid** PacketStar® PSAX Multiservice Media Gateway Portfolio / Circuit-to-Packet Products
- **Navis® AQueView® Element Management System (EMS) for Service Provid** PacketStar® PSAX Multiservice Media Gateway Portfolio / Multiservice Switching & F Products
- **Navis® Element Management Framework (EMF) for Service Providers**
- **Navis® EMS-CBGX Element Management System for Service Providers**
- **Navis® EMS-JMTE Element Management System (EMS) for Service Provider**
- **Navis® Optical Element Management System (EMS) for Service Providers -** Management Software / Network Management Software
- **Navis® Optical Element Management System (EMS) for Service Providers -** Optical Management Solutions / Optical Networking
- **Navis® Optical Management Solutions for Service Providers -** Element Manag Software / Network Management Software
- **Navis® Optical Management Solutions for Service Providers -** Network Manag Software / Network Management Software
- **Navis® Optical Management System (OMS) for Service Providers -** Element Management Software / Network Management Software
- **Navis® Optical Management System (OMS) for Service Providers -** Navis® C Management Solutions / Optical Networking
- **Navis® Optical Management System (OMS) for Service Providers -** Network Management Software / Network Management Software
- **Navis® Optical Network Management System (NMS) for Service Providers**
- **Navis® Provisioning Manager for Service Providers**
- **Navis® Voice Activation Manager for Service Providers**
- **Navis® Wireless Services Activation Manager for Service Providers**
- **NavisAccess™ Dial Element Management System (EMS) for Service Provide**
- **NavisAccess™ DSL Element Management System for Service Providers**
- **NavisCore™ Element Management System (EMS) for Service Providers**
- **NavisRadius™ Authentication Server for Government**
- **NavisRadius™ Authentication Server for Service Providers**
- **NavisXtend™ Provisioning Server, Fault Server, Statistics Server, Accountin** for Service Providers
- **Network AssurancePLUS Solution for Service Providers**
- **Network Based Missed Call for Service Providers**
- **Network Integration & Migration for Service Providers**
- **Network Integration & Migration Services for Government**
- **Network Integration for Enterprises**
- **Network Operations and Management for Government**
- **Network Operations and Management for Service Providers**
- **Network Planning, Design & Optimization Services for Government**
- **Network Planning, Design and Optimization for Enterprises**
- **Network Planning, Design and Optimization for Service Providers**

⚉ **Network Software Conversions & Updates for Service Providers**
⚉ **Next Generation ISDN CPE Portfolio for Service Providers**
⚉ **Novatel Merlin™ U630 UMTS PCMCIA card**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |                    Glossary

**Lucent Techr**
Bell Lab:

**Search**
[_____] [Go]
Advanced search

**Solutions and Products**

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[_____] [Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- OneLink™ Administrative Service Module (ASM) for Service Providers
- Operations & Maintenance Center (OMC) for Service Providers
- Operations Analysis and Optimization for Service Providers
- Operations and Maintenance Centre (OMC-2000) for Service Providers
- Optical Application Pack (LPF500)
- Optical Interface Unit for Service Providers
- OSS RTU'S
- OSS/BSS Integration for Service Providers
- Over-The-Air Function
- Over-The-Air Parameter Administration Service (OTAPA) for Service Provid
- Over-the-Air Service Provisioning System for Service Providers

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |                    Glossary

Search

[_____] [Go]

**Advanced search**

**Solutions and Products**

for Service Providers

for Enterprises

for Government

for Cable Operators

**How to Buy**

Search Solutions & Products

[_____]
[Go]

**Lucent Techr**
Bell Labs

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or per search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- Package "A" CO Equip w/24 SuperLine Circuits
- Package "B" CO Equip w/48 SuperLine Circuits
- Package "C" CO Equip w/72 SuperLine Circuits
- Package "D" CO Equip w/96 SuperLine Circuits
- Package "E" 24 SuperLine Circuits
- Package "G" Premise Adapter w/24 POTS+1 Derived Voice+ Data IADs
- Package "I" Premise Adapter w/24 POTS+2 Derived Voice+Data IADs
- Package "L" SuperLine Common Spares Package
- Package "M" SuperLine Multi-Element Manager Package (optional)
- Packet Voice Services for Service Providers
- PacketIN™ Application Hosting Environment for Service Providers
- PacketStar® PSAX 1000 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Access
- PacketStar® PSAX 1000 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Circuit-to-Packet Products
- PacketStar® PSAX 1000 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Multiservice Switching & F
  Products
- PacketStar® PSAX 1000 Multiservice Media Gateway for Service Providers ·
  Solutions / Mobility Products
- PacketStar® PSAX 1250 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Access
- PacketStar® PSAX 1250 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Circuit-to-Packet Products
- PacketStar® PSAX 1250 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Multiservice Switching & F
  Products
- PacketStar® PSAX 2300 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Access
- PacketStar® PSAX 2300 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Circuit-to-Packet Products
- PacketStar® PSAX 2300 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Multiservice Switching & F
  Products
- PacketStar® PSAX 4500 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Access
- PacketStar® PSAX 4500 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Circuit-to-Packet Products
- PacketStar® PSAX 4500 Multiservice Media Gateway for Service Providers ·
  PacketStar® PSAX Multiservice Media Gateway Portfolio / Multiservice Switching & F
  Products
- PacketStar® PSAX 4500 Multiservice Media Gateway for Service Providers ·
  Solutions / Mobility Products
- PacketStar® PSAX Multiservice Media Gateway Portfolio for Service Provide
- Personal Handyphone System (PHS) for Service Providers - 5E-XC™ Switch
  Applications for the 5ESS® Switch - markets outside North America / Circuit-to-Pac
  Products
- Personal Handyphone System (PHS) for Service Providers - 5E-XC™ Switch
  Applications for the 5ESS® Switch - North America / Circuit-to-Packet Products
- Pipeline® 50 Ethernet-to-ISDN Router for Service Providers
- Pipeline® 50 LS56 Remote Access Router for Service Providers
- Pipeline® 75 Ethernet-to-ISDN Bridge/Router for Service Providers
- Pipeline® 85 ISDN Bridge Router for Service Providers

- **Pipeline® 130 Remote Access Router for Service Providers**
- **Platform Independent Integrated Services Digital Network User Part (PI-IS** **Service Providers**
- **POTS Filter Module (SPFM)**
- **POTS Filter Module Shelf Cable**
- **Power Cable** - GSM-Site Material 900 MHz
- **Power Cable** - GSM-Site Material 900 MHz
- **Power Cable** - GSM-Site Material 900 MHz
- **Power Cable** - GSM-Site Material 1800 MHz
- **Power Cable** - GSM-Site Material 1800 MHz
- **Power Cable** - GSM-Site Material 1800 MHz
- **Power Filter Unit (PFU)**
- **Power Supply Card**
- **Pre-Query Screening for Off-Hook Delay Triggers RTU**
- **Premise Adapter POTS Filter (qty 48) also Package "K"**
- **Private Line Services for Service Providers**
- **Proc Sys** - GSM-Spares 900 MHz
- **Proc Sys** - GSM-Spares 1800 MHz
- **Proc Sys** - GSM-Spares 1900 MHz
- **PROXY Option for OLHB Pop. RTU**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.





Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent |    Glossary

**Lucent Techr**
Bell Labs

Search

[_____] Go

Advanced search

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[_____] Go

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- **R3.0 to 4.0 in service upgrade**
- **R3.0 CD-ROM Documentation**
- **R3.0 Documentation Package**
- **R4.0 Documentation Package 1**
- **RCC - GSM-Spares 900 MHz**
- **RCC - GSM-Spares 1800 MHz**
- **RCC - GSM-Spares 1900 MHz**
- **Records for Service Providers**
- **Reliability & Security Consulting for Government**
- **Reliability & Security Consulting for Service Providers**
- **Reliability and Security Consulting for Enterprises**
- **Remote Access Interface Unit (RAIU) for Service Providers**
- **Remote Access to Proxy RTU**
- **Remote Network Management for Government**
- **Remote Network Management for Service Providers**
- **Repeat Dial w/ ASP BLNA Trigger RTU**
- **RF Design & Optimization for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement

Copyright © 2005 Lucent Technologies. All rights reserved.

| Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | | Glossary |

**Search**

[_____] [Go]

Advanced search

**Lucent Techr**

Bell Lab:

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[_____]

[Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name of that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- ◘ **Sablime® Configuration Management System for Service Providers**
- ◘ **Sales Business Partner - 5ESS® Switch Solution**
- ◘ **Sales Business Partner - Accelerate™ VoIP Solution**
- ◘ **Sales Business Partner - Authentication Solution**
- ◘ **Sales Business Partner - Broadband Access DSL Solution**
- ◘ **Sales Business Partner - CDMA450 Solution**
- ◘ **Sales Business Partner - Compact Switch Solution**
- ◘ **Sales Business Partner - Consumer IP Video Solution**
- ◘ **Sales Business Partner - Contact Center Solution**
- ◘ **Sales Business Partner - Dial Access Solution**
- ◘ **Sales Business Partner - IP Address Management Solution**
- ◘ **Sales Business Partner - Metro-Optical SDH Solution**
- ◘ **Sales Business Partner - Metro-Optical SONET Solution**
- ◘ **Sales Business Partner - Metro-Optical WDM Solution**
- ◘ **Sales Business Partner - Multiservice Switching - Access Solution**
- ◘ **Sales Business Partner - Multiservice Switching - Core Solution**
- ◘ **Sales Business Partner - Performance Management Solution**
- ◘ **Sales Business Partner - Unified Communications Solution**
- ◘ **Sales Business Partner - Virtual Private Network (VPN) and Security**
- ◘ **Sales Business Partner - Voice Messaging Solution**
- ◘ **Selective NPA Deletion RTU**
- ◘ **Shelf**
- ◘ **Shelf Backplane Power Cable**
- ◘ **Site Location & Construction for Service Providers**
- ◘ **SM-2000 (Switching Module 2000) for Service Providers**
- ◘ **Small Office Solution - VCDX and DRM for Service Providers**
- ◘ **Special Services Solutions**
- ◘ **Speech Dialing for Service Providers**
- ◘ **Speech Information for Service Providers**
- ◘ **Speech Messaging for Service Providers**
- ◘ **Speech SMS**
- ◘ **Speech Transcoder Frame (STF-2000) for Service Providers**
- ◘ **SPFM Line Protection Ground Cable**
- ◘ **SR SW** - GSM-Spares 900 MHz
- ◘ **SR SW** - GSM-Spares 1800 MHz
- ◘ **SR SW** - GSM-Spares 1900 MHz
- ◘ **Staging for Service Providers**
- ◘ **Stinger® Compact Remote for Service Providers**
- ◘ **Stinger® FS+ DSL Access Concentrator for Service Providers**
- ◘ **Stinger® IP2000 Control Module for Service Providers**
- ◘ **Stinger® LS DSL Access Concentrator for Service Providers**
- ◘ **Stinger® MRT DSL Access Concentrator for Service Providers**
- ◘ **Stinger® MS+ DSL Access Concentrator for Service Providers**
- ◘ **Stinger® RT DSL Access Concentrator for Service Providers**
- ◘ **STU** - GSM-Spares 900 MHz
- ◘ **STU** - GSM-Spares 1800 MHz
- ◘ **STU** - GSM-Spares 1900 MHz
- ◘ **SuperLine™ Access System for Service Providers**
- ◘ **SuperPipe® 95 IP Services Router for Service Providers**
- ◘ **SuperPipe® 155 IP Services Router for Service Providers**
- ◘ **SuperPipe® 170 IP Services Router for Service Providers**
- ◘ **SuperPipe® 175 IP Services Router for Service Providers**
- ◘ **SuperPipe® IP Services Routers for Service Providers**

Case 1:04-cv-00875-GMS    Document 37-3    Filed 07/22/2005    Page 26 of 32

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



| Home | Solutions and Products | Customer Support | Bell Labs | About Lucent | | Glossary |

**Search**

[          ] [Go]

Advanced search

**Lucent Techn**

Bell Labs

Solutions and Products

for Service Providers

for Enterprises

for Government

for Cable Operators

How to Buy

Search Solutions & Products

[          ] [Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name  
that you would like to find, select the first letter of its name from the menu below or pe  
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- V-16™ IP DSLAM for Service Providers
- VETH Switch Card
- Video Mail for Service Providers
- VitalAccess™ Device Provisioning & Subscriber Management Software for S Providers
- VitalQIP® DNS/DHCP IP Management Software for Enterprises
- VitalQIP® DNS/DHCP IP Management Software for Government
- VitalQIP® DNS/DHCP IP Management Software for Service Providers
- VitalSuite® Application Performance Management Software for Enterprises
- VitalSuite® Application Performance Management Software for Governmen
- VitalSuite® Application Performance Management Software for Service Pro
- VitalSuite® Integrated Network Controller (INC) for Service Providers
- VitalSuite® Integrated Service Assurance Software for Government
- VitalSuite® Integrated Service Assurance Software for Service Providers
- VitalSuite® Network Fault Management Software for Service Providers
- VitalSuite® Network Performance Management Software for Enterprises
- VitalSuite® Network Performance Management Software for Service Provid
- VitalSuite® Network Traffic Management Software for Service Providers (NetMinder™ NTM)
- VitalSuite® Network Trouble Patterning Software for Service Providers (Ne NTP)
- VitalSuite® Performance Management Software for Enterprises
- VitalSuite® Service Quality Management Software for Government
- VitalSuite® Service Quality Management Software for Service Providers
- Voice DS1 Card
- Voice DS1 Comport Card
- Voice Mail Service with the 5ESS® Switch
- VPN Firewall Brick® 20 for Enterprises
- VPN Firewall Brick® 20 for Government
- VPN Firewall Brick® 20 for Service Providers
- VPN Firewall Brick® 80 for Enterprises
- VPN Firewall Brick® 80 for Government
- VPN Firewall Brick® 80 for Service Providers
- VPN Firewall Brick® 150 for Enterprises
- VPN Firewall Brick® 150 for Government
- VPN Firewall Brick® 150 for Service Providers
- VPN Firewall Brick® 350 for Enterprises
- VPN Firewall Brick® 350 for Government
- VPN Firewall Brick® 350 for Service Providers
- VPN Firewall Brick® 500 for Enterprises
- VPN Firewall Brick® 500 for Government
- VPN Firewall Brick® 500 for Service Providers
- VPN Firewall Brick® 1000 for Service Providers
- VPN Firewall Brick® 1100 for Enterprises
- VPN Firewall Brick® 1100 for Government
- VPN Firewall Brick® 1100 for Service Providers

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

| Home | **Solutions and Products** | Customer Support | Bell Labs | About Lucent | | Glossary |

**Search**

[          ] [Go]

**Advanced search**

**Solutions and Products**

  **for Service Providers**

  **for Enterprises**

  **for Government**

  **for Cable Operators**

**How to Buy**

Search Solutions &
Products

[          ]

[Go]

**Lucent Techr**
Bell Lab:

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name
that you would like to find, select the first letter of its name from the menu below or pe
search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- ⚑ **WaveStar® ADM 16/1 for Service Providers** - Metro Ethernet Transport / Optic
  Networking
- ⚑ **WaveStar® ADM 16/1 for Service Providers** - Metro Hub Node / Optical Networ
- ⚑ **WaveStar® DACS 4/4/1 for Service Providers**
- ⚑ **WaveStar® ITM-SC for Service Providers** - Element Management Software / Ne
  Management Software
- ⚑ **WaveStar® ITM-SC for Service Providers** - Navis® Optical Management Solutio
  Optical Networking
- ⚑ **WaveStar® OLS 1.6T for Service Providers** - Core DWDM Transport / Optical Ne
- ⚑ **WaveStar® OLS 1.6T for Service Providers** - Wavelength Services / Optical Net
- ⚑ **WaveStar® TDM 2.5G (OC-48 2F) for Service Providers** - Metro Core Node / O
  Networking
- ⚑ **WaveStar® TDM 2.5G (OC-48 2F) for Service Providers** - SONET & SDH Multip
  Optical Networking
- ⚑ **WaveStar® TDM 10G (OC-192 2F) for Service Providers** - Metro Core Node / (
  Networking
- ⚑ **WaveStar® TDM 10G (OC-192 2F) for Service Providers** - SONET & SDH Multi
  Optical Networking
- ⚑ **WaveStar® TDM 10G (STM-64) for Service Providers** - Metro Core Node / Opti
  Networking
- ⚑ **WaveStar® TDM 10G (STM-64) for Service Providers** - SONET & SDH Multiplex
  Optical Networking
- ⚑ **Web Messaging**
- ⚑ **winConsole™**
- ⚑ **Wireless Instant Messaging/mChat for Service Providers**
- ⚑ **Wireless Service Activation Software for Service Providers**
- ⚑ **Wireless Technical Support Services for Service Providers**

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use     Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.



Home  **Solutions and Products**  Customer Support | Bell Labs | About Lucent |                    Glossary

**Lucent Techn**
Bell Labs

**Search**

[_____] [Go]

**Advanced search**

**Solutions and Products**

for Service Providers

for Enterprises

for Government

for Cable Operators

**How to Buy**

Search Solutions & Products

[_____] [Go]

## Catalog index

Please select from the alphabetical catalog index below. If you already know the name that you would like to find, select the first letter of its name from the menu below or pe search.

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

- 2PIC With ASP Interworking RTU
- 5E-XC™ Enhancements for the 5ESS® Switch for Service Providers
- 5E-XC™ High Capacity Switch for Service Providers
- 5E-XC™ High Capacity Switching for Service Providers
- 5E-XC™ High Speed Trunking for Service Providers
- 5E-XC™ Remote Line Unit for Service Providers
- 5E-XC™ Service Rich Software for Service Providers
- 5E-XC™ Standalone Remote Switching for Service Providers
- 5E-XC™ Switch Voice over IP Trunking for Service Providers
- 5E-XC™ Web Portal Solutions
- 5E15 Software Release Right to Use (RTU) for Service Providers
- 5EE 16.1 Software Release for Service Providers
- 5ESS® 2000 - Switch Mobile Switching Centre (MSC) for Service Providers
- 5ESS® Rapid Circuit Pack Delivery Application for Service Providers
- 5ESS® Switch and 5E-XC™ Applications for Government
- 5ESS® Switch and 5E-XC™ Applications for Service Providers
- 5ESS® Switch Call Originating Services for Service Providers
- 5ESS® Switch Call Screening Services for Service Providers
- 5ESS® Switch Display Services for Service Providers
- 5ESS® Switch ISDN (Integrated Services Digital Network) for Service Prov
- 5ESS® Switch Local Access Services for Service Providers
- 5ESS® Switch Very Compact Digital Exchange (VCDX) for Service Providers

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X |

Terms of use    Privacy statement
Copyright © 2005 Lucent Technologies. All rights reserved.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2005, the attached **FIRST NOTICE OF**

**30(B)(6) DEPOSITION TO LUCENT** was served upon the below-named counsel of record at

the address and in the manner indicated:

John W. Shaw, Esquire                                                    <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Steven C. Cherny, Esquire                                          <u>VIA FEDERAL EXPRESS</u>
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

David A. Nelson, Esquire                                           <u>VIA FEDERAL EXPRESS</u>
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

                                                    /s/ *John G. Day*
                                                    John G. Day