IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-875-GMS |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Lucent Technologies, Inc., hereby certify that copies of (1) Defendant Lucent Technologies Inc.'s Objections and Responses to Plaintiff Telcordia Technologies Inc.'s First Notice of 30(B)(6) Deposition to Lucent, and (2) this Notice of Service were caused to be served on August 12, 2005, as follows:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
    Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

DB01:1633079.1

    York M. Faulkner, Esquire
    Finnegan, Henderson, Farabow,
      Garrett, & Dunner, LLP
    Two Freedom Square
    11955 Freedom Drive
    Reston, VA 20190

  Additionally, the undersigned certify that a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

  **BY ELECTRONIC FILING**

    Steven J. Balick, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899

          /s/ John W. Shaw
    John W. Shaw (Bar No. 3362)
    Glenn C. Mandalas (Bar No. 4432)
    YOUNG CONAWAY
     STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    (302) 571-6600
    jshaw@ycst.com
    *Attorneys for Lucent Technologies, Inc.*

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: August 12, 2005