IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Lucent Technologies, Inc., certifies that copies of Defendant Lucent Technologies, Inc.'s Third Request for the Production of Documents and Things to Plaintiff Telcordia Technologies Inc. were caused to be served on August 29, 2005 upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
     Garrett, & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001

York M. Faulker, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 29, 2005 upon the following counsel of record in the manner indicated:

**BY E-FILING and HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001

York M. Faulker, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

       YOUNG CONAWAY STARGATT & TAYLOR LLP

       /s/ Karen E. Keller
       _____
       John W. Shaw (No. 3360)
       Karen E. Keller (No. 4489)
       The Brandywine Building
       1000 West Street, 17th Floor
       Wilmington, Delaware 19899
       Attorneys for Plaintiff
       kkeller@ycst.com

       Attorneys for Lucent Technologies Inc.

DB01:1611300.1

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
Latham & Watkins LLP
233 S. Waker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: August 29, 2005

DB01:1611300.1