IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-875-GMS |
| ) | |
| LUCENT TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please take notice that Richard L. Rainey, Esquire, formerly of Finnegan, Henderson, Farabow, Garrett and Dunner, L.L.P. ("Finnegan Henderson"), lead counsel for plaintiff Telcordia Technologies, Inc., hereby withdraws from this case, effective immediately. Finnegan Henderson shall continue to represent Telcordia as lead counsel, and Ashby & Geddes shall continue to represent Telcordia as Delaware counsel in this action.

ASHBY & GEDDES

/s/ *John G. Day*

───────────────────────────
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

Dated: November 7, 2005
163249.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2005, the attached **NOTICE OF WITHDRAWAL OF COUNSEL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day

150909.1