# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS

RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MONTE T. SQUIRE
MICHAEL P. STAFFORD
JOHN E. TRACEY
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
KAREN L. PASCALE
PATRICIA A. WIDDOSS

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

December 14, 2005

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

     Re:    <u>Telcordia Techs. Inc. v. Lucent Techs., Inc., C.A. No. 04-875-GMS</u>

Dear Judge Sleet:

     I write on behalf of defendant Lucent Technologies, Inc. concerning plaintiff's discovery dispute agenda letter (D.I. 67) for this Thursday's teleconference set for 11:30 a.m.

     Plaintiff has not met or conferred with Lucent about any of the issues set forth in its agenda letter. Lucent first learned of these issues when Telcordia raised them at 8:00 p.m. in a letter Monday evening and then later that same night as part of its proposed agenda.

     Lucent received Plaintiff's proposed agenda letter (attached) Tuesday morning at 1:26 a.m. Not surprisingly we were unable to provide any feedback to plaintiff before the agenda letter was filed. The feedback we ultimately provided was to object to Telcordia's raising issues with the Court before discussing them with Lucent.

     Lucent does plan to attend Thursday's teleconference because resolution of a major issue Cisco Systems is raising at the conference – plaintiff's late identification of five new claims – impacts this case as well. We would prefer to meet and confer with Plaintiff to address (and hopefully resolve) the document issues Telcordia included in its agenda. However, should Your

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Gregory M. Sleet
December 14, 2005
Page 2


Honor desire to address plaintiff's discovery issues with Lucent at the conference, before we
have met and conferred with plaintiff about those issues, we will be prepared to do so.

Respectfully submitted,

John W. Shaw

JWS/prt
cc:     Clerk of the Court (by hand delivery and CM/ECF)
        Steven J. Balick, Esquire (by CM/ECF)
        Don O. Burley, Esquire (by e-mail)
        Steven C. Cherny, Esquire (by e-mail)

## Shaw, John

| | |
|---|---|
| **From:** | Williamson, John [John.Williamson@finnegan.com] |
| **Sent:** | Tuesday, December 13, 2005 1:26 AM |
| **To:** | sasha.mayergoyz@lw.com |
| **Cc:** | SBalick; JDay; Shaw, John |
| **Subject:** | Telcordia v. Lucent |
| **Attachments:** | 1015665_1.DOC |

Sasha,

I have attached a draft joint agenda letter for the hearing scheduled at 11:30 a.m. on December 15, 2005. As this letter is due at 11:30 a.m. on December 13, 2005, please let me and Steve Balick know, as soon as possible, whether Lucent has any issues to add to the agenda and whether Lucent joins in the filing of this letter.

Regards,

John

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

     Re: *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*
       Civil Action No. 04-875-GMS_____

Dear Judge Sleet:

   In preparation for the teleconference scheduled on October 15, 2005, at 11:30 a.m., the parties jointly submit this letter agenda.


**Plaintiff's Issues**

   **A. Claim Construction Issue Common to All Cases**

     The defendants have not addressed Telcordia's means-plus-function claims during the claim construction process. Telcordia respectfully requests an Order compelling Lucent (and the other defendants) to provide proposed claim constructions for all claims and claim terms asserted by Telcordia prior to the November 17, 2005, deadline for exchanging disputed claim terms.


   **B. The Timing and Content of Lucent's Document Production**

     (1) Telcordia respectfully requests an Order compelling Lucent to produce, by a date certain, documents relevant to Telcordia's infringement analysis including hardware specifications for the circuit emulation modules in the CBX-500 and CBX-3500 products, and hardware specifications for the DMX Access Multiplexer product.

     (2) Telcordia respectfully requests an Order compelling Lucent to resolve the problems concerning improperly processed and inadvertently produced documents in Lucent's document production.


       Respectfully,

John G. Day (I.D. #2403)