# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 15, 2005

The Honorable Gregory M. Sleet  　　　　　　VIA ELECTRONIC FILING
United States District Court
844 North King Street
Wilmington, DE 19801

　　　　Re:　*Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*
　　　　　　 Civil Action No. 04-875-GMS

Dear Judge Sleet:

　　In preparation for the teleconference scheduled at 11:30 a.m. this morning, the parties jointly submit this letter agenda.

**Plaintiff's Issues**

　　A.　**Claim Construction Issue Common to All Cases**

　　The defendants have not addressed Telcordia's means-plus-function claims during the claim construction process. Telcordia respectfully requests an Order compelling Lucent (and the other defendants) to provide proposed claim constructions for all claims and claim terms asserted by Telcordia prior to the November 17, 2005, deadline for exchanging disputed claim terms.

**Lucent's Issues**

　　A.　**Lucent Joins Cisco's Issue (1), e.g., Telcordia's Late Disclosure of Additional Claim Terms**

　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　*/s/ Steven J. Balick*

　　　　　　　　　　　　　Steven J. Balick

SJB/dmf
164649.1
c:　　John W. Shaw, Esquire (via electronic mail)
　　　Steven C. Cherny, Esquire (via electronic mail)
　　　David A. Nelson, Esquire (via electronic mail)
　　　John Williamson, Esquire (via electronic mail)