IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-875-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 19, 2006, the undersigned, counsel for Lucent Technologies Inc., caused copies of (i) Defendant Lucent Technologies Inc.'s Objections and Responses to Document Requests of Plaintiff Telcordia Technologies Inc.'s Second Notice of 30(b)(6) Deposition to Lucent and (ii) Defendant Lucent Technologies Inc.'s Objections and Responses to Document Requests of Plaintiff Telcordia Technologies Inc.'s Third Notice of 30(b)(6) Deposition to Lucent to be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on January 20, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Additionally, I further certify that on January 20, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: January 20, 2006

/s/ John W. Shaw

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*