# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 23, 2006

The Honorable Gregory M. Sleet  
United States District Court  
844 North King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Telcordia Technologies, Inc. v. Alcatel S.A. and Alcatel USA, Inc.*,  
C.A. No. 04-874-GMS

*Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,  
C.A. No.04-875-GMS

*Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,  
C.A. No. 04-876-GMS

Dear Judge Sleet:

Pursuant to Your Honor's instructions at the January 5, 2006 hearing and Your Honor's oral order of January 11, 2006, the parties to the above three actions jointly submit for Your Honor's consideration the attached proposed scheduling order.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

cc: Clerk of the Court (via electronic filing)  
Josy W. Ingersoll, Esquire (via electronic mail)  
Stuart J. Sinder, Esquire (via electronic mail)  
John W. Shaw, Esquire (via electronic mail)  
Steven C. Cherny, Esquire (via electronic mail)  
David A. Nelson, Esquire (via electronic mail)  
Jack B. Blumenfeld, Esquire (via electronic mail)  
Edward R. Reines, Esquire (via electronic mail)  
Donald R. Dunner, Esquire (via electronic mail)

165929.1