IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-875-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 1, 2006, the undersigned, counsel for Lucent Technologies Inc., caused copies of Defendant Lucent Technologies Inc.'s Privilege Log to be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on February 2, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

Additionally, I further certify that on February 2, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Donald R. Dunner, Esquire
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>901 New York Ave., N.W.
>Washington, DC 20001

>York M. Faulkner, Esquire
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190

|  |  |
|---|---|
| | /s/ John W. Shaw |
| | John W. Shaw (No. 3362) |
| | *jshaw@ycst.com* |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| | *kkeller@ycst.com* |
| Steven C. Cherny | Monté T. Squire (No. 4764) |
| Latham & Watkins LLP | *msquire@ycst.com* |
| 885 Third Avenue, Suite 1000 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| New York, NY 10022 | The Brandywine Building |
| (212) 906-1200 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |
| David Nelson | (302) 571-6600 |
| Israel Sasha Mayergoyz | |
| Neilish Patel | *Attorneys for Lucent Technologies Inc.* |
| David C. McKone | |
| Latham & Watkins LLP | |
| Sears Tower, Suite 5800 | |
| Chicago, IL 60606 | |
| (312) 876-7700 | |

Dated: February 2, 2006