## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 3, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re:     *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,
        C.A. No.04-875-GMS

Dear Judge Sleet:

Pursuant to Your Honor's instructions at the January 5, 2006 hearing, the parties to the above action jointly submit an amended stipulated protective order for Your Honor's consideration.

Respectfully,

/s/ *Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

cc:     Clerk of the Court (via electronic filing)
        John W. Shaw, Esquire (via electronic mail)
        Steven C. Cherny, Esquire (via electronic mail)
        David A. Nelson, Esquire (via electronic mail)
        Donald R. Dunner, Esquire (via electronic mail)

166259.1