# Exhibit A



# The ATM Forum
## Technical Committee

**Circuit Emulation Service**

**Interoperability**

**Specification**

**Version 2.0**

af-vtoa-0078.000

**January 1997**

af-vtoa-0078.000                    CES-IS V2.0

**Circuit Emulation Service Interoperability Specification**

**af-vtoa-0078.000**

**January 1997**

(C) 1997 The ATM Forum. All Rights Reserved. No part of this publication may be reproduced in any form or by any means.

The information in this publication is believed to be accurate as of its publication date. Such information is subject to change without notice and The ATM Forum is not responsible for any errors. The ATM Forum does not assume any responsibility to update or correct any information in this publication.

Notwithstanding anything to the contrary, neither The ATM Forum nor the publisher make representation or warranty, expressed or implied, concerning the completeness, accuracy, or applicability of any information contained in this publication. No liability of any kind shall be assumed by The ATM Forum or the publisher as a result of reliance upon any information contained in this publication.

The receipt or any use of this document or its contents does not in any way create by implication or otherwise:

o   Any express or implied license or right to or under any ATM Forum member company's patent, copyright, trademark or trade secret rights which are or may be associated with the ideas, techniques, concepts or expressions contained herein; nor

o   Any warranty or representation that any ATM Forum member companies will announce any product(s) and/or service(s) related thereto, or if such announcements are made, that such announced product(s) and/or service(s) embody any or all of the ideas, technologies, or concepts contained herein; nor

o   Any form of relationship between any ATM Forum member companies and the recipient or user of this document.

Implementation or use of specific ATM standards or recommendations and ATM Forum specifications will be voluntary, and no company shall agree or be obliged to implement them be virtue of participation in The ATM Forum.

The ATM Forum is a non-profit international organization accelerating industry cooperation on ATM technology. The ATM Forum does not, expressly or otherwise, endorse or promote any specific products or services.

NOTE: The user's attention is called to the possibility that implementation of the ATM interoperability specification contained herein may require the use of an invention covered by patent rights held by ATM Forum member companies or others. By publication of this ATM interoperability specification, no position is taken by The ATM Forum with respect to validity of any patent claims or of any patent rights related thereto or the ability to obtain the license to use such rights. ATM Forum member companies agree to grant licenses under the relevant patents they own on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license. For additional information contact:

The ATM Forum
Worldwide Headquarters
2570 West El Camino Real, Ste 304
Mountain View, CA, CA 94040-1313
Tel: +1-415-949-6720
Fax: +1-415-949-6705

CES-IS V2.0                              af-vtoa-0078.000

# *Table of Contents*

1. INTRODUCTION ...................................................................................1
  1.1 Purpose of Document ........................................................................1
  1.2 Scope of Document............................................................................1
  1.3 Structure of Document.......................................................................2
  1.4 Terminology ....................................................................................3
  1.5 Reference Model and Terms ..............................................................4
  1.6 References.......................................................................................5
    1.6.1 Normative ..................................................................................5
    1.6.2 Informative ................................................................................6
  1.7 ATM Physical Interfaces ...................................................................7

2. STRUCTURED DS1/E1/J2 NX64 KBIT/S SERVICE.................................8
  2.1 Service Description ...........................................................................9
    2.1.1 Framing ...................................................................................10
    2.1.2 Timeslot Assignment.................................................................11
    2.1.3 Clocking ..................................................................................11
    2.1.4 Jitter and Wander.....................................................................12
    2.1.5 Facility Data Link .....................................................................12
    2.1.6 Bit Oriented Messages...............................................................13
    2.1.7 Alarms.....................................................................................13
    2.1.8 Signalling Bits .........................................................................14
    2.1.9 Service Performance Characteristics...........................................15
      2.1.9.1 End-to-End Delay ...............................................................15
      2.1.9.2 Error Ratios.......................................................................15
    2.1.10 Electrical................................................................................15
  2.2 AAL 1 Requirements .......................................................................16
    2.2.1 Data Transfer Service Type .......................................................16
    2.2.2 Cell Utilization.........................................................................16
  2.3 AAL User Entity Requirements ........................................................17
    2.3.1 Cell Coding..............................................................................17
      2.3.1.1 Cell Coding for DS1, E1 and J2 Nx64 Basic Service..............17
      2.3.1.2 Cell Coding for DS1, E1 and J2 Nx64 with CAS ...................18
    2.3.2 Bit Ordering.............................................................................23
    2.3.3 Loss/Error Response.................................................................23
      2.3.3.1 Lost and Misinserted Cells ..................................................23
      2.3.3.2 Buffer Overflow/Underflow..................................................24
  2.4 Clock Distribution Guidelines ..........................................................25

3. DS1/E1/J2 UNSTRUCTURED SERVICE ..............................................26
  3.1 Service Description .........................................................................26
    3.1.1 Framing ...................................................................................27
    3.1.2 Clocking ..................................................................................27
    3.1.3 Jitter and Wander.....................................................................28
    3.1.4 Facility Data Link .....................................................................29
    3.1.5 Alarms.....................................................................................29

af-vtoa-0078.000                        CES-IS V2.0

    3.1.6 Service Performance Characteristics ........................................................................ 30
        3.1.6.1 End-to-End Delay ................................................................................................ 30
        3.1.6.2 Error Ratios ....................................................................................................... 30
    3.1.7 Electrical ............................................................................................................... 31
  **3.2 AAL 1 Requirements** ..................................................................................................... 31
    3.2.1 Data Transfer Service Type .................................................................................. 31
    3.2.2 Cell Utilization .................................................................................................... 31
  **3.3 AAL User Entity Requirements** ................................................................................... 31
    3.3.1 Cell Coding ........................................................................................................... 31
    3.3.2 Loss/Error Response ............................................................................................. 32
        3.3.2.1 Lost and Misinserted Cells .................................................................................. 32
        3.3.2.2 Buffer Overflow/Underflow ................................................................................. 32
  **3.4 Clock Recovery** ............................................................................................................ 33
    3.4.1 SRTS .................................................................................................................... 34
    3.4.2 Adaptive ............................................................................................................... 34

# 4. UNSTRUCTURED DS3/E3 SERVICE .......................................................... 35
  **4.1 Service Description** ....................................................................................................... 35
    4.1.1 Framing ................................................................................................................ 36
    4.1.2 Clocking ............................................................................................................... 36
    4.1.3 Jitter and Wander ................................................................................................. 37
    4.1.4 Alarms .................................................................................................................. 38
    4.1.5 Service Performance Characteristics ..................................................................... 38
        4.1.5.1 End-to-End Delay ................................................................................................ 38
        4.1.5.2 Error Ratios ....................................................................................................... 38
    4.1.6 Electrical ............................................................................................................... 39
  **4.2 AAL1 Requirements** ..................................................................................................... 39
    4.2.1 Data Transfer Service Type .................................................................................. 39
    4.2.2 Cell Utilization .................................................................................................... 39
  **4.3 AAL User Entity Requirements** ................................................................................... 39
    4.3.1 Cell Coding ........................................................................................................... 39
    4.3.2 Loss/Error Response ............................................................................................. 39
        4.3.2.1 Lost and Misinserted Cells .................................................................................. 40
        4.3.2.2 Buffer Overflow/Underflow ................................................................................. 40
  **4.4 Clock Recovery** ............................................................................................................ 42
    4.4.1 SRTS .................................................................................................................... 42
    4.4.2 Adaptive ............................................................................................................... 42

# 5. ATM VIRTUAL CHANNEL REQUIREMENTS ............................................. 43
  **5.1 Traffic Parameters and Tolerances** .............................................................................. 43
    5.1.1 Unstructured DS1 Cell Rate ................................................................................. 44
    5.1.2 Unstructured E1 Cell Rate .................................................................................... 44
    5.1.3 Structured Nx64 Service Cell Rate ........................................................................ 44
        5.1.3.1 Basic Service ....................................................................................................... 44
        5.1.3.2 DS1/E1/J2 Service w/CAS .................................................................................. 44
    5.1.4 Unstructured DS3 Cell Rate ................................................................................. 46
    5.1.5 Unstructured E3 Cell Rate .................................................................................... 46
    5.1.6 Unstructured J2 Cell Rate .................................................................................... 46
  **5.2 ATM Virtual Channel Payload Type and CLP** .......................................................... 46
    5.2.1 Cell Loss Priority (CLP) ....................................................................................... 46

CES-IS V2.0                              af-vtoa-0078.000

   5.2.2 Payload Type Identifier ............................................................................................... 47
5.3 Impairments........................................................................................................................ 47
   5.3.1 Cell Transfer Delay ...................................................................................................... 47

# 6. SIGNALLING ...................................................................................................49
6.1 Addresses and Identifiers for CES Switched Virtual Channels (SVCs)............................ 49
6.2 SETUP Message Contents .................................................................................................. 49
   6.2.1 ATM Traffic Descriptor ................................................................................................ 50
   6.2.2 Broadband Bearer Capability........................................................................................ 50
   6.2.3 Quality of Service Parameter ........................................................................................ 50
   6.2.4 ATM Adaptation Layer Parameters ............................................................................. 51
   6.2.5 Broadband Low Layer Information ............................................................................... 53

# 7. CALL INITIATION PROCEDURES..............................................................54
7.1 Overview of SVC Procedures ............................................................................................. 54
7.2 MIB Variables ..................................................................................................................... 54
7.3 Active SVC Procedures....................................................................................................... 55
7.4 Call Collision ...................................................................................................................... 55
7.5 Call Retry............................................................................................................................ 56

# 8. MANAGEMENT ................................................................................................57
8.1 CES IWF Interfaces (per RFC 1573) ................................................................................. 60
8.2 CES IWF Layers (per RFC 1573) ...................................................................................... 63
8.3 CES IWF to DS0 Mapping (per RFC TBD [the new IETF DS0 MIB]) ............................ 64
8.4 CES MIB.............................................................................................................................. 68
   8.4.1 CES Version 1 MIB ....................................................................................................... 68
   8.4.2 CES Version 2 MIB ....................................................................................................... 73

# ANNEX A:  IMPAIRMENT ANALYSIS............................................................89

# ANNEX B:  ABBREVIATIONS .........................................................................91

af-vtoa-0078.000                    CES-IS V2.0

# *List of Figures*

Figure 1-1:  Circuit Emulation Service Reference Model ................................................................... 4
Figure 2-1:  N64 Service Taxonomy .................................................................................................. 8
Figure 2-2:  DS1/E1/J2 Structured Service Interworking Function - Layering Perspective ............ 9
Figure 2-3:  Crossconnect Example ................................................................................................. 10
Figure 2-4:  Nx64 Service Interface Fault Indication ...................................................................... 14
Figure 2-5:  Example Singleframe Structure Format for 3x64 kbit/s ............................................. 17
Figure 2-6:  Example Multiframe Structure for 3x64 kbit/s DS1/E1 with CAS ............................. 19
Figure 2-7:  Example Multiframe Structure for 3x64 kbit/s J2 with CAS ...................................... 20
Figure 2-8:  Example DS1/ESF and E1 Signalling Substructure .................................................... 20
Figure 2-9:  Example J2 Signalling Substructure ............................................................................ 21
Figure 2-10:  Example DS1/SF Signalling Substructure ................................................................. 21
Figure 2-11:  DS1/E1/J2 vs. ATM Bit Ordering ............................................................................ 23
Figure 2-12:  Virtual Channel Fault Indication .............................................................................. 24
Figure 3-1:  DS1/E1/J2 Unstructured Service Interworking Function - Layering Perspective ...... 27
Figure 3-2:  Unstructured DS1/E1/J2 Service Interface Fault Indication ....................................... 30
Figure 3-3:  Virtual Channel Fault Indication ................................................................................ 33
Figure 4-1:  Unstructured DS3/E3 Service Interworking Function — Layering Perspective .......... 36
Figure 4-2:  Unstructured DS3/E3 Service Interface Fault Indication ........................................... 38
Figure 4-3:  Unstructured DS3/E3 Virtual Channel Fault Indication ............................................. 41
Figure 5-1:  Reference Network Configuration ............................................................................... 43
Figure 8-1:  CES IWF Instances Mapping CBR Instances to ATM Instances ............................... 58
Figure 8-2:  CES Layers from CBR Interface to ATM Interface .................................................... 63
Figure 8-3:  ATM, CES and CBR Mappings ................................................................................. 64

CES-IS V2.0                    af-vtoa-0078.000

# *List of Tables*

Table 2-1: Sample AAL1 Structure Sizes for Nx64 Service with CAS ................................................. 22
Table 6-1:  Broadband Bearer Capability IE Field Values for CES SVCs ........................................ 50
Table 6-2: QoS Parameter IE Field Values for CES SVCs .............................................................. 50
Table 6-3:  AAL Parameters IE Field Values for Nx64 Service SVCs ............................................. 51
Table 6-4: AAL Parameters IE Field Values for DS1 Unstructured Service and DS1 Logical Unstructured
    Service SVCs ........................................................................................................................... 51
Table 6-5: AAL Parameters IE Field Values for E1 Unstructured Service and E1 Logical Unstructured
    Service SVCs ........................................................................................................................... 52
Table 6-6:  AAL Parameters IE Field Values for J2 Unstructured Service and J2 Logical Unstructured
    Service SVCs ........................................................................................................................... 52
Table 6-7: AAL Parameters IE Field Values for DS3 Unstructured Service and DS3 Logical Unstructured
    Service SVCs ........................................................................................................................... 52
Table 6-8: AAL Parameters IE Field Values for E3 Unstructured Service and E3 Logical Unstructured
    Service SVCs ........................................................................................................................... 53
Table 6-9:  Broadband Low Layer Information IE Field Values for CES SVCs .............................. 53
Table 8-1: Sample CBR (9) ifTable entry of ifType ds1(18) ........................................................... 60
Table 8-2: Sample DS3 (10) ifTable entry of ifType ds3 (30) ......................................................... 61
Table 8-3: Sample ATM (1) ifTable entry of ifType atm (37) ......................................................... 62
Table 8-4: Sample Logical (7) ifTable entry of ifType other (1)...................................................... 63
Table 8-5: Sample ds0Bundle (20) ifTable entry of ifType ds0Bundle (82) .................................. 65
Table 8-6: Sample ds0 (12) ifTable entry of ifType ds0 (81) .......................................................... 66
Table 8-7:  Example ifStackTable Entries ....................................................................................... 67

af-vtoa-0078.000                      CES-IS V2.0

**Notice:**

Bellcore asserts that its U.S. Patent No 5,260,978 for Synchronous Residual Timestamp (SRTS) Timing Recovery in a Broadband Network may apply to the ATM Adaptation Layer Type 1 (AAL1) ANSI Standard (T1.630-1993) referenced in Section 3.4 of this specification.

# Exhibit B

Telcordia - Innovation - Awards & Honors - Our Fellows

**Telcordia**

About Us    Markets    Products    Services    Innovation

Home | Careers | Store | Contact Us
Partners    News & Events
[_____] Search

ⓐ p ╵ K ╵ ╵ve✦ Ve✦wer

Innovation >

Overview
**Telcordia Edge**
• IP & Patents
• Awards & Honors
• Research Labs
• Research Highlights
**Latest Thinking**
**Current Research &
Innovation**
• Research Services
**AR Greenhouse**

# Telcordia Fellows

**Richard Lau (2004)**

Richard is responsible for one of the most important and valuable inventions in Telcordia's patent portfolio, the SRTS patent, which describes the use of time stamping techniques which enable modern asynchronous high speed communications. This invention has been exploited by almost all major telecommunication network equipment providers. The enforcement and licensing of the SRTS patent is worth more today than any other IP held by Telcordia.

Richard has been instrumental in bridging the gap between organizations, where the emphasis is on technology creation, and where the driver is commercial viability. Richard was inducted into the New Jersey Hall of Fame and received Inventor of the year award in 1997 for his invention in high speed optical self-healing ring. He has garnered international recognition as an expert in ATM and on advanced wireless technologies. He has published extensively and is sought after as a speaker. He has contributed many invited papers over the years and continues to do so.

**Michelle Wolberg (2004)**

Michelle has made significant and fundamental contributions to the automation of RBOC operations through her work in the design and development of leading-edge Operations Support Systems (OSSs). Michelle has a breadth of unique accomplishments including: architecture and definition of the Bellcore Computer Center in support of the AT&T divestiture-supporting one of the world's largest and most complex OSS development environments; designing and developing OSSs that automate a majority of RBOC operations including planning and engineering, provisioning, and network operations; developing the first Telcordia OSS built on the Operations System Computing Architecture (OSCA) - Bellcore's 3-tier standard OSS architecture; developing one of the first Telcordia OSSs to exploit both UNIX client-server computing and graphical user-interface (GUI) technology leading a complex OSS re-systemization effort at Eircom (Irish Telco); and, most recently, utilizing her extensive telecom

http://www.telcordia.com/innovation/fellows.html

Telcordia - Innovation - Awards & Honors - Our Fellows

engineering skills for the design of the NMS supporting the Future Combat System (FCS) of the U.S. Army.

Through her work, Michelle has become a respected technology leader and an innovator. Michelle is widely known and well respected throughout Telcordia and its customer community for her breadth of knowledge around telecommunications operations, functional and computing OSS architecture. She is continually called upon to serve as an OSS consultant and is regularly asked to lead proposal and OSS architecture teams. Michelle has a distinguished and sustained record of accomplishments, which has only been matched by her accomplishments in seeding Telcordia with future technical leaders.

**John Malyar (2003)**

John has been recognized for his many outstanding accomplishments in the areas of operations and network systems. In particular, he was responsible for providing the architectural foundation of the number portability business at Telcordia. John is known as a catalyst for the industry's success in this area and has been called upon by the Cellular Telephone and Internet Association (CTIA), the North American Numbering Council (NANC), and numerous other carriers for his expertise.

John was responsible for creating a Service Order Administration (SOA) solution that allows customers to retain their existing phone numbers when switching wireline carriers. John also participated in standards forums that served to establish Telcordia credibility in the number portability arena, and ensured that the Telcordia solution accurately and rapidly responded to industry need. As a result, more than 90% of the Tier 1 US wireless carrier market has selected the Telcordia WNP Solution, and John is widely considered the WNP Industry expert.

**Kenneth C. Young, Jr. (2003)**

Ken's many accomplishments are in the area of advanced military communications. His sustained work efforts have resulted in winning seven major contracts for Telcordia, including the U.S. Army Research Laboratory (ARL) contract in 2001, where he and his team were charged with performing basic communications research. Ken serves as Program Manager of the ARL consortium, a high-level group of industry and university partners executing a multi-year research program.

Ken's impressive career accomplishments include 57 published technical papers and one issued patent. He has been instrumental in several government communication initiatives, and also has made notable contributions in the areas of ATM interoperability, the FCC Network Reliability Council, the national Gigabit Network research program, and the development of ATM and SONET. Ken is a Senior Member of the Institute of Electrical and Electronics Engineers (IEEE) and teams he's led have been awarded four technical excellence awards by DARPA. He is widely recognized as a technical leader in tactical military communications and has been on the Technical Program committee of IEEE MILCOM since

Telcordia - Innovation - Awards & Honors - Our Fellows

1999.

**Carolyn Geff (2002)**

Carolyn has made significant contributions in OSS integration, functional solution architecture and the practice of software systems development. She is well known throughout the industry as a thought leader in operations. Her early work in automation of local loop provisioning resulted in Operations Support Systems (OSS) that first introduced the concept of "flow through" and are now the core of our existing franchise. Carolyn has also assumed the role of Telcordia ambassador in establishing business with new customers around the world, to whom she continues to bring technological breakthroughs. She has been instrumental in growing our international business in such countries as Australia and Canada.

**Matthew Goodman (2002)**

Matt's achievements come as a result of his efforts in optical networking. For more than 17 years, he has made significant contributions to Telcordia. Matt was one of the initiators of the company's optical networking and WDM program in the late 1980's. He played a major role in the first multi-wavelength demonstrations, and performed groundbreaking work on both optical network design tools and optical techniques for quantum key distribution. Matt is widely known throughout the industry and academia as both a thought and program leader. He has brought new talent to Telcordia, has attracted funding for research projects, and has created an image of technical excellence that differentiates Telcordia as a leader in its field.

**John F. Kimmins (2001)**

John has contributed many years of sustained technical excellence and accomplishment. As an energetic advocate for the national telecommunications infrastructure, he has assisted the United States, Telcordia, and Telcordia clients in achieving greater security. He has been the catalyst and lead technical strategist in the development and promulgation of security requirements for network elements, operations systems, data communications networks, and Next-Generation Networks (NGNs). John's strong international reputation in the telecommunications industry is well earned. He produced the first vulnerability analysis of new technologies such as SONET, SMDS and ATM. He continues to bring these insights and knowledge to Internet technologies including Voice Over IP, wireless, and new access technologies such as xDSL.

**Will Leland (2001)**

Will and several colleagues performed a landmark set of data collection experiments and analysis on traffic in high speed packet networks during the 1990's. He and his fellow colleagues were able to develop a radically new model of data traffic. The work was published in IEEE/ACM Transactions on Networking, and became the founding paper in a new field of traffic analysis known as self-similar traffic analysis. The paper was immediately recognized by the research community and awarded the 1995

Telcordia - Innovation - Awards & Honors - Our Fellows

IEEE Communications Society Bennett prize and the 1996 IEEE Baker prize. The Baker prize recognizes the single best paper published in the current year in any IEEE journal, while the Bennett prize recognizes the best paper published in the field of communications. In the last several years, Dr. Leland, in his role as Chief Scientist, has been leading a sweeping transition of the work done in the Internet Architecture Research Laboratory, shifting the work from packet protocol and switch design to packet network management. This has enabled a close alignment of the work in the lab with future product directions for Telcordia.

Will has also made recognized contributions in the fields of distributed computing, broadband service management and digital rights management. He has been recognized as a senior member by the IEEE.

Nim K. Cheung (2000)

Nim was responsible for developing and managing a portfolio of leading edge government funded research projects with total annual revenue of $20M. He provided technical leadership in high-speed networking research and was an active leader in the IEEE Communications Society. Nim was recognized for his rare combination of technical excellence, managerial talent, organizational commitment, and leadership.

David B. Luber (2000)

Dave has defined and implemented some of the fundamental concepts of telecommunications operations. His early work in outside plant engineering and operations mechanization resulted in Operations Support Systems (OSS) that are the core of our existing franchise (e.g., LEIS). In addition to his personal contributions, he has led teams that have consistently reinvented operations architectures (e.g., IOTP) and launched or redirected new products (e.g., Network Configuration Manager, Customer Access and Location Manager, and Trouble Ticket Manager). Dave is well known throughout the industry as a thought-leader and visionary in operations.

GK Chang (1999)

Well-recognized in the industry for a long history of technical leadership and innovations in the area of wavelength division multiplexing optical networking, GK played a lead role in creating the vision of the Telcordia research program in optical networking. By combining his technical leadership with external visibility, he established and grew major government-funded programs for Telcordia in forward-looking aspects of optical networking. Both aggressive and creative, GK was able to build on government-sponsored work to the commercial advantage of Telcordia. He consistently generated patents during his tenure with the company, and was approached by major suppliers about commercialization opportunities.

G. Ray Ritchie (1999)

Ray was a major contributor to the evolution of digital transmission technologies. He was the first to

Telcordia – Innovation – Awards & Honors – Our Fellows

Page 5 of 7

identify the potential advantages and promote the concept of synchronous transmission systems, resulting in the early SYNTRAN standard that was further refined as the SONET standard. He led the formulations for the most widely deployed SONET elements: the Add/Drop Multiplexer and Digital Cross-Connect System. A leader in international standards, Ray initiated the worldwide standardization of the international version of SONET. Toward the end of his career at Telcordia, he was in the forefront of Voice Over IP in Next-Generation Networks.

**Siddhartha Dalal (1998)**
Sid was recognized for his accomplishments in statistics, where he has contributed to the success of the Y2K Test Data Generation Factory, Spice Process Improvement, ISCP® Testing, and the Efficient Defect Analysis tool.

**Dominic Casulli (1998)**
Dominic was recognized for his participation on the team that defined the role and architecture for MediaVantage® NCON. He was acknowledged for his support of BellSouth's Operation Systems Transition Architecture team, leadership on the architecture team responsible for developing an ADSL OSS plan for Bell Atlantic, and for providing Operations Systems architecture support for various Satellite System opportunities.

**Dariusz Smyk (1998)**
Dariusz was recognized for being a consistent leader in the invention and development of breakthrough technology that has sustained our reputation for industry leadership in the Intelligent Network and the Next-Generation Network.

**Barbara Reagor (1998)** Perceived as a world leader who has made significant contributions in the field of Disaster Prevention and Recovery, Barbara has expanded her role as a leader in the field of Risk Management by achieving international recognition and developing E 9-1-1 Caller ID-ALERT.

**Ian Lifchus (1997)**
Ian's significant achievements have benefited the telecommunications industry worldwide. They include formulating agreements on open technical standards, as well as organizing internal standards efforts within the company.

**Edward Pinnes (1997)**
Ed has been recognized for his sustained record of technical and professional excellence in systems engineering and development.

**Louis Scerbo (1997)**
Lou's accomplishments during his career at Telcordia included launching several new business efforts

Telcordia - Innovation - Awards & Honors - Our Fellows

and organizations. He is remembered for his dedication and vision, and for his tireless work in achieving significant growth in sales.

**Jules Bellisio (1997)**

Jules' contributions to digital telecommunications and broadband services have helped Telcordia establish our reputation for objective technical excellence, and include the invention of a key enabling technology for SONET.

**Thomas C. Ely (1996)**

As Director for Intelligent Network Solutions, Tom was recognized for consistently leading the invention and development of Advanced Intelligent Network (AIN) technologies. He holds a number of patents and his work on the SPACE® System for AIN service creation garnered the distinguished R&D 100 Award in 1992.

**Lanny Smoot (1996)**

As one of our most prolific inventors, Lanny made major contributions to the development of the VideoWindow, the Electronic Panning Camera, and the Video On Demand platform. He also led our Collaboratory on Information Infrastructure, and during his tenure with Telcordia was well-respected within the industry for his expertise in this area.

**Edward F. Engelbert (1995)**

Ed was recognized for outstanding technical achievement including his work in leading edge network Operations Support System solutions and his key contributions in a number of paradigm-shifting technologies. He has trained and inspired some of Telcordia's finest systems engineers.

**Stephen M. Walters (1993)**

As a Principal in our Professional Services business unit, Steve created profitable solutions for Telcordia customers. Past President and Chairman of the Board for The ATM Forum, he also served on its Board of Directors from 1991 until 1997. Steve was selected one of Network Computing magazine's Technology Drivers for 1995. Network World magazine named him as a 1996 Power Player in networking. Steve was also a Fellow of the IEEE, for his leadership and technical contributions to ATM. He holds 12 patents and received a 1998 CEO Team Award.

**Dennis E. Egan (1992)**

As Chief Scientist for Information Analysis and Services Research, Dennis was recognized for his group's human-computer interaction studies that led to the design of the SuperBook system, a forerunner of commercial Web browsers. His research group also prototyped advanced technologies embodied in electronic commerce products and operations support systems.

Telcordia - Innovation - Awards & Honors - Our Fellows

Fan Chung (1990)
Fan Chung worked in Applied Research in the areas of discrete mathematics, optimization, and operations research, where she was recognized for creating solutions to such problems as network design and secure communications.

Sitemap | Support | Feedback | Legal

© Telcordia Technologies, Inc.

## SCHEDULE B

## INSTRUCTIONS AND DEFINITIONS

1.          The Definitions and Instructions set forth in Schedule B apply as if fully set forth herein.

2.          Additionally, the Definitions and Instructions set forth in Lucent's First Request for the Production of Documents and Things to Telcordia apply as if fully set forth herein.

## DOCUMENT REQUEST

1.          All documents that have been referred to by Telcordia in preparing for this deposition, or that are the source of information that Telcordia expects to provide in response to this Deposition Notice.

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on August 12, 2005, I caused a copy of the foregoing document to be served by the manner indicated on the following counsel of record:

### BY HAND DELIVERY

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

### BY FEDERAL EXPRESS

> Donald R. Dunner, Esquire
> Finnegan, Henderson, Farabow,
>   Garrett, & Dunner, L.L.P.
> 901 New York Ave., N.W.
> Washington, DC 20001

DB01:1623380.1

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E Keller*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
jshaw@ycst.com

*Attorneys for Lucent Technologies, Inc.*

DB01:1623380.1