# EXHIBIT A

## TOPICS OF THE DEPOSITION

**TOPIC NO. 1.**

All facts and circumstances by which "a Cascade Model 500 [ ] had been provided to Telcordia by Ascend in 1999 in connection with certain testing Telcordia performed for Ascend," *see* Ex. A, including the type of testing performed, the purposes of such testing, identification of individuals at Telcordia that performed such testing, and the communication of the results of such testing.

**TOPIC NO. 2.**

All facts and circumstances relating to "testing of Telcordia's Network Configuration Manager Software product at one of Telcordia's customer sites" that "related to the provisioning of certain Asynchronous Transfer Mode (ATM) features of an Ascend CBX 500 switch at the customer site" in March 1999. *Telcordia Technologies, Inc.'s Seventh Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories at 6.*

**TOPIC NO. 3.**

All facts and circumstances relating to Telcordia's purchase of a Lucent CBX 500 on October 16, 2000, including the purpose of such purchase and all communications between Telcordia and Lucent regarding such purchase. *Telcordia Technologies, Inc.'s Seventh Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories at 7.*

**TOPIC NO. 4.**

The identity of all Cascade products that (1) "map packetized data into SONET frames"; (2) were or are "capable of using SRTS standard clock recovery technique"; or (3) perform or performed "UPSR, including by complying with GR-1400," that Telcordia owns or has owned, including the dates by which and circumstances under which Telcordia came to own such products, all reasons for Telcordia's ownership of such products, all manners in which Telcordia used such products, and all testing performed by Telcordia on such products.

**TOPIC NO. 5.**

The identity of all Ascend products that (1) "map packetized data into SONET frames"; (2) were or are "capable of using SRTS standard clock recovery technique"; or (3) perform or performed "UPSR, including by complying with GR-1400," that Telcordia owns or has owned, including the dates by which and circumstances under which Telcordia came to own such products, all reasons for Telcordia's ownership of such products, all manners in which Telcordia used such products, and all testing performed by Telcordia on such products.

**TOPIC NO. 6.**

The identity of all Yurie products that (1) "map packetized data into SONET frames"; (2) were or are "capable of using SRTS standard clock recovery technique"; or (3) perform or performed "UPSR, including by complying with GR-1400," that Telcordia owns or has owned, including the dates by which and circumstances under which Telcordia came to own such products, all reasons for Telcordia's ownership of such products, all manners in which Telcordia used such products, and all testing performed by Telcordia on such products.

**TOPIC NO. 7.**

The identity of all Lucent products that (1) "map packetized data into SONET frames"; (2) were or are "capable of using SRTS standard clock recovery technique"; or (3) perform or performed "UPSR, including by complying with GR-1400," that Telcordia owns or has owned, including the dates by which and circumstances under which Telcordia came to own such products, all reasons for Telcordia's ownership of such products, all manners in which Telcordia used such products, and all testing performed by Telcordia on such products.

**TOPIC NO. 8.**

The identity of all AT & T products that (1) "map packetized data into SONET frames"; (2) were or are "capable of using SRTS standard clock recovery technique"; or (3) perform or performed "UPSR, including by complying with GR-1400," that Telcordia owns or has owned, including the dates by which and circumstances under which Telcordia came to own such products, all reasons for Telcordia's ownership of such products, all manners in which Telcordia used such products, and all testing performed by Telcordia on such products.

**TOPIC NO. 9.**

The date and complete factual circumstances relating to when Telcordia first became aware that any Lucent product was capable of:

    (1)    mapping Packetized Data into SONET frames; and/or

    (2)    practicing the Synchronous Residual Time Stamp technology disclosed in the ATM Forum Standard (*see, e.g.,* af-vtoa-0078.000 Section 3.4.1), the ITU-T Standard I.363.1 (*see, e.g.,* Section 2.5.2.2.2), and/or the ANSI T1.630 standard (*see, e.g.,* Section 5 referencing I.363.1); and/or

    (3)    performing unidirectional path switched ring automatic protection switching and/or complying with GR-1400 (*see, e.g.,* GR-1400 Issue 1, Revision 1, Section 3);

Including, for (1) through (3), the identification of all documents referring or relating to such knowledge and the identification of all persons having such knowledge.

## TOPIC NO. 10.

The date and complete factual circumstances relating to when Telcordia first became aware that any Cascade product was capable of:

(1) mapping Packetized Data into SONET frames; and/or

(2) practicing the Synchronous Residual Time Stamp technology disclosed in the ATM Forum Standard (*see, e.g.,* af-vtoa-0078.000 Section 3.4.1), the ITU-T Standard I.363.1 (*see, e.g.,* Section 2.5.2.2.2), and/or the ANSI T1.630 standard (*see, e.g.,* Section 5 referencing I.363.1); and/or

(3) performing unidirectional path switched ring automatic protection switching and/or complying with GR-1400 (*see, e.g.,* GR-1400 Issue 1, Revision 1, Section 3);

Including, for (1) through (3), the identification of all documents referring or relating to such knowledge and the identification of all persons having such knowledge.

## TOPIC NO. 11.

The date and complete factual circumstances relating to when Telcordia first became aware that any Ascend product was capable of:

(1) mapping Packetized Data into SONET frames; and/or

(2) practicing the Synchronous Residual Time Stamp technology disclosed in the ATM Forum Standard (*see, e.g.,* af-vtoa-0078.000 Section 3.4.1), the ITU-T Standard I.363.1 (*see, e.g.,* Section 2.5.2.2.2), and/or the ANSI T1.630 standard (*see, e.g.,* Section 5 referencing I.363.1); and/or

(3) performing unidirectional path switched ring automatic protection switching and/or complying with GR-1400 (*see, e.g.,* GR-1400 Issue 1, Revision 1, Section 3);

Including, for (1) through (3), the identification of all documents referring or relating to such knowledge and the identification of all persons having such knowledge.

## TOPIC NO. 12.

The date and complete factual circumstances relating to when Telcordia first became aware that any Yurie product was capable of:

(1) mapping Packetized Data into SONET frames; and/or

(2) practicing the Synchronous Residual Time Stamp technology disclosed in the ATM Forum Standard (*see, e.g.,* af-vtoa-0078.000 Section 3.4.1), the ITU-T Standard I.363.1 (*see, e.g.,* Section 2.5.2.2.2), and/or the ANSI T1.630 standard (*see, e.g.,* Section 5 referencing I.363.1); and/or

(3) performing unidirectional path switched ring automatic protection switching and/or complying with GR-1400 (*see, e.g.,* GR-1400 Issue 1, Revision 1, Section 3);

Including, for (1) through (3), the identification of all documents referring or relating to such knowledge and the identification of all persons having such knowledge.

## TOPIC NO. 13.

The date and complete factual circumstances relating to when Telcordia first became aware that any AT & T product was capable of:

(1) mapping Packetized Data into SONET frames; and/or

(2) practicing the Synchronous Residual Time Stamp technology disclosed in the ATM Forum Standard (*see, e.g.,* af-vtoa-0078.000 Section 3.4.1), the ITU-T Standard I.363.1 (*see, e.g.,* Section 2.5.2.2.2), and/or the ANSI T1.630 standard (*see, e.g.,* Section 5 referencing I.363.1); and/or

(3) performing unidirectional path switched ring automatic protection switching and/or complying with GR-1400 (*see, e.g.,* GR-1400 Issue 1, Revision 1, Section 3);

Including, for (1) through (3), the identification of all documents referring or relating to such knowledge and the identification of all persons having such knowledge.

## TOPIC NO. 14.

All facts and circumstances regarding Telcordia's testing of any Lucent, Cascade, Ascend, or Yurie product for interoperability and/or integration with any Telcordia product, including but not limited to Telcordia's Network Element Adapters, Telcordia's Network Configuration Manager Software, Telcordia's Inventory products, Telcordia's Adapter products, and Telcordia's Surveillance Manager products. *See Telcordia Technologies, Inc.'s Seventh Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories at 6; Ex B.*

## TOPIC NO. 15.

Advertising and sales of Telcordia products that are compatible with, interoperable with, or can be integrated with any Lucent, Cascade, Ascend, or Yurie product, including but not limited to the Telcordia products and Products Supported identified in Ex. B.

## TOPIC NO. 16.

All facts regarding and circumstances under which Telcordia obtained information regarding the Network Termination Cards used the Products Supported in Ex. B, including but not limited to the date on which Telcordia first became aware that such Network Termination Cards are used in the Products Supported.

## TOPIC NO. 17.

The date on which and circumstances under which Telcordia's first became aware that any Lucent, Cascade, Ascend, or Yurie product included or includes a SONET interface module or an OC interface module. *See Telcordia Technologies, Inc.'s Sixth Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories at 11.*

# Exhibit A



901 New York Avenue, NW ■ Washington, DC 20001-4413 ■ 202.408.4000 ■ Fax 202.408.4400
www.finnegan.com

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

DON O. BURLEY
(202) 408-4145
don.burley@finnegan.com

January 31, 2006

Steven C. Cherny, Esq.                                                          *via email*
Latham & Watkins, L.L.P.
885 Third Ave., Suite 1000
New York, N.Y. 10022-4834

<u>Telcordia Technologies, Inc. v. Lucent Technologies, Inc.</u>

Dear Steve:

Enclosed is Telcordia Technologies, Inc.'s Seventh Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7).

I want to highlight one matter that we became aware of during the course of preparing this supplemental response. As you'll see, on page 7 of the supplemental response, it now states, contrary to what we had previously thought, that the product that was examined in 2004 to determine what chip was in the Lucent CBX 500 was not in fact a Lucent CBX 500 but a Cascade Model 500 that had been provided to Telcordia by Ascend in 1999 in connection with certain testing Telcordia performed for Ascend. To the best of Telcordia's knowledge, the Cascade Model 500 is a predecessor to the Ascend CBX 500 and the Lucent CBX 500. Further, the Cascade Model 500 was examined even though Telcordia owned a Lucent CBX 500 that it had purchased in 2000.

We are still investigating and will let you know what we learn. Please recognize, however, that until we became aware of the situation when we were preparing our supplemental response, we had thought that it was the Lucent CBX 500, purchased by Telcordia, that had been examined in 2004.

Sincerely,

Don O. Burley

Washington, DC ■ Atlanta, GA ■ Cambridge, MA ■ Palo Alto, CA ■ Reston, VA ■ Brussels ■ Taipei ■ Tokyo

# Exhibit B

 

# Lucent
## Stinger® Network Adapters

The Lucent Stinger® DSLAM Network Adapters from Telcordia are optional plug-ins to the Telcordia® Inventory, Telcordia® Activator, and Telcordia® Surveillance Manager products. These plug-ins provide a highly integrated, automated flow between these Telcordia products and the Lucent DSL Access Concentrator via an SNMP interface.

### Products Supported

- *Lucent Stinger FS*   - *Lucent Stinger LS*   - *Lucent Stinger MRT*   - *Lucent Stinger RT*

### Features

**Network Element Inventory Discovery**

All physical inventory, including chassis, slots, card types, ports, and port types, can be discovered as part of the Requested Discovery functionality of the Telcordia products. This inventory data can be used to perform the initial load of the inventory, and to maintain database accuracy. The Stingers are supported in stand-alone, daisy-chain, and star configurations.

**Virtual Inventory Discovery**

All virtual inventory, including Virtual Channel, can be discovered and compared with the Telcordia Inventory database. A report is produced, showing any mismatches that may exist.

**VPI/VCI Generation**

Supports manual and auto-assignment of the VPI and VCI for the subscriber and network ports. The subscriber VPI/VCI assignment can be driven by modem types specified in the connection request, or assigned based on user specified defaults. The network VPI/VCI assignment can be generated using defined algorithms based on the physical location of the line termination port. Several algorithms are available and are parameter driven.

**Service Provisioning**

Provides flow through provisioning of ADSL and ATM services across a single Stinger, as well as a network of subtending Stingers. Service parameter settings are user-definable and flow to the Network Adapter as part of the provisioning requests. Service provisioning supports create, delete, suspend/restore and modify requests associated with Virtual Channel Connections (VCCs).

**Rollback and Transaction Logging**

When an individual transaction fails, in a multi-step request, the Network Adapter will return the network to its pre-transaction state. When the request is across multiple Stingers, Telcordia Activator provides an option to restore the network to its original state, or retain all successfully created transactions, recognizing that a partial connection exists when the transaction is re-executed.

An audit log provides a trace all activities between the Network Adapter and the EMS, providing information on all transaction successes, failures and rollback failures. These logs can then be used for rapid failure analysis.

## Features (continued)

### Fault Management

For fault management, the adapter adds the capability for NE-level alarm correlation. This reduces actionable alarms within the NE. The adapter supports the ability to perform alarm filtering, de-duplication, and alarm thresholding, further reducing the number of alarms. The adapter supports a proprietary SNMP interface. This allows you to process more specific fault information for equipment and communications failures, environmental conditions, and processing failures.

## Specifications — Lucent AnyMedia Hardware Support

**Chassis**
Lucent FS
Lucent LS
Lucent MRT
Lucent RT

**Line Termination Cards**
LIM (24-Port ADSL Card)
LIM (48-Port ADSL Card)

**Network Termination Cards**
TIM (2-port DS3 Card)
TIM (2-port OC3 Card)
TIM (8-port T1 IMA Card)

**EMS Software Support**
Release 9.1

**Northbound Interface**
SNMP

**xDSL/ATM Feature Set Support**
ADSL Port Provisioning
ATM Virtual Circuit Connections (VCCs)
ATM Virtual Path Connections (VPCs)

### Adapter Classifications

**Telcordia Products**
Telcordia® Inventory
Telcordia® Activator
Telcordia® Surveillance Manager

**Supported Layers**
Layer 2 (ADSL, DS1 IMA, DS3 ATM, OC3 ATM)

**Network Adapter Type**
Discovery
Configuration
Fault

**Network Equipment**


For more information about Telcordia Technologies, contact your local account executive, or you can reach us at:
1.800.521.2673 (U.S. and Canada)
+44 (0)207 566 7702 (Europe)
+1.732.699.5800 (all other countries)
telecom-info@telcordia.com
www.telcordia.com



ELEMENTIVE

Copyright ©2003 Telcordia Technologies, Inc. All rights reserved.

December 2003

 

## Lucent
# PSAX Network Adapter

The Lucent Technologies® PSAX ATM Network Adapter is an optional plug-ins to the Telcordia® Inventory and Telcordia® Activator products. This plug-in provides a highly integrated, automated flow between the Telcordia products and the Lucent PSAX 1250/AQueView Element Management System (EMS) using a CORBA interface.

### Products Supported
- *Lucent PSAX 1250*

### Features

**Network Element Inventory Discovery**

All physical inventory including chassis, slots, card types, ports and port types can be discovered as part of the Requested Discovery functionality of the Telcordia products. This inventory data can be used to perform the initial load of the inventory, and to maintain database accuracy.

**DLCI, VPI/VCI Generation**

Supports manual and auto-assignment of the DLCI, VPI and VCI values. The DLCI or VPI/VCI assignment can be driven by values specified in the connection request or on the network links, or assigned based on user-specified ranges.

**Service Provisioning**

Provides flow through provisioning of ATM, Frame Relay and ATM-FR interworking services across a single switch, as well as a subnetwork of switches. Service parameter settings are user-definable and flow to the Network Adapter as part of the provisioning requests. Service provisioning supports create, delete, suspend/restore and modify requests associated with Frame Relay Permanent Virtual Circuits (PVCs) and ATM Virtual Channel Connections (VCC's) and Virtual Path Connections (VPC's).

**Rollback and Transaction Logging**

When an individual transaction fails in a multi-step request, the Network Adapter will return the network to its pre-transaction state. When the request is across multiple switches or multiple subnetworks of switches, Telcordia Activator provides an option to restore the network to its original state, or retain all successfully created transactions, recognizing that a partial connection exists when the transaction is re-executed.

An audit log contains a trace all activities between the Network Adapter and the EMS, providing information on all transaction successes, failures, and rollback failures. These logs can then be used for rapid failure analysis.



## Specifications – Lucent AQueView Hardware Support

**Chassis**

Lucent PSAX 1250

**Network Termination Cards**

1-port channelized DS3 Card

2-port DS3 ATM Card

6-port enhanced DS1 Card

6-port enhanced E1 Card

1-port OC-3C multi-mode/single mode Card

1-port OC-3C multi-mode/single mode 1 + 1 APS Card

1-port STM-1 multi-mode/single mode Card

1-port STM-1 multi-mode/single mode 1 + 1 MPS Card

1-port DS3 FR Card

6-port multi-serial Card

**Switch Software Support**

Release 7.1

**EMS Software Support**

AQueView 4.1

**Northbound Interface**

CORBA to the EM

**ATM/FR Feature Set Support**

ATM Virtual Circuit Connections (VCC's)

ATM Virtual Path Connections (VPC's)

Frame Relay Permanent Virtual circuits (PVC's)

Frame Relay-ATM Interworking (PVCs)

**Adapter Classifications**

**Telcordia Products**

Telcordia® Inventory
Telcordia® Activator

**Supported Layers**

Layer 2 (DS1 ATM, DS3 ATM, DS3 FR, OC3/STM-1 ATM)

**Network Adapter Type**

Discovery
Configuration



For more information about Telcordia Technologies, contact your local account executive, or you can reach us at:

1.800.521.2673 (U.S. and Canada)

+44 (0)207 569 7702 (Europe)

+1.732.699.5800 (all other countries)

telecom-info@telcordia.com

www.telcordia.com



ELEMENTIVE

Copyright ©2003 Telcordia Technologies, Inc.
All rights reserved

December 2003




## Lucent
# Ascend Network Adapter

The Lucent Technologies® Ascend ATM/FR Network Adapters are optional plug-ins to the Telcordia® Inventory and Telcordia® Activator products. These plug-ins provide a highly integrated, automated flow between the Telcordia products and the Lucent Switches via the NavisXtend Provisioning Server SNMP and C++ interface.

### Products Supported

- *Lucent Ascend CBX500*
- *Lucent Ascend GX250*
- *Lucent Ascend GX5*
- *Lucent Ascend BSTDX8000*
- *Lucent Ascend BSTDX900*

### Features

#### Network Element Inventory Discovery

All physical inventory including chassis, slots, card types, ports and port types can be discovered as part of the Requested Discovery functionality of the Telcordia products. This inventory data can be used to perform the initial load of the inventory, and to maintain database accuracy.

#### DLCI, VPI/VCI Generation

Supports manual and auto-assignment of the DLCI, VPI and VCI values. The DLCI or VPI/VCI assignment can be driven by values specified in the connection request or on the network links, or assigned based on user-specified ranges

#### Service Provisioning

Provides flow through provisioning of ATM, Frame Relay and ATM-FR interworking services across a single switch, as well as a subnetwork of switches. Service parameter settings are user-definable and flow to the Network Adapter as part of the provisioning requests. Service provisioning supports create, delete, suspend/restore and modify requests associated with Frame Relay Permanent Virtual Circuits (PVCs) and ATM Virtual Channel Connections (VCC's) and Virtual Path Connections (VPC's).

Additionally, flow through provisioning of access circuits is supported, resulting in the creation of logical ports, including channelized, unchannelized, and IMA ports.

#### Rollback and Transaction Logging

When an individual transaction fails in a multi-step request, the Network Adapter will return the network to its pre-transaction state. When the request is across multiple switches or multiple subnetworks of switches, Telcordia Activator provides an option to restore the network to its original state, or retain all successfully created transactions, recognizing that a partial connection exists when the transaction is re-executed.

An audit log contains a trace all activities between the Network Adapter and the EMS, providing information on all transaction successes, failures, and rollback failures. These logs can then be used for rapid failure analysis.



### Features (continued)

**Fault Management**

For fault management, the adapter adds the capability for NE-level alarm correlation. This reduces actionable alarms within the NE. The adapter supports the ability to perform alarm filtering, de-duplication, and alarm thresholding, further reducing the number of alarms. The adapter supports a proprietary SNMP/C++ interface.



### Specifications – Lucent Ascend Hardware Support

**Chassis**

Lucent Ascend CBX500 ATM/FTR

Lucent Ascend GX250 ATM/FR

Lucent Ascend GX550 ATM

Lucent Ascend BSTDX8000 FR

Lucent Ascend BSTDX9000 FR

**Network Termination Cards**

For CBX500:

8-Port DS3 ATM UNI Card

4-Port ATM UNI OC3c/STM1 Card

1-Port OC3-12c/STM4 Card

6-Port DS3 Frame Card

8-Port T1 ATM Card

4-Port Channelized DS3-1-0 Card

For GX550:

4-PortOC3 Phy Card

1-port OC12c/STM-4 Card

1-Port OC48/STM-16 Card

For BSTDX9000:

4-Port T1 Card

4-Port Channelized T1 Card

2-Port HSSI Card

8-Port DS1 Card)

1-Port DS3 ATM UNI Card

1-Port Channelized DS3 Card

12-Port ATM T1 Card

1-Port DS3-1-0 Channelized Card

**Switch Software Support**

Releases 4.2.1.38, 4.2.2.0, 4.2.4.x, 7.2.1.27, 7.2.2.x, 8.0.x.x

**EMS Software Support**

EMS Release 3.3, 7.0.0.2

**Northbound Interface**

SNMP and C++ to the NavisXtend Provisioning Server

**ATM/FR Feature Set Support**

ATM Virtual Circuit Connections (VCC's)

ATM Virtual Path Connections (VPC's)

Frame Relay PVC's

### Adapter Classifications

**Telcordia Products**

Telcordia® Inventory

Telcordia® Activator

Telcordia® Surveillance Manager

**Supported Layers**

Layer 2 (DS1 ATM, DS3 ATM, DS3 FR, OC3 ATM, OC12 ATM, OC48 ATM, T1 ATM)

**Network Adapter Type**

Discovery

Configuration

Fault



For more information about Telcordia Technologies, contact your local account executive, or you can reach us at:

1.800.521.2673 (U.S. and Canada)

+44 (0)207 569 7702 (Europe)

+1.732.698.5800 (all other countries)

telecom-info@telcordia.com

www.telcordia.com



ELEMENTIVE

Copyright ©2003 Telcordia Technologies, Inc.
All rights reserved.

December 2003



| | About Us | Markets | Products | Services | Innovation | Home | Careers | Sto Partners |

🖨 Pri:

Products >

# Telcordia® Network Element Adapter Library

*This extensive library of pre-built adapters offers the fastest way to enable two-way comn between four major Telcordia OSSs and your new network elements.*

Telcordia has three ways to help you stay in control - three adapter solutions to support A Inventory, Surveillance Manager, and <u>Service Director</u>.

This off-the-shelf solution can help you:

- Eliminate development expenses
- Simplify adoption of new network technologies
- Ensure that these four OSSs can enrich your business with all the functionality that tl designed to perform

**Sidebar:**
- Overview
- **Network Element Adapter Library**
- Adapter Toolkit

| Vendor Name | Vendor Equipment | Telcordia Produ |
|---|---|---|
| **ADTRAN** | Total Access 1108 | Activator/Inventor |
| | Total Access 1108 | Surveillance Manaç |
| | Total Access 1124 | Activator/Inventor |
| | Total Access 1124 | Surveillance Manaç |
| | Total Access 1125 | Activator/Inventor |
| | Total Access 1125 | Surveillance Manaç |
| **AFC** | AccessMax | Activator/Inventor |
| **Alcatel** | 7270 | Activator/Inventor |
| | 7270 | Surveillance Manaç |
| | 7470 | Activator/Inventor |
| | 7470 | Surveillance Manaç |
| | 7670 | Activator/Inventor |
| | 7670 | Surveillance Manaç |
| | 36060 | Activator/Inventor |
| | 36060 | Surveillance Manaç |
| | 36120 | Activator/Inventor |
| | 36120 | Surveillance Manaç |
| | 36150 | Activator/Inventor |
| | 36150 | Surveillance Manaç |
| | ASAM 1000 | Activator/Inventor |

| Vendor | Product | Application |
|---|---|---|
| | ASAM 1000 | Service Director |
| | ASAM 1000 | Surveillance Manag |
| | ASAM 7300 | Activator/Inventory |
| | ASAM 7300 | Service Director |
| | ASAM 7300 | Surveillance Manag |
| | Litespan 2000 | Activator/Inventory |
| | Litespan 2000 | Surveillance Manag |
| | Litespan 2012 | Activator/Inventory |
| | Litespan 2012 | Surveillance Manag |
| ATM/ ADSL Forum | Standard | Surveillance Manag |
| Calix | C7 Optical Access Platform | Activator/Inventory |
| Catena | CNX-5 | Activator/Inventory |
| Cisco | 3600 Series Router | Activator/Inventory |
| | 3600 Series Router | Surveillance Manag |
| | 36xx, 26xx, 25xx, 17xx, 16xx, 19xx and 10xx Series Router | Surveillance Manag |
| | 6015 | Activator/Inventory |
| | 6100 | Activator/Inventory |
| | 6100 | Surveillance Manag |
| | 6130 | Activator/Inventory |
| | 6160 | Activator/Inventory |
| | 6160 | Surveillance Manag |
| | 6260 | Activator/Inventory |
| | 6400 | Activator/Inventory |
| | 6400 | Surveillance Manag |
| | 7200 Series Router | Activator/Inventory |
| | 7200 Series Router | Service Director |
| | 7200 Series Router | Surveillance Manag |
| | 7500 Series (excludes 7576) Router | Activator/Inventory |
| | 7500 Series (excludes 7576) Router | Service Director |
| | 7500 Series (excludes 7576) Router | Surveillance Manag |
| | 10000 Series Router | Activator/Inventory |
| | 10000 Series Router | Service Director |
| | 10000 Series Router | Surveillance Manag |
| | 12000 Series Router | Activator/Inventory |

| Vendor | Element | Product |
|---|---|---|
| | 12000 Series Router | Surveillance Manager |
| | BPX8600 | Activator/Inventory |
| | Catalyst 5500 | Activator/Inventory |
| | MGX8220 | Activator/Inventory |
| | MGX8250 | Activator/Inventory |
| | MGX8850 | Activator/Inventory |
| | MGX8850 | Surveillance Manager |
| Equipe | E3200 | Activator/Inventory |
| ECI | Hi Focus SAM 480 | Activator/Inventory |
| | Mini RAM | Activator/Inventory |
| Funk | Steel Belted Radius AAA Server | Activator/Inventory |
| Ipanema | Ipanema Engine Probe | Service Director |
| Juniper | ERX 700 | Activator/Inventory |
| | ERX 705 | Activator/Inventory |
| | ERX 710 | Activator/Inventory |
| | ERX 1400 | Activator/Inventory |
| | ERX 1440 | Activator/Inventory |
| | ERX Series Router | Activator/Inventory |
| | M Series Router | Activator/Inventory |
| | M Series Router | Surveillance Manager |
| Lucent | Ascend BSTDX8000 | Activator/Inventory |
| | Ascend BSTDX9000 | Activator/Inventory |
| | Ascend BSTDX9000 | Surveillance Manager |
| | AnyMedia | Activator/Inventory |
| | AnyMedia | Surveillance Manager |
| | Ascend CBX500 | Activator/Inventory |
| | Ascend CBX500 | Surveillance Manager |

| | | |
|---|---|---|
| | Ascend GX250 | Activator/Inventory |
| | Ascend GX550 | Activator/Inventory |
| | Ascend GX550 | Surveillance Manager |
| | PSAX 1250 | Activator/Inventory |
| | Stinger | Surveillance Manager |
| | Stinger FS | Activator/Inventory |
| | Stinger LS | Activator/Inventory |
| | Stinger MRT | Activator/Inventory |
| | Stinger RT | Activator/Inventory |
| Marconi | ASX4000/M | Activator/Inventory |
| | BXR4800 | Activator/Inventory |
| | TNX210 | Activator/Inventory |
| | TNX1100 | Activator/Inventory |
| NLC | BNU | Activator/Inventory |
| | BSAM | Activator/Inventory |
| | USAM | Activator/Inventory |
| Pedestal | UBS 2424 | Activator/Inventory |
| | UBS 2450 | Activator/Inventory |
| Nortel | Passport 6400 | Activator/Inventory |
| | Passport 6480 | Activator/Inventory |
| | Passport 7440 | Activator/Inventory |
| | Passport 7480 | Activator/Inventory |
| | Passport 15000 | Activator/Inventory |
| | Passport 20000 | Activator/Inventory |
| | Shasta 5000 | Activator/Inventory |
| | Shasta 5000 | Surveillance Manager |
| Redback | SE800 | Activator/Inventory |
| | 500/1000/ 1800/10000 | Surveillance Manager |
| | SMS500 | Activator/Inventory |
| | SMS500 | Surveillance Manager |
| | SMS1000 | Activator/Inventory |
| | SMS1000 | Surveillance Manager |
| | SMS1800 | Activator/Inventory |
| | SMS1800 | Surveillance Manager |
| | SMS10000 | Activator/Inventory |
| | SMS10000 | Surveillance Manager |
| Siemens | High Density DSLAM | Activator/Inventory |
| | Mini DSLAM | Activator/Inventory |

| | | |
|---|---|---|
| Siemens/Seabridge | XpressPass 140 | Activator/Inventor |
| | XpressPass 140HD | Activator/Inventor |
| | XpressPass 142 | Activator/Inventor |
| | XpressPass 144 | Activator/Inventor |
| **WaveSmith** | DN2100 | Activator/Inventor |
| | DN4100 | Activator/Inventor |
| | DN7100 | Activator/Inventor |
| Zhone | BAN | Activator/Inventor |
| | MALC | Activator/Inventor |

© Telcordia Technologies, Inc.                    Sitemap | Support | Fee