# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 27, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*
C.A. No. 04-875-GMS

Dear Judge Sleet:

Telcordia has raised the following issues for presentation during the teleconference scheduled for February 28, 2006 at 11:00 a.m.:

- In connection with Telcordia's Third Notice of Rule 30(b)(6) Deposition that was served on Lucent in December 2005, Telcordia respectfully requests an order requiring Lucent to promptly designate and schedule appropriate Rule 30(b)(6) designee(s) to testify as to subjects 10 through 12.

- Telcordia respectfully requests an order establishing rules and limits on the taking of depositions and the use of depositions in this case, since Lucent and Telcordia have been unable to reach an agreement.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB/dmf
167054.1

c:   John W. Shaw, Esquire (via electronic mail)
     Steven C. Cherny, Esquire (via electronic mail)
     David A. Nelson, Esquire (via electronic mail)
     Donald R. Dunner, Esquire (via electronic mail)