# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 27, 2006

The Honorable Gregory M. Sleet          VIA ELECTRONIC FILING
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Telcordia Technologies, Inc. v. Alcatel U.S.A., Inc.*
      C.A. No. 04-874-GMS

      *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*
      C.A. No. 04-875-GMS

Dear Judge Sleet:

At 11:00 a.m. tomorrow, February 28, 2006, the Court has scheduled a combined discovery dispute teleconference in the above two cases. I filed the parties' joint agenda letter in connection with the Lucent case late this morning, consistent with Ms. Tyer-Daly's request that the letter be submitted by noon today.

I am writing to advise that Telcordia and Alcatel now have resolved all of the outstanding disputes that were to have been raised in C.A. No. 04-874-GMS during tomorrow morning's teleconference. The teleconference therefore now will involve only the outstanding issues between Telcordia and Lucent in C.A. No. 04-875-GMS.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

SJB: dmf
167055.1

cc:   Josy W. Ingersoll, Esquire (via electronic mail)
      Stuart J. Sinder, Esquire (via electronic mail)
      John W. Shaw, Esquire (via electronic mail)
      Steven C. Cherny, Esquire (via electronic mail)
      David A. Nelson, Esquire (via electronic mail)
      Donald R. Dunner, Esquire (via electronic mail)