IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## LUCENT TECHNOLOGIES INC.'S
## APPENDIX IN SUPPORT OF ITS OPENING CLAIM CONSTRUCTION BRIEF

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600
jshaw@ycst.com

Attorneys for Lucent Technologies Inc.

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
(312) 876-7700

Dated:  March 3, 2006

057224.1004

## TABLE OF CONTENTS

U.S. Patent Number 4,893,306 ...............................................................Exhibit A

Bell Communications Research, Inc. v. Fore Systems, Inc.,
   62 Fed.Appx. 951 (2003)................................................................. Exhibit B

Excerpts from Brief for Plaintiff-Appellant Bell Communications
   Research, Inc. dated March 18, 2002.............................................. Exhibit C

Excerpts from hearing transcript dated January 5, 2006.......................Exhibit D

Amendment to Patent Application dated August 21, 1989.................................. Exhibit E

Amendment to Patent Application dated February 17, 1989................................Exhibit F

Excerpts from Reply Brief of Bell Communications Research, Inc.
   dated September 9, 1999................................................................Exhibit G

Excerpts from hearing transcript dated April 14, 2005........................Exhibit H

Excerpts from Joint Status Report ...................................................... Exhibit I

Excerpts from Supplemental Markman Brief of Bell Communications
   Research, Inc. dated August 1, 2003.............................................. Exhibit J

Excerpts from Bellcore's Reply to Fore's Supplemental Markman
   dated August 11, 2003 ...............................................................Exhibit K

Patent and Trademark Office Action dated July 3, 1989...................................... Exhibit L

057224.1004