IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| LUCENT TECHNOLOGIES INC., | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF DEPOSITION OF SANG H. LEE

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies Inc. ("Lucent") will take the deposition of Sang H. Lee by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on April 10, 2006 at the offices of LATHAM & WATKINS, L.L.P., 135 Commonwealth Drive, Menlo Park, CA 94025-1105. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

|  |  |
|---|---|
| | /s/ John W. Shaw |
| | John W. Shaw (No. 3362) |
| | *jshaw@ycst.com* |
| | Karen E. Keller (No. 4489) |
| | *kkeller@ycst.com* |
| | Monté T. Squire (No. 4764) |
| | *msquire@ycst.com* |
| | YOUNG CONAWAY STARGATT |
| |   & TAYLOR, LLP |
| | The Brandywine Building |
| Of Counsel: | 1000 West Street, 17th Floor |
| | Wilmington, Delaware 19899-0391 |
| Steven C. Cherny | (302) 571-6600 |
| Latham & Watkins LLP | *Attorneys for Lucent Technologies Inc.* |
| 885 Third Avenue, Suite 1000 | |
| New York, NY 10022 | |
| (212) 906-1200 | |
| | |
| David Nelson | |
| Israel Sasha Mayergoyz | |
| Latham & Watkins LLP | |
| Sears Tower, Suite 5800 | |
| Chicago, IL 60606 | |
| (312) 876-7700 | |

Dated: March 13, 2006

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on March 13, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

| | |
|---|---|
| Donald R. Dunner, Esquire | York M. Faulkner, Esquire |
| Finnegan, Henderson, Farabow, | Finnegan, Henderson, Farabow, |
|    Garrett, & Dunner, LLP |    Garrett, & Dunner, LLP |
| 901 New York Ave., N.W. | Two Freedom Square |
| Washington, DC 20001 | 11955 Freedom Drive |
| | Reston, VA 20190 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ 

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
*Attorneys for Lucent Technologies Inc.*