IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>)<br>v. )<br>)<br>LUCENT TECHNOLOGIES INC., )<br>)<br>)<br>Defendant/Counterclaim Plaintiff. )<br>) | Civil Action No. 04-875-GMS |

### NOTICE OF DEPOSITION OF STEVE JOROFF

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies Inc. ("Lucent") will take the deposition of Steve Joroff by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May 10, 2006 at the offices of LATHAM & WATKINS, L.L.P., 885 Third Avenue, Suite 1000, New York, NY 10022-4834. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

|  |  |
|---|---|
| Of Counsel:<br><br>Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br>(212) 906-1200<br><br>David Nelson<br>Israel Sasha Mayergoyz<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Dated: March 13, 2006 | /s/ John W. Shaw<br>_____<br>John W. Shaw (No. 3362)<br>*jshaw@ycst.com*<br>Karen E. Keller (No. 4489)<br>*kkeller@ycst.com*<br>Monté T. Squire (No. 4764)<br>*msquire@ycst.com*<br>**YOUNG CONAWAY STARGATT**<br>  **& TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>*Attorneys for Lucent Technologies Inc.* |

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on March 13, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

| | |
|---|---|
| Donald R. Dunner, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett, & Dunner, LLP<br>901 New York Ave., N.W.<br>Washington, DC 20001 | York M. Faulkner, Esquire<br>Finnegan, Henderson, Farabow,<br>   Garrett, & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
*Attorneys for Lucent Technologies Inc.*