IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-875-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 23, 2006, copies of Lucent Technologies Inc.'s Objections and Second Supplemental Response to Telcordia Technologies, Inc.'s Interrogatory Nos. 6 and 7 were caused to be served upon the following counsel in the manner indicated:

**BY HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on March 24, 2006, copies of this Notice of Service were caused to be served upon the following counsel of record as indicated:

**BY CM/ECF and HAND DELIVERY**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
jshaw@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*

OF COUNSEL:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: March 24, 2006