IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | | |
| ) | | |
| Plaintiff/Counterclaim Defendant, ) | | |
| ) | | |
| v. ) | C.A. No. 04-875-GMS | |
| ) | | |
| LUCENT TECHNOLOGIES, INC., ) | | |
| ) | | |
| Defendant/Counterclaim Plaintiff. ) | | |
| TELCORDIA TECHNOLOGIES, INC., ) | | |
| ) | | |
| Plaintiff/Counterclaim Defendant, ) | | |
| ) | | |
| v. ) | C.A. No. 04-876-GMS | |
| ) | | |
| CISCO SYSTEMS, INC., ) | | |
| ) | | |
| Defendant/Counterclaim Plaintiff. ) | | |

**DECLARATION OF LESLIE A. POLIZOTI, ESQUIRE IN SUPPORT
OF LUCENT AND CISCO'S ANSWERING CLAIM CONSTRUCTION BRIEF ON
UNITED STATES PATENT NOS. 4,893,306, 4,835,763, AND RE 36,633**

I, Leslie A. Polizoti, declare as follows:

1. I am a member of the Bar of this Court and an associate at the law firm of Morris, Nichols, Arsht, & Tunnell LLP, attorneys for defendant Cisco Systems, Inc. ("Cisco") in this action. I make this declaration in support of Lucent and Cisco's Answering Claim Construction Brief.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 4,833,673, issued on May 23, 1989.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the original application that issued as the '306 patent, dated November 10, 1987.

4. Attached as Exhibit 3 is a true and correct copy of an Office Action from the prosecution history of the '306 patent, dated September 2, 1988.

5. Attached as Exhibit 4 is a true and correct copy of MPEP § 803 (8th Ed., Rev. 4), dated October 2005.

6. Attached as Exhibit 5 is a true and correct copy of a Response to Office Action from the prosecution history of the '306 patent, dated October 5, 1988.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 4,855,999, issued on August 8, 1989.

8. Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 4,833,671, issued on May 23, 1989.

9. Attached as Exhibit 8 is a true and correct copy of U.S. Patent No. 4,819,226, issued on April 4, 1989.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the transcript from the claim construction hearing in *Bell Communications Research v. Fore Systems*, C.A. No. 98-586 (D. Del.), dated March 23, 2000.

11. Attached as Exhibit 10 is a true and correct copy of an excerpt from Bellcore's answering claim construction brief in *Bell Communications Research v. Fore Systems*, C.A. No. 98-586 (D. Del.), dated September 9, 1999.

12. Attached as Exhibit 11 is a true and correct copy of the opinion in *Bicon, Inc. v. The Straumann Company*, -- F.3d --, No. 05-1168, 2006 WL 688797 (Fed. Cir., Mar. 20, 2006).

13. Attached as Exhibit 12 is a true and correct copy of the Office Action from the prosecution history of the '763 patent, dated October 6, 1988.

14. Attached as Exhibit 13 is a true and correct copy of an Amendment from the prosecution history of the '763 patent, dated January 4, 1989.

Executed this 24th day of March, 2006 at Wilmington, Delaware

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leslie A. Polizoti

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on March 24, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE  19899

I further certify that on March 24, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
jshaw@ycst.com

*Attorneys for Lucent Technologies, Inc.*

DB01:1623380.1