# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 30, 2006

<u>VIA ELECTRONIC FILING AND HAND DELIVERY</u>

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

      Re:   *Telcordia Technologies, Inc. v. Alcatel S.A. and Alcatel USA, Inc.*,
            C.A. No. 04-874-GMS

            *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,
            C.A. No.04-875-GMS

            *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
            C.A. No. 04-876-GMS

Dear Judge Sleet:

      Pursuant to the Revised Scheduling Order in the above three actions, the parties jointly submit two sets of binders containing the final joint claim chart and claim construction briefs.

Respectfully,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon (I.D. #3950)

Enclosures
cc:    Clerk of the Court (via electronic filing w/out encl.)
       Josy W. Ingersoll, Esquire (via electronic mail w/out encl.)
       Stuart J. Sinder, Esquire (via electronic mail w/out encl.)
       John W. Shaw, Esquire (via electronic mail w/out encl.)
       Steven C. Cherny, Esquire (via electronic mail w/out encl.)
       David A. Nelson, Esquire (via electronic mail w/out encl.)
       Jack B. Blumenfeld, Esquire (via electronic mail w/out encl.)
       Edward R. Reines, Esquire (via electronic mail w/out encl.)
       Donald R. Dunner, Esquire (via electronic mail w/out encl.)

165929.1