### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-875-GMS |
| LUCENT TECHNOLOGIES INC., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S
### OBJECTIONS TO DEFENDANT LUCENT TECHNOLOGIES INC.'S
### NOTICE OF DEPOSITION OF STEVEN JOROFF

Plaintiff Telcordia Technologies, Inc. ("Telcordia"), by its attorneys, hereby objects to

Defendant Lucent Technologies Inc.'s ("Lucent") Notice of Deposition of Steven Joroff.

### OBJECTIONS

1.      Telcordia objects to the time and location of the deposition.  Telcordia will work

with Lucent to schedule the deposition at a mutually agreeable time and place.

2.      Telcordia objects to the use, including use by other parties, of any testimony from

the noticed deposition in separate cases, such as the pending suits against Alcatel and Cisco

(Telcordia Technologies, Inc. v. Alcatel USA, Inc. Civil Action No. 04-874-GMS and Telcordia

Technologies, Inc. v. Cisco Systems, Inc., Civil Action No. 04-876-GMS).

3.      Telcordia objects to the extent that this deposition in combination with

depositions of other witnesses would cause Lucent to exceed any of the limits on depositions set

forth in the Federal Rules of Civil Procedure.

4.      Telcordia objects to the extent that this deposition seeks information that is

protected by claims of attorney-client privilege or attorney work product in light of the fact that

Steven Joroff, as part of his duties at Telcordia, had significant contacts with Telcordia's lawyers and was extensively exposed to confidential and privileged information.

5.    Telcordia objects to the extent that Lucent seeks to depose Mr. Joroff, who was extensively involved in privileged attorney/client communications as part of his regular job duties at Telcordia, without permitting Telcordia to confidentially confer with Mr. Joroff to ensure that no disclosure of proprietary or privileged Telcordia information occurs.

6.    Telcordia objects to an impermissible conflict of interest that would be created if Lucent and its lawyers, who are directly adverse to Telcordia in this litigation, attempt to represent or speak on behalf of Lucent's current employee, Mr. Joroff, concerning any matter relating to his prior work for Telcordia.

7.    Telcordia objects to this deposition as unreasonably broad, burdensome, unfair, and harassing to the extent that Lucent seeks to encourage or pressure its current employee, Mr. Joroff, to disclose privileged, proprietary, or private information of Telcordia in violation of Mr. Joroff's employee agreement with Telcordia or his ethical obligations.

ASHBY & GEDDES

/s/ Tiffany Geyer Lydon
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

Attorneys for Plaintiff Telcordia Technologies, Inc.

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Steven M. Anzalone
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C.  20001
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Dated: April 6, 2006

168349.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2006, the attached **PLAINTIFF**

**TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS TO DEFENDANT LUCENT**

**TECHNOLOGIES INC.'S NOTICE OF DEPOSITION OF STEVEN JOROFF** was served

upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*

_____

Tiffany Geyer Lydon

150909.1