IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF KENNETH RUBENSTEIN

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies

Inc. ("Lucent") will take the deposition of Kenneth Rubenstein by oral examination using

videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May

23, 2006, at the offices of LATHAM & WATKINS, L.L.P., 885 Third Avenue, Suite 1000, New

York, NY 10022-4834. The deposition will be taken before a Notary Public or other officer

authorized by law to administer oaths.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Monté Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
(302) 571-6600
jshaw@ycst.com
    Attorneys for Lucent Technologies Inc.

Of Counsel:
Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated:  April 13, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on April 13, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on April 13, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

### BY ELECTRONIC MAIL

> Donald R. Dunner, Esquire
> Finnegan, Henderson, Farabow,
>   Garrett, & Dunner, L.L.P.
> 901 New York Ave., N.W.
> Washington, DC 20001

> York M. Faulkner, Esquire
> Finnegan, Henderson, Farabow,
>   Garrett, & Dunner, L.L.P.
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
jshaw@ycst.com

*Attorneys for Lucent Technologies, Inc.*