IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,          )
                                       )
                   Plaintiff,          )
                                       )
          v.                           )      C. A. No. 04-875-GMS
                                       )
LUCENT TECHNOLOGIES, INC.,             )
                                       )
                   Defendant.          )

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**


Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Griffith B. Price, Jr. to represent the plaintiff in this matter. Pursuant to this

Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for the

foregoing attorney is being submitted to the Clerk's office in connection with Civil Action No.

04-874-GMS.


                              ASHBY & GEDDES

                              */s/ Tiffany Geyer Lydon*
                              _____
                              Steven J. Balick (I.D. # 2114)
                              John G. Day (I.D. # 2403)
                              Tiffany Geyer Lydon (I.D. #3950)
                              222 Delaware Avenue, 17th Floor
                              P.O. Box 1150
                              Wilmington, DE  19899
                              (302) 654-1888

                              *Attorneys for Plaintiff*

Dated:  April 25, 2006
168905.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


TELCORDIA TECHNOLOGIES, INC.,            )
                                         )
                Plaintiff,               )
                                         )
        v.                               )      C. A. No. 04-875-GMS
                                         )
LUCENT TECHNOLOGIES, INC.,               )
                                         )
                Defendant.               )


## <u>ORDER</u>

This _____ day of _____, 2006, the Court having

considered the motion for the admission *pro hac vice* of Griffith B. Price, Jr. to represent the

plaintiff in the above action; now therefore,

        IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorney is admitted *pro hac vice*.


_____
                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed:      _Griffith B Price Jr._

Griffith B. Price, Jr.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001
(202) 408-4000

Dated:   4/25/06

## CERTIFICATE OF SERVICE

I hereby certify that on the 25[h] day of April, 2006, the attached **MOTION AND ORDER**

**FOR ADMISSION *PRO HAC VICE*** was served upon the below-named counsel of record at

the address and in the manner indicated:

John W. Shaw, Esquire                                      HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801

Steven C. Cherny, Esquire                                 VIA FEDERAL EXPRESS
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022

David A. Nelson, Esquire                                  VIA FEDERAL EXPRESS
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

David M. Farnum, Esquire                                  VIA FEDERAL EXPRESS
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

Sean S. Pak, Esquire                                      VIA FEDERAL EXPRESS
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

150909.1