IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-875-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2006, copies of (1) Lucent Technologies Inc.'s Objections and Responses to Plaintiff Telcordia Technologies, Inc.'s Revised Fourth Notice of Rule 30(b)(6) Deposition to Lucent and (2) this Notice of Service were caused to be served upon the following counsel of record in the manner indicated:

**HAND DELIVERY and E-MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS and E-MAIL**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
   Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
   Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that this Notice of Service was electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Steven J. Balick, Esquire
    Ashby & Geddes
    222 Delaware Avenue, 17th Floor
    P.O. Box 1150
    Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 1, 2006

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*