IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SUBPOENA AND DEPOSITION OF MARK BECKNER

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies Inc. ("Lucent") will serve a subpoena on Mark Beckner, in the form attached hereto, and will take the deposition of Mark Beckner by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May 26, 2006 at the offices of LATHAM & WATKINS LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, California, 92626-1925. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

|  |  |
|---|---|
| Of Counsel:<br><br>Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br>(212) 906-1200<br><br>David A. Nelson<br>Israel Sasha Mayergoyz<br>David C. McKone<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700<br><br>May 2, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ John W. Shaw<br><br>John W. Shaw (No. 3362)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 836-4726<br>msquire@ycst.com<br><br>*Attorneys for Lucent Technologies Inc.* |

## CERTIFICATE OF SERVICE

I, Monté T. Squire, Esquire, hereby certify that on May 2, 2006, I caused true and correct copies of the forgoing document to be served upon the following counsel of record as indicated below:

### BY HAND DELIVERY and E-MAIL

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*sbalick@ashby-geddes.com*

### BY FEDERAL EXPRESS and E-MAIL

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
Garrett, & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
*don.dunner@finnegan.com*

York M. Faulker, Esquire
Finnegan, Henderson, Farbow,
Garrett, & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
*york.faulkner@finnegan.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3360)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899
(302) 571-6600
msquire@ycst.com