IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SUBPOENA AND DEPOSITION OF RODNEY BOEHM

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies Inc. ("Lucent") will serve a subpoena, in the form attached hereto, and will take the deposition of Rodney Boehm by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May 25, 2006 at the Renaissance Dallas Richardson Hotel, 900 E. Lookout Dr., Richardson, Texas 75082. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

|  |  |
|---|---|
| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | _[signature]_ |
| Steven C. Cherny | John W. Shaw (No. 3362) |
| Latham & Watkins LLP | Monté T. Squire (No. 4764) |
| 885 Third Avenue, Suite 1000 | The Brandywine Building |
| New York, NY 10022 | 1000 West Street |
| (212) 906-1200 | Wilmington, DE 19801 |
|  | (302) 836-4726 |
|  | msquire@ycst.com |
| David A. Nelson |  |
| Israel Sasha Mayergoyz | *Attorneys for Lucent Technologies Inc.* |
| David C. McKone |  |
| Latham & Watkins LLP |  |
| Sears Tower, Suite 5800 |  |
| Chicago, IL 60606 |  |
| (312) 876-7700 |  |

May 3, 2006