IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.  04-875-GMS |
| v. | ) ) | |
| LUCENT TECHNOLOGIES INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 5, 2006, copies of (1) Lucent Technologies Inc.'s

Objections and Third Supplemental Response to Telcordia Technologies, Inc.'s Interrogatory No. 6 and

(2) this Notice of Service were caused to be served upon the following counsel of record in the manner

indicated:

**HAND DELIVERY and E-MAIL**

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS and E-MAIL**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow,
 Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow,
 Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that this Notice of Service was electronically filed

using CM/ECF with the Clerk of the Court who will send notification that such filing is available for

viewing and downloading to the following counsel of record:

>    Steven J. Balick, Esquire
>    Ashby & Geddes
>    222 Delaware Avenue, 17th Floor
>    P.O. Box 1150
>    Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 5, 2006

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*