IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | Civil Action No. 04-875-GMS |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2006, copies of TAEUS International Corporation's

letter objections in response to third-party subpoena were caused to be served upon the following counsel

of record in the manner indicated:

### BY E-MAIL

Steven J. Balick, Esquire          [sbalick@ashby-geddes.com]
John G. Day, Esquire               [jday@ashby-geddes.com]
Donald R. Dunner, Esquire          [don.dunner@finnegan.com]
York M. Faulkner, Esquire          [york.faulkner@finnegan.com]

PLEASE TAKE FURTHER NOTICE that on May 9, 2006, this Notice of Service was caused to

be served by email on the above-listed counsel and on the following as indicated below:

### BY CM/ECF & HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Donald R. Dunner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 9, 2006

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*