IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | Civil Action No. 04-875-GMS |

**NOTICE OF SUBPOENA AND DEPOSITION OF YAU-CHAU CHING**

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Lucent Technologies Inc. ("Lucent") caused to be served a subpoena, in the form attached hereto, and will take the deposition of Yau-Chau Ching by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on May 23, 2006 at the offices of LATHAM & WATKINS, L.L.P., One Newark Center, 16th Floor, Newark, New Jersey 07101-3174. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

*Of Counsel:*

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 9, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*

DB01:2094316.1                                                                                               057224.1004