IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-875-GMS |
| | ) |
| LUCENT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2006, the following documents docketed in C.A. No. 04-874-GMS, (i) **TELCORDIA'S NOTICE OF DEPOSITION AND SUBPOENA DIRECTED TO APPLIED MICRO CIRCUITS CORPORATION (AMCC)** and (ii) **TELCORDIA'S NOTICE OF DEPOSITION AND SUBPOENA DIRECTED TO PMC-SIERRA, INC.** were served upon the following counsel of record at the address and in the manner indicated:

John W. Shaw, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Steven C. Cherny, Esquire                                      VIA FEDERAL EXPRESS
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

David A. Nelson, Esquire                                       VIA FEDERAL EXPRESS
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

David M. Farnum, Esquire                                       VIA FEDERAL EXPRESS
Latham & Watkins LLP

555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304

Sean S. Pak, Esquire                                              <u>VIA FEDERAL EXPRESS</u>
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007

                         ASHBY & GEDDES

                         */s/ Tiffany Geyer Lydon*

                         Steven J. Balick (I.D. #2114)
                         John G. Day (I.D. #2403)
                         Tiffany Geyer Lydon (I.D. #3950)
                         222 Delaware Avenue, 17th Floor
                         P.O. Box 1150
                         Wilmington, Delaware 19899-1150
                         (302) 654-1888
                         sbalick@ashby-geddes.com
                         jday@ashby-geddes.com
                         tlydon@ashby-geddes.com

                         *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated:  May 11, 2006
150914.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY  10022 | VIA FEDERAL EXPRESS |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 | VIA FEDERAL EXPRESS |
| David M. Farnum, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC  20004-1304 | VIA FEDERAL EXPRESS |
| Sean S. Pak, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007 | VIA FEDERAL EXPRESS |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon