IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | Civil Action No. 04-875-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2006, copies of (1) Lucent Technologies Inc.'s Objections and Fourth Supplemental Response to Telcordia Technologies, Inc.'s Interrogatory No. 6 and (2) this Notice of Service were caused to be served upon the following counsel of record in the manner indicated:

### BY HAND DELIVERY AND E-MAIL

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS and E-MAIL

Donald R. Dunner, Esquire [don.dunner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire [york.faulkner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on May 15, 2006, this Notice of Service was caused to be electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | /s/ John W. Shaw |
| Of Counsel: | John W. Shaw (No. 3362) |
|  | jshaw@ycst.com |
| Steven C. Cherny | Monté T. Squire (No. 4764) |
| Latham & Watkins LLP | msquire@ycst.com |
| 885 Third Avenue, Suite 1000 | The Brandywine Building |
| New York, NY 10022 | 1000 West Street, 17th Floor |
| (212) 906-1200 | Wilmington, DE 19801 |
|  | (302) 571-6600 |
| David Nelson |  |
| Israel Sasha Mayergoyz | *Attorneys for Lucent Technologies Inc.* |
| Neilish Patel |  |
| David C. McKone |  |
| Latham & Watkins LLP |  |
| Sears Tower, Suite 5800 |  |
| Chicago, IL 60606 |  |
| (312) 876-7700 |  |

Dated: May 15, 2006