IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2006, copies of (i) Lucent Technolgies Inc.'s Responses to Telcordia Technologies, Inc.'s Third Set of Requests for Production (Nos. 128-156), (ii) Lucent Technolgies Inc.'s Responses to Telcordia Technologies, Inc.'s Fourth Set of Requests for Production (No. 157), and (iii) this Notice of Service were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY and E-MAIL**

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

**BY FEDEX and E-MAIL**

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson Farabow,
  Garrett & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
Two Freedom Square
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that this Notice of Service was electronically filed with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following:

>Steven J. Balick, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 17, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*