IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-875-GMS |
| v. | ) ) | |
| LUCENT TECHNOLOGIES INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 26, 2006, copies of (1) Lucent Technologies Inc.'s Responses to Telcordia Technologies, Inc.'s First Set of Requests for Admission (Nos. 1-143), (2) Lucent Technologies Inc.'s Objections and Responses to Telcordia Technologies, Inc.'s Third Set of Interrogatories (Nos. 23-25), (3) Lucent Technologies Inc.'s Responses to Telcordia Technologies, Inc.'s Fifth Set of Requests for Production (Nos. 158-164), (4) Lucent Technologies Inc.'s Objections and Third Supplemental Response to Telcordia Technologies Inc.'s Interrogatory No. 8, and (5) this Notice of Service were served upon the following counsel of record in the manner indicated:

### HAND DELIVERY and E-MAIL

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS and E-MAIL

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson, Farabow,
  Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow,
 Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notice that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

                                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                John W. Shaw (No. 3362)

OF COUNSEL:                                  *jshaw@ycst.com*
                                                Monté T. Squire (No. 4764)
Steven C. Cherny                           *msquire@ycst.com*
Latham & Watkins LLP                     The Brandywine Building
885 Third Avenue, Suite 1000           1000 West Street, 17th Floor
New York, NY 10022                      Wilmington, DE 19801
(212) 906-1200                                  (302) 571-6600

David Nelson                                     *Attorneys for Lucent Technologies Inc.*
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: May 26, 2006