IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

### NOTICE OF DEPOSITION OF YAU-CHAU CHING

PLEASE TAKE NOTICE that Defendant/Counterclaimant Plaintiff Lucent Technologies Inc. ("Lucent") will take the deposition of Yau-Chau Ching by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on June 9, 2006 at the offices of LATHAM & WATKINS, 555 11TH Street, Suite 1000, Washington, DC. 20004-1304. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ *(signature)*

                        John W. Shaw (No. 3362)
                        Monté T. Squire (No. 4764)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, DE 19801
                        (302) 571-6600
                        msquire@ycst.com

                        *Attorneys for Lucent Technologies Inc.*

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: June 1, 2006

2

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on June 1, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Monté T. Squire
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*