UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> ALCATEL USA, <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 04-874-GMS |
| TELCORDIA TECHNOLOGIES, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> LUCENT TECHNOLOGIES INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 04-875-GMS |
| TELCORDIA TECHNOLOGIES, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 04-876-GMS |

## NOTICE OF SERVICE

I certify that copies of the Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. 4,893,306 (Chao) were caused to be served on June 28, 2006 upon the following as indicated:

**BY Hand and Electronic Mail**

John G. Day, Esquire
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
  LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801

John Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
  LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801

**By Electronic Mail**

John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)

**By Federal Express and Electronic Mail**

Don O. Burley, Esquire
FINNEGAN, HENDERSON,
  FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC 20001

Stuart J. Sinder, Esquire
KENYON & KENYON
One Broadway
New York, NY 10004

Steven C. Cherny, Esquire
LATHAM & WATKINS LLP
886 Third Avenue
Suite 1000
New York, NY 10022-4802

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    (302) 658-9200
                      *Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Ryan Owens
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153

June 28, 2006
522462

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to John G. Day, Josy W. Ingersoll and John Shaw.

I further certify that I caused copies of the foregoing document to be served on June 28, 2006 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)
Josy Ingersoll (jingersoll@ycst.com)
John Shaw (jshaw@ycst.com)
Stuart Sinder (ssinder@kenyon.com)
Steven Cherny (steven.cherny@lw.com)

*/s/ Jack B. Blumenfeld*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com