IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES INC., ) <br> ) <br> ) <br> Plaintiff/Counterclaim Defendant ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> LUCENT TECHNOLOGIES INC., ) <br> ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | Civil Action No. 04-875-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, copies of Lucent Technologies Inc.'s Objections and Supplemental Responses to Telcordia Technologies, Inc.'s Interrogatory Nos. 1 and 12 were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899


**BY E-MAIL**

Donald R. Dunner, Esquire [don.dunner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire [york.faulkner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on July 7, 2006, this Notice of Service was electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899

Additionally, on July 7, 2006, copies of this Notice of Service were caused to be served by hand delivery on the above-listed counsel and on the following as indicated:

**BY E-MAIL**

Donald R. Dunner, Esquire [don.dunner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire [york.faulkner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

|  |  |
|---|---|
| Of Counsel:<br><br>Steven C. Cherny<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022<br>(212) 906-1200<br><br>David Nelson<br>Israel Sasha Mayergoyz<br>Neilish Patel<br>David C. McKone<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Dated: July 7, 2006 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ Karen E. Keller_<br>John W. Shaw (No. 3362)<br>*jshaw@ycst.com*<br>Karen E. Keller (No. 4489)<br>*kkeller@ycst.com*<br>Monté T. Squire (No. 4764)<br>*msquire@ycst.com*<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>*Attorneys for Lucent Technologies Inc.* |