IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | Civil Action No. 04-875-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 21, 2006, copies of 1) Expert Report of Professor Jerry A. Hausman, and 2) Expert Report of Dr. Wayne D. Grover Regarding the Noninfringement of U.S. Patent No. 4,835,763, were caused to be served upon the following counsel of record in the manner indicated:

**BY HAND DELIVERY AND E-MAIL**

Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
John G. Day, Esquire [jday@ashby-geddes.com]
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

**BY E-MAIL**

Donald R. Dunner, Esquire [don.dunner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire [york.faulkner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on July 21, 2006, this Notice of Service was electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

Additionally, on July 21, 2006, copies of this Notice of Service were caused to be served by hand delivery on the above-listed counsel and on the following as indicated:

**BY E-MAIL**

>Donald R. Dunner, Esquire [don.dunner@finnegan.com]
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>901 New York Ave., N.W.
>Washington, DC 20001

>York M. Faulkner, Esquire [york.faulkner@finnegan.com]
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190

| | |
|---|---|
| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| Steven C. Cherny | /s/ John W. Shaw |
| Latham & Watkins LLP | John W. Shaw (No. 3362) |
| 885 Third Avenue, Suite 1000 | *jshaw@ycst.com* |
| New York, NY 10022 | Karen E. Keller (No. 4489) |
| (212) 906-1200 | *kkeller@ycst.com* |
| | Monté T. Squire (No. 4764) |
| David Nelson | *msquire@ycst.com* |
| Israel Sasha Mayergoyz | The Brandywine Building |
| Neilish Patel | 1000 West Street, 17th Floor |
| David C. McKone | Wilmington, DE 19801 |
| Latham & Watkins LLP | (302) 571-6600 |
| Sears Tower, Suite 5800 | |
| Chicago, IL 60606 | *Attorneys for Lucent Technologies Inc.* |
| (312) 876-7700 | |

Dated: July 21, 2006