# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 24, 2006

The Honorable Gregory M. Sleet                          VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:  *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,
     C.A. No.04-875-GMS

     *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
     C.A. No. 04-876-GMS

Dear Judge Sleet:

I am writing on behalf of Telcordia to respectfully request clarification regarding one issue pertaining to Your Honor's order Friday afternoon (D.I. 206 in C.A. No. 04-875-GMS, and D.I. 196 in C.A. No. 04-876-GMS) (the "Order") denying Telcordia's request to submit expert reports on the '306 patent in the above actions. So as to avoid any possible misunderstanding, I note at the outset that we understand and fully intend to honor the Court's ruling, and that this letter does not represent a veiled attempt to reargue or evade that ruling.

After the issuance of the Order on July 21st – which was the date for service of answering expert reports – defendants served us with a combined expert non-infringement report on the '306 patent. Reply expert reports are due this coming Friday, July 28th. Our question is whether it was the Court's intention that Telcordia not only be precluded from serving *opening* expert reports on the '306 patent but that we also be precluded from serving a *reply* to defendants' non-infringement report on the '306 patent, even if we are able to do so by the July 28th reply deadline. As noted, this letter is not an attempted end-run around the Court's Order. However, out of an excess of caution, we would appreciate clarification as to whether we are permitted to serve a timely '306 patent reply report limited to the issues raised in defendants' report.

Respectfully,

/s/ *Steven J. Balick*

Steven J. Balick

The Honorable Gregory M. Sleet
July 24, 2006
Page 2

SJB/dmf
171535.1

cc:     Donald R. Dunner, Esquire (via electronic mail)
        John W. Shaw, Esquire (by hand, and via electronic mail)
        Steven C. Cherny, Esquire (via electronic mail)
        David A. Nelson, Esquire (via electronic mail)
        Jack B. Blumenfeld, Esquire (by hand, and via electronic mail)
        Edward R. Reines, Esquire (via electronic mail)