IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF JAMES NAWROCKI

PLEASE TAKE NOTICE that Defendant/Counterclaimant Plaintiff Lucent Technologies

Inc. ("Lucent") will take the deposition of James Nawrocki by oral examination using videotape,

audiotape, and/or stenographic means.  The deposition will begin at 9:00 a.m. on August 2, 2006,

at the offices of LATHAM & WATKINS, 555 11TH Street, Suite 1000, Washington, DC. 20004-

1304.  The deposition will be taken before a Notary Public or other officer authorized by law to

administer oaths.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Lucent Technologies Inc.*

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: July 24, 2006

2

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on July 24, 2006, a true and correct copy of the

foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send

notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> *sbalick@ashby-geddes.com*
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 24, 2006 I caused a copy of the foregoing document to be

served by hand delivery on the above-listed counsel of record and on the following non-registered

participants in the manner indicated:

### BY FEDERAL EXPRESS & E-MAIL

> Donald R. Dunner, Esquire
> *don.dunner@finnegan.com*
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> 901 New York Ave., N.W.
> Washington, DC 20001
>
> York M. Faulkner, Esquire
> *york.faulkner@finnegan.com*
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*