IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**NOTICE OF DEPOSITION OF DOUGLAS CLARK**

PLEASE TAKE NOTICE that Defendant/Counterclaimant Plaintiff Lucent Technologies Inc. ("Lucent") will take the deposition of Douglas Clark by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on August 7, 2006, at the offices of LATHAM & WATKINS, 555 11TH Street, Suite 1000, Washington, DC. 20004-1304. The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths.

2

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ (signature)

                                      John W. Shaw (No. 3362)
                                      Monté T. Squire (No. 4764)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, DE 19801
                                      (302) 571-6600
                                      msquire@ycst.com

                                      *Attorneys for Lucent Technologies Inc.*

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: July 24, 2006

DB01:2154065.1                                                                         057224.1004

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on July 24, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> sbalick@ashby-geddes.com
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on July 24, 2006 I caused a copy of the foregoing document to be served byhand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS & E-MAIL

> Donald R. Dunner, Esquire
> don.dunner@finnegan.com
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> 901 New York Ave., N.W.
> Washington, DC 20001
>
> York M. Faulkner, Esquire
> york.faulkner@finnegan.com
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*