IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875 GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876 GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on July 21, 2006, the court issued an Order (D.I. 206) denying Telcordia Technologies, Inc. ("Telcordia") letter request for permission to serve infringement and damages expert reports on the '306 patent;

WHEREAS, on July 24, 2006, Telcordia filed a letter (D.I. 216) requesting clarification regarding the court's July 21, 2006 Order; and

WHEREAS, the court's July 21, 2006 Order intended to preclude Telcordia from serving both opening and reply expert reports on the '306 patent;

IT IS HEREBY ORDERED that:

1. Telcordia shall be precluded from filing opening and reply expert reports on the '306 patent.

2. The court will not accept any further filings from the parties as to this issue.


Dated: July 26, 2006                                   /s/ Gregory M. Sleet
                                                       UNITED STATES DISTRICT JUDGE