IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | Civil Action No. 04-875-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 28, 2006, copies of (1) Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. RE 36,633 and (2) Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. 4,893,306 (CHAO) were caused to be served in this action upon the following counsel in the manner indicated below:

**BY FEDERAL EXPRESS AND E-MAIL**

John G. Day, Esq. (jday@ashby-geddes.com)  
ASHBY & GEDDES  
222 Delaware Avenue, 17th Floor  
P.O. Box 1150  
Wilmington, DE 19899  

Don O. Burley, Esq. (don.burley@finnegan.com)  
FINNEGAN, HENDERSON, FARABOW,  
  GARRETT & DUNNER  
901 New York Avenue  
Washington, DC 20001  

**BY E-MAIL**

York Faulkner, Esq. (york.faulkner@finnegan.com)  
John Williamson, Esq. (john.williamson@finnegan.com)  
FINNEGAN, HENDERSON, FARABOW,  
  GARRETT, & DUNNER, LLP  
Two Freedom Square  
11955 Freedom Drive  
Reston, VA 20190

PLEASE TAKE FURTHER NOTICE that on July 31, 2006, this Notice of Service was electronically filed using CM/ECF with the Clerk of the Court who will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899

Additionally, on July 31, 2006, copies of this Notice of Service were caused to be served by hand delivery on the above-listed counsel and on the following as indicated:

**BY E-MAIL**

Donald R. Dunner, Esq. (don.dunner@finnegan.com)
Don O. Burley, Esq. (don.burley@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT, & DUNNER, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esq. (york.faulkner@finnegan.com)
John Williamson, Esq. (john.williamson@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT, & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Of Counsel:

Steven C. Cherny
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022
(212) 906-1200

David Nelson
Israel Sasha Mayergoyz
Neilish Patel
David C. McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
(312) 876-7700

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*

Dated: July 31, 2006