IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-875-GMS |
| | ) |
| LUCENT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of July, 2006, **(1) EXPERT REPORT OF PAUL PRUCNAL (2) EXPERT REPORT OF DOUGLAS W. CLARK AND (3) REBUTTAL REPORT OF JAMES J. NAWROCKI** was served upon the following counsel of record at the address and in the manner indicated:

Sasha D. Mayergoyz, Esquire                VIA OVERNIGHT COURIER
LATHAM & WATKINS LLP                       and ELECTRONIC MAIL
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-6306
Email: sasha.myergoyz@lw.com

David T. Nelson, Esquire                   VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606-6306
Email: david.nelson@lw.com

Steven C. Cherny, Esquire                  VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Email: steven.cherny@lw.com

                    ASHBY & GEDDES

                    */s/ John D. Day*
                    _____

                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899-1150
                    (302) 654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com
                    tlydon@ashby-geddes.com

                    *Attorneys for Plaintiff Telcordia Technologies, Inc.*

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675
(650) 849-6600

Dated: July 31, 2006
150914.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of June, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | VIA ELECTRONIC MAIL |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | VIA ELECTRONIC MAIL |
| David M. Farnum, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004-1304 | VIA ELECTRONIC MAIL |
| Sean S. Pak, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*

John G. Day