IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-875 GMS |
| LUCENT TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-876 GMS |
| CISCO SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the Daubert/status telephone conference regarding the above-captioned cases, currently scheduled for Wednesday, September 6, 2006, at 2:00 p.m., is rescheduled to **Tuesday, September 5, 2006, at 3:00 p.m.** Counsel for the plaintiffs is directed to arrange and initiate the conference call to all counsel and chambers.

**August 8, 2006**                                       /s/ Gregory M. Sleet
                                                                     UNITED STATES DISTRICT JUDGE