IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>LUCENT TECHNOLOGIES, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. ) | C.A. No. 04-875-GMS |
| TELCORDIA TECHNOLOGIES, INC., )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>Defendant/Counterclaim Plaintiff. ) | C.A. No. 04-876-GMS |

**PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S MOTION TO
PRECLUDE DEFENDANTS FROM PRESENTING EXPERT OPINIONS
ON INVALIDITY AND UNENFORCEABILITY BY AN ADDITIONAL
EXPERT WHO NEVER PREPARED OR SUBMITTED AN OPENING
EXPERT REPORT ON INVALIDITY AND UNENFORCEABILITY**

Plaintiff, Telcordia Technologies, Inc. ("Telcordia"), hereby respectfully moves that the Court limit Defendants to offering expert opinions of Dr. Vincent Jones on validity and enforceability of the '633 patent, and that the Court preclude Defendants from offering expert opinions of Dr. Anthony Acampora on those same subjects. Telcordia also respectfully requests that the Court compel Defendants to produce Dr. Jones for two days of deposition.

The grounds for this motion are fully set forth in Telcordia's accompanying opening brief.

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

York M. Faulkner
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675
(650) 849-6600

Dated: August 11, 2006

172093.1

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Telcordia Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## ORDER

WHEREAS, Plaintiff has moved the Court for an Order precluding Defendants from presenting expert opinions of Dr. Anthony Acampora on '633 patent validity and enforceability;

WHEREAS, only Dr. Vincent Jones, not Dr. Acampora, served an opening expert report in accordance with the Revised Scheduling Order and Fed. R. Civ. P. 26(a) on the subjects of patent validity and enforceability;

WHEREAS, in accordance with the Revised Scheduling Order, Plaintiff timely served an answering expert report in response to the Defendants' opening expert report;

WHEREAS, the untimely substitution of Dr. Acampora for Dr. Jones is not addressed in the Court's Revised Scheduling Order or in the Federal Rules of Civil Procedure and would prejudice Plaintiff;

WHEREAS, Defendants did not timely seek leave of Court to substitute Dr. Acampora for Dr. Jones;

WHEREAS, Defendants have an expert, Dr. Jones, to offer expert opinions on '633 patent validity and enforceability;

WHEREAS, Plaintiff has also moved the Court for an Order compelling Defendants to produce Dr. Jones for two days of deposition;

WHEREAS, Dr. Jones has served an expert report in each of the two captioned cases and has been timely and properly noticed for two separate depositions; and

WHEREAS, all other technical expert witnesses have been made available for two days of deposition; now therefore,

IT IS HEREBY ORDERED this _____ day of _____ 2006, that:

1. Defendants are precluded from having Dr. Anthony Acampora present opinions as their expert on '633 patent validity and enforceability;

2. Only Dr. Vincent Jones, and not Dr. Acampora, will be permitted to offer expert opinions on '633 patent validity and enforceability on behalf of Defendants; and

3. Defendants will produce Dr. Jones for two days of deposition testimony.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that counsel for the parties have communicated regarding the subject matter of the attached motion, but that no agreement could be reached.

/s/ Steven J. Balick
_____
Steven J. Balick

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2006, the attached **PLAINTIFF TELCORDIA TECHNOLOGIES, INC.'S MOTION TO PRECLUDE DEFENDANTS FROM PRESENTING EXPERT OPINIONS ON INVALIDITY AND UNENFORCEABILITY BY AN ADDITIONAL EXPERT WHO NEVER PREPARED OR SUBMITTED AN OPENING EXPERT REPORT ON INVALIDITY AND UNENFORCEABILITY** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Steven C. Cherny, Esquire<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022 | <u>VIA ELECTRONIC MAIL</u> |
| David A. Nelson, Esquire<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | <u>VIA ELECTRONIC MAIL</u> |
| David M. Farnum, Esquire<br>Latham & Watkins LLP<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004-1304 | <u>VIA ELECTRONIC MAIL</u> |
| Sean S. Pak, Esquire<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007 | <u>VIA ELECTRONIC MAIL</u> |

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | <u>**HAND DELIVERY**</u> |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | <u>**VIA ELECTRONIC MAIL**</u> |

*/s/ Steven J. Balick*

Steven J. Balick

172095.1