**CERTIFICATE OF SERVICE**

I, Monté T. Squire, hereby certify that on August 22, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I further certify that on August 22, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS & E-MAIL**

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

  */s/ Monté T. Squire*
  _____
  John W. Shaw (No. 3362)
  *jshaw@ycst.com*
  Monté T. Squire (No. 4764)
  *msquire@ycst.com*
  The Brandywine Building
  1000 West Street, 17th Floor
  Wilmington, Delaware  19899-0391
  (302) 571-6600

  *Attorneys for Lucent Technologies Inc.*