EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-876-GMS |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |
| ) | |
| ) | |

## STIPULATION CONCERNING ACCUSED PRODUCTS

Plaintiff Telcordia Technologies, Inc. ("Telcordia") and Defendant Cisco Systems, Inc. ("Cisco"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 5, 2006, the Court ordered the parties to meet and confer about a compromise schedule pursuant to which Telcordia could add newly accused claims (i.e., the means-plus-function claims it asserted for the first time in November 2005) if it substantially reduced its list of newly accused products (i.e., products accused for the first time in December 2005);

WHEREAS, on February 27, 2006, the Court held a hearing concerning the accused products in this case;

IT IS HEREBY STIPULATED:

1. Pursuant to the Court's order, Telcordia has dropped its infringement allegations as to the following Cisco products:

United States Patent No. 4,893,306:

Catalyst 8540

Catalyst 5000 series

Catalyst 5500 series

Catalyst 6000 series

Lightstream 1010

Lightstream 2020

MGX 8200

MGX 8830

MGX 8850

MGX 8880

IGX 8400

BPX 8600

2691

3800 series

6000 series

7000 series

7100 series

7400 series

ONS 15301/ISR3301

ONS 15303/ISR3303

ONS 15304

ONS 15190

ONS 15194

6400 Broadband Concentrator

8110 Broadband Termination Unit

United States Patent No. RE 36,633:

Catalyst 5500 series

MGX 8880

8110 Broadband Termination Unit

United States Patent No. 4,835,763:

ONS 15301/ISR3301

ONS 15303/ISR3303

ONS 15304

ONS 15350

ONS 15530

ONS 15540 ESP

ONS 15540 ESPx


2.    Telcordia and Cisco agree that the following is the list of accused Cisco products in this case:

United States Patent No. 4,893,306:

| | |
|---|---|
| Catalyst 6500 series: | 6503, 6509, 6509-NEB, 6509-NEB-A, 6513 |
| Catalyst 8500 series: | 8510 MSR, 8510 CSR |
| MGX 8900 series: | 8900 and 8950 |
| 3600 series: | 3620, 3631, 3640, 3660, 3661, 3662 |
| 3700 series: | 3725, 3745 |
| 7200 series: | 7202, 7204, 7204 VXR, 7206, 7206 VXR, uBR 7223, uBR 7246, uBR 7246 VXR |
| 7300 series: | 7301, 7304 |
| 7500 series: | 7505, 7507, 7513, 7576 |
| 7600 series: | 7603, 7604, 7606, 7609, 7613 |
| 10000 series: | 10005, 10008, 10720, uBR 10012 |
| 12000 series: | 12004, 12006, 12008, 12010, 12012, 12016, 12404, XR 12404, 12406, XR 12406, 12410, XR 12410, 12416, XR 12416, 12810, 12816 |
| CRS-1 | |
| ONS 15310 series: | 15310-CL, 15310-MA |

ONS 15454 MSPP

ONS 15454 MSTP

ONS 15600 MSPP

ONS 15327

United States Patent No. RE 36,633:

| | |
|---|---|
| Catalyst 8500: | 8510 MSR, 8510 CSR, 8540 MSR |
| MGX 8200: | 8220, 8230, 8240, 8250, 8260 |
| MGX 8800 series: | 8830, 8830/B, 8850, 8850/B |
| IGX 8400 series: | 8410, 8420, 8430, 8450 |
| Lightstream 1010 | |
| 3600 series: | 3620, 3631, 3640, 3660, 3661, 3662 |
| 7200 series: | 7202, 7204, 7204 VXR, 7206, 7206 VXR, uBR 7223, uBR 7246, uBR 7246 VXR |
| 7500 series: | 7505, 7507, 7513, 7576 |
| IP Transfer Point | |
| ATM Port Adapter and Interface Modules | |

United States Patent No. 4,835,763:

ONS 15454 MSPP

ONS 15454 MSTP

ONS 15455

ONS 15600 MSPP

ONS 15327

ONS 15310 series:    15310-CL, 15310-MA

ONS 15305

6732 Access Device

6705 Access Device

      3.    Telcordia believes that its interrogatory answers made it clear that where it

identified products at the series level, it intended to encompass all products within each identified series. Accordingly, Telcordia believes that it adequately identified accused Cisco products at the series level and that where it identified specific products within a series, the identified products must be considered examples of the accused products within the series and not exhaustive of them. Similarly, Telcordia believes that in identifying products by product number, it intended to encompass all products that have the same number, whether or not there may be an additional identifier. Cisco believes that the products identified by Telcordia are the products accused of infringement and that additional products may not be accused simply because they fall within the same series. Notwithstanding Telcordia's beliefs, the Court has held: (a) the addition of further products—whether or not they fall within a series for which other products have previously been accused—to the list in paragraph 2 above is subject to a good cause showing by Telcordia, Feb. 27, 2006, Hearing Tr. at 7, 12-13; and (b) Telcordia may ask questions in further discovery about other Cisco products that are not on the list in paragraph 2 above consistent with the Court's ruling at the February 27, 2006 Hearing, Feb. 27, 2006 Hearing Tr. at 12-13, 16.

4.    Telcordia further believes that it has dropped its infringement allegations as to the products noted in paragraph 1 without prejudice to (a) its challenging on appeal the Court's order that it reduce its list of newly accused products, or (b) its bringing a separate action directed to those products at a later time. Cisco disagrees with Telcordia's description of the Court's Order and Telcordia's position.

Dated: 6/6/06

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel. (302) 654-1888
*Attorneys for Plaintiff / Counterclaim*

Dated: 6/6/06

Jack B. Blumenfeld (No. 1014)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
(302) 658-9200
JBlumenfeld@MNAT.com
*Attorneys for Cisco Systems Inc.*

*Defendant Telcordia Technologies, Inc.*

Of Counsel:
Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
John M. Williamson
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
Tel. (202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Tel. (571) 203-2700

Of Counsel:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Ryan Owens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that copies of the foregoing were caused to

be served this day, June 6, 2006 upon the following in the manner indicated:

BY HAND

Steven J. Balick,
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

BY FEDERAL EXPRESS AND E-MAIL

Don O. Burley
Finnegan, Henderson, Farabow, Garrett & Dunner
901 New York Avenue, N.W
Washington, DC 20005-3315

_____
                                       Jack B. Blumenfeld

# EXHIBIT B

CONFIDENTIAL EXHIBIT

EXHIBIT C

CONFIDENTIAL EXHIBIT