IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**VOLUME 1 OF 2 OF EXHIBITS TO TELCORDIA TECHNOLOGIES, INC.'S
AUGUST 25, 2006 LETTER TO JUDGE SLEET IN RESPONSE TO THE DEFENDANTS'
REQUESTS FOR LEAVE TO FILE SUMMARY JUDGMENT MOTIONS**

*Of Counsel:*

Donald R. Dunner
Don O. Burley
Richard H. Smith
Houtan K. Esfahani
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

York M. Faulkner
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA 20190-5675

Dated: September 1, 2006

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff
Telcordia Technologies, Inc.*

# EXHIBIT 1

# REDACTED

# EXHIBIT 2

# REDACTED

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

# REDACTED

# EXHIBIT 6

# REDACTED

# EXHIBIT 7

# REDACTED

# EXHIBIT 8

# REDACTED

# EXHIBIT 9

# REDACTED

# EXHIBIT 10

**REDACTED**

# EXHIBIT 11

# REDACTED

# EXHIBIT 12

**REDACTED**

# EXHIBIT 13

**REDACTED**

# EXHIBIT 14

**REDACTED**

# EXHIBIT 15

# REDACTED

# EXHIBIT 16

# REDACTED

# EXHIBIT 17

**REDACTED**

# EXHIBIT 18

**REDACTED**

# EXHIBIT 19

**REDACTED**

# EXHIBIT 20

# REDACTED

# EXHIBIT 21

# REDACTED

# EXHIBIT 22

# REDACTED

# EXHIBIT 23

**REDACTED**

# EXHIBIT 24

# REDACTED

# EXHIBIT 25

# REDACTED

# EXHIBIT 26

# REDACTED

# EXHIBIT 27

# REDACTED

# EXHIBIT 28

# REDACTED

# EXHIBIT 29

# REDACTED

# EXHIBIT 30

# REDACTED

# EXHIBIT 31

# REDACTED

# EXHIBIT 32

# REDACTED

# EXHIBIT 33

**REDACTED**

# EXHIBIT 34

**REDACTED**

# EXHIBIT 35

# REDACTED

# EXHIBIT 36

**REDACTED**

# EXHIBIT 37

# REDACTED

# EXHIBIT 38

# REDACTED

# EXHIBIT 39

# REDACTED

# EXHIBIT 40

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2006, the attached **REDACTED**

**PUBLIC VERSION OF VOLUME 1 OF 2 OF EXHIBITS TO TELCORDIA**

**TECHNOLOGIES, INC.'S AUGUST 25, 2006 LETTER TO JUDGE SLEET IN**

**RESPONSE TO THE DEFENDANTS' REQUESTS FOR LEAVE TO FILE SUMMARY**

**JUDGMENT MOTIONS** was served upon the below-named counsel of record at the address

and in the manner indicated:

John W. Shaw, Esquire                                HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801

Steven C. Cherny, Esquire                            VIA ELECTRONIC MAIL
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022

David A. Nelson, Esquire                             VIA ELECTRONIC MAIL
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606

David M. Farnum, Esquire                             VIA ELECTRONIC MAIL
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304

Sean S. Pak, Esquire                                 VIA ELECTRONIC MAIL
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

<u>HAND DELIVERY</u>

Matthew D. Powers, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

<u>VIA ELECTRONIC MAIL</u>

*/s/ John G. Day*

John G. Day

172095.1