# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

*JACK B. BLUMENFELD*
*302 351-9291*
*302 425-3012 FAX*
*jblumenfeld@mnat.com*

September 14, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Telcordia Tech., Inc. v. Lucent Tech., Inc.,* Civil Action No. 04-875 GMS
              *Telcordia Tech., Inc. v. Cisco, Inc.,* Civil Action No. 04-876-GMS

Dear Judge Sleet:

      We are writing in connection with the discovery dispute Defendants want to raise during the telephone conference at 10:00 a.m. on Monday, September 18, 2006. The issue is the propriety of Telcordia's supplemental responses to Defendants' interrogatories relating to dates of conception and reduction to practice, served on September 8, 2006.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

/klm
cc:    Peter T. Dalleo, Clerk (By Hand)
       John G. Day, Esquire (By Hand)
       John W. Shaw, Esquire (By Hand)
       Donald R. Dunner, Esquire (By Email)
       Steven C. Cherny, Esquire (By Email)
       Edward R. Reines, Esquire (By Email)