IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875 GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876 GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on September 18, 2006, the court held a summary judgment teleconference with the parties;

WHEREAS, during the conference, the parties raised several issues on which the court reserved judgment, including (1) the plaintiff's request to have the court render the defendants' invalidity counterclaims moot; (2) the plaintiff's request to file a motion for summary judgment with respect to the defendants' anticipation and enablement counterclaims; and (3) the defendants' request to file a motion for summary judgment of invalidity for failure to satisfy the best mode requirement;

WHEREAS, after having considered the parties' submissions and arguments, as well as the relevant law,[1] the court concludes that it will exercise its discretion to hear the defendants' counterclaims; and

WHEREAS, the court further concludes that the plaintiff's request to file a motion for summary judgment regarding patent validity on the grounds of anticipation and enablement, and the defendants' request to file a motion for summary judgment of invalidity for failure to satisfy the best mode requirement shall be granted in the interest of justice;

IT IS HEREBY ORDERED that:

1. The plaintiff's request to have the court render the defendants' invalidity counterclaims moot is DENIED.

2. The plaintiff's request to file a motion for summary judgment with respect to the defendants' anticipation and enablement counterclaims is GRANTED.

3. The defendants' request to file a motion for summary judgment of invalidity for failure to disclose the best mode is GRANTED.

Dated: September 20, 2006            /s/ Gregory M. Sleet
                                     UNITED STATES DISTRICT JUDGE

---

[1] *See Liquid Dynamics Corp. v. Vaughan Co.*, 355 F.3d 1361, 1371 (Fed. Cir. 2004) ("A district court judge faced with an invalidity counterclaim challenging a patent that it concludes was not infringed may either hear the claim or dismiss it without prejudice. . . .") (citing *Nystrom v. TREX Co.*, 339 F.3d 1347, 1351 (Fed. Cir. 2003)).