IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-875 (GMS) |
| LUCENT TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-876 (GMS) |
| CISCO SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306**

Pursuant to Fed. R. Civ. P. 56(c), defendants Lucent Technologies, Inc. and Cisco Systems, Inc. hereby move for summary judgment of non-infringement of U.S. Patent No. 4,893,306. The grounds for this motion are set forth in defendants' opening brief, submitted herewith.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *John W. Shaw* | /s/ *Jack B. Blumenfeld* |
| John W. Shaw (#3362) | Jack B. Blumenfeld (#1014) |
| Monté T. Squire (#4764) | Leslie A. Polizoti (#4299) |
| 1000 West Street, 17th Floor | 1201 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| jshaw@ycst.com | jblumenfeld@mnat.com |
| *Attorneys for Lucent Technologies, Inc.* | *Attorneys for Cisco Systems, Inc.* |

DATED: October 3, 2006

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on October 3, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Steven J. Balick, Esquire
*sbalick@ashby-geddes.com*
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

I further certify that on October 3, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL ON OCTOBER 3, 2006 AND
FEDERAL EXPRESS ON OCTOBER 4, 2006**

Donald R. Dunner, Esquire
*don.dunner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Ave., N.W.
Washington, DC 20001

York M. Faulkner, Esquire
*york.faulkner@finnegan.com*
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *John W. Shaw*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

*Attorneys for Lucent Technologies Inc.*