IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### OF INVALIDITY OF U.S. PATENT NO. 4,893,306

Pursuant to Fed. R. Civ. P. 56(c), defendants Lucent Technologies, Inc. and Cisco Systems, Inc. hereby move for summary judgment of invalidity of U.S. Patent No. 4,893,306 for failure to meet the best mode requirement of 35 U.S.C. § 112. The grounds for this motion are set forth in defendants' opening brief, submitted herewith.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John W. Shaw* | */s/ Leslie A. Polizoti* |
| John W. Shaw (#3362) <br> Monte T. Squire (#4764) <br> The Brandywine Building <br> 1000 West Street, 17th Floor, P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br>   *Attorneys for Lucent Technologies, Inc.* | Jack B. Blumenfeld (#1014) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street, P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br>   *Attorneys for Cisco Systems, Inc.* |

October 5, 2006

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick, John G. Day, Tiffany Geyer Lydon, Israel S. Mayergoyz, David A. Nelson, Neilesh R. Patel, John W. Shaw, John M. Williamson, Jack B. Blumenfeld, Jessica L. Davis, Sonal N. Mehta, Leslie A. Polizoti, and Edward R. Reines.

I further certify that I caused copies of the foregoing document to be served on October 5, 2006 upon the following in the manner indicated:

**BY HAND**

John G. Day
ASHBY & GEDDES
222 Delaware Avenue
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John Day (jday@ashby-geddes.com)
John Williamson (john.williamson@finnegan.com)
York Faulkner (york.faulkner@finnegan.com)
Don Burley (don.burley@finnegan.com)

**BY FEDERAL EXPRESS on 10/6/06**

Don O. Burley
FINNEGAN, HENDERSON,
 FARABOW, GARRETT & DUNNER
901 New York Avenue
Washington, DC 20001

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com