# EXHIBIT P

# REDACTED