# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-875-GMS |
| v. | ) | |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| ———————————————————— | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | Civil Action No. 04-876-GMS |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| ———————————————————— | ) | |

## APPENDIX A IN SUPPORT OF
### TELCORDIA'S ANSWERING BRIEF IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc.*

York M. Faulkner
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675

Dated:  October 25, 2006

# REDACTED

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 25th day of October, 2006, the attached **REDACTED**

**PUBLIC VERSION OF APPENDIX A IN SUPPORT OF TELCORDIA'S ANSWERING**

**BRIEF IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY**

**JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306** was served

upon the below-named counsel of record at the address and in the manner indicated:


John W. Shaw, Esquire                                    <u>HAND DELIVERY</u>
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
Wilmington, DE  19801


Steven C. Cherny, Esquire                                <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022


David A. Nelson, Esquire                                 <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL  60606


David M. Farnum, Esquire                                 <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304


Sean S. Pak, Esquire                                     <u>VIA ELECTRONIC MAIL</u>
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007


Jack B. Blumenfeld, Esquire                              <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

<u>VIA ELECTRONIC MAIL</u>

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon

172095.1