IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |

APPENDIX C IN SUPPORT OF
TELCORDIA'S ANSWERING BRIEF IN PARTIAL OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc.*

York M. Faulkner
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Square
Reston, VA  20190-5675

Dated:  October 25, 2006

# EXHIBIT 1

# REDACTED

# EXHIBIT 2

# REDACTED

# EXHIBIT 3

**REDACTED**

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

# REDACTED

# EXHIBIT 6

# REDACTED

# EXHIBIT 7

# REDACTED

# EXHIBIT 8

# REDACTED

# EXHIBIT 9

# REDACTED

# EXHIBIT 10

# REDACTED

# EXHIBIT 11

# REDACTED

# EXHIBIT 12

# REDACTED

# EXHIBIT 13

# REDACTED

# EXHIBIT 14

# REDACTED

# EXHIBIT 15

**REDACTED**

# EXHIBIT 16

**REDACTED**

# EXHIBIT 17

# REDACTED

# EXHIBIT 18

**REDACTED**

# EXHIBIT 19

**REDACTED**

# EXHIBIT 20

**REDACTED**

# EXHIBIT 21

# REDACTED

# EXHIBIT 22

**REDACTED**

# EXHIBIT 23

# REDACTED

# EXHIBIT 24

# REDACTED

# EXHIBIT 25



WILEY

FOURTH EDITION

# TELECOMMUNICATION SYSTEM ENGINEERING

## ROGER L. FREEMAN

# Telecommunication System Engineering

## Fourth Edition

Roger L. Freeman



**WILEY-INTERSCIENCE**

A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2004 by Roger L. Freeman. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in
any form or by any means, electronic, mechanical, photocopying, recording, scanning, or
otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright
Act, without either the prior written permission of the Publisher, or authorization through
payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222
Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at
www.copyright.com. Requests to the Publisher for permission should be addressed to the
Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030,
(201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their
best efforts in preparing this book, they make no representations or warranties with respect to
the accuracy or completeness of the contents of this book and specifically disclaim any
implied warranties of merchantability or fitness for a particular purpose. No warranty may be
created or extended by sales representatives or written sales materials. The advice and
strategies contained herein may not be suitable for your situation. You should consult with a
professional where appropriate. Neither the publisher nor author shall be liable for any loss
of profit or any other commercial damages, including but not limited to special, incidental,
consequential, or other damages.

For general information on our other products and services please contact our Customer Care
Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or
fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears
in print, however, may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data:*

Freeman, Roger L.
    Telecommunication system engineering/Roger Freeman–4th ed.
    p.cm.
    Includes bibliographical references and index.
    ISBN 0-471-45133-9 (cloth)
    1. Telecommunication systems–Design and construction. 2. Telephone systems–Design
and construction. 1. Title.

    TK5103.F68 2004
    621.382–dc22                                    2003063763

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

Case 1:04-cv-00875-GMS    Document 276    Filed 10/25/2006    Page 55 of 72

B-TE2,
ITU-T

mpliant

Ref. 4



Figure 16.4. An ATM cell stream illustrating the basic makeup of a cell.

ies for
ATM
users
BR).
proto-
ontrol
ucture
16.3.
layer

ment
rma-
tions:
orms
orms

ns in

Netl
TM



Cell Header at User-to-Network
Interface (UNI)

GFC  Generic Flow Control
VPI  Virtual Path Identifier
VCI  Virtual Channel Identifier
PTI  Payload Type
CLP  Cell Loss Priority
HEC  Header Error Control

(a)

Cell Header at Network-to-Network
Interface (NNI)

(b)

Figure 16.5. Basic ATM header structures. (a) UNI cell header structure; (b) NNI
header structure.

cell stream delineating the 5-octet header and 48-octet information field of
each cell. Figure 16.5 shows the detailed structure of the cell headers at the
user–network interface (UNI) (Figure 16.5a) and at the network–node interface
(NNI)* (Figure 16.5b).

We digress a moment to discuss why a 53-octet cell was standardized. The cell
header contains only 5 octets. It was shortened as much as possible containing
the minimum address and control functions for a working system. It is also non-
revenue-bearing overhead. It is the information field that contains the revenue-
bearing payload. For efficiency, we'd like the payload to be as long as possible.
Yet the ATM designer team was driven to shorten the payload as much as possible.

* NNI is variously called network–node interface or network–network interface. It is the interface
between two network nodes or switches.

# 6  ATM LAYERING AND B-ISDN

The B-ISDN reference model is given in Figure 16.3, and its several planes are described. This section provides brief descriptions of the ATM layers and sublayers.

## 6.1  Functions of Individual ATM/B-ISDN Layers

Figure 16.11 illustrates B-ISDN/ATM layering and sublayering of the protocol reference model. It identifies the functions of the physical layer, the ATM layer and the AAL, and related sublayers.

**6.1.1  Physical Layer.** The physical layer consists of two sublayers. The physical medium (PM) sublayer includes only physical medium-dependent functions. The transmission convergence (TC) sublayer performs all functions required to transform a flow of cells into a flow of data units (i.e., bits) which can be transmitted and received over a physical medium. The service data unit (SDU) crossing the boundary between the ATM layer and the physical layer is a flow

| | Higher layer functions | Higher layers | |
|---|---|---|---|
| Layer Management | Convergence | CS | AAL |
| | Segmentation and reassembly | SAR | |
| | Generic flow control | ATM | |
| | Cell header generation/extraction | | |
| | Cell VPI/VCI translation | | |
| | Cell multiplex and demultiplex | | |
| | Cell rate decoupling | TC | Physical Layer |
| | HEC header sequence generation/verification | | |
| | Cell delineation | | |
| | Transmission frame adaptation | | |
| | Transmission frame generation/recovery | | |
| | Bit timing | PM | |
| | Physical medium | | |

CS Convergence sublayer
PM Physical medium
SAR Segmentation and reassembly sublayer
TC Transmission convergence

Figure 16.11. B-ISDN/ATM functional layering.

of valid cells. The ATM layer is unique (meaning independent of the underlying physical layer). The data flow inserted in the transmission system payload is physical medium-independent and self-supported. The physical layer merges the ATM cell flow with the appropriate information for cell delineation, according to the cell delineation mechanism described above and carries the operations and maintenance (OAM) information relating to this cell flow.

The physical medium sublayer provides bit transmission capability including bit transfer and bit alignment as well as line coding and electrical-optical transformation. Of course, the principal function is the generation and reception of waveforms suitable for the medium, the insertion and extraction of bit timing information, and line coding where required. The primitives identified at the border between the PM and TC sublayers are a continuous flow of logical bits or symbols with this associated timing information.

TRANSMISSION CONVERGENCE SUBLAYER FUNCTIONS. Among the important functions of this sublayer is the generation and recovery of transmission frame. Another function is transmission frame adaptation which includes the actions necessary to structure the cell flow according to the payload structure of the transmission frame (transmit direction) and to extract this cell flow out of the transmission frame (receive direction). The transmission frame may be a cell equivalent (i.e., no external envelope is added to the cell flow), an SDH/SONET envelope, an E1/T1 envelope, and so on. In the transmit direction, the HEC sequence is calculated and inserted in the header. In the receive direction, we include cell header verification. Here cell headers are checked for errors and, if possible, header errors are corrected. Cells are discarded where it is determined that headers are errored and are not correctable.

Another transmission convergence function is cell rate decoupling. This involves the insertion and removal of idle cells in order to adapt the rate of valid ATM cells to the payload capacity of the transmission system. In other words, cells must be generated to exactly fill the payload of SDH/SONET, as an example, whether the cells are idle or busy.

Section 12 of this chapter gives several examples of transporting cells using the convergence sublayer.

**6.1.2   *The ATM Layer.***   Table 16.4 shows the ATM layer functions supported at the UNI (U-plane). The ATM layer is completely independent of the physical medium. One important function of this layer is *encapsulation*. This includes cell header generation and extraction. In the transmit direction, the cell header generation function receives a cell information field from a higher layer and generates an appropriate ATM cell header except for the header error control (HEC) sequence. This function can also include the translation from a service access point (SAP) identifier to a VP (virtual path) and VC (virtual circuit) identifier.

In the receive direction, the cell header extraction function removes the ATM cell header and passes the cell information field to a higher layer. As in the transmit direction, this function can also include a translation of a VP and VC identifier into an SAP identifier.

**REDACTED**

# EXHIBIT 26

# REDACTED

# EXHIBIT 27



# Broadband Packet Switching Technologies

A Practical Guide to ATM Switches and IP Routers

H. Jonathan Chao • Cheuk H. Lam • Eiji Oki

LU 3042863

**14    INTRODUCTION**



**Fig. 1.8**   Distribution of cell transfer delay.

priority, and CLP = 1 for low priority), which is initially set by the user and can be changed by a BSS within the connection's path.

Figure 1.8 shows a typical distribution of the cell transfer delay through a switch node. The fixed delay is attributed to the delay of table lookup and other cell header processing, such as header error control (HEC) byte examination and generation. For QoS classes 1, 3, and 4, the probability of cell transfer delay (CTD) greater than 150 $\mu$s is guaranteed to be less than $1 - 0.99$, that is, Prob[CTD > 150 $\mu$s] < $1 - 99\%$. For this requirement, $a = 1\%$ and $x = 150$ $\mu$s in Figure 1.8. The probability of CDV greater than 250 $\mu$s is required to be less than $10^{-10}$ for QoS class 1, that is, Prob[CDV > 250 $\mu$s] < $10^{-10}$.

## REFERENCES

1. N. McKeown, "A fast switched backplane for a gigabit switched router," *Business Commun. Rev.*, vol. 27, no. 12, Dec. 1997.

2. X. Xiao and L. M. Ni, "Internet QoS: a big picture," IEEE Network, pp. 8–18, March/April 1999.

3. Bellcore, "Broadband switching system (BSS) generic requirements, BSS performance," GR-110-CORE, Issue 1, Sep. 1994.

LU 3042878

# EXHIBIT 28

# REDACTED

# EXHIBIT 29

# REDACTED

# EXHIBIT 30

**REDACTED**

# EXHIBIT 31



Exhibit 4.11


CONFIDENTIAL-RESTRICTED ACCESS


PATENT LICENSE AGREEMENT


Between


TELCORDIA TECHNOLOGIES, INC.


and

CSCO 0643-0029

4.2.       With respect to any sublicenses granted in accordance with Section 2.2, in no event will the sublicensed person or entity be released from any liability arising from the manufacture, importation, use, lease, sale, or offering for sale of devices, or practice of methods, prior to the effective date of the sublicense agreement.

15

Article V - LICENSEE's Acknowledgements

5.1.       LICENSEE acknowledges:

(a) that this License Agreement will not become effective until LICENSEE has paid TELCORDIA a total of twenty-one million U.S. dollars ($21,000,000) in the manner provided in Paragraph 1 of the Settlement Agreement; and

(b) that the consideration for LICENSEE's agreement to pay TELCORDIA this amount ($21,000,000) includes the settlement and dismissal with prejudice of the Infringement Actions as well as the rights granted to LICENSEE and its AFFILIATES under this License Agreement (including, but not limited to, the license rights, covenant not to sue, and release provided in Articles II to IV of this License Agreement).

Article VI - Disclaimer, Limited Warranty, Limitation of Liability

6.1.       Nothing contained in this License Agreement shall be construed as:

(a)       requiring TELCORDIA to maintain any TELCORDIA PATENT in force (although TELCORDIA agrees to notify LICENSEE on or before the first day of each calendar year of any TELCORDIA PATENT abandoned or declared invalid during the preceding year);

(b)       a warranty or representation by TELCORDIA as to the validity or scope of any TELCORDIA PATENT;

(c)       a warranty or representation by TELCORDIA that any manufacture, offer

CSCO 0643-0042