IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D.Del. LR 7.1.4, defendants Lucent Technologies, Inc. and Cisco Systems, Inc. request oral argument on (1) their motion for summary judgment of non-infringement of U.S. patent no. 4,835,763 (D.I. 254 in C.A. No. 04-875-GMS; D.I. 241 in C.A. 04-876-GMS) and (2) their motion for summary judgment of invalidity of U.S. patent no. 4,893,306 for violation of the best mode requirement (D.I. 259 in C.A. 04-875-GMS; D.I. 246 in C.A. 04-876-GMS).

In addition, defendants will be prepared to answer any questions that the Court may have on the other two summary judgment motions.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ John W. Shaw                                  /s/ Jack B. Blumenfeld
John W. Shaw (I.D. #3362)                         Jack B. Blumenfeld (I.D. #1014)
Monte T. Squire (I.D. #4764)                      Leslie A. Polizoti (I.D. #4299)
The Brandywine Building                           Morris, Nichols, Arsht & Tunnell LLP
1000 West Street                                  1201 North Market Street
Wilmington, DE  19801                             Wilmington, DE  19899-1347
(302) 571-6600                                    (302) 658-9200
jshaw@ycst.com                                    jblumenfeld@mnat.com
msquire@ycst.com                                  lpolizoti@mnat.com

OF COUNSEL:                                       OF COUNSEL:

Steven C. Cherny                                  Matthew D. Powers
LATHAM & WATKINS LLP                              Edward R. Reines
885 Third Avenue, Suite 1000                      Jessica L. Davis
New York, NY  10022                               Sonal N. Mehta
(212) 906-1200                                    Thomas B. King
                                                  WEIL, GOTSHAL & MANGES LLP
David A. Nelson                                   201 Redwood Shores Parkway
Israel Sasha Mayergoyz                            Redwood Shores, CA  94065
David C. McKone                                   (650) 802-3000
LATHAM & WATKINS LLP
Sears Tower, Suite 5800                           Ryan Owens
Chicago, IL  60606                                WEIL, GOTSHAL & MANGES LLP
(312) 876-7700                                    767 Fifth Avenue
                                                  New York, NY  10153
                                                  (212) 310-8000

Attorneys for Defendant Lucent                    Attorneys for Defendant Cisco Systems, Inc.
Technologies Inc.


November 7, 2006
544724