**REDACTED – PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **CONFIDENTIAL:** |
| | ) | **FILED UNDER SEAL** |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**APPENDIX TO
DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO TELCORDIA'S MOTION
FOR PARTIAL SUMMARY JUDGMENT THAT THE '306 PATENT IS NOT INVALID
AS ANTICIPATED OR FOR LACK OF ENABLEMENT**

| | |
|---|---|
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Monte T. Squire (No. 4764) | Leslie A. Polizoti (No. 4299) |
| Andrew A. Lundgren (No. 4429) | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 1201 North Market Street |
| The Brandywine Building | Wilmington, DE 19899-1347 |
| 1000 West Street | Telephone: (302) 658-9200 |
| Wilmington, DE 19801 | Facsimile: (302) 658-3989 |
| Telephone: (302) 571-6600 | jblumenfeld@mnat.com |
| Facsimile: (302) 576-3334 | lpolizoti@mnat.com |
| jshaw@ycst.com | |
| msquire@ycst.com | |
| alundgren@ycst.com | |
| *Attorneys for Defendant Lucent Technologies Inc.* | *Attorneys for Defendant Cisco Systems, Inc.* |

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 571-4864

David A. Nelson
Israel Sasha Mayergoyz
David C. McKone
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


Dated: October 20, 2006

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Ryan Owens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

REDACTED – PUBLIC VERSION

Table of Contents

| | |
|---|---|
| Exhibit 1 | Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,893,306 |
| Exhibit 2 | Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. 4,893,306 (CHAO) |
| Exhibit 3 | Excerpts from the Transcript of the August 3, 2006 Deposition of Anthony Acampora, Ph.D. |
| Exhibit 4 | Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity of U.S. Patent No. 4,893,306 (CHAO) |
| Exhibit 5 | Excerpts from Lucent Technologies Inc.'s Objections and Second Supplemental Response to Telcordia Technologies, Inc.'s Interrogatory Nos. 6 and 7 |
| Exhibit 6 | Lucent Technologies Inc.'s Objections and Fourth Supplemental Response To Telcordia Technologies, Inc.'s Interrogatory No. 6 |
| Exhibit 7 | Excerpts from Cisco's Supplemental Responses to Interrogatory Nos. 1, 2, 5-7, and 9-11 |
| Exhibit 8 | Excerpts from Telcordia Technologies, Inc.'s First Supplemental Responses To Lucent Technologies Inc.'s Second Set of Interrogatories (Nos. 8-9) |
| Exhibit 9 | "Description of Fasnet – A Unidirectional Local-Area Communications Network", By J.O. Limb and C. Flores, The Bell System Technical Journal, Vol. 61, No. 7, September 1982 |
| Exhibit 10 | "A Packet/Circuit Switch", By Z.L. Budrikis and A.N. Netravali, AT&T Bell Laboratories Technical Journal, Vol. 63, No. 8, Part 1, October 1984 |
| Exhibit 11 | "Rates and Formats for Fiber Optic Interfaces", Bell Communications Research, Inc.: Rodney Boehm, Yau-Chau Ching, Sabit Say, February 14, 1986 |
| Exhibit 12 | A Tutorial on Asynchronous Time Division Multiplexing (ATDM): A Packet Access Capability for Broadband Interfaces to ISDNs, Bell Communications Research: Mark Wm. Beckner, Stevin Minzer, November 18-22, 1985 |
| Exhibit 13 | Excerpts from the Transcript of the June 9, 2006 Deposition of Yau-Chau Ching, Ph.D. |

| | |
|---|---|
| Exhibit 14 | *Southern Clay Prods., Inc. v. United Catalyst, Inc.*, 2002 WL 1733333 at *5 (Fed. Cir. 2002) |
| Exhibit 15 | Excerpt from the Transcript of the June 14, 2006 Deposition of Mark William Beckner |
| Exhibit 16 | "Multiplexing Structrues for Broadband Interfaces", Bell Communications Research, Inc., M. Wm. Beckner, April 1987 |
| Exhibit 17 | "Data Communications – Facilities, Network, and Systems Design", Dixon R. Doll |
| Exhibit 18 | "Multiplexing of Packet Speech on an Experimental Wideband Satellite Network", C.J. Weinstein and H.M. Heggestad, Massachusetts Institute of Technology |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on November 8, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>*sbalick@ashby-geddes.com*
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on November 8, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL AND FEDERAL EXPRESS

>Donald R. Dunner, Esquire
>*don.dunner@finnegan.com*
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>901 New York Ave., N.W.
>Washington, DC 20001
>
>York M. Faulkner, Esquire
>*york.faulkner@finnegan.com*
>Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Andrew A. Lundgren*
>John W. Shaw (No. 3362)
>*jshaw@ycst.com*
>Andrew A. Lundgren (No. 4429)
>*alundgren@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19899-0391
>(302) 571-6600
>*Attorneys for Lucent Technologies Inc.*