# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

November 9, 2006

The Honorable Gregory M. Sleet    VIA ELECTRONIC FILING
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*,
C.A. No. 04-875-GMS

*Telcordia Technologies, Inc. v. Cisco Systems, Inc.*,
C.A. No. 04-876-GMS

Dear Judge Sleet:

Defendants Cisco and Lucent have requested oral argument on two of the four pending motions for summary judgment in the above actions. Although Telcordia of course would be pleased to present argument on any or all of the pending motions if Your Honor would find oral presentations helpful, Telcordia believes that all four motions have been very thoroughly briefed, does not see the need to ask for more of the Court's valuable time to hear argument, and is content for the motions to be decided on the papers.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
175013.1

c:   Donald R. Dunner, Esquire (via electronic mail)
     John W. Shaw, Esquire (by hand, and via electronic mail)
     Steven C. Cherny, Esquire (via electronic mail)
     David A. Nelson, Esquire (via electronic mail)
     Jack B. Blumenfeld, Esquire (by hand, and via electronic mail)
     Edward R. Reines, Esquire (via electronic mail)