**REDACTED – PUBLIC VERSION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | **CONFIDENTIAL:** |
| | ) | **FILED UNDER SEAL** |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**APPENDIX TO
DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 4,893,306**

John W. Shaw (No. 3362)
Monte T. Squire (No. 4764)
Andrew A. Lundgren (No. 4429)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 576-3334
jshaw@ycst.com
msquire@ycst.com
alundgren@ycst.com

*Attorneys for Defendant Lucent Technologies Inc.*

Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
 LLP
1201 North Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
jblumenfeld@mnat.com
lpolizoti@mnat.com

*Attorneys for Defendant Cisco Systems, Inc.*

OF COUNSEL:

Steven C. Cherny
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 571-4864

David A. Nelson
Israel Sasha Mayergoyz
David C. McKone
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


Dated: November 2, 2006

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Jessica L. Davis
Sonal N. Mehta
Thomas B. King
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Ryan Owens
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

REDACTED – PUBLIC VERSION

Table of Contents

| | |
|---|---|
| Exhibit 1 | U.S. Patent No. 4,893,306 (filed Nov. 10, 1987) |
| Exhibit 2 | Excerpts from Telcordia Technologies, Inc.'s Sixth Supplemental Response To Lucent Technologies Inc.'s First Set of Interrogatories (No. 1) |
| Exhibit 3 | Excerpts from Telcordia Technologies, Inc.'s Seventh Supplemental Response To Cisco's First Set of Interrogatories (No. 3) |
| Exhibit 4 | Excerpts from the Transcript of the August 2, 2006 Deposition of Anthony Acampora, Ph.D. |
| Exhibit 5 | Excerpt from Roger L. Freeman, *Telecommunication System Engineering* (4th ed. 2004) |
| Exhibit 6 | Excerpts from the Transcript of the April 20, 2006 and April 21, 2006 Deposition of Liang Tai Wu |
| Exhibit 7 | Excerpts from the Transcript of the May 11, 2006 Deposition of Mark W. Garrett, Ph.D. |
| Exhibit 8 | Excerpts from the Transcript of the April 13, 2006 and April 14, 2006 Deposition of Sang-Hoon Lee, Ph.D. |
| Exhibit 9 | Excerpts from the Transcript of the May 18, 2006 Deposition of David Sincoskie |
| Exhibit 10 | Bell Communications Research, Deh-phone Hsing & Steven Minzer, *Preliminary Special Report On Broadband ISDN Access*, Issue 1 (December 1987) |
| Exhibit 11 | Excerpts from Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,893,306 |
| Exhibit 12 | Excerpts from the Transcript of the June 11, 2006 Deposition of Tony Tong Lee |

## CERTIFICATE OF SERVICE

I, Monté T. Squire, hereby certify that on November 9, 2006, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> sbalick@ashby-geddes.com
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899

I further certify that on November 9, 2006 I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> **BY E-MAIL ON NOVEMBER 9, 2006 AND**
> **BY FEDERAL EXPRESS ON NOVEMBER 10, 2006**
>
> Donald R. Dunner, Esquire
> don.dunner@finnegan.com
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> 901 New York Ave., N.W.
> Washington, DC 20001
>
> York M. Faulkner, Esquire
> york.faulkner@finnegan.com
> Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Monté T. Squire*
John W. Shaw (No. 3362)
jshaw@ycst.com
Monté T. Squire (No. 4764)
msquire@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
*Attorneys for Lucent Technologies Inc.*