# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

November 20, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

      Re:    *Telcordia Tech., Inc. v. Lucent Tech., Inc.*, Civil Action No. 04-875 GMS
             *Telcordia Tech., Inc. v. Cisco, Inc.*, Civil Action No. 04-876-GMS

Dear Judge Sleet:

      I write on behalf of the defendants pursuant to D.Del. LR 7.1.2(c), to bring to the Court's attention the Federal Circuit's November 15, 2006 Opinion in *02 Micro International Ltd. v. Monolithic Power Systems, Inc.*, No. 06-1064 (Fed. Cir. Nov. 15, 2006)(Ex. A). The *02* decision is relevant to defendants' pending motion for summary judgment of non-infringement of the '306 patent (*see* D.I. 267 in C.A. No. 04-876-GMS, at pp. 15-16). The discussion at pages 24-25 of the *02* Opinion confirms the propriety of the exclusion of an expert report where a litigant fails to meet the Court-ordered deadline.

                                  Respectfully,

                                    Jack B. Blumenfeld (#1014)

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
        John G. Day, Esquire (By Hand)
        John W. Shaw, Esquire (By Hand)
        Donald R. Dunner, Esquire (By Email)
        Steven C. Cherny, Esquire (By Email)
        Edward R. Reines, Esquire (By Email)

545891