**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TELCORDIA TECHNOLOGIES, INC.,                    )

      Plaintiff/Counterclaim Defendant,          )          **REDACTED PUBLIC**
                                  )          **VERSION**

          v.                                              )

LUCENT TECHNOLOGIES INC.,                        )          Civil Action No. 04-875-GMS

      Defendant/Counterclaim Plaintiff.          )

---

TELCORDIA TECHNOLOGIES, INC.,                    )

      Plaintiff/Counterclaim Defendant,          )

          v.                                              )          Civil Action No. 04-876-GMS

CISCO SYSTEMS, INC.,                             )

      Defendant/Counterclaim Plaintiff.          )

---

**TELCORDIA TECHNOLOGIES, INC.'S ANSWER TO DEFENDANTS' MOTION *IN LIMINE* NO. 4:**

**TELCORDIA SHOULD BE ENTITLED TO RELY UPON ITS LICENSE WITH FORE SYSTEMS**

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc*

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: February 22, 2007

## I.    INTRODUCTION

In an effort to unfairly marginalize the value of Telcordia's patents, defendants seek to preclude Telcordia from offering evidence of its most financially significant ($21 million—a public number) license agreement with its largest and most commercially significant ATM licensee (in terms of sales volume and market share), FORE Systems / Marconi PLC (hereinafter, the "FORE" license). The FORE license includes the '633 patent, and thus is highly relevant to the determination of a reasonable royalty for that patent. *Georgia-Pacific Corp. v. U.S. Plywood Corp.*, 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970). The license also includes the '306 patent, and thus is also relevant to secondary indicia of non-obviousness of both the '306 and '633 patents in response to defendants' remaining declaratory judgment counterclaims of invalidity ('306 infringement allegations have been dropped). *WMS Gaming Inc. v. International Game Technology*, 184 F.3d 1339, 1360 (Fed. Cir. 1999) ("These licenses under the Telnaes patent are strong indicia that the patent is not obvious.").

None of the grounds offered by defendants merits the preclusion of the highly relevant FORE license. First, defendants claim that Telcordia "refused" to produce the agreement during discovery. This assertion is simply false—Telcordia never "refused" to produce the agreement, and the agreement and its terms have been produced in discovery (and questioned about in deposition) many times over. Second, defendants claim that Rule 408 precludes Telcordia from relying upon the FORE license. But courts can review settlement agreements to determine appropriate compensation in a patent infringement case, and Rule 408 should not preclude a party from relying on its own prior license agreement (as distinct from the situation where a party's prior license agreement is unwillingly thrust upon it in a subsequent litigation), particularly where the agreement is offered to defend against declaratory judgment counterclaims of invalidity. Finally, defendants characterize Telcordia's most significant license as "marginally relevant" and contend that Rules 401-403 favor exclusion. But as noted above, the agreement is highly relevant to determination of a reasonable royalty and is strong secondary indicia of non-obviousness. Moreover, defendants are simply cherry picking—they have included almost 60 other license agreements on their exhibit list, including (1) all of Telcordia's other licenses (28 in total) many of which pertain to hundreds of patents in addition to the patents-in-suit, (2) many of Telcordia's license offers and negotiations, and (3) many of defendants' own license agreements in this technology (29 in total), including documents described as "settlement and license agreement." (Ex. A). In sum, defendants have

1

no real objection to relevance and admissibility of license agreements (even those arrived at in settlement)—they simply want to skew the jury's view by precluding evidence of Telcordia's best license agreement.

## II.     THE FORE LICENSE AND ITS TERMS WERE PRODUCED MANY TIMES OVER

On the first page of their motion, defendants state that Telcordia "refused" to produce the FORE license and that Telcordia claimed that the license was "not discoverable." These statements are outright misrepresentations—Telcordia never refused to produce the information and never once contended that the information was not discoverable.

Telcordia's license agreements are typically governed by strict contractual confidentiality provisions that require the licensee's permission before Telcordia may disclose or disseminate the license. (Ex. B at section 10.3). These contractual advance notice and permission requirements apply even where production is compelled by law. *Id.* As such, after defendants served their Rule 34 production requests, Telcordia contacted Marconi (and ultimately its predecessor, Ericsson) to obtain permission to produce confidential FORE / Marconi information.[1] Indeed, Telcordia exchanged 23 written communications, and numerous phone calls, with Marconi and Ericsson regarding the production of FORE / Marconi confidential information. Throughout this process, Telcordia explained its competing obligations and kept defendants informed at each step:

- REDACTED                                    (Ex. C at 20).

- (Ex. D).
- "Pursuant to our January 3, 2006, **agreement to update Cisco regarding the status of our negotiations with our licensees**, since January 3, 2006, we have received permission from two licensees to produce their documents, which we will produce to you as soon as possible. Our attempts to obtain permission from the three remaining licensees are ongoing." (Ex. E).
- "**Thank you also for agreeing to contact the outstanding third parties** from whom you have not been able to secure permission to request their agreement to produce licensing documents to Cisco under an outside counsel only designation, or alternatively to initially produce licensing documents with third party cost and/or product information redacted." (Ex. F).
- REDACTED

---

[1] The practice of securing a third party's permission before producing that third party's confidential information in litigation is a standard practice—indeed, the defendants engaged in the exact same practice in response to Telcordia's requests for the defendants' license agreements

REDACTED

(Ex. G at 248, *see also* Ex. O at 231).

Telcordia never once "refused" to produce any license agreements nor did it ever contend that license

agreements were "not discoverable." Indeed,                    REDACTED

Telcordia produced, under the Protective Order, all of Telcordia's own internal

documentation summarizing and/or describing the FORE license, including                    REDACTED

(Exs. H, I, J, K).  Telcordia also permitted its witnesses, including

to testify about the agreement's terms.  (Exs. G, K, L, M, N, O, P).  At the

                    REDACTED                                                                 Cisco

same time

surreptitiously obtained a copy of the FORE license agreement from an independent data collection and research

company,[2] and produced the agreement without the permission of Telcordia or Marconi.[3]

Ultimately, in September of 2006, after 23 written communications and numerous telephone calls

between Telcordia, Marconi, and Ericsson regarding production of confidential information, Ericsson granted its

permission for Telcordia to produce the confidential FORE license.  On September 29, 2006, Telcordia

---

[2] Although defendants insinuate that the agreement was obtained from the SEC, the agreement that was produced was in fact not obtained from the SEC.  It was obtained from a company called "Edgar Online." (Ex. B).  Edgar Online is a members only, password protected data collection service that offers information to members "via online subscriptions and licensing agreements." (Ex. Q).  "Edgar Online is not affiliated with or approved by the U.S. Securities and Exchange Commission." (Ex. R).  The information that a subscriber obtains from Edgar Online is subject to strict terms of use, and according to those terms of use, the information may not be used for anything other than personal uses and may not be disseminated or distributed "in any form or by any means" without prior approval. (Ex. S).  To the extent that Edgar Online obtained the FORE license agreement from a public source (such as the SEC), the public disclosure of the agreement would appear to have been a mistake and should not detract from the fact that the agreement remains, on its face, subject to contractual confidentiality provisions and restrictions.

[3] The defendants' suggestion that Telcordia "blocked questioning" on this "public" document is entirely inaccurate. (D.I. 292 at Ex. 4).  Rather, Telcordia merely asked the defendants to defer their questioning until the confidentiality issues surrounding Cisco's surreptitiously obtained document were resolved.  The defendants did not object, but rather *agreed*:

REDACTED

produced the license. Because discovery had already closed in the district court, and because Cisco had already

surreptitiously obtained and produced the license in the district court cases in any event, Telcordia produced the

license as part of its ongoing document production in the pending ITC investigation where discovery was open

and ongoing. In sum, the FORE license and its terms—via summarized form in Telcordia documents, via a

surreptitiously obtained copy, via deposition testimony, and ultimately via the proper permission of the

licensee—were produced many times over. Under these circumstances, defendants are not entitled to an

evidentiary sanction under Rule 37 for the alleged failure to produce discovery. To the contrary, the defendants'

misrepresentation of Telcordia's position, and misrepresentation of the parties' mutual collaborative

arrangement with third parties during discovery, warrants denial of their motion.

## III.    RULE 408 DOES NOT PRECLUDE EVIDENCE OF THE LICENSE AGREEMENT

The policy behind Rule 408—encouraging settlements by protecting the exchange of information during

settlements—is not implicated where a litigant offers its own settlement agreement to defend itself from an

adversary who was not a party to the settlement. For example, the Second Circuit has indicated that:

> Rule 408 may bar introduction of settlement discussions, or agreements, even if the
> settlement involved another case and a different party. . . . It must be noted, however, that
> these decisions all involved the proposed use of the offer against either the offeror or another
> party to the settlement. This distinction is significant . . . the implication of this policy for our
> case is that settlement offers or agreements are not automatically inadmissible-even as to
> liability or the amount of damages-if they are offered against a party who was not a
> participant in the settlement discussions or agreement.

*American Soc'y of Composers v. Showtime, Inc.*, 912 F.2d 563, 580 (2d Cir. 1990) (admitting evidence of prior

settlement offer) (citations omitted). Here, Telcordia was a party to the FORE license and seeks to offer that

license to, *inter alia*, defend itself from '306 and '633 declaratory judgment counterclaims of invalidity leveled

by parties who were not part of the litigation settlement that yielded the FORE license. This is simply not a case

where a party to a settlement agreement has that agreement unwillingly thrust upon it in a subsequent litigation.

Further, even where the party to a settlement opposes admission of the agreement, a court may still rely on that

agreement in determining a royalty rate for the patented invention. *Jamesbury Corp. v. United States*, 207

U.S.P.Q. 131, 135-137 and n.1 (Ct. Cl. 1980) (considering prior settlement agreement between plaintiff and

another company as relevant to royalty determination and rejecting plaintiff's argument that Rule 408 prohibited

use of the agreement: "it is clear that the plaintiff's settlement agreement with Worcester Valve can be used as a guide in establishing the reasonable and entire compensation to which plaintiff is entitled").

Moreover, this Court's Rule 408 decision in *Pharmastem Therapeutics, Inc. v. Viacell, Inc.*, No. 02-148 (GMS), 2003 WL 22387038 (D. Del. Oct. 7, 2003), is distinguishable in several key respects. In that case, the patentee sought to include only some of its license-related evidence and exclude other such evidence (i.e., the same type of cherry picking *the defendants* are seeking to do here). *Id.* The defendants objected and advanced an "all or nothing" position—either all licensing evidence should come in, or none at all. *Id.* The Court agreed, and excluded all licensing-related evidence under Rule 408. *Id.* Here, however, defendants are not advancing an "all or nothing" position. Rather, defendants' exhibit list includes over 100 license-related documents, including almost 60 license agreements (several called "settlement and license agreements"), and many term sheets, negotiation letters, presentations, etc., as relevant, probative, admissible evidence. (Ex. A). They simply want to preclude Telcordia from introducing a specific license agreement that helps Telcordia's case.

## IV.    RULES 401-403 FAVOR INCLUSION, NOT EXCLUSION, OF THE LICENSE AGREEMENT

The defendants' claim that Telcordia's largest, most hard fought, and most commercially significant license to its ATM patents is "marginally relevant" cannot pass the red face test. As noted above, the FORE license, like the other license materials that the defendants want to introduce, is relevant to at least a reasonable royalty and secondary indicia of non-obviousness. Moreover, defendants' position that the FORE agreement may confuse the jury because it includes other patents in addition to the '633 patent is also without merit and is contradictory—many of the other Telcordia license agreements that the defendants seek to introduce cover hundreds of unrelated patents.

Finally, the defendants contradictorily argue that the FORE license should be precluded because it is "primarily related to the '306 patent," while ignoring the agreements' relevance to validity of that very patent. (D.I. 292 at Ex. 4). Again, as the Federal Circuit has noted, license agreements are "strong indicia" of non-obviousness. *WMS Gaming Inc. v. International Game Technology*, 184 F.3d 1339, 1360 (Fed. Cir. 1999). Therefore, even assuming that the FORE license is only relevant to the '306 patent (which is not the case—the agreement clearly includes the '633 patent), the license is still highly relevant and probative on Telcordia's defense to the defendants' declaratory judgment counterclaims.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Donald R. Dunner
Steven M. Anzalone
Richard H. Smith
James T. Wilson
John M. Williamson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

*Attorneys for Plaintiff*
*Telcordia Technologies, Inc*

Dated: February 22, 2007

178110.1

6

# EXHIBIT A

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2001. | U.S. Patent No. 4,835,763 (Lau) | | 5/30/89 | TELC0267677 – TELC0267684 | Lau Exh. 003 |
| 2002. | U.S. Patent 4,893,306 (Chao et al.) | | 1/9/90 | TELC0006367 – TELC0006386 | Acampora Exh. 001 |
| 2003. | U.S. Patent No. 5,260,978 (Fleischer et al.) | | 11/9/93 | TELC0269825 – TELC0269834 | Lau Exh. 009 |
| 2004. | U.S. Patent No. Re. 36,633 (Fleischer et al.) | | 3/28/00 | TELC0005660 – TELC0005672 | Acampora Exh. 018 |
| 2005. | File History of U.S. Patent No. 4,835,763 (Lau) | | 5/30/89 | | Lau Exh. 005 |
| 2006. | File History for U.S. Patent No. 4,893,306 (Chao et al) | | 1/9/90 | LU0000020 – LU0000191 | Falk Exh. 004 |
| 2007. | File History of U.S. Patent No. 5,260,978 (Fleischer et al.) | | 11/9/93 | TELC3151038 – TELC3151121 | |
| 2008. | File History U.S. Patent No. Re: 36,633 (Fleischer et al.) | | 11/8/95 | LU1572565 – LU1572755 | Falk Exh. 028 |
| 2009. | References cited in U.S. Patent No. Re: 36,633 (Fleischer et al.) | | | | |
| 2010. | Redacted Information Disclosure Statement | | | TELC0006883 – TELC0006885 | Lau Exh. 012 |
| 2011. | U.S. Patent No. 4,835,763 (Lau) (Contains Handwritten Notes) | | 5/30/89 | TELC0277942 – TELC0277949 | Suchyta Exh. 008 |
| 2012. | U.S. Patent No. 6,928,484 (Huai et al.) | | 8/9/05 | | |
| 2013. | U.S. Patent No. 6,850,486 (Saleh et al.) | | 2/1/05 | | |
| 2014. | U.S. Patent No. 6,349,092 (Bisson et al.) | | 2/19/02 | | |
| 2015. | U.S. Patent No. 6,587,470 (Elliot et al.) | | 7/1/03 | | |
| 2016. | U.S. Patent No. 3,652,798 (McNeilly et al.) | | 3/28/72 | CSC0694-2135 – CSC0694-2149 | |
| 2017. | U.S. Patent No. 4,320,504 (Alvarez, III et al.) | | 3/16/82 | | Jones Exh. 008 |
| 2018. | U.S. Patent No. 4,347,605 (Hashizume et al.) | | 8/31/82 | LU1571398 – LU1571403 | Grover Exh. 012 |
| 2019. | U.S. Patent No. 4,569,041 (Takeuchi et al.) | | 2/4/86 | BEL03714 – BEL03744 | |
| 2020. | U.S. Patent No. 6,563,816 (Nodoushani et al.) | | 5/13/03 | | |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2021. | U.S. Patent No. 6,151,325 (Hluchyj) | | 11/21/00 | | |
| 2022. | U.S. Patent No. 6,434,612 (Hughes et al.) | | 8/13/02 | | |
| 2023. | European Patent 0 179 979 B1 (Baran) | | 5/30/86 | LU0001093 – LU0001135 | |
| 2024. | U.S. Patent No. 4,592,050 (Bensadon) | | 5/27/86 | AUSA0794191 – AUSA0794205 | Jones Exh. 007 |
| 2025. | U.S. Patent No. 4,594,709 (Yasue) | | 6/10/86 | CSCO0337-2030 – CSCO0337-2057 | |
| 2026. | U.S. Patent No. 4,633,246 (Jones et al.) | | 12/30/86 | LU1571667- LU1571679 | Grover Exh. 014 |
| 2027. | U.S. Patent No. 4,648,088 (Cagle et al.) | | 3/3/87 | CSCO0337-2129 – CSCO0337-2146 | Grover Exh. 013 |
| 2028. | U.S. Patent No. 4,819,228 (Baran et al.) | | 4/4/89 | CSCO0698-0148 – CSCO0698-0165 | |
| 2029. | U.S. Patent No. 4,866,701 (Giacopelli et al.) | | 9/12/89 | TEL001063 – TEL001079 | Falk Exh. 017 |
| 2030. | U.S. Patent No. 5,050,164 (Chao et al.) | | 9/17/91 | TELD0013756 – TELD0013775 | Falk Exh. 011 |
| 2031. | Order Construing the Terms of U.S. Patent Nos. 4,835,763, Re. 36,633, and 4,893,306 | | 6/22/06 | | Acampora Exh. 003 |
| 2032. | R. Adams and G. Lenahan et al., "Implementing Next Generation Networks," Telcordia Technologies | | | TEL015958 – TEL016085 | Grover Exh. 006 |
| 2033. | D. Doll "Data Communications – Facilities, Network, and Systems Design" | | | LU3196787 – LU3196805 | |
| 2034. | M. Mard and J. Agiato, "Valuing Intellectual Property & Calculating Infringement Damages," AICPA Practice Aid 99-2 | | 1999 | | |
| 2035. | J. Limb, "FASNET: Proposal for a High Speed Local Network," *Office Information System* | | 1982 | CSCO0683-0796 – CSCO0683-0802 | |
| 2036. | "Digital Network Notes," Telecom Canada | | 1983 | TELC03216341 – TELC03216636 | |
| 2037. | M. Liu and D. Rouse, "A Study of Ring Networks," *Ring Technology Local Area Networks* | | 1984 | | |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2038. | B. Fleury, "Asynchronous High Speed Digital Multiplexing," *IEEE Communications Magazine*, Vol. 24, No. 8 | | 1986 | CSCO0694-2227 – CSCO0694-2235 | |
| 2039. | C. Corbalis, "A Design Example of A T1-Based Fast Packet Voice Switch" | | 1987 | TELD0007172 – TELD0007176 | Lee, S.H. Exh. 018 |
| 2040. | M. Beckner and T. Lee et al., "A Protocol and Prototype for Broadband Subscriber Access to ISDNs" | | 1987 | BEL137167 – BEL137174 | Chao Exh. 019 |
| 2041. | L. Wu and S. Lee et al., "Dynamic TDM – A Packet Approach to Broadband Networking" | | 1987 | CSCO0683-0692 – CSCO0683-0718 | Chao Exh. 010 |
| 2042. | J. Chao, Design Architecture of a DTDM Packet Assembler and Packet Multiplexer, MONTECH '87, Conference on Communications, IEEE | | 1987 | TELP0003264 – TELP0003268 | |
| 2043. | G. Luderer and J. Mansell et al., "Wideband Packet Technology for Switching Systems" | | 1987 | BEL136658 – BEL136664 | |
| 2044. | J. Chao and T. Robe et al., "A 140 Mbit/s CMOS LSI Framer Chip for a Broad-Band ISDN Local Access System," *IEEE Journal of Solid-State Circuits*, Vol. 23, No. 1 | | 1988 | TELC0001725 – TELC0001733 | Chao Exh. 005 |
| 2045. | T. Wu and R. Lau, "A Class of Self-Healing Ring Architectures for SONET Network Applications" | | 1990 | | Lau Exh. 021 |
| 2046. | J. Gonzales and J-P Le Meur, "Jitter Reduction in ATM Networks" | | 1991 | TELC0278563 – TELC0278568 | Fleischer Exh. 006 |
| 2047. | R. Lau and P. Fleischer, "Synchronous Techniques for Timing Recovery in BISDN," (Globecom) | | 1992 | TELC0006832 – TELC0006838 | Sincoskie Exh. 029 |
| 2048. | R. Lau and P. Fleischer, "Synchronous Techniques for Timing Recovery in BISDN," IEEE | | 1992 | TELC3150169 – TELC3150178 | |
| 2049. | J. Chao and C. Lam et al., "Broadband Packet Switching Technologies – A Practical Guide to ATM Switches and IP Routers" | | 2001 | LU3042863 – LU3043029 | Chao Exh. 020 |
| 2050. | V. Alwayn, "Optical Network Design and Implementation: A Comprehensive Guide to Understanding and Configuring Multiservice DWDM, SONET, an SDH Architectures" | | 2004 | TELC2944984 – TELC2945816 | Grover Exh. 004 |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2051. | Warren, Dave et al., "Cisco Self-Study: Building Cisco Metro Optical Networks, Plan, Design and Configure High-Speed Fiber-Optical Networks," Cisco Press (excerpts only) | | 2004 | CSC00698-0442 – CSC00698-0456 | |
| 2052. | Comparison between "Impacts on SONET Standard" and "Automatic Protection Switching" | | | TELC0386747 – TELC0386750 | Lau Exh. 022 |
| 2053. | J. Limb and C. Flores, "Description of Fasnet – A Unidirectional Local-Area Communications Network," The Bell System Technical Journal, Vol. 61, No. 7 | | 9/1982 | BEL042604 – BEL042632 | Acampora Exh. 011 |
| 2054. | W. Montgomery, "Techniques for Packet Voice Synchronization," Journal on Selected Areas in Communications, Vol. SAC-1, No. 6 | | 12/1983 | FSI092450 – FSI092457 | |
| 2055. | J. Jones and G. Cagle, "TDM Ring: A DS1 Transport System for Local Networks," IEEE Globecom '84 Conference Record | | 8/1984 | CSC00337-1681 – CSC00337-1689 | Grover Exh. 015 |
| 2056. | Z. Budrikis and A. Netravali, "A Packet/Circuit Switch," AT&T Bell Laboratories Technical Journal, Vol. 63, No. 8 | | 10/1984 | CSC00690-1105- CSC00690-1126 | Chao Exh. 025 |
| 2057. | C. Raghavendra and J. Silvester, "Double Loop Network Architectures – A Performance Study," IEEE Transactions on Communications, Vol. COM-33, No. 2 | | 02/1985 | | |
| 2058. | Technical Requirements Industry Form SONET, Presented by Bellcore | | 4/19/85 | BEL107731 – BEL107833 | Ching Exh. 005 |
| 2059. | J. Prisco and R. Hoss, "Fiber Optic Regional Area Networks," IEEE Communications Magazine, Vol. 23, No. 11 | | 11/1985 | CSC00694-2150 – CSC00694-2163 | Grover Exh. 009 |
| 2060. | C. Corbalis, "The Challenge of Voice by the Packet," Telecommunications, Vol. 20, No. 10 | | 10/1986 | TELD0007188 – TELD0007193 | Lee, S.H. Exh. 019 |
| 2061. | J. Turner, "Design of an Integrated Services Packet Network," IEEE Journal on Selected Areas in Communications, Vol. SAC-4, No. 8, pp. 1373-1380 | | 11/19/86 | LU3039041 – LU3039048 | Chao Exh. 022 |

4

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2062. | J. Reedy, "The TDM Ring- A Fiber Optic Transport System for Campus or Metropolitan Networks," *IEEE Journal on Selected Areas in Communications*, Vol. SAC-4, No. 9 | | 12/1986 | CSC00698-0329 – CSC00698-0338 | |
| 2063. | G. Ester, "Ring Up Big Profits with Ring Architecture," *Telephony – Integrating Voice and Data Communications*, Vol 213, No. 25 | | 12/21/87 | CSC00337-1675 – CSC00337-1680 | Grover Exh. 011 |
| 2064. | R. Newman and Z. Budrikis et al., "The QPSX Man," *IEEE Communications Magazine*, Vol. 26, No. 4 | | 4/1988 | LU0002467 – LU0002476 | Chao Exh. 024 |
| 2065. | T. Wu and R. Lau, "A Class of Self-Healing Ring Architectures for SONET Network Applications" (draft) | | 9/30/89 | TELC0386725 – TELC0386746 | Lau Exh. 020 |
| 2066. | T. Wu and D. Kolar et al., "High-Speed Self-Healing Ring Architectures for Future Interoffice Networks," *IEEE Global Telecommunications Conference & Exhibition*, Nov. 27-30 | | 11/30/89 | | |
| 2067. | K. Sato and S. Ohta et al., "Broad-Band ATM Network Architecture Based on Virtual Paths," *IEEE Transactions on Communications*, Vol 138, No. 8 | | 8/1990 | | |
| 2068. | "Timing Recovery for CBR Circuit Emulation," Study Group XVIII – Contribution No. D.1020 | | 12/7/90 | TELC0006712 – TELC0006715 | |
| 2069. | K. Sato and H. Ueda et al., "The Roll of Virtual Path Crossconnection," *IEEE LTS – The Magazine of Lightwave Telecommunication Systems*, Vol. 2, No. 3 | | 8/1991 | | |
| 2070. | The Pelorus Group, "Asynchronous Transfer Mode: The Next Five Years" | | 10/1997 | TELC0259329 – TELC0259647 | DePinho Exh. 085 |
| 2071. | D. Johnson and N. Hayman et al., "The Evolution of a Reliable Transport Network," *IEEE Communications Magazine* | | 8/1999 | | |
| 2072. | M. Jones and R. Butler et al., "Sprint Long Distance Network Survivability: Today and Tomorrow," *IEEE Communications Magazine* | | 8/1999 | | |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2073. | Telcordia Technologies, "Synchronous Optical Network (SONET) Transport Systems: Common Generic Criteria," Issue 3 | | 9/2000 | TELC0287083 – TELC0287766 | |
| 2074. | M. Phillips, "Edge Routers Target New Market Niches," In-Stat MDR | | 10/2002 | TELC0262262 – TELC0262300 | |
| 2075. | H. Goldberg, "The Next Generation of Service Provider Edge and Core Routers," In-Stat MDR | | 6/2004 | TELC0290207 – TELC0290251 | |
| 2076. | H. Goldberg, "MultiService Switch Market Rebounds Nicely," In-Stat MDR | | 3/2005 | TELC0290252 – TELC0290300 | |
| 2077. | Cisco News Releases | | | CSCO00676-0001 – CSCO00676-1097 | |
| 2078. | M. Beckner, "Packet-Mode Access Capability in a Broadband Interface Structure," Standards Project: Principles of User-Network Access Interfaces T1D1.185-098 | | 9/1/85 | TELD0000608 – TELD0000614 | Beckner Exh. 003 |
| 2079. | C. Lau, "Implementation of the 64 kb/s SYNTRAN Data Link Using a Distributed Loop," Technical Memorandum: TM-TSY-001965 | | 10/22/85 | BEL106047 – BEL106058 | |
| 2080. | R. Boehm and Y. Ching et al., "Rates and Formats for Fiber Optic Interfaces," Contribution to T1 Standards Project T1X1.4/86-020 (Rates and Formats for Fiber Optic Interfaces) | | 2/14/86 | FSI058562 – FSI058577 | Beckner Exh. 006 |
| 2081. | T. Lee, "Performance Analysis of Packet Multiplexers Based on Dynamic Time Division Multiplexing," Technical Memorandum: TM-ARH-002795 | | 6/5/86 | BEL044340 – BEL044363 | Lee, T.T. Exh. 004 |
| 2082. | F. Dix and M. Garret, "Integrated Services Media Access Protocol for Fasnet," Technical Memorandum: TM-TSY-002935 | | 6/20/86 | BEL160098 – BEL160115 | Garrett Exh. 017 |
| 2083. | C. Lau, "Survivable Architectures and Implementations for a High Speed SONET," Technical Memorandum: TM-TSY-007089 | | 9/30/86 | TELC0005587 – TELC0005622 | Lau Exh. 002 |
| 2084. | M. Garrett and F. Dix, "Media Access Controller Chip for Fasnet," Technical Memorandum: TM-TSY-002936 | | 2/1/87 | BEL038015 – BEL038032 | Garrett Exh. 016 |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2085. | J. Chao, "Alternative Design Architectures of DTDM for Packet Assembler and Packet Multiplexer," Technical Information: TM-ARH-008831 | | 4/13/87 | BEL040207 – BEL040227 | |
| 2086. | M. Beckner and S. Minzer, "Multiplexing Structures for Broadband Interfaces," Standards Project: Principles of User-Network Access Interfaces T1D1/1/87-161 | | 4/19/87 | FSI059053 – FSI059056 | Beckner Exh. 007 |
| 2087. | S. Minzer and M. Beckner et al., "An Example of a Cell-Based Multiplexing Structure for Broadband ISDN," Standards Project: T1D1.1/87-268 | | 5/18/87 | TELD0000650 – TELD0000652 | Beckner Exh. 009 |
| 2088. | M. Beckner and T. Lee et al., "A protocol and Prototype for Broadband Subscriber Access to ISDNs," Technical Memorandum, TM-ARH-007065 | | 9/19/87 | TEL002986 – TEL003009 | Lee, T.T. Exh. 005 |
| 2089. | R. Lau, "Requirements for a SONET Self-Healing Ring," Technical Memorandum | | 9/29/87 | TELC0386757 – TELC0386763 | Lau Exh. 015 |
| 2090. | D. Hsing and S. Minzer, "Preliminary Special Report on Broadband ISDN Access," SR-TSY-000857, Issue 1, Dec. 1987 | | 12/19/87 | BBL045100 – BBL045158 | Chao Exh. 009 |
| 2091. | L. Wu and S. Lee et al. "Dynamic TDM – A Packet Approach to Broadband Networking," Technical Memorandum: TM-ARH-006130 | | 10/16/89 | TELD0006795 – TELD0006822 | Lee, S.H. Exh. 009 |
| 2092. | R. Lau and P. Fleischer, "Synchronous Residue-TS: A Compromise for SFET/TS," Standards Project: Broadband Aspects of ISDN T1S1.5/91-382 | | 11/4/91 | KITT0000020 – KITT0000026 | Kittams Exh. 010 |
| 2093. | T. Wu and D. Kong et al., "Reducing SONET Ring Costs by Using ATM Virtual Path-Based Technology," Technical Memorandum: TM-ARH-020947 | | 1/16/92 | BEL041823 – BEL041870 | |
| 2094. | R. Lau and P. Fleischer, "Synchronous Techniques for Timing Recovery in BISDN," Technical Memorandum: TM-ARH-022975 | | 5/11/93 | TELC0373712 – TELC0373738 | Jones Exh. 017 |
| 2095. | Cisco Network Analysis Toolkit: Introduction | | | | www.cisco.com |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2096. | "Descriptions of the SFET Method," COM XVIII-R 70-E | | | TELC0006592 – TELC0006596 | Falk Exh. 045 |
| 2097. | "Descriptions of the TS Method," COM XVIII-R 70-E | | | TELC0372294 – TELC0372295 | Falk Exh. 046 |
| 2098. | GX 550 Multiservice WAN Switch | | | TELC2945853 – TELC2945858 | Linder Exh. 008 |
| 2099. | CBX 500 Multiservice WAN Switch | | | TELC2945884 – TELC2945887 | McKenna Exh. 005 |
| 2100. | Hardware Design Specification 12 Port Channelized DS1/E1/DS0A CES Module for the PacketStar AX Multiservice Media Gateways | | | LU0174761 – LU0174956 | |
| 2101. | CBX 60-Port Channelized T1 / E1 Circuit Emulation Module User's Guide | | | TELC2935663 – TELC2935924 | |
| 2102. | CCITT Study Group XVIII, "Revised Text of I.363 section 2 (AAL type 1)" | | 1991 | TELC0006616 – TELC0006634 | Jones Exh. 009 |
| 2103. | Guidelines for Implementation of the ANSI Patent Policy | | 1992 | TELP0008175 – TELP0008184 | |
| 2104. | PacketStar PSAX 1250 Multiservice Media Gateway Portfolio | | 2003 | TELC2945907 – TELC2945908 | Linder Exh. 009 |
| 2105. | CBX 3500 Multiservice Edge Switch | | 2004 | TELC2945896 – TELC2945897 | Linder Exh. 001 |
| 2106. | Metropolis DMXplore Access Multiplexer for Service Providers | | 2004 | TELC2945909 – TELC2945914 | McKenna Exh. 008 |
| 2107. | "Synchronous DS3 Add-Drop Multiplex (ADM3/X) Requirements and Objectives," Issue 1, Technical Advisory: TA-TSY-000010 | | 8/1984 | BEI108493 – BEI108586 | |
| 2108. | M. Beckner and S. Minzer, "Proposal for Inclusion of a Packet-Mode Access Capability in Broadband Interfaces to ISDNs," Standards Project: T1D1.1/85-113 | | 9/30/85 | TELD0007020 – TELD0007023 | Sincoskie Exh. 012 |
| 2109. | M. Beckner and S. Minzer, "A Tutorial on Asynchronous Time Division Multiplexing (ATDM): A Packet Access Capability for Broadband Interfaces to ISDNs," Standards Project: T1D1.1/85-149 | | 11/18/85 | TELD0000621 – TELD0000629 | Beckner Exh. 005 |

8

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2110. | M. Beckner and S. Minzer "A Tutorial on Asynchronous Time Division Multiplexing (ATDM): A Packet Access Capability for Broadband Interfaces to ISDN's," (Contains Handwritten Notes) | | 11/18/85 | TELD0007025 – TELD0007044 | S.H. Lee Exh. 014 |
| 2111. | "Alarm indication signal requirements and objectives," Issue 1, Technical Reference: TR-TSY-000191 | | 5/1986 | TELC0362208 – TELC0362230 | |
| 2112. | L. Wu and S. Lee et al., "Dynamic TDM – A Packet Approach to Broadband Networking," Technical Memorandum: TM-ARH-008130 | | 10/16/86 | BELO42676 – BELO42702 | Chao Exh. 011 |
| 2113. | J. Bellisio and C. Block et al., "Broadband ISDN Task Group Technical Report," Technical Memorandum: TM-TSY-009979 | | 8/24/87 | BELO37227 – BELO37253 | Chao Exh. 012 |
| 2114. | "SONET Add-Drop Multiplex Equipment (SONET ADM) Generic Requirements and Objectives," Technical Reference: TR-TSY-000496, Issue 1 | | 9/1988 | TELC3193787 – TELC3193871 | Rubin Exh. 003 |
| 2115. | R. Lau, "An Architecture for a SONET Self-healing Ring," Contribution to T1 Standards Project | | 5/10/89 | TELC0374289 – TELC0374292 | |
| 2116. | "SONET Add-Drop Multiplex Equipment (SONET ADM) Generic Criteria for a Unidirectional, Path Protection Switched, Self-Healing Ring Implementation," Technical Advisory: TA-TSY-000496, Issue 3 | | 8/1990 | TELC3193872 – TELC3193967 | Rubin Exh. 004 |
| 2117. | "Proposed Method to Provide the Clock Recovery Function for Circuit Emulation," CCITT Contribution D.1123 | | 12/27/90 | TELC0373793 – TELC0373797 | Falk Exh. 047 |
| 2118. | "Performance Comparison of Timing Recovery Methods for CBR Services," CCITT – Study Group XVIII – Contribution D.I4301 | | 6/1991 | TELC0006708 – TELC0006711 | Houdoin Exh. 003 |
| 2119. | "Report of the Meeting of SWP XVIII/8-3," CCITT | | 12/2/91 | TELC0006635 – TELC0006658 | Falk Exh. 043 |
| 2120. | CCITT, "Synchronous Residue-Time Stamp: A Combination of SFET/TS," Technical Information: T1S1/91-611 | | 12/2/91 | TELC0373706 – TELC0373711 | Sincoskie Exh. 027 |

9

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2121. | Standards Committee T1 – Telecommunications, "Procedures Manual", Seventh Edition | | 6/1992 | TELP0007903 – TELP0007978 | |
| 2122. | "SONET Dual-Fed Unidirectional Path Switched Ring (UPSR) Equipment Generic Criteria," Generic Requirements: GR-1400-CORE, Issue 1 | | 3/1994 | TELC0364505 – TELC0364629 | Rubin Exh. 005 |
| 2123. | 1995 Product Line Brochure: Cisco LightStream ATM Switches | | 1/01/95 | TELC0258210 – TELC0258232 | |
| 2124. | ATM Circuit Emulation Services Port Adapter for Cisco 7200 Series Routers overview | | 1997 | CSCO0042-0073 – CSCO0042-0079 | |
| 2125. | Network Element Information Request (NEIR) for NMA/NIS Work for ONS 15454, Issue 30 | | 3/1998 | TELC0856954.034 082 – TELC0856954.034 179 | |
| 2126. | "SONET Dual-Fed Unidirectional Path Switched Ring (UPSR) Equipment Generic Criteria," Generic Requirements: GR-1400-CORE, Issue 2 | | 1/1999 | TELC0260150 – TELC0260276 | Rubin Exh. 006 |
| 2127. | Bellcore Generic Requirement (GR) Process Improvement | | 2/17/99 | TELC3218242 – TELC3218249 | Rubin Exh. 011 |
| 2128. | NMA-NIS Test Plan: Telcordia NMA Operations System Release 9.1 and The Cisco 15454 SONET Multiplexer (Hybrid) Release 2.0 | | 4/2000 | TELC0856954.032 971 – TELC0856954.032 3171 | |
| 2129. | Chapter 1, Cisco MGX 8800/8900 Series Hardware Installation Guide | | 9/2005 | TELC2861770 – TELC2861839 | |
| 2130. | Alien Port Adapter (APA) Hardware Functional Specification, Revision 6 | | 2/24/97 | CLA1752047 – CLA1752068 | Muntz Exh. 004 |
| 2131. | Cisco 3600 Multiservice Access Router OC-3 and STM-1 ATM Circuit Emulation Service Network Modules | | | CLA3350316 – CLA3350324 | Muntz Exh. 007 |
| 2132. | "Network Clocking," Cisco Internal Document Application Note | | | CSCO0052-0631 – CSCO0052-0641 | |
| 2133. | CCITT, "Digital Networks Transmission Systems and Multiplexing Equipment, Red Book, Volume III – Fascicle III.3, Recommendations F. 700 – G.956, October 8-19, 1984 | | 10/8/84 | CSCO0698-0306 – CSCO0698-0328 | |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2134. | CCITT, "Integrated Services Digital Network (ISDN) – Overall Network Aspects and Functions, ISDN User-Network Interfaces," Recommendatoin I.363 | | 1991 | CSCO0001-1483 – CSCO0001-1501 | |
| 2135. | LightStream 1010 Switch PAM Installation Guide – What is the LightStream 1010 ATM Switch | | | CSCO0008-0768 – CSCO0008-0774 | |
| 2136. | Cisco 3600 Series Multiservice Platforms: Relevant Interfaces and Modules | | | CSCO0008-1975 – CSCO0008-1984 | |
| 2137. | Cisco MGX-AX-CESM-8T1/8E1 Circuit Emulation Service Modules Data Sheet | | | | |
| 2138. | Cisco MGX 8260 Maintenance Guide | | 2005 | CSCO0023-2069 – CSCO0023-2106 | |
| 2139. | Cisco Circuit Emulation Software Configuration Guide and Command Reference, Release 4 | | 5/2003 | CSCO0030-0855 – CSCO0030-1064 | |
| 2140. | Cisco Presentation, "MGX 82x0/8830/8850 Layer 2 Services Circuit Emulation" | | 2003 | CSCO0040-1762 – CSCO0040-1792 | |
| 2141. | The ONS 15454 SONET MSPP Release 5.0 Configuration and Ordering Guide | | 2005 | CSCO0085-1875 – CSCO0085-1918 | |
| 2142. | Cisco COMET Innovation: Path-Protected Mesh Networks, White Paper | | | CSCO0086-1428 – CSCO0086-1432 | |
| 2143. | Cisco ONS 15454 MSPP Engineering Planning Guide – Release 4.0 | | 3/2003 | CSCO0093-1715 – CSCO0093-2134 | |
| 2144. | Cisco ONS 15327 Reference Manual, Release 4.0 | | 5/3/05 | CSCO0103-1864 – CSCO0103-2105 | |
| 2145. | Cisco ONS 15454 Reference Manual: Product and Documentation, Release 6.0 | | 8/2005 | CSCO0107-1475 – CSCO0107-2512 | |
| 2146. | CSCO ONS 15600 Reference Manual: Product and Documentation Release 1.0, December 2002 | | 12/2002 | CSCO0116-0001 – CSCO0116-0180 | |
| 2147. | BTC ASIC Design Specification | | 9/9/98 | CSCO0165-1403 – CSCO0165-1639; | Rushka Exh. 005 |
| 2148. | Transmission Convergence ASIC (BTC192) Functional Specification | | 1999 | CSCO0165-1640 – CSCO0165-1654 | Grover Exh. 005 |
| 2149. | Cisco Systems 15454 Cross-Connect Architecture Training Notes, Revision 1.0 | | 4/12/01 | CSCO0225-0948 – CSCO0225-0976 | Rushka Exh. 004 |

11

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2150. | Optical Networking Group 15454, XC-VXC Quattroporte Hardware Functional Specification, Version 0.2 | | 5/10/05 | CSCO00190-1179 – CSCO00190-1230 | Prucnal Exh. 013 |
| 2151. | V. Dharmarajan, "Popeye MPSM-T1/E1 Hardware Verification – Checklist," Revision 0.2 | | 4/25/03 | CSCO0200-2477 – CSCO0200-2490 | |
| 2152. | AAL1gator WAC-021-C AAL1 SAR Processor User's Manual | | 1/20/98 | CSCO0003-1411 – CSCO0003-1576 | Holden Exh. 005 |
| 2153. | V. Jain and R. Edamula et al., "Broadband Service Card (BSC) Design Specification," Revision A1 | | 4/13/00 | CSCO0204-2083 – CSCO0204-2158 | |
| 2154. | UPSR OC-x/PDI Enhancement Project Software Unit Functional & Design Specification, Revision A | | 3/20/02 | CSCO0211-2171 – CSCO0211-2180 | |
| 2155. | Cisco ONS 15454 Optical Transport Platform Restoration Flexibility with the Addition of 4 Fiber BLSR | | | CSCO0213-2108 – CSCO0213-2112 | |
| 2156. | UPSR/SNCP Path Status Buffering Software Unit Functional Specification, Revision D | | 5/6/05 | CSCO0225-0688 – CSCO0225-0707 | |
| 2157. | Cisco IGX 8400 Series Provisioning Guide, Release 9.3.3 and Later Releases | | | CSCO0035-0001 – CSCO0035-0298 | |
| 2158. | IP Transfer Point (ITP) | | | CSCO0244-0001 – CSCO0244-0166 | |
| 2159. | S. Jacobs and S. Lackey et al., "DCU ASIC Functional Specification (Digital Crossconnect Unit)," Revision 1.1. | | 7/11/96 | CSCO0274-1364 – CSCO0274-1494 | Muntz Exh. 002 |
| 2160. | "Broadband ISDN – ATM Adaptation Layer for Constant Bit Rate Services Functionality and Specification," American National Standard for Telecommunications | | 8/30/93 | CSCO0274-1712 – CSCO0274-1745 | Muntz Exh. 018 |
| 2161. | Cisco ONS 15310-CL Reference Manual: Product and Document Release 1.0, December 2002 | | 1/2005 | CSCO0286-0898 – CSCO0286-1077 | |
| 2162. | Cisco IP Transfer Point Data Sheet | | 2005 | CSCO0312-1240 – CSCO0312-1252 | |
| 2163. | P. Daniel, "UPSR Architecture and Functional Specification," Document No. 78-1F-00033, Revision 001C | | 2/4/99 | CSCO0315-1544 – CSCO0315-1569 | Prucnal Exh. 012 |

12

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2164. | ITU-T Series I: Integrated Services Digital Network I.363.1, "B-ISDN ATM Adaptation Layer Specification: Type 1 AAL" | | 8/1996 | CISC00317-0967 – CISC00317-1013 | Acampora Exh. 017 |
| 2165. | Release 9.1 System Level Stress, Limit, and Performance Test Design Specification, Revision 3.0 | | 1998 | CISC00318-1810 – CISC00318-2014 | Jain Exh. 005 |
| 2166. | The ATM Forum Technical Committee – Circuit Emulation Service Interoperability Specification, Version. 2.0 | | 1/1997 | CISC00329-0266 – CISC00329-0366 | Garrett Exh. 005 |
| 2167. | Popeye MPSM-16-T1E1 Hardware Design Document, Revision 1.6 | | 8/20/04 | CISC00337-1087 – CISC00337-1128 | Muntz Exh. 039 |
| 2168. | "B2 Monitoring at ADM (DCS)," Contribution to T1 Standards Project | | 2/11/87 | CISC00337-1614 – CISC00337-1619 | |
| 2169. | WinPath Access Packet Processor – WinPath, WinComm & DPS Specifications, Rev. 0.5 | | 1/23/02 | CISC00554-0239 – CISC00554-0809 | |
| 2170. | "Broadband ISDN – ATM Adaptation Layer for Constant Bit Rate Services Functionality and Specification," American National Standard for Telecommunications, Draft | | 11/13/92 | CISC00643-0633 – CISC00643-0674 | |
| 2171. | IOS Command Reference Guide | | | CISC00674-0001 – CISC00674-0549 | |
| 2172. | Verilog Source Code for DCU ASIC from the File Path C:\SourceCode\DCU\rl | | | CISC00677-0001 – CISC00677-0209 | Muntz Exh. 031 |
| 2173. | Cisco ONS 15454 R1.1 Command Guide, Chapter 5 | | | CISC00678-1773 – CISC00678-1780 | |
| 2174. | "Asynchronous Digital Multiplexes Requirements and Objectives," Issue 1, Technical Reference: TR-TSY-000009 | | 5/1986 | CISC00685-0734 – CISC00685-0788 | |
| 2175. | Optical Fiber Digital Transmission Equipment FD-565 System Description, Release 1 | | 11/1989 | CISC00695-2233 – CISC00695-2482 | |
| 2176. | Diagram: Automate Collect - Analyze - Report | | | CISC00695-2483 | Keyes Exh. 002 |
| 2177. | Cisco Systems Advanced Services, The NATkit Guide: An Advanced Services Resource for NATkit Delivery, Support, and AS Deliverables Utilizing NATkit Tools, Version 1.0 | | 2003 | CISC00695-2484 – CISC00695-2503 | Keyes Exh. 001 |

13

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2.178. | NatKit Configuration Files | | | CSCO0697-1107 – CSCO0697-3206 | |
| 2.179. | Catalyst 8510 Multiservice Switch Router Data Sheet | | | CSCO0706-0548 – CSCO0706-0554 | |
| 2.180. | Catalyst 8540 Data Sheet | | | CSCO0706-0564 – CSCO0706-0569 | |
| 2.181. | OCEAN ASIC Hardware Functional Specification, Revision A0 | | 5/2/05 | CSCO0709-0001 – CSCO0709-0250 | |
| 2.182. | DCU Functional Specification | | 11/8/04 | CSCO0709-2002 – CSCO0709-2118 | |
| 2.183. | S. Sathyanarayana, "AXIS/POPEYE CESM-8T1E1 Hardware Design Document," Revision B | | 2/1/99 | CSCO0710-1940 – CSCO0710-1995 | |
| 2.184. | S. Sathyanarayana, "MGX-8800(Popeye): CESM-T3E3 Hardware Manual," Revision B | | 9/23/98 | CSCO0710-1996 – CSCO0710-2052 | |
| 2.185. | Cisco Product Quick Reference Guide | | | CSCO0712-0001 – CSCO0712-0011 | |
| 2.186. | NatKit Configuration Files | | | CSCO0725-0001 – CSCO0725-1324 | |
| 2.187. | Product Bulletin: Cisco WAN Manager 15.1.50 | | 2005 | | |
| 2.188. | Cisco IOS Asynchronous Transfer Mode Command Reference, Release 12.4 | | 2006 | | |
| 2.189. | Cisco Circuit Emulation Services (CESM/MPSM-8-T1B1) Configuration Guide and Command Reference for MGX Switches, Release 5.2, Part No. OL-6841-01, Revision B0 | | 9/2005 | | |
| 2.190. | Chapter 4, Cisco MGX 8260 Hardware Installation Guide | | | | |
| 2.191. | AAL1gator-32 ATM Adaptation Layer 1 Segmentation and Reassembly Processor Datasheet, PM73122, Issue 8 | | 5/10/02 | P00001-0004142 – P00001-0004617 | Holden Exh. 007 |
| 2.192. | AAL1gator II AAL1 Segmentation and Reassembly Processor Data Sheet, PM73121, Issue 3 | | 1/1999 | P00002-0000001 – P00002-0000223 | Holden Exh. 006 |

14

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2193. | AALI gatore-32 Telecom Standard Product Datasheet, AALI gator-32: PMC-1980808 | | 4/17/02 | PMCX0000037-0001 – PMCX000037-00798 | Holden Exh. 009 |
| 2194. | Cisco BPX/MGX Network Adapters | | 12/2003 | | Gilstein Exh. 024 |
| 2195. | LightStream 1010 Multiservice ATM Switch | | 1998 | | www.cisco.com |
| 2196. | Cisco 3660 Multiservice Platform for Large branch-Office Multiservice Networking | | 1999 | | www.cisco.com |
| 2197. | Cisco IGX 8400 Label Switch Router | | 2001 | | www.cisco.com |
| 2198. | Cisco MGX 8850 Series Multiservice Switch | | 2002 | | www.cisco.com |
| 2199. | Cisco MGX 8230 Edge Concentrator | | 2002 | | www.cisco.com |
| 2200. | Cisco MGX 8250 Edge Concentrator | | 2002 | | www.cisco.com |
| 2201. | Cisco MGX 8830 Multiservice Switch | | 2004 | | www.cisco.com |
| 2202. | Cisco 7500 Series Router | | 2005 | | www.cisco.com |
| 2203. | Cisco 7200 Series Router | | 2005 | | www.cisco.com |
| 2204. | Metropolis DMX Access Multiplexer – Applications and Planning Guide | | | LU1178572 – LU1178845 | |
| 2205. | J. Fitzsimmons, LPF-3000 WaveStar – DDM 2.5G Product Documentation | | 12/7/00 | LU2022985 – LU2022999; LU2023000 – LU2023014 | Grover Exh. 017 |
| 2206. | WaveStar DDM 2.5 G Product Documentation, UltraSonic Device. Requirements | | | LU2140973 – LU2140981 | |
| 2207. | Series of Schematics for Project OC3_UNST | | | LU2369440 – LU2369493 | Liu Exh. 021 |
| 2208. | Series of Schematics for Project DJS_MS | | | LU2369494 – LU2369529 | Liu Exh. 022 |
| 2209. | Series of Schematics for Project CAS_10 | | | LU2369530 – LU2369588 | Liu Exh. 020 |
| 2210. | Series of Schematics | | | LU2399347 – LU2399432 | Liu Exh. 018 |
| 2211. | Series of Schematics for Project CAS_10 | | | LU2399433 – LU2399491 | Liu Exh. 019 |

15

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2212. | J. Fitzsimmons, LPF-300 WaveStar – DDM 2.5G Product Documentation, Issue 2.0 | | 7/3/02 | LU2983929 – LU2984028 | |
| 2213. | WaveStar DDM 2.5 G Product Documentation, UltraSonic Device, Byte Processor, Register Map Manual Page | | | LU3028042 – LU3028205 | |
| 2214. | WaveStar DDM 2.5 G Product Documentation, Ultrasonic Device, Miscellaneous Device, Register Map Manual Page | | | LU3028257 – LU3028383 | |
| 2215. | WaveStar, Muxgrp, SONET/SDH Core Assets, Receive Byte Processor Asset, Data Sheet | | | LU3028525 – LU3028536 | |
| 2216. | WaveStar, Muxgrp, SONET/SDH Core Assets, Receive Byte Processor Asset, Data Sheet | | | LU3028525 – LU3028536 | |
| 2217. | WaveStar, Muxgrp, SONET/SDH Core Asset, STS48/STM16 Receive Byte Processor | | | LU3028537 – LU3028546 | |
| 2218. | Multi-Usable Assets, MUXGRP, SONET/SDH Core Assets, Receive L-REI Error count block, Data Sheet | | | LU3028547 – LU3028553 | |
| 2219. | WaveStar DMX ASIC Documentation, UltraSONIC Device I/O Specifications | | | LU3028608 – LU3028690 | |
| 2220. | WaveStar, Muxgrp, SONET/SDH Core Assets, STS48/STM Receive Byte Processor, Data Sheet | | | LU3028726 – LU3028735 | |
| 2221. | Product Overview: PacketStar Media Gateway | | | LU3206091 – LU3206358 | |
| 2222. | Schematic for Project: MS_STM1 | | | | Liu Exh.006 |
| 2223. | Schematic for Project: CAS_12 | | | | Liu Exh. 007 |
| 2224. | Schematic for Project: CAS_10 | | | | Liu Exh. 008 |
| 2225. | Schematic for Project: CAS_10 | | | | Liu Exh. 009 |
| 2226. | Schematic for Project: CAS_10 | | | | Liu Exh. 010 |
| 2227. | Schematic for Project: CAS_10 | | | | Liu Exh. 011 |
| 2228. | Schematic for Project: CAS_10Schematic for Project: CAS_10 | | | | Liu Exh. 012 |
| 2229. | Schematic for Project: OC3_UNST | | | | Liu Exh. 013 |

16

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2230. | Schematic for Project: OC3_UNST | | | | Liu Exh. 014 |
| 2231. | Schematic for Project: OC3_UNST | | | | Liu Exh. 015 |
| 2232. | "Synchronous Optical Networks (SONET)," Technical Advisory: TA-TSY-000253, Issue 1 | | 4/1/85 | AUSA0001803 – AUSA0001852 | Lee, S.H. Exh. 026 |
| 2233. | J. Bellisio, "Pulse Displacement Synchronization: A New Multiplexing Proposal," Bell Communications Research, Inc. Technical Notes | | 1/17/86 | TELC3211892 – TELC3211902 | |
| 2234. | Bell Communications Research, Inc., "Synchronous DS3 Format Interface Specification," Technical reference TR-TSY-000021, Issue 1 | | 6/1984 | BEL108834 – BEL108855 | |
| 2235. | R. Cardwell and F. Chang, "New Network Structures for Optical Fiber Telephone Networks," Technical Memorandum: TM-ARH-001-808 (ABSTRACT) | | 9/13/85 | BEL106633 | |
| 2236. | Cisco Systems 15327 XTC-MB Hardware Functional Specification, Updated for Nihoa Release, Revision No. 02 | | 9/25/02 | CSCO0525-1072 – CSCO0525-1132 | |
| 2237. | R. Boehm, Report from the Ad Hoc Group on Optical Interface Overhead, Rockwell International, Contribution to T1 Standards Project | | 1/21/87 | FSI058049 – FSI058059 | |
| 2238. | Telcordia's IP Agreement Expiration Report | | 1/4/05 | TELC0301564 – TELC0301568 | |
| 2239. | Patent License Agreement between Telcordia Technologies, Inc. and Marconi Communications, Inc. and Marconi Corporation PLC[1] | | 6/25/04 | CSCO00643-0029 – CSCO00643-0074 | |

17

---

[1]    Defendants' reserve the right to use this exhibit only if the Court denies their motion in limine.

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2240. | Settlement Agreement between Telcordia Technologies, Inc. and Marconi Communications, Inc.[2] | | 6/28/04 | TELC-ITC0001397 – TELC-ITC0001408 | |
| 2241. | Addendum No. 7 to Master Agreement between Cisco Systems, Inc. and Telcordia Technologies, Inc. | | 7/6/00 | TELC0775161 – TELC0775177 | |
| 2242. | Addendum No. 30 to Telcordia Master Agreement for OSMINE Services | | 6/14/02 | TELC0650970 – TELC0650976 | |
| 2243. | Cross-License Agreement between Science Applications International Corporation and Telcordia Technologies, Inc. | | 3/15/05 | TELC0374839 – TELC0374847 | |
| 2244. | Cisco and Telcordia Potential Collaboration in Optical Networking | | 6/5/06 | TELC0239237 – TELC0239244 | Barr Exh. 033 |
| 2245. | Patent License Agreement between Bell Communications Research, Inc. and Integrated Telecom Technology, Inc. | | 3/12/97 | TELL0002678 – TELL0002701 | |
| 2246. | Patent License Agreement Between Bell Communications Research, Inc. and Telecommunications Techniques Corporations Relating to ATM Equipment | | 8/28/97 | TELL0003783 – TELL0003806 | DePinho Exh. 035 |
| 2247. | (Draft for Discussion Only) Patent License Agreement between Telcordia Technologies, Inc. and ADC Telecommunications, Inc. | | 2000 | TELL0002981 – TELL0002997 | Anthony Exh. 017 |
| 2248. | Patent License Agreement between Telcordia Technologies, Inc. and Atmosphere Networks, Inc. | | 9/11/00 | TELL0000641 – TELL0000658 | Anthony Exh. 020 |
| 2249. | Patent License Agreement between Telcordia and Terawave | | 12/5/00 | TELL0009290 – TELL0009313 | |
| 2250. | Patent License Agreement between Telcordia Technologies, Inc. and Paceon Corporation | | 8/8/01 | TELL0000194 – TELL0000212 | DePinho Exh. 072 |
| 2251. | Patent License Agreement between Telcordia Technologies, Inc. and Netro Corporation | | 8/29/01 | TELL0000981 – TELL0001001 | DePinho Exh. 073 |

---

[2]   Defendants' reserve the right to use this exhibit only if the Court denies their motion in limine.

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2252. | Patent License Agreement between Telcordia Technologies, Inc. and Jedai Broadband Networks, Inc. | | 5/31/02 | TELL0007201 – TELL0007219 | DePinho Exh. 126 |
| 2253. | Patent License Agreement between Telcordia Technologies, Inc. and NEC USA, Inc. | | 1/6/04 | TELL00002904 – TELL00002921 | DePinho Exh. 019 |
| 2254. | Covenant Agreement between Telcordia Technologies, Inc. and Mindspeed Technologies, Inc. | | 1/8/04 | TELL0000466 – TELL0000478 | Nawrocki Exh. 019 |
| 2255. | SRTS Agreement between Telcordia Technologies, Inc. and Kentrox, LLC | | 1/12/04 | TELL0000926 – TELL0000940 | DePinho Exh. 075 |
| 2256. | Patent License Agreement between Telcordia Technologies, Inc. and Terawave Communications, Inc. | | 9/9/05 | TELL0009137 – TELL0009158 | Nawrocki Exh. 022 |
| 2257. | Intellectual Property Agreement between Bell Communications Research, Inc. and Ameritech Services, Inc.; Bell Atlantic Network Services, Inc.; Bellsouth Telecommunications, Inc.; Telesector Resources Group, Inc.; Pacific Bell; US West Technologies; and Southwestern Bell Telephone Company | | 5/16/94 | BEL159498 – BEL159545 | |
| 2258. | Patent License Agreement between American Telephone and Telegraph Company and Bell Communications Research, Inc. | | 1/1/89 | BEL159484 – BEL159497 | DePinho Exh. 122 |
| 2259. | Patent License Agreement between Bell Communications Research, Inc. and Ameritec Corporation | | 5/19/97 | BEL133538 – BEL133550 | Anthony Exh. 019 |
| 2260. | Patent License Agreement between Bell Communications Research, Inc. and Fore Systems, Inc. Relating to ATM Equipment | | 7/8/97 | BEL132821 – BEL132845 | DePinho Exh. 069 |
| 2261. | Patent License Agreement between Bell Communications Research, Inc. and Integrated Telecom Technology, Inc. Relating to ATM Equipment | | 7/23/97 | BEL24179 – BEL24206 | DePinho Exh. 031 |
| 2262. | Patent License Agreement between Bell Communications Research, Inc. and Ericsson Telecom AB Relating to ATM Equipment | | 8/28/97 | BEL132992 – BEL133018 | DePinho Exh. 033 |

19

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2263. | Patent License Agreement between Bell Communications Research, Inc. and Fujitsu Limited Relating to ATM Equipment | | 8/29/97 | BEL133043 – BEL133069 | DePinho Exh. 034 |
| 2264. | Patent License Agreement Between Bell Communications Research, Inc. and NEC Corporation Relating to ATM Equipment | | 9/19/97 | BEL133070 – BEL133098 | DePinho Exh. 036 |
| 2265. | Patent License Agreement Between Bell Communications Research, Inc. and Siemens AG Relating to ATM Equipment | | 10/31/97 | BEL133099 – BEL133125 | DePinho Exh. 037 |
| 2266. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Pacific Bell | | 11/4/97 | BEL163047 – BEL163124 | |
| 2267. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Bell Atlantic Science & Technology, Inc. | | 11/14/97 | BEL163489 – BEL163621 | |
| 2268. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and BellSouth Telecommunications, Inc. | | 11/14/97 | BEL163318 – BEL163488 | |
| 2269. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and U.S. West Communications, Inc. | | 11/14/97 | BEL163188 – BEL163317 | |
| 2270. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Southwestern Bell Telephone Company | | 11/14/97 | BEL162917 – BEL163046 | |
| 2271. | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Resource, Inc. and Ameritech Corporation | | 11/14/97 | BEL162689 – BEL162821 | |
| 2272. | Patent License Agreement between Telcordia Technologies, Inc. and Newbridge Networks Corporation, Inc. | | 6/17/99 | BEL149258 – BEL149290 | DePinho Exh. 055 |
| 2273. | Portfolio Cross-License Agreement between Texas Instruments, Inc. and Cisco Systems, Inc. | | | CSCO0338-0589 – CSCO0338-0612 | |

20

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2274. | Master Agreement between Cisco Systems, Inc. and Bell Communications Research, Inc. – Operations Systems Modifications for the Integration of Network Elements (OSMINE) | | 8/17/98 | CSCO0338-0172 – CSCO0338-0184 | Barr Exh. 016 |
| 2275. | Cisco and Bellcore Memorandum of Understanding | | 10/21/98 | CSCO0338-0137 – CSCO0338-0156 | DePinho Exh. 104 |
| 2276. | Patent License Agreement between International Business Machines Corporation and Cisco Systems, Inc. | | 12/28/98 | CSCO0338-0350 – CSCO0338-0389 | |
| 2277. | License Agreement between REFAC International, Ltd. and Cisco Systems, Inc. | | 4/30/99 | CSCO0338-0526 – CSCO0338-0532 | |
| 2278. | License Agreement between the Board of Trustees of the Leland Stanford Junior University and Cisco Systems | | 8/12/99 | CSCO0338-0569 – CSCO0338-0574 | |
| 2279. | Settlement and License Agreement between Cisco Systems, Inc. and Excel Switching Corporation | | 8/17/99 | CSCO0437-2084 – CSCO0437-2098 | |
| 2280. | License Agreement between Lemelson Medical, Education and Research Foundation, Limited Partnership and Cisco Systems, Inc. | | 11/29/99 | CSCO0338-0420 – CSCO0338-0431 | |
| 2281. | License Agreement for G.729 Standard Including Annex A between Sipro Lab Telecom, Inc. and Cisco Systems, Inc. | | 12/21/99 | CSCO0338-0552 – CSCO0338-0568 | |
| 2282. | Confidential Patent License Agreement between Cisco Systems, Inc. and Microsoft Corporation | | 3/9/00 | CSCO0338-0432 – CSCO0338-0444 | |
| 2283. | License Agreement between PCTEL, Inc. and Cisco Systems, Inc. | | 9/20/00 | CSCO0338-0508 – CSCO0338-0525 | |
| 2284. | Patent Cross-License Agreement between Cisco Systems, Inc. and Hitachi, LTD. | | 9/25/00 | CSCO0437-2076 – CSCO0437-2083 | |
| 2285. | Cross-License Agreement between Cisco Systems, Inc. and Juniper Networks, Inc. | | 12/6/00 | CSCO0338-0412 – CSCO0338-0419 | |
| 2286. | Patent Sublicense Agreement between Visual Interactive Phone Concepts, Inc. and HandTrade.com, Inc. and Cisco Systems, Inc. | | 12/16/00 | CSCO0338-0343 – CSCO0338-0349 | |

21

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2287. | Settlement and Cross-License Agreement between interWAVE Communications International, Ltd. and Cisco Systems, Inc. and Jan Long and Ian Sayers | | 6/6/01 | CSC00437-2099 – CSC00437-2119 | |
| 2288. | Patent License Agreement between Cisco Systems, Inc. and AT&T Corp. | | 10/17/01 | CSC00338-0245 – CSC00338-0253 | |
| 2289. | OCB License Agreement between Dr. Phillip W. Rogaway and Cisco Systems, Inc. | | 11/14/01 | CSC00338-0544 – CSC00338-0551 | |
| 2290. | MPEG-2 Patent Portfolio License between MPEG LA, L.L.C. and Cisco Systems, Inc. | | 1/1/02 | CSC00338-0445 – CSC00338-0506 | |
| 2291. | Cross-License Agreement between Cisco Systems, Inc. and Rockwell Firstpoint Contact Corporation | | 2/27/02 | CSC00338-0533 – CSC00338-0543 | |
| 2292. | Cross-License Agreement between DSP Group, Inc. and Cisco Systems, Inc. | | 7/26/02 | CSC00338-0328 – CSC00338-0339 | |
| 2293. | Cross-License Agreement between Cisco Systems, Inc. and Tandberg ASA | | 2/2/03 | CSC00338-0575 – CSC00338-0588 | |
| 2294. | Patent License Agreement between AudioFAX IP LLC and Cisco Systems, Inc. | | 9/17/03 | CSC00338-0254 – CSC00338-0267 | |
| 2295. | Confidential Settlement Agreement between Vertical Networks, Inc. and Cisco Systems, Inc. and Linkfini, Inc. | | 11/14/03 | CSC00338-0613 – CSC00338-0624 | |
| 2296. | Patent Cross-License Agreement between Cisco Systems, Inc. and Alcatel S.A. | | 2/25/04 | CSC00338-0227 – CSC00338-0244 | |
| 2297. | Patent License Agreement between Cisco Systems, Inc. and Integrated Micromachines, Inc. | | 6/10/04 | CSC00338-0396 – CSC00338-0411 | |
| 2298. | Patent Cross-License Agreement between Cisco Systems, Inc. and British Telecommunications | | 3/18/05 | CSC00338-0286 – CSC00338-0309 | |
| 2299. | Amendment to License Agreement between International Business Machines Corporation and Cisco Systems, Inc. | | 5/31/05 | CSC00338-0392 – CSC00338-0395 | |
| 2300. | Non-Exclusive License between Cisco Systems, Inc. and The Regents of the University of California for Method and Apparatus for Scheduling Cells in an Input-Queued Switch | | 6/30/05 | CSC00338-0268 – CSC00338-0285 | |
| 2301. | Patent License Agreement between Cisco Systems, Inc. and Chrimar Systems, Inc. | | 8/19/05 | CSC00338-0310 – CSC00338-0327 | |

22

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2302. | License Agreement for RFID Network Products between Intermec IP Corp. and Cisco Systems, Inc. | | 8/23/05 | CSCO0642-0008 – CSCO00642-0027 | |
| 2303. | Patent License Agreement between Touchdown Technologies, Inc. and Cisco Technology, Inc. | | 12/1/05 | CSCO0437-2071 – CSCO0437-2075 | |
| 2304. | Patent Agreement between Cisco Systems, Inc. and Wi-LAN, Inc. | | 12/2/05 | CSCO0338-0625 – CSCO0338-0689 | |
| 2305. | Proposed Term Sheet for a Patent License Agreement with Tellabs | | | TELL0005350 | |
| 2306. | Letter from V. Kovalick to L. Samberg re: Enclosure of Current Term Sheet for Telcordia's US. Patent No. 5,260,978 | | 11/17/98 | TELL0003674 – TELL0003677 | DePinho Exh. 060 |
| 2307. | Letter from V. Kovalick to D. Fogg re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 6/9/99 | TELC0276411 – TELC0276418 | DePinho Exh. 062 |
| 2308. | Letter from V. Kovalick to P. Samudra re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 6/9/99 | TELL0003631 – TELL0003633 | DePinho Exh. 061 |
| 2309. | Letter from V. Kovalick to B. Kwan re: Enclosure of Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 7/6/99 | TELL0003678 – TELL0003680 | |
| 2310. | Letter from V. Kovalick to B. Cerreta re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 7/13/99 | TELC0276835 – TELC0276837 | DePinho Exh. 063 |
| 2311. | Letter from V. Kovalick to O. Klotz re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 7/20/99 | TELL0003567 – TELL0003569 | DePinho Exh. 064 |
| 2312. | Letter from V. Kovalick to T. Das re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 7/28/99 | TELL0003604 – TELL0003606 | DePinho Exh. 0658 |
| 2313. | Letter from S. Joroff to B. DeVincenzi re: Enclosure of Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 6/19/00 | TELC0276469 – TELL0276472 | |
| 2314. | Letter from V. Kovalick to J. Taylor re: Enclosure of Current Term Sheet for Telcordia's U.S. Patent No. 5,260,978 | | 8/2/00 | TELL0003600 – TELL0003602 | DePinho Exh. 066 |

23

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2315. | Email from S. Joroff to S. Chandler and R. Strupp re: Enclosure of Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 12/6/00 | TELC0010682 – TELC0010684 | |
| 2316. | Term Sheet for SRTS Patent License Agreement | | 2/7/02 | TELC0276124 – TELC0276127 | |
| 2317. | Proposed Term Sheet for a Patent License Agreement and Consulting Agreement between Telcordia Technologies, Inc. and Actema, LLC | | 3/20/02 | TELC0003773 – TELC0003779 | |
| 2318. | Email from S. Joroff to E. Presworsky re: Enclosure of Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 8/6/02 | TELC0278367 – TELC0278369 | |
| 2319. | Email from S. Joroff to B. Dropping re: Enclosure of SRTS Patent License Term Sheet | | 8/16/02 | TELC0005564 – TELC0005566 | DePinho Exh. 067 |
| 2320. | Letter from S. Joroff to D. Smith re: Enclosure of Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 11/4/02 | TELC0003697 – TELC0003699 | Nawrocki Exh. 048 |
| 2321. | Term Sheet for SRTS Patent License Agreement | | 3/19/03 | TELC0000901 – TELC0000902 | |
| 2322. | Term Sheet for SRTS Patent License Agreement | | 5/6/03 | TELC0276045 – TELC0276046 | |
| 2323. | Letter from W. Schonteman to D. Smith re: Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 5/29/03 | TELC0003698 – TELC0003701 | Anthony Exh. 032 |
| 2324. | Email from S. Joroff to C. Haas re: Enclosure of Term Sheet for SRTS Patent License Agreement | | 10/8/03 | TELC0294708 – TELC0294711 | |
| 2325. | Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 11/7/03 | TELC0269938 – TELC0269939 | |
| 2326. | Email from S. Joroff to S. Olsen re: Enclosure of SRTS Patent License Term Sheet | | 1/30/04 | TELC0003366 – TELC0003369 | DePinho Exh. 068 |
| 2327. | SRTS Agreement between Telcordia Technologies, Inc. and ADVA AG Optical Networking (Draft) | | 10/6/04 | TELC0009725 – TELC0009737 | |
| 2328. | Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 12/2/04. | TELC0002926 – TELC0002927 | |
| 2329. | Email from S. Joroff to T. Hack re: Enclosure of Term Sheet for SRTS Patent Licens Agreement | | 12/3/04 | TELC0270057 – TELC0270060 | Nawrocki Exh. 053 |

24

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2330. | Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 7/28/05 | TELX0758192 – TELX0758193 | |
| 2331. | Telcordia Technologies, Inc. Term Sheet for SRTS Patent License Agreement | | 8/10/05 | TELC0294710 – TELC0294711 | Musika Exh. 010 |
| 2332. | Term Sheet for Patent License Agreement on Telcordia 306, '633 and '763 Patents | | 3/3/06 | TELC3191688 – TELC3191692 | DePinho Exh. 077 |
| 2333. | Telcordia Term Sheet for Patent License Agreement Covering Selected Patents | | 5/19/06 | TELC0306372 – TELC0306375 | DePinho Exh. 016 |
| 2334. | Attachment 1 to G. Ritchie Memorandum re: Developments Surrounding SYNTRAN | | 4/25/85 | BEL107634 – BEL107638 | Ching Exh. 006 |
| 2335. | Memorandum from J. Falk to K. Cox and S. Evans et al. re: Discussion of Patents and Standards | | 9/11/87 | BEL137609 – BEL137614 | |
| 2336. | Memorandum from I. Lifchus to T1 Advisory Group re: Bellcore Statement of Suggested Committee T1 Patent Policy | | 9/15/87 | BEL137606– BEL137607 | |
| 2337. | Memorandum from L. White to M. Schactman re: Bellcore's position on licensing patents for SONET standard | | 6/8/88 | BEL137594 – BEL137595 | |
| 2338. | Memorandum from C. Suchyta to Bellcore CCITT Representative re: Bellcore Policy on Patents Relating to Standards | | 11/5/91 | BEL137527 | |
| 2339. | Memorandum from P. Hemrajani and Y. Li to R. Strovinsky re NMA System R9.0/NIS Stage 1 Estimate for Cetent 454 SONET Multiplexer, Release 1.0 | | 4/4/99 | TELC0856954.000 897 – TELC0856954.000 901 | |
| 2340. | Memorandum from H. Narayanan and Y. Li to M. Kunzman re Telcordia NMA System R10.0/NIS Stage 1 Estimate: Cisco 15454 SONET Multiplexer R3.0 (Hybrid) | | 3/15/00 | TELC0856954.001 058 – TELC0856954.001 062 | |
| 2341. | Internal Investment Memorandum to Providence Equity Partners re: Telcordia Technologies, Inc. (REDACTED)[3] | | 11/1/04 | PROV000105 – PROV000135 | |

[3] Defendants' reserve the right to use this exhibit only if the Court denies their motion in limine.

25

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2342. | Telcordia Offering Memorandum: TTI Holding Corporation to be Merged with and into Telcordia Technologies, Inc. | | 3/15/05 | TELC0376084 – TELC0376316 | |
| 2343. | Telcordia Technologies Presentation, "NEC/eLuminant Royalty Analysis for US Patent 4,835,763 Survivable Ring Network," Prepared For NEC Intellectual Property Executives | | | TELL0000038 – TELL0000040 | |
| 2344. | Telcordia Technologies Presentation, "Redesigning Applied Research," Prepared for OVP Discussion | | | TELC0009181 – TELC0009201 | Nawrocki Exh. 027 |
| 2345. | Telcordia Technologies Presentation titled, "Assertion of U.S. Patent No. 4,835,763 against the Fujitsu Network Communications Flash, Flashwave, FLM and FACTR Product Families" | | | TELL0004387 – TELL0004403 | |
| 2346. | Cisco Presentation, "MGX 8000 Series Carrier Voice Gateways" | | 2002 | CSCO0058-1368 – CSCO0058-1438 | |
| 2347. | Cisco Presentation titled, "Strategy Commit: True UPSR Alarming" | | 2002 | CSCO0618-1582 – CSCO0618-1593 | |
| 2348. | Wintegra Presentation, "CESoPSN – Cisco Meeting" | | 2003 | CSCO0416-0847 – CSCO0416-0860 | |
| 2349. | Sytran ADM3/1 Demonstration | | | BEL108196 – BEL108201 | Lau Exh. 013 |
| 2350. | Walters and R. Browarek et al., "SBC Out-of_Region Network with Value Propositions," Bellcore Presentation | | 12/21/98 | TELC0222344 – TELC0222562 | |
| 2351. | Telcordia Technologies Presentation titled, "Telcordia Technologies Patent Assets," Prepared for K. Rudofski | | 4/2/02 | TELL0005351 – TELL0005354 | |
| 2352. | Presentation titled, "Applied Research Value" | | 6/12/02 | TELC0079510 – TELC0079568 | Anthony Exh. 008 |
| 2353. | Telcordia Presentation titled, "Cisco–Telcordia Licensing Discussions" | | 12/2002 | TELC0133864 – TELC0133887 | DePinho Exh. 096 |
| 2354. | Telcordia Presentation titled, "Patent Creation, Strategic Review & Donation Processes," Prepared for E. Hendrick, Jr. | | 5/20/03 | TELC0300203 – TELC0300206 | |
| 2355. | Presentation titled, "Telcordia's Patent Presentation to Cisco" | | 8/5/03 | TELC0387120 – TELC0387165 | Anthony Exh. 011 |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2356. | Telcordia Technologies Presentation titled, "Tellabs-Telcordia Licensing Discussions," Prepared for Tellabs | | 3/2004 | TELL0003358 – TELL0003364 | |
| 2357. | Telcordia Technologies Presentation titled, "Intellectual Capital Products (ICP) Group Historical Results" | | 7/1/04 | TELC0301644 – TELC0301647 | Anthony Exh. 022 |
| 2358. | Houlihan Lokey Howard & Zukin Presentation, "Telcordia Technologies, Inc. Asset Valuation Analysis" | | 3/15/05 | TELC2939212 – TELC2939333 | |
| 2359. | Houlihan Lokey Howard & Zukin Presentation, "Telcordia Technologies, Inc. Asset Valuation Analysis" (REDACTED) | | 3/15/05 | PROV00775 – PROV00896 | |
| 2360. | Telcordia Technologies Presentation titled, "Licensing in Telecom Boom to Gloom to ??," Prepared for the Licensing Executives Society | | 3/30/05 | TELC0306256 – TELC0306269 | |
| 2361. | Letter from M. Garrett to L. Wojnaroski re: License to Newbridge the Use of U.S. Patent No. 5,260,978 | | | BEL24822 | DePinho Exh. 040 |
| 2362. | Letter from L. White to M. Schachtman re: Bellcore Patent Statement — SONET Standard | | 9/15/88 | CSCO0643-0388 – CSCO0643-0389 | |
| 2363. | Letter from J. Falk to S. Wilkinson re: Patents and Standards in the Telecommunications Area | | 10/18/90 | BEL137347 – BEL137548 | Suchyta Exh. 014 |
| 2364. | Letter from L. Suchyta to R. Cattoi re: Bellcore's Patent Portfolio | | 2/1/91 | BEL057453 – BEL25075 | DePinho Exh. 013 |
| 2365. | Letter from L. Suchyta to G. Smith re: U.S. Patent No. 4,835,763 | | 2/6/91 | AUSA0002813 | |
| 2366. | Facsimile from P. Adam to A. Reilly re: Enclosure of article titled, "Timing Recovery for CBR Circuit Emulation — Time Stamp Method" | | 3/8/91 | TELC0373798 – TELC0373804 | Jones Exh. 011 |
| 2367. | Facsimile from P. Adam re: CNET Experts | | 8/26/91 | TELC0006512 | Clark Exh. 003 |
| 2368. | Letter from B. Kittams to P. Adam re: Possible Compromise of the TS/SFET Methods of Timing Recovery | | 9/4/91 | FT0000002 | Clark Exh. 004 |
| 2369. | Letter from R. Lau and B. Kittams to T. Houdoin re: A Compromise of SFET and TS | | 10/11/91 | TELC0373083 | Hammond Exh. 004 |

27

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2370. | Letter from T. Houdoin to B. Kittams and R. Lau re: SPET/TS Compromise | | 10/14/91 | TELC0006510 – TELC0006511 | Falk Exh. 033 |
| 2371. | Letter from R. Lau and B. Kittams to T. Houdoin and J. Cochennec re: A Compromise of SPET and TS | | 10/16/91 | FT0000001 | Falk Exh. 050 |
| 2372. | Letter from M. Houdoin to B. Kittams and R. Lau re: SPET/TS Compromise | | 10/22/91 | TELC0373777 | Hammond Exh. 006 |
| 2373. | Facsimile from G. Iseki to S. Rosen re: Availability of Bellcore's U.S. Patent No. 4,835,763 | | 4/16/92 | TELC0277941 | DePinho Exh. 014 |
| 2374. | Letter from S. Rosen to J. Morgridge re: Cisco's Need of a Patent license | | 8/12/92 | BEL04183 | Suchyta Exh. 002 |
| 2375. | Letter from S. Rosen to J. Morgridge re: Reply to Aug. 12, 1992 Letter | | 10/23/92 | BEL04187 | Rosen Exh. 002 |
| 2376. | Letter from C. Chapman to S. Rosen re: Cisco does not Infringe Bellcore Patents | | 11/9/92 | BEL04188 | Rosen Exh. 003 |
| 2377. | Letter from S. Rosen to S. Walters and D. Sincoskie re: Syn Optics Infringement | | 1/3/94 | BEL035932 – BEL035933 | Rosen Exh. 006 |
| 2378. | Letter from B. Sidran to R. Barr re: Licensing Terms for U.S. Patent Nos. 5,260,978 and 4,893,306 | | 3/1/94 | TELC0269856 | Barr Exh. 003 |
| 2379. | Letter from B. Sidran to C. Galvin re: U.S. Patent Nos. 5,260,978 and 4,893,306 | | 3/14/94 | TELC0269879 | DePinho Exh. 022 |
| 2380. | Letter from S. Rosen to J. Morgridge re: Enclosure of U.S. Patent Nos. 4,893,306 and 5,260,978 | | 6/1/94 | TELC0298488 | Barr Exh. 005 |
| 2381. | Letter from S. Rosen to B. Elschen re: Enclosure of U.S. Patent Nos. 4,893,306 and 5,260,978 | | 6/1/94 | BEL24869 | DePinho Exh. 043 |
| 2382. | Letter from S. Rosen to J. Morgridge re: Bellcore's U.S. Patent Nos. 4,893,306 and 5,260,978 | | 11/10/94 | TELC0256226 | |
| 2383. | Letter from R. Barr to S. Rosen re: U.S. Patent Nos. 4,893,306 and 5,260,978 | | 12/6/94 | TELC0256216 – TELC0256217 | Barr Exh. 006 |
| 2384. | Letter from Coopers & Lybrand L.L.C. to M. Thurber re: Analysis of Fair Market Value of Lightstream | | 12/22/94 | CSCO0643-0248 – CSCO0643-0284 | |

28

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2385. | Letter from L. Suchyta to ATM Forum re: Bellcore's U.S. Patent No. 5,260,978 Applicability to ATM Adaptation Layer Type 1 (AAL1) ANSI Standard | | 2/3/95 | TELC0257872 | DePinho Exh. 058 |
| 2386. | Letter from L. Suchyta to B. Somerville re: Requirement of U.S. Patent No. 5,260,978 to Implement ANSI T1.630-1993 | | 2/17/95 | TELC0313010 | Suchyta Exh. 015 |
| 2387. | Letter from L. Suchyta to T. Inmer re: Requirement of U.S. Patent No. 5,260,978 to Implement ITU-T Recommendation I.363 | | 2/17/95 | TELC3163336 | Suchyta Exh. 020 |
| 2388. | Letter from R. Brach to B. Sidran re: Bellcore's U.S. Patents that Impact ATM Standards | | 3/29/95 | BELC035917 | Garrett Exh. 008 |
| 2389. | Letter from M. Garrett to L. Wojnaroski re: New Version of Contract wich Licenses Newbridge to Use Bellcore U.S. Patent Nos. 5,260,978 and 4,893,306 | | 5/15/95 | BELC038664 – BELC038677 | Garrett Exh. 007 |
| 2390. | Letter from B. Eischen to B. Sidran re: Concerns on Patent Licensing Contract | | 6/7/95 | BELC038661 – BELC038662 | Garrett Exh. 013 |
| 2391. | Letter from C. Curry to S. Sakakish re: Technical Auditing Report Transmittal | | 8/31/95 | TELC3009407 – TELC3009408 | |
| 2392. | Letter from B. Eischen to B. Sidran re: Patent License Agreement | | 10/30/95 | TELC0258715 – TELC0258716 | DePinho Exh. 049 |
| 2393. | Letter from B. Sidran to I. Chaudhri re: Licensing Bellcore's U.S. Patent Nos. 5,260,978 and 4,893,306 | | 1/16/96 | TELC0257847 | DePinho Exh. 027 |
| 2394. | Letter from B. Sidran to B. Eischen re: Bellcore License Agreements | | 3/4/96 | BELC043980 | Rosen Exh. 026 |
| 2395. | Letter from B. Sidran to Halasowski re: Bellcore's Reconsideration of Its Patent Policy | | 3/4/96 | BELC167980 | Rosen Exh. 013 |
| 2396. | Letter from B. Sidran to I. Chaudhri re: U.S. Patent Nos. 5,260,978 and 4,893,306 | | 3/4/96 | TELC0257846 | |
| 2397. | Letter from L. Suchyta to ATM Forum re: Bellcore's Application for Reissue of U.S. Patent No. 5,260,978 | | 6/3/96 | TELC0269823 – TELC0269824 | Garrett Exh. 010 |
| 2398. | Letters from B. Sidran re: Licensing of Bellcore's ATM Patent Portfolio | | 1/6/97 | TELD0014198 – TELD0014464 | DePinho Exh. 003 |

29

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2399. | Letter from B. Sidran to J. Morgridge re: Licensing of Bellcore's ATM Patent Portfolio | | 1/8/97 | BEL044093 – BEL044094 | Barr Exh. 013 |
| 2400. | Letter from W. Mayo to B. Sidran re: Licensing of Bellcore's ATM Patent Portfolio | | 2/14/97 | AUSA0002277 – AUSA0002278 | DePinho Exh. 025A |
| 2401. | Letter from B. Sidran to W. Mayo re: Licensing of Bellcore's ATM Patent Portfolio | | 2/25/97 | BEL24809 – BEL24810 | DePinho Exh. 026 |
| 2402. | Letter from J. Giordano to G. Werth re: ATM Patent License Agreement | | 3/13/97 | TELL0002570 | |
| 2403. | Letter from J. Giordano to N. McCarthy re: Return of $150,000 Payment made to Bellcore from IgT | | 4/3/97 | TELL0002553 | |
| 2404. | Letter from H. Slayen to R. Gordon re: Analysis of Fair Market Value of Skystone Systems Corp. | | 8/06/97 | CSC00643-0285 – CSC00643-0313 | |
| 2405. | Letter from C. Eldering to B. Sidran re: General Instrument Selecting U.S. Patent 4,893,306 | | 10/17/97 | TELL0004941 | |
| 2406. | Letter from T. Iwata to Bell Communications Research, Inc. re: U.S. Patent No. 5,260,978 as Selected Bellcore Patent | | 11/27/97 | BEL043983 | |
| 2407. | Letter from N. Kyomoto to Bell Communications Research, Inc. re: Notice of the Selected Bellcore Patents | | 12/1/97 | BEL043984 | |
| 2408. | Letter from B. Sidran to C. Gebhart re: ATM License Agreement Executed between Bell Communications, Inc. and Fore Systems, Inc. | | 1/15/98 | TELC3176874 – TELC3176875 | |
| 2409. | Letter from G. Werth to J. Giordano re: Patent License Agreement between Bell Communications Research, Inc. and Integrated Telecom Technology Relating to ATM Equipment | | 3/17/98 | BEL057448 – BEL057449 | |
| 2410. | Letter from J. Giordano to M. Renntoft re: Patent License Agreement between Bell and Ericsson Telecom Relating to ATM Equipment | | 3/20/98 | TELL0005984 | |
| 2411. | Letter from P. Florenzo to J. Giordano re: Patent License Agreement between Bell Communications Research, Inc. and Telecommunications Techniques Corporation Relating to ATM Equipment | | 3/25/98 | TELL0003722 | |

30

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2412. | Letter from S. Kogure to L. Alabardo re: Patent License Agreement between Bellcore and NEC Relating to ATM Equipment | | 3/26/98 | TELL0007565 – TELL0007566 | |
| 2413. | Letter from V. Kovalick to W. Becker re: Bellcore's Licensing Program for ATM Equipment Patents | | 4/14/98 | TELL0000618 – TELL0000627 | Nawrocki Exh. 033 |
| 2414. | Letter from V. Kovalick to D. Scheinman re: Bellcore's Licensing Program for ATM Patents | | 4/23/98 | TELC0258208 – TELC0258209 | Barr Exh. 015 |
| 2415. | Letter from V. Kovalick to B. Galaro re: Information to Assist with License Negotiations | | 5/18/98 | TELD0004658 – TELD0004660 | DePinho Exh. 030 |
| 2416. | Letter from V. Kovalick to W. Mayo re: License to U.S. Patent No. 5,260,978 | | 7/22/98 | AUSA0002597 – AUSA0002598 | |
| 2417. | Letter from W. Mayo to V. Kovalick re: Bellcore ATM Patent Licensing Proposal | | 7/30/98 | AUSA0002594 – AUSA0002595 | |
| 2418. | Letter from V. Kovalick to W. Mayo re: Sales Information for CES Cards | | 9/22/98 | TELC3162868 | |
| 2419. | Letter from C. Giancarlo to S. Ahuja re: Cisco's and Telcordia's Agreement Not to Take Legal Action Against Each Other for 18 Months | | 10/20/98 | TELC0256592 | Barr Exh. 017 |
| 2420. | Letter from V. Kovalick to W. Mayo re: Potential License of U.S. Patent No. 5,260,978 | | 10/28/98 | AUSA0002522 – AUSA0002524 | |
| 2421. | Letter from P. Kirchner to J. Chao re: Consulting Agreement | | 10/28/98 | BELL60094 – BELL60096 | Chao Exh. 004 |
| 2422. | Letter from S. Kogure to L. Alabardo re: ATM Patent License Agreement | | 10/29/98 | TELL0007562 | |
| 2423. | Letter from V. Kovalick to W. Mayo re: Bellcore Licenses | | 11/16/98 | AUSA0002585 | |
| 2424. | Letter from P. Florenzo to L. Alabardo re: Patent License Agreement between Bell Communications Research, Inc. and Telecommunications Techniques Corporation Relating to ATM Equipment | | 12/14/98 | TELL0003725 | |
| 2425. | Letter from V. Kovalick to W. Mayo re: Bellcore Patent Licenses | | 12/18/98 | AUSA0002516 | |
| 2426. | Letter from W. Mayo to V. Kovalick re: Bellcore SRTS Patent Licensing Proposal | | 12/24/98 | AUSA0002514 – AUSA0002515 | |

31

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2427. | Letter from M. Phelps, Jr. to C. Giancarlo re: Additional Benefits for IBM | | 12/28/98 | CSC00338-0390 – CSC00338-0391 | |
| 2428. | Letter from B. Sidran to H. Schacht re: Licensing of Bellcore's ATM patent portfolio | | 1999 | LU1573470 – LU1573472 | |
| 2429. | Letter from V. Kovalick to W. Mayo re: Bellcore Patent Licenses | | 1/8/99 | AUSA0794187 – AUSA0794188 | |
| 2430. | Letter from L. Alabardo to M. Renntoff re: July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 3/23/99 | TELL0005775 | |
| 2431. | Letter from V. Kovalick to J. Chambers re: Telcordia's Intent to Enforce Its Patent Portfolio | | 4/12/99 | TELC0256517 | Barr Exh. 019 |
| 2432. | Letters from V. Kovalick re: Telcordia's Intent to Enforce Its Patent Portfolio | | 4/12/99 | TELC0259904 – TELC0275878 | DePinto Exh. 002 |
| 2433. | Letter from B. Sidran to G. Aasen re: the License Agreement between Our Companies Relating to ATM Equipment | | 5/21/99 | TELL0002595 – TELL0002596 | |
| 2434. | Letter re: Lucent Acquisition of Ascend | | 6/28/99 | TELC2936382 – TELC2936383 | |
| 2435. | Letter from L. Alabardo to G. Dudek-Lindner and B. Gundelbacher re: Oct. 31, 1997 Patent License Agreement Relating to ATM Equipment | | 11/2/99 | TELL0006675 | |
| 2436. | Letter from T. Westin to L. Alabardo re: July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 11/22/99 | TELL0005707 | |
| 2437. | Letter from P. Florenzo to M. Escalante re: Patent License Agreement with Bell Communications Research, Inc. for ATM Patents | | 4/19/00 | TELL0003729 | |
| 2438. | Letter from V. Anthony to K. Rudofski re: Enclosure of List of Selected Telcordia Patents and Tellabs Products | | 5/10/00 | TELL0005383 – TELL0005385 | |
| 2439. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 7/3/00 | TELL0005738 | |
| 2440. | Letter from P. Florenzo to M. Escante re: License Agreement Relating to ATM Equipment | | 8/17/00 | TELL0003731 | |
| 2441. | Letter from M. Luxton to S. Joroff re: SRTS License Agreement | | 9/25/00 | TELC0276613 – TELC0276314 | |

32

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2442. | Letter from W. Schoneman to NEC Corporation re: Patent License Agreement between Telcordia and NEC Relating to ATM Equipment | | 10/27/00 | TELC0275689 – TELC0275690 | |
| 2443. | Letter from W. Schoneman to M. Luxton re: Proposed License Agreement for U.S. Patent No. Re. 36,633 | | 10/03/00 | TELL0002931 – TELL0002932 | |
| 2444. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 1/5/01 | TELL0005767 | |
| 2445. | Letter from P. Florenzo to V. Anthony re: Patent License Agreement between Bell Communications Research, Inc. and Telecommunications Techniques Corporation Relating to ATM Equipment | | 3/2/01 | TELL0003870 | |
| 2446. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 4/2/01 | TELL0005764 | |
| 2447. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 7/2/01 | TELL0005761 | |
| 2448. | Letter from J. Giordano to D. Scheinman re: Possibility of Cisco Licensing Certain Telcordia Patents | | 9/07/01 | TELC0256518 – TELC0256520,0001 | Barr Exh. 021 |
| 2449. | Letter from N. Kyomoto to W. Schoneman re: Patent License Agreement between Telcordia and NEC Relating to ATM Equipment | | 9/11/01 | TELL0007597 – TELL0007598 | |
| 2450. | Letter from B. Showalter to J. Giordano re: Issues Raised in J. Giordano's Sep. 7, 2001 Letter to D. Scheinman | | 9/19/01 | TELC0256521 | Barr Exh. 022 |
| 2451. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 10/1/01 | TELL0005754 | |
| 2452. | Letter from W. Schoneman to Siemans AG re: Patent license Agreement between Bell Communications Research, Inc. and Siemans AG Relating to ATM Equipment | | 12/6/01 | TELL0006558 | |

33

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2453. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 1/2/02 | TELL0005756 | |
| 2454. | Letter from W. Schoneman to Siemans AG re: Patent License Agreement between Bell Communications Research, Inc. and Siemans AG Relating to ATM Equipment | | 2/12/02 | TELL0006557 | |
| 2455. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 4/4/02 | TELL0005760 | |
| 2456. | Letter from W. Tamblyn to M. Escalante re: License Agreement Relating to SRTS Effective Sep. 11, 2000 | | 5/2/02 | TELL0008347 – TELL0008348 | |
| 2457. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 10/14/02 | TELL0005755 | |
| 2458. | Letter from J. Giordano to D. Scheinman re: Belief that Cisco's Products May Infringe Certain Telcordia Patents | | 11/2/002 | TELC0256227 – TELC0256228 | Barr Exh. 023 |
| 2459. | Letter from D. Sincoskie to D. Scheinman re: Cisco Licensing Certain Telcordia Patents | | 12/11/02 | TELC0133863 | DePinto Exh. 094 |
| 2460. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 1/20/03 | TELL0005731 | |
| 2461. | Letter from W. Tamblyn to V. Anthony re: License Agreement Relating to SRTS Effective Sep. 11, 2000 | | 3/17/03 | TELL0008343 | |
| 2462. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 4/7/03 | TELL0005737 | |
| 2463. | Letter from D. Sincoskie to M. Desch et al. re: Cisco Meeting and Recommendations | | 4/14/03 | TELC0239061 – TELC0239062 | Anthony Exh. 023 |
| 2464. | Letter from P. Forsberg to M. Escalante re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 7/11/03 | TELL0005736 | |
| 2465. | Letter from V. Anthony to B. Showalter re: Patent Licensing Discussions with Cisco Systems | | 8/15/03 | TELC0256277 – TELC0256280 | Barr Exh. 027 |

34

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2466. | Letter from V. Kovalick to B. Showalter re: Enclosure of Telcordia's Patent Presentation to Cisco | | 9/15/03 | CSC0643-0789 – CSC0643-0791 | DePinho Exh. 106 |
| 2467. | Letter from B. Showalter to V. Anthony re: Cisco's Analysis of Telcordia's Patents | | 9/17/03 | TELC0256289 – TELC0256291 | Anthony Exh. 012 |
| 2468. | Letter from A. Callerius and A. Kjelldorff to V. Anthony re: Royalty Reports from July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 9/25/03 | TELL0005864 | |
| 2469. | Letter from V. Anthony to B. Showalter re: Settlement Negotiations | | 9/26/03 | TELC0298458 – TELC0298460 | Anthony Exh. 013 |
| 2470. | Letter from V. Anthony to B. Showalter re: Settlement Negotiations | | 10/9/03 | CSC0643-0792 | Anthony Exh. 014 |
| 2471. | Letter from B. Showalter to V. Anthony re: Summary of Items Cisco Expects from Telcordia | | 11/21/03 | TELC0256563 – TELC0256570 | Barr Exh. 030 |
| 2472. | Letter from T. Sterbenc to Telcordia | | 12/15/03 | TELC0276529 | |
| 2473. | Letter from R. DePinho to P. Forsberg re: July 1, 1997 Patent License Agreement Relating to ATM Equipment | | 12/23/03 | TELL0005710 – TELL0005712 | |
| 2474. | Letter from V. Anthony to M. Graziano re: Patent License Agreement between Telcordia Technologies, Inc. and Jedai Broadband Networks, Inc. Relating to SRTS Effective May 31, 2002 | | 4/7/04 | TELL0007227 | |
| 2475. | Letter from W. Schoneman to M. Graziano re: Termination of Patent License Agreement between Telcordia Technologies, Inc. and Jedai Broadband Networks, Inc. | | 12/1/04 | TELL0007222 | |
| 2476. | Letter from W. Tamblyn to V. Anthony re: Patent License Agreement between Telcordia Technologies, Inc. and Atmosphere Networks, Inc. Effective Sept. 11, 2000 | | 12/2/04 | TELL0000680 | |
| 2477. | Letter from W. Schoneman to D. Adams re: Termination of Patent License Agreement between Telcordia Technologies, Inc. and Netro Corporation Relating to '633 Patent | | 4/28/05 | TELL0002855 | |

35

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2478. | Letter from W. Schoneman to N. Kyomoto re: Patent License Agreement between Telcordia Technologies, Inc. and NEC Corporation Relating to ATM Equipment | | 9/29/05 | TELC0337172 | |
| 2479. | Letter from V. Anthony to B. Showalter re: Answers to Questions Raised in B. Showalter's Sep. 17, 2003 Letter | | 9/26/06 | TELC0256550 – TELC0256552 | Barr Exh. 029 |
| 2480. | Email from D. Sincoskie re: Packet Fragmentation Idea | | 5/5/87 | TELC0151210 | Wu Exh. 002 |
| 2481. | Email from D. Sincoskie re: DTDM Patents' Coverage of ATM over SONET | | 4/24/92 | TELC0244343 | Sincoskie Exh. 019 |
| 2482. | Email from V. Vecchio re: Cisco's Router Support of OC3/ATM/AA15 | | 6/03/93 | TELC0209620 | |
| 2483. | Email from P. Srinagesh re: Cisco and ATM Routers | | 6/07/93 | TELC0209657 | |
| 2484. | Email from D. Sincoskie re: NSFNET Commitment | | 12/28/93 | TELC0168316 | Gilstein Exh. 009 |
| 2485. | Email from F. Liu to L. Wu re: NAP Testbed | | 12/28/93 | TELC0168317 – TELC0168319 | Gilstein Exh. 010 |
| 2486. | Email from D. Sincoskie re: Thoughts of DTDM being Obsolete | | 3/2/94 | TELC0244352 | Rosen Exh. 021 |
| 2487. | Mass Email re: Press Release titled, "Bellcore and Equipment Suppliers Cooperate on ATM Interoperability Tests in New Lab" | | 3/29/94 | TELC0210343 – TELC0201344 | Barr Exh. 004 |
| 2488. | Email from S. Holmgren re: ATM Testing Labs | | 4/21/94 | CSCO0676-0747 – CSCO0676-0754 | |
| 2489. | Email from D. Sincoskie re: List of Companies Interested in Licenses for U.S. Patent No. 4,893,306 | | 4/26/94 | TELC0210514 – TELC0210542 | Rosen Exh. 009 |
| 2490. | Email from L. Wu re: ATM NAPs | | 5/23/94 | TELC0170691 – TELC0170694 | |
| 2491. | Email from J. Smith to D. Sincoskie re: Best Shot at Capturing ATM/SONET | | 6/1/94 | TELC0244353 | Sincoskie Exh. 038 |
| 2492. | Email from L. Wu to A. Alles re: Information about Cisco's ATM Products | | 8/12/94 | TELC0395583 – TELC0395584 | |
| 2493. | Email from D. Sincoskie re: Liang's DTDM Stuff and Future of AURORA | | 8/13/94 | TELC0244355 | Sincoskie Exh. 039 |

36

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2494. | Email from M. Garrett to D. Sincoskie re: List of Possible Arguments against Claim that U.S. Patent No. 4,893,306 Applies to ATM over SONET | | 10/7/94 | TELC0173209 – TELC0173210 | Garrett Exh. 020 |
| 2495. | Email from D. Sincoskie to M. Garrett re: Applicability of DTDM Patent to ATM | | 10/16/94 | TELC0093740 | Garrett Exh. 021 |
| 2496. | Email from N. Lord Jr. to Bellcore re: Enclosure of Cisco's Press Release titled, "Cisco Targets Rapidly Growing Market for Enterprise ATM Switches by Acquiring ATM Assets of Lightstream Corporation" | | 12/9/94 | TELC0248758 – TELC0248759 | |
| 2497. | Email from L. Wu to F. Liu re: Buffer Size for LightStream ATM Switch | | 12/13/94 | TELC0211626 | Wu Exh. 032 |
| 2498. | Email from R. Mitchell re: Comments on Circuit Emulation Straw Vote | | 1/26/95 | CSCO0316-0325 | Barr Exh. 007 |
| 2499. | Email from G. Fedorkow re: CES Straw Vote | | 1/31/95 | CSCO0316-0333 | |
| 2500. | Email from N. Cheung re: SRTS Patent Licensing Debacle at ATM Forum | | 2/8/95 | TELC0122513 – TELC0122514 | Garrett Exh. 018 |
| 2501. | Email from C. Smalley re: ATM Meeting on 2/17 | | 2/10/95 | TELC2950538 | Suchyta Exh. 012 |
| 2502. | Email from G. Shenoda to G. Fedorkow re: Attempt to Get Around Using SRTS | | 2/15/95 | CSCO0316-0338 | |
| 2503. | Email from M. Garrett to V. Keramides re: Note from the Editor of the Circuit Emulation Specification in the Forum | | 2/17/95 | TELC0122515 | |
| 2504. | Email from M. Garrett to G. Ra re: Standards Search for Patent Applicability | | 2/20/95 | TELC0244362 | Garrett Exh. 031 |
| 2505. | Email from K. Stodola to G. Fedorkow re: SRTS Patent Progress | | 3/6/95 | CSCO0316-0335 – CSCO0316-0336 | Fedorkow Exh. 015 |
| 2506. | Email from G. Fedorkow to K. Stodola re: SRTS Patent Progress | | 3/6/95 | CSCO0316-0337 | |
| 2507. | Email from M. Garrett to G. Wardell re: Bellcore Negotiating Terms for Licensing ATM Patents | | 3/13/95 | TELC0175218 | Garrett Exh. 025 |
| 2508. | Email from M. Garrett to G. Fedorkow re: Licensing Discussions with Bellcore | | 3/15/95 | CSCO0316-0350 – CSCO0316-0351 | Fedorkow Exh. 003 |
| 2509. | Email from M. Garrett to G. Fedorkow re: Question on CES | | 3/15/95 | CSCO0316-0346 | |

37

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2510. | Email from G. Fedorkow re: SRTS Patent Issue | | 3/15/95 | CSCO0316-0372 | |
| 2511. | Email from K. Stodola to G. Fedorkow re: Bellcore's Positions on SRTS Patent Licenses | | 3/16/95 | CSCO0316-0343 – CSCO0316-0344 | Fedorkow Exh. 009 |
| 2512. | Email from K. Stodola to G. Fedorkow re: Bellcore's Royalties for SRTS Patents | | 3/17/95 | CSCO0316-0345 | Fedorkow Exh. 022 |
| 2513. | Email from K. Stodola to G. Fedorkow re: SRTS Patent Licensing Fees Too High | | 3/28/95 | CSCO0316-0363 | Fedorkow Exh. 012 |
| 2514. | Email from G. Fedorkow to T. Dwight re: Bellcore Wants to Charge a Licensing Fee Plus a Royalty | | 3/29/95 | CSCO0316-0354 | Fedorkow Exh. 021 |
| 2515. | Email from G. Fedorkow re: Open-Ended Patent Licensing Fees | | 3/29/95 | CSCO0316-0355 | Fedorkow Exh. 010 |
| 2516. | Email from G. Fedorkow re: Stratacom Decision on Validity of Bellcore SRTS Patent | | 3/29/95 | CSCO0316-0368 | Fedorkow Exh. 023 |
| 2517. | Email from G. Fedorkow to L. Wojnaroski re: Another Tack to Help Close the CES Patent Problem | | 4/3/95 | CSCO0316-0370 | Fedorkow Exh. 024 |
| 2518. | Email from G. Fedorkow to D. Upp re: SRTS Patent Coverage | | 4/3/95 | CSCO0316-0369 | |
| 2519. | Email from J. Bailey to M. Garrett re: DTDM Patent Applicability | | 4/19/95 | TELCO175639 | DePinto Exh. 050 |
| 2520. | Email from M. Garrett to B. Sidran and D. Sincoskie re: Report on Events at April 1995 ATM Forum Meeting Related to Bellcore Patent Licensing Efforts | | 4/20/95 | TELCO122525 – TELCO122527 | Garrett Exh. 026 |
| 2521. | Email from L. Wu re: PacBell's Lightstream Swich Order | | 5/24/95 | TELCO023287 | |
| 2522. | Email from M. Garrett to B. Sidran re: Cisco Note to CES Group in Forum | | 5/25/95 | TELCO122528 | |
| 2523. | Email from M. Garrett to D. Sincoskie re: Newbridge Update | | 9/7/95 | TELCO094762 | Garrett Exh. 024 |
| 2524. | Email from T. Bogovic to L. Wu and D. Sincoskie re: Lightstream Testing | | 9/29/95 | TELCO249210 | |
| 2525. | Email from L. Wu to D. Sincoskie re: Life of ATM Patent | | 12/13/95 | TELCO179599 | Wu Exh. 012 |

38

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2526. | Email from D. Sincoskie re: ATM Patent Litigation Effort | | 5/14/96 | TELC0181199 | Garrett Exh. 023 |
| 2527. | Email from N. Cheung to D. Sincoskie re: R. Lau and T. Wu Named New Jersey Inventors of the Year 1997 | | 12/17/96 | TELC0069700 | |
| 2528. | Email from D. Duffy to S. Perossi and D. Sincoskie re: R. Lau "Encroaching" on Other People's Work and His Work being "a Flashpoint for Concern" | | 12/1/97 | TELC0070976 – TELC0070977 | |
| 2529. | Email from D. Sincoskie to D. Duffy re D. Sincoskie's Discussion with R. Lau about Accusation that Lau is "Encroaching" on Other People's Work | | 12/3/97 | TELC0026598 – TELC0026600 | |
| 2530. | Email from D. Sincoskie to B. Sidran re: Patent Licensing – from WSJ | | 5/16/98 | TELC0009123 | Sincoskie Exh. 045 |
| 2531. | Email from B. Sidran to D. Sincoskie re: Patent Licensing – from WSJ | | 5/20/98 | TELC0205621 | Sincoskie Exh. 024 |
| 2532. | Email from D. Sincoskie to S. Ahuja Re: Negotiation Seminar | | 10/22/98 | TELC0048893 | |
| 2533. | Email from D. Sincoskie to V. Anthony re: Network Switches and Routers | | 5/23/00 | TELC0227544 | |
| 2534. | Email from D. Sincoskie to R. Hsing re R. Lau Liking to do Things on His Own "Turf" and Someone Else Building "Real" Things | | 8/2/00 | TELC0016850 – TELC0016851 | |
| 2535. | Email from D. Sincoskie to R. Lucky re: Future of Applied Research | | 6/14/01 | TELC0012209 – TELC0012211 | |
| 2536. | Email from M. Pucci re: Cisco Request for List of Business Proposals from AR | | 1/28/02 | TELC0235987 | Sincoskie Exh. 048 |
| 2537. | Email from D. Sincoskie to B. Vanyi re: Availability for Meeting with Ed Hendrick on Jun. 5, 2002 | | 5/15/02 | TELC0013781 | |
| 2538. | Email from S. Moyer to D. Sincoskie re: V. Anthony's Comments on AR Presentation | | 6/12/02 | TELC0079508 – TELC0079509 | Anthony Exh. 007 |
| 2539. | Email from D. Sincoskie to M. Littlewood re: Presentation to Cisco re: Business Relationship | | 12/11/02 | TELC0237411 – TELC0237412 | |
| 2540. | Email from D. Sincoskie to D. Scheinman re: Telcordia Licensing and Business Development | | 12/16/02 | TELC0237465 | Barr Exh. 024 |

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2541. | Email from R. Barr to D. Sincoskie re: Proposal to Cisco | | 1/7/03 | TELC0237554 | |
| 2542. | Email from M. Wardell to V. Anthony re: Licensing Agreement with Cisco | | 2/5/03 | TELC0133930 – TELC0133932 | |
| 2543. | Email from D. Byrd to A. Drobot re: AR Proposal to Cisco | | 2/10/03 | TELC0133942 – TELC0133944 | |
| 2544. | Email from S. Joroff to W. Schoneman re: Revised Terms 2 for NEC Licensing Agreement | | 3/17/03 | TELL0000037 | |
| 2545. | Email from D. Sincoskie to V. Anthony re: Telcordia Applied Research and Representative Prototype Offers | | 3/24/03 | TELC0134111 – TELC0134113 | |
| 2546. | Email D. Sincoskie to A. Bladt re: Cisco Business Relationship and Possibility of Lawsuit | | 4/1/03 | TELC0252102 – TELC0252103 | |
| 2547. | Email from P. Weinberg to S. Joroff re: Telcordia Meeting Follow-up | | 7/18/03 | TELC0276729 – TELC0276729 | |
| 2548. | Email from A. VonLehman to P. Agrawal re: Telcordia Patent Review | | 7/25/03 | TELC0102137 – TELC0102140 | |
| 2549. | Email from S. Joroff to B. Dropping re: ITU-T I.363.1 | | 10/10/03 | TELL0005560 – TELL0005561 | Nawrocki Exh. 004 |
| 2550. | Email from V. Anthony to M. Maszczak re: Catalyst 6500 Series Switch | | 1/3/04 | TELC0295014 – TELC0295015 | |
| 2551. | Email from D. Sincoskie to V. Anthony re: Enclosure of Telcordia Applied Research and Representative Prototype Offers | | 3/24/04 | TELC0134111 – TELC0134120 | |
| 2552. | Email from L. Bettino to M. Desch re: Creative IP Solutions | | 12/13/04 | WARB00379 – WARB00380 | |
| 2553. | Email from D. Sincoskie to E. Nussbaum re: SAIC Gets Half of Proceeds of ATM/SONET Patents | | 12/14/04 | TELC0147451 – TELC0147452 | |
| 2554. | Email from A. Klein to V. Anthony re: Netro Patent Agreement | | 12/17/04 | TELL0002814 | |
| 2555. | Email from D. Sincoskie to T. Bogovic re: AR Business Meeting Highlights | | 2/18/05 | TELC0135653 – TELC0135654 | |
| 2556. | Email from P. Weinberg to W. Schoneman re: Revised Terms for NEC Licensing Agreement | | 3/12/05 | TELC0276754 – TELC0276757 | |

40

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2557. | Email from V. Anthony to K. Kind re: Overdue Covenant Agreement Payment | | 4/15/05 | TELL0000293 | |
| 2558. | Email from G. Allen to M. Green re: Telcordia Patent Portfolio | | 8/2/05 | WARB0185 | Giordano Exh. 025 |
| 2559. | "Cisco Network Analysis Toolkit: Introduction" | | | | www.cisco.com |
| 2560. | News Release, "Cisco Systems to Join with StrataCom" | | | CSCO0643-0733 – CSCO0643-0734 | www.cisco.com |
| 2561. | Various Cisco Press Releases | | 12/8/94 | CSCO0643-0803 – CSCO0643-1196 | Fujii Exh. 002 |
| 2562. | Cisco News Release, "Cisco Targets Rapidly Growing Market for Enterprise ATM Switches by Acquiring ATM Assets of LightStream Corporation" | | 12/8/94 | CSCO0643-0730 – CSCO0643-0732 | |
| 2563. | "Cisco Shows Users How to Triple the Performance of Their Cisco 7010 and 7000 High-End Routers and Gain Distributed Switching" | | 1/15/96 | CSCO0676-0745 – CSCO0676-0746 | Barr Exh. 012 |
| 2564. | Cisco News Releases, "Cisco Systems to Acquire Skystone Systems Corp." | | 6/9/97 | | Takefman Exh. 001 |
| 2565. | Cisco News Release, "Cisco Systems to Acquire Fibex Systems and Sentient Networks" | | 4/8/99 | CSCO0643-0738 – CSCO0643-0739 | www.cisco.com |
| 2566. | News Release, "Cisco Systems to Acquire Cerent Corporation and Monterey Networks for Combined $7.4 Billion" | | 8/26/99 | CSCO0643-0735 – CSCO0643-0737 | http://newsroom.cisco.com/dlls/fspnisnpii679.html |
| 2567. | Telcordia Technologies, Inc. and Science Applications International Corporation Proprietary Patent Review Process | | | TELC0300263 – TELC0300265 | Sincoskie Exh. 052 |
| 2568. | Alcatel Payments under 1997 Newbridge Patent License Agreement | | 8/11/05 | TELC0301584 | |
| 2569. | Telcordia ATM SONET Licensing Revenues Spreadsheet | | | TELX0686591 | DePinho Exh. 109 |
| 2570. | Cisco – External View of Expenses by Organization | | | CSCO0445-0004 | Fujii Exh. 005 |
| 2571. | Cisco – Internal View of Expenses by Organization | | | CSCO0445-0005 | Fujii Exh. 006 |
| 2572. | NatKit Card Summary – Advanced Services Subscription Customer Summary | | | CSCO0695-2504 – CSCO0695-2539 | |

41

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2573. | NatKit Platform Summary – Advanced Services Subscription Customer Summary | | | CSCO0698-0429 – CSCO0698-0439 | Keyes Exh. 008 |
| 2574. | NatKit CES Search Result | | | CSCO0697-3207 – CSCO0697-3209 | Keyes Exh. 003 |
| 2575. | DMX 2005 Revenue by Quarter by Customer | | 2005 | LU2144145 – LU2144147 | |
| 2576. | DMX FY03 Revenue by Region and Customer | | 2003 | LU2144172 – LU2144173 | |
| 2577. | DMX FY04 Revenue by Region and Customer | | 2004 | LU2144174 – LU2144175 | |
| 2578. | DMX FY05 Revenue by Region and Customer | | 2005 | LU2144176 – LU2144177 | |
| 2579. | Metropolis DMX BU Customer Price List – DMX Product HW & SW | | 10/17/05 | LU1862756 – LU1862909 | |
| 2580. | Telcordia Technololgies, Inc. Quarterly Report for the Quarter Ended April 30, 2005 (REDACTED) | | 7/25/05 | PROV00622 – PROV00674 | |
| 2581. | Draft Intellectual Property Licensing-Out Process, Revision 1.0 | | 8/10/05 | TELCO306207 – TELCO306209 | |
| 2582. | Telcordia Licensing Revenues | | 7/21/06 | | Exhibit C to Expert Report on Damages by Terry L. Musika |
| 2583. | Cisco Acquisition Timeline | | 7/21/06 | | Exhibit D to Expert Report on Damages by Terry L. Musika |
| 2584. | Timeline Detailing Licensing Discussions and Buisness Relationships Between the Parties | | 7/21/06 | | Exhibit E to Expert Report on Damages by Terry L. Musika |
| 2585. | Damages Calculation | | 7/21/06 | | Exhibit F to Expert Report on Damages by Terry L. Musika |
| 2586. | Accused PIDs Used in Royalty Base for the '633 Patent | | 7/21/06 | | Exhibit G to Expert Report on Damages by Terry L. Musika |
| 2587. | Telcordia Licenses for Patents-In-Suit – Category One | | 7/21/06 | | Exhibit H to Expert Report on Damages by Terry L. Musika |
| 2588. | Telcordia Licenses for Patents-In-Suit – Category Two | | 7/21/06 | | Exhibit I to Expert Report on Damages by Terry L. Musika |
| 2589. | Telcordia Licenses for Patents-In-Suit – Category Three | | 7/21/06 | | Exhibit J to Expert Report on Damages by Terry L. Musika |
| 2590. | Cisco Licenses | | 7/21/06 | | Exhibit K to Expert Report on Damages by Terry L. Musika |

42

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2591. | Operating Margin – '633 Patent | | 7/21/06 | | Exhibit L1 to Expert Report on Damages by Terry L. Musika |
| 2592. | Operating Margin – '763 | | 7/21/06 | | Exhibit L2 to Expert Report on Damages by Terry L. Musika |
| 2593. | Unidentifed, Typed Notes re Laches letter | | | TELC0306254 | |
| 2594. | L. Ferrara, Conference Notes: SYNTRAN Status Meeting | | 4/12/84 | BEL108175 – BEL108179 | Lau Exh. 014 |
| 2595. | Jonathan Chao Laboratory Notebook (1986 – 1991) | | 10/15/86 | BEL134444 – BEL134507 | Chao Exh. 007 |
| 2596. | Notes of February ATM Forum Meeting re: Interactions on Licensing of Bellcore ATM Patents | | 2/1995 | BEL040201 – BEL040205 | Garrett Exh. 003 |
| 2597. | Complaint and Demand for Jury Trial from Bellcore v. Fore Litigation[4] | | 10/14/98 | TELP0000001 – TELP0000074 | |
| 2598. | Telcordia Technologies, Inc.'s Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 5/31/05 | | |
| 2599. | Telcordia Technologies, Inc.'s First Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 7/14/05 | | |
| 2600. | Telcordia Technologies, Inc.'s Second Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 11/1/05 | | |
| 2601. | Telcordia Technologies, Inc.'s Third Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 12/9/05 | | |
| 2602. | Telcordia Technologies, Inc.'s Fourth Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 12/12/05 | | |
| 2603. | Telcordia Technologies, Inc.'s Fifth Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 12/20/05 | | |

[4] Defendants' reserve the right to use this exhibit only if the Court denies their motion in limine.

43

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2604. | Telcordia Technologies, Inc.'s Response to Cisco System, Inc.'s Second Set of Interrogatories (No 15) | | 12/22/05 | | |
| 2605. | Telcordia Technologies, Inc.'s Sixth Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 1/20/06 | | |
| 2606. | Telcordia Technologies, Inc.'s Seventh Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 1/23/06 | | |
| 2607. | Telcordia Technologies, Inc.'s Eighth Supplemental Response to Cisco System, Inc.'s First Set of Interrogatories (Nos. 1-14) | | 1/31/06 | | |
| 2608. | Telcordia Technologies, Inc.'s Response to Cisco System, Inc.'s Third Set of Interrogatories (No 16-19) | | 2/9/06 | | |
| 2609. | Telcordia Technologies, Inc.'s Response to Cisco System, Inc.'s Fourth Set of Interrogatories (No 20) | | 4/2006 | | |
| 2610. | Telcordia Technologies, Inc.'s Supplemental Response to Cisco Systems, Inc.'s Interrogatory Nos. 10, 12, and 13 | | 4/21/06 | | |
| 2611. | Telcordia Technologies, Inc.'s Supplemental Response to Cisco Systems, Inc.'s Interrogatory No. 7 | | 5/22/06 | | |
| 2612. | Telcordia Technologies, Inc.'s Objections and Responses to Cisco Systems, Inc.'s Fifth Set of Interrogatories (Nos. 21-35) | | 5/26/06 | | |
| 2613. | Telcordia Technologies, Inc.'s Response to Cisco Systems, Inc.'s First Set of Requests for Admission (Nos. 1-32) | | 12/22/05 | | |
| 2614. | Telcordia Technologies, Inc.'s Response to Cisco Systems, Inc.'s Second Set of Requests for Admission (Nos. 33-733) | | 5/26/06 | | |
| 2615. | Telcordia Technologies, Inc.'s Response to Cisco Systems, Inc.'s Third Set of Requests for Admission (Nos. 734-845) | | 5/26/06 | | |

44

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2616. | Telcordia Technologies, Inc.'s Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 5/11/05 | | |
| 2617. | Telcordia Technologies, Inc.'s First Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 7/14/05 | | |
| 2618. | Telcordia Technologies, Inc.'s Second Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 9/15/05 | | |
| 2619. | Telcordia Technologies, Inc.'s Third Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 11/11/05 | | |
| 2620. | Telcordia Technologies, Inc.'s Fourth Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 12/9/05 | | |
| 2621. | Telcordia Technologies Inc.'s Fifth Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 12/12/05 | | |
| 2622. | Telcordia Technologies, Inc.'s Sixth Supplemental Response To Lucent Technologies Inc.'s First Set Of Interrogatories (1-7) | | 1/23/06 | | |
| 2623. | Telcordia Technologies, Inc.'s Seventh Supplemental Response to Lucent Technologies Inc.'s First Set of Interrogatories (1-7) | | 1/31/06 | | |
| 2624. | Telcordia Technologies, Inc.'s Supplemental Response to Lucent Technologies Inc.'s Interrogatory No. 2 | | 5/22/06 | | |
| 2625. | Telcordia Technologies, Inc.'s Supplemental Response to Lucent Technologies, Inc.'s Interrogatory No. 3 | | 9/8/06 | | |
| 2626. | Telcordia Technologies, Inc.'s Responses to Lucent Technologies Inc.'s Second Set of Interrogatories (Nos. 8-9) | | 10/17/05 | | |
| 2627. | Telcordia Technologies, Inc.'s First Supplemental Responses to Lucent Technologies Inc.'s Second Set of Interrogatories (Nos. 8-9) | | 11/11/05 | | |

45

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2628. | Telcordia Technologies, Inc.'s Second Supplemental Response to Lucent Technologies Inc.'s Second Set of Interrogatories (Nos. 8-9) | | 1/31/06 | | |
| 2629. | Telcordia Technologies, Inc.'s Objections and Responses to Defendant Lucent Technologies Inc.'s Third Set of Interrogatories (Nos. 10-19) | | 5/26/06 | | |
| 2630. | Telcordia Technologies, Inc.'s Response to Defendant Lucent Technologies, Inc.'s First Set of Requests for Admission | | 5/26/06 | | |
| 2631. | Telcordia Technologies, Inc.'s Response to Defendant Lucent Technologies, Inc.'s Second Set of Requests for Admission | | 5/26/06 | | |
| 2632. | Telcordia Technologies, Inc.'s Response to Defendant Lucent Technologies, Inc.'s Third Set of Requests for Admission | | 5/26/06 | | |
| 2633. | Lucent Technologies, Inc.'s Objections and Responses to Telcordia Technologies, Inc.'s Third Set of Interrogatories | | | | |
| 2634. | Cisco.com website CD | | | | |
| 2635. | Cisco Documentation CD | | | CSCO0643-0017 | |
| 2636. | Cisco Documentation CD | | | CSCO0438-0001 | |
| 2637. | Cisco Documentation CD | | | CSCO0439-0001 | |
| 2638. | Cisco Documentation CD | | | CSCO0440-0001 | |
| 2639. | Cisco Documentation CD | | | CSCO0441-0001 | |
| 2640. | Cisco Documentation CD | | | CSCO0442-0001 | |
| 2641. | Cisco Documentation CD | | | CSCO0443-0001 | |
| 2642. | Cisco Documentation CD | | | CSCO0444-0001 | |
| 2643. | Cisco CDO Cost Allocation | | | CSCO0643-0022 – CSCO0643-0028 CSCO0445-0010 – CSCO0445-0012 | |
| 2644. | Cisco Chip Costs | | | CSCO0445-0009 | |
| 2645. | DMX CD | | | LU3027742 | |
| 2646. | GX CD | | | LU3027743 | |
| 2647. | CBX CD | | | LU3027744 | |

46

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2648. | PSAX CD | | | LU3027746 | |
| 2649. | Cisco Sales Orders from FY 2000-2006 | | | CSCO0445-0001 | |
| 2650. | Cisco Sales Orders from FY 1999 | | | CSCO0445-0002 | |
| 2651. | Anthony Acampora CV | | | | |
| 2652. | Vincent Jones CV | | | | |
| 2653. | Terry Musika CV | | | | |
| 2654. | Jerry Hausman CV | | | | |
| 2655. | Wayne Grover CV | | | | |
| 2656. | Cisco 7500 Series Routers: Relevant Interfaces and Modules | | | | www.cisco.com |
| 2657. | Bell System Memorial – Bell Operating Companies | | | | http://www.bellsystemmemorial.com/belloperco_no.html |
| 2658. | Table of Changes in the Regional Bell Operating Companies (RBOC's) | | | CSCO0698-0129 – CSCO0698-0142 | http://www.bellsystemmemorial.com/table_of_changes.html |
| 2659. | Regional Bell Operating Companies | | | CSCO0698-0143 – CSCO0698-0145 | http://www.bellsystemmemorial.com/rbocs.html |
| 2660. | Overview of the U.S. Standardization System | | | CSCO0698-0146 – CSCO0698-0147 | www.ansi.org |
| 2661. | kmi Research, "Optical Networking: Worldwide Equipment Markets Update 2004" (EXCERPTS) | | 8/2004 | | http://ksmi/pennet.com/report_display.cfm?rep_id=118 |
| 2662. | "Lucent: Ascend Network Adapter," Printout from Telcordia Website | | 12/2003 | | Gilstein Exh. 019 |
| 2663. | "Lucent: PSAX Network Adapter," Printout from Telcordia Website | | 12/2003 | | Gilstein Exh. 020 |
| 2664. | "Lucent: Singer Network Adapters," Printout from Telcordia Website | | | | Gilstein Exh. 021 |
| 2665. | Cisco 7200 Series Routers: Relevant Interfaces and Modules | | 2006 | | www.cisco.com |
| 2666. | Cisco MGX 8800 Series Switches – Cisco MGX Switch Hardware Compatibility Notes | | 11/7/02 | CSCO0036-1298 – CSCO0036-1315 | |
| 2667. | ATM Vendor Product Summary | | | BEL040328 – BEL040330 | Rosen Exh. 016 |
| 2668. | "Assignee (Cisco)" Search results from USPTO Patent Full-Text and Image Database | | | | http://www.uspto.gov |

47

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2669. | "Assignee (Cisco) and ATM" Search results from USPTO Patent Full-Text and Image Database | | | | http://www.uspto.gov |
| 2670. | "Assignee (Cisco) and ATM and Circuit Emulation" Search results from USPTO Patent Full-Text and Image Database | | | | http://www.uspto.gov |
| 2671. | "Assignee (Cisco) and SONET" Search results from USPTO Patent Full-Text and Image Database | | | | http://www.uspto.gov |
| 2672. | "Assignee (Cisco) and SONET and (APS or BLSR or UPSR)" Search results from USPTO Patent Full-Text and Image Database | | | | http://www.uspto.gov |
| 2673. | Price Guide for CBX500, GX550, and CBX3500 Modules Supporting Circuit Emulation | | | LU2144241 – LU2144243 | Nawrocki Exh. 030 |
| 2674. | American National Standards Institute Patent Policy as Approved by Board of Directors | | 12/5/74 | BBL137568 | |
| 2675. | Innovation in SONET Transport: Path Protected Mesh Networks | | | CSCO0280-2297 – CSCO0280-2300 | |
| 2676. | Investment Thesis – Telcordia Technologies (REDACTED) | | | PROV00538 – PROV00541 | |
| 2677. | Summaries of PIDs by Product Family and Product Subgroup | | | | |
| 2678. | P. Strauss, "Worldwide Router Market Forecast and Analysis, 2001-2005" | | 2001 | CSCO0240-0228 – CSCO0240-0274 | |
| 2679. | TechEncyclopedia Definition for "Token Passing" | | 2006 | | |
| 2680. | Test Results for the Cisco 3660 Series Leopard System | | | TBLC2959495 – TBLC2959496 | |
| 2681. | Network Analysis Toolkit Inventory Information | | | CSCO0697-0001 – CSCO0697-0713 | |
| 2682. | PSAX Price Guide | | | LU2144244 – LU2144273 | |
| 2683. | Price Guide | | | LU2823806 – LU2823829 | |
| 2684. | R. Lau and P. Fleischer, "Synchronous Residual Time Stamp for Timing Recovery in BISDN," Patent Submission – Lab 213 | | 2/28/92 | BEL045388 – BEL045411 | DePinho Exh. 053 |

48

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2685. | Patent Authorization Form for P. Fleischer and C. Lau | | 10/29/92 | TELC0278560 – TELC0278562 | |
| 2686. | Bylaws of the ATM Forum | | 8/25/93 | CSC00698-0210 – CSC00698-0232 | |
| 2687. | G. Fedorkow, Statement Against the Motion to Forward the CES Spec | | 4/13/95 | BEL033919 | Garrett Exh. 009 |
| 2688. | V. Anthony Mid-Year Performance Feedback Points | | 10/10/03 | TELC0300831 – TELC0300832 | Anthony Exh. 003 |
| 2689. | Price Guide P-29, V2 – PSAX I/O Modules Supporting CES | | 5/5/05 | LU2144235 – LU2144240 | Zhou Exh. 023 |
| 2690. | R. Lucky and S. Moyer et al., "Is Research Profitable? A Five Year Study of Telcordia's Applied Research Unit" | | | TELC0311200 – TELC0311209 | |
| 2691. | Charts, Summaries, and/or Calculations of Voluminous Material, including Financial and Sales Records, Pursuant to Federal Rule of Evidence 1006 | | | | |
| 2692. | Hausman Report Ex. 4: Royalty Base for '763 and '633 Patents | | | | |
| 2693. | Hausman Report Ex. 5: Sales to Customers that Purchased Modules Supporting SRTS Functionality | | | | |
| 2694. | Hausman Report Ex. 6: Tellabs '763 Royalty Offer Analysis | | | | |
| 2695. | Hausman Report Ex. 8: Reasonable Royalty Damages | | | | |
| 2696. | 60-Port Channelized T1/E1 Circuit Emulation Module for the CBX 500 and CBX 3500 Multiservice Switches | | | TELC2945859 – TELC2945860 | |
| 2697. | GX 550 ES DS3 Transport | | | LU1774945 – LU1775004 | |
| 2698. | Patent News from the April Forum Meeting re: SRTS Patent and Stratacom Patent Nos. 5,313,454 and 5,317,562 | | | CSC00246-1981 – CSC00246-1982 | Fedorkow Exh. 007 |

49

Defendants' Trial Exhibit List

| Def. Exh. No. | Title/Description | Objections | Doc. Date | Bates Nos. | Source |
|---|---|---|---|---|---|
| 2699. | Telcordia Technologies, Inc. Royalty Compliance Investigation re: Patent License Agreement between Telcordia Technologies, Inc. and Fujitsu Limited Relating to ATM Equipment | | 1/25/01 | TELC0278166 – TELC0278174 | |
| 2700. | Cisco MGX 8800 Series Chassis and Cards (e.g., MPSM-8-T1#1 Card, PXM1E-8-155 Card, FRSM-8T1 Card and/or AUSM-8T1/B Card) | | | | |

50

# EXHIBIT B

DePinho78

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer) (... Page 1 of 46

**EDGAR**Online

**New Users - Try EDGAR Online for 2 Days - only $9.95!**
**Existing EDGAR Online Users - Login**

| Home | Filings | Profile | Financials | Ownership | Global | IPO's | Transcripts |

People Search | My Searches and Alerts | My Folders              | SEARCH |          | Filings

 NEW **more content**                                    **Do you need a Patent?**
                                                                Don't let this Opportunity pass by! Vi
                                                   CLICK HERE   for a Free Inventors Kit
                                                                       Ads by Goo

MARCONI CORP PLC
Form 20-F  Filing Date 11/7/2005 Jump to : -- Use Sections To Navigate Through The Document --

Exhibit 4.11

CONFIDENTIAL--RESTRICTED ACCESS

PATENT LICENSE AGREEMENT

Between

TELCORDIA TECHNOLOGIES, INC.

and



CSCO 0643-0029

DePinho79

MARCONI CORP PLC – MRCIF Annual and Transition Report (foreign private issuer) (... Page 2 of 46

MARCONI COMMUNICATIONS, INC.

and

MARCONI CORPORATION PLC

TELCORDIA AND LICENSEE-RESTRICTED ACCESS

This document contains proprietary information that shall be distributed, routed, or made available only within

TELCORDIA and LICENSEE, except with written permission of TELCORDIA and

LICENSEE.

TABLE OF CONTENTS

ARTICLE I-DEFINITIONS

ARTICLE II-GRANT OF LICENSE

CSCO 0643-0030

DePinho80

MARCONI CORP PLC – MRCIF Annual and Transition Report (foreign private issuer) (... Page 3 of 46

ARTICLE III - COVENANT NOT TO SUE

ARTICLE IV-RELEASE FOR PAST INFRINGEMENT

ARTICLE V-LICENSEE'S ACKNOWLEDGEMENTS

ARTICLE VI-DISCLAIMER, LIMITED WARRANTY, LIMITATION OF LIABILITY

ARTICLE VII-PATENT MARKING, AGREEMENT NOT TO CHALLENGE

ARTICLE VIII-TERM, WAIVER OF BREACH

ARTICLE IX-AFFILIATES AND SUBLICENSED PERSONS OR ENTITIES

ARTICLE X-GENERAL PROVISIONS

SIGNATORIES

See confidential restrictions on title page.

i

CSCO 0643-0031

**DePinho81**

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer) (... Page 4 of 46

**PATENT LICENSE AGREEMENT**

This agreement (the "License Agreement") is between TELCORDIA TECHNOLOGIES, INC., a Delaware corporation ("TELCORDIA"), having an office at One Telcordia Drive, Piscataway, New Jersey 08854, MARCONI COMMUNICATIONS, INC., a Delaware corporation ("LICENSEE"), having an office at 3000 Marconi Drive, Warrendale, Pennsylvania 15086, and MARCONI CORPORATION PLC, a public limited company, organized under the laws of England and Wales ("PLC"), having an office at 34 Grosvenor Square, London W1K 2HD, United Kingdom. The License Agreement will become effective on the date of signature of the last of the Parties to sign, or on the date TELCORDIA receives the payment due it under a "Settlement Agreement" concurrently being executed by TELCORDIA and LICENSEE, whichever is later (the "Effective Date").

Whereas, TELCORDIA is the owner of various patents relating to Asynchronous Transfer Mode ("ATM") apparatus and methods;

Whereas, Bell Communications Research Corp., now TELCORDIA filed suits against FORE Systems, Inc. , predecessor of LICENSEE, for infringement of several of these patents; and

Whereas, in conjunction with the settlement of these suits pursuant to a concurrently executed Settlement Agreement, TELCORDIA has agreed to grant LICENSEE and its AFFILIATES a license under these patents and certain other patents;

Now, therefore, in consideration of the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and sufficiency of which

1

are hereby acknowledged, TELCORDIA, LICENSEE, and PLC (who may sometimes be referred to collectively as "Parties" or singly as "Party") agree as follows:

**Article I-Definitions**

CSCO 0643-0032

DePinho82

1.1.     As used herein, the following terms shall have the indicated meanings:

ATM EQUIPMENT means any apparatus designed for use in an ATM (Asynchronous Transfer Mode) packet switched telecommunications network for improving, controlling, switching, multiplexing, demultiplexing, modifying, or otherwise affecting digital signals received at the input to such apparatus.  ATM EQUIPMENT includes associated control software and all auxiliary apparatus involved in performing any of the functions stated in the preceding sentence and that are part of the ATM EQUIPMENT or are used to remotely control, analyze, monitor, maintain, or operate the ATM EQUIPMENT.  A SEMICONDUCTOR DEVICE alone does not constitute ATM EQUIPMENT, but ATM EQUIPMENT may include one or more SEMICONDUCTOR DEVICES as components.

TELCORDIA PATENTS means the patents and patent applications listed in Appendix A to this License Agreement, all continuations, divisions, or continuations-in-part of any of the listed patent applications or any of the applications on which the listed patents are based, all patents issuing from any of the foregoing applications, all reissues of any of the foregoing patents, and all foreign patents and patent applications corresponding to any of the foregoing.  In addition, TELCORDIA PATENTS includes any patent or patent application that is added to Appendix A pursuant to Section 6.3 of this License Agreement, all continuations, divisions, or continuations-in-part of any added patent application or any application on which any

2

added patent is based, all patents issuing from any of the foregoing applications, all reissues of any of the foregoing patents, and all foreign patents and patent applications corresponding to any of the foregoing.

LICENSED PRODUCT means any MARCONI PRODUCT the manufacture, use, sale, offer for sale, or import of which, but for the license granted under this License Agreement, would infringe a claim of any TELCORDIA PATENT.  The Parties agree and acknowledge that subsumed within the statutory right to manufacture (or make) is the ability to design and have designed, and that subsumed within the statutory rights to sell or offer to sell is the ability to lease, have leased, lend, loan for evaluation or repair purposes, resell, export, and otherwise dispose of LICENSED PRODUCT(s).

LICENSED SERVICE means any design, operation, or maintenance services the practice of which, but for the license granted under this License Agreement, would infringe a claim of any TELCORDIA PATENT.

MARCONI DESIGN means plans, requirements, or specifications created (a) by

CSCO 0643-0033

LICENSEE or any of its AFFILIATES,  or (b) by a third-party design contractor
for LICENSEE or any of its AFFILIATES, that when followed result in the creation
of a product the manufacture, use, sale, offer for sale, or import of which, but
for the license granted under this License Agreement, would infringe a claim of
any TELCORDIA PATENT.  A MARCONI DESIGN shall also include any plans,
requirements, or specifications created by the combination of a MARCONI DESIGN
with the design of a

3

---

third party that results in a product that is a joint effort of MARCONI or any
of its AFFILIATES and such third party.

MARCONI PRODUCT means (a) a product, regardless of source of design, that is
made by LICENSEE or any of its AFFILIATES and sold under a brand of LICENSEE or
any of its AFFILIATES, (b) a product, regardless of source of design, that is
made by a third party for LICENSEE or any of its AFFILIATES and sold under a
brand of LICENSEE or any of its AFFILIATES, and (c) a product of a MARCONI
DESIGN that is made by or for LICENSEE or any of its AFFILIATES and sold by a
third party under a brand owned by such third party, provided that if the
product was made for LICENSEE or any of its AFFILIATES, the product cannot be
sold by the same third party who manufactured the product.

SEMICONDUCTOR DEVICE means a device consisting primarily of a body of single
semiconductive material or plurality of semiconductive materials and a plurality
of electrodes associated therewith, whether or not said body includes one or
more layers of other regions (constituting substantially less than the whole of
said body) of material or materials that are a type other than semiconductive
material.

AFFILIATE means any person or entity that, on the Effective Date, directly or
indirectly, controls, is under common control with, or is controlled by a Party,
where the term "control" and cognates thereof means (a) with respect to a
corporation, the right to exercise, directly or indirectly, more than 50% of the
voting rights attributable to the shares of the corporation, or (b) with respect
to any person other than a corporation, the possession, directly or indirectly,
of the power to direct or cause the direction of the

4

---

CSCO 0643-0034

DePinho84

management or policies of the person; provided, however, if, after the Effective Date, LICENSEE or any of its AFFILIATES is reorganized or restructured to form one or more new entities that did not exist on or before the Effective Date, and the new entity(ies) satisfies(y) the definition of "AFFILIATE" above, the new entity(ies) will be AFFILIATE(S) under this License Agreement.

IMPROVEMENT means a modification, enhancement, update, or upgrade of a LICENSED PRODUCT that is covered by a claim of a TELCORDIA PATENT.

### Article II-Grant of License

2.1.    (a)    In consideration for and subject to all the terms and conditions of this License Agreement and the Settlement Agreement, TELCORDIA hereby grants to LICENSEE and its AFFILIATES a paid-up, royalty-free, worldwide, nonexclusive, and irrevocable license under the TELCORDIA PATENTS (including any patent or patent application added pursuant to Section 6.3 below) to do the following: (i) to use, make, have made, and import LICENSED PRODUCT(s); (ii) to offer to sell and sell, directly or through distributors and resellers, LICENSED PRODUCT(s), but excluding SEMICONDUCTOR DEVICES; (iii) to make, have made, use, and import SEMICONDUCTOR DEVICES solely for use or sale as a component of such LICENSED PRODUCT(s), without limiting the rights granted in the immediately following Section 2.1(a)(iv); (iv) to make, have made, offer to sell, and sell SEMICONDUCTOR DEVICES to Hewlett-Packard France pursuant to the "Product Development Agreement," effective May 1, 1995, between FORE and Hewlett-Packard France solely for the inclusion of such SEMICONDUCTOR DEVICES in Network

5

Interface Cards (NIC) made and sold by Hewlett-Packard; (v) to use LICENSED PRODUCT(s) solely within LICENSEE and its AFFILIATES to operate an internal private network (i.e., a network in which any communication requires at least one participant from LICENSEE or its AFFILIATES); and (vi) to offer for sale, sell, practice, and have practiced (directly or through a third party contractor) LICENSED SERVICES for LICENSEE's or any of its AFFILIATES' customers. If, after the Effective Date, LICENSEE or any of its AFFILIATES desires to enter into a contract to sell to one or more third parties SEMICONDUCTOR DEVICES that qualify as LICENSED PRODUCTS under this License Agreement, TELCORDIA agrees to negotiate in good faith with LICENSEE or the AFFILIATE to arrive at a reasonable royalty rate to be paid for the sale of the SEMICONDUCTOR DEVICES under the contract, provided that any such grant of a license to SEMICONDUCTOR DEVICES is not inconsistent either with representations TELCORDIA has made to other potential licensees regarding TELCORDIA's licensing

CSCO 0643-0035

**DePinho85**

program or with representations TELCORDIA has made to any standards bodies. The parties agree and acknowledge that subsumed within the statutory right to manufacture (or make) is the ability to design and have designed, and that subsumed within the statutory rights to sell or offer to sell is the ability to lease, have leased, lend, loan for evaluation or repair purposes, resell, export, and otherwise dispose of products in accordance with the license granted above.

(b)      LICENSEE and its AFFILIATES acknowledge and agree that, notwithstanding the license granted in Section 2.1(a), they have no right or license, under either this License Agreement or the TELCORDIA PATENTS (including any patent or

6

patent application added pursuant to Section 6.3 below), to do any of the following:   (i) to grant a sublicense to anyone other than as set forth in

Section 2.2 (for the avoidance of doubt, this restriction on sublicensing does not affect any right to have made LICENSED PRODUCTS as granted in Section 2.1);

(ii) to offer to sell or sell any SEMICONDUCTOR DEVICE which is covered by a TELCORDIA PATENT except as an integrated component of a LICENSED PRODUCT made by or for LICENSEE or any of its AFFILIATES, except as provided in Section 2.1(a)(iv); (iii) to make, have made, offer to sell, sell, or import ATM EQUIPMENT covered by a TELCORDIA PATENT that is not a MARCONI PRODUCT ("UNLICENSED ATM EQUIPMENT"); (iv) to use, or to authorize others to use, UNLICENSED ATM EQUIPMENT, alone or in combination with LICENSED PRODUCTS, to practice a method claimed in the TELCORDIA PATENTS; (v) to convey to LICENSEE's customers for LICENSED SERVICES any right to use UNLICENSED ATM EQUIPMENT, by itself or in combination with LICENSED PRODUCTS, provided, however, that nothing in this exclusion is meant to limit the scope of the covenant not to sue in

Section 3.1 as it relates to customers (mediate and immediate), including authorized resellers, distributors, and end-users; (vi) to operate an ATM network for lease by third parties, provided, however, that nothing in this exclusion is meant to limit the scope of the rights expressly licensed in Sections 2.1(a)(v) and 2.1(a)(vi); and (vii) to convey in conjunction with the sale or other disposition of a LICENSED PRODUCT, or to otherwise provide anyone acquiring LICENSED PRODUCTS from LICENSEE or any of its AFFILIATES, including customers (mediate and immediate), authorized resellers, distributors, and end-users, any

7

CSCO 0643-0036

**DePinho86**

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer) (... Page 9 of 46

right to use such LICENSED PRODUCTS in combination with UNLICENSED ATM
EQUIPMENT, wherein the combination or the operation of the combination results
in infringement of any TELCORDIA PATENT, provided, however, that nothing in this
exclusion is meant to limit the scope of the covenant not to sue in Section 3.1
as it relates to customers (mediate and immediate), including authorized
resellers, distributors, and end-users.

2.2      (a)      In addition to the license provided in Section 2.1, TELCORDIA
hereby grants LICENSEE and its AFFILIATES the right to grant a sublicense to (1)
any person or entity that acquires from LICENSEE or an AFFILIATE of LICENSEE one
or more "PRODUCT LINES" of LICENSED PRODUCTS, where "PRODUCT LINE" means the
exact product being acquired and all of its configurations, and (2) any person
or entity that, in conjunction with the acquisition of an AFFILIATE licensed
under this License Agreement, also acquires such AFFILIATE's PRODUCT LINE(s) of
LICENSED PRODUCTS, provided (i) the sublicense does not grant rights to the
sublicensed person or entity with respect to any products made, used, or sold,
or activities of the sublicensed person or entity performed, prior to the date
of the sublicense, (ii) the sublicense does not grant rights with respect to any
ATM EQUIPMENT made, used, or sold by the sublicensed person or entity other than
the LICENSED PRODUCTS in the PRODUCT LINE(s) acquired from LICENSEE or any of
its AFFILIATES, (iii) LICENSEE and its AFFILIATES cease production or sale in
North America of the LICENSED PRODUCTS in the acquired PRODUCT LINE(s); and (iv)
the sublicense is granted by a written agreement.  Each sublicense granted by
LICENSEE, or an

8

AFFILIATE of LICENSEE, will be in writing and will include all relevant terms of
this License Agreement, and LICENSEE will provide TELCORDIA with notice of the
grant of any sublicense by LICENSEE or one of its AFFILIATES, the notice
including the name of the sublicensed person or entity, provided that TELCORDIA
must keep the existence and identity of the sublicensed person or entity
confidential.   A sublicensee may assign the sublicense it has received pursuant
to this Section 2.2(a) to a successor in interest to the entire PRODUCT LINE(s),
and each successor in interest may assign its sublicense to a subsequent
successor in interest to the entire PRODUCT LINE(s).

(b)      If LICENSEE grants a sublicense to a party identified in Appendix B in
conjunction with the sale to that party of a PRODUCT LINE of LICENSED PRODUCTS,
in addition to the requirements of Section 2.2(a), the sublicense agreement must
include a provision that expressly limits the volume of licensed sales by the
sublicensed party of the LICENSED PRODUCTS in the acquired PRODUCT LINE and
IMPROVEMENTS thereto, in any twelve-month period, to the highest volume of sales
of such LICENSED PRODUCTS by the LICENSEE or AFFILIATE of LICENSEE that disposed
of the PRODUCT LINE in any twelve-month period during the five years immediately

CSCO 0643-0037

DePinho87

preceding the Effective Date of this Agreement, plus the sublicensed party may grow the acquired PRODUCT LINE and IMPROVEMENTS thereto under this Agreement at a rate not to exceed fifteen percent (15%) annually.  However, TELCORDIA agrees that where a sublicense has been granted to a party identified in Appendix B, TELCORDIA will negotiate in good faith with that party to arrive at a reasonable royalty rate to be paid by the sublicensed party with respect to the products it

9

---

sells in excess of the maximum amount permitted under this Section.  A sublicensee may assign the sublicense it has received pursuant to this Section 2.2(b) to a successor in interest to the entire PRODUCT LINE(s), and each successor in interest may assign its sublicense to a subsequent successor in interest to the entire PRODUCT LINE(s).

(c)     If LICENSEE grants a sublicense in conjunction with the sale to a person or entity of a PRODUCT LINE of LICENSED PRODUCTS, in addition to the requirements of Section 2.2(a), such sublicense agreement must expressly limit the license right to the specific LICENSED PRODUCTS in the PRODUCT LINE that is sold and IMPROVEMENTS of the PRODUCT LINE.  IMPROVEMENTS within the scope of any sublicense may not contain UNLICENSED ATM EQUIPMENT that was in the possession of the sublicensed person or entity prior to the effective date of the sublicense.

(d)     As of the Effective Date of this License Agreement, TELCORDIA hereby directly grants to Advanced Fibre Access Corporation ("AFAC") in connection with the conduct by AFAC of the North American Access business acquired by AFAC from LICENSEE, a paid-up, royalty-free, worldwide, nonexclusive, and irrevocable license of the same scope and duration as that granted to LICENSEE and its AFFILIATES in Section 2.1(a) above, subject to the limitations set forth in Sections 2.1(b), 2.2(a) and 2.2(c) above, associated with the acquisition by AFAC of LICENSEE's PRODUCT LINE(s) made and sold by LICENSEE's North American Access business.

Article III-Covenant Not to Sue

3.1.     TELCORDIA covenants not to sue LICENSEE or its AFFILIATES under any TELCORDIA PATENT (including any patent or patent application added pursuant to

10

CSCO 0643-0038

DePinho88

Section 6.3 below) (a) for infringement based on designing, having designed, making, having made, using, offering for sale, selling, having sold, leasing, having leased, exporting, importing, loaning for evaluation or repair purposes, or otherwise disposing of LICENSED PRODUCTS in accordance with the terms of this License Agreement, (b) for infringement based on offering for sale, selling, and practicing LICENSED SERVICES, and (c) for infringement (including direct, induced, or contributory infringement) of any of the TELCORDIA PATENTS based on

(i) the use or operation by third parties of LICENSED PRODUCTS acquired, directly or indirectly, from LICENSEE or any of its AFFILIATES, or (ii) the lease, sale, offer for sale, or other disposal by third parties of LICENSED PRODUCT(s) acquired, directly or indirectly, from LICENSEE or any of its AFFILIATES, or (iii) the sale, offer for sale, or practice of LICENSED SERVICES by third parties on behalf of LICENSEE or any of its AFFILIATES. TELCORDIA also covenants not to sue the customers (mediate and immediate) of LICENSEE or its AFFILIATES, including authorized resellers, distributors, and end-users, under any TELCORDIA PATENTS (including any patent or patent application added pursuant to Section 6.3 below) for the customer's use, sale, offer for sale, export, import, or other disposal of the LICENSED PRODUCTS(s) manufactured and sold or distributed in accordance with this License Agreement by or for LICENSEE or any of its AFFILIATES, provided, however, that TELCORDIA may assert TELCORDIA PATENTS where such customers employ LICENSED PRODUCTS in ATM networks in combination with ATM EQUIPMENT that is not licensed by TELCORDIA to practice any invention covered by one or more claims of a TELCORDIA PATENT.  For the sake of clarity, in the event

11

TELCORDIA asserts a TELCORDIA PATENT against a customer who uses LICENSED PRODUCTS in combination with UNLICENSED ATM EQUIPMENT, TELCORDIA will not seek damages for the use of, nor will it seek to enjoin the use of, the LICENSED PRODUCTS.

**Article IV-Release for Past Infringement**

4.1.    (a)    In consideration of TELCORDIA's receipt of the payment made to it by LICENSEE under Paragraph 1 of the Settlement Agreement, TELCORDIA, on

CSCO 0643-0039

DePinho89

behalf of itself and its parents, subsidiaries, and AFFILIATES, and its and
their officers, directors, agents, employees, successors, and assigns, forever
releases and discharges LICENSEE and its present and former parents,
subsidiaries, and AFFILIATES, and its and their officers, directors, agents,
employees, successors, and assigns, from all past and present claims,
liabilities, or damages of whatever form, known or unknown, matured or
unmatured, based in any way on any of the TELCORDIA PATENTS (including any
patent or patent application added pursuant to Section 6.3 below), as well as
all continuations, divisions, or continuations-in-part of any application on
which any such patent is based, all patents issuing from any of the foregoing
applications, all reissues of the foregoing patents, and all foreign patent and
patent applications corresponding to any of the foregoing, that occurred before
the Effective Date of this License Agreement.  In consideration of TELCORDIA's
receipt of the payment made to it by LICENSEE under Paragraph 1 of the
Settlement Agreement, TELCORDIA, on behalf of itself and its parents,
subsidiaries, and AFFILIATES, and its and their officers, directors, agents,
employees, successors, and assigns, forever releases and discharges LICENSEE's

12

resellers, distributors, and customers (mediate and immediate) from all past and
present claims, liabilities, or damages of whatever form, known or unknown,
matured or unmatured, based in any way on any of the TELCORDIA PATENTS
(including any patent or patent application added pursuant to Section 6.3
below), as well as all continuations, divisions, or continuations-in-part of any
application on which any such patent is based, all patents issuing from any of
the foregoing applications, all reissues of the foregoing patents, and all
foreign patent and patent applications corresponding to any of the foregoing,
due to the manufacture, importation, use, lease, sale, or offering to sell of
any MARCONI PRODUCT that was manufactured, imported, leased, sold, or first put
into use by LICENSEE or any of its AFFILIATES before the Effective Date of this
License Agreement.  The release provided in this Section also applies to all
claims and counterclaims that were asserted or could have been asserted against
LICENSEE in the infringement actions dismissed pursuant to the Settlement
Agreement (the "Infringement Actions").

(b)      In consideration of TELCORDIA's receipt of the payment made to it by
LICENSEE under Paragraph 1 of the Settlement Agreement, TELCORDIA, on behalf of
itself and its parents, subsidiaries, and AFFILIATES, and its and their
officers, directors, agents, employees, successors, and assigns, forever
releases and discharges (1) LICENSEE and its present and former parents,
subsidiaries, and AFFILIATES, and its and their officers, directors, agents,
employees, successors, assigns, and customers, (2) RFL Electronics, Inc., with
offices at 353 Powerville Road, Boonton Township, NJ 07005, and its present and
former parents, subsidiaries, and AFFILIATES, and its and

13

CSCO 0643-0040

their officers, directors, agents, employees, successors, assigns, and customers, and (3) Positron Technologies Inc. and Positron, Inc., with offices at 5101 Rue Buchan, Montreal, Quebec H4P 2R9, and their present and former parents, subsidiaries, and AFFILIATES, and each of their officers, directors, agents, employees, successors, assigns, and customers, from all past and present claims, liabilities, or damages of whatever form, known or unknown, matured or unmatured, based in any way on U.S. Patent No. 4,835,763 ("the '763 patent"), as well as all continuations, divisions, or continuations-in-part of the application on which the '763 patent is based, all patents issuing from any of the foregoing applications, all reissues of the '763 patent or any patent issuing from any of the foregoing applications, and all foreign patent and patent applications corresponding to any of the foregoing, that occurred before the Effective Date of this License Agreement, but only to the extent such claims, liabilities, or damages are made or asserted against product(s) and/or service(s) covered by the rights and licenses granted in the "Intellectual Property License and Asset Sale Agreement" between LICENSEE, Marconi Communications Optical Networks Corp., and Positron, Inc., effective March 14, 2003 (the "Positron Agreement"). Further, in consideration of TELCORDIA's receipt of the payment made to it by LICENSEE under Paragraph 1 of the Settlement Agreement, TELCORDIA, on behalf of itself and its parents, subsidiaries, and AFFILIATES, and its and their officers, directors, agents, employees, successors, and assigns, forever releases and discharges the customers (mediate and immediate) of (1) LICENSEE or any of its AFFILIATES, (2) RFL Electronics, Inc., with offices at 353 Powerville Road, Boonton Township, NJ 07005, and (3) Positron Technologies Inc. and

14

Positron, Inc., with offices at 5101 Rue Buchan, Montreal, Quebec H4P 2R9, from all claims, liabilities, or damages of whatever form, known or unknown, matured or unmatured, based in any way on U.S. Patent No. 4,835,763 ("the '763 patent"), as well as all continuations, divisions, or continuations-in-part of the application on which the '763 patent is based, all patents issuing from any of the foregoing applications, all reissues of the '763 patent or any patent issuing from any of the foregoing applications, and all foreign patent and patent applications corresponding to any of the foregoing, where any of the claims, liabilities, or damages are based on the use or purchase on or after the Effective Date of this License Agreement of a product sold, leased, or otherwise provided to such a customer, indirectly or directly, by any entity covered by items (1), (2), and/or (3) of this sentence, but only to the extent such claims, liabilities, or damages are made or asserted against product(s) and/or service(s) covered by the rights and licenses granted in the Positron Agreement.

CSCO 0643-0041

DePinho91

4.2.    With respect to any sublicenses granted in accordance with Section 2.2, in no event will the sublicensed person or entity be released from any liability arising from the manufacture, importation, use, lease, sale, or offering for sale of devices, or practice of methods, prior to the effective date of the sublicense agreement.

15

_____

Article V-LICENSEE's Acknowledgements

5.1.    LICENSEE acknowledges:

(a) that this License Agreement will not become effective until LICENSEE has paid TELCORDIA a total of twenty-one million U.S. dollars ($21,000,000) in the manner provided in Paragraph 1 of the Settlement Agreement; and

(b) that the consideration for LICENSEE's agreement to pay TELCORDIA this amount ($21,000,000) includes the settlement and dismissal with prejudice of the Infringement Actions as well as the rights granted to LICENSEE and its AFFILIATES under this License Agreement (including, but not limited to, the license rights, covenant not to sue, and release provided in Articles II to IV of this License Agreement).

Article VI-Disclaimer, Limited Warranty, Limitation of Liability

6.1.    Nothing contained in this License Agreement shall be construed as:

(a)    requiring TELCORDIA to maintain any TELCORDIA PATENT in force (although TELCORDIA agrees to notify LICENSEE on or before the first day of each calendar year of any TELCORDIA PATENT abandoned or declared invalid during the preceding year);

(b)    a warranty or representation by TELCORDIA as to the validity or scope of any TELCORDIA PATENT;

(c)    a warranty or representation by TELCORDIA that any manufacture, offer

CSCO 0643-0042

DePinho92

for sale, sale, lease, use, or importation of LICENSED PRODUCTS,

16

---

or performance of LICENSED SERVICES, will be free from infringement of patents or other intellectual property rights other than the TELCORDIA PATENTS (although TELCORDIA will notify LICENSEE if any TELCORDIA patent is declared invalid);

(d)      any agreement by or obligation on either Party to bring or prosecute actions or suits against third parties for infringement;

(e)      conferring any right to use, in advertising, publicity, or otherwise, any name, trade name, trademark, or service mark of either Party, or any contraction, abbreviation, or simulation thereof;

(f)      an obligation on either Party to furnish any information or services;

(g)      conferring by implication, estoppel, or otherwise any license or other right under any patent or other intellectual property rights, except as expressly granted herein (meaning that, among other things, no license is being granted under any patent except the TELCORDIA PATENTS, and no license is being granted for any product other than a LICENSED PRODUCT, or for any service other than a LICENSED SERVICE);

(h)      any arrangement or understanding that either Party will make any purchase, lease, examination, or test of, or give any approval with respect to, any product, including ATM EQUIPMENT; or

(i)      an obligation on TELCORDIA to make any determination as to the applicability of any TELCORDIA PATENT to any product, including ATM EQUIPMENT, or to any service.

17

---

6.2.      (a)      TELCORDIA warrants (i) that it owns exclusive title in and to the TELCORDIA PATENTS (including any patent or patent application added pursuant

CSCO 0643-0043

Case 1:04-cv-00875-GMS    Document 316    Filed 03/01/2007    Page 75 of 146

to Section 6.3 below), (ii) that, to the best of TELCORDIA's knowledge after reasonable inquiry, Appendix A contains all patent and patent applications owned by TELCORDIA or its AFFILIATES as of the Effective Date that claim ATM EQUIPMENT or ATM method(s) or process(es), and (iii) that it has the right to enter into this License Agreement and to grant the licenses granted in this License Agreement.

(b)    LICENSEE warrants that it has the right to enter into this License Agreement.

(c)    TELCORDIA makes no representations, extends no warranties of any kind other than those set forth in Section 6.2(a), and assumes no responsibility or liability whatsoever with respect to the manufacture, offer for sale, sale, lease, use, or importation of any LICENSED PRODUCT or any portion thereof, or to the performance of any LICENSED SERVICE.

(d)    THE FOREGOING WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE, EVEN IF TELCORDIA OR LICENSEE HAS BEEN MADE AWARE OF SUCH PURPOSE, AND THE WARRANTY AGAINST INFRINGEMENT OF THIRD PARTY PATENTS OR OTHER INTELLECTUAL PROPERTY RIGHTS.

18

(e)    IN NO EVENT SHALL EITHER PARTY BE LIABLE FOR ANY INDIRECT DAMAGES, INCLUDING ANY LOST PROFITS OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES OR SPECIAL DAMAGES, ARISING OUT OF THIS LICENSE AGREEMENT, INCLUDING THE USE OR INABILITY TO USE ANY ATM EQUIPMENT OR ANY TELCORDIA PATENT. EXCEPT FOR ANY WILLFUL BREACH OF SECTION 2.1 ABOVE, NEITHER PARTY'S LIABILITY UNDER THIS LICENSE AGREEMENT, IF ANY, SHALL EXCEED THE PAYMENT RECEIVED PURSUANT TO PARAGRAPH 1 OF THE SETTLEMENT AGREEMENT.

6.3    TELCORDIA will consider any request by LICENSEE or any of its AFFILIATES to add to Appendix A other patents or patent applications claiming ATM EQUIPMENT or ATM method(s) or process(es) owned by TELCORDIA or any of its AFFILIATES as of the Effective Date.  If it receives such a request, TELCORDIA will determine, acting promptly and in good faith, whether the patent or patent application in question should have been included in Appendix A, and will promptly notify LICENSEE and PLC whether the patent or patent application will be added to Appendix A.  TELCORDIA also agrees that, even without a request by LICENSEE or any of its AFFILIATES, it has an affirmative duty to ensure that Appendix A includes all patent and patent applications owned by TELCORDIA or any of its AFFILIATES as of the Effective Date that claim ATM EQUIPMENT or ATM method(s) or process(es).  Accordingly, if TELCORDIA discovers at any time that a patent or patent application should have been included in Appendix A, but was mistakenly or otherwise omitted,

CSCO 0643-0044

DePinho94

19

TELCORDIA will promptly add the patent or patent application to Appendix A and promptly notify LICENSEE and PLC of the addition.  LICENSEE understands that the only patents and patent applications covered by this Section are those that should have been included but were mistakenly or otherwise omitted, and also that TELCORDIA will have no obligation to add to Appendix A any patents that do not claim ATM EQUIPMENT or ATM method(s) or process(es).

Article VII-Patent Marking, Agreement Not to Challenge

7.1.     LICENSEE shall mark, and PLC will cause LICENSEE's AFFILIATES to mark, all LICENSED PRODUCTS made, offered for sale, sold, leased, imported, or put into use in the U.S. with the numbers of the applicable TELCORDIA PATENT(s) in accordance with applicable U.S. laws.  For the avoidance of doubt, LICENSEE and its AFFILIATES may mark manuals or product literature accompanying LICENSED PRODUCTS under circumstances where such marking is legally sufficient.

7.2.     (a)     LICENSEE will not challenge or cause to be challenged, directly or indirectly, and PLC will cause LICENSEE's AFFILIATES not to challenge or cause to be challenged, directly or indirectly, the validity or enforceability of any TELCORDIA PATENT in any court or tribunal (including, but not limited to, the District Court for the District of Delaware and the United States Patent and Trademark Office).

(b)     LICENSEE acknowledges and agrees that the payment required under Paragraph 1 of the Settlement Agreement must be made, and that reimbursement of that payment cannot be sought, regardless of any subsequent holding of invalidity or unenforceability of any TELCORDIA PATENT.

20

CSCO 0643-0045

**DePinho95**

**Article VIII-Term, Waiver of Breach**

8.1.     This License Agreement shall become effective on the Effective Date and shall endure until the expiration of the last to expire of the TELCORDIA PATENTS.

8.2.     No waiver of any breach of, or default under, this License Agreement shall constitute a waiver of any prior, concurrent, or subsequent breach of, or default under, this License Agreement, and no waiver shall be effective unless made in writing and signed by an authorized representative of the Party against whom the waiver is sought to be enforced.

**Article IX-AFFILIATES and Sublicensed Persons or Entiti**

9.1.     PLC will be responsible for ensuring that any AFFILIATE of LICENSEE exercising any right under this License Agreement complies with the terms and conditions of this License Agreement.

9.2.     LICENSEE understands that the rights granted in this License Agreement to any sublicensed person or entity as part of any sublicense agreement granted pursuant to Section 2.2 of this License Agreement are conditioned upon the agreement of the sublicensed person or entity to abide by the applicable terms of the License Agreement, and that no sublicensed person or entity will receive any rights under this License Agreement until the sublicensed person or entity has (a) agreed in writing to be bound by all of the License Agreement's terms that apply either to sublicenses or to sublicensed persons or entities (including, but not limited to, Sections 2.2, 4.2, 7.1, and 7.2(a) (provided that a sublicensee is bound by Section 7.2(a) only as to acquired PRODUCT LINE(s) and may challenge the validity and enforceability of any TELCORDIA PATENT

21

that TELCORDIA asserts against any other product or any service of the sublicensee)), and (b) a copy of that written agreement has been provided to TELCORDIA.

CSCO 0643-0046

### DePinho96

**Article X-General Provisions**

10.1.    Neither this License Agreement nor the licenses or obligations hereunder shall be assignable or transferable (in insolvency proceedings, by merger, by operation of law, by purchase, or otherwise) by LICENSEE or its AFFILIATES, except as otherwise provided herein, without the prior written consent of TELCORDIA, which consent will not be unreasonably withheld or delayed. Notwithstanding the preceding sentence, LICENSEE, without prior approval of TELCORDIA, may assign this License Agreement to a successor in interest to the entire, or substantially the entire, business related to ATM EQUIPMENT of LICENSEE and its AFFILIATES. Any such assignment shall not expand the scope of the license granted, and the assignee's license rights will be limited to the products of the LICENSEE and its AFFILIATES that are part of the assigned business and IMPROVEMENTS of such products, provided, however, that such IMPROVEMENTS may not contain any UNLICENSED ATM EQUIPMENT that was in existence as of the effective date of the assignment. Any purported assignment or transfer without such written consent, other than as set forth above, shall be void. In no event, however, shall the release granted in Article IV of this License Agreement run in favor of any person, corporation, or entity other than LICENSEE and its AFFILIATES, except to the extent a sublicense is granted pursuant to Section 2.2, in which case the release granted in Article IV will run in favor of the sublicensed person or entity solely with

22

respect to the acquired PRODUCT LINE (pursuant to Section 2.2(a)(1)) or solely with respect to the acquired AFFILIATE (pursuant to Section 2.2(a)(2)).

10.2.    If TELCORDIA assigns, transfers, or conveys title to any TELCORDIA PATENT to any third party, TELCORDIA will advise such third party that the TELCORDIA PATENT is subject to the rights granted in this License Agreement.

10.3.    Neither Party shall, without written permission of the other Party, use in advertising, publicity, packaging, labeling, or otherwise any trade name, trademark, trade device, service mark, symbol, or other identification, abbreviation, contraction, or simulation thereof associated with the other Party to identify its products or services.

10.4.    Any notice pursuant to this License Agreement shall be in writing, shall be made by one of the following methods, and shall be deemed given as indicated:  (a) by hand delivery or facsimile, in which case notice will be deemed given on the date of hand delivery or facsimile; (b) by overnight

CSCO 0643-0047

courier, in which case notice will be deemed given one (1) day after the date it
was sent; and (c) by registered or certified mail (return-receipt requested,
postage-prepaid), in which case notice will be deemed given ten (10) days after
the date it was mailed.  The following addresses and facsimile numbers shall be
used:


TELCORDIA address:    Mr. Joseph Giordano
Corporate Vice President-
Deputy General Counsel
Telcordia Technologies, Inc.
One Telcordia Drive

RRC5J100


                                        Piscataway, NJ 08854


TELCORDIA's facsimile:   (732) 336-6005


                                        23


LICENSEE's address:    Marconi Communications, Inc.
General Counsel-Americas
3000 Marconi Drive
Warrendale, PA 15086


LICENSEE's facsimile:   724-742-7654


PLC's address:         Marconi Corporation plc
General Counsel/Company Secretary
34 Grosvenor Square
London W1K 2HD

United Kingdom


PLC's facsimile:       44-207-409-7748


Either Party hereto may change its address or facsimile number by providing
written notice to the other Party pursuant to this Section.

CSCO 0643-0048

DePinho98

10.5.    There may be countries in which LICENSEE may have, as a consequence of this License Agreement, rights against infringers of any TELCORDIA PATENT. LICENSEE hereby expressly waives any such right it may have by reason of the infringement or alleged infringement of any such TELCORDIA PATENT.

10.6.    If any provision or portion of a provision of this License Agreement shall be held invalid or unenforceable, the remainder of this License Agreement shall not be affected thereby and the remaining terms shall continue in effect and be binding on the Parties, provided such invalid provision or portion is not a material right or obligation under this License Agreement.

10.7.    This License Agreement (a) is binding upon the Parties only on and after its Effective Date, and (b) with the Settlement Agreement, sets forth the entire agreement and understanding between the Parties as to the subject matter hereof and merges all prior discussions between them.  None of the Parties shall be bound by any warranties,

24

understandings, or representations with respect to such subject matter, other than as expressly provided in this License Agreement or as set forth on or subsequent to the execution of this License Agreement in a writing signed by an authorized representative of the Party to be bound by the writing.  This License Agreement may not be amended except in a writing signed by all the Parties.

10.8.    The construction and performance of this License Agreement shall be in accordance with the law of the State of Delaware, without regard to its conflict of laws principles.

10.9.    Except as provided in this License Agreement and the Settlement Agreement, this License Agreement, the Settlement Agreement, and any drafts of either Agreement ("the Confidential Information") shall be kept confidential by the Parties and their counsel, unless compelled by law to disclose them.  In the event that either Party is required by law to disclose any part of the Confidential Information (including in filings required by federal, state, or other government laws), or compelled by subpoena or other legal process to disclose Confidential Information, the Party so required to disclose shall promptly provide notice to the other Party so that it may seek an appropriate protective order and/or waive compliance with this confidentiality provision. The requirement of notice to the other Party will not apply to any obligation on TELCORDIA or LICENSEE or any of LICENSEE's AFFILIATES to report the settlement in any regulatory filing.  Nor shall the notice requirements apply to disclosures to any accountants, advisors, or purchasers, provided that the Party making such disclosures seeks confidential treatment

CSCO 0643-0049

DePinho99

25

by the recipient to the extent available.  Each Party may disclose this License Agreement to its AFFILIATES, subject to their agreement to the terms of this Section.

In Witness Whereof, each of the Parties has caused this License Agreement to be executed in duplicate originals by its duly authorized representatives on the respective dates entered below.

SIGNATORIES

For TELCORDIA TECHNOLOGIES, INC.:

By:

Name:

Title:

Date:

For MARCONI COMMUNICATIONS, INC.:

By:

Name:

Title:

Date:

CSCO 0643-0050

DePinho100

For MARCONI CORPORATION PLC:

By:

Name:

Title:

Date:

26

---

APPENDIX A TO LICENSE AGREEMENT

List of Telcordia's Issued U.S. ATM Patents and Pending US ATM Patent Applications and Associated Foreign Counterpart Applications

US Patent 4,706,080

Issued:  November 10, 1987

Interconnection of Broadcast Networks

Foreign Filing Status:  Issued in Canada, Germany, France, United Kingdom, Japan

US Patent 4,740,954

CSCO 0643-0051

DePinho101

Issued: April 26, 1988

Multicast Routing Algorithm

Foreign Filing Status:  None

US Patent 4,748,658

Issued: May 31, 1988

Architecture for Allocating Resources in a Telecommunications Network

Foreign Filing Status:  None

US Patent 4,761,780

Issued:  August 2, 1988

Enhanced Efficiency Batcher-Banyan Packet Switch

Foreign Filing Status:  Issued in Canada

US Patent 4,788,721

Issued:  November 29, 1988

Routing of Network Traffic

Foreign Filing Status:  Canada, Japan, Austria, Belgium, Switzerland and
Liechtenstein, Germany, France, United Kingdom, Italy, Luxembourg, Netherlands,

CSCO 0643-0052

**DePinho102**

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer...  Page 25 of 46

Sweden

US Patent 4,797,880

Issued:  January 10, 1989

Non-Blocking, Self-Routing Packet Switch

Foreign Filing Status:  None

US Patent 4,813,038

Issued:  March 14, 1989

Non-Blocking Copy Network for Multicast Packet Switching

Foreign Filing Status:  Issued in Canada, Germany, France, United Kingdom, Italy

US Patent 4,817,084

Issued:  March 28, 1989

Batcher-Banyan Packet Switch with Output Conflict Resolution Scheme

Foreign Filing Status:  None

APPENDIX B TO LICENSE AGREEMENT

CSCO 0643-0053

**DePinho103**

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer...   Page 26 of 46

CONFIDENTIAL-RESTRICTED ACCESS

1

US Patent 4,819,226

Issued:  April 4, 1989

Framer Circuit for Use in a DTDM Network

Foreign Filing Status:  None

US Patent 4,833,671

Issued:  May 23, 1989

DTDM Multiplexing Circuitry

Foreign Filing Status:  None

US Patent 4,833,673

Issued:  May 23, 1989

Time Division Multiplexer for DTDM Bit Streams

CSCO 0643-0054

DePinho104

Foreign Filing Status: None

US Patent 4,855,999

Issued: August 8, 1989

DTDM Multiplexer with Cross-Point Switch

Foreign Filing Status: None

US Patent 4,866,701

Issued: September 12, 1989

Packet Switch with Dynamic Allocation of Inputs

Foreign Filing Status: Issued in Canada

US Patent 4,870,641

Issued: September 26, 1989

Multichannel Bandwidth Allocation

Foreign Filing Status: Issued in Canada, Germany, France, United Kingdom, Italy, Netherlands, Sweden

US Patent 4,893,304

CSCO 0643-0055

**DePinho105**

Issued:  January 9, 1990

Broadband Packet Switch with Combined Queuing

Foreign Filing Status:  Issued in Canada

US Patent 4,893,306

Issued: January 9, 1990

Method and Apparatus For Multiplexing Circuit and Packet Traffic

Foreign Filing Status:  None

US Patent 4,910,730

Issued:  March 20, 1990

Batcher-Banyan Network

Foreign Filing Status:  None

2

US Patent 4,931,941

Issued: June 5, 1990

CSCO 0643-0056

DePinho106

**Adaptive Routing of Network Traffic**

Foreign Filing Status:  Issued in Canada, Germany, France, United Kingdom, Japan

US Patent 4,961,188

Issued:  October 2, 1990

**Synchronous Frequency Encoding Technique for Clock Timing Recovery in a Broadband Network**

Foreign Filing Status:  None

US Patent 5,007,070

Issued:  April 9, 1991

**Service Clock Recovery Circuit**

Foreign Filing Status:  None

US Patent 5,034,946

Issued:  July 23, 1991

**Broadband Concentrator for Packet Switch**

Foreign Filing Status:  None

CSCO 0643-0057

**DePinho107**

MARCONI CORP PLC – MRCIF Annual and Transition Report (foreign private issuer...  Page 30 of 46

US Patent 5,043,980

Issued:  August 27, 1991

Switching Cell for Packet Switching Network

Foreign Filing Status:  None

US Patent 5,050,161

Issued:  Sept 17, 1991

Congestion Management Based on Multiple Framing Strategy

Foreign Filing Status:  Issued in Canada, Japan, Germany

US Patent 5,050,162

Issued:  Sept 17, 1991

Congestion Free Packet Network

Foreign Filing Status:  Issued in Canada, Germany, France, Japan, United
Kingdom, Netherlands

US Patent 5,121,383

Issued:  June 9, 1992

Duration Limited Statistical Multiplexing in Packet Networks

CSCO 0643-0058

**DePinho108**

Foreign Filing Status:  None

US Patent 5,124,978

Issued:  June 23, 1992

Grouping Network Based Non-Buffer Statistical Multiplexor

Foreign Filing Status:  None

3

US Patent 5,128,932

Issued:  July 7, 1992

Traffic Flow Control and Call Set-Up in Multi-Hop Broadband Networks

Foreign Filing Status:  None

US Patent 5,130,976

Issued:  July 14, 1992

Batcher and Banyan Switching Elements

CSCO 0643-0059

**DePinho109**

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer...   Page 32 of 46

Foreign Filing Status:  None

US Patent 5,130,984

Issued:  July 14, 1992

Large Fault Tolerant Packet Switch Particularly Suited for Asynchronous Transfer Mode (ATM) Communication

Foreign Filing Status:  None

US Patent 5,142,570

Issued:  August 25, 1992

Routing of Network Traffic Using Discrete Traffic Measurement Data

Foreign Filing Status:  Issued in Canada,  Japan, France, United Kingdom

US Patent 5,148,428

Issued:  September 15, 1992

Modular Architecture for Very Large Packet Switch

Foreign Filing Status:  None

US Patent 5,157,654

Issued:  Oct. 20, 1992

CSCO 0643-0060

DePinho110

MARCONI CORP PLC - MRCIF Annual and Transition Report (foreign private issuer...  Page 33 of 46

Technique for Resolving Output Port Contention in a High Speed Packet Switch

Foreign Filing Status:  None

US Patent 5,166,926

Issued:  November 24, 1992

Packet Address Look-Ahead Technique for Use in Implementing a High Speed Packet Switch

Foreign Filing Status:  None

US Patent 5,179,552

Issued:  January 12, 1993

Crosspoint Matrix Switching Element for a Packet Switch

Foreign Filing Status:  None

US Patent 5,191,578

Issued:  March 2, 1993

Packet Parallel Interconnection Network

Foreign Filing Status:  None

CSCO 0643-0061

**DePinho111**

4

US Patent 5,197,064

Issued:  March 23, 1993

Distributed Modular Packet Switch Employing Recursive Partitioning

Foreign Filing Status:  None

US Patent 5,204,882

Issued:  April 20, 1993

Service Clock Recovery for Variable Bit Rate Services

Foreign Filing Status:  None

US Patent 5,206,856

Issued:  April 27, 1993

Routing of Network Traffic

Foreign Filing Status:  None

US Patent 5,220,664

CSCO 0643-0062

DePinho112

Issued:  June 15, 1993

**Merging Network with Three or More Simultaneous Inputs**

Foreign Filing Status:  None

**US Patent RE36,633 (Reissue of US Patent 5,260,978)**

Issued: March 28, 2000

**Synchronous Residual Time Stamp for Timing Recovery in a Broadband Network**

Foreign Filing Status:  None

**US Patent Application 09/292,668**

Filed: April 16, 1999

**Synchronous Residual Time Stamp for Timing Recovery in a Broadband Network**

Foreign Filing Status:  None

**US Patent 5,278,828**

Issued:  January 11, 1994

**Method and System for Managing Queued Cells**

CSCO 0643-0063

DePinho113

Foreign Filing Status:  None

US Patent 5,291,477

Issued:  March 1, 1994

Method and System for Multicast Routing in an ATM Network

Foreign Filing Status:  None

US Patent 5,301,055

Issued:  April 5, 1994

Scheduler for Multicast Cell Transmission

Foreign Filing Status:  None

5

US Patent 5,301,333

Issued:  April 5, 1994

Tree Structured Variable Priority Arbitration Implementing a Round Robin
Scheduling Policy

Foreign Filing Status:  None

CSCO 0643-0064

DePinho114

US Patent 5,303,078

Issued:  April 12, 1994

Apparatus and Method for Large Scale ATM Switching

Foreign Filing Status:  None

US Patent 5,313,579

Issued:  May 17, 1994

B-ISDN Sequencer Chip Device

Foreign Filing Status:  None

US Patent 5,319,638

Issued:  June 7, 1994

Link by Link Congestion Control For Packet Transmission Systems

Foreign Filing Status:  None

US Patent 5,327,552

Issued:  July 5, 1994

CSCO 0643-0065

DePinho115

Method and System for Correcting Routing Errors Due to Packet Deflections

Foreign Filing Status:  None

US Patent 5,331,637

Issued:  July 19, 1994

Multicast Routing Using Core Based Trees

Foreign Filing Status:  None

US Patent 5,343,465

Issued:  August 30, 1994

Method and System For Real Time Burstiness Analysis of Network Traffic

Foreign Filing Status:  None

US Patent 5,353,283

Issued:  October 4, 1994

General Internet Method for Routing Packets in a Communications Network

Foreign Filing Status:  None

US Patent 5,367,520

CSCO 0643-0066

DePinho116

Issued:  November 22, 1994

Method and System for Routing Cells in an ATM Switch

Foreign Filing Status:  None

6

---

US Patent 5,381,407

Issued:  January 10, 1995

Method and System for Controlling User Traffic to a Fast Packet Switching System

Foreign Filing Status:  None

US Patent 5,386,413

Issued:  January 31, 1995

Fast Multilevel Hierarchical Routing Table Lookup Using Content Addressable Memory

Foreign Filing Status:  None

US Patent 5,392,402

Issued:  February 21, 1995

CSCO 0643-0067

DePinho117

Broadband Intelligent Telecommunications Network and Method Employing a Resource
System to Support Network Services

Foreign Filing Status:  Issued in Canada

US Patent 5,414,707

Issued:  May 9, 1995

Broadband ISDN Processing Method and System

Foreign Filing Status:  None

US Patent 5,432,783

Issued:  July 11, 1995

System and Method for Providing Egress Policing for Broadband Virtual Private
Networks

Foreign Filing Status:  None

US Patent 5,432,785

Issued:  July 11, 1995

Broadband Private Virtual Network Service and System

Foreign Filing Status:  None

US Patent 5,469,433

CSCO 0643-0068

DePinho118

Issued:  November 21, 1995

System for the Parallel Assembly of Data Transmissions in a Broadband Network

Foreign Filing Status:  Pending in Canada, Japan, Germany, Spain, France, United Kingdom, Italy, Netherlands

US Patent 5,487,072

Issued:  January 23, 1996

Error Monitoring Algorithm for Broadband Signaling

Foreign Filing Status:  None

US Patent 5,533,009

Issued:  July 2, 1996

Bandwidth Management and Access Control for an ATM Network

Foreign Filing Status:  Pending in Canada, Japan, Korea, Malaysia, Singapore, Taiwan, Germany, France, United Kingdom, Italy, Netherlands, Sweden

7

US Patent 5,537,446

CSCO 0643-0069

**DePinho119**

Issued:  July 16, 1996

**Smoothing Delay Sensitive Traffic Offered to Asynchronous Transfer Mode Networks**

Foreign Filing Status:  None

US Patent 5,539,559

Issued:  July 23, 1996

**Apparatus and Method for Photonic Contention Resolution in a Large ATM Switch**

Foreign Filing Status:  None

US Patent 5,539,884

Issued:  July 23, 1996

**Intelligent Broadband Communication System and Method Employing Fast-Packet Switches**

Foreign Filing Status:  None

US Patent 5,555,378

Issued:  September 10, 1996

**Scheduling Transmission Multimedia Information in Broadband Networks Using A Token Passing Scheme**

Foreign Filing Status:  None

CSCO 0643-0070

DePinho120

US Patent 5,563,874

Issued:  October 8, 1996

Error Monitoring Algorithm for Broadband Signaling

Foreign Filing Status:  None

US Patent 5,583,859

Issued:  December 10, 1996

Data Labeling Technique for High Performance Protocol Processing
Foreign Filing Status:  None

US Patent 5,650,993

Issued:  July 22, 1997

Drop From Front of Buffer Policy in Feedback Networks
Foreign Filing Status:  Canada

US Patent 5,680,390

Issued:  October 21, 1997

Broadband Telecommunications Network and Method Having Operations Systems
Support

Foreign Filing Status:  None

US Patent 5,777,988

Issued:  July 7, 1998

System and Method for Equalizing Delay in a Dynamic Packet Switching Network
Foreign Filing Status:  Canada, Japan, Europe

8

CSCO 0643-0071

DePinho121

US Patent 5,793,745

Issued: August 11, 1998

Bundled Protection Switching in a Wide Area Network
Foreign Filing Status: Canada


US Patent 6,167,025

Issued: December 26, 2000

Methods and Apparatus for Restoring Connections in an ATM Network
Foreign Filing Status: None


US Patent 6,285,722

Issued: September 4, 2001

Method and Apparatus for Variable Bit Rate Clock Recovery
Foreign Filing Status: Canada, China, Europe, Indonesia, Japan Singapore, Taiwan


US Patent 6,289,001

Issued: September 11, 2001

System and Method of ATM Proxy Signaling
Foreign Filing Status: None


US Patent 6,434,116

Issued: October 13, 2002

Method and System for Stabilized Random Early Detection Using Connection Sampling

Foreign Filing Status: None


US Patent 6,449,253

Issued: September 12, 2002

Method and System for Dynamic Allocation of Bandwidth in Asynchronous Transfer Mode (ATM) Switching Systems

Foreign Filing Status: None


US Patent 6,560,198

CSCO 0643-0072

**DePinho122**

Issued: May 6, 2003

Method and System for Stabilized Random Early Detection Using Packet Sampling
Foreign Filing Status:  None


End of List


9

_____


APPENDIX B TO LICENSE AGREEMENT


Restricted Sublicense Companies


1.      Cisco Systems, Inc. and Subsidiaries

2.      Nortel Networks Corporation and Subsidiaries

3.      Lucent Technologies Inc. and Subsidiaries

4.      Alcatel SA and Subsidiaries

5.      Telefonaktiebolaget LM Ericsson and Subsidiaries

6.      Fujitsu Limited and Subsidiaries


"Subsidiaries," for purposes of this Appendix B to the License Agreement, means
any person or entity that, on or after the Effective Date, manufactures or sells
ATM Equipment and is directly or indirectly controlled by one of the six (6)
companies identified above, where the term "control" and cognates thereof means

(a) with respect to a corporation, the right to exercise, directly or

CSCO 0643-0073

Case 1:04-cv-00875-GMS    Document 316    Filed 03/01/2007    Page 105 of 146

DePinho123

indirectly, more than 50% of the voting rights attributable to the shares of the corporation, or (b) with respect to any person other than a corporation, the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of the person.

1

Make investing easier
with MarketWatch.

GET THE MARKET NEWS AND
TOOLS THAT ARE:

- Timely and accurate
- Unique and comprehensive
- Easy to digest and use

Visit Now

Ads by Goooooogle          Advertis

Free Patents Information
Request a free info package on
can help you with your patent.
www.inventionhome.com

Obtaining a Patent
Learn How to Patent Your New
a Free Information Package
Invent-tech.com

© 1995-2006 EDGAR Online, Inc. All rights reserved.
Terms of Use | Privacy Statement

CSCO 0643-0074

# EXHIBIT C

REDACTED

# EXHIBIT D

REDACTED

# EXHIBIT E



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC  20001-4413 ▪ 202.408.4000 ▪ Fax 202.40( .4400
www.finnega  .com

GEOFFREY C. I ASON
202.40( 4125
geoff.mason@finnega  .com

January 17, 2006

Sonal N. Mehta, Esq.
Weil, Gotshal & Manges LLP                         *via email*
201 Redwood Shores Parkway
Redwood Shores, CA  94065

<u>Telcordia Technologies, Inc. v. Cisco Systems, Inc.</u>

Dear Sonal:

    Pursuant to our January 3, 2006, agreement to update Cisco regarding the status of our negotiations with our licensees, since January 3, 2006, we have received permission from two licensees to produce their documents, which we will produce to you as soon as possible.  Our attempts to obtain permission from the three remaining licensees are ongoing.

    Very truly yours,

Geoffrey Mason

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

# EXHIBIT F

**Jiao, Jean**

| | |
|---|---|
| **From:** | Sonal.Mehta@weil.com |
| **Sent:** | Friday, April 28, 2006 5:51 PM |
| **To:** | Williamson, John |
| **Cc:** | Mason, Geoff; jessica.davis@weil.com |
| **Subject:** | Telcordia v. Cisco |

John,

Thank you and Geoff for taking the time to talk to us today about Telcordia's licensing documents.

First, we appreciate your clarification on Telcordia's Supplemental Response to Interrogatory No. 13 and your responses to our questions concerning the information provided therein. We understand from today's discussion that all of Telcordia's license agreements and covenants not to sue have been produced, and their bates ranges are identified in Telcordia's most recent response, with the exception of the specific agreements you identified as having been withheld on the basis of third party confidentiality.

We also appreciate your clarification on the royalty information Telcordia has produced, including your production of information from databases containing royalty information. Specifically, we understand from today's call that all information in Telcordia's possession concerning royalty payments received under any of its license agreements has been produced to Cisco and that no additional information exists. Thank you for confirming this.

Thank you also for agreeing to contact the outstanding third parties from whom you have not been able to secure permission to request their agreement to produce licensing documents to Cisco under an outside counsel only designation, or alternatively to initially produce licensing documents with third party cost and/or product information redacted. We hope that one or both of these solutions will enable us to resolve these outstanding third party confidentiality issues without the Court's assistance.

We also appreciate your agreement to investigate the gaps in Telcordia's production identified in Jessica Davis's emails of April 19 and 25. We appreciate your agreement to produce any ranges on our gap report that exist starting on Monday. We also appreciate your agreement to look for lab notebooks for the named inventors (i.e., Messrs. Lau, Fleischer and Chao).

During our call, we also discussed Telcordia's concerns with Cisco's document production. We informed you that we have produced the requested SGP microcode, and additional documents from the TIMS and TAC databases. We also informed you that we are continuing to investigate the acquisition and cost information you have requested and will update you on the status of our search mid next week.

Finally, with respect to the White Paper you requested, we advised you that we have previously produced several versions of that paper which are substantively identical, including as to the specific portion of that paper on which Telcordia has relied. We also advised you that we have searched for the specific version you identified, including using the WayBack machine, and have not been able to identify a copy including the figures referred to. We will continue searching for this document, and let you know if we are able to locate any additional copies.

Again, we thought today's call was productive from both ends. We look forward to talking to you next week about the status of issues we discussed today.

Regards,
Sonal N. Mehta
Weil Gotshal & Manges
201 Redwood Shores Pkwy
Redwood Shores, CA 94065

t: (650) 802-3118
f: (650) 802-3100
sonal.mehta@weil.com

< END >

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

5/3/2006

# EXHIBIT G

REDACTED

# EXHIBIT H

REDACTED

# EXHIBIT I

REDACTED

# EXHIBIT J

REDACTED

# EXHIBIT K

REDACTED

# EXHIBIT L

REDACTED

# EXHIBIT M

REDACTED

# EXHIBIT N

REDACTED

# EXHIBIT O

REDACTED

# EXHIBIT P

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF DELAWARE

3

4    TELCORDIA TECHNOLOGIES, INC.,        *

5      Plaintiff/Counterclaim Defendant  *

6          vs.                            *

7    CISCO SYSTEMS, INC.,                 * C.A. No.

8      Defendant/Counterclaim Plaintiff  * 04-876 (GMS)

9              - - - - - - - - - - - -

10

11

12            Video Deposition of JOSEPH GIORDANO,

13   taken on Wednesday, May 10, 2006, beginning at

14   9:03 a.m., at Weil Gotshal & Manges, 1300 Eye

15   Street, Northwest, Washington, D.C., before Linda

16   Ann Crockett, a Notary Public.

17

18

19

20

21

22

23

24   Reported by:  Linda A. Crockett

25   Videographer:  Michael Gay

Page 120

1  wrong.

2      Q.  Why do you say that?

3      A.  It was more than 20 million dollars, the

4  settlement.

5      Q.  What was the settlement?

6      A.  I believe it was 21 million.

7      Q.  What role did the sale of Fore play in

8  the parties arriving at a 20 million dollar

9  settlement number?

10          MR. ANZALONE:  Objection to form and

11  objection to foundation.

12      A.  For the sale of Fore/Marconi Systems?

13      Q.  Yes.

14      A.  You'd have to ask Marconi about that,

15  but the fact that they were sold and the fact

16  that Marconi was in bankruptcy had an impact on

17  the nature of the discussions.

18      Q.  How?

19          MR. ANZALONE:  Form and foundation.

20      A.  To the extent that the parties were

21  willing to settle at 21 million dollars to the

22  extent of Marconi's ability to actually pay.

23      Q.  You said it was a settlement.  Did you

24  view yourself as compromising in the amount that

25  was paid?

Page 121

```
 1        A.  Well, when entering these settlement

 2   discussions, you consider many different factors

 3   and there's many different compromises, not just

 4   on the money, but even the terms of the

 5   agreement.

 6        Q.  And in the Fore settlement agreement,

 7   there was quite a few patents involved in that

 8   settlement?

 9             MR. ANZALONE:  Foundation.

10        A.  Does Fore ever give you permission to

11   disclose the terms, what was included in the

12   agreement?  Because I believe the agreement, the

13   settlement was confidential, except that the

14   amount was public.  I just don't know if the

15   actual contents were confidential or not.

16             MR. ANZALONE:  I don't know.  I think

17   there was a request from the defendants for

18   specific documents that Fore agreed to.  I don't

19   know if the settlement agreement, they agreed to

20   that or not.  Do you know that?

21             MR. REINES:  That's all right.

22             MR. ANZALONE:  The numbers may vary.

23             MR. REINES:  The fact that we don't have

24   that document is troubling.  But --

25        Q.  Did you consider -- you stated that it
```

Page 222

1    was a confidential settlement agreement, this

2    Fore agreement?

3        A.  Yes.

4        Q.  And did you consider it governed by Rule

5    408 of the Federal Rules of Evidence?

6            MR. ANZALONE:  Objection to the extent

7    it calls for a legal conclusion, and also

8    foundation.

9        A.  I don't know.  The settlement agreement

10   itself has strict confidentiality terms built

11   into it and that's what I'm reacting to.

12       Q.  Why was there such confidentiality

13   shrouding this Fore settlement agreement?

14           MR. ANZALONE:  Form and foundation.

15       A.  I don't know.

16       Q.  You have no idea?

17       A.  I believe it was a request by Marconi.

18       Q.  Do you believe the Fore settlement

19   agreement reflects the actual value of the

20   Telcordia patent -- Telcordia ATM patent

21   portfolio?

22           MR. ANZALONE:  Form, foundation.  May

23   call for an expert opinion, and incomplete

24   hypothetical.

25       A.  No, I don't believe it's an actual

1    value.  I think it understates it, but there were

2    other considerations.

3        Q.  What other considerations are you

4    referring to?

5        A.  I mentioned before Fore's financial

6    condition, Marconi's financial condition.

7        Q.  Anything else?

8        A.  That was primarily it.

9        Q.  Did the parties take into account

10   litigation, certain litigation costs in reaching

11   a compromise in the Fore settlement agreement?

12       A.  Yes, they did.

13           (Whereupon, section of Telcordia website

14   headed Telcordia Fellows was marked Deposition

15   Exhibit Number 15 for identification.)

16   BY MR. REINES:

17       Q.  Marked as exhibit Giordano 15 is printed

18   web pages from Telcordia's website.  And do you

19   recognize these as pages from the Telcordia

20   website?

21       A.  I have -- I don't have any reason to

22   believe they're not.

23       Q.  And under Richard Lau, do you know who

24   Richard Lau is?

25       A.  Yes, I do.

# EXHIBIT Q

EDGAR Online

# EDGAR Online     The Trusted Source for Company Information     Home

## Product Guide

### EDGAR access

**EDGAR Access** is ideal for individuals who need to perform basic SEC searches or track a number of companies but who want the option to upgrade at any time to EDGAR Pro's more comprehensive features.

Learn More About EDGAR Access

### EDGAR pro

**EDGAR Pro** delivers real-time access to all SEC company information, in a variety of customizable formats that are designed to match the way you work.

Learn More About EDGAR Pro

### I·Metrix

**I·Metrix™**, powered by EDGAR® Online®, is the first and only suite of analytical tools to use eXtensible Business Reporting Language (XBRL), for highly efficient, accurate, automated, and fully transparent analysis of corporate performance data.

Learn More About I·Metrix

### Data Feeds

**Institutional Data Feeds** allow you to mix and match data, power and improve your existing sites and improve your portal or proprietary application. Get the information you need, in the format you want.

Learn More About Data Feeds

## About EDGAR Online

EDGAR Online, Inc. (Nasdaq: EDGR) is a leading provider of interactive business and financial data on global companies to financial, corporate and advisory professionals. The company makes its information and a variety of analytical tools available via online subscriptions and licensing agreements.

As a leading developer of XBRL and XML tagged data, EDGAR Online delivers a broad spectrum of data including SEC filings, fundamental data, institutional holdings, insider trades, IPO/SPO registrations and access to global annual reports and conference call transcripts.

EDGAR Online's products facilitate deep company and industry analysis including benchmarking, peer analysis, valuation modeling, scenario testing and contribution analysis among others. EDGAR Online makes aggregating and analyzing information quick and easy through all of its products.

## News Room



**View:**
Earnings Releases | Press Releases | In The News | Archives

## EDGAR Online - Press Releases

### EDGAR Online Announces Plan to Reconstitute Board of Directors and Management Team
February 16 2007
EDGAR® Online®, Inc. (Nasdaq: EDGR), a leading provider of value-added business and financial information on global companies to financial, corporate and advisory professionals, today announced that consistent with its commitment to maximizing stockholder value and improving operations through quality corporate governance, it will nominate two additional qualified independent individuals for election at the Company's 2007 annual meeting of stockholders. The Company also announced that on January 29, 2007, the board of directors approved the retention of an executive search firm to assist the Company in filling the position of President. The Company is also considering and evaluating possible changes to its corporate governance policies.

### EDGAR Online Reports 2006 Results

### Total Revenues Increase 14% 

February 6, 2007

EDGAR Online, Inc. (NASDAQ: EDGR), today announced that total revenues increased 14% to $16.2 million for the year ended December 31, 2006, compared to $14.2 million last year. Fourth quarter revenues increased 11% to $4.1 million for the period ended December 31, 2006, compared to $3.7 million for the same quarter last year. EDGAR Online is a leading provider of value-added business and financial information on global companies to financial, corporate and advisory professionals.

### EDGAR Online to Report Fourth Quarter Results and Host Conference Call on Tuesday, February 6, 2007

January 19, 2007

EDGAR Online, Inc. (Nasdaq: EDGR), a leading provider of value-added business and financial information on global companies to financial, corporate and advisory professionals, will release its financial results for the fourth quarter ended December 31, 2006, after the public capital markets close on Tuesday, February 6, 2007. On the same day, EDGAR Online will host a conference call at 5:00 PM EST to discuss the Company's fourth quarter results.

### EDGAR Online Advances in 22nd Annual CODiE Award

January 18 2007

EDGAR Online, Inc. (NASDAQ: EDGR), a leading provider of value-added global business and financial information, today announced that the Software and Information Industry Association (SIIA) has named two of its services, I-Metrix Professional and EDGAR Pro, as 2007 CODIE Award finalists from a field of over 1,200 nominees. I-Metrix and EDGAR Pro are finalists in the "Best Online Professional Financial Information Service", "Best Online Business Information Service" and "Best Online Government Information Service" categories. This is the third consecutive year that an EDGAR Online product has been a finalist for the CODie Award.

### EDGAR Online Introduces Next Generation I-Metrix 2.0 at the 14th Annual XBRL International Conference in Philadelphia

December 4 2006

EDGAR Online, Inc. (NASDAQ: EDGR) introduced its latest version of I-Metrix™ today during the XBRL International Conference in Philadelphia. I-Metrix 2.0 is the first platform in the world to combine an XBRL database of over 11,000 companies with new powerful analytical capabilities designed to leverage the unique benefits that XBRL technology can provide.

More 

© 1995-2008 EDGAR Online, Inc. All rights reserved.
Terms of Use | Privacy Statement | Site Map

EDGAR® is a federally registered trademark of the U.S. Securities and Exchange Commission affiliated with or approved by the U.S. Securities and Exchange Commission.

# EXHIBIT R

# EDGAR®Online
## EDGAR Access



## SEC and Company Research Made Easy

Easily create,
customize and share
personalized views of
company data and
search results using
dashboards.

### SEC Filings
Perform sophisticated searches with EDGAR Access, for text, phrases and keywords.
Scan hundreds of filings in seconds. Get real-time and historic filings since 1994 —
up to 25 filings a month — including annual and quarterly reports, proxy
statements, current event (8-K) filings, foreign companies and mutual funds.

### Company Research
Create a watch list of up to 25 companies
and be alerted to new SEC filing events.
Email alerts are easy to use and contain
quick links to the latest filings, quotes,
charts and more. Pertinent summary
information is aggregated on one page,
allowing you to drill down into specific
details including significant SEC filings,
company news, industry information,
stock information and company people.





Find the information you need
using quick search or the
expanded search options

For more information
on EDGAR Access,
call Customer Support at
800-416-6651.
Visit us online at
www.edgar-online.com.

## EDGAR Online
### EDGAR Access

### Flexible

Easily create, customize and share personalized views of company data and search results using dashboards. Download filings into Excel, Word and PDF for easy analysis; view in HTML or as the original filing.



### Here's what you'll find with EDGAR Access:



**Dashboards:** Personalize, customize and consolidate the companies and data you are most interested in.

**Today:** Quick access to all of the most recent SEC filings and IPO activity.

**Company:** Drill down into specific company details including share price, significant SEC filings, most recent filings, industry information and company people.

**Industry:** Browse sector industry groups to find peers that fit your investing or financial models.

**Search:** Search SEC filings using full text search; segment by market and time period, form type, group and more.

Do you need more in-depth company data — including insider and institutional ownership, fundamental financial data, executive compensation, transcripts, global annual reports, SOX Compliance, and more?

Then EDGAR Pro is the service for you. EDGAR Pro instantly captures SEC filings, extracts key data and delivers it to your desktop in seconds.

To learn more about EDGAR Pro click here: **http://www.edgar-online.com/products/edgarpro.aspx**

**EDGAR Online, your source for SEC filing information and corporate financial information. We'll help you make the most out of financial data and corporate intelligence.**

### Contact Us

**Headquarters**
EDGAR Online, Inc.
50 Washington Street
11th Floor
Norwalk, CT 06854
203.852.5666
Toll Free: 800.416.6651

EDGAR® is a federally registered trademark of the U.S. Securities and Exchange Commission (SEC). EDGAR Online is not affiliated with or approved by the U.S. Securities and Exchange Commission. (12/06)

# EXHIBIT S

**2. HYPERLINKS NOTICE.**

EOL's web sites may link to sites not maintained by or related to EOL. Such hyperlinks are
users and may not be sponsored by or affiliated with EOL's web sites or EOL. EOL has not
the sites hyperlinked to or from its web sites and is not responsible for the content, produ
or other matters presented in any other sites. These links are to be accessed at the user's
its affiliates make no representations or warranties about the content, completeness, or ac
the sites hyperlinked to or from its web sites. Access to, and use of, any affiliated or non-a
to their own Terms of Use and privacy policies.

If a third party links to an EOL web site, it is not necessarily an indication of an endorsem
sponsorship, affiliation, joint venture, or partnership by or with EOL or its affiliates. In add
linked to an EOL web site, it does not imply that we are endorsing such web site or its pro

**3. INFORMATION NOTICE AND PERMISSIBLE USE.**

The content displayed on the EOL web sites and through the EOL Services is for your pers
except for such personal use, the content may not be copied, distributed, displayed, repro
any form or by any means (electronic, mechanical, photocopying, recording, or otherwise)
written consent of EOL. You may not engage in any commercial use of the content or deri
content (e.g. through distribution of the content to third parties).

You are prohibited from using or permitting the use of materials obtained from EOL Servic
(a) to prepare an original database or a comparison to other databases that are sold, rent
furnished in any manner to a third party; or (b) for the purpose of compiling, enhancing, v
adding to, or deleting from any mailing list, business directory, or other compilation of info
rented, published, or furnished in any manner to a third party. You agree not to use the E
content in any manner whatsoever that violates applicable laws and regulations.

**4. RENEWAL OF SUBSCRIPTIONS.**

Your subscription will run for a one (1) year term and renew automatically for one year te
Services that you previously elected unless you notify EOL by telephone, fax or electronic
prior to each term of your decision to terminate your subscription, or until your subscriptic
All fees and charges paid to EOL are nonrefundable. If you subscribed to EOL Services usi
contact you via e-mail only if your card has expired. For your convenience, we will automa
include the new expiration date on your credit card so that your service may continue unin
notify us otherwise.

We reserve the right to terminate your subscription immediately if you breach these Term

**5. TRADEMARK NOTICE; COPYRIGHT.**

The EOL Services contain many of the valuable trademarks owned and used by EOL and it
to distinguish its quality products and services. These trademarks and related proprietary
from copying and simulation under applicable laws and are not to be used, reproduced or
express written consent of EOL. The content of the EOL web sites and the EOL Services in
protected material owned by EOL and by third party contributors, and you must not remo
or other proprietary notices from the content of the EOL Services.

**6. PRIVACY.**

EOL is very concerned about the privacy of the visitors to its web services. You can review
clicking here.

**7. ACCESS TO THE EOL SERVICES.**

EOL reserves the right, for any reason and without notice, in its sole discretion, to termina