# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | **REDACTED PUBLIC VERSION** |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**EXHIBIT A: UNDISPUTED FACTS**

1.     Plaintiff Telcordia Technologies Inc. ("Telcordia") is a Delaware Corporation with its principal place of business in Piscataway, New Jersey. Before 1997, Telcordia was called Bell Communications Research, Inc., or "Bellcore."

2.     Cisco Systems, Inc. ("Cisco") is a corporation organized and existing under the laws of the state of California, with its principal place of business in San Jose, California.

3.     Lucent Technologies Inc. ("Lucent") is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Murray Hill, New Jersey.

4.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338, and venue is proper pursuant to 28 U.S.C. §§ 1391 and 1400.

5.     On July 17, 2004, Telcordia filed a complaint against Cisco alleging infringement of U.S. Patent No. 4,893,306 and U.S. Patent No. Re. 36,633.

6.     On June 14, 2005, Telcordia amended its complaint against Cisco to allege infringement of U.S. Patent No. 4,835,763.

7.     On July 17, 2004, Telcordia filed a complaint against Lucent alleging infringement of U.S. Patent No. 4,893,306.

8.     On June 14, 2005, Telcordia amended its complaint against Lucent to allege infringement of U.S. Patent No. 4,835,763 and U.S. Patent No. Re. 36,633.

9.     The application for U.S. Patent No. 4,893,306 was filed on November 10, 1987.

10.     U.S. Patent No. 4,893,306 issued on January 9, 1990.

11.    Hung-Hsiang Chao, Sang H. Lee, and Liang T. Wu are the persons named as the inventors on the face of the '306 patent.

12.    All of the inventors named on U.S. Patent No. 4,893,306 ("the '306 patent"), entitled "Method and Apparatus for Multiplexing Circuit and Packet Traffic," assigned any rights they have in the '306 patent to Bell Communications Research, Inc. Telcordia currently holds any such rights.

13.    Cisco became aware of the existence of the '306 patent on or around the date when it received a letter from Telcordia dated March 14, 1994.

14.    The application for U.S. Patent No. 4,835,763 was filed on February 4, 1988.

15.    U.S. Patent No. 4,835,763 issued on May 30, 1989.

16.    At some point after May 30, 1989, Cisco imported, offered for sale, and/or sold in the United States some of its ONS 15310, 15305, 15327, 15454, and 15600 series products.

17.    At some point after May 30, 1989, Lucent imported, offered for sale, and/or sold in the United States some of its DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, and DMXpress Access Multiplexers.

18.    Chi-Leung Lau, the inventor named on U.S. Patent No. 4,835,763 ("the '763 patent"), entitled "Survivable Ring Network," assigned any rights he has in the '763 patent to Bell Communications Research, Inc. Telcordia currently holds any such rights.

19.    Cisco became aware of the existence of the '763 patent when it received a letter from Telcordia dated September 7, 2001.

20. The application for U.S. Patent No. 5,260,978 was filed on October 30, 1992.

21. U.S. Patent No. 5,260,978 issued on November 9, 1993.

22. The application for U.S. Patent No. Re. 36,633 was filed on November 8, 1995.

23. U.S. Patent No. Re. 36,633, which is a reissue of U.S. Patent No. 5,260,978, issued on March 28, 2000.

24. At some point after March 28, 2000, Cisco imported, offered for sale, and/or sold in the United States some of its MGX 8200 and 8800 series products, LightStream 1010 series products, Catalyst 8510 and 8540 series products, IGX 8400 series products, IP Transfer Point products, 7200 series routers, and 3600 series routers.

25. At some point after March 28, 2000, Lucent imported, offered for sale, and/or sold in the United States some of its CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, and 4500 products.

26. Each of the inventors named on U.S. Patent No. Re. 36,633 ("the '633 patent"), entitled "Synchronous Residual Time Stamp for Timing Recovery in a Broadband Network," assigned any rights they have in the '633 patent to Bell Communications Research, Inc. Telcordia currently holds any such rights.

27. Cisco became aware of the existence of the '978 patent on or around the date when it received a letter from Telcordia dated March 14, 1994.

28. Cisco became aware of the existence of the '633 patent when it received a letter from Telcordia dated September 7, 2001.

4

29.    Telcordia asserts only claims 11 and 33 of U.S. Patent No. Re. 36,633 against Cisco.

30.    Telcordia asserts only claims 11 and 33 of the U.S. Patent No. Re. 36,633 against Lucent.

31.    Telcordia does not assert any claims originally issued as part of U.S. Patent No. 5,260,978 against Cisco or Lucent.

32.    Telcordia does not assert that Lucent willfully infringed U.S. Patent No. 4,835,763.

33.    "Dynamic TDM – A Packet Approach to Broadband Networking" by L.T. Wu, S.H. Lee, and T.T. Lee was not cited during the prosecution of U.S. Patent No. 4,893,306.

34.    Prior to issuance of U.S. Patent No. 4,893,306, one or more of the named inventors were aware of "Dynamic TDM – A Packet Approach to Broadband Networking" by L.T. Wu, S.H. Lee, and T.T. Lee prior to the issuance of U.S. Patent No. 4,893,306.

35.    "A Protocol and Prototype for Broadband and Subscriber Access to ISDNs" by M. Wm. Beckner, T.T. Lee, and S.E. Minzer was not cited during the prosecution of U.S. Patent No. 4,893,306.

36.    Prior to the issuance of U.S. Patent No. 4,893,306, named inventor Hung-Hsiang Chao was aware of "A Protocol and Prototype for Broadband and Subscriber Access to ISDNs" by M. Wm. Beckner, T.T. Lee, and S.E. Minzer.

37.    "Description of Fasnet – A Unidirectional Local-Area Communications Network" by J. Limb and C. Flores was not cited during the prosecution of U.S. Patent No. 4,893,306.

38.    Prior to the issuance of U.S. Patent No. 4,893,306, named inventor Hung-Hsiang Chao was aware of "Description of Fasnet – A Unidirectional Local-Area Communications Network" by J. Limb and C. Flores.

39.    "Fiber Optic Regional Area Networks" by John Prisco and Robert Hoss was not cited during the prosecution of U.S. Patent No. 4,835,763.

40.    Prior to the issuance of U.S. Patent No. 4,835,763, named inventor Chi-Leung Lau ("Richard Lau") was aware of "Fiber Optic Regional Area Networks" by John Prisco and Robert Hoss.

41.    The facsimile from B. Kittams to P. Adam dated September 4, 1991 was not cited during the prosecution of U.S. Patent No. 5,260,978 or U.S. Patent No. Re. 36,633.

42.    Prior to the issuance of U.S. Patent No. Re. 5,260,978 and U.S. Patent No. Re. 36,633, named inventor Chi-Leung Lau ("Richard Lau") was aware of the facsimile from B. Kittams to P. Adam dated September 4, 1991.

43.    The facsimile from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991 was not cited during the prosecution of U.S. Patent No. 5,260,978 or U.S. Patent No. Re. 36,633.

44.    Prior to the issuance of U.S. Patent No. 5,260,978 and U.S. Patent No. 36,633, named inventor Chi-Leung Lau ("Richard Lau") was aware of the facsimile from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991.

45.    Document Nos. 2-12, 14, 16, 17, 20, and 21 on the Information Disclosure Statement dated February 8, 1996 submitted to the U.S. Patent and Trademark Office during the prosecution of U.S. Patent No. Re. 36,633 were not disclosed to the U.S. Patent and Trademark Office during the prosecution of U.S. Patent No. 5,260,978.

46.    Prior to the issuance of U.S. Patent No. 5,260,978, named inventor Chi-Leung Lau ("Richard Lau") was aware of the memorandum dated August 26, 1991 from P. Adam of CNET.

47.    Prior to issuance of U.S. Patent No. 5,260,978 patent, named inventor Chi-Leung Lau ("Richard Lau") was aware of the "Memorandum dated 10/11/91 from R. Lau and B. Kittams of Bellcore to T. Houdoin of CNET re A Compromise of SFET and TS."

48.    Prior to issuance of U.S. Patent No. 5,260,978, named inventor Chi-Leung Lau ("Richard Lau") was aware of the "Memorandum dated 10/14/91 from T. Houdoin of CNET to R. Lau and B. Kittams of Bellcore re Compromise SFET/TS."

49.    Prior to issuance of U.S. Patent No. 5,260,978, named inventor Chi-Leung Lau ("Richard Lau") was aware of the "Undated Memorandum from T. Houdoin of CNET to R. Lau and B. Kittams of Bellcore re Compromise SFET/TS."

50.    "Description of Fasnet – A Unidirectional Local-Area Communications Network" by J. Limb and C. Flores was published in September 1982.

51.    "A Packet/Circuit Switch" by Z. Budrikis and A. Netravali was published in October 1984.

52.    "Design of Integrated Services Packet Network by Jonathan Turner was published in November 1986.

53.    European application 85106702.5, which issued as European Patent 0 179 979 B1, was published on May 7, 1986.

54.    "A 140 Mbit/s CMOS LSI Framer Chip for a Broad-Band ISDN Local Access System" by Hung-Hsiang Chao ("Jonathan Chao") et al. was published in February 1988.

55.     "Fiber Optic Regional Area Networks" by John Prisco and Robert Hoss was published in November 1985.

56.     Synchronous DS3 Add-Drop Multiplex (ADM3/X) Requirements and Objectives, Technical Advisory TA-TSY-000010, Issue 1 was published in August 1984.

57.     Asynchronous Digital Multiplexes Requirements and Objectives, Technical Reference TR-TSY-000009, Issue 1 was published in May 1986.

58.     Alarm Indication Signal Requirements and Objectives, Technical Reference TR-TSY-000191, Issue 1 was published in May 1986.

59.     "TDM Ring: A DS1 Transport System for Local Networks" by Richard Jones and George Cagle was presented and/or published in 1984.

60.     "Asynchronous High Speed Digital Multiplexing" by Benoit Fleury was published in August 1986.

61.     U.S. Patent No. Re. 36,633 is not essential to practicing the ITU-T I.363.1 standard, "B-ISDN ATM Adaptation Layer specification: Type 1 AAL."

62.     U.S. Patent No. Re. 36,633 is not essential to practicing the ATM Forum standard af-vtoa-0078.000, "Circuit Emulation Service Interoperability Specification."

63.     U.S. Patent No. Re. 36,633 is not essential to practicing the ANSI T1.630 standard, "Broadband ISDN – ATM Adaptation Layer for Constant Bit Rate Services Functionality and Specification."

64.     The letter from Stanley Rosen to John Morgridge, who was the president of Cisco at the time, dated June 16, 1994 identifies U.S. Patent Nos. 4,893,306 and 5,260,978.

65.     The letter from Stanley Rosen to John Morgridge dated June 16, 1994 does not identify any trade names or model numbers of any Cisco products.

8

66.     The letter from Joseph Giordano to Daniel Scheinman dated September 7, 2001 does not identify U.S. Patent No. 4,893,306.

67.     Bellcore, which became Telcordia in 1999, granted to AT&T a license that includes rights to use and have made products covered by U.S. Patent No. 4,835,763, U.S. Patent No. 5,260,978, and U.S. Patent No. Re. 36,633.

68.     Bellcore, which became Telcordia in 1999, granted to the Regional Bell Operating Companies ("RBOCs") a license that includes rights to use and have made products covered by U.S. Patent No. 4,835,763, U.S. Patent No. 5,260,978, and U.S. Patent No. Re. 36,633.

69.     The RBOCs include the following companies as they existed on November 14, 1997:  Ameritech Corporation, Southwestern Bell Telephone Company, Pacific Bell, U.S. West Communications, Inc., Bellsouth Telecommunications, Inc., and Bell Atlantic Science & Technology, Inc.

70.     Telcordia does not seek damages for Cisco's sales to AT&T based on the fact that AT&T has a "have made" license under U.S. Patent No. 4,835,763 and U.S. Patent No. Re. 36,633.

71.     Telcordia does not seek damages for Lucent's sales to AT&T based on the fact that AT&T has a "have made" license under U.S. Patent No. 4,835,763 and U.S. Patent No. Re. 36,633.

72.     Telcordia does not seek damages for Cisco's sales to the Regional Bell Operating Companies based on the fact that the RBOCs have "have made" licenses under U.S. Patent No. 4,835,763 and U.S. Patent No. Re. 36,633.

73.    Telcordia does not seek damages for Lucent's sales to the Regional Bell Operating Companies based on the fact that the RBOCs have "have made" licenses under U.S. Patent No. 4,835,763 and U.S. Patent No. Re. 36,633.

74.

75.

**REDACTED**

76.

77.

78.

**REDACTED**

79.

80.

**REDACTED**

81.

82.

83.

**REDACTED**

84.

85.

# EXHIBIT B1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,      ) | |
| ) | |
| Plaintiff/Counterclaim Defendant,  ) | |
| ) | |
| v.    ) | Civil Action No. 04-875-GMS |
| ) | |
| LUCENT TECHNOLOGIES INC.,     ) | |
| ) | |
| Defendant/Counterclaim Plaintiff.  ) | |
| ) | |
| ) | |
| _____  ) | |

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.,      ) | |
| ) | |
| Plaintiff/Counterclaim Defendant,  ) | Civil Action No. 04-876-GMS |
| ) | |
| v.    ) | |
| ) | |
| CISCO SYSTEMS, INC.,     ) | |
| ) | |
| Defendant/Counterclaim Plaintiff.  ) | |
| _____  ) | |

**EXHIBIT B1:**

**AGREED STATEMENT OF CONTESTED ISSUES OF FACT AND LAW**

**I.    Telcordia's Claim of Infringement**

    **A.    Cisco**

        1.    Whether Cisco induced infringement of claims 1, 2, 7, or 8 of the '763 patent.

        2.    Whether Cisco contributorily infringed claims 1, 2, 7, or 8 of the '763 patent.

3.   Whether Cisco induced infringement of claims 11 or 33 of the '633 patent.

4.   Whether Cisco contributorily infringed claims 11 or 33 of the '633 patent.

**B.    Lucent**

5.   Whether Lucent induced infringement of claims 1, 2, 7, or 8 of the '763 patent.

6.   Whether Lucent contributorily infringed claims 1, 2, 7, or 8 of the '763 patent.

7.   Whether Lucent induced infringement of claims 11 or 33 of the '633 patent.

8.   Whether Lucent contributorily infringed claims 11 or 33 of the '633 patent.

**II.    Telcordia's Claim of Notice**

9.   Whether Telcordia provided Cisco or Lucent with constructive notice of the '633 patent by satisfying the marking requirement of 35 U.S.C. § 287(a).

10. Whether Telcordia provided Cisco or Lucent with constructive notice of the '763 patent by satisfying the marking requirement of 35 U.S.C. § 287(a).

11. The identity of licensees of the '633 patent or '763 patent who were required to mark patented products in order to satisfy the marking requirements of 35 U.S.C. § 287(a) and whether Telcordia took steps to ensure that these licensees marked licensed products with the patent number.

12. Whether Telcordia can recover any damages from Cisco for activities occurring prior to September 7, 2001.

13. Whether Telcordia can recover any damages from Lucent for activities occurring prior to June 14, 2005.

**III.    Telcordia's Claim of Willful Infringement**

14. Whether Cisco willfully infringed the '763 patent.

15. Whether Cisco willfully infringed the '633 patent.

16. Whether Lucent willfully infringed the '633 patent.

IV.    **Defendants' Claim of Invalidity**

A.    **The '306 Patent[1]**

1.    **Conception and Reduction to Practice**

17. The conception date of each of claims 1, 3, and 4 of the '306 patent and whether such date(s) are corroborated.

18. Whether the named inventors of the '306 patent were diligent in reducing the inventions of claims 1, 3, and 4 of the '306 patent to practice and whether such diligence was corroborated.

2.    **Obviousness**

19. What is the scope and content of the prior art.

20. What was the level of ordinary skill in the art related to the subject matter of claims 1, 3, and 4 of the '306 patent at the time of the invention.

21. Whether at the time of the invention a person of ordinary skill in the art would have been motivated to combine FasNet with Turner, the '041 patent, Luderer, or the Baran EP Patent.

22. Whether at the time of the invention a person of ordinary skill in the art would have been motivated to combine Budrikis with Turner, the '041 patent, Luderer, or the Baran EP Patent.

3.    **Best Mode**

23. Whether claims 1, 3, or 4 of the '306 patent are invalid for failure to comply with the best mode requirement.

---

[1] As to all '306 validity and enforceability issues raised in this exhibit (Exhibit B1), Telcordia incorporates its "mootness of '306 validity and enforceability position." *See* Telcordia's Statement of Contested Issues of Fact and Law (Exhibit B2) at Section IX.

24. Whether named inventor Hung-Hsiang Chao had a best mode of practicing the claimed invention at the time the '306 patent was filed.

25. Whether the specification adequately discloses what named inventor Hung-Hsiang Chao contemplated as the best mode so that those having ordinary skill in the art could practice it.

**B.    The '763 patent**

**1.    Obviousness**

26. What is the scope and content of the prior art.

27. What was the level of ordinary skill in the art related to the subject matter of claims 1, 2, 7, and 8 of the '763 patent at the time of the invention.

28. Whether at the time of the invention a person of ordinary skill in the art would have been motivated to combine Prisco & Hoss with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Hashizume patent, Ester, the Jones patent, the Cagle patent, or Jones & Cagle.

29. Whether at the time of the invention a person of ordinary skill in the art would have been motivated to combine the Hashizume patent with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, Prisco & Hoss, Ester, the Jones patent, the Cagle patent, or Jones & Cagle.

30. Whether at the time of the invention a person of ordinary skill in the art would have been motivated to combine Ester with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, Prisco & Hoss, the Hashizume patent, the Jones patent, the Cagle patent, or Jones & Cagle.

### 2. Best Mode

31. Whether claims 1, 2, 7, or 8 of the '763 patent are invalid for failure to comply with the best mode requirement.

32. Whether named inventor Chi-Leung Lau had a best mode of practicing the claimed invention at the time the '763 patent was filed.

33. Whether the specification adequately discloses what named inventor Chi-Leung Lau contemplated as the best mode so that those having ordinary skill in the art could practice it.

### 3. Indefiniteness

34. Whether one of ordinary skill in the art would understand the '763 patent to disclose adequate structure corresponding to the term "monitoring means" in claims 1, 2, 7, or 8.

## C. The '633 Patent

### 1. Conception and Reduction to Practice

35. The conception date of claims 11 and 33 of the '633 patent and whether such date(s) are corroborated.

36. Whether the named inventors of the '633 patent were diligent in reducing the inventions of claims 11 and 33 of the '633 patent to practice and whether such diligence was corroborated.

### 2. Obviousness

37. What is the scope and content of the prior art.

38. What was the level of ordinary skill in the art related to the subject matter of claims 11 and 33 of the '633 patent at the time of the invention.

39. Differences between the Gonzales article and claims 11 and 33 of the '633 patent.

40. Differences between the Draft AAL1 Recommendation and claims 11 and 33 of the '633 patent.

**3.     Inventorship**

41. Whether claims 11 and 33 of the '633 patent are invalid for failure to name Pierre Adam, Thierry Houdoin, and/or Jean-Yves Cochennec as an inventor.

**4.     Derivation**

42. Whether the subject matter claimed in the '633 patent was derived from someone other than the named inventors of the '633 patent, including Pierre Adam, Thierry Houdoin, and/or Jean-Yves Cochennec of France Telecom.

43. What are the differences between any information France Telecom (e.g., Pierre Adam, Thierry Houdoin, and/or Jean-Yves Cochennec) provided to the named inventors and claims 11 and 33 of the '633 patent.

**V.     Defendants' Defense of Inequitable Conduct**

**A.     Inequitable Conduct**

**1.     '306 Patent**

44. Whether one or more of the individuals involved in a substantial way with the prosecution of the '306 patent withheld Wu-Lee-Lee from the PTO with intent to deceive the patent examiner.

45. Whether one or more of the individuals involved in a substantial way with the prosecution of the '306 patent withheld Beckner-Lee-Minzer from the PTO with intent to deceive the patent examiner.

46. Whether one or more of the individuals involved in a substantial way with the prosecution of the '306 patent withheld FasNet from the PTO with intent to deceive the patent examiner.

**B.      The '763 patent**

47.  Whether one or more of the individuals involved in a substantial way with the prosecution of the '763 patent withheld Prisco & Hoss from the PTO with intent to deceive the patent examiner.

**C.      The '633 patent**

48.  Whether one or more of the individuals involved in a substantial way with the prosecution of the '978 patent withheld any of the 1991 communications between Telcordia and France Telecom from the PTO with intent to deceive the patent examiner.

49.  Whether one or more of the individuals involved in a substantial way with the prosecution of the '633 patent withheld the facsimile from B. Kittams to P. Adam dated September 4, 1991 from the PTO with intent to deceive the patent examiner.

50.  Whether one or more of the individuals involved in a substantial way with the prosecution of the '633 patent withheld the facsimile from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991 from the PTO with intent to deceive the patent examiner.

51.  Whether one or more of the individuals involved in a substantial way with the prosecution of the '978 or the '633 patent misrepresented the Gonzales article to the PTO with intent to deceive the PTO.

VI.    **Defendants' Equitable Defenses**

    A.    **Laches**

        1.    **Cisco**

        52. Whether Telcordia delayed in filing its complaint and/or its amended complaint against Cisco.

        2.    **Lucent**

        53. Whether Telcordia delayed in filing its complaint and/or its amended complaint against Lucent.[2]

    B.    **Cisco's Defense of Equitable Intervening Rights**

        54. Whether Cisco is entitled to equitable intervening rights.

        55. Whether Cisco substantially invested in designing and developing its DCU ASIC and/or SLFP FPGA before the '633 patent issued.

        56. Whether Cisco has made profits on its DCU ASIC and/or SLFP FPGA sufficient to cover its investment.

    C.    **Cisco's Defense of Unclean Hands**

        57. Whether Telcordia has acted with unclean hands so as to deny Telcordia the relief it seeks.

VII.    **ATTORNEYS' FEES AND COSTS**

        58. Whether this is an exceptional case pursuant to 35 U.S.C. § 285.

        59. Whether attorneys fees, expenses, and/or costs are due to Plaintiff or Defendants, and the amount.

---

[2] Lucent is not asserting a defense of laches for the '633 patent.

# EXHIBIT B2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,      )
         )
     Plaintiff/Counterclaim Defendant, )
         )
        v.        )
         )   Civil Action No. 04-875-GMS
LUCENT TECHNOLOGIES INC.,     )
         )
     Defendant/Counterclaim Plaintiff. )
         )
         )
_____ )


TELCORDIA TECHNOLOGIES, INC.,      )
         )
     Plaintiff/Counterclaim Defendant, )   Civil Action No. 04-876-GMS
         )
        v.        )
         )
CISCO SYSTEMS, INC.,       )
         )
     Defendant/Counterclaim Plaintiff. )
_____ )


## EXHIBIT B2:  PLAINTIFF TELCORDIA'S
## STATEMENT OF CONTESTED ISSUES OF FACT AND LAW

The following is plaintiff Telcordia's Statement of Contested Issues of Fact and Law as of March 2, 2007.  Telcordia reserves the right to submit revisions to this statement after meeting and conferring with defendants Cisco Systems, Inc. ("Cisco") and Lucent Technologies, Inc. ("Lucent") on outstanding trial management issues,  and after receiving the Court's rulings on the parties' respective motions *in limine*.

I.     **CONTESTED ISSUES OF FACT ON INFRINGEMENT**

A.     **Cisco**

1.   Whether Cisco literally infringes claims 1, 2, 7, or 8 of the '763 patent by importing, using, offering for sale, selling, or making in the United States products that use Richard Lau's path protection switching invention, including Cisco's ONS 15310, 15305, 15327, 15454, 15455, and 15600 series products. If no literal infringement of such claims is found, then does Cisco infringe under the doctrine of equivalents?

2.   Whether Cisco induced infringement of claims 1, 2, 7, or 8 of the '763 patent by providing aid, encouragement, or instructions to its customers or others to use Cisco's ONS 15310, 15305, 15327, 15454, 15455, or 15600 series products in an infringing manner with the intent that its customers or others infringe Telcordia's '763 patent?

3.   Whether Cisco engaged in contributory infringement by selling, offering for sale, or importing components that are a material part of the invention of Telcordia's '763 patent with knowledge that the components are especially made or especially adapted for use in infringement of Telcordia's '763 patent?

4.   Whether Cisco's ONS 15310, 15305, 15327, 15454, 15455, and 15600 series products practice GR-1400.

5.   Whether Cisco literally infringes claims 11 or 33 of the '633 patent by importing, using, offering for sale, selling, or making in the United States products that use the Fleisher and Lau SRTS invention, including Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer

2

Point products, Cisco's 7200 series routers, and Cisco's 3600 series routers. If no literal infringement of such claims is found, then does Cisco infringe under the doctrine of equivalents?

6.  Whether Cisco induced infringement of claims 11 or 33 of the '633 patent by providing aid, encouragement, or instructions to its customers or others to use Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, or Cisco's 3600 series routers in an infringing manner with the intent that its customers or others infringe Telcordia's '633 patent?

7.  Whether Cisco engaged in contributory infringement by selling, offering for sale, or importing components that are a material part of the invention of Telcordia's '633 patent with knowledge that the components are especially made or especially adapted for use in infringement of Telcordia's '633 patent?

8.  Whether Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, or Cisco's 3600 series routers practice the SRTS technology disclosed in ANSI T1.630, ITU I.363.1, and/or ATM Forum af-vtoa-0078.000?

**B.    Lucent**

9.  Whether Lucent literally infringes claims 1, 2, 7, or 8 of the '763 patent by importing, using, offering for sale, selling, or making in the United States products that use Richard Lau's path protection switching invention, including Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore

Access Multiplexer, and DMXpress Access Multiplexer. If no literal infringement of such claims is found, then does Lucent infringe under the doctrine of equivalents?

10. Whether Lucent induced infringement of claims 1, 2, 7, or 8 of the '763 patent by providing aid, encouragement, or instructions to its customers or others to use Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, or DMXpress Access Multiplexer in an infringing manner with the intent that its customers or others infringe Telcordia's '763 patent?

11. Whether Lucent engaged in contributory infringement by selling, offering for sale, or importing components that are a material part of the invention of Telcordia's '763 patent with knowledge that the components are especially made or especially adapted for use in infringement of Telcordia's '763 patent?

12. Whether Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, and DMXpress Access Multiplexer products practice GR-1400?

13. Whether Lucent literally infringes claims 11 or 33 of the '633 patent by importing, using, offering for sale, selling, or making in the United States products that use the Fleisher and Lau SRTS invention, including Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, and 4500 products. If no literal infringement of such claims is found, then does Lucent infringe under the doctrine of equivalents?

14. Whether Lucent induced infringement of claims 11 or 33 of the '633 patent by providing aid, encouragement, or instructions to its customers or others to use

Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, or 4500 products in an infringing manner with the intent that its customers or others infringe Telcordia's '633 patent?

15. Whether Lucent engaged in contributory infringement by selling, offering for sale, or importing components that are a material part of the invention of Telcordia's '633 patent with knowledge that the components are especially made or especially adapted for use in infringement of Telcordia's '633 patent?

16. Whether Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, or 4500 products practice the SRTS technology disclosed in ANSI T1.630, ITU I.363.1, and/or ATM Forum af-vtoa-0078.000?

## II.    CONTESTED ISSUES OF LAW ON INFRINGEMENT

17. Whether the defendants must apply the Court's claim constructions for purposes of infringement in a manner consistent with the defendants' application of the Court's claim constructions for purposes of validity?

## III.    CONTESTED ISSUES OF FACT AND LAW ON DAMAGES AND WILLFUL INFRINGEMENT

18. To what extent are (were) Telcordia's patents licensed, and what are (were) the terms of those licenses?

### A.    Cisco

19. What monetary damages will compensate Telcordia for Cisco's infringement of the '763 and '633 patents?[1]

---

[1] Telcordia has asked Cisco to update its production of sales data to provide current worldwide sales data for all products in suit. Telcordia will present the fact finder with sales data and damages calculations based upon the updated and current sales information (if it is produced in a

(continued on next page)

20. Was Cisco's infringement of the '763 and '633 patents willful?  In particular, did Cisco fail to exercise due care to avoid infringing after Cisco acquired knowledge of the '763 and '633 patents?

21. If willful infringement is found, should the damages for which Cisco is liable be trebled or increased in such other amount pursuant to 35 U.S.C. § 284 as the Court deems proper for Cisco's willful infringement?

22. If willful infringement is found, is the case exceptional under 35 U.S.C. § 285, entitling Telcordia to recover attorneys' fees, expenses, and costs due to the willful nature of Cisco's infringement?

23. Is the case exceptional under 35 U.S.C. § 285 for any other reason, entitling Telcordia to recover attorneys' fees, expenses, and costs?

**B.     Lucent**

24. What monetary damages will compensate Telcordia for Lucent's infringement of the '763 and '633 patents?[2]

25. Was Lucent's infringement of the '633 patent willful?  In particular, did Lucent fail to exercise due care to avoid infringing after Lucent acquired knowledge of the '633 patent?

26. When did Lucent acquire knowledge of the '633 patent?

---

(continued from previous page)
timely manner) or, if more practicable, will seek a post-verdict accounting of damages for all post-suit infringing sales.

[2] Telcordia has asked Lucent to update its production of sales data to provide current worldwide sales data for all products in suit.  Telcordia will present the fact finder with sales data and damages calculations based upon the updated and current sales information (if it is produced in a timely manner) or, if more practicable, will seek a post-verdict accounting of damages for all post-suit infringing sales.

27. If willful infringement is found, should the damages for which Lucent is liable be trebled or increased in such other amount pursuant to 35 U.S.C. § 284 as the Court deems proper for Lucent's willful infringement?

28. If willful infringement is found, is the case exceptional under 35 U.S.C. § 285, entitling Telcordia to recover attorneys' fees, expenses, and costs due to the willful nature of Lucent's infringement?

29. Is the case exceptional under 35 U.S.C. § 285 for any other reason, entitling Telcordia to recover attorneys' fees, expenses, and costs?

## IV.  CONTESTED ISSUES OF FACT AND LAW ON PATENT MARKING AND ACTUAL NOTICE

30. Whether Telcordia satisfied its 35 U.S.C. § 287(a) marking obligations under a rule of reason analysis.

31. Whether Telcordia required its licensees to mark.

32. Whether and when Telcordia gave actual notice to Cisco.

33. Whether and when Telcordia gave actual notice to Lucent.

34. Whether 35 U.S.C. § 287(a) requires marking of patented products that are only used by the patentee or its "have made" licensees, and that are not sold, placed in the stream of commerce, or otherwise made available to the public.

## V.  CONTESTED ISSUE OF LAW ON INJUNCTIVE RELIEF

35. If any of the claims of the '763 or '633 patents is found to be infringed and not invalid or unenforceable, whether Telcordia is entitled to a permanent injunction as provided for by 35 U.S.C. § 283.

# VI.    CONTESTED ISSUES OF LAW ON VALIDITY

36.  Whether the defendants must apply the Court's claim constructions for purposes of validity in a manner consistent with the defendants' application of the Court's claim constructions for purposes of infringement?

## A.    The '306 Patent[3]

37. Whether the defendants have proven by clear and convincing evidence that claim 1, 3, or 4 of the '306 patent is invalid under 35 U.S.C. § 102 as anticipated by the prior art relied upon by the defendants.

38. Whether the defendants have proven by clear and convincing evidence that claim 1, 3, or 4 of the '306 patent is invalid under 35 U.S.C. § 103 as obvious in view of the prior art relied upon by the defendants.

39. Whether the defendants have proven by clear and convincing evidence that claim 1, 3, or 4 of the '306 patent is invalid under 35 U.S.C. § 112 for failure to disclose the best mode.

## B.    The '763 Patent

40. Whether the defendants have proven by clear and convincing evidence that claim 1, 2, 7, or 8 of the '763 patent is invalid under 35 U.S.C. § 102 as anticipated by the prior art relied upon by the defendants.

41. Whether the defendants have proven by clear and convincing evidence that claim 1, 2, 7, or 8 of the '763 patent is invalid under 35 U.S.C. § 103 as obvious in view of the prior art relied upon by the defendants.

---

[3] Section IX below applies to all '306 validity and enforceability issues raised in this exhibit (Exhibit B2).

42. Whether the defendants have proven by clear and convincing evidence that claim 1, 2, 7, or 8 of the '763 patent is invalid under 35 U.S.C. § 112 as indefinite or for failure to disclose the best mode.

C.    **The '633 Patent**

43. Whether the defendants have proven by clear and convincing evidence that claim 11 or 33 of the '633 patent is invalid under 35 U.S.C. § 102 as anticipated by the prior art relied upon by the defendants.

44. Whether the defendants have proven by clear and convincing evidence that claim 11 or 33 of the '633 patent is invalid under 35 U.S.C. § 103 as obvious in view of the prior art relied upon by the defendants.

45. Whether the defendants have proven by clear and convincing evidence that claim 11 or 33 of the '633 patent is invalid under 35 U.S.C. § 102(f) for omitting to name an inventor.

## VII.    CONTESTED ISSUES OF FACT ON VALIDITY

A.    **The '306 Patent**

46. What is the scope and content of the prior art to the '306 patent relied upon by the defendants?

47. What are the differences between the prior art and claims 1, 3, and 4 of the '306 patent?

48. If the FasNet reference (J.O. Limb and C. Flores, *Description of FasNet - A Unidirectional Local Area Communications Network,* The Bell Systems Technical Journal, Vol. 61, No. 7 (September, 1982)) is prior art to the '306 patent, then does the FasNet reference disclose each and every element of claims

9

1, 3, and 4 of the '306 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

49. If the Budrikis reference (Z.L. Budrikis and A. N. Netravali, *A Packet / Circuit Switch*, AT&T Bell Laboratories Technical Journal, Vol. 63, No. 8 (October 1984)) is prior art to the '306 patent, then does the Budrikis reference disclose each and every element of claims 1, 3, and 4 of the '306 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

50. What is the level of ordinary skill in the art related to the subject matter of claims 1, 3, and 4 of the '306 patent at the time of inventions?

51. What secondary considerations support nonobviousness of the claimed invention of claims 1, 3, and 4 of the '306 patent?

52. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to combine FasNet with any of the following references: Turner (J.S. Turner, *Design of an Integrated Services Packet Network*, IEEE Journal on Selected Areas in Communications, Vol. SAC-4, No. 8 (Nov. 1986)), the '041 patent (U.S. Patent No. 4,569,041), Luderer (Luderer, et al., *Wideband Packet Technology for Switching Systems,* Innovations In Switching Technology / International Switching Symposium (March 15-20, 1987)), or the Baran EP patent (European Patent 0 179 979 B1).

53. Does any combination of FasNet with Turner, the '041 patent, Luderer, or the Baran EP Patent disclose each and every element of claims 1, 3, and 4 of the '306 patent?

54. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to combine Budrikis with any of the following references: Turner, the '041 patent, Luderer, or the Baran EP Patent.

55. Does any combination of Budrikis with Turner, the '041 patent, Luderer, and the Baran EP Patent disclose each and every element of claims 1, 3, and 4 of the '306 patent?

56. Are the differences between the subject matter of claims 1, 3, and 4 of the '306 patent and the prior art such that the subject matter of the claims taken as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the relevant art?

**B.     The '763 Patent**

57. What is the scope and content of the prior art to the '763 patent relied upon by the defendants?

58. What are the differences between the prior art and claims 1, 2, 7, and 8 of the '763 patent?

59. If the Prisco and Hoss reference (John Prisco, Robert Hoss, IEEE Communications Magazine, pp. 2-39, Nov. 1985) is prior art to the '763 patent, then does the Prisco and Hoss reference disclose each and every element of claims 1, 2, 7, and 8 of the '763 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

60. If the Hashizume patent (U.S. Patent No. 4,347,605) is prior art to the '763 patent, then does the Hashizume patent disclose each and every element of claims 1, 2, 7, and 8 of the '763 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

61. If the Ester reference (Ring up big profits with ring architecture, <u>Telephony</u>, pp. 22-29, Dec. 21, 1987) is prior art to the '763 patent, then does the Ester reference disclose each and every element of claims 1, 2, 7, and 8 of the '763 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

62. What is the level of ordinary skill in the art related to the subject matter of claims 1, 2, 7, and 8 of the '763 patent at the time of inventions?

63. What secondary considerations support nonobviousness of the claimed invention of claims 1, 2, 7, and 8 of the '763 patent?

64. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to combine Prisco and Hoss with Synchronous DS3 Add-Drop Multiplex (ADM3/X) Requirements and Objectives, Technical Advisory TA-TSY-000010, Issue 1 (August 1984) ("TR-TSY-000010"), Asynchronous Digital Multiplexes Requirements and Objectives, Technical Reference TR-TSY-000009, Issue 1 (May 1986) ("TA-TSY-000009"), Alarm Indication Signal Requirements and Objectives, Technical Reference TR-TSY-000191, Issue 1 (May 1986) ("TR-TSY-000191"), the Northern Telecom FD-565, U.S. Patent No. 4,633,246 ("the Jones patent"), U.S. Patent No. 4,648,088 ("the Cagle patent"), or J. Jones & G. Cagle, "TDM Ring: A DS1 Transport System for Local Networks," IEEE Globecom Conference Record (1984) ("Jones & Cagle"), the Hashizume patent, or Ester?

65. Does any combination of the Prisco and Hoss with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Jones patent, the

Cagle patent, Jones & Cagle, the Hashizume patent, or Ester disclose each and every element of claims 1, 2, 7, and 8 of the '763 patents?

66. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to combine the Hashizume patent with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Jones patent, the Cagle patent, Jones & Cagle, Prisco and Hoss, or Ester?

67. Does any combination of the Hashizume patent with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Jones patent, the Cagle patent, Jones & Cagle, Prisco and Hoss, or Ester disclose each and every element of claims 1, 2, 7, and 8 of the '763 patents?

68. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to combine Ester with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Jones patent, the Cagle patent, Jones & Cagle, Prisco and Hoss, or the Hashizume patent?

69. Does any combination of Ester with TR-TSY-000010, TA-TSY-000009, TR-TSY-000191, the Northern Telecom FD-565, the Jones patent, the Cagle patent, Jones & Cagle, Prisco and Hoss, or the Hashizume patent disclose each and every element of claims 1, 2, 7, and 8 of the '763 patents?

70. Are the differences between the subject matter of claims 1, 2, 7, and 8 of the '763 patent and the prior art such that the subject matter of the claims taken as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the relevant art?

71. Does the specification of the '763 patent disclose structure corresponding to the "monitoring means" in claims 1 and 7?

72. Did the inventor of the '763 patent know of and conceal a better mode of carrying out the invention than that disclosed in the '763 patent?

C.    **The '633 Patent**

73. What is the scope and content of the prior art to the '633 patent relied upon by the defendants?

74. What are the differences between the prior art and claims 11 and 33 of the '633 patent?

75. Whether the following references are prior art to the '633 patent:  The AAL1 draft from the Melbourne CCITT meeting (CCITT Study Group XVIII, SWP XVIII/8-3, *Revised text of I.363 section 2 (AAL type 1)*, Melbourne 2-13 December 1991 ("the AAL1 draft")).

76. If the Gonzales reference (J. Gonzales, J.P. LeMeur, *Jitter Reduction in ATM Networks*, Proceedings of the ICC '91, pp. 274-279 (1991) is prior art to the '633 patent, then does the Gonzales reference disclose each and every element of claims 11 and 33 of the '633 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

77. If the AAL1 draft is prior art to the '633 patent, then does the AAL1 draft disclose each and every element of claims 11 and 33 of the '633 patent such that a person of ordinary skill in the art could practice the invention without undue experimentation?

78. Does the August 26, 1991, correspondence from France Telecom disclose each and every element of claims 11 and 33 of the '633 patent such that a person of

ordinary skill in the art could practice the invention without undue experimentation?

79. What is the level of ordinary skill in the art related to the subject matter of claims 11 and 33 of the '633 patent at the time of inventions?

80. What secondary considerations support nonobviousness of the claimed invention of claims 11 and 33 of the '633 patent?

81. Is there a teaching, suggestion, and motivation for a person of skill in the art at the time of the invention to modify Gonzales or the AAL1 draft?

82. Would any such modification of Gonzales or the AAL1 draft disclose each and every element of claims 11 and 33 of the '633 patent?

83. Are the differences between the subject matter of claims 11 and 33 of the '633 patent and the prior art such that the subject matter of the claims taken as a whole would have been obvious at the time the invention was made to a person of ordinary skill in the relevant art?

## VIII.    CONTESTED ISSUES OF FACT AND LAW ON EQUITABLE DEFENSES AND INEQUITABLE CONDUCT

84. For each equitable defense asserted by Cisco, does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate Cisco's ability to obtain equitable relief?

85. For each equitable defense asserted by Lucent, does weighing the equities as a whole, including Lucent's unclean hands and/or willful infringement, negate Cisco's ability to obtain equitable relief?

A.    **Laches**

   1.    **Cisco**

86. For each accused product, when did Telcordia obtain actual or constructive knowledge of Cisco's infringement of the '306, '763, and '633 patents?

87. For each patent in suit, and for each accused product, whether Telcordia's commercial and contractual relationships with Cisco, or statutory obligations (*e.g.*, 47 U.S.C. § 273(d)(2)), precluded Telcordia from evaluating Cisco confidential information for purposes of determining whether Cisco's products infringe Telcordia's patents?

88. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, was such delay unreasonable?

89. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, did Cisco suffer any economic or evidentiary prejudice as a result of any such delay?

90. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, was any such delay excusable due to factors such as ongoing license negotiations with Cisco, ongoing litigation with other parties, a mutual non-assert agreement between Telcordia and Cisco, lack of resources, changing corporate structure, and/or unsettled claim construction issues pending before the Federal Circuit and the district court?

91. For each patent in suit, and for each accused product, if Cisco has proven by a preponderance of the evidence that Telcordia unreasonably and inexcusably delayed in bringing suit, and that the delay caused material evidentiary or

economic prejudice to Cisco, when weighing the equities should laches apply to bar damages that accrued prior to filing suit?

92. Can the presumption of laches apply to a patent or patent claims which issued less than six years prior to the filing of suit?

93. For each patent in suit, and for each accused product, is the nature of Cisco's infringement such that imposing a duty to police the market upon Telcordia would have been reasonable?

94. For each patent in suit, and for each accused product, does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate the application of laches as a bar to damages that accrued prior to filing suit?

## 2.    Lucent

95. For each accused product, when did Telcordia obtain actual or constructive knowledge of Lucent's infringement of the '306 and '763 patents?

96. For each patent in suit, and for each accused product, whether Telcordia's commercial and contractual relationships with Lucent, or statutory obligations (e.g., 47 U.S.C. § 273(d)(2)), precluded Telcordia from evaluating Lucent confidential information for purposes of determining whether Lucent's products infringe Telcordia's patents?

97. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, was such delay unreasonable?

98. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, did Lucent suffer any economic or evidentiary prejudice as a result of any such delay?

99. For each patent in suit, and for each accused product, if Telcordia delayed in bringing a lawsuit, was any such delay excusable due to factors such as ongoing license negotiations with Lucent, ongoing litigation with other parties, lack of resources, changing corporate structure, and/or unsettled claim construction issues pending before the Federal Circuit and the district court?

100.    For each patent in suit, and for each accused product, if Lucent has proven by a preponderance of the evidence that Telcordia unreasonably and inexcusably delayed in bringing suit, and that the delay caused material evidentiary or economic prejudice to Lucent, when weighing the equities should laches apply to bar damages that accrued prior to filing suit?

101.    Can the presumption of laches apply to a patent or patent claims which issued less than six years prior to the filing of suit?

102.    For each patent in suit, and for each accused product, is the nature of Lucent's infringement such that imposing a duty to police the market upon Telcordia would have been reasonable?

103.    For each patent in suit, and for each accused product, does weighing the equities as a whole, including Lucent's unclean hands and/or willful infringement, negate the application of laches as a bar to damages that accrued prior to filing suit?

**B.    Equitable Estoppel**

   **1.    Cisco**

104.    For each accused product, has Cisco shown by a preponderance of the evidence that Telcordia engaged in misleading conduct that led Cisco to

reasonably infer that Telcordia did not intend to enforce the '306, '763, or '633 patent against Cisco?

105.    For each accused product, has Cisco shown by a preponderance of the evidence that it in fact relied upon Telcordia's conduct?

106.    For each accused product, has Cisco shown by a preponderance of the evidence that due to its reliance, Cisco will be materially prejudiced if Telcordia is allowed to proceed with its claim?

107.    Has Cisco shown by a preponderance of the evidence that Telcordia, through statements or conduct, gave an affirmative grant of consent or permission to Cisco to make, use, or sell products covered by the '306, '763, or '633 patents?

108.    Has Cisco shown by a preponderance of the evidence that it in fact relied upon Telcordia's statements or conduct?

109.    Has Cisco shown by a preponderance of the evidence that it suffered material economic or evidentiary prejudice due to its reliance?

110.    Whether Cisco believed that the '306, '763, or '633 patents were invalid?

111.    Whether Cisco believed that it did not infringe the '306, '763, or '633 patents?

112.    Whether Cisco changed its conduct after the filing of suit?

113.    Do Cisco's accused products incorporate off-the-shelf chips or components that are manufactured by third parties who are licensed to practice Telcordia's '306, '763, or '633 patents?

114.    If Cisco has shown by a preponderance of the evidence that (1) Telcordia engaged in misleading conduct or that led Cisco to reasonably infer that Telcordia

19

did not intend to enforce the '306, '763, or '633 patents against Cisco, (2) that Cisco relied on such conduct, and (3) due to its reliance, Cisco will be materially prejudiced if Telcordia is allowed to proceed with its claim, do the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate the application of equitable estoppel as a bar to Telcordia's claims?

115.    If Cisco has shown by a preponderance of the evidence (1) that Telcordia, through statements or conduct, gave an affirmative grant of consent or permission to make, use, or sell to Cisco, (2) that Cisco in fact relied upon Telcordia's conduct or statements, and (3) that Cisco suffered material economic or evidentiary prejudice due to its reliance, does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate the application of implied license as a bar to Telcordia's claims?

## C.    Intervening Rights

### 1.    Cisco

116.    The identification and volume of the specific accused Cisco products that were made, purchased, offered for sale, or used within the United States or imported into the United States prior to the grant of the '633 patent.

117.    Whether Cisco, before the grant of the '633 patent, made substantial preparations to make, purchase, offer for sale, or use the accused products.

118.    Did Cisco invest substantially in the development of accused products before the grant of the '633 patent?

119.    Has Cisco made profits to recoup any such investment?

120.    If Cisco has shown intervening rights by a preponderance of the evidence, does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate the application of intervening rights?

121.    Should intervening rights apply to Cisco's future actions?

**D.    Patent Misuse / Unclean Hands**

    **1.    Cisco**

122.    Whether Cisco has shown by clear and convincing evidence that Telcordia engaged in fraud, perjury, or other unconscionable conduct when obtaining its '306, '763, or '633 patents or enforcing the '306, '763, or '633 patents against Cisco so as to improperly broaden the scope of the '306, '763, or '633 patents.

123.    Does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate Cisco's assertion of unclean hands?

124.    Whether Cisco has shown by clear and convincing evidence that Telcordia impermissibly broadened the physical or temporal scope of patent rights to an anticompetitive effect through Telcordia's involvement in standards groups, Telcordia's publication of generic requirements, or Telcordia's certification of products for sale to the RBOCs.

125.    Whether Cisco has shown by clear and convincing evidence that, under a rule of reason analysis, Telcordia's involvement in standards groups, Telcordia's publication of generic requirements, or Telcordia's certification of products for sale to the RBOCs impose an unreasonable restraint on competition.

126.    Does weighing the equities as a whole, including Cisco's unclean hands and/or willful infringement, negate Cisco's assertion of patent misuse?

127.    Did Telcordia offer its '978 and/or '633 patents for license on reasonable and nondiscriminatory terms?

E.    **Inequitable Conduct**

1.    **'306 Patent**

128.    Has Cisco or Lucent proven by clear and convincing evidence that during the prosecution of the '306 patent, the patent applicants or anyone involved in a substantial way with the prosecution of the patent application withheld non-cumulative, material information with the intent to deceive the Patent and Trademark Office?

129.    Has Cisco or Lucent proven by clear and convincing evidence that any of the following references were known to the '306 patent applicant or anyone involved in a substantial way with the prosecution of the patent application: FasNet, Beckner-Lee-Minzer (Beckner, Lee, Minzer, *A Protocol and Prototype For Broadband Subscriber Access to ISDNs,* Innovations In Switching Technology / International Switching Symposium (March 15-20, 1987)), or Wu-Lee-Lee (Wu, Lee, Lee, *Dynamic TDM - A Packet Approach to Broadband Networking*, IEEE International Conference on Communications (June 1987))?

130.    Has Cisco or Lucent proven by clear and convincing evidence that the '306 patent applicant or anyone involved in a substantial way with the prosecution of the patent application intentionally withheld any of the following references with an intent to deceive that Patent and Trademark Office:  FasNet, Beckner-Lee-Minzer, or Wu-Lee-Lee?

131.    Has Cisco or Lucent proven that any of the following references were material to the prosecution of the '306 patent and were not cumulative of

information already before the Patent and Trademark Office: FasNet, Beckner-Lee-Minzer, or Wu-Lee-Lee ?

132.    If Cisco or Lucent has proven by clear and convincing evidence that the '306 patent applicants or anyone involved in a substantial way with the prosecution of the patent application withheld non-cumulative material information from the Patent and Trademark Office with the intent to deceive the Patent and Trademark Office, when materiality and intent are balanced, was the conduct as a whole inequitable so as to render the '306 patent unenforceable?

### 2.    '763 Patent

133.    Has Cisco proven by clear and convincing evidence that during the prosecution of the '763 patent, the patent applicant or anyone involved in a substantial way with the prosecution of the patent application withheld non-cumulative, material information with the intent to deceive the Patent and Trademark Office?

134.    Has Cisco proven by clear and convincing evidence that Prisco and Hoss was known to the '763 patent applicant or anyone involved in a substantial way with the prosecution of the patent application?

135.    Has Cisco proven by clear and convincing evidence that the '763 patent applicant or anyone involved in a substantial way with the prosecution of the patent application intentionally withheld Prisco and Hoss with an intent to deceive that Patent and Trademark Office?

136.    Has Cisco proven that Prisco and Hoss was material to the prosecution of the '763 patent and was not cumulative of information already before the Patent and Trademark Office?

137.     If Cisco has proven by clear and convincing evidence that the '763 patent applicant or anyone involved in a substantial way with the prosecution of the patent application withheld non-cumulative material information from the Patent and Trademark Office with the intent to deceive the Patent and Trademark Office, when materiality and intent are balanced, was the conduct as a whole inequitable so as to render the '763 patent unenforceable?

### 3.    '633 Patent

138.     Has Cisco or Lucent proven by clear and convincing evidence that during the prosecution of the '978 or the '633 patents, the patent applicants or anyone involved in a substantial way with the prosecution of the patent applications withheld non-cumulative, material information with the intent to deceive the Patent and Trademark Office?

139.     Has Cisco or Lucent proven by clear and convincing evidence that any of the following information was known to the '978 and '633 patent applicants or anyone involved in a substantial way with the prosecution of the patent applications, and was intentionally withheld with an intent to deceive the Patent and Trademark Office: (1) a letter from P. Adam of CNET dated August 26, 1991; (2) a letter from B. Kittams to P. Adam dated September 4, 1991; (3) a memorandum from R. Lau and B. Kittams dated October 11, 1991; (4) a memorandum from T. Houdin to B. Kittams and R. Lau dated October 14, 1991; (5) an undated memorandum from T. Houdin to R. Lau and B. Kittams; and (6) memo from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991.

24

140.     Has Cisco or Lucent proven that any of the following information was material to the prosecution of the '978 or '633 patents and was not cumulative of information already before the Patent and Trademark Office: (1) a letter from P. Adam of CNET dated August 26, 1991; (2) a letter from B. Kittams to P. Adam dated September 4, 1991; (3) a memorandum from R. Lau and B. Kittams dated October 11, 1991; (4) a memorandum from T. Houdin to B. Kittams and R. Lau dated October 14, 1991; (5) an undated memorandum from T. Houdin to R. Lau and B. Kittams; and (6) memo from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991.

141.     Has Cisco or Lucent proven by clear and convincing evidence that the applicants or anyone involved in a substantial way with the prosecution of the patent applications intentionally misrepresented the Gonzales article with an intent to deceive the Patent and Trademark Office

142.     If Cisco or Lucent has proven by clear and convincing evidence that the '978 or '633 patent applicants or anyone involved in a substantial way with the prosecution of the patent applications withheld non-cumulative material information from the Patent and Trademark Office with the intent to deceive the Patent and Trademark Office or intentionally misrepresented the Gonzales article with the intent to deceive the Patent and Trademark Office, when materiality and intent are balanced, was the conduct as a whole inequitable so as to render the '633 patent unenforceable?

## IX.     Telcorddia's Mootness of '306 Validity and Enforceability Position

Telcordia has also provisionally incorporated materials related to '306 validity and enforceability in this proposed pretrial order (e.g., jury instructions, statements of contested /

25

uncontested fact, verdict form), despite the fact that Telcordia concedes non-infringement of the '306 patent under the Court's claim construction (which Telcordia intends to appeal) and despite the fact that no party desires to try '306 infringement to the jury. For efficiencies' sake, and in order to streamline and improve readability of the proposed pretrial order, the parties have agreed to state their substantive positions on the mootness of '306 validity and enforceability once, here, rather than at every point at which '306 validity and enforceability issues arise in the proposed pretrial order.

For its part, Telcordia notes that should the Court determine that trial of '306 patent validity and/or enforceability would unnecessarily complicate the case or run counter to principles of judicial efficiency, then nothing would prevent the Court from dismissing the enforceability and validity aspects of the '306 case as moot. Telcordia notes that trial of '306 patent validity and/or enforceability issues would likely be entirely unnecessary (i.e., in the event that the Court's claim construction—and Telcordia's concession of non-infringement—stands on appeal) or would have to be retried a second time under a new claim construction (i.e., in the event that the Court's claim construction is modified on appeal). A costly and time-consuming trial on validity and enforceability—including complex expert and fact witness testimony, fact finder decisions, and post-trial briefing and decisions—may be unnecessary and confusing where Telcordia concedes non-infringement (thus disposing of all questions of liability) and intends to present the overriding claim construction issues to the Federal Circuit on appeal.

To this effect, Telcordia echoes the defendants' statements during the September 18, 2006, telehearing regarding summary judgment:

- "On the mootness issue, our belief is that until summary judgment is granted and we see the scope of that grant, it doesn't make sense to determine what remaining issues of the '306 are moot or not." D.I. 237 (transcript of

September 18, 2006, telehearing at 7, quoting counsel for Cisco).

- "And after the Court rules relating to summary judgment of infringement on the '306, the other patents, we will all be in a better position to see exactly what would be best for the Court and for the jury in terms of efficiencies and whether something is moot or whether it makes sense to go forward with it." *Id.* at 10 quoting counsel for Lucent.

Telcordia recognizes that the Court has not yet granted summary judgment on '306 issues (three '306 summary judgment motions are pending), and Telcordia is mindful of the Court's September 20, 2006, Order issued during the summary judgment phase of the case indicating that the Court would exercise its discretion to hear the defendants' counterclaims (which include validity and enforceability). But Telcordia notes, just as the defendants noted during the telehearing, that a re-visitation of the mootness of defendants' validity and enforceability positions might be appropriate after the Court's summary judgment decision issues. In other words, nothing would prevent the Court from exercising its discretion to dismiss the defendants' counterclaims as moot pursuant to *Phonometrics v. Northern Telecom, Inc.*, 133 F.3d 1459, 1468 (Fed. Cir. 1998), at this or any other juncture in the case. Nevertheless, based upon the Court's September 20, 2006, Order, Telcordia has revised its jury instructions to accommodate the defendants' position that '306 validity and enforceability issues be expressly incorporated into the instructions. Telcordia hereinafter incorporates the above position by reference as its "mootness of '306 validity and enforceability position." The purpose of Telcordia's mootness of '306 validity and enforceability position is twofold: (1) to preserve Telcordia's position on the issue, and (2) to allow counsel to quickly identify aspects of the pretrial order that may need to be promptly revised by Counsel in the event that the Court ultimately, in its discretion, dismisses the '306 issues as moot. The parties agree that no waiver occurs due to the fact that the parties' respective positions.

# EXHIBIT B3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**EXHIBIT B3: DEFENDANTS' STATEMENT OF CONTESTED ISSUES
OF FACT AND LAW**

The following is Defendants Cisco and Lucent's Statement of Contested Issues of Fact and Law, and Defendants' statement concerning Telcordia's assertion of mootness of invalidity and unenforceability defenses and counterclaims for the '306 patent.[1] Defendants have not included the contested issues of fact about which the parties agree, which are included in Exhibit B1. Defendants reserve the right to submit a revised version of this statement after receiving the Court's rulings on the parties' respective motions *in limine*.

Defendants incorporate by reference herein the law cited in their proposed jury instructions and their motions *in limine*.

---

[1] Defendants' statements of contested facts and law set forth herein are based on the Court's Claim Construction Order and Telcordia's infringement theories and damages contentions as set forth in its experts' reports.

# CONTESTED ISSUES OF FACT

I.     **NON-INFRINGEMENT**

    A.    U.S. Patent No. 4,835,763 ("the '763 patent")

        1.    Cisco's Alleged Direct Infringement

            a.    Whether Cisco directly infringes claims 1, 2, 7, or 8 of the '763 patent by making, using, selling, or offering to sell in the United States, or importing into the United States, the ONS 15454, ONS 15310, ONS 15327, ONS 15600, or ONS 15305 ("ONS products").

            b.    Whether Cisco makes, uses, sells, or offers to sell in the United States, or imports into the United States, communications networks comprising nodes connected to form a loop by two unidirectional counter-rotating rings.

            c.    Whether the ONS products insert error signals on the channels following demultiplexing in response to the monitoring means determining that a high-level signal is defective.

            d.    Whether the insertion of an all ones error signal by the Receive Framer in Cisco's ONS products occurs following demultiplexing.

            e.    Whether the ONS products select another channel based on detecting an error signal on one or more of the channels following demultiplexing.

            f.    Whether the ONS products include the claimed monitoring means.

            g.    Whether the ONS products include the claimed insertion means.

            h.    Whether the ONS products include the claimed selector means.

        2.    Lucent's Alleged Direct Infringement

            a.    Whether Lucent directly infringes claims 1, 2, 7, or 8 of the '763 patent by making, using, selling, or offering to sell in the United States, or importing into the United States, the DMX Access Multiplexer, the DMXtend Access Multiplexer, the DMXplore Access Multiplexer, or DMXpress Access Multiplexer ("DMX products").

            b.    Whether Lucent makes, uses, sells, or offers to sell in the United States, or imports into the United States, communications networks comprising nodes connected to form a loop by two unidirectional counter-rotating rings.

c.   Whether the DMX products insert error signals on the channels following demultiplexing in response to the monitoring means determining that a high-level signal is defective.

d.   Whether the insertion of an all ones error signal by the Byte Processor in Lucent's DMX products occurs following demultiplexing.

e.   Whether the DMX products select another channel based on detecting an error signal on one or more of the channels following demultiplexing.

f.   Whether the DMX products include the claimed monitoring means.

g.   Whether the DMX products include the claimed insertion means.

h.   Whether the DMX products include the claimed selector means.

3.   Cisco's Alleged Indirect infringement

a.   Whether Cisco's customers who purchase the ONS products directly infringe claims 1, 2, 7, or 8 of the '763 patent.

b.   Whether the ONS products have substantial non-infringing uses.

c.   Whether Cisco knew that the ONS products were especially made or especially adapted for use in an infringement of claims 1, 2, 7, or 8 of the '763 patent.

d.   Whether Cisco specifically intended to induce the legal wrong of actual infringement of claims 1, 2, 7, or 8 of the '763 patent.

e.   Whether Cisco encouraged its customers to use the ONS products in a manner that would result in actual infringement of claims 1, 2, 7, or 8 of the '763 patent.

4.   Lucent's Alleged Indirect Infringement

a.   Whether Lucent's customers who purchase the DMX products directly infringe claims 1, 2, 7, or 8 of the '763 patent.

b.   Whether and when Lucent had knowledge of the '763 patent.

c.   Whether the DMX products have substantial non-infringing uses.

d.   Whether Lucent knew that the DMX products were especially made or especially adapted for use in an infringement of claims 1, 2, 7, or 8 of the '763 patent.

    e.      Whether Lucent specifically intended to induce the legal wrong of actual infringement of claims 1, 2, 7, or 8 of the '763 patent.

    f.      Whether Lucent encouraged its customers to use the DMX products in a manner that would result in actual infringement of claims 1, 2, 7, or 8 of the '763 patent.

5.      Doctrine of Equivalents

    a.      Cisco

        (1)    Whether the ONS products infringe claims 1, 2, 7, or 8 of the '763 patent under the doctrine of equivalents.

        (2)    Whether differences between the ONS products and any of the limitations of claims 1, 2, 7 or 8 of the '763 patent for which the doctrine of equivalents is viable, if any, are such that the ONS products perform substantially the same function in substantially the same way to obtain substantially the same result as any claim limitation and/or are interchangeable with the corresponding claim limitation.

    b.      Lucent

        (1)    Whether the DMX products infringe claims 1, 2, 7, or 8 of the '763 patent under the doctrine of equivalents.

        (2)    Whether differences between the DMX products and any of the limitations of claims 1, 2, 7 or 8 of the '763 patent for which the doctrine of equivalents is viable, if any, are such that the DMX products perform substantially the same function in substantially the same way to obtain substantially the same result as any claim limitation and/or are interchangeable with the corresponding claim limitation.

B.      U.S. Patent No. Re. 36,633 ("the '633 patent")

1.      Cisco's Alleged Direct Infringement

    a.      Whether Cisco directly infringes claims 11 or 33 of the '633 patent by making, using, selling, or offering to sell in the United States, or importing into the United States, the MGX 8200 and 8800 series products ("MGX products"), LightStream 1010 series products ("LightStream products"), Catalyst 8510 and 8540 series products ("Catalyst products"), IGX 8400 series products ("IGX products"), IP Transfer Point products, 7200 series routers ("7200 products"),

or 3600 series routers ("3600 products") (collectively, "Cisco products accused of infringing the '633 patent").

b.  How many MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and/or 3600 products actually contain a module that can perform the accused SRTS functionality.

c.  Whether the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products infringe claims 11 or 33 of the '633 patent when such products are not equipped with a module that can perform the accused SRTS functionality.

d.  Whether the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products are capable of transporting an RTS other than in the convergence sublayer overhead.

e.  Whether the Cisco products accused of infringing the '633 patent using AAL1Gator chips have a means, at the source node, for defining a derived network clock frequency $f_{nx}$ from a network frequency $f_n$ where $f_{nx} = f_n/x$, x is a rational number, and $f_{nx}$ is less than or equal to twice the service clock frequency.

f.  Whether the Cisco products accused of infringing the '633 patent using AAL1Gator chips, the DCU ASIC, or the SLFP FPGA and WinPath chips have a means for transmitting from the source node an RTS that is equal to the modulo 16 count of derived network clock cycles in the RTS period.

g.  Whether the Cisco products accused of infringing the '633 patent using AAL1Gator chips define, at the source node, a derived network clock frequency $f_{nx}$ from a network frequency $f_n$ where $f_{nx} = f_n/x$, x is a rational number, and $f_{nx}$ is less than or equal to twice the service clock frequency.

h.  Whether the Cisco products accused of infringing the '633 patent using AAL1Gator chips, the DCU, or the SLFP FPGA and WinPath chips transmit from the source node an RTS that is equal to the modulo 16 count of derived network clock cycles in the RTS period.

i.  Whether the Cisco products accused of infringing the '633 patent using the DCU have a means, at the source node, for counting the derived network clock cycles in an RTS period.

2.  Lucent's Alleged Direct Infringement

a.  Whether Lucent directly infringes claims 11 or 33 of the '633 patent by making, using, selling, or offering to sell in the United

6

States, or importing into the United States, the CBX-500 and CBX-3500 ("CBX products"), the GX-550 ("GX product"), or the PSAX 1000, PSAX 1250, PSAX 2300, or PSAX 4500 ("PSAX products).

b.    How many CBX, GX, and/or PSAX products actually contain a module that can perform SRTS.

c.    Whether the CBX, GX, and PSAX products infringe claims 11 or 33 of the '633 patent when such products are not equipped with a module that can perform SRTS.

d.    Whether the CBX, GX and PSAX products are capable of transporting an RTS other than in the convergence sublayer overhead.

e.    Whether the PSAX products are capable of defining a RTS period as an integral number of source-node service clock cycles.

f.    Whether the PSAX products have a means for defining a derived network clock frequency $f_{nx}$ from a network frequency fn where $f_{nx} = f_n/x$, x is a rational number, and $f_{nx}$ is less than or equal to twice the service clock frequency.

g.    Whether the PSAX products define a RTS period as an integral number of source-node service clock cycles.

h.    Whether the PSAX products have a means for counting the derived network clock cycles modulo 16 in an RTS period.

i.    Whether the PSAX products define a derived network clock frequency $f_{nx}$ from a network frequency fn where $f_{nx} = f_n/x$, x is a rational number, and $f_{nx}$ is less than or equal to twice the service clock frequency.

3.    Cisco's Alleged Indirect Infringement

a.    Whether Cisco's customers who purchase the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products directly infringe claims 11 or 33 of the '633 patent.

b.    Whether the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products have substantial non-infringing uses.

c.    Whether Cisco knew that the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products were especially made or especially adapted for use in an infringement of claims 11 or 33 of the '633 patent.

d.      Whether Cisco specifically intended to induce the legal wrong of actual infringement of claims 11 or 33 of the '633 patent.

e.      Whether Cisco encouraged its customers to use the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products in a manner that would result in actual infringement of claims 11 or 33 of the '633 patent.

4.     Lucent's Alleged Indirect Infringement

a.      Whether Lucent's customers who purchased the CBX, GX, and PSAX products directly infringe claims 11 or 33 of the '633 patent.

b.      Whether and when Lucent had knowledge of the '633 patent.

c.      Whether the CBX, GX, and PSAX products have substantial non-infringing uses.

d.      Whether Lucent knew that the CBX, GX, and PSAX products were especially made or especially adapted for use in an infringement of claims 11 or 33 of the '633 patent.

e.      Whether Lucent specifically intended to induce the legal wrong of actual infringement of claims 11 or 33 of the '633 patent.

f.      Whether Lucent encouraged its customers to use the CBX, GX, and PSAX products in a manner that would result in actual infringement of claims 11 or 33 of the '633 patent.

5.     Doctrine of Equivalents

a.      Cisco

(1)      Whether the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products infringe claims 11 or 33 of the '633 patent under the doctrine of equivalents.

(2)      Whether differences between the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products and any of the limitations of claims 11 or 33 of the '633 patent for which the doctrine of equivalents is viable, if any, are such that the MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products perform substantially the same function in substantially the same way to obtain substantially the same result and/or are interchangeable with the corresponding claim limitation.

b.      Lucent

8

(1)     Whether the CBX, GX, and PSAX products infringe claims 11 or 33 of the '633 patent under the doctrine of equivalents.

(2)     Whether differences between the CBX, GX, and PSAX products and any of the limitations of claims 11 or 33 of the '633 patent for which the doctrine of equivalents is viable, if any, are such that the CBX, GX, and PSAX products perform substantially the same function in substantially the same way to obtain substantially the same result and/or are interchangeable with the corresponding claim limitation.

## II.    INVALIDITY

A.      U.S. Patent No. 4,893,306 ("the '306 patent")

1.      Anticipation

a.      Whether the printed publication J. Limb and C. Flores, "Description of Fasnet – A Unidirectional Local-Area Communications Network," The Bell System Technical Journal, Vol. 61, No. 7 (September 1982) ("FasNet") anticipates claims 1, 3, or 4 of the '306 patent.

b.      Whether the printed publication Z. Budrikis and A. Netravali, "A Packet/Circuit Switch," AT&T Bell Laboratories Technical Journal, Vol. 63, No. 8 (October 1984) ("Budrikis") anticipates claims 1, 3, or 4 of the '306 patent.

2.      Obviousness

a.      Differences between FasNet and claims 1, 3, or 4 of the '306 patent.

b.      Differences between Budrikis and claims 1, 3, or 4 of the '306 patent.

c.      Whether there are any secondary considerations.

d.      Whether "Wideband Packet Technology for Switching Systems" by G.W.R. Luderer et al. was presented and/or published between March 15-20, 1987.

3.      Best Mode

a.      Whether "Design Architectures of DTDM Packet Assembler and Packet Multiplexer" by Hung-Hsiang Chao was presented and/or published between November 9-11, 1987.

4.      Conception and Reduction to Practice

      a.      Whether there was an actual reduction to practice by Telcordia of the subject matter of the claims of the '306 patent.

B.      The '763 patent

1.      Anticipation

      a.      Whether the printed publication J. Prisco and R. Hoss, "Fiber Optic Regional Area Networks," IEEE Communications Magazine, Vol. 23, No. 11 (November 1985) ("Prisco & Hoss") anticipates claims 1, 2, 7, or 8 of the '763 patent.

      b.      Whether U.S. Patent No. 4,347,605 ("the Hashizume patent") anticipates claims 1, 2, 7, or 8 of the '763 patent.

      c.      Whether the printed publication G. Ester, "Ring up big profits with ring architecture," Telephony, pp. 22-29 (December 1987) ("Ester") anticipates claims 1, 2, 7, or 8 of the '763 patent.

      d.      Whether G. Ester, "Ring up big profits with ring architecture," Telephony, pp. 22-29 (December 1987) ("Ester") was published in December 1987.

2.      Obviousness

      a.      Differences between Prisco & Hoss and claims 1, 2, 7, and 8 of the '763 patent.

      b.      Differences between the Hashizume patent and claims 1, 2, 7, and 8 of the '763 patent.

      c.      Differences between Ester and claims 1, 2, 7, and 8 of the '763 patent.

      d.      Whether there are any secondary considerations.

3.      Conception and Reduction to Practice

      a.      Whether there was an actual reduction to practice by Telcordia of the subject matter of the claims of the '763 patent

C.      The '633 patent

1.      Anticipation

      a.      Whether the printed publication J. Gonzales and J.P. Le Meur, "Jitter Reduction in ATM Networks," Proceedings of the ICC, pp.

274-279 (1991) ("the Gonzales article") anticipates claims 11 or 33 of the '633 patent.

    b.    Whether the printed publication CCITT Study Group XVIII, SWP XVIII/8-3, Revised text of I.363 section 2 (AAL type 1), Melbourne 2-13 (December 1991) ("the Draft AAL1 Recommendation") anticipates claims 11 or 33 of the '633 patent.

  2.    Obviousness

    a.    Whether there are any secondary considerations.

  3.    Conception and Reduction to Practice

    a.    Whether there was an actual reduction to practice by Telcordia of the subject matter of the claims of the '633 patent.

## III.    INEQUITABLE CONDUCT/UNENFORCEABILITY

  A.    The '306 patent

  1.    Whether the printed publication Wu, Lee, and Lee, "Dynamic TDM – a Packet Approach to Broadband Networking," IEEE International Conference on Communications (June 1987) ("Wu-Lee-Lee") would have been important to a reasonable examiner in deciding whether to issue the '306 patent.

  2.    Whether "Dynamic TDM – A Packet Approach to Broadband Networking" by L.T. Wu, S.H. Lee and T.T. Lee was presented and/or published between June 7-10, 1987.

  3.    Whether the printed publication M. Wm. Beckner, T.T. Lee, and S.E. Minzer, "A Protocol and Prototype for Broadband and Subscriber Access to ISDNs," Proceedings of the International Switching Symposium, Vol. 2, pp. 462-69 (1987) ("Beckner-Lee-Minzer") would have been important to a reasonable examiner in deciding whether to issue the '306 patent.

4.      Whether "A Protocol and Prototype for Broadband and Subscriber Access to ISDNs" by M. Wm. Beckner, T.T. Lee, and S.E. Minzer was presented and/or published in March 1987.

5.      Whether "Tutorial on Asynchronous Time Division Multiplexing (ATDM): A Packet Access Capability for Broadband Interfaces to ISDNs" by M. Wm. Beckner and S.E. Minzer was presented and/or published between November 18-22, 1985.

6.      Whether FasNet would have been important to a reasonable examiner in deciding whether to issue the '306 patent.

B.     The '763 patent

1.      Whether Prisco & Hoss, and named inventor Lau's relationship with that reference, would have been important to a reasonable examiner in deciding whether to issue the '763 patent.

    C.       The '633 patent

          1.       Whether the role of Pierre Adam, Theirry Houdoin, and/or Jean-Yves Cochennec in the conception of the claimed invention, as evidenced by the 1991 communications between Telcordia and France Telecom,[2] would have been important to a reasonable examiner in deciding whether to issue U.S. Patent No. 5,260,978 ("the '978 patent").

          2.       Whether the role of Pierre Adam, Theirry Houdoin, and/or Jean-Yves Cochennec in the conception of the claimed invention, as evidenced by the facsimile from B. Kittams to P. Adam dated September 4, 1991, would have been important to a reasonable examiner in deciding whether to issue the '633 patent.

          3.       Whether the role of Pierre Adam, Theirry Houdoin, and/or Jean-Yves Cochennec in the conception of the claimed invention, as evidenced by the facsimile from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991, would have been important to a reasonable examiner in deciding whether to issue the '633 patent.

          4.       Whether the misrepresentation of the Gonzales article during prosecution of the '978 patent would have been important to a reasonable examiner in deciding whether to issue the '978 patent.

          5.       Whether the misrepresentation of the Gonzales article during prosecution of the '633 patent would have been important to a reasonable examiner in deciding whether to issue the '633 patent.

## IV.    DAMAGES

    A.       Cisco

          1.       To the extent that Cisco's ONS products are found to infringe the '763 patent, what damages would be adequate to compensate Telcordia.

---

[2]    The 1991 communications between Telcordia and France Telecom include the following:

    Facsimile from P. Adam of France Telecom dated August 26, 1991.

    Facsimile from B. Kittams to P. Adam dated September 4, 1991.

    Memo from R. Lau and B. Kittams to T. Houdoin dated October 11, 1991.

    Facsimile from T. Houdoin to B. Kittams to R. Lau dated October 14, 1991.

    Facsimile from R. Lau and B. Kittams to T. Houdoin and J.Y. Cochennec dated October 16, 1991.

    Undated memo from T. Houdoin to B. Kittams and R. Lau.

2. To the extent that Cisco's MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products are found to infringe the '633 patent, what damages would be adequate to compensate Telcordia.

3. Whether the form of the appropriate measure of damages, if any, is an up-front, paid-up royalty or a running royalty.

4. To the extent that Cisco's ONS products are found to infringe the '763 patent and a running royalty is the appropriate measure of damages, what is the appropriate royalty base that Cisco and Telcordia would have negotiated at the time of the hypothetical negotiation

5. To the extent that Cisco's ONS products are found to infringe the '763 patent and a running royalty is the appropriate measure of damages, what is the reasonable royalty rate that Cisco and Telcordia would have negotiated at the time of the hypothetical negotiation.

6. To the extent that Cisco's MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products are found to infringe the '633 patent and a running royalty is the appropriate measure of damages, what is the appropriate royalty base that Cisco and Telcordia would have negotiated at the time of the hypothetical negotiation.

7. To the extent that Cisco's MGX, LightStream, Catalyst, IGX, IP Transfer Point, 7200, and 3600 products are found to infringe the '633 patent and a running royalty is the appropriate measure of damages, what is the reasonable royalty rate that Cisco and Telcordia would have negotiated at the time of the hypothetical negotiation.

8. When any hypothetical negotiation between Telcordia and Cisco regarding the '763 patent would have taken place.

9. When any hypothetical negotiation between Telcordia and Cisco regarding the '633 patent would have taken place.

B. Lucent

1. To the extent that Lucent's DMX products are found to infringe the '763 patent, what is the appropriate royalty base that Lucent and Telcordia would have negotiated at the time of the hypothetical negotiation in April 2000.

2. To the extent that Lucent's DMX products are found to infringe the '763 patent, what is the reasonable royalty rate that Lucent and Telcordia would have negotiated at the time of the hypothetical negotiation in April 2000.

14

3.    To the extent that Lucent's CBX, GX, and PSAX products are found to infringe the '633 patent, what is the appropriate royalty base that Lucent and Telcordia would have negotiated at the time of the hypothetical negotiation in April 2000.

4.    To the extent that Lucent's CBX, GX, and PSAX products are found to infringe the '633 patent, what is the reasonable royalty rate that Lucent and Telcordia would have negotiated at the time of the hypothetical negotiation in April 2000.

5.    When any hypothetical negotiation between Telcordia and Lucent regarding the '763 patent would have taken place.

6.    When any hypothetical negotiation between Telcordia and Lucent regarding the '633 patent would have taken place.

C.    Actual Notice

1.    Cisco

a.    Whether Telcordia provided Cisco with actual notice of the '763 patent prior to September 7, 2001.

b.    Whether Telcordia provided Cisco with a specific charge of infringement of the '763 patent by a specific Cisco product prior to August 5, 2003.

c.    Whether Telcordia provided Cisco with actual notice of the '633 patent prior to September 7, 2001.

d.    Whether Telcordia provided Cisco with a specific charge of infringement of the '633 patent by a specific Cisco product prior to August 5, 2003.

2.    Lucent

a.    Whether Telcordia provided Lucent with actual notice of the '763 patent prior to filing its amended complaint on June 14, 2005.

b.    Whether Telcordia provided Lucent with a specific charge of infringement of the '763 patent by a specific Lucent product prior to filing its amended complaint on June 14, 2005.

c.    Whether Telcordia provided Lucent with actual notice of the '633 patent prior to filing its amended complaint on June 14, 2005.

15

       d.     Whether Telcordia provided Lucent with a specific charge of infringement of the '633 patent by a specific Lucent product prior to filing its amended complaint on June 14, 2005.

D.    Constructive Notice

    1.    Whether licensees of the '763 patent mark their licensed products with the patent number.

    2.    Whether licensees of the '763 patent that have licensed products made for them under "have made" rights have such licensed products marked with the patent number.

    3.    Whether licensees of the '633 patent mark their licensed products with the patent number.

    4.    Whether licensees of the '633 patent that have licensed products made for them under "have made" rights have such licensed products marked with the patent.

E.    Laches

    1.    Cisco

        a.    Whether Telcordia's delay in filing its complaint on July 16, 2004 and/or its amended complaint on June 14, 2005 against Cisco was unreasonable and inexcusable.

        b.    When Telcordia knew or should have known of the alleged infringement by Cisco or companies it acquired prior to filing its complaint on July 16, 2004 and its amended complaint on June 14, 2005.

        c.    Whether Telcordia's delay in asserting the patents gives rise to a presumption of laches because Telcordia knew or should have known of the alleged infringement by Cisco or companies it acquired more than six years prior to filing its complaint on July 16, 2004 and its amended complaint on June 14, 2005.

        d.    Whether Cisco suffered material economic prejudice as a result of Telcordia's delay in asserting the patents.

        e.    Whether Cisco suffered material evidentiary prejudice as a result of Telcordia's delay in asserting the patents.

2.    Lucent

    a.    Whether Telcordia's delay in filing its complaint on July 16, 2004 and/or its amended complaint on June 14, 2005 against Lucent was unreasonable and inexcusable.

    b.    When Telcordia knew or should have known of the alleged infringement by Lucent or companies it acquired prior to filing its complaint on July 16, 2004 and its amended complaint on June 14, 2005.[3]

    c.    Whether Telcordia's delay in asserting the patents gives rise to a presumption of laches because Telcordia knew or should have known of the alleged infringement by Lucent or companies it acquired more than six years prior to filing its complaint on July 16, 2004 and its amended complaint on June 14, 2005.

    d.    Whether Lucent suffered material economic prejudice as a result of Telcordia's delay in asserting the patents.

    e.    Whether Lucent suffered material evidentiary prejudice as a result of Telcordia's delay in asserting the patents.

---

[3]    Lucent is not asserting a defense of laches for the '633 patent.

V.     **EQUITABLE ESTOPPEL**

    A.    Whether Telcordia's conduct at ANSI and/or ITU-T/CCITT misled Cisco to believe that Telcordia did not have patents relevant to the SRTS clock recovery technique in the AAL1 standards.

    B.    Whether Telcordia's conduct at ANSI, ITU-T/CCITT, and/or the ATM Forum misled Cisco to believe that Telcordia would not assert any patents based on compliance with the SRTS clock recovery technique in the AAL1 standards.

    C.    Whether Telcordia's conduct at ANSI, ITU-T/CCITT, and/or the ATM Forum misled Cisco to believe that Telcordia would license any patents relevant to the SRTS clock recovery technique in the AAL1 standards to the industry for free.

    D.    Whether Telcordia's conduct at ANSI, ITU-T/CCITT, and/or the ATM Forum misled Cisco to believe that Telcordia would license any patents relevant to the SRTS clock recovery technique in the AAL1 standards to the industry on reasonable and nondiscriminatory terms far less than those Telcordia is now seeking.

    E.    Whether Cisco relied on Telcordia's misleading conduct.

    F.    Whether Cisco suffered material prejudice based on its reliance on Telcordia's conduct.

VI.     **WILLFULNESS**

    A.    Cisco

        1.    Whether Cisco had a substantial defense to infringement of the '763 patent and reasonably believed that the defense would be successful if litigated.

        2.    Whether Cisco exercised due care regarding the '763 patent after it acquired notice of the patent.

        3.    Whether Cisco formed a good-faith belief that the '763 patent was invalid or unenforceable or that it was not infringed.

        4.    Whether Cisco tried to cover up any activities accused of infringing the '763 patent.

        5.    Whether Cisco had a substantial defense to infringement of the '633 patent and reasonably believed that the defense would be successful if litigated.

        6.    Whether Cisco exercised due care regarding the '633 patent after it acquired notice of the patent.

7.     Whether Cisco formed a good-faith belief that the '633 patent was invalid or unenforceable or that it was not infringed.

8.     Whether Cisco tried to cover up any activities accused of infringing the '633 patent.

9.     In the event that willful infringement is found, whether enhanced damages are warranted under 35 U.S.C. § 284.

B.     Lucent

1.     Whether Lucent had a substantial defense to infringement of the '633 patent and reasonably believed that the defense would be successful if litigated.

2.     Whether Lucent exercised due care regarding the '633 patent after it acquired notice of the patent.

3.     Whether Lucent formed a good-faith belief that the '633 patent was invalid or unenforceable or that it was not infringed.

4.     Whether Lucent tried to cover up any activities accused of infringing the '633 patent.

5.     In the event that willful infringement is found, whether enhanced damages are warranted under 35 U.S.C. § 284.

## VII. PATENT MISUSE

A.     Whether Telcordia's infringement allegations against Cisco impermissibly broaden the scope of its patent monopoly.

## VIII. PERMANENT INJUNCTION

A.     Whether Telcordia has suffered irreparable harm as a result of Cisco's and/or Lucent's alleged infringement.

B.     Whether the remedies available at law, such as monetary damages, are adequate to compensate Telcordia for any injury resulting from Defendants' alleged infringement.

C.     Whether the balance of hardships warrants a permanent injunction.

D.     Whether the public interest will be disserved by a permanent injunction.

# CONTESTED ISSUES OF LAW

# I.    NON-INFRINGEMENT

### A.    Generally

Infringement involves a two-step analysis.  *See, e.g.*, *Cook Biotech v. Acell, Inc.*, 460 F.3d 1365, 1372 (Fed. Cir. 2006).  First, the Court must construe the disputed claims as a matter of law.  *Id.*  Second, the fact finder must compare the properly construed claims to the accused products. *Id.*

The plaintiff bears the burden of proving by a preponderance of the evidence that every limitation of an asserted claim is present, either literally or by equivalents, in the accused product.  *See, e.g.*, *Cross Med. Prods., Inc. v. Medtronic Sofamor Danek, Inc.*, 424 F.3d 1293, 1310 (Fed. Cir. 2004); *Nomos Corp. v. Brainlab, Inc.,* 239 F. Supp. 2d 430, 434 (D. Del. 2003).

An accused infringer has no burden of proving non-infringement.  *See, e.g.*, *Under Sea Indus., Inc. v. Dacor Corp.*, 833 F.2d 1551, 1557 (Fed. Cir. 1988).

### B.    Literal Infringement

Literal infringement "requires that each and every limitation set forth in a claim appear in an accused product." *Cross*, 424 F.3d at 1310.  Every claim limitation is material and must be present in the accused product. *See Unique Concepts, Inc. v. Brown*, 939 F.2d 1558, 1562 (Fed. Cir. 1991).

"[A] device does not infringe simply because it is possible to alter it in a way that would satisfy all the limitations of a patent claim."  *High Tech Med. Instrumentation, Inc. v. New Image Indus., Inc.*, 49 F.3d 1551, 1555 (Fed. Cir. 1995); *Lucent Techs., Inc. v. Newbridge Networks Corp.*, 168 F. Supp. 2d 181, 225 (D. Del. 2001) ("That a device could have been made to do something else does not of itself establish infringement.").

C.    Doctrine of Equivalents Infringement

Infringement under the doctrine of equivalents requires that the accused product contain each limitation of the claim or its equivalent. *Warner-Jenkinson Co. v. Hilton Davis Chem. Co.*, 520 U.S. 17, 40 (1997). An element in the accused product is equivalent to a claim limitation if the differences between the two are insubstantial. *See id.* The infringement analysis for doctrine of equivalents focuses on whether the element in the accused product "performs substantially the same function in substantially the same way to obtain substantially the same result" as the claim limitation. *Graver Tank & Mfg. Co. v. Linde Air Prods. Co.*, 339 U.S. 605, 608 (1950).

The Federal Circuit has articulated specific rules for establishing infringement under the doctrine of equivalents. *See nCUBE Corp. v. SeaChange Int'l, Inc.*, 436 F.3d 1317, 1325 (Fed. Cir. 2006). Plaintiff must set forth "*evidence* and *argument* concerning the doctrine and *each* of its *elements.*'" *Id.* (emphasis in original). In particular, plaintiff must provide "particularized testimony and linking argument as to the 'insubstantiality of the differences' between the claimed invention and the accused device or process, or with respect to the function, way, result test when such evidence is presented to support a finding of infringement under the doctrine of equivalents." *Texas Instr. v. Cypress Semiconductor Corp.*, 90 F.3d 1558, 1567 (Fed. Cir. 1996).

Particularized linking testimony and argument "must be presented on a limitation-by-limitation basis" and "[g]eneralized testimony as to the overall similarity between the claims and the accused infringer's product or process will not suffice." *Id.* Further, evidence on DOE "cannot merely be subsumed in plaintiff's case of literal infringement." *nCUBE*, 436 F.3d at 1325.

D.    Infringement of Means-Plus-Function Claims

Claims 1, 2, 7, and 8 of the '763 patent and claim 11 of the '633 patent are written in means-plus-function format pursuant to 35 U.S.C. § 112 ¶ 6. Determining infringement of means-plus-function claim requires: (1) identifying the claimed function of the element; (2) identifying the corresponding structure in the patent that performs that function; (3) performing a function-to-function comparison to determine if the accused products have the identical function as the claim element; and (4) performing a structure-to-structure comparison to determine if the accused products have identical or equivalent structure as that described in the patent. *See, e.g., Med. Instrumentation and Diagnostic Corp. v. Elekta AB*, 344 F.3d 1205, 1211 (Fed. Cir. 2003).

Infringement of a means-plus-function claim "requires that the relevant structure in the accused device . . . be identical or equivalent to the corresponding structure in the specification." *CytoLogix Corp. v. Ventana Med. Sys., Inc.*, 424 F.3d 1168, 1178 (Fed. Cir. 2005). It is insufficient for the plaintiff to "present testimony 'based only on a functional, not a structural, analysis.'" *Id.*

22

E.     Direct Infringement

Direct infringement requires the presence of each element of the asserted claim. *See Cross Med. Prods.*, 424 F.3d at 1310. A method claim is not directly infringed by the mere manufacture and sale of the product capable of performing that method. *See, e.g., Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 773 (Fed. Cir. 1993). A method claim can only be directly infringed when the method is actually performed by the product user. *Id.* at 773-74.

F.     Indirect Infringement

A plaintiff that alleges that a defendant is liable for indirect infringement, either induced infringement or contributory infringement, always has the burden of establishing direct infringement. *See Dynacore Holdings Corp. v. U.S. Philips Corp.*, 363 F.3d 1263, 1272 (Fed. Cir. 2004) ("Indirect infringement, whether inducement to infringe or contributory infringement, can only arise in the presence of direct infringement."). Upon a failure of proof of direct infringement, any claim of indirect infringement also fails. *See Epcon Gas Sys. v. Bauer Compressors, Inc.*, 279 F.3d 1022, 1033 (Fed. Cir. 2002); *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1303 (Fed. Cir. 2006) ("[T]he patentee always has the burden to show direct infringement for each instance of indirect infringement.").

1.     Induced Infringement

35 U.S.C. § 271(b) provides that "[w]hoever actively induced infringement of a patent shall be liable as an infringer." To establish induced infringement, a plaintiff must prove that a defendant "actively and *knowingly* aid[ed] and abett[ed] another's direct infringement." *DSU Med.*, 471 F.3d at 1305 (*en banc*).

The Federal Circuit recently explained that, to establish induced infringement, "knowledge of the acts alleged to constitute infringement" is not enough. *Id.* Rather, "[t]he plaintiff has the burden of showing that the alleged infringer's actions induced infringing acts and that he knew or should have known his actions would induce actual infringements." *Id.* at 1304. "The requirement that the alleged infringer knew or should have known his actions would induce actual infringement necessarily includes the requirement that he or she knew of the patent." *Id.*

Active inducement requires the plaintiff to establish that defendant caused, urged, encouraged, or aided a third-party's infringement of a patent. *See Tegal Corp. v. Tokyo Electron Co.*, 248 F.3d 1376, 1379-80 (Fed. Cir. 2001).

2.     Contributory infringement

Section 271(c) provides that "[w]hoever offers to sell or sells . . . a component of a patented machine, manufacture, combination or

composition . . . constituting a material part of the invention, *knowing* the same to be especially made or especially adapted for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use, shall be liable as a contributory infringer" (emphasis added).

The Supreme Court has held that establishing contributory infringement "require[s] a showing that the alleged contributory infringer *knew* that the combination for which his component was especially designed was both patented and infringing." *Aro Mfg. Co. v. Convertible Top Replacement Co.*, 377 U.S. 476, 488 (1964).

To establish contributory infringement, a plaintiff must establish that (1) "the alleged contributory infringer *knew* that the combination for which his component was especially designed was both patented and infringing," and (2) the accused product has no substantial non-infringing uses. *Aro*, 377 U.S. at 488. A substantial non-infringing use is any non-infringing use that is not fanciful or concocted merely for purposes of litigation. *Dawson Chem. Co. v. Rohm & Hass Co.*, 448 U.S. 176, 198 (1980).

## II.    INVALIDITY

### A.    Anticipation

Defendant must establish that a claim is invalid as anticipated by clear and convincing evidence.  *See Schumer v. Lab. Computer Sys., Inc.*, 308 F.3d 1304, 1315 (Fed. Cir. 2002).  A patent claim is invalid as anticipated if "the invention was . . . described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent." 35 U.S.C. § 102(a).  A patent claim is also invalid as anticipated if "the invention was patented or described in a printed publication in this or a foreign country . . . more than one year prior to the date of the application for patent in the United States."  35 U.S.C. § 102(b).  Whether a specific document constitutes a publication under 35 U.S.C. § 102 is a question of law.  *See Constant v. Advanced Micro Devices, Inc.*, 848 F.2d 1560, 1568 (Fed. Cir. 1988).

"A claim is anticipated if each and every limitation is found either expressly or inherently in a single prior art reference."  *Celeritas Techs., Ltd. v. Rockwell*, 150 F.3d 1354, 1361 (Fed. Cir. 1998); *accord Telemac Cellular Corp. v. Topp Telecom, Inc*., 247 F.3d 1316, 1327 (Fed. Cir. 2001).  Whether a claimed invention is anticipated by prior art reference is a question of fact.  *See Sentry Protection Prods., Inc. v. Eagle Mfg. Co*., 400 F.3d 910, 914 (Fed. Cir. 2005).

"To invalidate a patent by anticipation, a prior art reference normally needs to disclose each and every limitation of the claim. . . .  However, a prior art reference may anticipate when the claim limitation or limitations not expressly found in that reference are nonetheless inherent in it."  *Atlas Powder Co. v. Ireco Inc*., 190 F.3d 1342, 1347 (Fed. Cir. 1999) ("Under the principles of inherency, if the prior art necessarily functions in accordance with, or includes, the claimed limitations, it anticipates.").

The inherent teachings of a prior art reference is a question of fact.  *In re Napier*, 55 F.3d 610, 613 (Fed. Cir. 1995); *Hazani v. U.S. Int'l Trade Comm'n*, 126 F.3d 1473, 1477 (Fed. Cir. 1997).  "[A]nticipation does not require that a person of ordinary skill in the art at the time would have recognized the inherent disclosure."  *Schering Corp. v. Geneva Pharms., Inc.*, 339 F.3d 1373, 1377 (Fed. Cir. 2003).  Further, inherency "accommodates situations where the common knowledge of technologists is not recorded in the reference; that is, where technological facts are known to those in the field of the invention, albeit not known to judges."  *Continental Can Co. USA, Inc. v. Monsanto Co.*, 948 F.2d 1264, 1269 (Fed. Cir. 1991).  "[R]ecourse to extrinsic evidence is proper to determine whether a feature, while not explicitly discussed, is necessarily present in a reference."  *Telemac*, 247 F.3d at 1328.  "A reference anticipates a claim if it discloses the claimed invention such that a skilled artisan could take its teachings in combination with his own knowledge of the particular art and be in possession of the invention."  *In re Graves*, 69 F.3d 1147, 1152 (Fed. Cir. 1996) (emphasis removed).

"Material not explicitly contained in the single, prior art document may still be considered for purposes of anticipation if that material is incorporated by reference into the document." *Advanced Display Sys., Inc. v. Kent State Univ.*, 212 F.3d 1272, 1282 (Fed. Cir. 2000). Incorporating by reference may be performed "by citing such material in a manner that makes clear that the material is effectively part of the host document as if it were explicitly contained therein." *Id.* "When a document is 'incorporated by reference' into a host document, such as a patent, the referenced document becomes effectively part of the host document as if it were explicitly contained therein." *Telemac*, 247 F.3d at 1329.

"Teaching away is irrelevant to anticipation." *SeaChange Int'l Inc. v. C-COR Corp.*, 413 F.3d 1361, 1380 (Fed. Cir. 2005). Rather, "it is well settled that a prior art reference is relevant for all that it teaches to those of ordinary skill in the art." *See In re Fritch*, 972 F.2d 1260, 1264 (Fed. Cir. 1992).

B.    Obviousness

A claim is invalid "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains." 35 U.S.C. § 103(a). "The ultimate test of patent validity is one of law . . . but resolution of the obviousness issue necessarily entails several basic factual inquiries." *Sakraida v. AG Pro, Inc.*, 425 U.S. 273, 280 (1976). Under Section 103, "the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of ordinary skill in the pertinent art are resolved." *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966). Secondary considerations such as "commercial success, long felt but unsolved needs, failure of others, etc., might be utilized to give light to the circumstances surrounding the origin of the subject matter sought to be patented. As indicia of obviousness or nonobviousness, these inquiries may have relevancy." *Id.* at 17-18.

A patent claim that "simply arranges old elements with each performing the same function it had been known to perform, although perhaps producing a more striking result than in previous combinations . . . [is] not patentable under standards appropriate for a combination patent." *Sakraida*, 425 U.S. at 282.

26

C.      Best Mode

Compliance with the best mode requirement is a question of fact. *See United States Gypsum Co. v. National Gypsum Co.*, 74 F.3d 1209, 1212-13 (Fed. Cir. 1996). A defendant must establish a best mode violation by clear and convincing evidence. The best mode legal test has two prongs. "First, it must be determined whether, at the time the patent application was filed, the inventor had a best mode of practicing the claimed invention." *Id.* at 1212. "Second, if the inventor had a best mode of practicing the claimed invention, it must be determined whether the specification adequately disclosed what the inventor contemplated as the best mode so that those having ordinary skill in the art could practice it." *Id.*

An inventor's mistake in failing to disclose a preferred mode of practicing the invention constitutes a best mode violation. *See, e.g.*, *Graco, Inc. v. Binks Mfg. Co.*, 60 F.3d 785, 789 (Fed. Cir. 1995).

D.      Conception and Reduction to Practice

Conception is a question of law predicated on underlying facts. *See Singh v. Brake*, 317 F.3d 1334, 1340 (Fed. Cir. 2003). "Conception must include every feature or limitation of the claimed invention." *Kridl v. McCormick*, 105 F.3d 1446, 1449 (Fed. Cir. 1997).

"[I]n establishing conception, a party must show possession of every feature recited in the [claim], and that every limitation of the [claim] must have been known to the inventor at the time of the alleged conception." *Coleman v. Dines*, 754 F.2d 353, 359 (Fed. Cir. 1985). "Conception must be proved by corroborating evidence which shows that the inventor disclosed to others his 'complete thought expressed in such clear terms as to enable those skilled in the art' to make the invention." *Kridl*, 105 F.3d at 1449-50.

"[A]n inventor's testimonial assertions of inventive facts require corroboration by independent evidence." *Brown v. Barbacid*, 276 F.3d 1327, 1335 (Fed. Cir. 2002). "[U]nwitnessed laboratory notebooks on their own are insufficient to support [a] claim of [ ] inventorship." *Stern v. Trustees of Columbia Univ.*, 434 F.3d 1375, 1378 (Fed. Cir. 2006). "Corroboration is required to support an inventor's testimony regarding his reasonable diligence in pursuit of the invention." *In re Jolley*, 308 F.3d 1317, 1328 (Fed. Cir. 2002).

"The evidence must show that the alleged earlier inventor was diligent throughout the entire critical period." *Monsanto v. Mycogen*, 261 F.3d 1356, 1369 (Fed. Cir. 2001). To show diligence, one must show "reasonably continuing activity to reduce the invention to practice." *Brown v. Barbacid*, 436 F.3d 1376, 1380 (Fed. Cir. 2006). An inventor has not exercised reasonable diligence when there is unexplained inactivity for a period of time. *See, e.g.*, *Griffith v. Kanamru*, 816 F.2d 624, 627 (Fed. Cir. 1987).

E.     Indefiniteness

Section 112 ¶ 2 provides that "[t]he specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." The definiteness requirement applies to claims written in means-plus-function format. A "structure disclosed in the specification qualifies as 'corresponding' structure *only if the specification or prosecution history clearly links or associates that structure to the function recited in the claim*." *Default Proof Credit Card Sys., Inc. v. Home Depot, Inc.*, 412 F.3d 1291, 1298 (Fed. Cir. 2005). Accordingly, in a means-plus-function claim when "an applicant fails to set forth an adequate disclosure, the applicant has in effect failed to particularly point out and distinctly claim the invention as required by the second paragraph of section 112." *Id.*

The knowledge of "one of ordinary skill in the art cannot supplant the total absence of structure from the specification." *Default Proof*, 412 F.3d at 1302. "It is not proper to look to the knowledge of one skilled in the art apart from and unconnected to the disclosure of the patent." *Medical Instrum. & Diagnostics Corp. v. Elekta AB*, 344 F.3d 1205, 1212 (Fed. Cir. 2003).

F.     Inventorship

A patent is invalid if the named inventor "did not himself invent the subject matter sought to be patented." 35 U.S.C. § 102(f). Misjoinder of inventors must be proven by clear and convincing evidence. *See Pannu v. Iolab Corp.*, 155 F.3d 1344, 1349 (Fed. Cir. 1998). To be a joint inventor "[o]ne need not alone conceive of the entire invention, for this would obviate the concept of joint inventorship. However, a joint inventor must contribute in some significant manner to the conception of the invention." *Fina Oil and Chem. Co. v. Ewen*, 123 F.3d 1466, 1473 (Fed. Cir. 1997). Nonjoinder of a proper inventor may not be corrected when failure to name such an inventor occurred with deceptive intent. *Pannu*, 155 F.3d at 1351.

"A co-inventor need not make a contribution to every claim of a patent." *Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1460 (Fed. Cir. 1998). A contribution to one claim is enough. *See id.* Individuals can be joint inventors even though they did not physically work together. *See Pannu*, 155 F.3d at 1351.

G.     Derivation

"[S]ubject matter derived from another not only is itself unpatentable to the party who derived it under § 102(f), but, when combined with other prior art, may make a resulting obvious invention unpatentable to that party under a combination of §§ 102(f) and 103." *Oddzon Prods., Inc. v. Just Toys, Inc.*, 122 F.3d 1396, 1403 (Fed. Cir. 1997).

## III.    INEQUITABLE CONDUCT

"Inequitable conduct resides in failure to disclose material information, or submission of false material information, with an intent to deceive, and those two elements, materiality and intent, must be proven by clear and convincing evidence." *Kingsdown Med. Consultants, Ltd. v. Hollister Inc.*, 863 F.2d 867, 872 (Fed. Cir. 1988) (en banc); *accord Critikon, Inc. v. Becton Dickinson Vascular Access, Inc.*, 120 F.3d 1253, 1256 (Fed. Cir. 1997). "Failure to disclose material information during the patent procurement process or the submission of material false information, with the intent to mislead or deceive the patent examiner into granting the patent, may render the patent permanently unenforceable." *Glaverbel Societe Anonyme v. Northlake Marketing & Supply, Inc.*, 45 F.3d 1550, 1556 (Fed. Cir. 1995). "Although the practical effect is generally the same, inequitable conduct renders a patent unenforceable rather than invalid." *Ulead Systems, Inc. v. Computer & Management Corp.*, 351 F.3d 1139, 1150 (Fed. Cir. 2003).

"[I]nequitable conduct with respect to one claim renders the entire patent unenforceable." *Baxter Int'l, Inc. v. McGaw, Inc.*, 149 F.3d 1321, 1332 (Fed. Cir. 1998). For patent applications filed prior to January 17, 1992, materiality must be shown by establishing that "a reasonable examiner would consider the withheld prior art important in deciding whether to issue the patent." *Merck & Co., Inc. v. Danbury Pharmacal, Inc.*, 873 F.2d 1418, 1421 (Fed. Cir. 1989); *accord Halliburton Co. v. Schlumberger Tech. Corp.*, 925 F.2d 1435, 1441 (Fed. Cir. 1991) (citing 37 C.F.R. § 1.56 (1989)). For patent applications filed after January 17, 1992, "information [is] material to patentability when: it is not cumulative to information already of record or being made of record in the application, and (1) it establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or (2) it refutes, or is inconsistent with, a position the applicant takes in: (i) opposing an argument of unpatentability relied on by the Office, or (ii) asserting an argument of patentability." *Agfa Corp v. Creo Prods. Inc.*, 451 F.3d 1366, 1377 (Fed. Cir. 2006); 37 C.F.R. § 1.56. The current standard does not replace the pre-1992 "reasonable examiner" standard. *Digital Control Inc. v. Charles Machine Works*, 437 F.3d 1309, 1316 (Fed. Cir. 2006) ("'[T]he reasonable examiner' standard and our case law interpreting that standard were not supplanted by the PTO's adoption of a new Rule 56.").

"[A]n applicant need not disclose a material reference if it is cumulative to or less material than those already before the examiner." *LNP Engineering Plastics, Inc. v. Miller Waste Mills, Inc.*, 275 F.3d 1347, 1360 (Fed. Cir. 2001). "A withheld reference may be highly material when it discloses a more complete combination of relevant features, even if those features are before the patent examiner in other references." *Semiconductor Energy Lab. Co., Ltd. v. Samsung Electronics Co., Ltd.*, 204 F.3d 1368, 1374 (Fed. Cir. 2000).

"Intent need not, and rarely can, be proven by direct evidence. It is most often proven by 'a showing of acts the natural consequences of which are presumably intended by the actor.'" *Merck*, 873 F.2d at 1422. "To satisfy the intent to deceive element of inequitable conduct, 'the involved conduct, viewed in light of all the evidence, including evidence indicative of good faith, must indicate sufficient culpability to require a finding of intent to deceive. However, 'smoking gun' evidence is not required in order to establish an intent to deceive.' Rather, this element of inequitable conduct, must generally be inferred from the facts and circumstances surrounding the applicant's overall conduct." *Paragon Podiatry Lab., Inc. v. Klm Labs., Inc.*, 984 F.2d 1182, 1189-90 (Fed. Cir. 1993).

"The more material the omission or the misrepresentation, the lower the level of intent required to establish inequitable conduct, and vice versa." *Critikon, Inc. v. Becton Dickinson Vascular Access, Inc.*, 120 F.3d 1253, 1256 (Fed. Cir. 1997). A fact finder may "infer deceptive intent based on a showing that a patentee withheld references with which it was intimately familiar and which were inconsistent with its own patentability arguments to the PTO." *Agfa*, 451 F.3d at 1378.

An applicant cannot cure inequitable conduct conducted in the prosecution of a patent by submitting withheld information during the prosecution of a reissue of that patent. *See Hewlett-Packard Co. v. Bausch & Lomb, Inc.*, 882 F.2d 1556, 1564 (Fed. Cir. 1989) ("It is well settled that, in the reverse case of inequitable conduct during the prosecution of the original application, reissue is not available to obtain new claims and thereby rehabilitate the patent."); *Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 326 F.3d 1226, 1236-37 (Fed. Cir. 2003) (The "district court did not clearly err in finding that [an] article was material notwithstanding [a PTO] Examiner's decision to issue [a] reissue patent after [the patentee] disclosed the . . . article to the PTO.").

The withheld information need not qualify as prior art in order to have been material. *See Dayco Prods., Inc. v. Total Containment, Inc.*, 329 F.3d 1358, 1363 (Fed. Cir. 2003) ("Information did not need to be prior art in order to be material, but instead embraced any information that a reasonable examiner would substantially likely consider important in deciding whether to allow an application to issue as a patent.").

"As a critical requirement for obtaining a patent, inventorship is material." *PerSeptive Biosystems, Inc. v. Pharmacia Biotech, Inc.*, 225 F.3d 1315, 1321 (Fed. Cir. 2000) (citing 35 U.S.C. § 102(f) (1994) ("A person shall be entitled to a patent unless . . . he himself did not invent the subject matter sought to be patented."); 35 U.S.C. § 116 ("When an invention is made by two or more persons jointly, they shall apply for a patent jointly.")).

Examiners are required to reject applications under 35 U.S.C. § 102(f) on the basis of improper inventorship.  *See* Manual of Patent Examining Procedure § 2137.01 (hereinafter "MPEP").  Accordingly, the Manual of Patent Examining Procedure details the 'rules' of inventorship to be used by examiners, *see id.*, and specifically notes that information about inventorship is material under 37 C.F.R. § 1.56, see MPEP § 2001.06(c) (inventorship disputes are material information); MPEP § 2004 (suggesting that applicants carefully consider inventorship in the duty to disclose context).

*Id.*

## IV.   DAMAGES

"Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court." 35 U.S.C. § 284.  "Adequate to compensate" means that the damages arrived at must be reasonable under the circumstances — *i.e.*, the damages must be a close approximation of what would be "adequate to compensate" for the "use made of the invention by the infringer."  *Applied Med. Res. Corp. v. U.S. Surgical Corp.*, 435 F.3d 1356, 1361 (Fed. Cir. 2006).  A patentee must prove damages by a preponderance of the evidence. *See Proctor & Gamble Co. v. Paragon Trade Brands,* 989 F. Supp. 547, 599 (D. Del. 1997).  A patentee is only entitled to damages adequate to compensate for infringing articles or activities.  *See, e.g., DSU Med. Corp. v. JMS Co., Ltd.*, 296 F. Supp. 2d 1140, 1159 (N.D. Cal. 2003).

A.     Reasonable Royalty

"A reasonable royalty is the amount that 'a person, desiring to manufacture [, use, or] sell a patented article, as a business proposition, would be willing to pay as a royalty and yet be able to make [, use, or] sell the patented article, in the market, at a reasonable profit.'" *Applied Med. Resources Corp. v. U.S. Surgical Corp.*, 435 F.3d 1356, 1361 (Fed. Cir. 2006).  The purpose of a reasonable royalty is "to determine the amount necessary to adequately compensate for an infringement." *Maxwell v. J. Baker, Inc.*, 86 F.3d 1098, 1109 (Fed. Cir. 1996).  It is assumed that both parties "would have known all relevant information" at the time of the hypothetical negotiation.  *Proctor & Gamble*, 989 F. Supp. at 604.

Although a reasonable royalty determination "necessarily involves an element of approximation and uncertainty, a trier of fact must have some factual basis for a determination of a reasonable royalty.  Any rate determined by the trier of fact must be supported by relevant evidence in the record." *Unisplay S.A. v. American Electronic Sign Co.*, 69 F.3d 512, 517 (Fed. Cir. 1995).

The hypothetical negotiation framework itself assumes that the alleged infringer would have known that the patent was valid, enforceable, and *infringed*, and thus inherently "compensates for the infringement." *See, e.g.*, *Mahurkar v. C.R. Bard, Inc.*, 79 F.3d 1572, 1580-81 (Fed. Cir. 1996) (holding that reasonable royalty may not be increased by a "kicker" to account for litigation expenses and costs).

Courts have identified fifteen non-exclusive "Georgia Pacific" factors to consider when determining a royalty rate:

1.  The royalties received by the patentee for the licensing of the patent in suit, proving or tending to prove an established royalty.

2.  The rates paid by the licensee for the use of other patents comparable to the patent in suit.

3.  The nature and scope of the license, as exclusive or non-exclusive, or as reacted or non-restricted in terms of territory or with respect to whom the manufactured product may be sold.

4.  The licensor's established policy and marketing program to maintain his patent monopoly by not licensing others to use the invention or by granting licenses under special conditions designed to preserve that monopoly.

5.  The commercial relationship between the licensor and licensee, such as, whether they are competitors in the same territory in the same line of business; or whether they are inventor and promoter.

6.  The effect of selling the patented specialty in promoting sales of other products of the licensee; the existing value of the invention to the licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales.

7.  The duration of the patent and the term of the license.

8.  The established profitability of the product made under the patent; its commercial success; and its current popularity.

9.  The utility and advantages of the patented invention over the old modes or devices, if any, that had been used for working out similar results.

10. The nature of the patented property; the character of the commercial embodiment of it as owned and produced by the licensor; and the benefits to those who have used the invention.

11. The extent to which the infringer has made use of the invention and any evidence probative of the value of that use.

12.  The portion of the profit or of the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions.

13.  The portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer.

14.  The opinion testimony of qualified experts.

15.  The amount that a licensor (such as the patentee) and a licensee (such as an infringer) would have agreed upon (at the time the infringement began) if both had been reasonably and voluntarily trying to reach an agreement; that is, the amount which a prudent licensee — who desired, as a business proposition, to obtain a license to manufacture and sell a particular article embodying the patented invention — would have been willing to pay as a royalty and yet make a reasonable profit and which amount would have been acceptable by a prudent patentee who was willing to grant a license.

*Georgia-Pacific Corp. v. U.S. Plywood Corp.*, 318 F. Supp. 1116, 1120 (1970).

Although the hypothetical negotiation must be viewed as occurring on the eve of the first infringement, courts will admit some evidence of events subsequent to that date, under what is called the "book of wisdom" approach. *Sinclair Refining Co. v. Jenkins Petroleum Co.*, 289 U.S. 689 (1933). However, the book of wisdom approach cannot be used to change the parties to the negotiation or ignore the date of the negotiation. *See, e.g., Riles v. Shell Exploration & Production*, 298 F.3d 1302, 1313 (Fed. Cir. 2002) ("A reasonable royalty determination for purposes of making a damages evaluation for patent infringement must relate to the time infringement occurred, and not be an after-the-fact assessment.").

B.     Notice

"The amount of damages the patentee can recover in an infringement suit is statutorily limited to those acts of infringement that occurred *after* the patentee gave the alleged infringer 'notice of infringement.'" *Gart v. Logitech*, 254 F.3d 1334, 1345 (Fed. Cir. 2001) (emphasis added). The notice requirement is designed to assure that the accused infringer knew of the adverse patent and the alleged infringement during the period in which its liability accrues. *See SRI Int'l, Inc. v. Advanced Tech Labs., Inc.*, 127 F.3d 1462, 1470 (Fed. Cir. 1997). Under 35 U.S.C. § 287, there are two types of notice: (1) actual notice and (2) constructive notice. *Gart*, 254 F.3d at 1345. Plaintiff bears the burden of pleading and proving that it complied with Section 287. *See Maxwell v. J. Baker, Inc.*, 86 F.3d 1098, 1111 (Fed. Cir. 1996); *Motorola, Inc. v. United Sates*, 729 F.2d 765, 770 (Fed. Cir. 1984). Compliance with the notice provision is a question of fact. *Maxwell*, 86 F.3d at 1111.

Actual notice "requires the affirmative communication of a specific charge of infringement by a specific accused product or device." *Amsted Indus. Inc. v. Buckeye Steel Castings Co.*, 24 F.3d 178, 187 (Fed. Cir. 1994). Actual notice must be "'the infringement' not merely notice of the patent's existence or ownership." *Id.* Further, "notice under section 287 must focus on the action of the patentee, not the knowledge or understanding of the infringer." *Id.* A letter informing an industry organization about the existence of patent and its potential applicability to a standard does not constitute notice under Section 287. *AT&T Corp. v. Microsoft Corp.*, 290 F. Supp. 2d 409, 415 (S.D.N.Y 2003); *GTE Wireless, Inc. v. Qualcomm, Inc.*, 192 F.R.D. 284, 288 (S.D. Cal. 2000).

Notice to the public by marking any patented article is required by 35 U.S.C. § 287(a). Section 287 provides that "*[p]atentees, and persons making,* offering for sale, or selling within the United States *any patented article for or under them,* or importing any patented article into the United States, may give notice to the public that the same is patented, either by fixing thereon the word "patent" or the abbreviation "pat.", together with the number of the patent . . . . In the event of failure so to mark, no damages shall be recovered by the patentee in any action for infringement, except on proof that the infringer was notified of the infringement and continued to infringe thereafter."

A licensee who makes or sells a licensed product does so "for or under" the patentee, thereby limiting the patentee's damage recovery when the licensed product is not marked. *See Devices for Medicine, Inc. v. Boehl*, 822 F.2d 1062, 1066 (Fed. Cir. 1987). Failure to mark a licensed product by the licensee extends to products that were manufactured on behalf of the licensee. *See Amsted*, 24 F.3d at 185. Because the purpose of section 287 is "to encourage the patentee to give notice to the public of the patent," *AMS*, 6 F.3d at 1538, "there is no reason why section 287 should only apply to express licensees and not to implied licensees." *Amsted*, 24 F.3d at 185. "Thus, licensees . . . and other authorized parties, such as [licensee's] manufacturers, must also comply" with the marking

requirement.  *Maxwell*, 86 F.3d at 1111.  The reason for this rule is straightforward: "Production of the article for the use of the licensee is production under the license."  *Southwire Co. v. USITC*, 629 F.2d 1332, 1338 (C.C.P.A. 1980).

A patentee must make take efforts to ensure that that licensees comply with the marking requirement.  *See id.* at 1112.  The requirement that a patentee take steps to enforce marking by its licensees is consistent with Section 287(a)'s purpose of "provid[ing] notice to the public of the existence of the patent and to prevent innocent infringement."  *Id.*

C.     Laches

"Laches is cognizable under 35 U.S.C. § 282 as an equitable defense to a claim for patent infringement."  *A.C. Aukerman Co. v. R.L. Chaides Constr. Co.*, 960 F.2d 1020, 1028 (Fed. Cir. 1992) (*en banc*).  When an alleged infringer establishes laches, the patentee may not recover damages for infringement occurring prior to the filing of the lawsuit.  *Id.* at 1041.  Laches is defined generally as a "slackness or carelessness towards duty or opportunity."  *Id.* at 1028.

To establish laches, an alleged infringer must show by a preponderance of the evidence that (1) the patentee delayed filing suit for an unreasonable and inexcusable length of time from the time the patentee knew or reasonably should have known of its claim against the alleged infringer; and (2) the delay operated to the prejudice or injury of the alleged infringer.  *See Wanlass Int'l Inc. v. General Elec. Co.*, 148 F.3d 1334, 1337 (Fed. Cir. 1998); *Aukerman*, 960 F.2d at 1045.  A presumption of unreasonable delay and prejudice arises when a patentee fails to bring suit within six years after the patentee knew or should have known of the potential infringement.  *See Aukerman*, 960 F.2d at 1037.  When the presumption applies, unreasonable delay and prejudice "must be inferred, absent rebuttal evidence."  *Id.*  If the patentee has delayed for more than six years in filing suit, the presumption of laches applies, creating a prima facie defense of laches.  *Id.*  In order to rebut the presumption of laches, the patentee must proffer competent evidence that the delay was not unreasonable and that the alleged infringer was not prejudiced.  *Id.*

With regard to the notice prong of the laches defense, the patentee's "period of delay begins at the time the patentee has actual or constructive knowledge of the defendant's potentially infringing activities."  *Wanlass*, 148 F.3d at 1337.  Courts have found that the patentee has constructive knowledge where a defendant conducts pervasive, open and notorious activities that a reasonable patentee would suspect were infringing.  *Id.* at 1338 (noting that this includes actual knowledge of "sales, marketing, publication, or public use of a product similar to or embodying technology similar to the patented invention, or published descriptions of the defendant's potentially infringing activities").  Constructive knowledge may also be imputed to the patentee where the defendant's sales and marketing activities or

35

public uses of allegedly infringing technology "are sufficiently prevalent in the inventor's field of endeavor." *Id.*

With regard to the prejudice prong of the laches defense, prejudice "is defined to be either economic or evidentiary prejudice." *Genzyme Corp. v. Atrium Med. Corp.*, 2003 U.S. Dist. LEXIS 12784, *10 (D. Del. 2003). "Economic prejudice requires a change in the economic position of a defendant as a result of the delay, while evidentiary prejudice arises when a defendant is impeded from presenting a full and fair defense on the merits." *Id.* "Economic prejudice may arise where a defendant and possibly others will suffer the loss of monetary investments or incur damages which likely would have been prevented by earlier suit." *Aukerman*, 960 F.2d at 1033. A significant and gradual investment by the alleged infringer in the expansion of its business over a period of many years constitutes economic prejudice. *See, e.g.*, *ABB Robotics, Inc. v. GMFanuc Robotics Corp.*, 52 F.3d 1062, 1065 (Fed. Cir. 1995).

Evidentiary prejudice "may arise by reason of a defendant's inability to present a full and fair defense on the merits due to the loss of records, the death of a witness, or the unreliability of memories of long past events, thereby undermining the court's ability to judge the facts." *Aukerman*, 960 F.2d at 1033; *see also Wanlass Int'l*, 148 F.3d at 1340 (finding evidentiary prejudice where there was a presumption of laches and where the defendant's policy was to destroy internal documents after six years, key witnesses were deceased or unavailable or had fading memories, and the defendant no longer kept models of some of the accused products).

## V.     EQUITABLE ESTOPPEL

To establish the defense of equitable estoppel, the defendant must prove by a preponderance of evidence three elements: (1) the patentee, through misleading conduct, led the defendant to reasonably infer that the patentee did not intend to enforce its patent against the alleged infringer; (2) the defendant relied on that conduct; and (3) due to its reliance, the defendant will be materially prejudiced if the patentee is allowed to proceed with its claim. *Philips Elecs. N. Am. Corp. v. Contec Corp.*, 312 F. Supp. 2d 639, 641 (D. Del. 2004) (quoting *Scholle Corp. v. Blackhawk Molding Co.*, 133 F.3d 1469, 1471 (Fed. Cir. 1998)). "Where equitable estoppel is established, all relief on a claim may be barred." *Aukerman*, 960 F.2d at 1041.

Silence and inaction can constitute misleading conduct when combined with other facts, even if those other facts do not include a specific threat from the patentee to the infringer. *See ABB Robotics, Inc.*, 52 F.3d at 1064 (stating that although "an immediate threat of enforcement followed by silence may be the most common scenario, [that] does not mean that it is the only set of facts which can support a finding of misleading silence"). With regard to prejudice prong of the equitable estoppel defense, "[a]s with laches, the prejudice may be a change of economic position or loss of evidence." *Aukerman*, 960 F.2d at 1041.

## VI.     INTERVENING RIGHTS

35 U.S.C. § 252 provides that an accused infringer may continue to manufacture, use, offer for sale, and sell products for which "substantial preparation was made" before the grant of a reissue patent "to the extent and under such terms as the court deems equitable for the protection of investments."

Under the equitable intervening rights of section 252, an accused infringer who does not infringe the pre-reissue patent may "(1) continue the manufacture, use, offer for sale, and sale of additional articles made before the reissue; and (2) continue to manufacture, use, offer to sell, or sell articles for which substantial preparations for manufacture or use was made before the grant of the reissue." *Shockley v. Arcan, Inc.*, 248 F.3d 1349, 1361 (Fed. Cir. 2001). Equitable intervening rights "explicitly extends protections for continued manufacture, thus extending protections to articles not yet in existence at the time of the reissue." *Id.* at 1360.

In determining whether equitable intervening rights applies, the Federal Circuit has considered whether substantial preparation was made before the grant of the reissue patent, and whether the accused infringer has recouped profits sufficient to cover its investment. *See, e.g.*, *Seattle Box Co. v. Indus. Crating & Packing, Inc.*, 756 F.2d 1574, 1579-80 (Fed. Cir. 1985) ("Specifically, the district court's inquiry should have been-and it is now our burden to decide-whether the post-reissue use of the [products] which were made from pre-reissue [products] constituted 'substantial preparation' to merit the protection afforded by intervening rights, so as to protect 'investments made . . . before the grant of reissue.'"); *Plastic Container Corp. v. Continental v. Plastics of Oklahoma, Inc.*, 607 F.2d 885, 902-03 (Fed. Cir. 1979).

## VII. WILLFULNESS

Willful infringement is a question of fact that "must be established by clear and convincing evidence." *Comark Communicaitons, Inc. v. Harris Corp.*, 156 F.3d 1182, 1190 (Fed. Cir. 1998). There is no evidentiary presumption that every infringement is willful. *See Norian Corp. v. Stryker Corp.*, 363 F.3d 1321, 1332 (Fed. Cir. 2004). Nor is willful infringement "'established by the simple fact of infringement,' even where the accused has knowledge of the patents." *Golden Blount Inc. v. Robert Peterson Co.*, 438 F.3d 1354, 1368 (Fed. Cir. 2006). Rather, "[t]he patentee must present threshold evidence of culpable behavior" before the burden of production shifts to the accused to put on evidence that it acted with due care. *Norian*, 363 F.3d at 1332 ("[A]bsent an initial presentation of evidence . . . this burden of coming forward in defense [does] not arise.").

"[A] determination of willfulness is made on consideration of the totality of the circumstances and may include contributions of several factors." *Knorr-Bremse Systeme Fuer Nutzfahrzeuge GmbH v. Dana Corp.*, 383 F.3d 1337, 1342 (Fed. Cir. 2004). Some of these factors include: "(1) whether the infringer deliberately copied the ideas or design of another; (2) whether the infringer, when he knew of the other's patent protection, investigated the scope of the patent and formed a good-faith belief that it was invalid or that it was not infringed, and (3) the infringer's behavior as a party to the litigation." *Liquid Dynamics Corp. v. Vaughn Co., Inc.*, 449 F.3d 1209, 1225 (Fed. Cir. 2006). An infringer cannot willfully infringe a patent of which it had no notice. *See Imonex Servs. Inc. v. W.H. MunzprnferDietmar Trenner GmbH*, 408 F.3d 1374, 1378 (Fed. Cir. 2005); *State Indus., Inc. v. A.O. Smith Co.*, 751 F.2d 1226, 1236 (Fed. Cir. 1985) ("To willfully infringe a patent, the patent must exist and one must have knowledge of it."). Notice of the patent must be *actual,* not constructive. *See Imonex*, 408 F.3d at 1377.

Willful infringement cannot be established merely by proof that the defendant is asserting the attorney-client privilege to withhold any advice of counsel. *Golden Blount*, 438 F.3d at 1368.

## VIII. PATENT MISUSE

An attempt to extend the scope of a patent monopoly beyond the invention which the patent defines constitutes patent misuse. *Blonder-Tongue Labs., Inc. v. University of Illinois Foundation*, 402 U.S. 313, 343 (1971). Patent misuse occurs when a patentee attempts to "broaden the physical or temporal scope of the patent monopoly." *Id.*; *see also Mercoid v. Mid-Continent Investment Co.*, 320 U.S. 661, 665 (1944) ("The grant of a patent is the grant of a special privilege 'to promote the Progress of Science and useful Arts.' Const., Art. I, s 8. It carries, of course, a right to be free from competition in the practice of the invention. But the limits of the patent are narrowly and strictly confined to the precise terms of the grant.").

## IX.    UNCLEAN HANDS

A party comes to the court with "unclean hands" when it "violate[s] conscience, or good faith, or other equitable principle." *Aptix Corp. v. Quickturn Design Sys., Inc.*, 269 F.3d 1369, 1375 (Fed. Cir. 2001) (citing *Keystone Driller Co. v. Gen. Excavator Co.*, 290 U.S. 240, 244-45 (1933)).   Such misconduct bars the offending party from relief in the litigation during which the misconduct occurred.  *Id.* at 1376; *Keyston*, 290 U.S. at 245 ("the doors of the court will be shut against him in limine; the court will refuse to interfere on his behalf, to acknowledge his right, or to award him any remedy").

## X.    PERMANENT INJUNCTION

A patentee seeking a permanent injunction must demonstrate the following four factors before a court may consider granting such relief: "(1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction." *eBay Inc. v. MercExchange, L.L.C.*, 126 S.Ct. 1837, 1838 (2006).

The Supreme Court has held:  "We hold only that the decision whether to grant or deny injunctive relief rests within the equitable discretion of the district courts, and that such discretion must be exercised consistent with traditional principles of equity, in patent disputes no less than in other cases governed by such standards." *Id.* at 1841.

## XI.    ATTORNEYS' FEES AND COSTS

A case may be deemed exceptional under section 285 if one of the parties engages in "some material, inappropriate conduct related to the matter in litigation." *Serio-US Indus., Inc. v. Plastic Recovery Techs. Corp.*, 459 F.3d 1311, 1321-22 (Fed. Cir. 2006). A determination whether to award attorney fees requires a two-step inquiry:  (1) whether the prevailing party has proved by clear and convincing evidence that the case is "exceptional," and (2) whether an award of attorneys' fees is appropriate.  *Forest Labs., Inc. v. Abbott Labs.*, 339 F.3d 1324, 1328 (Fed. Cir. 2003).

"Exceptional cases are normally those involving bad faith litigation or those involving inequitable conduct by the patentee in procuring the patent." *Brasseler, U.S.A. v. Stryker Sales Corp.*, 267 F.3d 1370, 1380 (Fed. Cir. 2001).  "The prevailing party may prove the existence of an exceptional case by showing:  inequitable conduct before the PTO; litigation misconduct; vexatious, unjustified, and otherwise bad faith litigation; a frivolous suit or willful infringement.  Litigation misconduct and unprofessional behavior are relevant to the award of attorney fees, and may suffice, by themselves, to make a case exceptional." *Id.*

# DEFENDANTS' STATEMENT ON TELCORDIA'S ASSERTION OF MOOTNESS OF '306 INVALIDITY AND UNENFORCEABILITY DEFENSES

The Court has already decided that Defendants' invalidity and unenforceability counterclaims are not moot. In its September 20, 2006 Order, the Court expressly ruled that it would hear Defendants' counterclaims. C.A. No. 04-876, D.I. 236 (September 20, 2006 Order) ("WHEREAS, after having considered the parties' submissions and arguments, as well as the relevant law, the court concludes that it *will exercise its discretion to hear the defendants' counterclaims. . . . The plaintiff's request to have the court render the defendants' invalidity counterclaims moot is DENIED.*") (emphasis added) (citing *Liquid Dynamics Corp. v. Vaughan Co.*, 355 F.3d 1361, 1371 (Fed. Cir. 2004 and *Nystrom v. TREX Co.*, 339 F.3d 1347, 1351 (Fed. Cir. 2003)).

This decision was fully consistent with Defendants' urging during the summary judgment process that the Court exercise its discretion to hear Defendants' invalidity and unenforceability counterclaims. *See* C.A. No. 04-876, D.I. 222 (Defendants' Answering Summary Judgment letter); *see also, e.g.*, *Sinclair & Carroll Co. v. Interchem. Corp.*, 325 U.S. 327, 330 (1945) ("There has been a tendency among the lower federal courts in infringement suits to dispose of them where possible on the ground of non-infringement without going into the question of validity of the patent. It has come to be recognized, however, that of the two questions, validity has the greater public importance, and the District Court in this case followed what will usually be the better practice by inquiring fully into the validity of this patent.") (internal citations omitted); *Combined Sys., Inc. v. Defense Tech. Corp. of Am.*, 2002 WL 31957436 (S.D.N.Y. Jan. 23, 2002).

Indeed, at this stage in the case – more than two years into the litigation and mere weeks before trial – a proceeding with '306 invalidity and unenforceability issues is the most efficient and practical course. The parties have already invested significant time and effort in preparing their cases on invalidity. There is no evidence or indication that this time or effort would be compromised, even if this Court's claims constructions were to change on appeal. At the outset, jury findings of invalidity or unenforceability would not be automatically thrown out. Instead, even if the claim constructions were to be altered, the party seeking reversal of invalidity or unenforceability findings would need to show that those findings were affected by the changed claim construction. That is unlikely. Because Telcordia would naturally seek broader claim constructions on appeal in order to salvage its infringement claims, the likelihood of invalidity or unenforceability would increase, not decrease. Moreover, several of Defendants' invalidity theories, including notably Defendants' best mode defense, are independent of claim construction.

# EXHIBIT C1

Telcordia's Exhibit List

| Trial x # | Def x# | Doc Date | Description | Beg Doc # | End Doc # | Depexh # | Objected | Identified | Admitted |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | | 03/28/2000 | United States Patent Re. 36,633 | | | | | | |
| 00002 | | 11/10/1997 | Patent Assignment for United States Patent Re. 36,633 | | | | | | |
| 00003 | | 03/28/2000 | File History and References for United States Patent Re. 36,633 | | | | | | |
| 00004 | | 11/09/1993 | United States Patent 5,260,978 | | | | | | |
| 00005 | | | Patent Assignmnet for United States Patent 5,260,978 | | | | | | |
| 00006 | | | File History and References for United States Patent 5,260,978 | | | | | | |
| 00007 | | 05/30/1989 | United States Patent 4,835,763 | | | | | | |
| 00008 | | 02/04/1988 | Patent Assignment for United States Patent 4,835,763 | | | | | | |
| 00009 | | | File History and References for United States Patent 4,835,763 | | | | | | |
| 00010 | | 06/02/1998 | U.S. Patent No. 5,761,203 | | | | 401-403 | | |
| 00011 | | 01/09/1990 | U.S. Patent No. 4,893,306 | TELC0006367 | TELC0006396 | | | | |
| 00012 | | | File History and reference for US Patent number 4,893,306 | | | | | | |
| 00013 | | 06/28/2006 | WITHDRAWN<br><br>Douglas W. Clark 06/28/2006 Expert Report Telcordia v. Lucent w/ Appendices A-B. | | | | | | |
| 00014 | | 06/28/2006 | Douglas W. Clark 06/28/2006 Expert Report Telcordia v. Lucent, Appendix A: CV of Douglas W. Clark | | | | | | |

Telcordia's Exhibit List

| 00015 | | 07/21/2006 | WITHDRAWN<br><br>Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco w/ Appendix. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00016 | | 07/28/2006 | WITHDRAWN<br><br>Doug Clark 07/28/2006 Expert Report Telcordia v. Cisco, Lucent w/ Appendix A. | | | | | | |
| 00017 | | 07/28/2006 | Doug Clark 7/28/06 Expert Report Telcordia v. Cisco, Lucent, Appendix A: References Cited | | | | 801-802 | | |
| 00018 | | 06/28/2006 | WITHDRAWN<br><br>Paul Prucnal 06/28/2006 Expert Report Telcordia v. Lucent w/ Appendices A-B. | | | | | | |
| 00019 | | 06/28/2006 | Paul Prucnal 06/28/2006 Expert Report Telcordia v. Lucent, Appendix A: CV of Paul R. Prucnal | | | | | | |
| 00020 | | 06/28/2006 | Paul Prucnal 06/28/2006 Expert Report Telcordia v. Lucent, Appendix B: References Cited | | | | 801-802 | | |
| 00021 | | 06/28/2006 | WITHDRAWN<br><br>Paul Prucnal 06/28/2006 Expert Report Telcordia v. Cisco with Appendices A - B. | | | | | | |
| 00022 | | 06/28/2006 | Paul Prucnal 06/28/2006 Expert Report Telcordia v. Cisco, Appendix A: CV of Paul Prucnal | | | | | | |

Telcordia's Exhibit List

| 00023 | | 06/28/2006 | Paul Prucnal 06/28/2006 Expert Report Telcordia v. Cisco, Appendix B: References Cited | | | | 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00024 | | 07/21/2006 | WITHDRAWN<br><br>Paul Prucnal 07/21/2006 Expert Report Regarding Validity of U.S. Patent No. 4,835,763 Telcordia v. Lucent, Cisco w/ Appendix. | | | | | | |
| 00025 | | 07/28/2006 | WITHDRAWN<br><br>Paul Prucnal 07/28/06 Expert Report Telcordia v. Lucent w/Appendix A. | | | | | | |
| 00026 | | 07/28/2006 | Paul Prucnal 07/28/2006 Expert Report Telcordia v. Lucent, Appendix A: References Cited | | | | 801-802 | | |
| 00027 | | 07/28/2006 | WITHDRAWN<br><br>Paul Prucnal 07/28/06 Expert Report Telcordia v. Ciscow/ Appendix A. | | | | | | |
| 00028 | | 07/28/2006 | Paul Prucnal 07/28/2006 Expert Report Telcordia v. Cisco, Appendix A: References Cited | | | | 801-802 | | |
| 00029 | | 06/28/2006 | WITHDRAWN<br><br>James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent w/ Schedules 1-16. | | | | | | |

Telcordia's Exhibit List

| 00030 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 1: CV of James J. Nawrocki and Detail of Prior Four Years Testimony as of June 2006 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00031 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 2: List of Documents and Other Information Considered | | | | 801-802 | | |
| 00032 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 3: Summary of Reasonable Royalty Damages | | | | 1006 | | |
| 00033 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 4: Summary of Lucent's Revenue from Accused Switch and Router Products | | | | 1006 | | |
| 00034 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 4A: Revenue from Lucent's Switch and Router Products Accused of Infringing the '763 Patent | | | | 1006 | | |
| 00035 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 4B: Revenue from Lucent's Switch and Router Products Accused of Infringing the '633 Patent | | | | 1006 | | |
| 00036 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 5: Summary of Lucent Product Profitability Re: Accused Switch and Router Products | | | | 1006 | | |

Telcordia's Exhibit List

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00037 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 6: Profit and Loss Statements for Lucent's DMX Products | | | | 1006 | | |
| 00038 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 7: Profit and Loss Statements for Lucent's DMX Products Re: External Sales | | | | 1006 | | |
| 00039 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 8: Profit and Loss Statements for Lucent's MSS Division | | | | 1006 | | |
| 00040 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 9: Profit and Loss Statements for Lucent's DNG Group | | | | 1006 | | |
| 00041 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 10: Projected Profit and Loss Statements for Lucent's PSAX Product | | | | 1006 | | |
| 00042 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 11: Summary of Telcordia's Statements of Operations | | | | 1006 | | |
| 00043 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 12: Summary of Lucent's Statements of Operations | | | 1006 | | | |

Telcordia's Exhibit List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00044 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 13: Summary of Telcordia License Agreements | | | 1006 | |
| 00045 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 13A: Summary of Telcordia Term Sheets | | | 1006 | |
| 00046 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 14: Summary of Lucent and Other License Agreements | | | 1006 | |
| 00047 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 15: Summary of Industry License Agreements and Royalty Amounts | | | 401-403 801-802 1006 | |
| 00048 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent, Schedule 16: Lucent Technologies Inc.'s Objections and Responses to Telcordia Technologies Inc.'s Second Set of Interrogatories | | | | |
| 00049 | | 06/28/2006 | WITHDRAWN

James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco w/ Schedules 1-12A. | | | | |
| 00050 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 2: List of Documents and Other Information Considered | | | 801-802 | |

Telcordia's Exhibit List

| 00051 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 3: Summary of Reasonable Royalty Damages | | | | 1006 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00052 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 4: Summary of Cisco's Revenue from Accused Switch and Router Products Per Sales Database Provided by Cisco | | | | 1006 | | |
| 00053 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 4A: Revenue from Cisco's Switch and Router Products Accused of Infringing the '763 Patent Per Sales Database Provided by Cisco | | | | 1006 | | |
| 00054 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 4B: Revenue from Cisco's Switch and Router Products Accused of Infringing the '633 Patent Per Sales Database Provided by Cisco | | | | 1006 | | |
| 00055 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 5: Profit and Loss Statements for Cisco's Switch and Router Products at Issue | | | | 1006 | | |
| 00056 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 6: Summary of Telcordia's Statements of Operations | | | | 1006 | | |
| 00057 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 7: Summary of Cisco's Statements of Operations | | | | 1006 | | |

Telcordia's Exhibit List

| 00058 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 8: Summary of Telcordia License Agreements | | | | 1006 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00059 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 8A: Summary of Telcordia Term Sheets | | | | 1006 | | |
| 00060 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 9: Summary of Cisco License Agreements | | | | 1006 | | |
| 00061 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 10: Summary of Industry License Agreements and Royalty Amounts | | | | 401-403 801-802 1006 | | |
| 00062 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 11: Estimate of Cisco's Sales of Accused Products to Entities Outside the U.S. | | | | 801-802 901 | | |
| 00063 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 11A: Estimate of Cisco's Sales of Accused Products to Entities Outside the U.S. by Patent at Issue | | | | 801-802 901 | | |
| 00064 | | 06/28/2006 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco, Schedule 12: Telcordia v. Cisco Stipulation Concerning Accused Products | | | | | | |

| 00065 | | 07/28/2006 | WITHDRAWN<br><br>James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Lucent Schedules 1-4. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00066 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Lucent, Schedule 1: CV of James J. Nawrocki and Detail of Prior Four Years Testimony as of July 2006 | | | | | | |
| 00067 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Lucent, Schedule 2: List of Additional Documents and Other Information Considered | | | | 801-802 | | |
| 00068 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Lucent, Schedule 3: Comparison of Hausman and Nawrocki Damages Assessment | | | | 801-802 | | |
| 00069 | | 07/28/2006 | WITHDRAWN<br><br>James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco Schedules 1-5. | | | | | | |
| 00070 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco, Schedule 2: List of Additional Documents and Other Information Considered | | | | 801-802 | | |
| 00071 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco, Schedule 3: Comparison of Musika and Nawrocki Damages Assessment | | | | 801-802 | | |

Telcordia's Exhibit List

| 00072 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco, Schedule 4: Profit and Loss Statement for Cisco's Switch and Router Products at Issue - '763 Patent | | | | 1006 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00073 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco, Schedule 4A: Profit and Loss Statement for Cisco's Switch and Router Products at Issue - '633 Patent | | | | 1006 | | |
| 00074 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco, Schedule 5: Summary of Industry Financial Ratio Benchmarks | | | | 801-802 | | |
| 00075 | | 08/00/1996 | ITU-T I.363.1 August 1996 | TELC0273625 | TELC0273671 | | | | |
| 00076 | | 04/13/2006 | Douglas W. Clark 06/28/2006 Expert Report Telcordia v. Lucent - Reference #5: Deposition of Dongpu Liu, dated 04/13/2006, Exhibits 1, 8, 9, 10 | | | | | | |
| 00077 | | 10/15/2004 | Commercial Specification for 1-Port Channelized OC3/STM1 (ATM,IMA, UnCES) Multiservice Protection Modules with Unstructured DS1/E1 Support on the PSAX™ Central Office Family of High Capacity ATM Access Concentrators | LU 1633545 | LU 1633572 | | 401-403 801-802 | | |
| 00078 | | 03/00/2005 | CBX 3500 Multiservice Edge Switch Hardware Installation Guide | LU 0019858 | LU 0020069 | | 901 | | |
| 00079 | | 01/00/2003 | PacketStar® PSAX 12-Port Medium-Density DS1/E1/DSOA CES Module User Guide (E1 Mode) | LU 0066724 | LU 0066973 | | | | |

Telcordia's Exhibit List

| 00080 | | 01/00/2003 | PacketStar® PSAX 1-Port Channelized OC-3/STM-1 Unstructured CES/ATM Multimode and Single-Mode Modules User Guide | LU 0069850 | LU 0070191 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00081 | | 10/00/2003 | PacketStar® PSAX 3-Port Channelized DS3/STS-1e CES Module User Guide | LU 0079826 | LU 0080005 | | 401-403<br>801-802 | | |
| 00082 | | 10/00/2003 | PacketStar® PSAX 12-Port Meduim-Density DS1/E1/DS0A CES Module User Guide (DS1 Mode) | LU 0080776 | LU 0080927 | | | | |
| 00083 | | 11/00/2003 | PacketStar® PSAX 1-Port Channelized OC-3/STM-1 Unstructured CES/ATM Module User Guide | LU 0093260 | LU 0093681 | | | | |
| 00084 | | 10/00/2004 | PacketStar® PSAX 1-Port Channelized OC-3/STM-1 Unstructured CES/ATM Module User Guide | LU 0098848 | LU 0099258 | | | | |
| 00085 | | 01/00/2005 | ATM Services Configuration Guide for CBX 3500, CBX 500, GX 550, and B-STDX 9000 | LU 0011570 | LU 0012096 | | | | |
| 00086 | | 10/00/2004 | PacketStar® PSAX Multiservice Media Gateway Circuit Emulation and Voice Configuration | LU 0169035 | LU 0169278 | | | | |
| 00087 | | 00/00/0000 | CBX-500 FRU Level Test Procedure | LU 3002328 | LU 3002594 | | 801-802 | | |
| 00088 | | 00/00/0000 | CBX-500 FRU Level Test Procedure | LU 3003420 | LU 3003686 | | 801-802 | | |
| 00089 | | 00/00/0000 | CBX-500 FRU Level Test Procedure | LU 3004160 | LU 3004426 | | 801-802 | | |
| 00090 | | 04/29/2003 | PacketStar PSAX Multiservice Media Gateway Product 1 Port Channelized  OC3c/STM-1 CES Single Mode/Multi Mode Test Procedure | LU 3005570 | LU 3005592 | | 401-403<br>801-802 | | |

Telcordia's Exhibit List

| 00091 | | 04/29/2003 | PacketStar PSAX Multiservice Media Gateway Product 1 Port Channelized  OC3c/STM-1 CES Single Mode/Multi Mode Test Procedure | LU 3005692 | LU 3005714 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00092 | | 09/27/2004 | PacketStar PSAX Multiservice Media Gateway Product 1 Port Channelized  OC3c/STM-1 UNST CES/ATM Single Mode/Multi Mode Test Procedure | LU 3005791 | LU 3005806 | | 401-403 801-802 | | |
| 00093 | | 09/27/2004 | PacketStar PSAX Multiservice Media Gateway Product 1 Port Channelized  OC3c/STM-1 UNST CES/ATM Single Mode/Multi Mode Test Procedure | LU 3005883 | LU 3005890 | | 401-403 801-802 | | |
| 00094 | | 03/21/2005 | PacketStar PSAX Multiservice Media Gateway Product 1 Port Channelized  OC3c/STM-1 UNST CES/ATM Single Mode/Multi Mode Test Procedure | LU 3005891 | LU 3005898 | | 401-403 801-802 | | |
| 00095 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2969569 | LU 2969641 | | 801-802 | | |
| 00096 | | 00/00/0000 | CBX3500 9.3 IOA's Functional Test Procedure Without Using Test Automation Program | LU 2969857 | LU 2970011 | | 401-403 801-802 | | |
| 00097 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2970387 | LU 2970489 | | 401-403 801-802 | | |
| 00098 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2970797 | LU 2970973 | | 401-403 801-802 | | |
| 00099 | | 00/00/0000 | CBX3500 9.3 IOAs Functional Test Procedure Without Using Test Automation Program | LU 2971086 | LU 2971240 | | 401-403 801-802 | | |
| 00100 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2971902 | LU 2972168 | | 801-802 | | |

Telcordia's Exhibit List

| 00101 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2972591 | LU 2972771 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00102 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2973121 | LU 2973296 | | 401-403 801-802 | | |
| 00103 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2973667 | LU 2973738 | | 401-403 901 | | |
| 00104 | | 00/00/0000 | CBX3500 9.3 IOA's Functional Test Procedure Without Using Test Automation Program | LU 2973822 | LU 2973961 | | 801-802 | | |
| 00105 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2974138 | LU 2974387 | | 401-403 801-802 | | |
| 00106 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2974723 | LU 2974825 | | 801-802 | | |
| 00107 | | 00/00/0000 | CBX3500 9.3/10.0 IOA's Functional Test Procedure Without Using Test Automation Program | LU 2975213 | LU 2975255 | | 801-802 | | |
| 00108 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2975554 | LU 2975734 | | 401-403 801-802 | | |
| 00109 | | 00/00/0000 | CBX-3500 FRU Level Test Procedure | LU 2976048 | LU 2976202 | | 401-403 801-802 | | |
| 00110 | | 05/05/2002 | CBX500 Circuit Emulation Service | LU 0131900 | LU 0131935 | | 801-802 | | |
| 00111 | | 00/00/2003 | MGX 82x0/8830/8850: Layer 2 Services, Circuit Emulation | CSCO 0040-1762 | CSCO 0040-1792 | | | | |
| 00112 | | 09/00/2005 | Cisco MGX 8800/8900 Series Hardware Installation GuideChapter 1: Product Overviews | TELC2861770 | TELC2861839 | | | | |
| 00113 | | 08/18/2004 | MPSM-16-T1E1: Diagnostics Users Guide | CSCO 0259-1656 | CSCO 0259-1694 | | | | |
| 00114 | | 05/25/1999 | MMS-1600 (MGX 8260): BSC (Broadband Service Card) Design Specification | CSCO 0202-1594 | CSCO 0202-1642 | | | | |

Telcordia's Exhibit List

| 00115 | | 04/25/2003 | Popeye: MPSM-T1/E1 Hardware Verification - Checklist | CSCO 0200-2477 | CSCO 0200-2490 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00116 | | 07/22/2003 | Popeye: MPSM-T1/E1 Hardware Design Document | CSCO 0521-0701 | CSCO 0521-0743 | | | | |
| 00117 | | 00/00/2003 | CESoPSN-Cisco Meeting Wintegra | CSCO 0416-0847 | CSCO 0416-0860 | | | | |
| 00118 | | 01/23/2002 | WinPath: Access Packet Processor WinPath, WinComm & DPS Specifications | CSCO 0554-0239 | CSCO 0554-0809 | | | | |
| 00119 | | 00/00/0000 | PA-A2 ATM CES Port Adapter Installation and Configuration | CSCO 0008-2233 | CSCO 0008-2316 | | 401-403 801-802 901 | | |
| 00120 | | 00/00/0000 | CES T1/E1 Port Adapter Module | CSCO 0038-1388 | CSCO 0038-1393 | | 801-802 | | |
| 00121 | | 02/04/2003 | E-mail from Pongsak Sriwudhthanun to Gary Muntz Re: Fwd: LTB MCN 6171 Cisco p/n 08-0046-05 & 08-0158-01 | CSCO 0279-2238 | CSCO 0279-2240 | | 401-403 | | |
| 00122 | | 10/01/1999 | Boo-Boo Feature Test Plan: 4 Port T1/E1 IMA plus Voice Processing Deck | CSCO 0184-1957 | CSCO 0184-1997 | | 401-403 801-802 | | |
| 00123 | | 00/00/0000 | LightStream 1010 ATM Switch Software Configuration Guide | CSCO 0006-1745 | CSCO 0006-1809 | | | | |
| 00124 | | 00/00/2004 | ATM and Layer 3 Switch Router Command Reference | CSCO 0014-1091 | CSCO 0014-2240 | | | | |
| 00125 | | 10/00/2002 | Cisco CESM Software Configuration Guide and Command Reference for MGX 8850 (PXM1E) and MGX 8830 | CSCO 0030-0273 | CSCO 0030-0446 | | | | |
| 00126 | | 05/00/2003 | Cisco Circuit Emulation Software Configuration Guide and Command Reference | CSCO 0030-0855 | CSCO 0030-1064 | | | | |

Telcordia's Exhibit List

| 00127 | | 01/00/2005 | Cisco Circuit Emulation Services (CESM/MPSM) Configuration and Command Reference Guide for MGX Switches, Release 5.1 | CSCO 0034-0001 | CSCO 0034-0402 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00128 | | 00/00/1997 | Overview: ATM Circuit Emulation Services Port Adapter for Cisco 7200 Routers | CSCO 0042-0073 | CSCO 0042-0073 | | | | |
| 00129 | | 00/00/0000 | Cisco - An Introduction to Circuit Emulation Services | CSCO 0058-1815 | CSCO 0058-1827 | | 801-802 | | |
| 00130 | | 00/00/1997 | LightStream 1010 CES T1/E1 Port Adapter Module Configuration Note | CLA_0102595 | CLA_0102676 | | 801-802 | | |
| 00131 | | 00/00/0000 | Cisco Advanced Services Network Profile | CSCO 0697-2120 | CSCO 0697-2122 | | | | |
| 00132 | | 02/11/1999 | AXIS/Popeye CESM-8T1E1 | CSCO 0710-1940 | CSCO 0710-1995 | | | | |
| 00133 | | 00/00/0000 | Source Code | CSCO 0699-0001 | CSCO 0699-0289 | | | | |
| 00134 | | 00/00/1991 | Jitter Reduction in ATM Networks, ICC (1991) | TELC0373149 | TELC0373154 | | | | |
| 00135 | | 12/13/1991 | Synchronous Residue-Time Stamp: A Combination of SFET/TS, International Telegraph and Telephone Consultative Committee (CCITT) COM XVIII (1991) | TELC0373706 | TELC0373711 | | | | |
| 00136 | | 11/04/1991 | Synchronous Residue-TS: A Compromise for SFET/TS, Broadband Aspects of ISDN T1S15/91-382 (1991) | TELC0278591 | TELC0278597 | | | | |
| 00137 | | 00/00/0000 | OmniSwitch/Omni Switch Router User Manual Release 4.1: Interswitch Protocols | TELC3150161 | TELC3150174 | | 401-403 | | |

Telcordia's Exhibit List

| 00138 | | 00/00/0000 | OmniSwitch/Omni Switch Router User Manual Release 4.1: Managing Autotracker VLANS | TELC3150175 | TELC3150209 | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00139 | | 12/00/1983 | Techniques for Packet Voice Synchronization, SAC-1 IEEE Journal on Selected Areas in Communications 1022-28 (1983) | FSI092451 | FSI092457 | | | | |
| 00140 | | | Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco - Reference # 20: Telcordia Responses and Supplemental Responses to Cisco and Lucent Interrogatories | | | | 801-802 | | |
| 00141 | | 09/00/1998 | WITHDRAWN<br><br>PMC-Sierra: Eight Link Circuit Emulation on Chip: PM 73121: AAL1gator II (1998) | TELC0271891 | TELC0271893 | | | | |
| 00142 | | 07/00/2005 | Zarlink Semiconductor: 8-Port Primary Rate Circuit Emulation AAL1 SAR: MT90520 | TELC3217251 | TELC3217430 | | 401-403<br>801-802 | | |
| 00143 | | 09/00/2003 | WITHDRAWN<br><br>Zarlink Semiconductor: MT90528 API Software Design Spec. and Porting Guide (2003) | TELC3217050 | TELC3217081 | | | | |
| 00144 | | 09/00/2003 | Zarlink Semiconductor: Obsolescence Notice: MT90500 (2003) | TELC3217082 | TELC3217250 | | 401-403<br>801-802 | | |
| 00145 | | 01/00/2004 | WITHDRAWN<br><br>Zarlink Semiconductor: MT90528 API Specification (2004) | TELC3216912 | TELC3217046 | | | | |

Telcordia's Exhibit List

| 00146 | | 00/00/0000 | Zarlink Semiconductor: AAL1/AAL2 SAR Processors | TELC3217049 | TELC3217049 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00147 | | 04/00/2001 | WITHDRAWN<br><br>Infineon Technologies, IWE8 Interworking Element for 8 E1/t1 Lines: PXB4219 / PXB4220 / PXB4221: Version 3.x: WAN Solutions | TELC3216714 | TELC3216761 | | | | |
| 00148 | | 08/00/2002 | WITHDRAWN<br><br>Infineon Technologies, IWORX-P Interworking Contoller Next Generation | TELC3216870 | TELC3216899 | | | | |
| 00149 | | 07/22/1998 | WITHDRAWN<br><br>Maker Communications: SRTS Synchronization Support in the MXT3020 (1998) | TELC3216858 | TELC3216869 | | | | |
| 00150 | | 12/07/1990 | CCITT Study Group XVIII/8 - Contribution D. 1123 | TELC0373793 | TELC0373797 | | | | |
| 00151 | | 11/08/1995 | Declaration of Chi-Leung Lau Under 37 C.F.R. § 1.132, dated 0717/1998 | TELC0006066 | TELC0006067 | | 801-802 | | |
| 00152 | | 00/00/1973 | Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco - Reference # 40:Anomalous Behavior of Synchronizer and Arbiter Circuits 22 IEEE Transactions on Computers 421-422 (1973) | | | | 401-403 | | |
| 00153 | | 00/00/1980 | Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco - Reference # 41:Introduction to VLSI Systems, Addison Wesley (1980) | | | | 401-403 | | |

Telcordia's Exhibit List

| 00154 | | 00/00/1990 | Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco - Reference # 42:Digital Design: Principles and Practices, Prentice Hall (1990) | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00155 | | 09/22/1998 | Douglas W. Clark 07/21/2006 Expert Report Telcordia v. Lucent, Cisco - Reference # 45: U.S. Patent No. 5,812,618 | | | | 401-403 | | |
| 00156 | | 03/04/1997 | U.S. Patent No. 5,608,731 | TELC0278473 | TELC0278481 | | 401-403 801-802 | | |
| 00157 | | 00/00/1999 | Network Clocking: Internal Document - Application Note | CSCO 0052-0631 | CSCO 0052-0641 | | | | |
| 00158 | | 00/00/0000 | Cisco IGX 8400 Series Installation and Configuration, Release 9.3.0 | CSCO 0037-1936 | CSCO 0037-1998 | | 801-802 | | |
| 00159 | | 00/00/0000 | Cisco Advanced Services Network Profile:  Version 3.0.5: ocf1_admn01as01_CFG | CSCO 0697-2471 | CSCO 0697-2474 | | | | |
| 00160 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_admn01as02_CFG | CSCO 0697-2475 | CSCO 0697-2477 | | | | |
| 00161 | | 00/00/0000 | Cisco Advanced Services Network Profile Version 3.0.5: ocf1_ccwb01as01_CFG | CSCO 0697-2478 | CSCO 0697-2480 | | | | |
| 00162 | | 00/00/0000 | Cisco Advanced Services Network Profile Version 3.0.5: ocf1_chba02as01_CFG | CSCO 0697-2481 | CSCO 0697-2484 | | | | |
| 00163 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_crce02as01.CFG | CSCO 0697-2485 | CSCO 0697-2487 | | | | |
| 00164 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_fireasp_CFG | CSCO 0697-2488 | CSCO 0697-2490 | | | | |

Telcordia's Exhibit List

| 00165 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_landfill_1s1010_GFG | CSCO 0697-2491 | CSCO 0697-2492 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00166 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocfl_mjj01as02_CFG | CSCO 0697-2493 | CSCO 0697-2494 | | | | |
| 00167 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_pkbt02as01_CFG | CSCO 0697-2495 | CSCO 0697-2497 | | | | |
| 00168 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_puad01cs01_CFG | CSCO 0697-2498 | CSCO 0697-2500 | | | | |
| 00169 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: ocf1_sheriffcomplex1s1010_CFG | CSCO 0697-2501 | CSCO 0697-2503 | | | | |
| 00170 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: cab1_asSTE003_CFG | CSCO 0697-2015 | CSCO 0697-2018 | | | | |
| 00171 | | 00/00/0000 | Cisco Advanced Services Network Profile: Version 3.0.5: cab1_aasSTG001_CFG | CSCO 0697-2019 | CSCO 0697-2022 | | | | |
| 00172 | | 00/00/0000 | WITHDRAWN<br><br>Exhibit 11 from the 4/13/2006 deposition of Dongpiu Liu: Lucent Diagram, Project CAS_10 | | | Liu 11 | | | |
| 00173 | | 00/00/0000 | Cisco Media Gateway Manager (CMGM)  Media Gateway Components | CSCO 0023-2070 | CSCO 0023-2106 | | 801-802 | | |
| 00174 | | 00/00/0000 | Prosecution History for United States Patent No. 4,835,763 | TELC3150566 | TELC3150886 | | | | |

Telcordia's Exhibit List

| 00175 | | 09/00/2000 | Synchronous Optical Network (SONET) Transport: Common Generic Criteria GR-253-CORE, Issue 3, September 2000 | TELC0287083 | TELC0287766 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00176 | | 07/00/2003 | Metropolis DMXplore Acces Multiplexer Release 1.0 | LU 1961152 | LU 1961521 | | 801-802 | | |
| 00177 | | 07/00/2005 | Metropolis DMX Acces Multiplexer Release 5.1.1 | LU 1778572 | LU 1779445 | | | | |
| 00178 | | 10/00/2003 | Metropolis DMX Acces Multiplexer Release 4.0 | LU 0023697 | LU 0025250 | | 801-802 | | |
| 00179 | | 00/00/0000 | Metropolis DMXtend: Architecture & Interface Document OC12/1.3/1 MAIN LNW38 Release 1.0 | LU 2179656 | LU 2179718 | | | | |
| 00180 | | 02/00/2003 | Metropolis DMX Access Multiplexer Release 3.1 | LU 0030511 | LU 0031408 | | 801-802 | | |
| 00181 | | 00/00/0000 | DMX features used in the transportation of Ethernet traffic over SONET networks. | LU 1788803 | LU 1788936 | | 401-403 801-802 | | |
| 00182 | | 01/00/2005 | Switch Diagnostics User's Guide for CBX 3500, CBX 500, GX 550, and B-STDX 9000. | LU 0021724 | LU 0022558 | | 801-802 | | |
| 00183 | | 05/16/2003 | Metropolis DMXplore VLNC5 OC3/16-DS1/2-DS3 Unit Test Plan Issue 1.0 | LU 2143591 | LU 2143634 | | 401-403 801-802 | | |
| 00184 | | 00/00/0000 | Metropolis DMXtend: Architecture & Interface Document OC12 MAIN LNW38,51 Revision 2.0 | LU 2125055 | LU 2125123 | | 801-802 | | |
| 00185 | | 10/13/2005 | WaveStar/DMXpress/DMXtend | LU 2024039 | LU 2024201 | | 801-802 | | |
| 00186 | | 00/00/0000 | Metropolis DMXtend: Architecture & Interface Document OC-3/1.3/1 MAIN LW40 Revision 1.1 | LU 2125968 | LU 2126031 | | 801-802 | | |

Telcordia's Exhibit List

| 00187 | | 00/00/0000 | Metropolis DMXtend: Architecture & Interface Document OC12/1.3/1 MAIN LW38 Revision 1.0 | LU 2111164 | LU 2111226 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00188 | | 11/04/2004 | Metropolis DMX: DMXplore VLNC5/VLNC6/VLNC8 Circuit Pack | LU 2143161 | LU 2143215 | | 801-802 | | |
| 00189 | | 01/22/2004 | Wavestar LNW1 SYSCTL Circuit Pack Requirements, Architecture and Interfaces Document Issue 2 | LU 2192160 | LU 2192215 | | 801-802 | | |
| 00190 | | 00/00/0000 | Lab Test of Lucent LNW78 Cards | LU 2705510 | LU 2705522 | | 801-802 | | |
| 00191 | | 00/00/0000 | DMXplore: System Verification Test Strategy | LU 2139068 | LU 2139080 | | 801-802 | | |
| 00192 | | 01/00/1999 | SONET Dual-Fed Undirectional Path Switched Ring (UPSR) Equipment Generic Criteria | TELC0313017 | TELC0313025 | | 1002 | | |
| 00193 | | | Paul Prucnal 06/28/2006 Expert Report Telcordia v. Cisco Reference #5: Deposition of Brian Rushka including Exhibits 10-15 (April 7 and 8, 2006) | CSCO 0212-2021 CSCO 0305-1266 CSCO 0305-1245 CSCO 0265-1343 CSCO 0225-1231 CSCO 0265-0925 CSCO 0217-0784 | CSCO 0212-2049 CSCO 0305-1276 CSCO 0305-1265 CSCO 0265-1370 CSCO 0225-1263 CSCO 0265-0954 CSCO 0217-0839 | | 401-403 801-802 | | |
| 00194 | | | UPSR Architecture and Funtional Specification | CSCO 0315-1544 | CSCO 0315-1569 | | | | |
| 00195 | | | CXC Software High Level Design Specification | CSCO 0221-0403 | CSCO 0221-0416 | | 401-403 801-802 | | |

Telcordia's Exhibit List

| 00196 | | | OTBU CXU Software Design Document | CSCO 0221-0417 | CSCO 0221-0432 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00197 | | | Software Design Specification for 15340-MA Optical Protection | CSCO 0332-0975 | CSCO 0332-0999 | | 401-403 801-802 | | |
| 00198 | | | Cisco Service Provider Solutions: Building the New World | CSCO 0324-2374 | CSCO 0324-2431 | | 401-403 801-802 | | |
| 00199 | | | UPSR OC-n/PDI Enhancement Project Software Unit Functional & Design Specification | CSCO 0211-2171 | CSCO 0211-2180 | | 401-403 | | |
| 00200 | | 01/12/2000 | Project: Cisco 15327, 15454 UPSR Design Review | CSCO 0212-2225 | CSCO 0212-2242 | | 401-403 | | |
| 00201 | | | Optical Networking Group 15454, XC-VXCQuattroporate Hardware Function Specification | CSCO 0190-1179 | CSCO 0190-1230 | | | | |
| 00202 | | 09/09/1998 | BTC ASIC Design Specification | CSCO 0165-1403 | CSCO 0165-1639 | | | | |
| 00203 | | | Taka/Euclid Interop Test ResultsCisco ONS 15454 (Release 3.03)/ONS 15327 (Release 1.01) | CSCO 0212-2021 | CSCO 0212-2049 | | 401-403 801-802 | | |
| 00204 | | | Interop ResultsCisco ONS 15454/Telco Systems Edgelink 100 & Edgelink STS/T1 | CSCO 0305-1245 | CSCO 0305-1276 | | 401-403 801-802 | | |
| 00205 | | | Cisco ONS 15200/Cisco ONS 15454Interop Summary Test Results | CSCO 0265-1343 | CSCO 0265-1370 | | 401-403 801-802 | | |
| 00206 | | | Cisco WAN Switching Super User Command Reference | CSCO 0255-1125 | CSCO 0255-1432 | | | | |
| 00207 | | | FLM-150/Cisco ONS 15454Interop Summary Test ResultsAfgani Release 2.2 | CSCO 0265-0925 | CSCO 0265-0954 | | 401-403 801-802 | | |
| 00208 | | | Interop Summary Test ResultsONS 15305/Cisco ONS15454 ETSI 04.10 | CSCO 0217-0784 | CSCO 0217-0839 | | 401-403 801-802 | | |

Telcordia's Exhibit List

| 00209 | | | ONG OSMINE/TL1 Document Management: Cisco 15600/15454/15327/15310CL/15310 MA | CSCO 0678-0001 | CSCO 0678-0487 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00210 | | 06/22/2006 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #4: Order Construing the Terms of U.S. Patent Nos. 4,835,763, Re. 36,633 and 4,893,306 | | | | | | |
| 00211 | | 11/00/1989 | Optical Fiber Digital Transmission Equipment FD-565 System Description | LU 3211760 | LU 3211997 | | | | |
| 00212 | | 08/00/1986 | Asynchronous High Speed Digital Multiplexing, IEEE Communications Magazine, Aug. 1986- Vol. 24, No. 8 | LU 3216706 | LU 3216714 | | | | |
| 00213 | | 08/00/1984 | Synchronous DS3 Add-Drop Multiplex (ADM3/X) Requirements and Objectives, TA-TSY-000010, Issue 1 | BEL 108493 | BEL 108586 | | | | |
| 00214 | | 05/00/1986 | Alarm Indication Signal Requirements and Objectives, TR-TSY-000191, Issue 1 | TELC0362208 | TELC0362230 | | | | |
| 00215 | | 05/00/1986 | Asynchronous Digital Multiplexes Requirements and Objectives, TR-TSY-000009, Issue 1 | LU 3216643 | LU 3216690 | | | | |
| 00216 | | 04/28/1988 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #15: Information Disclosure Statement for U.S. Patent Application Serial No. 152238 | TELC0005554 | TELC0005556 | | | | |
| 00217 | | 10/06/1988 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #16: Office Action mailed October 6, 1988 for U.S. Patent Application No. 07/152,238 | | | | | | |

Telcordia's Exhibit List

| 00218 | | 09/30/1986 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #17: Technical Memorandum: Survivable Architectures and Implementations for a High Speed SONET Ring | TELC0005588 | TELC0005622 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00219 | | 09/29/1987 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #18: Technical Memorandum: Requirements for a SONET Self-Healing Ring | TELC0386757 | TELC0386763 | | | | |
| 00220 | | 00/00/0000 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #20: Exhibit B to Telcordia's Answering Claim Construction Brief Re: '763 Patnet:Understanding Path-Protected Mesh Networks (PPMN) | | | | 801-802 901 | | |
| 00221 | | 12/11/1987 | Paul Prucnal 07/21/2006 Expert Report Re: Validity of '763 Patent Reference #21: Draft of American National Standard for Telecommunications Digital Hierarchy Optical Interface Rates and Formats Specifications T1X1.4/87-505R4 | TELC2946595 | TELC2946710 | | 401-403 901 | | |
| 00222 | | 00/00/1996 | Paul Prucnal 07/28/2006 Expert Report Telcordia v. Lucent Reference #2: IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996) | | | | | | |
| 00223 | | 12/07/2000 | WaveStar, DDM 2.5G Product Documentation, Hypersonic Device, Requirements, Issue 1.0 | LU 2022986 | LU 2023014 | | 1002 | | |

Telcordia's Exhibit List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00224 | | 00/00/1996 | Paul Prucnal 07/28/2006 Expert Report Telcordia v. Cisco Reference #2: IEEE Standard Dictionary of Electrical and Electronics Terms (6th ed. 1996) | | | | | |
| 00225 | | 06/28/2006 | WITHDRAWN<br><br>Paul Prucnal 07/28/2006 Expert Report Telcordia v. Cisco Reference #5: Expert Report of Paul Prucnal, June 28, 2006 | | | | | |
| 00226 | | 05/30/1989 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #1: U.S. Patent No. 4,835,763 | BEL 024539 | BEL 024546 | | | |
| 00227 | | 00/00/0000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #s 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 28, 37: www.telcordia.com | | | | 801-802 | |
| 00228 | | 00/00/0000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #s 12, 13, 14, 15, 17, 21, 27, 39: www.lucent.com | | | | | |
| 00229 | | 00/00/2005 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 16: Lucent Technologies, Inc., 2005 Annual Report | | | | 401-403 | |
| 00230 | | 00/00/1997 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #s 19, 55: Lucent Technologies, Inc., 1997 Annual Report, pg. 2 | | | | | |

Telcordia's Exhibit List

| 00231 | | 00/00/0000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 20: www.alcatel.com - (Alcatel represents itself on its website as a provider of communications solutions to telecommunications carriers, Internet service providers and enterprises in the telecommunications industry. | | | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00232 | | 00/00/2000 | Telcordia News Release: Telcordia Licenses Key Patent to Terawave Communications | TELC0276808 | TELC0276809 | | 801-802 901 | | |
| 00233 | | 07/02/1997 | WITHDRAWN<br><br>Patent License Agreement between Bell Communications Research, Inc. and General Instrument Corporation of Delaware Inc., Relating to ATM Equipment | BEL024149 | BEL024151 | | | | |
| 00234 | | 02/03/1995 | Technical Specifications; Patent Declarations letter | TELC0257872 | TELC0257872 | | | | |
| 00235 | | 02/25/1997 | Letter from Bruce Sidran to William Mayo (Newbridge Networks Corporation) re: Licensing of Bellcore's ATM patent portfolio | BEL024809 | BEL024810 | | | | |
| 00236 | | 09/18/2006 | Letter from Vernon Anthony to John Berres re: Patent License Agreement between Telcordia and Alcatel (just TELC 0257902). | TELC0257902 | TELC0257902 | | 401-403 408 801-802 | | |
| 00237 | | 00/00/2004 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 38: Lucent Technologies, Inc., 2004 Annual Report, pg. 2 | | | | 401-403 | | |

Telcordia's Exhibit List

| 00238 | | 09/30/1996 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 41: Lucent Technologies, Inc., SEC Form 10-K for the period ending September 30, 1996 (09/30/1996), pg. 4 | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00239 | | 00/00/1997 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 42: Lucent Technologies, Inc., 1997 Annual Report, pg. 4 | | | | 401-403 | | |
| 00240 | | 10/29/1993 | ATM; Applied Research Technology Scan; October 1993;6.0 Technology Alternatives to ATM | BEL040369 | BEL040433 | | 401-403 | | |
| 00241 | | 00/00/2001 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #s 44, 45, 46: Lucent Technologies, Inc., 2001 Annual Report, Chairman's Message to Shareowners | | | | 401-403 | | |
| 00242 | | 00/00/1997 | WITHDRAWN<br><br>Projected U.S. ATM Service Revenue, 1996 - 2001 | TELC0260056 | TELC0260059 | | | | |
| 00243 | | 00/00/1998 | SONET and Digital Cross-connect Systems: Technology and MarketsRyan Hankin Kent, Inc.Executive Summary, ES-3 | TELC0264427 | TELC0264440 | | 401-403 801-802 901 1002 | | |
| 00244 | | 00/00/1998 | Ch. 7: Market Engineering Research for the U.S. ATM Public Data Services Market;Strategic Analysis and Forecasts of the Total Market | TELC0260106 | TELC0260106 | | 401-403 901 1002 | | |

Telcordia's Exhibit List

| 00245 | | 04/00/1999 | 1999 ATM WAN Switch Market AnalysisExhibit 1; ATM WAN Switch Worldwide Forecast; Source: the Yankee Group, 1999 | TELC0274472 | TELC0274472 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00246 | | 12/00/2002 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference # 52: Licensing Economic Review,Industry Royalty Rate Data Summary, December 2002 | | | | 401-403 801-802 | | |
| 00247 | | 12/00/2002 | WITHDRAWN<br><br>James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Lucent - Reference #s 53, 54: les Nouvelles,Use of The 25 Per Cent Rule in Valuing IP, December 2002 | | | | | | |
| 00248 | | 00/00/0000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s  2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 26, 35: www.telcordia.com | | | | 801-802 | | |
| 00249 | | 00/00/0000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s 12, 13, 17, 18, 25, 37: www.cisco.com | | | | 401-403 | | |
| 00250 | | 00/00/2005 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference # 14: Cisco Systems, Inc., 2005 Annual Report, pg. 44 | | | | 401-403 | | |
| 00251 | | 00/00/2005 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s 15, 16: Cisco Systems, Inc., 2005 Annual Report, pg. 19 | | | | 401-403 | | |
| 00252 | | 00/00/2000 | Telcordia News Release: Telcordia Licenses Key Patent to Terawave Communications | TELC0276808 | TELC0276809 | | 801-802 901 | | |

Telcordia's Exhibit List

| 00253 | | 06/06/1997 | Patent License Agreement between Bell Communications Research, Inc. and Ericsson Telecom ABRelating to ATM Equipment | BEL132992 | BEL133018 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00254 | | 07/02/1997 | Patent License Agreement between Bell Communications Research, Inc. and General Instrument Corporation of Delaware Inc. Relating to ATM Equipment | BEL 024149 | BEL 024151 | | 401-403 | | |
| 00255 | | 00/00/2000 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s 24, 36 (pg. 61), 49 (pg. 76-77), 50 (pg. 78), 56 (pg. 78): Making the Cisco Connection, The Real Story Behind the Real Internet Superpower, by David Bunnell, 2000 | | | | 401-403 801-802 | | |
| 00256 | | 00/00/1998 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s 41 (pg. 7), 42 (pg. 7-8): Cisco Systems, Inc., 1998 Annual Report, pg. 7-8 | | | | 401-403 | | |
| 00257 | | 00/00/1997 | Projected U.S. ATM Service Revenue, 1996 - 2001 | TELC0260056 | TELC0260059 | | 401-403 | | |
| 00258 | | 00/00/1998 | SONET and Digital Cross-connect Systems: Technology and Markets; Ryan Hankin Kent, Inc. Telecommunications Industry Analysis; Executive Summary; ES-3 | TELC0264427 | TELC0264440 | | 401-403 801-802 901 1002 | | |
| 00259 | | 00/00/1998 | Market Engineering Research for the U.S. ATM Public Data Services Market; Ch. 7: Strategic Analysis and Forecasts of the Total Market | TELC0260106 | TELC0260106 | | 401-403 901 1002 | | |
| 00260 | | 01/10/1996 | ATM Service Market Overview; (pg. 9 of powerpoint presentation - Stratacom; The FastPacket Company) | CSCO 0237-0443 | CSCO 0237-0451 | | 401-403 801-802 | | |

Telcordia's Exhibit List

| 00261 | | 01/10/1996 | What's Important in Delivering an ATM Service Infrastructure?; (pg. 24 of powerpoint presentation - Stratacom; The FastPacket Company) | CSCO 0237-0466 | CSCO 0237-0466 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00262 | | 12/00/2002 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference # 53: Licensing Economics Review,Industry Royalty Rate Data Summary, December 2002 | | | | 401-403 801-802 | | |
| 00263 | | 12/00/2002 | James J. Nawrocki 06/28/2006 Expert Report Telcordia v. Cisco - Reference #s 54, 55: les Nouvelles,Use of The 25 Per Cent Rule in Valuing IP, December 2002 | | | | 401-403 801-802 | | |
| 00264 | | 07/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Lucent - Reference #5: Expert Report of James J. Nawrocki (Lucent), dated June 28, 2006, Exhibit 4A: Revenue from Lucent's Switch and Router Products Accused of Infringing the '763 Patent | | | | 1006 | | |
| 00265 | | 06/28/2006 | James J. Nawrocki 07/28/06 Rebuttal Expert Report Telcordia v. Cisco - Reference #1: Expert Report of James J. Nawrocki (Cisco), dated June 28, 2006. | | | | 801-802 | | |
| 00266 | | 06/28/2006 | James J. Nawrocki 07/28/2006 Rebuttal Expert Report Telcordia v. Cisco - Reference #6, 7, 11: Expert Report of James J. Nawrocki (Cisco), dated June 28, 2006, Schedule 3: Summary of Reasonable Royalty Damages | | | | 1006 | | |

| 00267 | | 12/20/2005 | Second Notice of 30(b)(6) Deposition to Cisco | | | Carroll 01 | 401-403 | | |
| 00268 | | 01/00/2005 | Cisco MGX 8800/8900 Series Hardware Installation Guide; Release 2-5.1 | CSCO 0035-0001 | CSCO 0035-0282 | Carroll 02; Jain 03 | 1002 | | |
| 00269 | | 01/23/2002 | AXSM-1-2488/B Hardware Manual | CSCO 0522-0667 | CSCO 0522-0710 | Carroll 03 | 401-403 | | |
| 00270 | | 02/10/1998 | WITHDRAWN<br><br>findSONET/SDH STS-48c/STM-16 Physical Interface for PPP and ATM Applications; Functional Specification, Issue 1.0 | CSCO 0182-0001 | CSCO 0182-0268 | Carroll 04; Takefman 05; Acampora 09 | | | |
| 00271 | | 07/02/1999 | WITHDRAWN<br><br>622/155 PHY I/F for PPP/ATM Functional Specification, Issue 2.0 | CSCO 0181-2056 | CSCO 0181-2305 | Carroll 05; Takefman 02 | | | |
| 00272 | | 08/12/1997 | WITHDRAWN<br><br>POS ASIC 08-0114-01 Hardware Functional Specification | CSCO 0260-0370 | CSCO 0260-0436 | Carroll 06 | | | |
| 00273 | | | WITHDRAWN<br><br>Presentation: Cisco 10000 Edge Services Router (ESR) | CSCO 0489-0314 | CSCO 0489-0353 | Carroll 07 | | | |
| 00274 | | 03/06/2006 | WITHDRAWN<br><br>Omega Alaunus (OC3 ATM) System Functional Specification, Revision 0.2 | CSCO 0484-0813 | CSCO 0484-0826 | Carroll 08 | | | |

Telcordia's Exhibit List

| 00275 | | 02/00/2005 | WITHDRAWN<br><br>Cisco 10000 Fiscal '05 Update | CSCO 0460-0854 | CSCO 0460-0865 | Carroll 09 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00276 | | | WITHDRAWN<br><br>Presentation: Cisco 10000 Series 4xOC3 ATM (Alaunus) Execution Commit Part 1, Version 1.1 | CSCO 0474-0665 | CSCO 0474-0710 | Carroll 10 | | | |
| 00277 | | 04/10/2006 | Lucent and Cisco Responses and Supplemental Responses to Telcordia Interrogatories | | | Carroll 20 | | | |
| 00278 | | 10/01/2001 | WITHDRAWN<br><br>Quicksilver OC-48/STM-16 POS/DPT Line Card Hardware Functional Specification | CSCO 0180-0843 | CSCO 0180-0901 | Carroll 21 | | | |
| 00279 | | 10/15/2002 | WITHDRAWN<br><br>Peacemaker Diagnostics Functional Specification | CSCO 0189-2394 | CSCO 0189-2421 | Carroll 22 | | | |
| 00280 | | 05/10/2002 | WITHDRAWN<br><br>OOPS  Omega's OC-12 Packet over SONET | CSCO 0180-0034 | CSCO 0180-0125 | Carroll 23 | | | |
| 00281 | | 12/20/2002 | WITHDRAWN<br><br>Syrup OC48 DVLC Hardware Functional Specification | CSCO 0190-2203 | CSCO 0190-2310 | Carroll 24 | | | |
| 00282 | | 05/14/2002 | WITHDRAWN<br><br>COMPOST Hardware Functional Specification | CSCO 0172-0042 | CSCO 0172-0099 | Carroll 25 | | | |

Telcordia's Exhibit List

| 00283 | | 06/03/2004 | WITHDRAWN<br><br>Apollo OC12 ATM Line Card Hardware Functional Specification | CSCO 0261-0001 | CSCO 0261-0092 | Carroll 26 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00284 | | 11/11/2004 | WITHDRAWN<br><br>Alaunus Quad OC-3 ATM Line Card | CSCO 0260-2231 | CSCO 0260-2337 | Carroll 27 | | | |
| 00285 | | 08/26/2002 | WITHDRAWN<br><br>GSR JAGUAR 48/SILVERADO CHANNELIZED/POS LINECARDS Hardware Functional Specification | CSCO 0522-0815 | CSCO 0522-0955 | Carroll 28 | | | |
| 00286 | | 10/05/1999 | WITHDRAWN<br><br>GSR Performance 48 POS Linecards | CSCO 0526-0903 | CSCO 0526-1028 | Carroll 29 | | | |
| 00287 | | 06/26/2000 | WITHDRAWN<br><br>GSR+ OC192 POS LINECARDS | CSCO 0524-1658 | CSCO 0524-1693 | Carroll 30 | | | |
| 00288 | | 01/31/2002 | WITHDRAWN<br><br>GSR PERF48 8 Port OC3 ATM Enhanced LinecardGSR+ OC192 POS LINECARDS | CSCO 0523-1083 | CSCO 0523-1208 | Carroll 31 | | | |
| 00289 | | 11/21/1999 | WITHDRAWN<br><br>GSR 16OC3 POS Linecard Hardware Functional Specification | CSCO 0522-1537 | CSCO 0522-1644 | Carroll 32 | | | |

Telcordia's Exhibit List

| 00290 | | 09/27/1999 | WITHDRAWN<br><br>GSR PERF 48 QOC12 ATM LINECARDHardware Functional Specification | CSCO 0527-0192 | CSCO 0527-0313 | Carroll 33 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00291 | | 12/03/1997 | WITHDRAWN<br><br>BFR OC-12 ATM LINECARDHardware Functional Specification | CSCO 0179-1029 | CSCO 0179-1128 | Carroll 34 | | | |
| 00292 | | 11/18/1999 | WITHDRAWN<br><br>GSR+ OC192 POS LINECARDSHardware Functional Specification | CSCO 0695-2000 | CSCO 0695-2124 | Carroll 35 | | | |
| 00293 | | 04/17/1998 | WITHDRAWN<br><br>BFR QUAD OC-3 ATM LINECARDHardware Functional Specification | CSCO 0190-0982 | CSCO 0190-1080 | Carroll 36 | | | |
| 00294 | | 01/20/1997 | WITHDRAWN<br><br>BFR Quad OC-3 LinecardHardware Functional Specification | CSCO 0523-1531 | CSCO 0523-1628 | Carroll 37 | | | |
| 00295 | | 11/18/1998 | WITHDRAWN<br><br>BFR CHOC12/STS3 LinecardHardware Functional Specification | CSCO 0169-1868 | CSCO 0169-1967 | Carroll 38 | | | |

Telcordia's Exhibit List

| 00296 | | 11/09/1998 | WITHDRAWN<br><br>Raptor (chOC12-STS3c) GSR Line CardSoftware Functional Specification | CSCO 0526-1606 | CSCO 0526-1620 | Carroll 39 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00297 | | 05/21/2002 | WITHDRAWN<br><br>TTM Quad OC-12 LinecardHardware Specification | CSCO 0190-0880 | CSCO 0190-0981 | Carroll 40 | | | |
| 00298 | | 08/12/2002 | WITHDRAWN<br><br>TTM OC-48 LinecardHardware Specification | CSCO 0189-1933 | CSCO 0189-2032 | Carroll 41 | | | |
| 00299 | | 12/11/2002 | WITHDRAWN<br><br>Merlin192 Hardware Functional Specification | CSCO 0188-0952 | CSCO 0188-1047 | Carroll 42 | | | |
| 00300 | | 02/18/1997 | WITHDRAWN<br><br>BFR OC-12 POS LinecardHardware Functional Specification | CSCO 0189-1747 | CSCO 0189-1847 | Carroll 43 | | | |
| 00301 | | 06/17/2004 | WITHDRAWN<br><br>ARAVA QUAD OC3 ATM LINE-CARD for CISCO 12XXX SERIESSystem Functional Specifications | CSCO 0476-1043 | CSCO 0476-1100 | Carroll 44 | | | |

Telcordia's Exhibit List

| 00302 | | 05/08/2003 | WITHDRAWN<br><br>PINNACLE ATM PLIM 4XOC-12 (AKA PAP12) for PINNACLE GSR ATM LINE-CARDHardware WITHDRAWN<br><br>Functional Specification | CSCO 0522-0180 | CSCO 0522-0243 | Carroll 45 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00303 | | 06/25/2002 | WITHDRAWN<br><br>Dense48 card Hardware Functional Specification | CSCO 0528-0855 | CSCO 0528-0945 | Carroll 46 | | | |
| 00304 | | 04/04/2003 | WITHDRAWN<br><br>RPR48 Linecard Hardware Functional Specification | CSCO 0181-0248 | CSCO 0181-0330 | Carroll 47 | | | |
| 00305 | | 09/26/2001 | WITHDRAWN<br><br>Silver Bullet Line Card Hardware Functional Specification | CSCO 0527-2316 | CSCO 0527-2476 | Carroll 48 | | | |
| 00306 | | 11/01/1999 | WITHDRAWN<br><br>Inuit Quad OC-12c System Functional Specification | CSCO 0524-0085 | CSCO 0524-0120 | Carroll 49 | | | |
| 00307 | | 01/01/2000 | WITHDRAWN<br><br>Gatling-Gun Hardware Functional Specification | CSCO 0523-1699 | CSCO 0523-1738 | Carroll 50 | | | |

Telcordia's Exhibit List

| 00308 | | 07/30/2004 | WITHDRAWN<br><br>APEX: Any Service Any Port CHOC-3/12/48 Shared Port Adapter Hardware Functional Specification | CSCO 0522-0244 | CSCO 0522-0335 | Carroll 51 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00309 | | 05/21/1996 | OC-3c Port Adapter Module Hardware Functional Specification | CLA 0382767 | CLA 0382785 | Carroll 52 | 401-403 | | |
| 00310 | | 04/24/1997 | OC-12 Port Adapter Module Hardware Functional Specification | CSCO 0265-0178 | CSCO 0265-0197 | Carroll 53 | 401-403 | | |
| 00311 | | 12/16/1996 | OC-3 Mixed PAM for Rhino System Functional Specification | CLA 0622180 | CLA 0622183 | Carroll 54 | 401-403 | | |
| 00312 | | 12/23/2002 | ROADRUNNER System Functional Specification | CSCO 0264-1084 | CSCO 0264-1094 | Carroll 55 | 401-403 | | |
| 00313 | | 03/06/2006 | Blacktail Daughter Board Hardware Functional Specification | CSCO 0468-0469 | CSCO 0468-0574 | Carroll 56 | 401-403 | | |
| 00314 | | 04/27/1999 | Constellation WAN Toaster Linecard System Software Functional Specification | CLA 1150696 | CLA 1150724 | Carroll 57 | 401-403 | | |
| 00315 | | 01/08/2001 | WITHDRAWN<br><br>Redtail OC-48c POS Board Hardware Functional Specification | CSCO 0502-0210 | CSCO 0502-0310 | Carroll 58 | | | |
| 00316 | | 09/17/2001 | WITHDRAWN<br><br>Quad POS OC-12 Line Card (Diamondback) Hardware Functional Specification | CSCO 0524-2241 | CSCO 0524-2346 | Carroll 59 | | | |
| 00317 | | 03/20/2001 | WITHDRAWN<br><br>16 port POS OC-3 Line Card (proteus) Hardware Functional Specification | CSCO 0523-2122 | CSCO 0523-2227 | Carroll 60 | | | |

Telcordia's Exhibit List

| 00318 | | 07/22/1999 | Tucana Hardware Functional Specification | CSCO 0163-1117 | CSCO 0163-1125 | Carroll 61 | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00319 | | 10/15/1997 | ATM Deluxe Port Adapter Hardware Functional Specification | CLA 1051674 | CLA 1051710 | Carroll 62 ; Acampora 04 | 401-403 | | |
| 00320 | | 10/15/1997 | ATM Double Deluxe Port Adapter Hardware Functional Specification | CSCO 0261-0979 | CSCO 0261-1017 | Carroll 63 | 401-403 | | |
| 00321 | | 03/02/1998 | WITHDRAWN<br><br>Polaris OC3-POS Port Adapter Hardware Functional Specification | CSCO 0524-1029 | CSCO 0524-1046 | Carroll 64 | | | |
| 00322 | | 02/20/2003 | WITHDRAWN<br><br>Charlotte PA-POS-2OC3 Dual OC-3 POS Port Adapter Hardware Functional Specification | CSCO 0525-0846 | CSCO 0525-0920 | Carroll 65 | | | |
| 00323 | | 03/06/2006 | MARS: Viking (ATM OC-3 Network Module) Hardware Functional Specification | CSCO 0484-2012 | CSCO 0484-2032 | Carroll 66 | 401-403 | | |
| 00324 | | 12/31/2002 | Yogi- MARS: ATM Voice Processing DeckHardware Functional Specification | CSCO 0260-1717 | CSCO 0260-1768 | Carroll 67; Muntz 26 | | | |
| 00325 | | 12/11/1996 | ATM Lite Port Adapter Hardware Functional Specification | CLA 1051587 | CLA 1051597 | Carroll 68 | 401-403 | | |
| 00326 | | 09/28/1998 | WITHDRAWN<br><br>MERLIN LINECARD Hardware Functional Specification | CSCO 0526-2352 | CSCO 0526-2406 | Carroll 69 | | | |
| 00327 | | 07/23/2003 | OC12 Spatial Reuse Protocol Port AdaptorHardware Functional Specification | CSCO 0182-0920 | CSCO 0182-1013 | Carroll 70 | 401-403 | | |

Telcordia's Exhibit List

| 00328 | | 02/24/1997 | Alien Port Adapter (APA)Hardware Functional Specification | CLA 1752114 | CLA 1752136 | Carroll 71 ; Muntz 04 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00329 | | 06/29/1998 | OC-12 ATM Port Adaptor (Denali) Software Unit Design Specification | CLA 0520481 | CLA 0520513 | Carroll 72 | 401-403 | | |
| 00330 | | 04/01/2002 | Windstar Vega Quad OC-3 ATM Line CardHardware Functional Specification | CSCO 0183-2158 | CSCO 0183-2271 | Carroll 73 | 401-403 | | |
| 00331 | | 03/19/2002 | WITHDRAWN<br><br>8 Port POS OC-3 Line Card (Hadar)Hardware Functional Specification | CSCO 0523-1989 | CSCO 0523-2121 | Carroll 74 | | | |
| 00332 | | 04/17/2002 | WITHDRAWN<br><br>4 Port OC-12 Line Card (Sirius)Hardware Functional Specification | CSCO 0521-1307 | CSCO 0521-1427 | Carroll 75 | | | |
| 00333 | | 12/03/2001 | WITHDRAWN<br><br>Capella OC48 POS/SRP LinecardHardware Functional Specification | CSCO 0513-0474 | CSCO 0513-0542 | Carroll 76 | | | |
| 00334 | | 11/15/2004 | WITHDRAWN<br><br>Sphinx Packet-Over-SONET OC-3/OC-12 Shared Port AdaptorHardware Functional Specification | CSCO 0488-1549 | CSCO 0488-1765 | Carroll 77 | | | |
| 00335 | | 11/14/2004 | Warlord ATM SPA Hardware Functional Specification | CSCO 0264-1505 | CSCO 0264-1568 | Carroll 78 | 401-403 | | |
| 00336 | | 01/12/2005 | CEoP System Functional Specification | CSCO 0250-0727 | CSCO 0250-0796 | Carroll 79 | 401-403 | | |

| 00337 | | 07/07/2005 | WITHDRAWN<br><br>Minya 4xOC192 DWDM PLIM Hardware Functional Specification | CSCO 0193-2362 | CSCO 0193-2388 | Carroll 80 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00338 | | 01/11/2004 | WITHDRAWN<br><br>16xOC48 - Dinosaur Hardware Functional Specification | CSCO 0164-0330 | CSCO 0164-0389 | Carroll 81 | | | |
| 00339 | | 04/09/2002 | WITHDRAWN<br><br>HFR 16xOC48POS/DPT Plim CardHardware Functional Specification | CSCO 0164-0390 | CSCO 0164-0437 | Carroll 82 | | | |
| 00340 | | 09/07/2000 | WITHDRAWN<br><br>HFR 16xOC48POS PLIM CardHardware Functional Specification | CSCO 0506-1619 | CSCO 0506-1643 | Carroll 83 | | | |
| 00341 | | 10/22/2003 | WITHDRAWN<br><br>Lotus 12-Port FE (ML2-100-12) Functional Specification | CSCO 0189-0819 | CSCO 0189-0900 | Carroll 84 | | | |
| 00342 | | 09/14/2005 | WITHDRAWN<br><br>ML2 (20G Multi-Layer) Functional Specification | CSCO 0334-0138 | CSCO 0334-0209 | Carroll 85 | | | |
| 00343 | | 09/14/2005 | WITHDRAWN<br><br>CE2 (10G Mapper) Functional Specification | CSCO 0334-0350 | CSCO 0334-0420 | Carroll 86 | | | |
| 00344 | | 09/20/2005 | GT3 Hardware Functional Specification | CSCO 0334-0293 | CSCO 0334-0349 | Carroll 87 | 401-403 | | |

Telcordia's Exhibit List

| 00345 | 01/16/2004 | WITHDRAWN<br><br>Lotus 2 Port Gigabit Ethernet Linecard | CSCO 0189-0901 | CSCO 0189-0978 | Carroll 88 | | | |
|---|---|---|---|---|---|---|---|---|
| 00346 | 10/08/2003 | AXSM-XG (MGX 5.0) CARDSSoftware Functional Specification | CSCO 0707-1871 | CSCO 0707-1909 | Carroll 89 | 401-403 | | |
| 00347 | 06/01/2001 | AXSM-XGE-POS (POS1) Card Hardware Functional Specification | CSCO 0711-0452 | CSCO 0711-0554 | Carroll 90 | 401-403 | | |
| 00348 | 11/08/1999 | AXSM-1-2488-HA Hardware Manual | CSCO 0707-1689 | CSCO 0707-1728 | Carroll 91 | 401-403 | | |
| 00349 | 03/31/1997 | Product Specification: AXIS Rel 5.0 | CSCO 0196-1687 | CSCO 0196-1739 | Carroll 92 | 401-403 | | |
| 00350 | 07/28/2003 | Warlord Manufacturing Test Plan SPA-OC3-ATM | CSCO 0479-2173 | CSCO 0479-2254 | Carroll 93 | 401-403 | | |
| 00351 | | Resume of Gary Muntz. | CSCO 0278-1365 | CSCO 0278-1367 | Muntz 01 | | | |
| 00352 | 07/17/1996 | Cisco document: DCU ASIC Functional Specification: Digital Crossconnect Unit | CSCO 0274-1364 | CSCO 0274-1494 | Muntz 02 | | | |
| 00353 | 02/03/1997 | Cisco document: LS1010 CBR T1/E1 PAM  HW Functional Specification | CSCO 0504-2259 | CSCO 0504-2298 | Muntz 03 | | | |
| 00354 | | Product information for CES T1/E1 Port Adapter Module | CSCO 0024-0691 | CSCO 0024-0695 | Muntz 05 | | | |
| 00355 | | Product information for ATM Circuit Emulation Services Port Adapter for Cisco 7200 Routers | CSCO 0042-0073 | CSCO 0042-0079 | Muntz 06 | | | |
| 00356 | | Data sheet for Cisco 3600 Multiservice Access Router OC-3 and STM-1 ATM Circuit Emulation Service (CES) Network Modules | CLA 3350316 | CLA 3350324 | Muntz 07 | | | |

Telcordia's Exhibit List

| 00357 | | 06/24/2000 | E-mail from Bill Massung tosales-usa-at-cisco announcing the OC-3/STM-1 ATM with Circuit Emualtion Service (CES) network modules for the Cisco 3600 Series | CSCO 329-1540 | CSCO 329-1540 | Muntz 08 | 401-403 801-802 | | |
| 00358 | | 08/30/1993 | WITHDRAWN<br><br>ANSI document: Broadband ISDN-ATM Adaptation Layer for Constant Bit Rate Services Functionality and Specification. | CSCO 0274-1712 | CSCO 0274-1784 | Muntz 09 | | | |
| 00359 | | | Notes EntitledFREQ CTRL THEORY | CSCO 0274-1495 | CSCO 0274-1613 | Muntz 10 | 401-403 801-802 | | |
| 00360 | | | Verilog: Module srts.v for the DCU | CSCO 0643-0005 | CSCO 0643-0006 | Muntz 11 | | | |
| 00361 | | 00/00/1994 | DCU ASIC: Numerically Controlled Oscillator | CSCO 0643-0001 | CSCO 0643-0004 | Muntz 12 | | | |
| 00362 | | 09/22/1998 | US Patent 5,812,618 | CSCO 0246-2005 | CSCO 0246-2019 | Muntz 13 | 401-403 | | |
| 00363 | | 04/21/1998 | US Patent 5,742,649 | CSCO 0246-1991 | CSCO 0246-2004 | Muntz 14 | 401-403 | | |
| 00364 | | 04/20/1999 | US Patent 5,896,427 | CSCO 0246-2037 | CSCO 0246-2051 | Muntz 15 | 401-403 | | |
| 00365 | | 10/13/1998 | US Patent 5,822,383 | CSCO 0246-2020 | CSCO 0246-2036 | Muntz 16 | 401-403 | | |
| 00366 | | 11/09/1993 | US Patent 5,260,978 | | | Muntz 17 | | | |
| 00367 | | 08/30/1993 | American National Standard for Telecommunications:  Broadband ISDN- ATM Adaption Layer for Constant Bit Rate Services Functionality and Specification | CSCO 0274-1712 | CSCO 0274-1745 | Muntz 18 | | | |

Telcordia's Exhibit List

| 00368 | | 04/04/2000 | E-mail from Gary Muntz to Steve Jacobs, dated April 4, 2000. Subject: DCU Adaptive info, part 1 | CSCO 0279-2320 | CSCO 0279-2381 | Muntz 19 | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00369 | | 06/12/1995 | E-mail from Gary Muntz dated June 12, 1995. Subject: SRTS improvement patents | CSCO 0274-1614 | CSCO 0274-1614 | Muntz 20 | 401-403 801-802 | | |
| 00370 | | 01/00/1997 | WITHDRAWN<br><br>The ATM Forum Technical Comittee: Circuit Emulation Service Interoperability Specification, Version 2.0 (Jan. 1997) | CSCO 0329-0266 | CSCO 0329-0366 | Muntz 21 | | | |
| 00371 | | | Chart: Supplier BOM Detail Report | CSCO 0157-0417 | CSCO 0157-0458 | Muntz 23 | 401-403 | | |
| 00372 | | | Chart: Supplier BOM Detail Report | CSCO 0152-0120 | CSCO 0152-0468 | Muntz 24 | 401-403 | | |
| 00373 | | | Verilog Code for the DCU ASIC | CSCO 0677-0001 | CSCO 0677-0209 | Muntz 31 | | | |
| 00374 | | 03/26/1996 | SGP Microcode | CSCO 0643-0075 | CSCO 0643-0228 | Muntz 32 | | | |
| 00375 | | 03/31/1997 | Product Specification for AXIS Rel. 5.0 | CSCO 0208-0529 | CSCO 0208-0581 | Muntz 33; Jain 4 | | | |
| 00376 | | 01/20/1998 | AAL1gator WAC-021-C  AAL1 SAR Processor | CSCO 0203-1417 | CSCO 0203-1576 | Muntz 34 | | | |
| 00377 | | | Cisco MGX-AX-CESM-8T1/8E1 Circuit Emulation Service Modules | CSCO 0023-1311 | CSCO 0023-1317 | Muntz 35 | | | |
| 00378 | | | Cisco MGX 8260 Maintenance Guide | CSCO 0023-2069 | CSCO 0023-2106 | Muntz 36 | | | |
| 00379 | | 09/29/1999 | U1600 CS12 CardAal1gatorII Software and Firmware Design Specification | CSCO 0202-0814 | CSCO 0202-0831 | Muntz 37 | | | |

Telcordia's Exhibit List

| 00380 | | 02/22/2000 | CS12 Hardware Design Specification | CSCO 0197-1291 | CSCO 0197-1349 | Muntz 38 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00381 | | 08/20/2004 | Popeye MPSM-16-T1E1 Hardware Design Document | CSCO 0337-1087 | CSCO 0337-1128 | Muntz 39 | | | |
| 00382 | | 12/01/2004 | MGX-8260 BSC-4OC3: Broadband Service Card Hardware Functional Specification | CSCO 0261-0893 | CSCO 0261-0964 | Muntz 40 | | | |
| 00383 | | 07/22/1999 | Ultimate 1600 CS3 Card Hardware Document | CSCO 0205-0357 | CSCO 0205-0430 | Muntz 41 | 401-403 | | |
| 00384 | | 00/00/1999 | Cisco Internal Document:Network Clocking | CLA 3440986 | CLA 3440996 | Muntz 42; Jain 6 | | | |
| 00385 | | 10/00/2003 | Cisco Optical Networking Group Metro Optical Aggregation: product line details | CSCO0312-1314 | CSCO0312-1343 | Rushka 02 | 801-802 | | |
| 00386 | | | Diagram drawn by counsel as part of line of questioning on BTC ASIC | | | Rushka 03 | 401-403 801-802 901 | | |
| 00387 | | 04/12/2001 | Cisco Systems document:15454 Cross-Connect Architecture Training Notes | CSCO0184-0098 | CSCO0184-0126 | Rushka 04 | | | |
| 00388 | | 09/09/1998 | Cisco Systems Document:BTC ASIC Design Specification | CSCO0165-1403 | CSCO0165-1639 | Rushka 05 | | | |
| 00389 | | 05/00/2005 | Appendix B of SONET Primer: Description of Section Overhead Bytes | | | Rushka 06 | | | |
| 00390 | | 12/17/1998 | Cerent Document: UPSR Architecture and Functional Specification | CSCO0315-1544 | CSCO0315-1569 | Rushka 07 | | | |
| 00391 | | | Diagram drawn by witness during questioning regarding OC-48 Line | | | Rushka 08 | 401-403 801-802 901 | | |

Telcordia's Exhibit List

| 00392 | | | Cisco file information for the Upsr class implementation for core SM | CSCO0643-0007 | CSCO0643-0016 | Rushka 09 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00393 | | 01/18/2002 | Cisco Systems document: Taka/Euclid Interop Test Results | CSCO0212-2021 | CSCO0212-2049 | Rushka 10 | 401-403 801-802 | | |
| 00394 | | 04/04/2003 | Cisco Systems document: Interop Test Results | CSCO0305-1245 | CSCO0305-1276 | Rushka 11 | 401-403 801-802 | | |
| 00395 | | 12/03/2000 | Cisco Systems document: Cisco ONS 15200 / Cisco ONS 15454 | CSCO0265-1343 | CSCO0265-1370 | Rushka 12 | 401-403 801-802 | | |
| 00396 | | 10/21/2003 | Cisco Systems document: Interop Test Results: ONS 15600 (R1.1) / Lucent DMX (2.1.4) | CSCO0225-1231 | CSCO0225-1263 | Rushka 13 | 401-403 801-802 | | |
| 00397 | | 10/12/2000 | Cisco Systems document: FLM-150 / Cisco ONS 15454 Interop Summary Test Results | CSCO0265-0925 | CSCO0265-0954 | Rushka 14 | 401-403 801-802 | | |
| 00398 | | 07/08/2003 | Cisco Systems document: Interop Summary Test Results ONS15305/Cisco ONS15454 ETSI | CSCO0217-0784 | CSCO0217-0839 | Rushka 15 | 401-403 801-802 | | |
| 00399 | | 01/11/2002 | Cisco Systems document: PDD ONS 15454 R3.0.0 | CSCO0289-0001 | CSCO0289-0163 | Rushka 16 | 801-802 | | |
| 00400 | | 03/06/2006 | Cisco's First Supplemental Response to Interrogatory No. 7 and Second Supplemental Responses to Interrogatory Nos. 5 and 9. | | | Rushka 17 | | | |
| 00401 | | 09/00/2005 | Cisco ONS 15600 Reference Manual | TELC2562187 | TELC2562494 | Rushka 18 | | | |
| 00402 | | 12/06/1994 | WITHDRAWN  E-mail correspondence between Guy Fedorkow and Dan concerning a letter from a Bellcore lawyer suggesting that a license fee might be appropriate. | CSCO 0316-0341 | CSCO 0316-0341 | Fedorkow 01 | | | |

Telcordia's Exhibit List

| 00403 | | 12/05/1994 | E-mail correspondence between Guy Fedorkow and Natalie concerning if Newbridge has figured out a plan of action yet concerning the SRTS thing. | CSCO 0316-0340 | CSCO 0316-0340 | Fedorkow 02 | 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00404 | | 03/15/1995 | **WITHDRAWN**<br><br>E-mail correspondence between Guy Fedorkow and Mark Garrett concerning a licensing arrangement from Bellcore for the SRTS mechanism. | CSCO 0316-0350 | CSCO 0316-0351 | Fedorkow 03 | | | |
| 00405 | | 01/26/1995 | E-mail correspondence between Randolph Mitchell and Dean concerning possible remedies for the SRTS liscensing matter. | CSCO 0316-0325 | CSCO 0316-0325 | Fedorkow 04 ; Barr 07 | | | |
| 00406 | | 01/27/1995 | E-mail correspondence between Randolph Mitchell and Guy Fedorkow concerning the non-status of the situation and a tenative plan to go ahead with theJust Say No campaign. | CSCO 0316-0332 | CSCO 0316-0332 | Fedorkow 05 | 801-802 | | |
| 00407 | | 04/13/1995 | Statement Against the Motion to Forward the CES Spec. | CSCO 0246-1979 | CSCO 0246-1980 | Fedorkow 06 | 801-802 | | |
| 00408 | | | Patent News article concerning rumors circulating regarding the SRTS patent. | CSCO 0246-1981 | CSCO 0246-1982 | Fedorkow 07 | | | |
| 00409 | | 03/16/1995 | **WITHDRAWN**<br><br>E-mail correspondence between Kevin Stodola and Guy Fedorkow summarizing Bellcore's position and proposals regarding the SRTS patent. | CSCO 0316-0343 | CSCO 0316-0344 | Fedorkow 09 | | | |

Telcordia's Exhibit List

| 00410 | | 03/29/1995 | E-mail correspondence between Guy Fedorkow and Dean concerning the Bellcore SRTS patent issue | CSCO 0316-0355 | CSCO 0316-0355 | Fedorkow 10 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00411 | | 06/10/1995 | WITHDRAWN<br><br>June ATM Forum meeting quick summary | CSCO 0246-1971 | CSCO 0246-1978 | Fedorkow 11 | | | |
| 00412 | | 03/28/1995 | E-mail correspondence between Guy Federkow and Kevin Stodola concerning Bellcore proposal regarding licensing rights for the SRTS patent. | CSCO 0316-0363 | CSCO 0316-0364 | Fedorkow 12 | | | |
| 00413 | | 03/29/1995 | E-mail correspondence between Guy Federkow and Tim Dwight concerning if it would be possible to have the SRTS optional and switch to a fully-synchronous operation | CSCO 0316-0352 | CSCO 0316-0353 | Fedorkow 13 | 801-802 | | |
| 00414 | | 01/27/1995 | WITHDRAWN<br><br>E-mail correspondence from Randy Mitchell concerning an issue with Bellcore and the SRTS technology, which needs to be discussed and resolved at the opening plenary in San Francisco. | CSCO 0316-0327 | CSCO 0316-0328 | Fedorkow 14 | | | |
| 00415 | | 03/06/1995 | E-mail correspondence between Guy Fedorkow and Kevin Stodola concerning the progress of the license agreement from Bellcore for the SRTS patent. | CSCO 0316-0335 | CSCO 0316-0336 | Fedorkow 15 | | | |

Telcordia's Exhibit List

| 00416 | | 02/11/1995 | E-mail correspondence between George Swallow and Guy Fedorkow containing comments on G. Fedorkow's report and an attached copy of the ATM Forum Meeting Report for Feb 10/95 | CSCO 0246-1983 | CSCO 0246-1990 | Fedorkow 16; Barr 08 | 801-802 | | |
| 00417 | | 04/00/1995 | April 95- ATM Forum Meeting Report | CSCO 0274-1285 | CSCO 0274-1325 | Fedorkow 17 | 801-802 901 | | |
| 00418 | | 03/30/1995 | E-mail correspondence from Paul Santos with discussion of current US patent laws. | CSCO 0316-0356 | CSCO 0316-0358 | Fedorkow 18 | 801-802 | | |
| 00419 | | 10/24/1997 | E-mail correspondence between Guy Fedorkow and Natalie Giroux concerning an interesting question about SRTS | CSCO 0316-0217 | CSCO 0316-0217 | Fedorkow 19 | 801-802 | | |
| 00420 | | 03/29/1995 | WITHDRAWN  E-mail correspondence between Tim Dwight and Guy Fedorkow discussing some sticking points on the Bellcore proposal for the SRTS license | CSCO 0316-0354 | CSCO 0316-0354 | Fedorkow 21 | | | |
| 00421 | | 03/17/1995 | E-mail correspondence between Kevin Stodola and Guy Federkow discussing Cisco's position on royalties. | CSCO 0316-0345 | CSCO 0316-0345 | Fedorkow 22 | | | |
| 00422 | | 03/29/1995 | E-mail correspondence between David and Guy Fedorkow concerning whether stratacom has decided if the Bellcore patent on SRTS is valid. | CSCO 0316-0368 | CSCO 0316-0368 | Fedorkow 23 | | | |
| 00423 | | 04/03/1995 | E-mail correspondence between Louis Wojnaroski and Guy Fedorkow concerning possible approaches to getting the CES doc unwedged. | CSCO 0316-0370 | CSCO 0316-0370 | Fedorkow 24 | | | |

Telcordia's Exhibit List

| 00424 | | 00/00/1998 | WITHDRAWN<br><br>News release titledCisco Systems to Acquire Skystone Systems Corp. | | | Takefman 01 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00425 | | 09/10/1999 | WITHDRAWN<br><br>622/155 PHY I/F for PPP/ATM Functional Specification; Issue: 2.1 | CSCO 0336-1873 | CSCO 0336-2130 | Takefman 03 | | | |
| 00426 | | | WITHDRAWN<br><br>Source Code | CSCO 0677-1540 | CSCO 0677-2717 | Takefman 04 | | | |
| 00427 | | 07/27/2000 | WITHDRAWN<br><br>SONET/SDH STS-48c/STM-16 Physical Interface for PPP and ATM Applications (PECL); Functional Specification: FS-SKY4402RSM (ENG-36440); Issue: 1.1 | CSCO 0182-0269 | CSCO 0182-0576 | Takefman 06 | | | |
| 00428 | | 08/16/2000 | WITHDRAWN<br><br>SONET/SDH STS-48c/STM-16 Physical Interface for PPP and ATM Applications (PECL); Functional Specification: FS-SKY4402RSM (ENG-36440); Issue: 1.0 | CSCO 0337-1172 | CSCO 0337-1480 | Takefman 07 | | | |
| 00429 | | | WITHDRAWN<br><br>Source Code | CSCO 0677-0210 | CSCO 0677-1539 | Takefman 08 | | | |

Telcordia's Exhibit List

| 00430 | | 10/09/2001 | Draft Standard for Information Technology- Telecommunications and information exchange between systems- Local and metropolitan area networks- Specific requirements- Resilient Packet Ring Access Method & Physical Layer Specifications; Draft 0.1 | CSCO 0421-2291 | CSCO 0421-2344 | Takefman 09 | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00431 | | 05/14/2001 | IEEE 802.17 Resilient Packet Ring Working Group Interim Meeting; May 14-18, 2001; Orlando, FLA; Powerpoint Presentation | | | Takefman 10 | 401-403 801-802 | | |
| 00432 | | 01/21/2002 | IEEE 802.17 Resilient Packet Ring Working Group Interim Meeting; January 21-24, 2002; Orlando, FL; Powerpoint Presentation | | | Takefman 11 | 401-403 801-802 | | |
| 00433 | | | IEEE Standards Association; IEEE Stds 802.17 - 802.22 | | | Takefman 12 | 401-403 801-802 | | |
| 00434 | | 09/02/2003 | Patent No.: US 6,615,362 B1 for System and Method for Fault Recovery for Two Line Bi-Directional Ring Network | | | Takefman 13 | 401-403 | | |
| 00435 | | 11/06/2001 | Patent No.: US 6,314,110 B1 for Method and Apparatus for Distributed Bandwidth Allocation for a Bi-Directional Ring Media with Spatial and Local Reuse | | | Takefman 14 | 401-403 | | |
| 00436 | | 02/24/2005 | United States Patent Application Publication, Pub. No.: US 2005/0044272 A1 for Systems and Methods for Alleviating Client Over-Subscription in Ring Networks | | | Takefman 15 | 401-403 | | |

Telcordia's Exhibit List

| 00437 | | 05/11/2006 | United States Patent Application Publication, Pub. No.: US 2006/0098571 A1 for Systems and Methods for Accelerated Learing in Ring Networks | | | Takefman 16 | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00438 | | | Preventing Packet Miss-ordering/ Duplication in RPR Networks; Inventors: Mike Takefman and Leon Goldin | CSCO 0416-0574 | CSCO 0416-0575 | Takefman 17 | 401-403 801-802 | | |
| 00439 | | | Key Skills, Exemplary Behavior, and Results for Steven Wood, Ianick Sernco, Mike Takefman, Steve Marsh, Paul Merlo, Leon Goldin, Leonardo Amatori, Marin Lulic, Emily Su, and Andy Robert. | CSCO 0418-0043 | CSCO 0418-0047 | Takefman 18 | 401-403 801-802 | | |
| 00440 | | 03/14/1994 | Letter from Bruce Sidran to Robert Barr RE: Bellcore's US patents No. 5,260,978 and No. 4,893,306. | TELC0269856 | TELC0269886 | Barr 03 | 1006 | | |
| 00441 | | 03/29/1994 | E-mail from indian to everyone RE: Press ReleaseBellcore and Equipment Suppliers Cooperate on ATM Interoperability Tests in New Lab. | TELC0210343 | TELC0210344 | Barr 04 | | | |
| 00442 | | 06/16/1994 | Letter from Stanley Rosen to John Morgridge RE: Bellcore's US Patents No. 4,893,306 and No. 5,260,978 | TELC0298488 | TELC0298488 | Barr 05 | | | |
| 00443 | | 12/06/1994 | Letter from Robert Barr to Stanley Rosen RE: Bellcore's US Patents No. 4,893,306 and No. 5,260,978. | TELC0256216 | TELC0256217 | Barr 06 | | | |
| 00444 | | 04/16/2005 | Robert Barr statement RE: Cisco's Statement about IPR Claimed in draft-wijnands-mpls-ldp-mcast-ext-00.txt | | | Barr 09 | 401-403 801-802 | | |
| 00445 | | 03/15/1995 | E-mail from Guy Fedorkow to Mark W Garrett RE: Question on CES | CSCO 0316-0345 | CSCO 0316-0346 | Barr 10 | | | |

Telcordia's Exhibit List

| 00446 | | 11/16/2004 | E-mail from Guy Fedorkow to Bao Nguyen RE: srts-patent | CSCO 0316-0222 | CSCO 0316-0223 | Barr 11 | privileged | | |
|---|---|---|---|---|---|---|---|---|---|
| 00447 | | 01/15/1996 | Article from Business Wire titled:Cisco Shows Users How to Triple the Performance of Their Cisco 7010 and 7000 High-End Routers and Gain Distributed Switching. | CSCO 0676-0745 | CSCO 0676-0745 | Barr 12 | 1002 | | |
| 00448 | | 01/08/1997 | Letter from Bruce Sidran to John Morgridge RE: Licensing of Bellcore's ATM patent portfolio. | BEL 044093 | BEL 044094 | Barr 13; Musika 4 | | | |
| 00449 | | 03/31/1997 | Article from Business Wire titled:New Cisco 7200 series router and LightStream 1010 ATM switch interfaces help customers integrate voice, video and data over high-speed ATM backbones; 'Atm access concentrator on a card' combines two systems into one for lower cost and simpler management. | CSCO 0676-0916 | CSCO 0676-0918 | Barr 14 | | | |
| 00450 | | 04/23/1998 | Letter from Vincent Kovalick to Daniel Scheinman RE: ATM Patent Licensing and Litigation Program. | TELC0258208 | TELC0258209 | Barr 15 | | | |
| 00451 | | 08/17/1998 | Bellcore's Master Agreement Operations Systems Modifications for the Integration of Network Elements (OSMINE) | CSCO 0338-0172 | CSCO 0338-0184 | Barr 16 | | | |
| 00452 | | 10/20/1998 | Letter from Charlie Giancarlo to Sanjiv Ahuja RE: MOU agreement. | TELC0256592 | TELC0256592 | Barr 17 | | | |
| 00453 | | 10/22/1998 | Cisco and Bellcore Memorandum of Understanding | TELC0298490 | TELC0298499 | Barr 18 | | | |
| 00454 | | 04/12/1999 | Letter from Vincent Kovalick to John Chambers RE: Telcordia Technologies, Inc.'s Intellectual Property | TELC0256517 | TELC0256517 | Barr 19 | | | |

Telcordia's Exhibit List

| 00455 | | | Cisco News Release titledCisco Systems' Catalyst 8540 Wins Network Magazine's Product of the Year. | CSCO 0676-0020 | CSCO 0676-0021 | Barr 20 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00456 | 09/07/2001 | | Letter from Joseph Giordano to Dan Scheinman RE: Cisco Product infringement of U.S. Patents | TELC0256231 | TELC0256233.001 | Barr 21 | | | |
| 00457 | 09/19/2001 | | Letter from Bart Showalter to Joseph Giordano | TELC0256230 | TELC0256230 | Barr 22 | | | |
| 00458 | 11/20/2002 | | Letter from Joseph Giordano to Dan Scheinman RE: Cisco Systems, Inc. | TELC0256227 | TELC0256228 | Barr 23 | | | |
| 00459 | 12/16/2002 | | E-mail from Dave Sincoskie to Dan Scheinman RE: Telcordia Licensing and Business Development | TELC0237465 | TELC0237465 | Barr 24 | | | |
| 00460 | 12/00/2002 | | Cisco-Telcordia Licensing Discussions, December 2002 | TELC0133864 | TELC0133867 | Barr 25 | 1002 | | |
| 00461 | 08/05/2003 | | Telcordia's Patent Presentation to Cisco, August 5, 2003. | TELC0256456 | TELC0256516 | Barr 26 | | | |
| 00462 | 08/15/2003 | | Letter from Vernon Anthony to Bart Showalter RE: Patent Licensing Discussions with Cisco Systems. | TELC0256277 | TELC0256280 | Barr 27 | | | |
| 00463 | 09/17/2003 | | Letter from Bart Showalter to Vernon Anthony RE: Telcordia Business Discussions | TELC0256289 | TELC0256291 | Barr 28 | | | |
| 00464 | 09/26/2003 | | Letter from Vernon Anthony to Bart Showalter RE: Settlement Negotiations. | TELC0256550 | TELC0256552 | Barr 29 | | | |
| 00465 | 11/21/2003 | | Letter from Bart Showalter to Vernon Anthony RE: Telcordia Business Discussioins; Settlement Negotiations Pursuant to Fed. R. Evid. 408. | TELC0256563 | TELC0256570 | Barr 30 | | | |

Telcordia's Exhibit List

| 00466 | | 10/09/2003 | Letter from Vernon Anthony to Bart Showalter RE: Settlement Negotiations | CSCO 0643-0792 | CSCO 0643-0792 | Barr 31 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00467 | | 09/09/2004 | Letter from Don Burley to Edward Reines RE: Telcordia v. Cisco | TELC0256180 | TELC0256186 | Barr 32 | 408 801-802 | | |
| 00468 | | | Cisco and Telcordia: Potential Collaboration in Optical Networking. | TELC0239237 | TELC0239241 | Barr 33 | | | |
| 00469 | | 10/30/2002 | Federal Trade Commission; Department of Justice Antitrust Division; Roundtable titledCompetition, Economic, and Business Perspectives on Substantive Patent Law Issues: Non-Obviousness and Other Patentability Criteria. (fax version) | | | Barr 34A | 401-403 801-802 | | |
| 00470 | | 10/30/2002 | Federal Trade Commission; Department of Justice Antitrust Division; Roundtable titledCompetition, Economic, and Business Perspectives on Substantive Patent Law Issues: Non-Obviousness and Patentability Criteria. | | | Barr 34B | 401-403 801-802 | | |
| 00471 | | 04/20/2006 | Revised Fourth Notice of 30(b)(6) Deposition to Cisco | | | Fujii 01 | 401-403 | | |
| 00472 | | | Archived press releases issued by Cisco | CSCO 0643-0803 | CSCO 0643-1205 | Fujii 02 | | | |
| 00473 | | | Cisco Invoices from 2004 and 2005 | | | Fujii 03 | 1002 | | |
| 00474 | | 05/04/2006 | Chart of Standard Costs of Cisco chips dated May 4, 2006 | CSCO 0445-0003 | CSCO 0445-0003 | Fujii 04 | | | |
| 00475 | | | Table: Cisco External View of Expenses by Organization | CSCO 0445-0004 | CSCO 0445-0004 | Fujii 05 | | | |

Telcordia's Exhibit List

| 00476 | | | Table: Cisco Internal View of Expenses by Organization | | | Fujii 06 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00477 | | | Table dealing with CDO allocation in Safari | | | Fujii 07 | | | |
| 00478 | | | Table dealing with product family detail | | | Fujii 08 | 1002 | | |
| 00479 | | | Table dealing with raw data for accused | | | Fujii 09 | 1002 | | |
| 00480 | | 05/00/2003 | Presentation: 3600/3700/7200/7300 Product Discussion | CSCO 0245-1854 | CSCO 0245-1927 | Fujii 10 | 401-403 801-802 | | |
| 00481 | | 08/01/1985 | Standards Project: Principles of user-metwork access interfaces T1D1.185-098 | TELD0007013 | TELD0007018 | Minzer 01 | | | |
| 00482 | | 09/30/1985 | Standards Project: T1D1.1/85-113 | TELD0007020 | TELD0007023 | Minzer 02 | | | |
| 00483 | | 11/18/1985 | Standards Project: T1/D1.1/85-149 | FSI060054 | FSI060058 | Minzer 03 | | | |
| 00484 | | 11/18/1995 | Standards Project: T1D1.1/85-149 | TELD0008312 | TELD0008320 | Minzer 04 | | | |
| 00485 | | 12/00/1987 | Preliminary Special Report on Broadband ISDN Access | TELD0008362 | TELD0008420 | Minzer 05 | | | |
| 00486 | | 00/00/1987 | A Protocol and Prototype for Broadband Subsciber Access to ISDN | BEL 137167 | BEL 137174 | Minzer 06 | | | |
| 00487 | | | Cisco Systems Advanced Services The NATkit Guide Version 1.0 | CSCO 0695-2484 | CSCO 0695-2502 | Keyes 01 | | | |
| 00488 | | 03/00/2006 | Diagram:Automate Collect - Analyze - Report | CSCO 0695-2483 | CSCO 0695-2483 | Keyes 02 | | | |
| 00489 | | | Cisco Network Profile Printout Version 3.0.5 | CSCO 0697-3207 | CSCO 0697-3209 | Keyes 03 | | | |
| 00490 | | | Building Configuration section of Cisco Network Profile printout Version 3.0.5 | CSCO 0697-2116 | CSCO 0697-2119 | Keyes 04 | | | |

Telcordia's Exhibit List

| 00491 | | | System Information section of printout titledDetailed Inventory from Cinergy website | CSCO 0697-0246 | CSCO 0697-0275 | Keyes 05 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00492 | | | Building Configuration version 12.0 section of Cisco Network Profile prinout version 3.0.5 | CSCO 0697-2158 | CSCO 0697-2160 | Keyes 06 | | | |
| 00493 | | | Building Configuration version 12.0 section of Cisco Network Profile prinout version 3.0.5 | CSCO 0697-2155 | CSCO 0697-2157 | Keyes 07 | | | |
| 00494 | | | Chart: Advanced Services Subscription Customer Summary | CSCO 0698-0429 | CSCO 0698-0439 | Keyes 08 | | | |
| 00495 | | | Chart: Advanced Services Subscription Customer Summary | CSCO 0698-0339 | CSCO 0698-0428 | Keyes 09 | | | |
| 00496 | | | Detailed Inventory printout from the Boeing website | CSCO 0697-0181 | CSCO 0697-0182 | Keyes 10 | | | |
| 00497 | | | Detailed Inventory printout from the Bell Canada website | CSCO 0697-0130 | CSCO 0697-0170 | Keyes 11 | | | |
| 00498 | | | Detailed Inventory printout from the anchor website network analysis toolkit | CSCO 0697-0384 | CSCO 0697-0400 | Keyes 12 | | | |
| 00499 | | | Cisco Advanced Services Network Profile version 12.0 printout | CSCO 0697-2508 | CSCO 0697-2509 | Keyes 13 | | | |
| 00500 | | | Cisco Advanced Services Network Profile version 12.1 printout | CSCO 0697-1974 | CSCO 0697-1976 | Keyes 14 | | | |
| 00501 | 01/09/1990 | | WITHDRAWN  U.S. Patent No. 4,893,306 | TELC0006367 | TELC0006386 | Acampora 01;  Minzer 07 | | | |
| 00502 | 01/09/1990 | | US Patent No. 4,893,306 | TELD0007047 | TELD0007066 | Minzer 07 | 401-403 801-802 | | |

Telcordia's Exhibit List

| 00503 | | 02/14/1996 | WITHDRAWN<br><br>PM5346: Saturn User Network InterfaceLite Standard Product Engineering Document | P00001-0006470 | P00001-0006574 | Acampora 05;<br>Mok 04 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00504 | | 01/30/1996 | WITHDRAWN<br><br>PM7192: Transmit ATM Cell Processor Telecom System Engineering Document | PMCX0000336.00001 | PMCX0000336.00097 | Acampora 06;<br>Mok 21 | | | |
| 00505 | | 04/00/2001 | Core Switching Division Technical Publications Master Glossary | LU 0316115 | LU 0316194 | Acampora 07 | 401-403 | | |
| 00506 | | | Guide to ATM Technology | CSCO 0011-0003 | CSCO 0011-0268 | Acampora 08 | 401-403 | | |
| 00507 | | 01/15/1982 | J. Limb and C. Flores,Description of Fasnet- A Unidirectional Local-Area Communications Network | BEL042604 | BEL042632 | Acampora 11 | | | |
| 00508 | | 10/00/1984 | Z.L. Budrikis and A.N. Netravali,A Packet/Circuit Switch AT&T Bell Laboratories Technical Journal Vol. 63, No. 8, October 1984 | LU 0002561 | LU 0002583 | Acampora 13 | | | |
| 00509 | | 03/28/2000 | U.S. Patent No. Re. 36,633 | TELC0005660 | TELC0005672 | Acampora 18 | | | |
| 00510 | | | Hand-drawn Diagram: Binary Code in Grid (0s and 1s) | | | Acampora 19 | 401-403 901 | | |
| 00511 | | 03/28/2000 | U.S. Patent No. Re. 36,633 | TELC0005720 | TELC0005732 | Jones 02 | | | |
| 00512 | | 00/00/1991 | Julio Gonzales and Jean-Paul Le Meur,Jitter Reduction in ATM Networks | TELC 0373149 | TELC 0373154 | Jones 05 | | | |
| 00513 | | 00/00/1992 | Richard Lau and Paul Fleischer,Synchronous Techniques for Timing Recovery in BISDN | TELC0006832 | TELC0006838 | Jones 06 | | | |

Telcordia's Exhibit List

| 00514 | | 05/27/1986 | U.S. Patent No. 4,592,050 | AUSA0794191 | AUSA0794205 | Jones 07 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00515 | | 03/16/1982 | U.S. Patent No. 4,320,504 | | | Jones 08 | | | |
| 00516 | | 12/00/1991 | CCITT Study Group XVIII (duplicate) | TELC0006616 | TELC0006634 | Jones 09 | | | |
| 00517 | | 03/18/1991 | Fax dated March 8, 1991 from P. Adam to Reilly | TELC0373798 | TELC0373804 | Jones 11 | | | |
| 00518 | | 08/26/1991 | Memo from P. Adam dated August 26, 1991 | TELC0006512 | TELC0006512 | Jones 12; Houdoin 04 | | | |
| 00519 | | 06/06/1991 | June 6, 1991 memo from Richard Lau entitled Comparison of SFET and Timing Stamp | TELC0373769 | TELC0373771 | Jones 13 | 401-403 801-802 | | |
| 00520 | | | Handwritten notes | TELC3150179 | TELC3150182 | Jones 14 | 801-802 901 | | |
| 00521 | | 10/14/1991 | Fax dated October 14, 1991 from T. Houdoin to B. Kittams | TELC0373805 | TELC0373807 | Jones 15 | | | |
| 00522 | | 10/16/1991 | October 16, 1991 memo from Richard Lau and Bruce Kittams entitled A Compromise of SFET and TS | FT0000001 | FT0000001 | Jones 16; Houdoin 08 | | | |
| 00523 | | | Richard Lau and Paul Fleischer,Synchronous Techniques for Timing Recovery in BISDN | TELC3150169 | TELC3150178 | Jones 18 | | | |
| 00524 | | 12/00/1983 | Warren Montgomery,Techniques for Packet Voice Synchronization | FSI092450 | FSI092457 | Jones 19 | | | |
| 00525 | | 06/00/1991 | Study Group XVIII- Contribution D. 1451: Performance Comparison of Timing Recovery Methods for CBR Services | TELC0006708 | TELC0006711 | Jones 20; Houdoin 03 | | | |
| 00526 | | 10/30/1992 | U.S. PTO Information Disclosure Statement | TELC3151068 | TELC3151068 | Jones 21 | | | |

Telcordia's Exhibit List

| 00527 | | | Appendix 5 (to Annex 7) Descriptions of the SFET Method | TELC0006592 | TELC0006596 | Jones 22 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00528 | | | Appendix 6 (to Annex 7) Descriptions of the TS Method | TELC0372294 | TELC0372295 | Jones 23 | | | |
| 00529 | | 10/02/1990 | U.S. Patent No. 4,961,188 | BEL 038903 | BEL 038912 | Jones 24 | | | |
| 00530 | | 08/10/2005 | Telcordia Term Sheet for SRTS Patent License Agreement (August 10, 2005) | TELC0294710 | TELC0294711 | Musika 10 | | | |
| 00531 | | 03/03/2006 | Telcordia Term Sheet for SRTS Patent License Agreement on Telcordia '306, '633 and '763 Patents (March 3, 2006) | TELC3191688 | TELC3191692 | Musika 11 | | | |
| 00532 | | 08/05/2003 | Cisco-Telcordia Licensing Discussions (August 5, 2003) | TELC0276921 | TELC0276933 | Musika 12 | | | |
| 00533 | | 08/24/1999 | Telecomm Technical Services, Inc. v. Siemens Rolm Communications, Inc. (1999 U.S. Dist. LEXIS 21415) | | | Musika 02 | 401-403 | | |
| 00534 | | 06/12/2002 | Presentation: Applied Research Value  (June 12, 2002) | TELC0079510 | TELC0079568 | Musika 03; Hausman 06 | | | |
| 00535 | | 06/09/1999 | Telcordia Term Sheet for SRTS Patent License Agreement (June 9, 1999) | TELL0003632 | TELL 0003633 | Musika 05 | | | |
| 00536 | | 07/13/1999 | Telcordia Term Sheet for SRTS Patent License Agreement (July 13, 1999) | TELC0276836 | TELC 0276836 | Musika 06 | | | |
| 00537 | | 07/20/1999 | Telcordia Term Sheet for SRTS Patent License (July 20, 1999) | TELL0003566 | TELL0003567 | Musika 07 | | | |
| 00538 | | 07/28/1999 | Telcordia Term Sheet for SRTS Patent License Agreement (July 28,1999) | TELL0003605 | TELL 0003606 | Musika 08 | | | |

Telcordia's Exhibit List

| 00539 | | 08/16/2002 | Telcordia Term Sheet for SRTS Patent License Agreement (August 16, 2002) | TELL0005565 | TELL 0005566 | Musika 09 | | | |
| 00540 | | 00/00/2004 | WITHDRAWN<br><br>Product information for CBX 3500 Multiservice Edge Switch. | | | Linder 01 | | | |
| 00541 | | 00/00/2004 | Lucent Presentation: ULC & ULC IOA Teams (R9.3) | LU 0153307 | LU 0153317 | Linder 02 | 401-403 | | |
| 00542 | | 06/04/2004 | Preliminary draft of Mako Quad OC-12 IOA HW Functional Specification, Version 1.6 | LU 0157028 | LU 0157071 | Linder 03 | 401-403 | | |
| 00543 | | 07/13/2005 | Preliminary Draft of Lucent document: USLC & MSLC Functional & Design | LU 0158453 | LU 0158542 | Linder 05 | 401-403 | | |
| 00544 | | 07/13/2005 | Preliminary draft of Lucent document: Mako IOM Universal Line Card (ULC) Hardware Funcitonal/Design Specification | LU 1635170 | LU 1635244 | Linder 06 | 401-403 | | |
| 00545 | | 00/00/2003 | Product information for GX550 Multiservice WAN Switch. | | | Linder 08 | | | |
| 00546 | | 00/00/2005 | Product information for PacketStar PSAX Mutliservice Media Gateway Portfolio | | | Linder 09 | | | |
| 00547 | | 00/00/2005 | Product information for Metropolis DMXplore Access Multiplexer for Service Providers. | | | Linder 10 | | | |
| 00548 | | 07/28/2004 | Preliminary draft of Lucent document: Mako 2Port GigE IOA Functional Specification. | LU 0155518 | LU 0155566 | Linder 11 | 401-403 | | |
| 00549 | | 02/03/2004 | Preliminary draft of Lucent document: Mako Protection IOA Functional Spec. | LU 0156987 | LU 0157027 | Linder 12 | 401-403 | | |

Telcordia's Exhibit List

| 00550 | | 01/00/2004 | Presentation: Mako-CBX-3500. | LU 1590699 | LU 1590712 | Linder 13 | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00551 | | 10/04/1999 | Meeting Minutes for Release 6.2 Gate 2 Review dated October 4, 1999. | LU 1102369 | LU 1102369 | Jordan 03 | 401-403 | | |
| 00552 | | 08/30/2005 | Preliminary draft of R10.1 SCM Plan | LU 1772029 | LU 1772046 | Jordan 04 | 401-403 | | |
| 00553 | | 09/26/2002 | E-mail from Watelia Morris to Robert Knopp, Patrick O'Connor, Nicole Balaam and Lori Ann Aschettino containing notes from the LWS Services Engagement Team teleconference on Septemeber 19, 2002. | LU 1569533 | LU 1569533 | Jordan 05 | 401-403 | | |
| 00554 | | 01/25/2005 | Program Status Report for Lucent Project: Psax Transition dated Jan. 25, 2005. | LU 0175473 | LU 0175473 | Jordan 06 | 401-403 | | |
| 00555 | | 07/06/2005 | Draft of NMS Release 11.0 SCM Plan. | LU 1616436 | LU 1616454 | Jordan 07 | 401-403 | | |
| 00556 | | 00/00/2000 | Handwritten chart describing C500, G550, 3500 and PSAX products. | | | Zhou 02 | | | |
| 00557 | | 00/00/2004 | Lucent document: Multiservice Switching Circuit Emulation Services. | | | Zhou 03 | | | |
| 00558 | | 01/00/1997 | ATM Forum document: Circuit Emulation Service Interoperability | LU 0204574 | LU 0204674 | Zhou 04 | | | |
| 00559 | | 08/00/1996 | ITU-T Recommendation I.363.1: Series I: Integrated Services Digital Network | | | Zhou 05 | | | |
| 00560 | | 00/00/2004 | WITHDRAWN<br><br>Product information: CBX3500 Multiservice Edge Switch | | | Zhou 06 | | | |

Telcordia's Exhibit List

| 00561 | | 00/00/2004 | Product information: 60-Port Channelized T1/E1 Circuit Emulation Module for the CBX 500 and CBX 3500 Multiservice Switches. | | | Zhou 07 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00562 | | 03/06/2003 | Lucent Document: CBX-500 CEntipede Circuit Emulation Design Specification | LU 0131721 | LU 0131763 | Zhou 08 | | | |
| 00563 | | 06/14/2002 | Lucent Document: CBX 500 CEntipede 60-Port T1/E1 IOA Functional Specification. | LU 0131680 | LU 0131697 | Zhou 09 | | | |
| 00564 | | 00/00/0000 | Lucent document: CBX/GX Hardware Architecture. | LU 1589283 | LU 1589368 | Zhou 10 | | | |
| 00565 | | 05/10/2002 | PMC-Sierra document: AAL1GATOR-32 Telecom Standard Product Data Sheet | P00001-0004142 | P00001-0004617 | Zhou 11; Holden7 | | | |
| 00566 | | 02/26/2003 | GX 550 ES DS3 Transport Hardware Design Specification, Version 1.0 (2/26/2003) | LU 1774945 | LU 1775004 | Zhou 12 | | | |
| 00567 | | 09/12/2002 | Hardware Design Specification: Single Port OC-3/STM-1 1+1 APS/MSP Multiservice (ATM/IMA/CES) Module for the PacketStar AX Multiservice Media Gateways, Draft 3.0 (9/12/02) | LU 0175007 | LU 0175136 | Zhou 13 | 401-403 | | |
| 00568 | | 00/00/2005 | PacketStar PSAX Multiservice Media Gateway Portfolio | | | Zhou 14 | | | |
| 00569 | | 07/13/2005 | Mako IOM Universal Line Card (ULC) Hardware Functional/ Design Specification, Version 4.16 (7/13/05) | LU 1635170 | LU 1635244 | Zhou 15 | 401-403 | | |
| 00570 | | 11/10/2003 | Mako 16 Port OC-3 IOA Functional Spec, Version 1.4 (11/12/2003) | LU 0155407 | LU 0155451 | Zhou 16 | 401-403 | | |

Telcordia's Exhibit List

| 00571 | | 01/00/2004 | Presentation: Mako-CBX-3500; Mako Hardware Overview (Jan. 2004) | LU 1590699 | LU 1590712 | Zhou 17 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00572 | | 12/10/2005 | Product Directory of all PMC Sierra Products | | | Zhou 18 | 401-403 1002 | | |
| 00573 | | 06/17/2005 | OC3 4 Port IOA Design Specification | LU 0132020 | LU 0132043 | Zhou 19 | 401-403 | | |
| 00574 | | 03/30/2001 | Positron CBX 500 OC3c/STM-1-OC12c/STM-4c Packet Over SONET Functional Specification | LU 0132845 | LU 0132884 | Zhou 20 | 401-403 | | |
| 00575 | | 06/17/2003 | OC12 1 Port IOA Design Specification | LU 0132044 | LU 0132068 | Zhou 21 | 401-403 | | |
| 00576 | | 00/00/2001 | CBX 500 Multiservice WAN Switch | LU 2268566 | LU 2268573 | Zhou 22 | | | |
| 00577 | | 05/05/2005 | Price Guide: P-29, V2  PSAX DS1 Interfaces and Accessories | LU 2144235 | LU 2144243 | Zhou 23 | | | |
| 00578 | | 05/22/2002 | Hardware Design Specification 12 Port Channelized DS1/E1/DS0A CES Module for the PacketStar AX Multiservice Media Gateways | LU 0174761 | LU 0174936 | Zhou 24 | | | |
| 00579 | | 12/03/2004 | PSAX 24-Port T1/E1 MS DaughterCard Functional/Design Specification | LU 0141582 | LU 0141681 | Zhou 25 | 401-403 | | |
| 00580 | | 04/28/2003 | Detailed Hardware Specification for 2 Port OC3 APS Module on the PSAX Central Office Family of High Capacity ATM Access Concentrators | LU 0173966 | LU 0174047 | Zhou 26 | 401-403 | | |
| 00581 | | 06/20/2002 | Detailed Hardware Design Specification for 4 Port OC3 APS Module on the PSAX Central Office Family of High Capacity ATM Access Concentrators | LU 0174137 | LU 0174218 | Zhou 27 | 401-403 | | |

| 00582 | | 06/06/2003 | Detailed Hardware Design Specification for 2 Port OC12 APS Module on the PSAX Central Office Family of High Capacity ATM Access Concentrators | LU 0358856 | LU 0358916 | Zhou 28 | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00583 | | 01/03/2000 | Garnet OC12c/STM-4 PHY HW Design Specification | LU 0134983 | LU 0135013 | Zhou 30 | 401-403 | | |
| 00584 | | 01/03/2000 | Garnet OC48 4xOC12c/STM-4 PHY HW Design Specification | LU 0135098 | LU 0135139 | Zhou 31 | 401-403 | | |
| 00585 | | 02/06/2003 | CBX-500 IM1 NRTS HVT Plan | LU 1634453 | LU 1634480 | Zhou 32 | 401-403 801-802 | | |
| 00586 | | 00/00/2004 | WITHDRAWN<br><br>Product information: MAX TNT Universal Gaeway | LU 2331068 | LU 2331071 | Membreno 2 | | | |
| 00587 | | 00/00/0000 | WITHDRAW<br><br>Handwritten diagram for BIT Tester. | | | Membreno 3 | | | |
| 00588 | | 00/00/0000 | WITHDRAWN<br><br>Handwritten diagram dealing with OC3. | | | Membreno 4 | | | |
| 00589 | | 00/00/0000 | WITHDRAWN<br><br>Hardware Requirements for Unchannelized ATM OC3 Expansion Module. | LU 2477049 | LU 2477054 | Membreno 5 | | | |
| 00590 | | 00/00/0000 | WITHDRAWN<br><br>Programmer's Reference for Unchannelized ATM OC3 Expansion Module (0851-001) | LU 2477064 | LU 2477068 | Membreno 6 | | | |

Telcordia's Exhibit List

| 00591 | | 10/11/1999 | WITHDRAWN<br><br>Ascend Communications Information sheet: Software Specification: Charm based ATM card for TNT (DS3/OC3) | LU 2487284 | LU 2487302 | Membreno 7 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00592 | | 00/00/2004 | WITHDRAWN<br><br>Product information for APX 8000 Universal Gateway. | LU 2329507 | LU 2329510 | Membreno 8 | | | |
| 00593 | | 00/00/2004 | WITHDRAWN<br><br>Product information for APX 1000 Universal Gateway. | LU 2329503 | LU 2329506 | Membreno 9 | | | |
| 00594 | | 00/00/2004 | WITHDRAWN<br><br>Product information for APX 8100 Universal Gateway. | LU 2329511 | LU 2329514 | Membreno 10 | | | |
| 00595 | | 03/13/2000 | WITHDRAWN<br><br>Article from Network World Fusion titled,Lucent unveils supersize access switch. | LU 2476933 | LU 2476934 | Membreno 11 | | | |
| 00596 | | 02/28/2000 | WITHDRAWN<br><br>Article from ZDNet Interactive Week titled,Lucent Preps Goliath Dial-Up Switch. | LU 2476907 | LU 2476908 | Membreno 12 | | | |
| 00597 | | 00/00/2000 | WITHDRAWN<br><br>Chart: APX8000 Model Numbers. | LU 2476823 | LU 2476824 | Membreno 13 | | | |

Telcordia's Exhibit List

| 00598 | | 03/31/2000 | WITHDRAWN<br><br>APX 8000 DVT/HALT Procedures Summary. | LU 2476814 | LU 2476815 | Membreno 14 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00599 | | 00/00/2000 | WITHDRAWN<br><br>Presentation: APX 8000 The Industry's Highest Density Multi-Service Access Concentrator. | LU 2476825 | LU 2476862 | Membreno 15 | | | |
| 00600 | | 00/00/0000 | WITHDRAWN<br><br>Series of tables and diagrams: Reference Designator Usage. | LU 2477055 | LU 2477063 | Membreno 16 | | | |
| 00601 | | 00/00/0000 | WITHDRAWN<br><br>Series of Diagrams: Block diagrams of ATM Section. | LU 2477038 | LU 2477039 | Membreno 17 | | | |
| 00602 | | 00/00/0000 | WITHDRAWN<br><br>Presentation: September APX8000 Program Review: Alameda HW | LU 2476939 | LU 2476948 | Membreno 18 | | | |
| 00603 | | 00/00/0000 | WITHDRAWN<br><br>Plan and Proposal for Lucent document, APX8000 Manufacturing Test Plan. | LU 2476863 | LU 2476903 | Membreno 19 | | | |
| 00604 | | 00/00/0000 | WITHDRAWN<br><br>Chart: Supported Cards. | LU 2476819 | LU 2476822 | Membreno 20 | | | |

| 00605 | | 03/06/2000 | WITHDRAWN<br><br>Prototype DFM Report for Ascend product APX 8000 Shelf Controller Board | LU 2476766 | LU 2476768 | Membreno 21 | | | |
|-------|--|------------|--------------------------------------------------------------------------------------|------------|------------|-------------|--|--|--|
| 00606 | | 00/00/0000 | WITHDRAWN<br><br>Customer Requirements Document forHi-Speed 4-Port ATM OC3/STM-1 LIM. | LU 2401881 | LU 2401889 | Membreno 22 | | | |
| 00607 | | 00/00/0000 | WITHDRAWN<br><br>Production Chart for Part 1300-0851-003 [PCB ASSY, PMC ATM OC3 LONGHAUL CD, TNT] | LU 2396490 | LU 2396504 | Membreno 23 | | | |
| 00608 | | 00/00/0000 | WITHDRAWN<br><br>Production Chart for Part 1300-0851-002 [PCB ASSY, PMC ATM OC3 SHORTHAUL CD, TNT]. | LU 2396478 | LU 2396489 | Membreno 24;<br>McManus 5 | | | |
| 00609 | | 00/00/0000 | WITHDRAWN<br><br>Production Chart for Part 1300-0851-001 [PCB ASSY, PMC ATM OC3 COPPER CD, TNT]. | LU 2396468 | LU 2396477 | Membreno 25;<br>McManus 4 | | | |
| 00610 | | 00/00/0000 | WITHDRAWN<br><br>Production Chart for Part 0710-0851-051 [TNT-SL-UOC3CP-C]. | LU 2396444 | LU 2396445 | Membreno 26;<br>McManus 3 | | | |
| 00611 | | 01/00/2001 | WITHDRAWN<br><br>APX 8000 Hardware Installation Guide. | LU 2284071 | LU 2284138 | Membreno 27 | | | |

| 00612 | | 10/15/2002 | WITHDRAWN<br><br>APX 8100 Platform Test Plan Rev. 1.15. | LU 2401566 | LU 2401580 | Membreno 28 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00613 | | 00/00/0000 | WITHDRAWN<br><br>Presentation: Introducing the APX 1000 Universal Gateway. | LU 2476666 | LU 2476691 | Membreno 29 | | | |
| 00614 | | 09/18/2002 | WITHDRAWN<br><br>APX 1000 Data Sheet. | LU 2476732 | LU 2476738 | Membreno 30 | | | |
| 00615 | | 00/00/0000 | WITHDRAWN<br><br>Chart: APX 1000 (8PRIs system). | LU 2401721 | LU 2401725 | Membreno 31 | | | |
| 00616 | | 05/00/2000 | WITHDRAWN<br><br>ATM Configuration Guide: APX 8000 / MAX TNT / DSLTNT | LU 1768075 | LU 1768140 | Membreno 32 | | | |
| 00617 | | 00/00/0000 | Table: Part 1300-0851-003 [PCB ASSY, PMC ATM OC3 LONGHAUL CD, TNT] Production | LU 2395490 | LU 2395504 | McManus 6 | 401-403 | | |
| 00618 | | 07/00/2005 | Metropolis DMX Access Multiplexer (Release 5.1.1) Applications and Planning Guide | LU 1778572 | LU 1778849 | Towne 01 | | | |
| 00619 | | 08/22/2001 | DMX Circuit Pack/Device Table | LU 2226969 | LU 2226969 | Towne 02 | | | |
| 00620 | | 09/12/2005 | Draft of Lucent document: DMX/DMXpress/DMXtend: DMX SRD-Network Element Function | LU 2024355 | LU 2024432 | Towne 03 | | | |
| 00621 | | 12/00/2002 | Appendix D: Overview of Circuit Pack Description Table: DMXtend Circuit Pack Information | LU 1954395 | LU 1954398 | Towne 05 | 401-403<br><br>1002 | | |

Telcordia's Exhibit List

| 00622 | | 11/07/2001 | Project: Metropolis DMXpress: Architecture and Interface Document for Main Card | LU 2137269 | LU 2137304 | Towne 06 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00623 | | 12/16/2000 | Project: Metropolis DMXpress: Requirements, Architecture and Interface Document | LU 2210015 | LU 2210070 | Towne 07 | | | |
| 00624 | | 00/00/0000 | Metropolis DMX Product FamilyNext Generation Packet Features | LU 1861621 | LU 1861653 | Towne 08 | | | |
| 00625 | | 03/13/2003 | DMX File: Metropolis DMX | LU 2143063 | LU 2143110 | Towne 09 | | | |
| 00626 | | 11/00/2004 | Document relating to the VLNC5 and derivatives | LU 2143111 | LU 2143160 | Towne 10 | | | |
| 00627 | | 12/15/2005 | DMX LNW55 16-Port OC3/OC12, 4-Port OC48 LS OLIU | LU 2861679 | LU 2861738 | Towne 11 | | | |
| 00628 | | 04/19/2005 | DMX File: Metropolis DMX: DMXplore; VLNC30 Circuit Pack | LU 1780446 | LU 1780529 | Towne 12 | | | |
| 00629 | | 09/18/2001 | WaveStar DMX ASIC Documentation DoS | LU 2119042 | LU 2119084 | Towne 13 | | | |
| 00630 | | 00/00/0000 | Data Sheet with handwritten note regarding customer information. | | | Erb 02 | | | |
| 00631 | | 00/00/0000 | Table: DMX Family Competitors | | | Erb 03 | | | |
| 00632 | | 00/00/0000 | Table of availability of DMX products. | | | Erb 04 | | | |
| 00633 | | 03/00/2005 | Records Management Handbook | LU 2400590 | LU 2400611 | Erb 05 | | | |
| 00634 | | 00/00/0000 | SRTS Implementation for Multi-Service FPGA | | | Liu 01 | | | |
| 00635 | | 00/00/0000 | Series of Schematics for Project: CAS_10 | | | Liu 02 | | | |

Telcordia's Exhibit List

| 00636 | | 08/00/2004 | Channelized OC-3/STM-1 Multiservice Module and Channelized Multiservice Server Module and 24-Port Channelized T1/E1 Multiservice Module (Preliminary Design Review Document) | LU 0141234 | LU 0141332 | Liu 03 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00637 | | 12/03/2004 | PSAX-24-Port T1/E1 MS DaughterCard Functional/Design Specification | LU 0141582 | LU 0141618 | Liu 04 | | | |
| 00638 | | 11/23/2003 | SIT/SQA Test Plan and Results for the SRTS Feature for Unstructured CES on the Single Port Channelized OC-3 CES Module Unstructured E1/ATM-DS1 on the PSAX Central Office Family of High Capacity ATM Access Concentrators | LU 2396688 | LU 2396688 | Liu 05 | 801-802 | | |
| 00639 | | 07/27/2004 | Schematic for Project: MS_STM1 | | | Liu 06 | | | |
| 00640 | | 11/29/2001 | Schematic for Project: CAS_12 | | | Liu 07 | | | |
| 00641 | | 11/18/2003 | Schematic for Project: CAS_10 | | | Liu 08 | | | |
| 00642 | | 11/18/2003 | Schematic for Project: CAS_10 | | | Liu 09 | | | |
| 00643 | | 11/18/2003 | Schematic for Project: CAS_10 | | | Liu 10 | | | |
| 00644 | | 11/18/2003 | Schematic for Project: CAS_10 | | | Liu 11 | | | |
| 00645 | | 11/18/2003 | Schematic for Project: CAS_10Schematic for Project: CAS_10 | | | Liu 12 | | | |
| 00646 | | 06/03/2002 | Schematic for Project: OC3_UNST | | | Liu 13 | | | |
| 00647 | | 06/03/2002 | Schematic for Project: OC3_UNST | | | Liu 14 | | | |
| 00648 | | 12/15/2005 | Schematic for Project: OC3_UNST | | | Liu 15 | | | |
| 00649 | | 06/03/2002 | PSAX Channelized OC-3\STM-1 Multiservice Module Functional Verification Plan | LU 01434619 | LU 01434658 | Liu 16 | | | |

Telcordia's Exhibit List

| 00650 | | 02/03/2005 | Presentation: PSAX Hardware Training for Group 3 | LU 0172153 | LU 0172237 | Liu 17 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00651 | | 00/00/2004 | Series of schematics | LU 2399347 | LU 2399432 | Liu 18 | | | |
| 00652 | | 00/00/0000 | Series of schematics for project CAS_10 | LU 2399433 | LU 2399491 | Liu 19 | | | |
| 00653 | | 00/00/0000 | Series of schematics for project CAS_10. | LU 2369530 | LU 2369588 | Liu 20 | | | |
| 00654 | | 00/00/0000 | Series of schematics for project OC3_UNST. | LU 2369440 | LU 2369493 | Liu 21 | | | |
| 00655 | | 00/00/0000 | Series of schematics for project DJS_MS. | LU 2369494 | LU 2369529 | Liu 22 | | | |
| 00656 | | 02/19/2002 | Lucent Document review for team name: CEntipede | LU 0131983 | LU 0131984 | Liu 23 | | | |
| 00657 | | 05/22/2002 | Meeting Minutes from Lucent meeting on May 22, 2002 | LU 0131981 | LU 0131982 | Liu 24 | | | |
| 00658 | | 00/00/0000 | Untitled Chart dealing with SBC Rework Plan 4/1/05 | LU 01637017 | LU 01637020 | Liu 25 | | | |
| 00659 | | 08/06/2005 | Charts/Information titled: Mako Hardware Availability (TRNEDOC.xls) | LU 0152628 | LU 0152634 | Liu 26 | | | |
| 00660 | | 08/10/2005 | Charts/Information titled: PSAX Rel. 11.1 Hardware HVT Schedule | LU 0172931 | LU 0172932 | Liu 27 | 401-403 | | |
| 00661 | | 00/00/0000 | WITHDRAWN<br><br>Lucent Stinger Technical Backgrounder | LU 3006681 | LU 3006714 | Kahn 01 | | | |
| 00662 | | 01/14/2004 | WITHDRAWN<br><br>Agere Systems Data Sheet: MARS2G5 P (TADM042G52) SONET/SDH 155/622/2488 Mbits/s Add/Drop Data Interface | LU 2688384 | LU 2688785 | Kahn 02 | | | |

Telcordia's Exhibit List

| 00663 | | 03/13/2003 | WITHDRAWN<br><br>March 13, 2003 Memo from S.A. Paskel Re: Stinger OLIM RAI, Issue 1.00-Draft | LU 2636391 | LU 2636410 | Kahn 03 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00664 | | 07/03/2003 | WITHDRAWN<br><br>July 2, 2003 Memo from John Cornacchio Re: Stinger Compact Remote COP/OLIM FPGA RAI, Issue 1.00- RFS | LU 2633402 | LU 2633464 | Kahn 04 | | | |
| 00665 | | 02/15/2005 | WITHDRAWN<br><br>February 15, 2005 Memo from S.A. Paskel Re: Stinger GE-OLIM RAI, Issue 1.01- Approved | LU 2487841 | LU 2487868 | Kahn 05 | | | |
| 00666 | | 00/00/2003 | WITHDRAWN<br><br>Stinger DSL Access Concentrator Portfolio | LU 2268754 | LU 2268759 | Kahn 06 | | | |
| 00667 | | 00/00/2002 | WITHDRAWN<br><br>Stinger RT DSL Access Concentrator | LU 2333842 | LU 2333843 | Kahn 07 | | | |
| 00668 | | 00/00/2002 | WITHDRAWN<br><br>Stinger LS DSL Access Concentrator | LU 2333817 | LU 2333818 | Kahn 08 | | | |
| 00669 | | 00/00/2002 | WITHDRAWN<br><br>Stinger FS+ DSL Access Concentrator | LU 2333805 | LU 2333808 | Kahn 09 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00670 | | 00/00/2005 | WITHDRAWN<br><br>Stinger MS+ DSL Access Concentrator | LU 2333832 | LU 2333833 | Kahn 10 | | | |
| 00671 | | 00/00/2006 | WITHDRAWN<br><br>Stinger DSL Access Concentrator 72-Port SHDSL/HDSL2 Line Interface Modules | LU 2333797 | LU 2333798 | Kahn 11 | | | |
| 00672 | | 00/00/2004 | WITHDRAWN<br><br>Stinger DSL Access Concentrator 48-Port ADSL/ADSL2+ Ready LIM | LU 2333795 | LU 2333796 | Kahn 12 | | | |
| 00673 | | 00/00/2003 | WITHDRAWN<br><br>Stinger MRT-2 DSL Access Concentrator | LU 2333824 | LU 2333825 | Kahn 13 | | | |
| 00674 | | 00/00/2003 | WITHDRAWN<br><br>Stinger MRT-48 A DSL Access Concentrator | LU 2333830 | LU 2333831 | Kahn 14 | | | |
| 00675 | | 00/00/2003 | WITHDRAWN<br><br>Stinger MRT-36A DSL Access Concentrator | LU 2333826 | LU 2333827 | Kahn 15 | | | |
| 00676 | | 00/00/2003 | WITHDRAWN<br><br>Stinger MRT-36H DSL Access Concentrator | LU 2333828 | LU 2333829 | Kahn 16 | | | |

Telcordia's Exhibit List

| 00677 | | 09/01/2005 | WITHDRAWN<br><br>September 1, 2005 Memo Re: RA&I for the Stinger VoIP LIM (1458) and POTS Mezzanine Card (1457) | LU 2487936 | LU 2487982 | Kahn 17 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00678 | | 02/03/2006 | WITHDRAWN<br><br>February 3, 2006 Memo from John Gvoth and Robert Adams Re: RA&I for the Stinger, 24-port VDSL-DMT LIM Circuit Pack | LU 2487594 | LU 2487594 | Kahn 18 | | | |
| 00679 | | 00/00/0000 | WITHDRAWN<br><br>Presentation on Stinger OC12 Trunk Card | LU 2501903 | LU 2501916 | Kahn 19 | | | |
| 00680 | | 04/20/2001 | WITHDRAWN<br><br>Stinger Tram Trunk Module Functional Specification | LU 2626142 | LU 2626190 | Kahn 20 | | | |
| 00681 | | 02/19/2003 | WITHDRAWN<br><br>Stinger FS OC12 ATM Trunk Module Hardware Design Sepcification | LU 2692283 | LU 2692299 | Kahn 21 | | | |
| 00682 | | 06/24/1999 | WITHDRAWN<br><br>Engineering Target Spec Form and Product Information | LU 2467407 | LU 2467419 | Kahn 22 | | | |
| 00683 | | 01/08/1999 | WITHDRAWN<br><br>Hardware Requirements Specifcation Stinger LIM-48 Form and Product Information | LU 2487318 | LU 2487325 | Kahn 23 | | | |

Telcordia's Exhibit List

| 00684 | | 01/29/1999 | WITHDRAWN<br><br>Ripper CPU Hardware Requiremtns Specification | LU 2487326 | LU 2487341 | Kahn 24 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00685 | | 00/00/2000 | WITHDRAWN<br><br>Stinger T1/E1 Module Overview Presentation | LU 2501792 | LU 2501862 | Kahn 25 | | | |
| 00686 | | 11/29/2001 | WITHDRAWN<br><br>Stinger 10: 72 Port LIM Control Board Hardware Specification | LU 2487451 | LU 2487475 | Kahn 26 | | | |
| 00687 | | 03/18/2002 | WITHDRAWN<br><br>StingerMRT 19Contol Board Hardware Specification | LU 2487488 | LU 2487531 | Kahn 27 | | | |
| 00688 | | 00/00/0000 | WITHDRAWN<br><br>Internal Memorandum regarding System Verification High Leverl Test Plan for Stinger System Release 9.5-206 | LU 2504073 | LU 2504096 | Kahn 28 | | | |
| 00689 | | 02/15/2006 | Chart: Core Switching Division and PSAX Manufacturing Locations | | | Pressey 1 | | | |
| 00690 | | 00/00/0000 | SCN Product Test - CBX3500 SCN Plan | | | Pressey 2 | | | |
| 00691 | | 05/03/2006 | WITHDRAWN<br><br>May 3, 2006 e-mail from Kevin Heffernan to Ben Pressey regarding the Manufacturing Test Process. | | | Pressey 3 | | | |

Telcordia's Exhibit List

| 00692 | | 05/03/2006 | May 3, 2006 e-mail from Richard Legrow to Ben Pressey regarding the final production test strategy for the DMX development team. | | | Pressey 4 | | | |
| 00693 | | 08/06/2005 | Chart: Mako Module Prototype Information and Schedule. | LU 2145098 | LU 2145199 | Pressey 5 | 401-403 1002 | | |
| 00694 | | 00/00/0000 | Hardware/SIT Test Plans for SRTS Feature on 1 Port Channelized OC3/STM-1 Module | LU 1134585 | LU 1134592 | Pressey 6 | 801-802 | | |
| 00695 | | 00/00/0000 | Lucent Document: Core Switching Systems and Boxboro Manufacturing Operations. | LU 3003420 | LU 3003458 | Pressey 8 | 401-403 801-802 1002 | | |
| 00696 | | 07/10/2002 | E-mail chain regarding the consolidation of ATM, FR, CES and IMA onto one platform | LU 2740310 | LU 2740314 | McKenna 2 | | | |
| 00697 | | 00/00/0000 | Lucent Multiservice Switching Technical Brief: Increase Profits from legacy TDM services | TELC2945861 | TELC2945874 | McKenna 3 | | | |
| 00698 | | 00/00/2004 | CBX 3500 Multiservice Edge Switch: product information | TELC2945896 | TELC2945897 | McKenna 4 | | | |
| 00699 | | 00/00/2003 | CBX 500 Multiservice WAN Switch: product information | TELC2945884 | TELC2945887 | McKenna 5 | | | |
| 00700 | | 00/00/2003 | GX 550 Multiservice WAN Switch: product  information | TELC2945853 | TELC2945858 | McKenna 6 | | | |
| 00701 | | 00/00/2003 | PacketStar PSAX 1250 Multiservice Media Gateway | TELC2945907 | TELC2945908 | McKenna 7 | | | |
| 00702 | | 00/00/2005 | Metropolis DMXplore Access Multiplexer for Service Providers | TELC2945909 | TELC2945914 | McKenna 8 | | | |
| 00703 | | 00/00/2003 | Stinger MRT-36H DSL Access Concentrator | LU 2333828 | LU 2333829 | McKenna 9 | 401-403 | | |
| 00704 | | 01/15/2004 | PacketStar RV09.0.C00   Hardware GA Decision Check Point | LU 1130956 | LU 1130958 | McKenna 10 | 401-403 | | |

Telcordia's Exhibit List

| 00705 | | 02/02/2005 | Online analysis of the Lucent DMXtend | LU 2356075 | LU 2356085 | McKenna 11 | 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00706 | | 00/00/0000 | List of products | | | McCormick 2 | | | |
| 00707 | | 09/15/2005 | Lucent's Objections and Supplemental Resonses to Telcordia's First Set of Interrogatories | | | McCormick 3 | | | |
| 00708 | | 00/00/0000 | Partial printout of Lucent electronic files containing sales and revenue information | | | McCormick 4 | | | |
| 00709 | | 08/00/2005 | Price Guide P-29, V2  PSAX I/O Modules Supporting CES PSAX DS1 Interfaces and Accesories | LU 2144235 | LU 2144243 | McCormick 6;Hausman 9 | | | |
| 00710 | | 00/00/0000 | DMX Income Statements FY 2001 through FY 2004 | LU 2144148 | LU 2144158 | McCormick 7 | | | |
| 00711 | | 00/00/0000 | Group Currency Amount Listing | LU 2144142 | LU 2144144 | McCormick 8 | 401-403 | | |
| 00712 | | 00/00/0000 | FY2001 MSS P&L's - EDW | LU 3034627 | LU 3034629 | McCormick 9 | 401-403 | | |
| 00713 | | 00/00/0000 | Detailed P& L statement | LU 3041175 | LU 3041177 | McCormick 10 | 401-403 | | |
| 00714 | | 00/00/0000 | DMX 2005 Revenue by Quarter by Customer | LU 2144145 | LU 2144147 | McCormick 12 | | | |
| 00715 | | 00/00/0000 | DMX BU Total Customer Main System Shipments From 2001 thru 4th Qtr 2004 | LU 2144159 | LU 2144189 | McCormick 13 | | | |
| 00716 | | 00/00/0000 | List titledGroup Currency Amount | LU 2144190 | LU 2144234 | McCormick 14 | | | |
| 00717 | | 00/00/0000 | Business case document used for product planning | LU 1569676 | LU 1569738 | McCormick 15 | 401-403 | | |

Telcordia's Exhibit List

| 00718 | | 00/00/0000 | Income statement from a business case | LU 2861986 | LU 2861991 | McCormick 16 | 401-403 | | |
| 00719 | | 11/19/2002 | Lucent Worldwide Services Services Business Case for PSAX 1000, 1250, 2300, 4500  FY 2003 | LU 1569524 | LU 1569532 | McCormick 17 | 401-403 | | |
| 00720 | | 10/28/2005 | DMX 2005 / 2006 VIEW as of 10-28-05 | LU 2144171 | LU 2144171 | McCormick 18 | | | |
| 00721 | | 00/00/0000 | PSAX Release 10.0 Revenue by Market | LU 1098338 | LU 1098414 | McCormick 19 | 401-403 | | |
| 00722 | | 00/00/0000 | Chart: Planning tool for the PSAX product | LU 2156452 | LU 2156489 | McCormick 20 | 401-403 | | |
| 00723 | | 09/10/2005 | PSAX Release 10.0  Income Statement | LU 1098340 | LU 1098356 | McCormick 21 | 401-403 | | |
| 00724 | | 00/00/0000 | Lucent Presentation: A Survival Guide: What you should know about Telcordia Operations | LU 1983223 | LU 1983298 | Schneider 02 | 401-403 | | |
| 00725 | | 02/03/1995 | February 3, 1995 letter from Leondard Suchyta to the ATM Forum regarding the granting of patent no. 978 to Bellcore. | BEL 035953 | BEL 035953 | Schneider 03; Bocci 02 | | | |
| 00726 | | 01/08/1997 | January 8, 1997 letter from Bruce Sidran to Henry Schacht offering a license of Bellcore's ATM patent porfolio to Lucent | LU 1573568 | LU 1573569 | Schneider 04; Hausman 05 | | | |
| 00727 | | 10/17/1996 | Listing of Bellcore's ATM Patents Issued in the US (from Oct. 17, 1996) | TELC0275968 | TELC0275975 | Schneider 05 | 401-403 801-802 901 | | |
| 00728 | | 06/03/1996 | June 3, 1996 letter from Leonard Suchyta to the ATM Forum regarding Bellcore's application for reissue of the 978 patent. | TELC0269823 | TELC0269824 | Schneider 06; Bocci 03 | | | |

Telcordia's Exhibit List

| 00729 | | 04/12/1999 | April 12 1999 letter form Vince Kovalick to Richard McGinn regarding the representation of Telcordia by Finnegan Henderson | LU 1573470 | LU 1573470 | Schneider 07 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00730 | | 03/31/1989 | Letter form Alcatel NV to AT&T regarding the proposed 1/1/1989 patent license agreement between the two companies. | LU 2078655 | LU 2078676 | Schneider 08 | 401-403 | | |
| 00731 | | 09/10/2001 | September 10, 2001 letter from Laurence Padilla to Toshiba Corporation regarding the extension of the patnet license agreement. | LU 2081715 | LU 2081718 | Schneider 09 | 401-403 1002 | | |
| 00732 | | 09/22/1998 | Patent License Agreement between Lucent and Ascend Communcations effective 9/30/1998 | LU 2092096 | LU 2092111 | Schneider 10 | 401-403 | | |
| 00733 | | 01/06/2000 | Patent License Agreement between Lucent and Comverse Patent Holding Co. effective 12/30/1999 | LU 2062327 | LU 2062343 | Schneider 11 | 401-403 | | |
| 00734 | | 08/01/2000 | Patent License Agreement between Lucent and ECI Telecom Ltd. effective 1/1/2000 | LU 2079556 | LU 2079579 | Schneider 12 | 401-403 | | |
| 00735 | | 09/30/2000 | Patent License Agreement between Lucent and Ciena Corp. | LU 2079371 | LU 2079392 | Schneider 13 | 401-403 | | |
| 00736 | | 08/16/2004 | Resume of Wayne D. Grover | | | Grover 01 | | | |
| 00737 | | 03/00/2003 | Cisco ONS 15454 and Cisco ONS 15327 TL1 Command Guide | CSCO 0309-0001 | CSCO 0309-0460 | Grover 03 | | | |
| 00738 | | 00/00/2003 | Optical Network Design and Implementation | TELC2944984 | TELC2945815 | Grover 04 | | | |
| 00739 | | 04/29/1999 | STS-192 Bridging Transmission Convergence ASIC (BTC192) Functional Specification | CSCO 0165-1640 | CSCO 0165-1830 | Grover 05 | | | |
| 00740 | | 12/00/1999 | Implementing Next Generation Networks | TEL 015958 | TEL 016085 | Grover 06 | | | |

Telcordia's Exhibit List

| 00741 | | 11/00/1985 | John Prisco and Robert Hoss,Fiber Optic Regional Area Networks | CSCO 0337-1644 | CSCO 0337-1657 | Grover 09 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00742 | | 05/30/1989 | U.S. Patent No. 4,835,763 | TELC0385224 | TELC0385231 | Grover 10 | | | |
| 00743 | | 12/21/1987 | Gary Ester,Ring Up Big Profits with Ring Architecture | LU 3216698 | LU 3216705 | Grover 11 | | | |
| 00744 | | 08/31/1982 | U.S. Patent No. 4,357,605 | LU 1571398 | LU 1571403 | Grover 12 | | | |
| 00745 | | 03/03/1987 | U.S. Patent No. 4,648,088 | LU 1571691 | LU 1571708 | Grover 13 | | | |
| 00746 | | 12/30/1986 | U.S. Patent No. 4,633,246 | LU 1571667 | LU 1571679 | Grover 14 | | | |
| 00747 | | 00/00/1984 | J. Richard Jones & George Cagle,TDM Ring: A DS1 Transport System for Local Networks | LU 1573363 | LU 1573370 | Grover 15 | | | |
| 00748 | | 12/07/2000 | LPF 3000 Wavestar: DDM 2.5G Product Documentation HyperSonic Device Requirements | LU 2022985 | LU 2023014 | Grover 17 | | | |
| 00749 | | 07/03/2002 | LPF 3000 Wavestar: DMX 2.5G Product Documentation HyperSonic Device Pointer Processor/NIM | LU 2983929 | LU 2984028 | Grover 18 | | | |
| 00750 | | 01/00/1999 | GR-1400-CORE: SONET Dual-Fed Unidirectional Path Switched Ring (UPSR) Equipment Generic Criteria | TELC0260150 | TELC0260276 | Grover 19 | | | |
| 00751 | | 06/28/2006 | WITHDRAWN<br><br>Expert Report of James J. Nawrocki (June 28, 2006) | | | Hausman 02 | | | |
| 00752 | | 07/28/2006 | Rebuttal Report of James J. Nawrocki (July 28, 2006) | | | Hausman 03 | 401-403 | | |
| 00753 | | 00/00/2004 | 60-Port Channelized T1/E1 Ciruit Emulation Module for the CBX 500 and CBX 3500 Multiservice Switches | TELC2945859 | TELC2945860 | Hausman 04 | | | |

Telcordia's Exhibit List

| 00754 | | 00/00/0000 | Presentation: Telcordia's Key Patent Assests | TELC0269707 | TELC0269715 | Hausman 07 | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00755 | | 10/08/2004 | Telcordia's Patent Presentation to Lucent (October 8, 2004) | TELC0256331 | TELC0256340 | Hausman 08 | 401-403 408 801-802 | | |
| 00756 | | 03/11/1998 | Release 9.1 System Level Stress, Limit and Performance Test Design Specification | CSCO 0318-1810 | CSCO 0318-2041 | Jain 05 | | | |
| 00757 | | 00/00/2002 | Product Requirements Document (Concept Commit)Project Name: MPSM | CSCO 0244-0478 | CSCO 0244-0539 | Jain 08 | 401-403 801-802 | | |
| 00758 | | 03/03/2006 | Telcordia's Opening Claim Construction Brief including Exhibits A-H | | | | 401-403 | | |
| 00759 | | 10/03/2003 | Telcordia's Opening Claim Construction Brief, Exhibit A: Westlaw printout of Memorandum Opinion, Discussion and Order relating to Bell v. FORE case No. Civ.A.98-586 JJF. | | | | 401-403 | | |
| 00760 | | 00/00/2002 | Telcordia's Opening Claim Construction Brief, Exhibit B: The American Heritage College Dictionary, 2002, 4th ed., pages 518, 717 | | | | 401-403 | | |
| 00761 | | 03/27/2003 | Telcordia's Opening Claim Construction Brief, Exhibit C: Westlaw printout of Briefs and Other Related Documents in the Bell v. FORE case, Nos. 02-1083, 02-1084 | | | | 401-403 | | |

Telcordia's Exhibit List

| 00762 | | 08/21/1989 | Telcordia's Opening Claim Construction Brief, Exhibit D: Letter from the U.S. Patent Office responding to the Office Actions of July 3, 1989 and July 18, 1989 regarding H. J. Chao patent application serial number 118,977 | TELP0009597 | TELP0009611 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00763 | | 02/17/1989 | Telcordia's Opening Claim Construction Brief, Exhibit E: Letter from the U.S. Patent Office responding to the Office Actions of November 25, 1988 regarding H. J. Chao patent application serial number 118,977 | TELP0009577; TELP0006267 | TELP0009592; TELP0006267 | | | | |
| 00764 | | 02/00/1999 | Telcordia's Opening Claim Construction Brief, Exhibit F: Newton's Telecom Dictionary, 1999, 15th edition, page 22 | | | | 401-403 | | |
| 00765 | | 00/00/1993 | Telcordia's Opening Claim Construction Brief, Exhibit G: Webster's Third New International Dictionary, Unabridged, 1993, page 132 | | | | 401-403 | | |
| 00766 | | 01/06/1989 | Telcordia's Opening Claim Construction Brief, Exhibit H: Patent Application 07/152.238, dated 02/04/88, filed by Chi-Leung Lau | TELC3150604 | TELC3150605 | | | | |
| 00767 | | 03/24/2006 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent and Exhibits A-G | | | | 401-403 | | |

Telcordia's Exhibit List

| 00768 | | 00/00/0000 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit B: Metro Edge Solution for Service Providers, Understanding Path Protected Mesh Networks (PPMN) | | | | 801-802 901 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00769 | | 03/28/1972 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit C: U.S. Patent no. 3,652,798 | CSCO 0070-2223 | CSCO 0070-2237 | | | | |
| 00770 | | 07/02/1985 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit D: U.S. Patent no. 4,527,270 | CSCO 0070-2109 | CSCO 0070-2121 | | | | |
| 00771 | | 02/04/1988 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit E: File Patent History for application serial number 152238, patent number 4,835,763, pages 8-11, bates numbered CSCO 0070-2181 through CSCO 0070-2184 | CSCO 0070-2181 | CSCO 0070-2184 | | | | |
| 00772 | | 02/04/1988 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit F: U.S. Patent Application 07/152,238 | TELC0005542; TELC0005549 | TELC0005544; TELC0005549 | | | | |
| 00773 | | 01/06/1989 | Telcordia's Answering Claim Construction Brief Addressing Telcordia's '763 Patent, Exhibit G: Letter from the U.S. Patent Office responding to the Office Letter from the U.S. Patent Office responding to the Office action dated October 6, 1988 regarding serial no. 152,238 addressed to Chi-Leung Lau | TELC0005532 | TELC0005537 | | | | |
| 00774 | | 02/17/2006 | Final Joint Claim Chart | | | | 401-403 | | |

Telcordia's Exhibit List

| 00775 | | 03/24/2006 | Telcordia's Answering Claim Construction Breif Adressing Telcordia's '306 Patent and Exhibits A-C | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00776 | | 00/00/1996 | Telcordia's Answering Claim Construction Brief adressing Telcordia's '306 Patent, Exhibit A: Excerpt from The IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Edition | TELP0006034 | TELP0006036 | | 401-403 | | |
| 00777 | | 02/03/2003 | Transcript of Oral Argument on February 3, 2003 in Bell Communications v. Fore Systems | TELC2946866 | TELC2946892 | | 401-403 801-802 | | |
| 00778 | | 00/00/2002 | Telcordia's Answering Claim Construction Brief adressing Telcordia's '306 Patent, Exhibit C: Excerpt from The American Heritage College Dictionary | | | | 401-403 | | |
| 00779 | | 08/25/2006 | Telcordia's letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions including exhibits 1-83 | | | | 401-403 | | |
| 00780 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 01: Core Switching Division Technical Publications Master Glossary (p. 2) | LU 0316115; LU 0316190; LU 0316191 | LU 0316115; LU 0316190; LU 0316191 | | | | |

Telcordia's Exhibit List

| 00781 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 06: Transmit ATM Cell Processor Telecom System Block Engineering Document (p. 20) | PMCX000033 6.00001 | PMCX000033 6.00001 | | | | |
| 00782 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 07: Saturn User Network InterfaceLite Standard Product Engineering Document (p. 28) | P00001-0006470;<br>P00001-0006476 | P00001-0006470;<br>P00001-0006476 | | | | |
| 00783 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 10: Guide to ATM Technology (p. 38) | CSCO 0234-0003;<br>CSCO 0234-0022;<br>CSCO 0234-0023 | CSCO 0234-0003;<br>CSCO 0234-0022;<br>CSCO 0234-0023 | | | | |
| 00784 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 19: Transmit ATM Cell Processor Telecom System Block Engineering Document (p. 79) | PMCX000033 6.00001 | PMCX000033 6.00013 | | | | |

Telcordia's Exhibit List

| 00785 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 23: Guide to ATM Technology (p. 103) | CSCO 0011-0003;<br>CSCO 0011-0220 | CSCO 0011-0003;<br>CSCO 0011-0220 | | | | |
|-------|---|---|---|---|---|---|---|---|---|
| 00786 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 24: Saturn User Network InterfaceLite Standard Product Engineering Document (p. 106) | P00001-0006470;P00001-0006476 | P00001-0006470;P00001-0006476 | | | | |
| 00787 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 27: Roadrunner System Functional Specification (p. 115) | CSCO 0264-1084;<br>CSCO 0264-1089 | CSCO 0264-1084;<br>CSCO 0264-1089 | | | | |
| 00788 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 31: Transmit ATM Cell Processor Telecom System Block Engineering Document (p. 131) | PMCX0000336.00001;<br>PMCX0000336.00010 | PMCX0000336.00001;PMCX0000336.00010 | | | | |

Telcordia's Exhibit List

| 00789 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 32: Transmit ATM Cell Processor Telecom System Block Engineering Document (p. 134) | PMCX0000336.00001; PMCX0000336.00013 | PMCX0000336.00001;PMCX0000336.00013 | | | | |
| 00790 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 39: Transmit ATM Cell Processor Telecom System Block Engineering Document (p. 157) | PMCX0000336.00001; PMCX0000336.00013 | PMCX0000336.00001;PMCX0000336.00013 | | | | |
| 00791 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 43: Guide to ATM Technology (p. 12) | CSCO 0011-0003; CSCO 0011-0220 | CSCO 0011-0003; CSCO 0011-0220<br><br>CSCO | | | | |
| 00792 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 44: Saturn User Network InterfaceLite Standard Product Engineering Document (p. 15) | P00001-0006470; P00001-0006476 | P00001-0006470; P00001-0006476 | | | | |

Telcordia's Exhibit List

| 00793 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 47: Guide to ATM Technology (p. 27) | CSCO 0011-0003;<br><br>CSCO 0011-0200 | CSCO 0011-0003;<br><br>CSCO 0011-0200 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00794 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 50: Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,893,306 (p. 53) | | | | | | |
| 00795 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 52: Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,893,306 (p. 63) | | | | | | |
| 00796 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 55: Expert Report of Paul Prucnal (p. 88) | | | | | | |

Telcordia's Exhibit List

| 00797 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 56: Expert Report of Paul Prucnal (p. 91) | | | | | | |
|-------|---|---|---|---|---|---|---|---|---|
| 00798 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 60: Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,835,763 (p. 138) | | | | | | |
| 00799 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 61: Reply Expert Report of Dr. Wayne Grover Regarding the Invalidity of U.S. Patent No. 4,835,763 (p. 142) | | | | | | |
| 00800 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 62: Synchronous Residue-TS: A Compromise of SFET/TS (p. 167) | TELC0278591 ; TELC0278594 | TELC0278591 ; TELC0278594 | | 401-403 1002 | | |

Telcordia's Exhibit List

| 00801 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 63: December 1991 CCITT Memo Entitled Synchronous Residue-Time Stamp: A Compromise of SFET/TS (p. 170) | TELC0373706 | TELC0373706 | | 401-403 1002 | | |
| 00802 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 64: December 1991 CCITT Memo Entitled Synchronous Residue-Time Stamp: A Compromise of SFET/TS (p. 172) | TELC0373706 ; TELC0373708 | TELC0373706 ; TELC0373708 | | 401-403 1002 | | |
| 00803 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 65: Lau & Fleischer,Synchronous Techniques for Timing Recovery in BISDN (p. 175) | TELC0006832 ; TELC0006835 | TELC0006832 ; TELC0006835 | | 401-403 1002 | | |
| 00804 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 66: Lau & Fleischer,Synchronous Techniques for Timing Recovery in BISDN (p. 178) | TELC0373712 ; TELC0373722 | TELC0373712 ; TELC0373722 | | 1002 | | |
| 00805 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 67: Lau & Fleiacher,Synchronous Techniques for Timing Recovery in BISDN (p. 181) | TELC3150169 ; TELC3150174 | TELC3150169 ; TELC3150174 | | 1002 | | |

Telcordia's Exhibit List

| 00806 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 69: Expert Report of Douglas Clark (p. 191) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00807 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 76: June 6, 1991 Memo from Richard Lau (p. 224) | TELC0373769 | TELC0373771 | | 401-403<br>1002 | | |
| 00808 | | | WITHDRAWN<br><br>Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 77: Expert Report of Douglas Clark (p. 228) | | | | | | |
| 00809 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 78: Telcordia's Objections and Responses to Defendant Lucent's Third Set of Interrogatories (Nos. 10-19) (p. 234) | | | | 1002 | | |

Telcordia's Exhibit List

| 00810 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 79: Patent License Agreement between AT& T and Bell Communications Research (p. 241) | BEL 159484 | BEL 159497 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00811 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 80: Letter form Leonard Suchyta to Beth Somerville, Program Director of American National Standards Institute (p. 256) | TELC3163335 | TELC3163337 | | | | |
| 00812 | | | Telcordia's 08/25/06 Letter to Judge Sleet opposing each of the Defendants' requests for leave to file summary judgment motions, Exhibit 83: Telcordia's Supplemental Response to Lucent's Interrogatory No. 2 (p. 268) | | | | 1002 | | |
| 00813 | 09/01/2006 | | Volume 1 of 2 of Exhibits to Telcordia Technologies, Inc.'s August 25, 2006 Letter to Judge Sleet in Response to the Defendant's Requests for Leave to File Summary Judgment Motions REDACTED (D.I. 226) Exhibits 1-40 | | | | 401-403 801-802 1002 | | |
| 00814 | 09/01/2006 | | Volume 2 of 2 of Exhibits to Telcordia Technolgies, Inc's August 25, 2005 Letter to Judge Sleet in Response to the Defendant's Requests for Leave to File Summary Judgment Motions REDACTED (D.I. 227) Exhibits 41-83 | | | | 401-403 801-802 1002 | | |

Telcordia's Exhibit List

| 00815 | | 09/11/2006 | Telcordia's Reply Letter to Judge Sleet in Support of Plaintiff's Request for Leave to File Summary Judgment Motions | | | | 401-403 | | |
|-------|--|-----------|-----------------------------------|--|--|--|---------|--|--|
| 00816 | | 10/18/2006 | WITHDRAWN<br><br>Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, FILED UNDER SEAL (D.I. 251) and Exhibits 1-14 | | | | | | |
| 00817 | | | WITHDRAWN<br><br>Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 01: Expert Report of Paul Prucnal (Cisco) dated June 28, 2006 (p. 32) | | | | | | |
| 00818 | | | WITHDRAWN<br><br>Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 02: Expert Report of Paul Prucnal (Lucent) dated June 28, 2006 (p. 61) | | | | | | |

Telcordia's Exhibit List

| 00819 | | | WITHDRAWN<br><br>Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 03: Expert Report of Paul Prucnal (Cisco) dated July 28, 2006 (p. 88) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00820 | | | WITHDRAWN<br><br>Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 04: Expert Report of Paul Prucnal (Lucent) dated July 28, 2006 (p. 97) | | | | | | |
| 00821 | | | Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 05: Excerpts from August 7th & 8th Depostions of Paul Prucnal (p. 105) | | | | 801-802 | | |
| 00822 | | | Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 10: LPF-3000 WaveStar DMX 2.5G Product Documentation (p. 166) | | | | 1002 | | |

Telcordia's Exhibit List

| 00823 | | | Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 11: LPF-3000 WaveStar DDM 2.5G Product Documentation (p.169) | | | | 1002 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00824 | | | Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763, Exhibit 14: LPF-3000 DMX/DMXpress/DMXtend (p. 204) | | | | 401-403 1002 | | |
| 00825 | | | Telcordia's Answering Brief in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763 REDACTED (D.I. 260) | | | | 401-403 1002 | | |
| 00826 | | 11/09/2006 | Letter from Steven Balick to Judge Sleet in response to defendants' request for oral argument on the pending motions of summary judgment (D.I. 276) | | | | 401-403 | | |
| 00827 | | 10/05/2006 | Opening Brief of Plaintiff Telcordia Technologies, Inc. in Support of its Motion for Partial Summary Judgment That The '306 Patent Is Not Invalid as Anticipated or For Lack of Enablement with Exhibits A-R | | | | 401-403 | | |
| 00828 | | | WITHDRAWN<br><br>PMC-Sierra Brochure for PM73121 AAL1gator II | | | Day 04 | | | |

Telcordia's Exhibit List

| 00829 | | 07/00/2005 | WITHDRAWN<br><br>Zarlink Data Sheet for MT90520, 8-Port Primary Rate Circuit Emulation AAL1 SARPMC-Sierra Brochure for PM73121 AAL1gator II | | | Day 05 | | | |
|-------|--|------------|------|--|--|--------|--|--|--|
| 00830 | | 09/00/2003 | WITHDRAWN<br><br>Zarlink: MT90528 API Software Design Specification and Porting Guide (Sept. 2003) | | | Day 06 | | | |
| 00831 | | 01/00/2004 | WITHDRAWN<br><br>Zarlink: MT90528 API Specification (Jan. 2004) | | | Day 08 | | | |
| 00832 | | | WITHDRAWN<br><br>Chart of Zarlink's AAL1/AAL2 SAR Processors | | | Day 09 | | | |
| 00833 | | 05/21/2001 | WITHDRAWN<br><br>Infinenon Application Note: IWE8, Internetworking Element for 8 E1/T1 Lines and QuadFALC, Quad E1/T1/J1 Framer and Line Interface Component for Long and Short Haul Applications (April 2001) | | | Day 10 | | | |
| 00834 | | 08/00/2002 | WITHDRAWN<br><br>Infineon Application Note: IWORX-P, Internetworking Controller Next Generation (Aug. 2002) | | | Day 11 | | | |

Telcordia's Exhibit List

| 00835 | | 07/22/1998 | WITHDRAWN<br><br>Maker Communications, Inc. Application Note: SRTS Synchronization Support in the MXT3020 | | | Day 12 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00836 | | | WITHDRAWN<br><br>PMC-Sierra, Inc. Document:PM73121AAL1gator IIEight Link Circuit Emulation Service on a Chip | TELC0271891 | TELC0271892 | Day 04 (Production Copy) | | | |
| 00837 | | 07/00/2005 | Zarlink Semiconductor Document:MT905208-Port Primary RateCircuit Emulation AAL1 SARData Sheet | TELC3217251 | TELC3217252 | Day 05 (Production Copy) | 401-403 801-802 | | |
| 00838 | | 09/00/2003 | Zarlink Semiconductor Document:MT90528API Software Design Spec. and Porting GuideRevision 1.1 | TELC3217050 | TELC3217081 | Day 06 (Production Copy) | 401-403 801-802 | | |
| 00839 | | 09/20/2003 | Zarlink Semiconductor Document:MT90500Multi-Channel ATM AAL1 SAR | TELC3217082 | TELC3217250 | Day 07 (Production Copy) | 401-403 801-802 | | |
| 00840 | | 01/00/2004 | Zarlink Semiconductor Document:MT90528API SpecificationRevision 1.2 | TELC3216912 | TELC3217046 | Day 08 (Production Copy) | 401-403 801-802 | | |
| 00841 | | | Table:AAL1/AAL2 SAR Processors-ATM (Asynchronous Transfer Mode) | TELC3217049 | TELC3217049 | Day 09 (Production Copy) | 401-403 801-802 | | |

Telcordia's Exhibit List

| 00842 | | 04/00/2001 | Infineon Document:IWE8-Interworking Element for 8 E1/T1 Lines PXB4219 / PXB4220 / PXB4221 Version 3.xQuadFALC-Quad E1/T1/J1 Framer and Line Interface Component for Long and Short Haul Applications PEB 22554 Version 1.3/2.x | TELC3216714 | TELC3216761 | Day 10 (Production Copy) | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00843 | | 08/00/2002 | Infineon Document:IWORX-PInterworking Controller Next GenerationPXF 4222 V1.1PEF 22554 V1.3 / V2.1Connection IWORX-P and QuadFALC | TELC3216870 | TELC3216899 | Day 11 (Production Copy) | 401-403 801-802 | | |
| 00844 | | 07/22/1998 | Maker Communications, Inc. Document:SRTS Synchronization Support in the MXT3020Application Note Number 16Revision 1.0 | TELC3216858 | TELC3216869 | Day 12 (Production Copy) | 401-403 801-802 | | |
| 00845 | | 01/08/2004 | Covenant Agreement between Telcordia Technologies, Inc. and Mindspeed Technologies (MINDSPEED) | TELL0000466 | TELL0000478 | | | | |
| 00846 | | 10/27/2003 | E-mail RE: Mindspeed Term Revision   (MINDSPEED) | TELL0000358 | TELL0000359 | | | | |
| 00847 | | 11/19/2003 | E-mail RE: Mindspeed Draft Covenant; additional annual fees (MINDSPEED) | TELL0000447 | TELL0000448 | | | | |
| 00848 | | 02/13/2004 | Telcordia Invoice to Mindspeed for the annual fee and covenant fees for 2004 (MINDSPEED) | TELL0006237 | TELL0006237 | | | | |
| 00849 | | 01/10/2005 | Telcordia Invoice to Mindspeed for the annual fee for 2005 (MINDSPEED) | TELL0006240 | TELL0006240 | | | | |
| 00850 | | 04/15/2005 | E-mail  RE: Overdue Covenant Agreement Payment (MINDSPEED) | TELL0000293 | TELL0000293 | | | | |

Telcordia's Exhibit List

| 00851 | | 01/09/2006 | Telcordia Invoice to Mindspeed for the annual fee for 2006 (MINDSPEED) | TELL0000624 3 | TELL0000624 3 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00852 | | 01/06/2003 | Patent License Agreement between Telcordia Technologies, Inc. and NEC USA, Inc. (NEC USA) | TELL0000290 4 | TELL0000292 1 | | | | |
| 00853 | | 03/10/2003 | E-mail regarding the revised terms of the patent license offer to NEC USA (NEC USA) | TELC0276756 | TELC0276756 | | | | |
| 00854 | | | E-mail regarding the infringement claim on the '763 patent, and the assertion of laches (NEC USA) | TELC0276758 | TELC0276759 | | | | |
| 00855 | | 03/10/2003 | E-mail regarding the infringement claim on the '763 patent, and the assertion of laches (NEC USA) | TELL0000016 | TELL0000016 | | | | |
| 00856 | | 03/12/2003 | E-mail regarding the revised terms of a patent license agreement, and requesting negotiation for a reasonable royalty rate (NEC USA) | TELC0276754 | TELC0276754 | | | | |
| 00857 | | 03/17/2003 | In-house Telcordia e-mail regarding the revision of terms for the patent license agreement with NEC USA (NEC USA) | TELL0000037 | TELL0000037 | | | | |
| 00858 | | 07/18/2003 | E-mail followup to a meeting between Telcordia and NEC USA regarding the infringement claim of the '763 patent (NEC USA) | TELC0276729 | TELC0276730 | | | | |
| 00859 | | 10/31/2003 | Letter regarding the revised version of the patent license agreement between Telcordia and NEC (NEC USA) | TELL0002880 | TELL0002881 | | | | |
| 00860 | | 01/13/2004 | E-mail  RE: Zhone/NEC Business Unit Sale (NEC USA) | TELC0299695 | TELC0299695 | | | | |

Telcordia's Exhibit List

| 00861 | | 02/04/2004 | Telcordia Invoice to NEC USA for the annual fee and sum royalty payments for 2004 (NEC USA) | TELL0006261 | TELL0006261 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00862 | | 08/28/1997 | Patent License Agreement between Bell Communications Research, Inc. and Ericsson Telecom AB relating to ATM Equipment (ERICSSON) | BEL 132992 | BEL 133011 | | | | |
| 00863 | | 04/14/1998 | Letter regarding Ericsson's selection of applicable patents to license (ERICSSON) | TELL0005616 | TELL0005616 | | | | |
| 00864 | | 11/22/1999 | Letter regarding Ericsson's intentions to license patent 5,260,978 (ERICSSON) | TELL0005707 | TELL0005707 | | | | |
| 00865 | | 03/20/1998 | Letter informing Ericsson that Bellcore has yet to receive confirmation of a patent selection for licensing (ERICSSON) | TELL0005984 | TELL0005984 | | | | |
| 00866 | | 04/09/1998 | Handwritten note pertaining to Ericsson royalty payments received (ERICSSON) | TELL0005788 | TELL0005788 | | 901 1002 | | |
| 00867 | | 12/23/1997 | Invoice from the First Union National Bank- Account Activity for 12/22/1997 (ERICSSON) | TELL0005789 | TELL0005789 | | 901 1002 | | |
| 00868 | | 03/23/1999 | Letter informing Ericsson that it is overdue in its royalty payments to Telcordia for the 1999 annual fee (ERICSSON) | TELL0005775 | TELL0005775 | | | | |
| 00869 | | 03/26/1999 | Invoice from Skandinaviska Enskilda Banken (ERICSSON) | TELL0005791 | TELL0005791 | | | | |
| 00870 | | 03/09/2000 | Letter regarding an outstanding royalty payment and enclosing an updated contact list (ERICSSON) | TELL0005622 | TELL0005622 | | | | |

Telcordia's Exhibit List

| 00871 | | 07/03/2000 | Letter informing Telcordia that Ericsson shipped no royalty-bearing products for the 2nd Quarter of FY2000 (ERICSSON) | TELL0005738 | TELL0005738 | | | | |
| 00872 | | 07/05/2000 | Letter informing Ericsson that Telcordia is owed an outstanding royalty fee due by January 31, 2000 (ERICSSON) | TELL0005778 | TELL0005778 | | | | |
| 00873 | | 06/01/2000 | Telcordia Invoice to Ericsson for the annual maintenance fee for FY2000 (ERICSSON) | TELL0005751 | TELL0005751 | | | | |
| 00874 | | 01/05/2001 | Letter reporting that Ericsson shipped no royalty-bearing products in the 4th Quarter of FY2000 (ERICSSON) | TELL0005767 | TELL0005767 | | | | |
| 00875 | | 04/02/2001 | Letter reporting that Ericsson shipped no royalty-bearing products in the 1st Quarter of FY2001 (ERICSSON) | TELL0005764 | TELL0005764 | | | | |
| 00876 | | 07/02/2001 | Letter reporting that Ericsson shipped no royalty-bearing products in the 2nd Quarter of FY2001 (ERICSSON) | TELL0005761 | TELL0005761 | | | | |
| 00877 | | 07/05/2001 | Telcordia invoices to Ericsson for maintenance fee for FY2001 (ERICSSON) | TELL0005748 | TELL0005749 | | | | |
| 00878 | | 10/04/2001 | E-mail chain regarding invoice numbers and the payment of royalty fees and maintenance fees for FY2001 (ERICSSON, SIEMENS, NETRO) | TELL0005752 | TELL0005753 | | 401-403 801-802 | | |
| 00879 | | 10/01/2001 | Letter reporting that Ericsson shipped no royalty-bearing products in the 3rd Quarter of FY2001 (ERICSSON) | TELL0005754 | TELL0005754 | | | | |
| 00880 | | 10/24/2001 | Telcordia invoice to Ericsson for 2001 ATM Equipment (ERICSSON) | TELL0006138 | TELL0006138 | | | | |

Telcordia's Exhibit List

| 00881 | | 01/02/2002 | Letter reporting that Ericsson shipped no royalty-bearing products in the 4th Quarter of FY2001 (ERICSSON) | TELL0005756 | TELL0005756 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00882 | | 01/04/2002 | Telcordia Invoice to Ericsson for the 2002 annual fee for FY2002 (ERICSSON) | TELL0006141 | TELL0006141 | | | | |
| 00883 | | 03/13/2002 | Letter reminding Ericsson that the 2002 Annual Royalty Fee is overdue (ERICSSON) | TELL0005744 | TELL0005744 | | 901 | | |
| 00884 | | 04/04/2002 | Letter reporting that Ericsson shipped no royalty-bearing products in the 1st Quarter of FY2002, and informing Telcordia that the overdue royalty fee has been paid (ERICSSON) | TELL0005760 | TELL0005760 | | | | |
| 00885 | | 10/14/2002 | Letter reporting that Ericsson shipped no royalty-bearing products in the 3rd Quarter of FY2002 (ERICSSON) | TELL0005755 | TELL0005755 | | | | |
| 00886 | | 01/06/2003 | Telcordia Invoice to Ericsson for the 2003 Annual Fee (ERICSSON) | TELL0005726 | TELL0005726 | | | | |
| 00887 | | 01/06/2003 | Telcordia Invoice to Ericsson for the 2003 Annual Fee- Remittance Copy (ERICSSON) | TELL0005735 | TELL0005735 | | | | |
| 00888 | | 01/20/2003 | Letter reporting that Ericsson shipped no royalty-bearing products for the 4th Quarter of FY2002 (ERICSSON) | TELL0005731 | TELL0005731 | | | | |
| 00889 | | 04/07/2003 | Letter reporting that Ericsson shipped no royalty-bearing products for the 1st Quarter of FY2003 (ERICSSON) | TELL0005737 | TELL0005737 | | | | |
| 00890 | | 07/11/2003 | Letter reporting that Ericsson shipped no royalty-bearing products for the 2nd Quarter of FY2003 (ERICSSON) | TELL0005736 | TELL0005736 | | | | |

Telcordia's Exhibit List

| 00891 | | 09/25/2003 | Letter reporting that Ericsson shipped no royalty-bearing products since July 11, 2003 (ERICSSON) | TELL0005620 | TELL0005620 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00892 | | 01/20/2004 | Letter informing Telcordia that Ericsson has made outstanding royalty payments (ERICSSON) | TELL0005621 | TELL0005621 | | 401-403 | | |
| 00893 | | 03/24/2004 | Letter regarding Ericsson's position that they are not in need of a license under patents '306 or '978 (ERICSSON) | TELL0005619 | TELL0005619 | | | | |
| 00894 | | 08/28/1997 | Patent License Agreement between Bell Communications Research, Inc. and Telecommunications Techniques Co. Relating to ATM Test Equipment (TTC/ACTERNA) | TELL0003783 | TELL0003806 | | | | |
| 00895 | | | Patent License Agreement between Bell Communications Research, Inc. and Telecommunications Techniques Co. Relating to ATM Test Equipment  (unsigned version) (TTC/ACTERNA) | TELL0003876 | TELL0003888 | | 401-403 901 | | |
| 00896 | | 03/25/1998 | Letter informing Bellcore that TTC has not sold any products that require a license agreement (TTC/ACTERNA) | TELL0003722 | TELL0003722 | | | | |
| 00897 | | 11/03/1998 | Letter advising that Bellcore is owed outstanding royalty payments for FY1998   (TTC/ACTERNA) | TELL0003724 | TELL0003724 | | | | |
| 00898 | | 12/14/1998 | Letter informing Bellcore that TTC has not sold any products covered by any of the Bellcore patent portfolio (TTC/ACTERNA) | TELL0003725 | TELL0003725 | | | | |

Telcordia's Exhibit List

| 00899 | | 03/24/1999 | Letter informing TTC that Telcordia has not received payment of its 1999 licensce maintenance fee (TTC/ACTERNA) | TELL0003726 | TELL0003726 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00900 | | 04/27/1999 | Letter enclosing a check for the 1999 annual licensing maintenance fee (TTC/ACTERNA) | TELL0003813 | TELL0003814 | | | | |
| 00901 | | 03/08/2000 | Letter informing TTC that Telcordia has not received payment of its 1999 annual licensing fee or royalty reports (TTC/ACTERNA) | TELL0003727 | TELL0003727 | | | | |
| 00902 | | 04/13/2000 | Photocopy of check No. 183717 from TTC for the FY2000 maintenance fee (TTC/ACTERNA) | TELL0003728 | TELL0003728 | | | | |
| 00903 | | 04/19/2000 | Letter enclosing a check for the FY2000 annual licensing fee (TTC/ACTERNA) | TELL0003729 | TELL0003729 | | | | |
| 00904 | | 08/07/2000 | Letter informing TTC that Telcordia has not received payment for royalties incurred in FY2000 (TTC/ACTERNA) | TELL0003730 | TELL0003730 | | | | |
| 00905 | | 08/17/2000 | Letter informing Telcordia that TTC has not sold any products covered by Telcordia patents (TTC/ACTERNA) | TELL0003731 | TELL0003731 | | | | |
| 00906 | | 12/05/2000 | Letter advising that Telcordia has been awarded patent no. Re 633 and is looking into TTC products for the possibility of a license (TTC/ACTERNA) | TELL0003811 | TELL0003812 | | | | |
| 00907 | | 01/18/2001 | Letter informing Acterna that they have an additional 30 days to decide which patents are applicable to their products and require a license (TTC/ACTERNA) | TELL0003721 | TELL0003721 | | | | |

Telcordia's Exhibit List

| 00908 | | 03/02/2001 | Letter regarding the Firebird line of products, and whether they require a license agreement (TTC/ACTERNA) | TELL0003733 | TELL0003733 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00909 | | 04/03/2001 | Letter reminding Acterna of an overdue licensing fee for FY2001(TTC/ACTERNA) | TELL0003718 | TELL0003718 | | | | |
| 00910 | | 05/14/2001 | Letter regarding the possibility of Acterna licensing the '768 patent from Telcordia (TTC/ACTERNA) | TELL0003720 | TELL0003720 | | | | |
| 00911 | | 03/13/2002 | Letter reminding Acterna of an overdue licensing fee for FY2002 (TTC/ACTERNA) | TELL0003713 | TELL0003713 | | | | |
| 00912 | | 05/15/2001 | Check No. 204942 from Acterna in the amount of $2,500 (TTC/ACTERNA) | TELL0003714 | TELL0003717 | | | | |
| 00913 | | 08/01/2002 | Internal e-mail asking for confirmation of Acterna royalty payment (TTC/ACTERNA) | TELL0003711 | TELL0003711 | | | | |
| 00914 | | 08/06/2002 | Internal e-mail confirming Acterna royalty payment (TTC/ACTERNA) | TELL0003712 | TELL0003712 | | | | |
| 00915 | | 01/04/2002 | Series of Telcordia invoices to Acterna (TTC/ACTERNA) | TELL0006095 | TELL0006106 | | | | |
| 00916 | | 08/10/2005 | Letter reminding Acterna of an overdue license fee for FY2002 (TTC/ACTERNA) | TELC0301553 | TELC0301553 | | | | |
| 00917 | | 03/20/2002 | Letter enclosing patent agreement and consulting agreement between Telcordia and Acterna (TTC/ACTERNA) | TELL0003781 | TELL0003781 | | | | |
| 00918 | | 03/22/2002 | Letter enclosing Memorandum of Understanding (MOU) between Telcordia and Acterna (TTC/ACTERNA) | TELL0003780 | TELL0003780 | | | | |

Telcordia's Exhibit List

| 00919 | | 03/20/2002 | Proposed Term Sheet for a Patent License Agreement And Consulting Agreement between Telcordia and Acterna (TTC/ACTERNA) | TELL0003702 | TELL0003709 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00920 | | | Draft 2.0 of Proposed Term Sheet for a Patent License Agreement and a Consulting Agreement between Telcordia and Acterna (TTC/ACTERNA) | TELL0003743 | TELL0003745 | | | | |
| 00921 | | 03/20/2002 | Final Version of Proposed Term Sheet for a Patent License Agreement and a Consulting Agreement between Telcordia and Acterna (TTC/ACTERNA) | TELL0003773 | TELL0003779 | | | | |
| 00922 | | 10/04/2002 | Letter enclosing a draft of Telcordia's license agreement with Acterna (TTC/ACTERNA) | TELL0003807 | TELL0003807 | | 901 1002 | | |
| 00923 | | 10/04/2002 | Letter enclosing a draft of Telcordia's license agreement with Acterna (TTC/ACTERNA) | TELL0003904 | TELL0003904 | | 401-403 | | |
| 00924 | | 09/19/1997 | Patent License Agreement between Bell Communications Research, Inc. and NEC Corporation Relating to ATM Equipment (NEC) | BEL 133070 | BEL 133098 | | | | |
| 00925 | | 01/05/2004 | Letter enclosing two license agreements for signature (NEC) | TELL0000041 | TELL0000053 | | 901 1002 | | |
| 00926 | | 12/17/1997 | Letter informing Bellcore which patents ('080,'070,'978) NEC has chosen to license (NEC) | BEL 043984 | BEL 043984 | | | | |
| 00927 | | 03/26/1998 | Letter regarding royalty report for the period ending 12/31/97 (NEC) | TELL0007564 | TELL0007564 | | | | |
| 00928 | | 03/26/1998 | Letter regarding royalty report for the period ending 12/31/97 (NEC) | TELL0007796 | TELL0007797 | | | | |

Telcordia's Exhibit List

| 00929 | | 10/29/1998 | Letter regarding the sale of royalty-bearing products for the period ending 9/30/98 (NEC) | TELL0007562 | TELL0007562 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00930 | | 04/19/2000 | Letter explaining the details of the patent license agreement between NEC and Telcordia (NEC) | TELC0275695 | TELC0275699 | | | | |
| 00931 | | 08/16/2000 | Letter informing NEC that Telcordia was awarded the '633 patent, and clarifying royalty information regarding the license agreement (NEC) | TELC0275691 | TELC0275692 | | | | |
| 00932 | | 10/27/2000 | Letter regarding products that may use technology covered by various Telcordia patents. | TELC0275689 | TELC0275690 | | | | |
| 00933 | | 09/11/2001 | Letter enclosing NEC's explanation of the non-use of Telcordia's products (NEC) | TELC0275680 | TELC0275681 | | | | |
| 00934 | | 03/00/2002 | Chart titledMaintenance 3-02 with royalty contact information (NEC) | TELC0301556 | TELC0301557 | | 401-403 | | |
| 00935 | | 01/04/2002 | Telcordia Invoice to NEC for annual royalty fee for FY2002 (NEC) | TELL0006246 | TELL0006247 | | | | |
| 00936 | | 00/00/2003 | Chart titledFY03 Royalty Reports (NEC) | TELC0301600 | TELC0301602 | | | | |
| 00937 | | 00/00/2003 | Chart titledFY03 Applied Research Known Fixed Payments by Licensee (NEC) | TELC0301627 | TELC0301627 | | | | |
| 00938 | | 01/06/2003 | Telcordia Invoice to NEC for annual royalty fee for FY2003 (NEC) | TELL0006249 | TELL0006249 | | 1002 | | |
| 00939 | | 01/06/2004 | Telcordia Invoice to NEC for annual royalty fee for FY2004 (NEC) | TELL0006252 | TELL0006252 | | 1002 | | |
| 00940 | | 01/05/2005 | Telcordia Invoice to NEC for annual royalty fee for FY2005 (NEC) | TELL0006255 | TELL0006255 | | 1002 | | |

Telcordia's Exhibit List

| 00941 | | 03/28/2005 | Telcordia Invoice asserting the cancellation of royalty contract in FY2005 (NEC) | TELL0006258 | TELL0006258 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00942 | | 08/10/2005 | Letter reminding NEC of an overdue maintenance royalty fee (NEC) | TELC0301551 | TELC0301551 | | | | |
| 00943 | | 09/29/2005 | Letter confirming that Telcordia is in receipt of NEC's explanation of non-use of Telcordia's products (NEC) | TELC0337170 | TELC0337171 | | | | |
| 00944 | | 09/29/2005 | Letter asserting that there is no need to audit NEC to confirm correctness of royalty payments (NEC) | TELC0337172 | TELC0337172 | | | | |
| 00945 | | | List of Telcordia invoice numbers (NEC) | TELL0006366 | TELL0006366 | | | | |
| 00946 | | | Presentation: NEC/eLuminant Royalty Analysis for US Patent 4,835,763 Survivable Ring Network (NEC) | TELC0337182 | TELC0337184 | | | | |
| 00947 | | | Presentation: NEC Financial Analysis by Segment (NEC) | TELC0275733 | TELC0275734 | | 401-403 901 1002 | | |
| 00948 | | 10/31/1997 | Patent License Agreement between Bell Communications Research, Inc. and Siemens AG  Relating to ATM Equipment (SIEMENS) | BEL 133099 | BEL 133125 | | | | |
| 00949 | | 12/23/1997 | First Union National Bank Account Activity for 12/22/1997 (SIEMENS) | TELL0005979 | TELL0005979 | | 401-403 1002 | | |
| 00950 | | | Chart titledFY00 Royalty Revenues (SIEMENS) | TELL0002580 | TELL0002580 | | | | |
| 00951 | | | Chart titledFY01 Royalty Revenue Receipts (SIEMENS) | TELL0002582 | TELL0002582 | | | | |
| 00952 | | | Chart titledLicensing Revenue FY00-FY02 (SIEMENS) | TELC0310480 | TELC0310480 | | | | |

Telcordia's Exhibit List

| 00953 | | 07/05/2001 | Telcordia Invoice to Siemens for annual maintenance fee for FY01 (SIEMENS) | TELL0006309 | TELL0006309 | | 401-403 1002 | | |
|---|---|---|---|---|---|---|---|---|---|
| 00954 | | 07/02/2001 | E-mail regarding the setup of royalty contract numbers (SIEMENS) | TELL0005763 | TELL0005763 | | 401-403 | | |
| 00955 | | 10/03/2001 | E-mail regarding the payment of the annual maintenance fee (SIEMENS) | TELL0005793 | TELL0005793 | | | | |
| 00956 | | 10/24/2001 | Telcordia invoice to Siemens for summary of payments in FY2001 (SIEMENS) | TELL0006312 | TELL0006312 | | 1002 | | |
| 00957 | | 01/04/2002 | Telcordia invoice to Siemens for annual license agreement fee for FY2002 (SIEMENS) | TELL0006315 | TELL0006315 | | 1002 | | |
| 00958 | | 04/26/2002 | Telcordia invoice summarized the termination of contract (SIEMENS) | TELL0006318 | TELL0006318 | | 1002 | | |
| 00959 | | 05/31/2002 | Patent License Agreement between Telcordia Technologies, Inc. and Jedai Broadband Networks, Inc. (JEDAI) | TELL0007170 | TELL0007188 | | | | |
| 00960 | | 02/27/2002 | E-mail regarding annual minimums on the Jedai patent license fees (JEDAI) | TELC0276122 | TELC0276122 | | | | |
| 00961 | | 04/17/2002 | E-mail chain regarding changes proposed for the licensing agreement with Jedai (JEDAI) | TELL0007247 | TELL0007249 | | | | |
| 00962 | | 06/06/2002 | E-mail chain regarding the specific royalty payment information for the Jedai license agreement (JEDAI) | TELL0007234 | TELL0007234 | | | | |
| 00963 | | 07/12/2002 | E-mail confirming the fixed annual fee as per the license agreement (JEDAI) | TELL0007233 | TELL0007233 | | | | |
| 00964 | | 07/12/2002 | E-mail regarding the contact info for licensing personnel (JEDAI) | TELL0007225 | TELL0007225 | | 1002 | | |

Telcordia's Exhibit List

| 00965 | | 08/01/2002 | E-mail chain regarding the receipt of invoice payments (JEDAI) | TELL0007242 | TELL0007243 | | | | |
| 00966 | | 08/05/2002 | Telcordia invoice to Jedai for the prorated minimum annual royalty (JEDAI) | TELL0006162 | TELL0006163 | | | | |
| 00967 | | 08/05/2002 | Telcordia invoice not to be sent to customer: for initial fee (JEDAI) | TELL0006165 | TELL0006166 | | | | |
| 00968 | | 08/01/2002 | E-mail regarding the receipt of a royalty payment check (JEDAI) | TELL0007241 | TELL0007241 | | | | |
| 00969 | | 09/09/2002 | E-mail chain regarding the payment of Jedai invoices (JEDAI) | TELL0007236 | TELL0007239 | | | | |
| 00970 | | 02/21/2003 | Letter informing Jedai that contact information for licensing information has been changed (JEDAI) | TELL0007235 | TELL0007235 | | | | |
| 00971 | | 06/04/2003 | Telcordia invoice to Jedai for annual royalty fee for FY2003 (JEDAI) | TELL0006168 | TELL0006169 | | | | |
| 00972 | | 12/03/2003 | Telcordia invoice to Jedai for annual royalty for FY2004 | TELL0006171 | TELL0006172 | | | | |
| 00973 | | 04/07/2004 | Letter regarding the fixed annual royalty payment information (JEDAI) | TELL0007227 | TELL0007227 | | | | |
| 00974 | | 07/02/2004 | E-mail discussing the financing for Jedai's annual payment (JEDAI) | TELL0007193 | TELL0007193 | | | | |
| 00975 | | 07/19/2004 | Internal e-mail (redacted) discussing Jedai's financing problems (JEDAI) | TELL0007195 | TELL0007196 | | | | |
| 00976 | | 08/01/2004 | Telcordia invoice to Jedai for minimum annual royalty plus interest charged for late payment (JEDAI) | TELL0007224 | TELL0007224 | | | | |
| 00977 | | 09/15/2004 | Letter informing Jedai that the initial royalty payment is overdue (JEDAI) | TELC0275879 | TELC0275879 | | | | |
| 00978 | | 12/01/2004 | Letter regarding the termination of the Jedai contract (JEDAI) | TELL0007189 | TELL0007191 | | | | |

Telcordia's Exhibit List

| 00979 | | 12/03/2004 | Telcordia invoice to Jedai reflecting the contract termination (JEDAI) | TELL0006174 | TELL0006175 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00980 | | 12/01/2004 | Letter RE: termination of Jedai license agreement (JEDAI) | TELL0007222 | TELL0007222 | | | | |
| 00981 | | 06/10/2005 | Archived e-mails regarding the patent licensing process for Jedai (JEDAI) | TELC0298547 | TELC0298557 | | | | |
| 00982 | | 01/12/2004 | SRTS Agreement between Telcordia Technologies and Kentrox LLC (KENTROX/ADC) | TELL0000926 | TELL0000935 | | 1002 | | |
| 00983 | | 09/26/2003 | Nondisclosure AgreementMutual DisclosureContract No. 20030728SJ153339 (KENTROX/ADC) | TELL0001062 | TELL0001064 | | 401-403 | | |
| 00984 | | 09/25/2000 | Letter negotiating terms of a potential patent license agreement (KENTROX/ADC) | TELL0002929 | TELL0002930 | | | | |
| 00985 | | 10/03/2000 | Letter negotiating terms of a potential patent license agreement (KENTROX/ADC) | TELL0002931 | TELL0002932 | | | | |
| 00986 | | 01/30/2001 | Letter regarding ADC's decision not to pursue a license under the '633 patent (KENTROX/ADC) | TELL0002935 | TELL0002936 | | | | |
| 00987 | | 07/24/2001 | Letter regarding ADC's MediaMover product line (KENTROX/ADC) | TELL0002937 | TELL0002938 | | 901 | | |
| 00988 | | 11/04/2002 | Letter regarding possible patent infringement by Kentrox (KENTROX/ADC) | TELL0003015 | TELL0003016 | | | | |
| 00989 | | 01/02/2004 | E-mail chain regarding a conference call between Kentrox and Telcordia (KENTROX/ADC) | TELL0001285 | TELL0001286 | | 1002 | | |

Telcordia's Exhibit List

| 00990 | | 01/09/2004 | E-mail chain confirming that Platinum and Kentrox are revising the proposed license agreement (KENTROX/ADC) | TELL0001281 | TELL0001282 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00991 | | 01/09/2004 | Internal e-mail regarding Platinum and Kentrox revising a license agreement (KENTROX/ADC) | TELL0001283 | TELL0001284 | | | | |
| 00992 | | 01/12/2004 | E-mail regarding Telcordia's ACH information for Kentrox (KENTROX/ADC) | TELL0001220 | TELL0001220 | | 401-403 1002 | | |
| 00993 | | 01/15/2004 | E-mail chain regarding the agreement of Platinum Equity to pay part of the licensing fee (KENTROX/ADC) | TELL0003019 | TELL0003022 | | 401-403 | | |
| 00994 | | 02/04/2004 | Telcordia invoice to Kentrox for option fee and release fee (KENTROX/ADC) | TELL0006177 | TELL0006177 | | | | |
| 00995 | | 09/14/2000 | Letter enclosing license agreement (ATMOSPHERE/DITECH) | TELL0000640 | TELL0000640 | | 1002 | | |
| 00996 | | 09/11/2000 | Patent License Agreement between Telcordia Technologies, Inc. and Atmosphere Networks, Inc. (ATMOSPHERE/DITECH) | TELL0000641 | TELL0000660 | | | | |
| 00997 | | 06/19/2000 | Letter regarding the possibilty of Atmosphere licensing the SRTS patent (ATMOSPHERE/DITECH) | TELC0276469 | TELC0276469 | | 1002 | | |
| 00998 | | | Chart titledLicensing Revenue FY00-FY02 (ATMOSPHERE/DITECH) | TELC0310480 | TELC0310480 | | | | |
| 00999 | | | Chart titledFY01 Royalty Revenues Receipts (ATMOSPHERE/DITECH) | TELL0002581 | TELL0002581 | | 1002 | | |
| 01000 | | | Chart titledICP Licensing Sales for AR (ATMOSPHERE/DITECH) | TELC0133772 | TELC0133772 | | | | |

Telcordia's Exhibit List

| 01001 | | 01/07/2000 | Telcordia invoice to Atmosphere for the royalty payment of the '633 patent (ATMOSPHERE/DITECH) | TELL0006129 | TELL0006130 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01002 | | 05/29/2002 | Telcordia invoice to Ditech for licensing fee (ATMOSPHERE/DITECH) | TELL0006132 | TELL0006133 | | | | |
| 01003 | | 10/01/2004 | Letter advising Ditech that the license agreement will expire soon (ATMOSPHERE/DITECH) | TELL0000682 | TELL0000683 | | | | |
| 01004 | | 12/02/2004 | Letter informing Telcordia that Ditech has not shipped any royalty bearing products through FY2004 (ATMOSPHERE/DITECH) | TELL0000680 | TELL0000680 | | | | |
| 01005 | | 08/08/2001 | Patent License Agreement between Telcordia Technologies, Inc. and Paceon Corporation (PACEON/MITSUBISHI) | TELL0000194 | TELL0000208 | | 1002 | | |
| 01006 | | 07/30/2001 | E-mail regarding a wire from Mitsubishi (PACEON/MITSUBISHI) | TELL0000254 | TELL0000254 | | 401-403 | | |
| 01007 | | 11/19/2001 | Telcordia invoice to Paceon for initial license fee (PACEON/MITSUBISHI) | TELL0006300 | TELL0006300 | | | | |
| 01008 | | 05/10/2002 | Telcordia invoice to Paceon for license period 04/02 to 3/03 (PACEON/MITSUBISHI) | TELL0006303 | TELL0006303 | | | | |
| 01009 | | 07/09/2002 | E-mail chain concern invoice amounts and numbers (PACEON/MITSUBISHI) | TELC0257510 | TELC0257512 | | | | |
| 01010 | | 03/05/2003 | Telcordia invoice to Paceon for license period 4/03 to 3/04 (PACEON/MITSUBISHI) | TELL0006306 | TELL0006306 | | | | |

Telcordia's Exhibit List

| 01011 | | 12/15/2003 | Letter informing Telcordia that Mitsubishi has decided to terminate the licensing contract (PACEON/MITSUBISHI) | TELL0004855 | TELL0004855 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01012 | | 07/23/1997 | Patent License Agreement between Bell Communications Research, Inc. and General Instrument Corporation of Delaware Inc. Relating to ATM Equipment (MOTOROLA/NEXT LEVEL) | TELL0004958 | TELL0004987 | | | | |
| 01013 | | 04/16/1997 | Letter regarding Motorola's position that its products do not require a license under the Bellcore patents (MOTOROLA/NEXT LEVEL) | TELL0004909 | TELL0004909 | | | | |
| 01014 | | 12/10/1999 | Letter regarding Motorola's position that its products do not require a license under the Bellcore patents (MOTOROLA/NEXT LEVEL) | TELL0004911 | TELL0004911 | | | | |
| 01015 | | 10/17/1997 | Letter explaining the breakdown of royalties paid (MOTOROLA/NEXT LEVEL) | TELL0004941 | TELL0004941 | | | | |
| 01016 | | 09/24/1997 | Next Level invoice for royalties paid in Q3 1997 (MOTOROLA/NEXT LEVEL) | TELL0004943 | TELL0004943 | | | | |
| 01017 | | 09/26/1997 | Next Level invoice for royalties paid in Q3 1997 (MOTOROLA/NEXT LEVEL) | TELL0005001 | TELL0005001 | | | | |
| 01018 | | 03/20/1998 | Letter requesting quarterly reports and updates on royalty bearing products (MOTOROLA/NEXT LEVEL) | TELL0004931 | TELL0004935 | | | | |
| 01019 | | 03/31/1998 | Letter regarding quarterly reports for royalty bearing products (MOTOROLA/NEXT LEVEL) | TELL0004930 | TELL0004930 | | 1002 | | |

Telcordia's Exhibit List

| 01020 | | 10/27/1998 | Letter regarding quarterly reports for royalty bearing products (MOTOROLA/NEXT LEVEL) | TELL0004899 | TELL0004899 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01021 | | 04/09/1998 | Handwritten note regarding Next Level royalty payments (MOTOROLA/NEXT LEVEL) | TELL0005000 | TELL0005000 | | 901 1002 | | |
| 01022 | | 02/15/1999 | Letter regarding quarterly reports for royalty bearing products (MOTOROLA/NEXT LEVEL) | TELL0004928 | TELL0004928 | | | | |
| 01023 | | 03/24/1999 | Letter regarding quarterly reports for royalty bearing products (MOTOROLA/NEXT LEVEL) | TELL0004927 | TELL0004927 | | | | |
| 01024 | | 02/11/1999 | Check No. 108020 from Next Level (MOTOROLA/NEXT LEVEL) | TELL0004929 | TELL0004929 | | | | |
| 01025 | | 04/21/1999 | Letter regarding what details should appear on a quarterly report (MOTOROLA/NEXT LEVEL) | TELL0004926 | TELL0004926 | | | | |
| 01026 | | 04/27/1999 | Letter enclosing royalty check to deposit in the lock box (MOTOROLA/NEXT LEVEL) | TELL0005056 | TELL0005057 | | | | |
| 01027 | | 05/10/1999 | Letter regarding a royalty check to deposit in the lock box (MOTOROLA/NEXT LEVEL) | TELL0005052 | TELL0005052 | | | | |
| 01028 | | 04/01/1999 | Letter attaching a check for payments on royalty bearing products for Q1 1999 (MOTOROLA/NEXT LEVEL) | TELL0005053 | TELL0005054 | | | | |
| 01029 | | 05/04/1999 | Royalty check No. 110325from Next Level (MOTOROLA/NEXT LEVEL) | TELL0005055 | TELL0005055 | | | | |
| 01030 | | 08/06/1999 | Letter regarding a royalty check to deposit in the lock box (MOTOROLA/NEXT LEVEL) | TELL0005048 | TELL0005048 | | | | |

Telcordia's Exhibit List

| 01031 | | 07/01/1999 | Letter attaching royalty checks and report for Q2 1999 (MOTOROLA/NEXT LEVEL) | TELL0005049 | TELL0005051 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01032 | | 10/08/1999 | Letter regarding a royalty check to deposit in the lock box (MOTOROLA/NEXT LEVEL) | TELL0005015 | TELL0005015 | | | | |
| 01033 | | 10/01/1999 | Letter attaching royalty check for Q3 1999 (MOTOROLA/NEXT LEVEL) | TELL0005016 | TELL0005017 | | | | |
| 01034 | | 06/02/2000 | Royalty check No. 123011 (MOTOROLA/NEXT LEVEL) | TELL0004921 | TELL0004922 | | | | |
| 01035 | | 07/11/2000 | Internal e-mail regarding the in-house contact person for Motorola licensing information (MOTOROLA/NEXT LEVEL) | TELL0004923 | TELL0004923 | | 901 1002 | | |
| 01036 | | 08/07/2000 | Letter reminding Next Level of an overdue royalty payment (MOTOROLA/NEXT LEVEL) | TELL0004920 | TELL0004920 | | | | |
| 01037 | | 03/27/2001 | Letter reminding Next Level of an overdue royalty payment (MOTOROLA/NEXT LEVEL) | TELL0004917 | TELL0004917 | | | | |
| 01038 | | 05/23/2001 | Letter reminding Next Level of an overdue royalty payment (MOTOROLA/NEXT LEVEL) | TELL0004919 | TELL0004919 | | | | |
| 01039 | | 07/12/2001 | Letter regarding payment made for outstanding royalty and annual licensing fees (MOTOROLA/NEXT LEVEL) | TELL0004912 | TELL0004912 | | | | |
| 01040 | | 07/17/2001 | Royalty chart describing payment of Q4 1999 through Q1 2001 payments (MOTOROLA/NEXT LEVEL) | TELL0004859 | TELL0004859 | | | | |
| 01041 | | 07/17/2001 | Royalty check No. 135430 from Next Level Communications (MOTOROLA/NEXT LEVEL) | TELL0004879 | TELL0004879 | | | | |

Telcordia's Exhibit List

| 01042 | | 05/02/2002 | E-mail chain regarding royalty payments made and invoice numbers for Next Level (MOTOROLA/NEXT LEVEL) | TELL0004939 | TELL0004940 | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01043 | | 05/06/2002 | Royalty check no. 140792 and corresponding invoice annual fee FY2002 (MOTOROLA/NEXT LEVEL) | TELL0004936 | TELL0004937 | | | | |
| 01044 | | 01/04/2002 | Telcordia invoice to Next Level for annual licensing fee for FY2002 (MOTOROLA/NEXT LEVEL) | TELL0006279 | TELL0006279 | | | | |
| 01045 | | 03/13/2002 | Letter reminding Next Level of an overdue royalty payment (MOTOROLA/NEXT LEVEL) | TELL0004897 | TELL0004897 | | 901 | | |
| 01046 | | 01/05/2003 | Telcordia invoice to Next Level for annual licensing fee for FY2003 (MOTOROLA/NEXT LEVEL) | TELL0006282 | TELL0006282 | | | | |
| 01047 | | 07/23/2003 | E-mail chain regarding the payment of outstanding royalty payments (MOTOROLA/NEXT LEVEL) | TELL0004894 | TELL0004896 | | | | |
| 01048 | | 01/06/2004 | Telcordia invoice to Next Level for annual licensing fee for FY2004 (MOTOROLA/NEXT LEVEL) | TELL0006285 | TELL0006285 | | | | |
| 01049 | | 04/07/2004 | Letter reminding Motorola of an overdue annual licensing fee (MOTOROLA/NEXT LEVEL) | TELL0004888 | TELL0004888 | | | | |
| 01050 | | 06/02/2004 | Letter enclosing a royalty check received from Motorola (MOTOROLA/NEXT LEVEL) | TELL0004889 | TELL0004890 | | 901 | | |
| 01051 | | 01/05/2005 | Telcordia invoice to Next Level for annual licensing fee for FY2005 (MOTOROLA/NEXT LEVEL) | TELL0006288 | TELL0006288 | | | | |

Telcordia's Exhibit List

| 01052 | | 06/03/2005 | Letter regarding Motorola's outstanding royalty and annual licensing fee payments (MOTOROLA/NEXT LEVEL) | TELL0004871 | TELL0004874 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01053 | | 06/28/2005 | Letter informing Telcordia of Next Level's takeover by Motorola, and regarding a future payment of royalties past due (MOTOROLA/NEXT LEVEL) | TELL0004864 | TELL0004865 | | | | |
| 01054 | | | Motorola invoice describing royalties due for the period Q2 2001 to Q1 2005 (MOTOROLA/NEXT LEVEL) | TELL0004858 | TELL0004858 | | | | |
| 01055 | | 07/21/2005 | Telcordia invoice for Motorola payment for royalties past-due (MOTOROLA/NEXT LEVEL) | TELL0006291 | TELL0006291 | | | | |
| 01056 | | 00/00/2005 | Motorola invoices for royalty payments for the period Q2 2005 to Q3 2005 | TELL0004860 | TELL0004861 | | | | |
| 01057 | | 01/11/2006 | Telcordia invoices for Motorola for Quarters 2, 3 and 4 for FY2005 (MOTOROLA/NEXT LEVEL) | TELL0006297 | TELL0006297 | | | | |
| 01058 | | 01/05/2006 | Telcordia invoices for Motorola for annual fee FY2006 (MOTOROLA/NEXT LEVEL) | TELL0006294 | TELL0006294 | | | | |
| 01059 | | 02/15/2005 | Letter reminding Motorola of its royalty reporting obligation as per the license agreement (MOTOROLA/NEXT LEVEL) | TELL0004862 | TELL0004863 | | 1002 | | |
| 01060 | | 03/27/1997 | Letter regarding the license offer of Bellcore's ATM Patent Portfolio (MOTOROLA/NEXT LEVEL) | TELL0005072 | TELL0005072 | | | | |
| 01061 | | 03/25/2002 | Letter regarding a business contact within Motorola (MOTOROLA/NEXT LEVEL) | TELL0005204 | TELL0005204 | | 401-403 | | |

Telcordia's Exhibit List

| 01062 | | 08/29/1997 | Patent License Agreement between Bell Communications Research, Inc. and Fujitsu Limited Relating to ATM Equipment (FUJITSU) | BEL 133043 | BEL 133065 | | 1002 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01063 | | 08/29/1997 | Letter informing relevent personnel at Fujitsu that Bellcore and Fujitsu have entered into a license agreement under a select set of patents (FUJITSU) | TELL0004571 | TELL0004571 | | 401-403 | | |
| 01064 | | 11/27/1997 | Patent selection letter (FUJITSU) | BEL 043983 | BEL 043983 | | | | |
| 01065 | | 10/28/1997 | Letter informing Bellcore of Fujitsu's payment of initial licensing fees (FUJITSU) | TELL0004269 | TELL0004269 | | | | |
| 01066 | | 11/03/1997 | Letter regarding a question about the patent license process at Bellcore (FUJITSU) | TELL0004659 | TELL0004659 | | | | |
| 01067 | | 11/27/1997 | Letter attaching the breakdown of royalties for 8/29/97 to 9/30/97 (FUJITSU) | TELL0004265 | TELL0004267 | | | | |
| 01068 | | 12/24/1997 | Letter responding to Bellcore's assertion of non-payment of royalties from Fujitsu (FUJITSU) | TELL0004645 | TELL0004646 | | | | |
| 01069 | | 12/29/1997 | Letter responding to Bellcore's assertion of non-payment of royalties from Fujitsu (FUJITSU) | TELL0004647 | TELL0004647 | | | | |
| 01070 | | 02/27/1998 | Letter attaching a breakdown of royalty payments for 1998 (FUJITSU) | TELL0004256 | TELL0004257 | | | | |
| 01071 | | 05/19/1998 | Letter attaching a breakdown of royalties for 1998 (FUJITSU) | TELL0004253 | TELL0004255 | | | | |
| 01072 | | 08/28/1998 | Letter attaching a breakdown of royalties for 1998 (FUJITSU) | TELL0004251 | TELL0004252 | | | | |

Telcordia's Exhibit List

| 01073 | | 11/27/1998 | Letter attaching a breakdown of royalties for 7/98 to 10/98 (FUJITSU) | TELL0004250 | TELL0004250 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01074 | | 12/03/1998 | Letter attaching a chart of complete Fujitsu royalty payments due for FY1997 and FY1998 (FUJITSU) | TELL0004495 | TELL0004495 | | | | |
| 01075 | | 01/29/1999 | Letter attaching a breakdown of royalties for the annual fee 1999 (FUJITSU) | TELL0004249 | TELL0004249 | | 901 | | |
| 01076 | | 03/18/1999 | Application for Certification of Tax Payment (FUJITSU) | TELL0004575 | TELL0004575 | | 401-403 901 | | |
| 01077 | | 03/01/1999 | Letter attaching a breakdown of previously unreported royalties incurred in FY98 (FUJITSU) | TELL0004246 | TELL0004248 | | | | |
| 01078 | | 05/28/1999 | Letter attaching a breakdown of royalties for the period of 1/99 to 4/99 (FUJITSU) | TELL0004576 | TELL0004576 | | | | |
| 01079 | | 08/27/1999 | Letter attaching a breakdown of royalties for the period of 4/99 to 7/99 (FUJITSU) | TELL0004565 | TELL0004565 | | | | |
| 01080 | | 11/29/1999 | Letter attaching a breakdown of royalties for the period of 7/99 to 10/99 (FUJITSU) | TELL0004564 | TELL0004564 | | | | |
| 01081 | | 01/31/2000 | Letter attaching a breakdown of royalties for the annual licensing fee FY2000 (FUJITSU) | TELL0004245 | TELL0004245 | | | | |
| 01082 | | 02/25/2000 | Application for Certification of Tax Payment (FUJITSU) | TELL0004485 | TELL0004485 | | 401-403 901 | | |
| 01083 | | 02/29/2000 | Letter attaching a breakdown of royalties for the period 10/99 to 1/00 (FUJITSU) | TELL0004487 | TELL0004487 | | | | |

Telcordia's Exhibit List

| 01084 | | 05/30/2000 | Letter attaching a breakdown of royalties for the period 1/00 to 4/00 (FUJITSU) | TELL0004243 | TELL0004243 | | | | |
| 01085 | | 08/29/2000 | Letter attaching a breakdown of royalties for the period 4/00 to 7/00 (FUJITSU) | TELL0004242 | TELL0004242 | | | | |
| 01086 | | 11/30/2000 | Letter attaching a breakdown of royalties for the period 7/00 to 10/00 (FUJITSU) | TELL0004241 | TELL0004241 | | | | |
| 01087 | | 01/31/2001 | Letter attaching a breakdown of royalties for the annual fee FY2001 (FUJITSU) | TELL0004240 | TELL0004240 | | | | |
| 01088 | | 02/23/2001 | Application for Certification of Tax Payment (FUJITSU) | TELL0004325 | TELL0004325 | | 401-403 901 | | |
| 01089 | | 03/01/2001 | Letter attaching a breakdown of royalties for the period 10/00 to 1/01 (FUJITSU) | TELL0004239 | TELL0004239 | | | | |
| 01090 | | 05/30/2001 | Letter attaching a breakdown of royalties for the period 1/01 to 4/01 (FUJITSU) | TELL0004238 | TELL0004238 | | | | |
| 01091 | | 08/29/2001 | Letter attaching a breakdown of royalties for the period 4/01 to 7/01 (FUJITSU) | TELL0004237 | TELL0004237 | | | | |
| 01092 | | 11/29/2001 | Letter attaching a breakdown of royalties for the period 7/01 to 10/01 (FUJITSU) | TELL0004236 | TELL0004236 | | | | |
| 01093 | | 01/31/2002 | Letter attaching a breakdown of royalty payment for annual fee FY2002 (FUJITSU) | TELL0004235 | TELL0004235 | | | | |
| 01094 | | 02/01/2002 | E-mail chain regarding wired royalty payments (FUJITSU) | TELL0004305 | TELL0004305 | | 401-403 | | |
| 01095 | | 02/26/2002 | Application for Certification of Tax Payment (FUJITSU) | TELL0004311 | TELL0004311 | | 401-403 901 | | |

Telcordia's Exhibit List

| 01096 | | 01/04/2002 | Telcordia invoice for Fujitsu annual royalty fee for FY2002 (FUJITSU) | TELL0006147 | TELL0006147 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01097 | | 03/01/2002 | Letter attaching a breakdown of royalties for the period 10/01 to 12/01 (FUJITSU) | TELL0004234 | TELL0004234 | | | | |
| 01098 | | 05/30/2002 | Letter attaching a breakdown of royalties for the period 1/02 to 4/02 (FUJITSU) | TELL0004233 | TELL0004233 | | | | |
| 01099 | | 08/29/2002 | Letter attaching a breakdown of royalties for the period 4/02 to 7/02 (FUJITSU) | TELL0004232 | TELL0004232 | | | | |
| 01100 | | 11/29/2002 | Letter attaching a breakdown of royalties for the period 7/02 to 10/02 (FUJITSU) | TELL0004231 | TELL0004231 | | | | |
| 01101 | | 01/31/2003 | Letter attaching a breakdown of royalty payment for annual fee FY2003 (FUJITSU) | TELL0004230 | TELL0004230 | | | | |
| 01102 | | 01/31/2003 | Letter regarding Maria Escalante's departure from Telcordia (FUJITSU) | TELL0004287 | TELL0004287 | | 401-403 | | |
| 01103 | | 01/06/2003 | Telcordia invoice for Fujitsu annual royalty fee FY2003 (FUJITSU) | TELL0006150 | TELL0006150 | | | | |
| 01104 | | 02/28/2003 | Letter attaching a breakdown of royalties for the period 10/02 to 1/03 (FUJITSU) | TELL0004229 | TELL0004229 | | | | |
| 01105 | | 05/30/2003 | Letter attaching a breakdown of royalties for the period 1/03 to 4/03 (FUJITSU) | TELL0004228 | TELL0004228 | | | | |
| 01106 | | 08/29/2003 | Letter attaching a breakdown of royalties for the period 4/03 to 7/03 (FUJITSU) | TELL0004227 | TELL0004227 | | | | |
| 01107 | | 11/28/2003 | Letter attaching a breakdown of royalties for the period 7/03 to 10/03 (FUJITSU) | TELL0004226 | TELL0004226 | | | | |

Telcordia's Exhibit List

| 01108 | | 01/30/2004 | Letter attaching a breakdown of royalty payment for annual fee FY2004 (FUJITSU) | TELL0004214 | TELL0004214 | | | | |
| 01109 | | 02/26/2004 | Application for Certification ofTax Payment (FUJITSU) | TELL0004210 | TELL0004210 | | 401-403 901 | | |
| 01110 | | 01/06/2004 | Telcordia invoice for Fujitsu annual royalty fee for FY2004 | TELL0006153 | TELL0006153 | | | | |
| 01111 | | 02/27/2004 | Letter attaching a breakdown of royalties for the period 10/03 to 1/04 (FUJITSU) | TELL0004212 | TELL0004212 | | | | |
| 01112 | | 05/28/2004 | Letter attaching a breakdown of royalties for the period 1/04 to 4/04 (FUJITSU) | TELL0004207 | TELL0004207 | | | | |
| 01113 | | 08/27/2004 | Letter attaching a breakdown of royalties for the period 4/04 to 7/04 (FUJITSU) | TELL0004221 | TELL0004221 | | | | |
| 01114 | | 11/29/2004 | Letter attaching a breakdown of royalties for the period 7/04 to 10/04 (FUJITSU) | TELL0004197 | TELL0004197 | | | | |
| 01115 | | 01/31/2005 | Letter attaching a breakdown of annual royalty payment for FY2005 (FUJITSU) | TELL0004174 | TELL0004174 | | | | |
| 01116 | | 02/03/2005 | Letter acknowledging receipt of annual royalty payment for FY2005 (FUJITSU) | TELL0004273 | TELL0004273 | | | | |
| 01117 | | 01/05/2005 | Telcordia invoice for Fujitsu annual royalty fee for FY2005 (FUJITSU) | TELL0006156 | TELL0006156 | | | | |
| 01118 | | 03/01/2005 | Letter attaching a breakdown of royalties for the period 10/04 to 12/04 (FUJITSU) | TELL0004218 | TELL0004218 | | | | |
| 01119 | | 05/30/2005 | Letter attaching a breakdown of royalties for the period 1/05 to 4/05 (FUJITSU) | TELL0004217 | TELL0004217 | | | | |

Telcordia's Exhibit List

| 01120 | | 08/29/2005 | Letter attaching a breakdown of royalties for the period 4/05 to 7/05 (FUJITSU) | TELL0004173 | TELL0004173 | | | | |
|-------|--|------------|-----------------------------------------------------------------------------------|--------------|--------------|--|---------|--|--|
| 01121 | | 11/29/2005 | Letter attaching a breakdown of royalties for the period 7/05 to 10/05 (FUJITSU) | TELL0004172 | TELL0004172 | | | | |
| 01122 | | 01/05/2006 | Telcordia invoice for Fujitsu annual royalty fee FY2006 (FUJITSU) | TELL0006159 | TELL0006159 | | | | |
| 01123 | | 01/26/2001 | Telcordia Technologies, Inc. Royalty Compliance Investigation Patent License Agreement between Telcordia Technologies, Inc. and Fujitsu Limited Relating to ATM Equipment (FUJITSU) | TELC0278166 | TELC0278174 | | | | |
| 01124 | | 08/28/2001 | Patent License Agreement between Telcordia Technologies, Inc. and Netro Corporation (NETRO) | TELL0000981 | TELL0000996 | | | | |
| 01125 | | 03/28/2001 | Letter enclosing royalty reports for Q3 and Q4 2001 (NETRO) | TELL0002831 | TELL0002832 | | | | |
| 01126 | | 10/29/2001 | E-mail regarding a missing payment (NETRO) | TELL0002852 | TELL0002852 | | 401-403 | | |
| 01127 | | 10/31/2001 | Fax attaching a copy of royalty payment (NETRO) | TELL0002844 | TELL0002846 | | | | |
| 01128 | | 10/31/2001 | Copy of check no. 050116 for royalty payment (NETRO) | TELL0002849 | TELL0002850 | | | | |
| 01129 | | 10/31/2001 | Telcordia invoice for Netro initial patent licensing fee (NETRO) | TELL0006264 | TELL0006265 | | | | |
| 01130 | | 02/14/2002 | Telcordia invoice for royalty payment FY2002 (NETRO) | TELL0006267 | TELL0006268 | | | | |
| 01131 | | 02/07/2002 | E-mail regarding the arrival of a wired payment (NETRO) | TELL0002838 | TELL0002838 | | 401-403 | | |
| 01132 | | 02/14/2002 | E-mail regarding the application of a royalty payment (NETRO) | TELL0002841 | TELL0002841 | | 401-403 | | |

Telcordia's Exhibit List

| 01133 | | 02/07/2002 | Printout of Licensing fee payment information (NETRO) | TELL0002843 | TELL0002843 | | 401-403 901 1002 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01134 | | 02/11/2003 | Internal e-mail regarding the upkeep of files for royalty contracts (NETRO) | TELL0002833 | TELL0002834 | | 401-403 | | |
| 01135 | | 07/01/2002 | Letter enclosing royalty reports for Quarters 3 and 4 of FY2001 and Quarters 1 and 2 for FY2002 (NETRO) | TELL0002847 | TELL0002847 | | 1002 | | |
| 01136 | | 07/10/2002 | Chart titledTelecordia (sic) SRTS License Report (NETRO) | TELL0002848 | TELL0002848 | | | | |
| 01137 | | 09/16/2002 | Telcordia invoice for royatlty payment for FY2002 (NETRO) | TELL0006276 | TELL0006277 | | | | |
| 01138 | | 10/08/2002 | Letter regarding Netro's request for a change in payment terms on license (NETRO) | TELC0276533 | TELC0276534 | | | | |
| 01139 | | 12/17/2002 | Telcordia invoice for royalty (NETRO) | TELL0006270 | TELL0006271 | | | | |
| 01140 | | 03/17/2003 | E-mail regarding payment of a late royalty fee (NETRO) | TELC0276531 | TELC0276531 | | | | |
| 01141 | | 03/21/2003 | Telcordia invoice for wire of late royalty payment (NETRO) | TELL0006273 | TELL0006274 | | | | |
| 01142 | | 09/20/2004 | letter regarding the takeover of Netro assets by SR Telecom (NETRO) | TELL0002861 | TELL0002861 | | | | |
| 01143 | | 11/03/2004 | Letter regarding the payment of royalties by SR Telecom (NETRO) | TELL0002858 | TELL0002858 | | | | |
| 01144 | | 11/17/2004 | Letter regarding the payment of royalties by SR Telecom (NETRO) | TELL0002825 | TELL0002825 | | | | |
| 01145 | | 12/02/2004 | Letter regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002816 | TELL0002816 | | | | |

Telcordia's Exhibit List

| 01146 | | 12/16/2004 | Letter regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002819 | TELL0002819 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01147 | | 12/17/2004 | E-mail regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002814 | TELL0002814 | | | | |
| 01148 | | 12/17/2004 | E-mail regarding the payment of overdue Netro royalties by SR Telecom - Redacted (NETRO) | TELL0002781 | TELL0002781 | | 401-403 901 1002 | | |
| 01149 | | 12/20/2004 | E-mail regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002813 | TELL0002813 | | 901 | | |
| 01150 | | 01/06/2005 | Letter regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002811 | TELL0002811 | | | | |
| 01151 | | 01/26/2005 | Letter regarding the payment of overdue Netro royalties by SR Telecom (NETRO) | TELL0002807 | TELL0002807 | | | | |
| 01152 | | 01/28/2005 | E-mail regarding the settlement of the issue of outstanding royalty payments owed (NETRO) | TELL0002806 | TELL0002806 | | | | |
| 01153 | | 02/01/2005 | Letter regarding the settlement of the issue of outstanding royalty payments owed (NETRO) | TELL0001019 | TELL0001019 | | 1002 401-403 901 | | |
| 01154 | | 02/11/2006 | Letter regarding the settlement of the issue of outstanding royalty payments owed (NETRO) | TELL0001017 | TELL0001018 | | 901 | | |
| 01155 | | 04/28/2005 | Letter regarding the termination of contract (NETRO) | TELL0002855 | TELL0002855 | | | | |
| 01156 | | 11/19/2001 | Letter acknowledging the addition of SAS-E2204-2 to licensed products under Telordia (NETRO) | TELL0002830 | TELL0002830 | | | | |

Telcordia's Exhibit List

| 01157 | | 04/10/2002 | Letter acknowledging the addition of SAS4-X2411-23 to licensed products under Telcordia (NETRO) | TELL0002829 | TELL0002829 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01158 | | 10/25/2002 | Letter acknowledging the addition of SAS4-X2122-1S to licensed products under Telcordia (NETRO) | TELL0002828 | TELL0002828 | | | | |
| 01159 | | 00/00/0000 | Chart of Royalty Payments to Telcordia | TELX9000001 | TELX9000001 | | | | |
| 01160 | | 00/00/0000 | Chart of Monies applied to GL account 301917 (Operating Revenue-Patents) | TELX9000002 | TELX9000002 | | 401-403 | | |
| 01161 | | 00/00/0000 | Chart of Roylaty Payments to Telcordia from July 31, 1999 to April 17, 2003 | TELX9000004 | TELX9000004 | | 401-403 | | |
| 01162 | | 10/00/2003 | ONG SONET/SDH ASICs | CSCO 0330-1616 | CSCO 0330-1629 | | 401-403 801-802 | | |
| 01163 | | 09/24/2003 | ONS-15310-MA CTX-MB Hardware Functional Specification, Revision 0.02 | CSCO 0332-1483 | CSCO 0332-1565 | | | | |
| 01164 | | 08/11/2003 | NG310 Cross-Connect Sub-System Software Design Specification for the 15310 Platform | CSCO 0335-0905 | CSCO 0335-0935 | | 401-403 | | |
| 01165 | | 05/16/2005 | Amazon ASIC Specification | CSCO 0562-0001 | CSCO 0562-0489 | | | | |
| 01166 | | 09/06/2002 | Arrive Technologies: Amazon ASIC Specification | ATI20349 | ATI20693 | | 401-403 801-802 | | |
| 01167 | | 05/02/2005 | OCEAN ASIC Hardware Functional Specification | CSCO 0179-1272 | CSCO 0179-1272 | | | | |
| 01168 | | 07/19/2002 | Optical Transcport Business Unit ShinerBock (SB) ASIC Specification | ATI19311 | ATI19502 | | 401-403 801-802 | | |
| 01169 | | 04/02/2001 | XTC ASIC Data Sheet Rev 2.1 | CSCO 0184-0149 | CSCO 0184-0462 | | 401-403 | | |

Telcordia's Exhibit List

| 01170 | | 05/01/2003 | XTC2 ASIC Lab Validiation Plan | CSCO 0184-0463 | CSCO 0184-0490 | | 401-403 801-802 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01171 | | 07/26/2004 | XTC3 ASIC Data Sheet Rev. 1.1 | CSCO 0551-0692 | CSCO 0551-1022 | | 401-403 | | |
| 01172 | | 02/28/2005 | mADM ASIC Functional Specification Rev. 0.2 | CSCO 0332-1711 | CSCO 0332-1886 | | | | |
| 01173 | | 10/00/2005 | ONG ASIC Portfolio | CSCO 0414-1880 | CSCO 0414-1880 | | 401-403 801-802 | | |
| 01174 | | 09/20/2004 | CTX-CL System Functional Specification: Commons Board for Control, Timing, Cross Connect and Optical Interface, Electrical Interface | CSCO 0209-1204 | CSCO 0209-1276 | | 401-403 | | |
| 01175 | | 06/21/2004 | 15310 MA CTX P1R2 Hardware Bring Up and Functional Test Plan | CSCO 0336-1115 | CSCO 0336-1197 | | 401-403 801-802 | | |
| 01176 | | 03/03/2003 | CTX-MA Module Feature System Functional Specification | CSCO 0209-1653 | CSCO 0209-1743 | | 401-403 | | |
| 01177 | | 01/12/2005 | ONS 15600 Procedure Guide, Release 1.1 | CSCO 0116-0992 | CSCO 0116-1381 | | | | |
| 01178 | | 08/00/2005 | ONS 15327 Procedure Guide, Release 6.0 | CSCO 0102-0795 | CSCO 0102-1414 | | | | |
| 01179 | | 11/00/2005 | ONS 15327 Procedure Guide, Release 7.0 | | | | | | |
| 01180 | | 00/00/2005 | ONS 15310-MA SONET Multiservice Platform - At A Glance | | | | | | |
| 01181 | | 03/14/1994 | Letter attaching a proposed license agreement for U.S. Patent Nos. 5,260,978 and 4,893,306 | TELC0269856 | TELC0269856 | | | | |
| 01182 | | 06/16/1994 | Letter indicating that it is highly likely that the '306 and '978 patents are used in Cisco products | TELC0256444 | TELC0256444 | | | | |

Telcordia's Exhibit List

| 01183 | | 11/10/1994 | Letter enclosing copies of the '306 and '978 patents to determine if Cisco is interersted in a license | TELC0256226 | TELC0256226 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01184 | | 12/06/1994 | E-mail regarding a letter from Bellcore about their SRTS patent | CSCO 0316-0341 | CSCO 0316-0341 | | | | |
| 01185 | | 02/00/1995 | Notes on February 1995 ATM Forum Meeting | BEL 040201 | BEL 040205 | | | | |
| 01186 | | 02/17/1995 | WITHDRAWN<br><br>Letter informing ANSI that the '978 patent may be required to implement ANSI T1.630-1993 | TELC0313010 | TELC0313010 | | | | |
| 01187 | | 02/17/1995 | WITHDRAWN<br><br>Letter informing Dr. Irmer that the '978 patent may be required to implement ITU-T Recommendation I.363 | TELC3163336 | TELC3163336 | | | | |
| 01188 | | 03/15/1995 | E-mail regarding licensing negotiations with Cisco | CSCO 0316-0349 | CSCO 0316-0349 | | | | |
| 01189 | | 03/15/1995 | E-mail regarding companies contacted for licesncing of SRTS patent | CSCO 0316-0350 | CSCO 0316-0351 | | | | |
| 01190 | | 03/15/1995 | WITHDRAWN<br><br>E-mail regarding negotiaitions between Cisco and Bellcore | CSCO 0316-0346 | CSCO 0316-0346 | | | | |
| 01191 | | 03/16/1995 | WITHDRAWN<br><br>E-mail summarizing the discussion between Tellabs and Bellcore about the SRTS patent | CSCO 0316-0343 | CSCO 0316-0344 | | | | |

Telcordia's Exhibit List

| 01192 | | 03/29/1995 | E-mail regarding negotiations of a license fee between Bellcore and Cisco | CSCO 0316-0354 | CSCO 0316-0354 | | | | |
| 01193 | | 03/29/1995 | E-mail regarding fairness of the licensing terms offered to Cisco | CSCO 0316-0355 | CSCO 0316-0355 | | | | |
| 01194 | | 01/15/1996 | Press Release about increased performance of Cisco's 7010 and 7000 routers | CSCO 0676-0745 | CSCO 0676-0746 | | | | |
| 01195 | | 06/03/1996 | Letter informing the ITU that Bellcore has been issued the '978 patent | TELC0272720 | TELC0272720 | | | | |
| 01196 | | 06/03/1996 | Letter infroming ANSI that Bellcore has been issued the '978 patent | TELC0272721 | TELC0272721 | | | | |
| 01197 | | 03/31/1997 | Press release announcing that Cisco 7200 and LightStream 1010 will help integrate voice, video and data over high-speed ATM backbones | CSCO 0676-0916 | CSCO 0676-0918 | | | | |
| 01198 | | 10/20/1998 | Letter regarding an agreement between Cisco and Bellore to not take legal action against each other for eighteen months or the lifetime of the MOU | TELC0256592 | TELC0256592 | | | | |
| 01199 | | 05/12/1999 | Press release announcing that Cisco's Catalyst 8540 wins Network Magazine's product of the year | CSCO 0676-0020 | CSCO 0676-0021 | | | | |
| 01200 | | 09/19/2001 | Letter informing Telcordia that the issues raised in their September 7, 2001 will be addressed by Baker Botts once they have had a chance to review them | TELC0256521 | TELC0256521 | | | | |
| 01201 | | 12/11/2002 | Letter offering Cisco the opporunity to engage in a joint R&D effort with Telcordia that would also include a license agreement | TELC0237413 | TELC0237413 | | | | |

Telcordia's Exhibit List

| 01202 | | 12/16/2002 | E-mail attaching letter and viewgraphs as part of an effort to resolve patent licensing issues | TELC0237465 | TELC0237465 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01203 | | 04/14/2003 | Memo regarding Cisco Meeting and Recommendations | TELC0239061 | TELC0239062 | | | | |
| 01204 | | 08/05/2003 | Telcordia's Patent Presentation to Cisco | TELL0003275 | TELL0003332 | | | | |
| 01205 | | 09/15/2003 | Letter enclosing a copy of Telcordia's patent presentation to Cisco | CSCO 0643-0789 | CSCO 0643-0791 | | | | |
| 01206 | | 11/21/2003 | Letter addressing requests made by Cisco during Thursday's teleconference | CSCO 0643-0793 | CSCO 0643-0800 | | | | |
| 01207 | | 09/09/2004 | Letter regarding the possibility of settlement discussions before a formal complaint is served | TELC0256180 | TELC0256186 | | 408 801-802 | | |
| 01208 | | 09/29/2004 | Letter attempting to start negotiations to resolve case, but warning Cisco that Telcordia must file a complaint in 120 days if a resolution is not found | | | | 408 801-802 | | |
| 01209 | | 12/07/1990 | Study Group XVIII/8 Contribution D | TELC0373793 | TELC0373797 | Kittams 03 | | | |
| 01210 | | 06/00/1991 | Study Group XVIII- Contribution D/1451q | TELC0006708 | TELC0006711 | Kittams 04 | | | |
| 01211 | | 11/04/1991 | Synchronous Residue-TS: A Compromise of SFET/TS | KITT0000020 | KITT0000026 | Kittams 10 | | | |
| 01212 | | 12/00/1991 | Report of the Meeting of SWP XvIII/8-3 | TELC0372339 | TELC0372345 | Kittams 09 | | | |
| 01213 | | 12/13/1991 | Synchronous Residue-Time Stamp: A Combination of SFET/TS | TELC0373706 | TELC0373711 | Kittams 11 | | | |
| 01214 | | 12/02/1991 | Revised Text of I.363 Section 2 (AAL type 1) | TELC0006616 | TELC0006613 4 | | | | |

Telcordia's Exhibit List

| 01215 | | 00/00/1991 | ITU Recommendation I.363 | CSCO 0001-1483 | CSCO 0001-1501 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01216 | | 08/30/1993 | ANSI T1.630-1993: Broadband ISDN- ATM Adaption Layer for Constant Bit Rate Services Functionality and Specification | CSCO 0274-1712 | CSCO 0274-1784 | | | | |
| 01217 | | 08/00/1996 | ITU-T Recommendation I.363.1 | CSCO 0317-0967 | CSCO 0317-1013 | Muntz 22 | | | |
| 01218 | | 01/00/1997 | The ATM Forum Technical Committee Circuit Emulation Service Interoperability Specification Version 2.0 | CSCO 0329-0266 | CSCO 0329-0366 | Muntz 21 | | | |
| 01219 | | 12/15/1999 | ANSI T1.630-1999: Broadband ISDN- ATM Adaption Layer for Constant Bit Rate Services Functionality and Specification | TELC0273672 | TELC0273684 | | | | |
| 01220 | | 00/00/0000 | Bylaws of The ATM Form | CSCO 0698-0190 | CSCO 0698-0209 | | | | |
| 01221 | | 00/00/0000 | Guidelines for Implementation of the TSB Patent Policy | TELD0023043 | TELD0023048 | | | | |
| 01222 | | 00/00/0000 | Annex 1 (to TSB Circular 245) Statement on TSB Patent Policy | TELD0022870 | TELD0022870 | | | | |
| 01223 | | 12/05/1974 | American National Standards Institute Patent Policy | BEL 137568 | BEL 137568 | | | | |
| 01224 | | 09/11/1987 | Memo regarding patents and standards orginizations | BEL 137609 | BEL 137614 | | | | |
| 01225 | | 06/00/1988 | CCITT Study Group XVIII: Annex 5; Statement on CCITT Patent Policy | TELC3215610 | TELC3215610 | | 1002 | | |
| 01226 | | 06/00/1992 | Accredited Standards Committee T1- Telecommunications Procedures Manual- Sixth Edition | TELD0016226 | TELD0016230 | | | | |

Telcordia's Exhibit List

| 01227 | | 06/00/1993 | Accredited Standards Committee T1-Telecommunications Procedures Manual-Seventh Edition | TELD0016233 | TELD0016238 | | | | |
| 01228 | | 06/00/1993 | Accredited Standards Committee T1-Telecommunications Procedures Manual-Seventh Edition- Eighth Edition | TELD0016240 | TELD0016245 | | | | |
| 01229 | | 02/00/2000 | Standards Committee T1-Telecommunications Procedures Manual | TELD0016347 | TELD0016446 | | | | |
| 01230 | | 11/05/1991 | Letter Re: Bellcore Policy on Patents Relating to Standards | BEL 137527 | BEL 137527 | | | | |
| 01231 | | 02/17/1995 | Letter infroming ANSI that the '978 patent may apply to ANSI T1.630-1993 | TELC0313010 | TELC0313010 | | | | |
| 01232 | | 02/17/1995 | Letter informing the ITU that the '978 patent may be required to implement ITU-T Recommendation I.363 | TELC3163336 | TELC3163336 | | | | |
| 01233 | | 01/26/1995 | E-mail Re: AF-SAA: atm95-0070, Comments on Circuit Emulation Straw Vote | CSCO 0316-0325 | CSCO 0316-0326 | | | | |
| 01234 | | 01/27/1995 | E-mail Re: Patent Disclosure/use in contribution 95-0070 | CSCO 0316-0327 | CSCO 0316-0328 | Fedorkow 14 | 801-802 | | |
| 01235 | | 01/27/1995 | E-mail regarding status | CSCO 0316-0329 | CSCO 0316-0329 | Fedorkow 5 | 801-802 | | |
| 01236 | | 02/13/1995 | E-mail Re: Report from the February ATM Forum | CSCO 0246-1983 | CSCO 0246-1990 | | 801-802 | | |
| 01237 | | 03/15/1995 | E-mail Re; question on CES | CSCO 0316-0350 | CSCO 0316-0351 | | | | |
| 01238 | | 03/15/1995 | E-mail Re: Question on CES | CSCO 0316-0346 | CSCO 0316-0346 | | | | |

Telcordia's Exhibit List

| 01239 | | 03/16/1995 | E-mail Re: More on SRTS patent | CSCO 0316-0343 | CSCO 0316-0344 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01240 | | 03/29/1995 | E-mail Re: CES | CSCO 0316-0355 | CSCO 0316-0355 | | | | |
| 01241 | | 03/31/1995 | E-mail Re: a way around SRTS? | CSCO 0316-0360 | CSCO 0316-0360 | | | | |
| 01242 | | 04/13/1995 | Statement Against the Motion to Forward the CES Spec | CSCO 0246-1979 | CSCO 0246-1982 | | | | |
| 01243 | | 04/14/1995 | ATM Forum Meeting Notes | CSCO 0246-1962 | CSCO 0246-1970 | | | | |
| 01244 | | 05/01/1995 | E-mail Re: AF-ALL: SAA/CES Meeting Report Denver | CSCO 0562-0930 | CSCO 0562-0936 | | | | |
| 01245 | | 06/10/1995 | June ATM Forum Meeting Notes | CSCO 00246-1971 | CSCO 00246-1978 | | | | |
| 01246 | | 09/06/1995 | E-mail Re: CES Interoperability Spec. | CSCO 0562-0929 | CSCO 0562-0929 | | 401-403 801-802 | | |
| 01247 | | 08/28/1998 | Bellcore Agreement for Technical Auditing Services effective as of 09/03/1998 | TELC0668296 | TELC0668313 | | 401-403 | | |
| 01248 | | 07/25/1989 | Master Agreement for Operations Systems Modifications for the Integration of Network Elements (OSMINE) effective 12/10/1989 between Bellcore and AT&T | TELC0665620.001 | TELC0665620.029 | | 401-403 | | |
| 01249 | | 12/06/1995 | Master Agreement for Operations Systems Modifications for the Integration of Network Elements (OSMINE) effective 04/01/1996, between Bellcore and AT&T updating 12/10/1989 | TELC0670997 | TELC0670998 | | 401-403 901 1002 | | |

Telcordia's Exhibit List

| 01250 | | 09/26/1998 | Bellcore Master Agreement for Technical Auditing Services for AT&T Transmission Systems effectove as of 11/04/1991 | TELC0671126 | TELC0671142 | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01251 | | 08/17/1998 | Master Agreement Operartions Systems Modifications for the Integration of Network Elements (OSMINE) between Cisco Systems, Inc. and Bell Communciations Research, Inc. | TELC0671533 | TELC0671545 | | | | |
| 01252 | | 07/29/1997 | Bellcore Master Agreement for Technical Auditing Services between Cisco Systems Inc and Bell Communications Research Inc. | TELC0671672 | TELC0671688 | | 401-403 | | |
| 01253 | | 08/08/1995 | Bellcore Master Agreement for Technical Auditing Services between Cisco Systems Inc. and Bell Communications Research Inc. | TELC0671834 | TELC0671848 | | 401-403 | | |
| 01254 | | 00/00/1995 | notes.ATMF.mtg: Discussions with Vendors (by company) | BEL 040202 | BEL 040205 | | | | |
| 01255 | | 01/08/1997 | Letter from Bruce Sidran to Daniel Smith Re: Licensing of Bellcore's ATM patent porfolio, dated January 8, 1997 | BEL 044091 | BEL 044092 | | | | |
| 01256 | | 01/08/1997 | Letter from Bruce Sidran to Jeong Kim Re: Licensing of Bellcore's ATM patent porfolio, dated January 8, 1997 | BEL 044315 | BEL 044316 | | | | |
| 01257 | | 01/08/1997 | Letter from Bruce Sidran to Steve Kim Re: Licensing of Bellcore's ATM patent porfolio, dated January 8, 1997 | BEL 044313 | BEL 044314 | | | | |

Telcordia's Exhibit List

| 01258 | | 02/14/1997 | Letter from Newbridge to Bruce Sidran Re: Licensing of bellcore's ATM Patent Portfolio, dated February 14, 1997 | BEL 024813 | BEL 024813 | | 1002 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01259 | | 02/28/1997 | Letter from Bruce Sidran to Sal Auria Re: Licensing of Bellcore's ATM patent portfolio, dated February 28, 1997 | TELC0269883 | TELC0269884 | | | | |
| 01260 | | 04/10/1998 | Bell Communications Research, Inc. Term Sheet for ATM Equipment Patent License AgreementApril 10, 1998 | TELL0000620 | TELL0000627 | | 1002 | | |
| 01261 | | 10/22/1998 | E-mail from Dave Sincoskie to Sanjiv Re: Negotiation Seminar, dated October 22, 1998 | TELC0048893 | TELC0048893 | | | | |
| 01262 | | 06/09/1999 | Letter from Vince Kovalick to David Fogg Re: Telcordia Licensing Program, dated June 9, 1999 | TELC0276411 | TELC0276418 | | | | |
| 01263 | | 04/12/1999 | Letter from Vince Kovalick to Richard McGinn Re: Telcordia Technologies, Inc.'s Intellectual Property, dated April 12, 1999 | TELC0258499 | TELC0258499 | | | | |
| 01264 | | 06/07/2000 | Letter from John Berres to Vernon Anthony Re: Response to Telcordia's Patent Licensing Program options for Alcatel, dated June 7, 2000 | TELC0302668 | TELC0302668 | | | | |
| 01265 | | 07/05/2000 | Letter from Steve Joroff to Ross Werner Re: License Agreement under Telcordia's U.S. Patent 5,260,978SRTS, dated July 5, 2000 | TELC0276829 | TELC0276830 | | | | |
| 01266 | | 09/10/2001 | Cisco's Master Records Retention Schedule | CSCO 0083-0466 | CSCO 0083-0515 | | 401-403 | | |
| 01267 | | 10/18/2001 | Letter from Steve Joroff to Avi Zakai Re: Licensing of U.S. Patent No. Re 36,633, dated October 18, 2001 | TELC0270064 | TELC0270064 | | | | |

Telcordia's Exhibit List

| 01268 | | 12/13/2004 | WITHDRAWN<br><br>E-mail from Nicole Napolitano to Michael Gray Re: Fw: Telcordia Meetings - 10AM and 12:30PM on Thursday, dated December 13, 2004 | PROV 00675 | PROV 00724 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01269 | | 01/12/2005 | Various e-mails from Guy Fedorkow to various recipients, dated 1999 through 2005 | CSCO 0316-0205 | CSCO 0316-0464 | | | | |
| 01270 | | 01/20/2005 | WITHDRAWN<br><br>E-mail from Christopher Halpin to Michael Gray Re: FW: Telcordia report, dated January 20, 2005 | PROV 00757 | PROV 00762 | | | | |
| 01271 | | 02/17/2005 | WITHDRAWN<br><br>E-mail from Ann Kristin Karlsen to various recipients Re: Draft Information Memorandum, dated February 17, 2005 | PROV 00570 | PROV 00606 | | | | |
| 01272 | | 05/23/2005 | WITHDRAWN<br><br>E-mail from Christopher Halpin to various recipients Re: Fw: IPotential Overview, dated May 23, 2005 | PROV 00763 | PROV 00771 | | | | |
| 01273 | | 07/22/2005 | WITHDRAWN<br><br>E-mail from Mitchell Weiss to various recipients Re: Fw: FORM 10Q - V 1.0 (July 22, 2005), dated July 22, 2005 | PROV 00620 | PROV 00645 | | | | |

Telcordia's Exhibit List

| 01274 | | 10/21/2005 | WITHDRAWN<br><br>E-mail from Mitchell Weiss to various recipients Re: Fw: Final Report - Telcordia, dated October 21, 2005 | PROV 00772 | PROV 00782 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01275 | | 04/20/1994 | Intellectual Property Agreement between Bell Communications Research, Inc. and Ameritech Services, Inc. | TELD0004996 | TELD0005008 | Giordano 03 | 1002 | | |
| 01276 | | 01/01/1989 | Patent License Agreement between American Telephone and Telegraph Co. and Bell Communications Research, Inc. | TELD0005045 | TELD0005058 | Giordano 04 | | | |
| 01277 | | 12/00/1994 | GR-253-CORE, Issue 1- Synchronous Optical Network (SONET) Transportation Systems: Common Generic Criteria | TELC0256760 | TELC0256792 | | 1002 | | |
| 01278 | | 12/00/1997 | GR-253 CORE, Issue 2 w/ Revision 1- Synchronous Optical Network (SONET) Transportation Systems: Common Generic Criteria | TELC0285541 | TELC0285573 | | 1002 | | |
| 01279 | | 01/00/1997 | GR-253-CORE, Issue 2 with Revision 2- Synchronous Optical Network (SONET) Transportation Systems: Common Generic Criteria | TELC0286296 | TELC0286324 | | 1002 | | |
| 01280 | | 06/27/1997 | WITHDRAWN<br><br>Generic Requirements Participation Agreement between Alcatel and Bellcore | TELC0000550 | TELC0000563 | | | | |

Telcordia's Exhibit List

| 01281 | | 05/01/1998 | WITHDRAWN<br><br>Generic Requirements Participation Agreement between Alcatel and Bellcore | TELC0001162 | TELC0001177 | | | | |
|-------|---|-----------|---|---|---|---|---|---|---|
| 01282 | | 04/05/1999 | WITHDRAWN<br><br>Alcatel Completes Tender Offer for Xylan Corporation | | | | | | |
| 01283 | | 04/12/1999 | Letter informing Newbridge that Telcordia intends to enforce its patent portfolio against all infringers | TELC0259978 | TELC0259978 | | | | |
| 01284 | | 05/25/2000 | WITHDRAWN<br><br>Alcatel Completes its Acquisition of Newbridge Networks | | | | | | |
| 01285 | | 06/02/2005 | WITHDRAWN<br><br>Letter regarding licensing the '633 patent to Alcatel Canada | TELC0302345 | TELC0302348 | | | | |
| 01286 | | 06/17/2005 | WITHDRAWN<br><br>Letter regarding the connection between outstanding issues regarding the expired Newbridge license of the '633 patent and granting a license of the '633 patent to Alcatel Canada | | | | | | |
| 01287 | | 11/21/2000 | Letter addressing the requests for more information made by Mr. Berres in his November 17, 2000 letter | TELC0256703 | TELC0256704 | | | | |

Telcordia's Exhibit List

| 01288 | | 06/13/2002 | WITHDRAWN<br><br>Letter regarding deteriorating tenor of patent licensing negotiations | TELC0271760 | TELC0271761 .001 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01289 | | 12/16/2004 | WITHDRAWN<br><br>Telcordia's Patent Presentation to Alcatel | | | | | | |
| 01290 | | 03/16/2005 | WITHDRAWN<br><br>Letter requesting the renewal the July 17, 1999 patent license agreement | TELC0298868 | TELC0298869 | | | | |
| 01291 | | 12/16/2004 | E-mail attaching a copy of the Q2/Q3 royalty report | TELC0257504 | TELC0257505 | | | | |
| 01292 | | 04/04/2005 | WITHDRAWN<br><br>Letter responding to Don Burley's March 25, 2005 letter and requesting terms offered to the rest of the industry for the '633 patent | TELC0256323 | TELC0256325 | | | | |
| 01293 | | 03/25/2005 | WITHDRAWN<br><br>Letter outlining issues that must be addressed before Telcordia can enter into good-faith negotiations on a license agrrement | TELC0297110 | TELC0297111 | | | | |
| 01294 | | 04/13/2005 | WITHDRAWN<br><br>Letter requesting missing royalty reports and the identification of all Alcatel products that implement SRTS | TELC0256326 | TELC0256329 | | | | |

Telcordia's Exhibit List

| 01295 | | 06/02/2005 | WITHDRAWN<br><br>Letter informing Alcatel that Telcordia is willing to enter into a license agreement with Alcatel and that Telcordia must decide whether to add the '633 patent to the case against Alcatel by June 14 | TELC0302342 | TELC0302344 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01296 | | 03/11/2005 | WITHDRAWN<br><br>Letter regarding the question of whether Alcatel is license under the '306 and '633 patents | TELC0257489 | TELC0257491 | | | | |
| 01297 | | 10/11/1988 | Letter informing ANSI that Bellcore believes it holds patents for inventions that are required for implementation of ANSI T1.105-1988 | TELD0014967 | TELD0014968 | | | | |
| 01298 | | 11/25/1997 | Generic Requirements Participation Agreement between Lucent Technologies and Bellcore | TELC0002329 | TELC0002349 | | | | |
| 01299 | | 00/00/0000 | Product Index: Cisco MGX 8220 ATM Edge Concentrator, Cisco 75xx Series Routers and Cisco 3600 Frame Relay Access Device | TELC0222558 | TELC0222562 | | 801-802<br>1002 | | |
| 01300 | | 03/12/1999 | WITHDRAWN<br><br>Covenant Not to Sue between Bell Communications Research, Inc. and Mitel Corporation | | | | | | |

Telcordia's Exhibit List

| 01301 | | 01/15/2001 | WITHDRAWN<br><br>Subscription and License Agreement for Telcordia Copyrighted Publications and AXESS PointService between Telcordia and Alcatel USA | TELC0005411 | TELC0005420 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01302 | | 06/05/2002 | Infineon Technologies: IWE8 Interworking Element for 8 E1/T1 Lines PXB4219 / PXB4220 / PXB42221, Version 3.2 | TELC0293838<br>TELC0293855<br>TELC0293861 | TELC0293838<br>TELC0293855<br>TELC0293861 | | 401-403 | | |
| 01303 | | 05/00/2002 | PM73122  AAL1GATOR-32, ATM Adaption Layer 1 Segmentation and Reassembly Processor-32 Datasheet | P00001-0004143 | P00001-0004143 | | | | |
| 01304 | | 07/23/1997 | Patent License Agreement between Bell Communications Research, Inc. and Integrated Telecom Technology, Inc. | BEL 24179 | BEL 24206 | | | | |
| 01305 | | 12/06/1995 | Letter informing Bellcore that AT&T is restructuring and proposing an amendment to the Master Agreement for OSMINE in light of this change | TELC0670998 | TELC0670998 | | 401-403 | | |
| 01306 | | 00/00/0000 | 2000 to 2004 Sales Orders (Produced by CISCO 3/16/06, CSCO 0445 - 0001) | | | | | | |
| 01307 | | 00/00/0000 | 2005 Sales Orders (Produced by CISCO 3/16/06, CSCO 0445 - 0001) | | | | | | |
| 01308 | | 00/00/0000 | 2006 Year to Date (3/10) Sales Orders (Produced by CISCO 3/16/06, CSCO 0445 - 0001) | | | | | | |
| 01309 | | 00/00/0000 | LU 3027742 - Lucent Financial and Sales Data | LU 3027742 | LU 3027742 | | | | |
| 01310 | | 00/00/0000 | LU 3027743 - Lucent Financial and Sales Data | LU 3027743 | LU 3027743 | | | | |

Telcordia's Exhibit List

| 01311 | | 00/00/0000 | LU 3027744 - Lucent Financial and Sales Data | LU 3027744 | LU 3027744 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01312 | | 00/00/0000 | LU 3027745 - Lucent Financial and Sales Data | LU 3027745 | LU 3027745 | | | | |
| 01313 | | 00/00/0000 | LU 3027746 - Lucent Financial and Sales Data | LU 3027746 | LU 3027746 | | | | |
| 01314 | | 00/00/0000 | LU 3027747 - Lucent Financial and Sales Data | LU 3027747 | LU 3027747 | | | | |
| 01315 | | 00/00/0000 | Charts, summaries, and/or calculations of voluminous material, including financial and sales records, pursuant to Federal Rule of Evidence 1006 | | | | 401-403 801-802 901 1002 | | |
| 01316 | | | United States v. American Tel. & Tel. Co., 552 F. Supp. 131 (D.D.C. 1982) | | | | 401-403 | | |
| 01317 | | | United States v. West. Elec. Co., 673 F. Supp. 525 (D.D.C. 1987) | | | | 401-403 | | |
| 01318 | | | United States v. West. Elec. Co., 900 F.2d 283 (D.D.C. 1990) | | | | 401-403 | | |
| 01319 | | | United States v. West. Elec. Co., 569 F. Supp. 1057 (D.D.C. 1983) | | | | 401-403 | | |
| 01320 | | | H.R. Rep. No. 104-458 (1996) (Conf. Rep.), 440 PLI/Pat (May 6, 1996) | | | | 401-403 | | |

Telcordia's Exhibit List

| 01321 | | | Report and Order, IN THE MATTER OF IMPLEMENTATION OF SECTION 273(D)(5) OF THE COMMUNICATIONS ACT OF 1934, AS AMENDED BY THE TELECOMMUNICATIONS ACT OF 1996 -- DISPUTE RESOLUTION REGARDING EQUIPMENT STANDARDS, GC Docket No. 96-42, FCC 96-205, 11 F.C.C.R. 12,955, 1996 WL 711013 (F.C.C. May 7, 1996) | | | | 401-403 | | |
| 01322 | | | First Report and Order, IN THE MATTER OF IMPLEMENTATION OF THE LOCAL COMPETITION PROVISIONS IN THE TELECOMMUNICATIONS ACT OF 1996, CC Docket No. 96-98, Interconnection between Local Exchange Carriers and Commercial Mobile Radio Service Providers, CC Docket No. 95-185, FCC 96-325, 11 F.C.C.R. 15,499, 1996 WL 452885 (F.C.C. August 8, 1996) | | | | 401-403 | | |
| 01323 | | | Notice of Proposed Rulemaking, IN THE MATTER OF IMPLEMENTATION OF SECTION 273 OF THE COMMUNICATIONS ACT OF 1934, AS AMENDED BY THE TELECOMMUNICATIONS ACT OF 1996, CC Docket No. 96-254, FCC 96-472, 11 F.C.C.R. 21,784, 1996 WL 714310 (F.C.C. December 11, 1996) | | | | 401-403 | | |

Telcordia's Exhibit List

| 01324 | | | First Report and Order and Further Notice of Proposed Rulemaking,IN THE MATTER OF IMPLEMENTATION OF THE NON-ACCOUNTING SAFEGUARDS OF SECTIONS 271 AND 272 OF THE COMMUNICATIONS ACT OF 1934, AS AMENDED, CC Docket No. 96-149, FCC 96-489, 11 F.C.C.R. 21,905, 13 F.C.C.R. 11,230, 1996 WL 734160 (F.C.C. December 24, 1996) | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01325 | | | Second Further Notice of Proposed Rulemaking, IN MATTER OF IMPLEMENTATION OF THE LOCAL COMPETITION PROVISIONS IN THE TELECOMMUNICATIONS ACT OF 1996, INTERCONNECTION BETWEEN LOCAL EXCHANGE CARRIERS AND COMMERCIAL MOBILE RADIO SERVICE PROVIDERS, CC Docket No. 96-98, CC Docket No. 95-185, FCC 99-70, 14 F.C.C.R. 8694, 1999 WL 221834 (F.C.C. April 16, 1999) | | | | 401-403 | | |
| 01326 | | | Third Report and Order and Fourth Further Notice of Proposed Rulemaking, IN THE MATTER OF IMPLEMENTATION OF THE LOCAL COMPETITION PROVISIONS OF THE TELECOMMUNICATIONS ACT OF 1996, CC Docket No. 96-98, FCC 99-238, 15 F.C.C.R. 3696, 16 F.C.C.R. 1724, 1999 WL 1008985 (F.C.C. November 5, 1999) | | | | 401-403 | | |

Telcordia's Exhibit List

| 01327 | | | Memorandum Opinion and Order, IN THE MATTER OF IMPLEMENTATION OF SECTION 273 OF THE COMMUNICATIONS ACT OF 1934, AS AMENDED BY THE TELECOMMUNICATIONS ACT OF 1996, CC Docket No. 96-254, FCC 03-220, 18 F.C.C.R. 18,896, 2003 WL 22128370 (F.C.C. September 16, 2003) | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01328 | | | WITHDRAWN<br><br>Memorandum Opinion and Order, IN THE MATTER OF IMPLEMENTATION OF SECTION 273 OF THE COMMUNICATIONS ACT OF 1934, AS AMENDED BY THE TELECOMMUNICATIONS ACT OF 1996, CC Docket No. 96-254, FCC 03-220, 18 F.C.C.R. 18,896, 2003 WL 22128370 (F.C.C. September 16, 2003) | | | | | | |
| 01329 | | | Maryland v. U.S., 460 U.S. 1001 (1983) | | | | 401-403 | | |
| 01330 | | | United States v. Am. Tel. & Tel. Co., 714 F. 2d 178 (D.C. Cir 1983) | | | | 401-403 | | |
| 01331 | | | KWF Indus. Inc. v. Am. Tel. & Tel. Co., 592 F. Supp 795 (D.D.C. 1984) | | | | 401-403 | | |
| 01332 | | | United States v. West. Elec. Co., 627 F. Supp. 1090 (D.D.C. 1986) | | | | 401-403 | | |
| 01333 | | | United States West, Inc. v. Unites States, 480 U.S. 922 (1987) | | | | 401-403 | | |
| 01334 | | | United States v. West. Elec. Co., 690 F. Supp. 22 (D.D.C. 1988) | | | | 401-403 | | |

Telcordia's Exhibit List

| 01335 | | | MCI Commc'n Corp. v. United States, 498 U.S 911 (1990) | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01336 | | | United States v. West. Elec. Co., 767 F. Supp. 308 (D.D.C. 1991) | | | | 401-403 | | |
| 01337 | | | American Newspaper Publishers Ass'n v. United States, 502 U.S. 932 (1991) | | | | 401-403 | | |
| 01338 | | | United States v. West. Elec. Co., 993 F.2d 1572 (D.C. Cir. 1993) | | | | 401-403 | | |
| 01339 | | | Consumer Fed'n of Am. v. United States, 510 U.S. 984 (1993) | | | | 401-403 | | |
| 01340 | | | United States v. West. Elec. Co., 890 F. Supp. 1 (D.D.C. 1995) | | | | 401-403 | | |
| 01341 | | | United States v. West. Elec. Co., 84 F.3d 1452 (D.C. Cir. 1996) | | | | 401-403 | | |
| 01342 | | | United States v. West. Elec. Co., 1996 WL 255904, (D.D.C. 1996) | | | | 401-403 | | |
| 01343 | | | United States v. West. Elec. Co., 797 F.2d 1082 (D.C. Cir 1983) | | | | 401-403 | | |
| 01344 | | | All Telcordia responses and supplemental responses to Cisco and Lucent interrogatories | | | | | | |
| 01345 | | | All Cisco and Lucent responses and supplemental responses to Telcordia interrogatories | | | | | | |
| 01346 | | 07/21/2006 | Expert Report of Paul Prucnal Regarding Validity of U.S. Patent No. 4,893,306 | | | | 801-802 | | |
| 01347 | | 10/20/2006 | Answering Brief of Plaintiff Telcordia Technologies, Inc. in Opposition to Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,893,306 Based on Best Mode Violation | | | | 401-403 | | |

Telcordia's Exhibit List

| 01348 | | 11/06/2006 | Reply Brief of Plaintiff Telcordia Technologies, Inc. in Support of Its Motion for Partial Summary Judgment That The '306 Patent Is Not Invalid or for Lack of Enablement | | | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01349 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Resource, Inc. and Ameritech Corporation | BEL162689 | BEL162821 | | | | |
| 01350 | | 09/09/2005 | Patent License Agreement between Telcordia Technologies, Inc. and Terawave Communications, Inc. | TELL0009137 | TELL0009158 | | | | |
| 01351 | | 08/14/1997 | Patent License Agreement between Bell Communications Research, Inc. and FORE Systems, Inc.  Relating to ATM Equipment | BEL132821 | BEL132845 | | | | |
| 01352 | | 09/27/2000 | License Agreement between Telcordia Technologies, Inc. and Science Applications International, Inc. (SAIC) | TELC0271359 | TELC0271372 | | | | |
| 01353 | | 03/15/2005 | Cross-License Agreememnt between Science Applications International Corporation (SAIC) and Telcordia Technologies, Inc. | TELC0374839 | TELC0374852 | | | | |
| 01354 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and U.S. West Communications, Inc. | BEL163188 | BEL163317 | | | | |
| 01355 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services between Bell Communications Research, Inc. and Pacific Bell | BEL163047 | BEL163124 | | | | |

Telcordia's Exhibit List

| 01356 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Southwestern Bell Telephone Company | BEL162917 | BEL163046 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01357 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Bell Atlantic Science & Technology, Inc. | BEL163489 | BEL163621 | | | | |
| 01358 | | 11/14/1997 | Amended and Restated Master Agreement for Software and Services by and between Bell Communications Research, Inc. and Bellsouth Telecommunications, Inc. | BEL163318 | BEL163621 | | | | |
| 01359 | | 06/05/2005 | Cisco Catalyst 8500 Series Multiservice Switch Routers Clocking Requirements for the LightStream 1010, Catalyst 8510-MSR and Catalyst 8540-MSR | CSCO 0695-0180 | CSCO 0695-0192 | | | | |
| 01360 | | 05/00/1999 | Cisco MGX 8850 Installation and Configuration Relase 1.1.00 | CSCO 0026-0407 | CSCO 0026-0662 | | 401-403 | | |
| 01361 | | 00/00/0000 | Definition of the term "AAL1gator" from Wikipedia | | | Holden 3 | 801-802 901 | | |
| 01362 | | 01/00/2000 | AAL1gator Product Family Technical Overview, Preliminary Issue 1: January 2000 | | | Holden 4 | | | |
| 01363 | | 01/00/1999 | PM73121 AAL1gator II AAL1 Segmentation and Reassembly Processor Data Sheet Issue 3  **DEFENDANTS' TRIAL EXHIBIT # 2192** | P00002-0000001 | P00002-0000223 | Holden 6 | | | |
| 01364 | | 06/04/2002 | AAL1gator-4/8 Telecom Standard Product Data Sheet (Release) | P00002-0000224 | P00002-0000525 | Holden 8 | | | |

Telcordia's Exhibit List

| 01365 | 04/17/2002 | PM73122 AAL1gator-32 32 Link CES/DBCES AAL1 SAR Processor (AALIGATOR-32) Telecom Released Standard Product Engineering Document Issue 10  **DEFENDANTS' TRIAL EXHIBIT # 2193** | PMCX000003 7.00001 | PMCX000003 7.00798 | Holden 9 | | | |
|---|---|---|---|---|---|---|---|---|
| 01366 | 01/00/1999 | PM73121 AAL1gator II AAL1 Segmentation and Reassembly Processor Data Sheet Issue 3 | | | Holden 10 | | | |
| 01367 | 01/07/2002 | PM7204 DA1SP Dual AAL1 SAR Processor Telecom System Block Engineering Document Issue 4 | PMCX000004 1.00001 | PMCX000004 1.00365 | Holden 11 | | | |
| 01368 | 06/00/2000 | Cisco LightStream 1010 - 5Gbps Modular Switch | | | Clark 2/8/07 Report Ex. 13 | | | |
| 01369 | 06/00/2000 | Catalyst 8500 Series - Modular, Multimedia Switch/Routers | | | Clark 2/8/07 Report Ex. 14 | | | |
| 01370 | 06/00/2000 | Cisco MGX 8220 - Edge Concentrator | | | Clark 2/8/07 Report Ex. 17 | | | |
| 01371 | 06/00/2002 | Cisco MGX 8230 Edge Concentrator Data Sheet | | | Clark 2/8/07 Report Ex. 18 | | | |
| 01372 | 06/00/2002 | Cisco MGX 8250 Edge Concentrator Data Sheet | | | Clark 2/8/07 Report Ex. 19 | | | |
| 01373 | 09/00/2004 | Cisco MGX 8830 Multiservice Switch Data Sheet | | | Clark 2/8/07 Report Ex. 20 | | | |
| 01374 | 06/00/2000 | Cisco MGX 8850 - Wide-Area IP+ATM Switch | | | Clark 2/8/07 Report Ex. 21 | | | |
| 01375 | 03/00/2000 | Cisco MGX-AX-CESM-8T1/8E1 Circuit Emulation Service Modules | | | Clark 2/8/07 Report Ex. | | | |

Telcordia's Exhibit List

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Data Sheet | | | 22 | | | |
| 01376 | | 11/00/2004 | Cisco 8 Port T1 E1 Multiprotocol Service Module for the Cisco MGX 8800 Series Switches and the Cisco MGX 8200 Series Edge Concentrators Data Sheet | | | Clark 2/8/07 Report Ex. 23 | | | |
| 01377 | | 07/00/2005 | Cisco MGX 8800 Series 16-Port T1/E1 Multiprotocol Service Module Data Sheet | | | Clark 2/8/07 Report Ex. 24 | | | |
| 01378 | | 06/00/2000 | Cisco MGX 8240 Series - Private Line Gateway | | | Clark 2/8/07 Report Ex. 25 | | | |
| 01379 | | 07/00/2000 | Cisco MGX 8240 Hardware User's Guide Chapter 1: Theory of Operation and Architecture | | | Clark 2/8/07 Report Ex. 26 | | | |
| 01380 | | 06/00/2000 | Cisco MGX 8260 - Media Gateway | | | Clark 2/8/07 Report Ex. 27 | | | |
| 01381 | | 06/00/2000 | Cisco IGX 8400 Series - Multiservice WAN Switches | | | Clark 2/8/07 Report Ex. 30 | | | |
| 01382 | | 00/00/0000 | Cisco IGX 8400 Series Installation and Configuration, Release 9.3.0 Appendix E: Service Expansion Shelf Feeder | | | Clark 2/8/07 Report Ex. 32 | 401-403 | | |
| 01383 | | 08/00/1999 | Service Expansion Shelf (SES) Data Sheet | CLA 0282753 | CLA 0282755 | Clark 2/8/07 Report Ex. 33 | 401-403 | | |
| 01384 | | 06/00/2000 | Cisco 3600 Series - Modular, High-Density Access Routers | | | Clark 2/8/07 Report Ex. 39 | | | |
| 01385 | | 06/00/2000 | Cisco 7200 Series - Cisco 7204, 7204VXR, 7206, 7206VXR Routers | | | Clark 2/8/07 Report Ex. 40 | | | |
| 01386 | | 06/00/2000 | Cisco uBR7246 - Universal Broadband Router | | | Clark 2/8/07 Report Ex. 41 | 401-403 | | |
| 01387 | | 00/00/0000 | Hardware and Software Compatibility Matrix | | | Clark 2/8/07 Report Ex. 42 | 401-403 901 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01388 | | 11/15/2000 | MicroClock MK2048 Communications Frequency Generator (Preliminary Information) | | | Clark 2/8/07 Report Ex. 51 | 401-403 901 | |
| 01389 | | 06/25/2003 | Unit Test Plan MPSM: Circuit Emulation Service (Revision A) | CSCO 0206-2105 | CSCO 0206-2152 | Clark 2/8/07 Report Ex. 92.1 | 401-403 801-802 | |
| 01390 | | 03/13/2003 | Unit Test Plan MPSM: Card Manager and PXM1 (Revision 1.1) | CSCO 0185-2331 | CSCO 0185-2390 | Clark 2/8/07 Report Ex. 92.2 | 401-402 801-802 | |
| 01391 | | | CBX Multiservice Edge Switch Portfolio | | | Clark 2/8/07 Report Ex. 168 | 801-802 | |
| 01392 | | 09/00/1999 | Mitel Semiconductor Document: MT9044 T1/E1/OC3 System Synchronizer Advance Information Issue 3 | | | Clark 2/8/07 Report Ex. 172 | 401-403 801-802 | |
| 01393 | | 11/00/2003 | Zarlink Semiconductor Document: MT9043 T1/E1 System Synchronizer Data Sheet | | | Clark 2/8/07 Report Ex. 173 | 401-403 801-802 | |
| 01394 | | 04/00/2004 | Zarlink Semiconductor Document: MT9046 T1/E1 System Synchronizer with Holdover Data Sheet | | | Clark 2/8/07 Report Ex. 174 | 401-403 801-802 | |
| 01395 | | 03/00/1999 | Freescale Semiconductor, Inc. Motorola Semiconductor Technical Data MPC9109 Low Voltage 1:18 Clock Distribution Chip | | | Clark 2/8/07 Report Ex. 175 | 401-403 801-802 | |
| 01396 | | | Lightstream 1010 Chassis (including a WAI-T1C-4RJ48) | | | | | |
| 01397 | | | CESM-8T1 module | | | | | |
| 01398 | | | Although briefing on motions in limine is ongoing, Telcordia hereby designates all exhibits that will be attached to its answers to defendants' motions in limine and its replies in support of its motions in limine. | | | | Defendants reserve the right to object if and when Telcordia is allowed to | |

Telcordia's Exhibit List

| | | | | | | | include any unidentified motion in limine exhibits | | |
|---|---|---|---|---|---|---|---|---|---|
| 01399 | | 08/00/1999 | Gateway Asynchronous Transfer Mode (ATM) Switch Evaluation Report | CSCO 0598-2315 | CSCO 0598-2393 | | 401-403 801-802 1002 | | |
| 01400 | | 10/00/1998 | Cisco Product Catalog | CLA 0020110 | CLA 0021013 | | 401-403 | | |
| 01401 | | | CO DSL Product Marketing Product Requirements Document NI-2+ Network Interface Updates Revision 0.4 | CSCO 0186-0125 | CSCO 0186-0140 | | 401-403 801-802 901 | | |
| 01402 | | 06/25/2004 | Patent License Agreement between Telcordia Technologies, Inc. and Marconi Communications, Inc. and Marconi Corporation PLC | CSCO 0643-0029 | CSCO 0643-0074 | | 401-403 | | |
| 01403 | | 11/29/1994 | Request for Proposal Control No. LJ-94-012-FSM Asynchronous Transfer Mode (ATM) Switching System | CSCO 0687-1125 | CSCO 0687-1301 | | 401-403 801-802 901 | | |
| 01404 | | 00/00/2001 | Catalyst 8500 Family of Switches RFP Boilerplate | CSCO 0038-1699 | CSCO 0038-1739 | | 401-403 901 | | |
| 01405 | | 00/00/0000 | Chapter 2: Introducing the MGX 8850 Switch | CLA 0302252 | CLA 0302257 | | 1002 | | |
| 01406 | | 00/00/0000 | Telcordia.com: Telcordia IP and Patents | CSCO 0643-0018 | CSCO 0643-0021 | | 401-402 801-802 | | |
| 01407 | | 08/19/1999 | Press Release: Lucent Technology leads the ATM Access market according to latest IDC report | LU 2400315 | LU 2400316 | | 401-403 801-802 | | |
| 01408 | | 10/00/1997 | The Pelorus Group, "Asynchronous Transfer Mode: The Next Five Years" **DEFENDANTS' TRIAL EXHIBIT #2070 | TELC0259329 | TELC0259647 | | | | |
| 01409 | | 00/00/0000 | R.W. Lucky, S. Moyer, W.D. Sincoskie, "Is Research Profitable? A Five Year Study of Telcordia's Applied Research Unit" | TELC0311200 | TELC0311209 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **DEFENDANTS' TRIAL EXHIBIT #2690 | | | | | |
| 01410 | | 05/28/1997 | Letter from Kieth Zar, Assistant General Counsel for General Instruments Corporation to Bell Communications Research Re: Certain Agreements | TELL0005104 | TELL0005105 | | 401-403 | |
| 01411 | | 00/00/0000 | Patent Assignment for United States Patent 4,893,306 | | | | | |
| 01412 | | 02/14/2007 | Patent License Agreement between Telcordia Technologies, Inc. and Meriton Networks Inc. | TELL0011396 | TELL0011410 | | no opportunity to perform discovery; Defendants reserve the right to include additional exhibits relating to this agreement if and when Telcordia is allowed to rely on it | |
| 01413 | | 01/01/2007 | Patent License Agreement between Telcordia Technologies, Inc. and Entrisphere, Inc. | TELL0011411 | TELL0011427 | | no opportunity to perform discovery; Defendants reserve the right to include additional exhibits relating to this agreement if and when Telcordia is allowed to rely on it | |
| 01414 | | 02/00/2007 | Financial information and stock | | | | 401-403 | |

| | | | charts<br>www.cisco.com (see, e.g.,<br>http://investor.cisco.com/phoenix.zht<br>ml?c=81192&p=irol-stockChart) | | | | 1002<br>Defendants<br>reserve the<br>right to object<br>if and when<br>Telcordia is<br>allowed to<br>include any<br>unidentified<br>financial<br>information or<br>stock charts | | |
|---|---|---|---|---|---|---|---|---|---|
| 01415 | | 02/00/2007 | Publicly available information from<br>ITU-T Patents and Software<br>Copyrights Database, including ITU-<br>T Patent Statement and Licensing<br>Declaration Database<br><br>http://www.itu.int/ITU-<br>T/dbase/patent/index.html<br>(see, e.g. TELC2939834-35) | | | | Defendants<br>reserve the<br>right to object<br>if and when<br>Telcordia is<br>allowed to<br>include any<br>unidentified<br>ITU-T<br>documents | | |
| 01416 | | 05/04/1999 | May 4, 1999 letter from Martin<br>Sullivan to Houlin Zhao re: TSB<br>Patent Policy (General Patent<br>Statement and Licensing Declaration<br>attached) | TELC0258465 | TELC0258466 | | | | |
| 01417 | | 09/22/1998 | File History and References for<br>United States Patent 5,812,618 | | | | 401-403 | | |
| 01418 | | 04/21/1998 | File History and References for<br>United States Patent 5,742,649 | | | | 401-403 | | |
| 01419 | | 04/20/1999 | File History and References for<br>United States Patent 5,896,427 | | | | 401-403 | | |
| 01420 | | 10/13/1998 | File History and References for<br>United States Patent 5,822,383 | | | | 401-403 | | |
| 01421 | | 08/08/1989 | United States Patent 4,855,999 | BEL039082 | BEL039102 | | 401-403 | | |
| 01422 | | 05/23/1989 | United States Patent 4,833,671 | BEL039124 | BEL039143 | | 401-403 | | |

Telcordia's Exhibit List

| 01423 | | 04/04/1989 | United States Patent 4,819,226 | BEL039169 | BEL039189 | | 401-403 | | |
|---|---|---|---|---|---|---|---|---|---|
| 01424 | | 04/01/1997 | United States Patent 5,617,417 | | | | 401-403 | | |
| 01425 | | 04/03/2006 | Plaintiff Telcordia Technologies, Inc.'s Objections to Defendant Alcatel USA, Inc.'s Notice of Deposition of Thierry Houdoin | | | D.I.s 291 (Cisco) & 303 (Lucent), Ex. A | 401-403 | | |
| 01426 | | 11/11/2005 | Email from Stuart Sinder to Francois Jamet Regarding the Development of SRTS Standard | KK000066 | KK000068 | D.I.s 291 (Cisco) & 303 (Lucent), Ex. C | 401-403 | | |
| 01427 | | 03/01/2006 | Notice of Deposition of Thierry Houdoin | | | D.I.s 291 (Cisco) & 303 (Lucent), Ex. E | 401-403 | | |
| 01428 | | 03/30/2006 | Email from Clement Naples to Houtan Esfahani providing the contact info for the European Patent Attorney from France Telecom | | | D.I.s 291 (Cisco) & 303 (Lucent), Ex. F | 401-403 | | |
| 01429 | | 03/23/2006 | Email from Stuart Sinder to Steve Anzalone and John Williamson Regarding Depositions in France | | | D.I.s 291 (Cisco) & 303 (Lucent), Ex. G | 401-403 | | |
| 01430 | | 04/04/2006 | Email from Clement Naples to Houtan Esfahani confiming the depostion of Mr. Houdoin | | | D.I.s 291 (Cisco) & 303 (Lucent), Ex. H | 401-403 | | |
| 01431 | | 00/00/0000 | Cisco Prodcucts for Sale on ebay.com | | | D.I.s 298 (Cisco) & 309 (Lucent), Ex. M | 401-403 801-802 901 1002 | | |
| 01432 | | 07/20/2004 | Email from Dave Sincoskie to Vernon Anthony regarding Marconi | TELC0014374 | TELC0014375 | D.I.s 302 (Cisco) & 313 (Lucent), Ex. H | 401-403 801-802 | | |
| 01433 | | 00/00/0000 | Email attaching press release- SAIC Announces Plans to Auction | TELC0067695 | TELC0067695 | D.I.s 302 (Cisco) & | 401-403 801-802 | | |

Telcordia's Exhibit List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Telcordia | | | 313 (Lucent), Ex. I | | |
| 01434 | | 00/00/0000 | Telcordia Business Overview: Services- Applied Research | TELC0377610 | TELC0377610 | D.I.s 302 (Cisco) & 313 (Lucent), Ex. J | 401-402 801-802 | |
| 01435 | | 00/00/0000 | Telcorda ATM SONET Licensing Revenues | | | Giordano 14; D.I.s 302(Cisco) & 313 (Lucent), Ex. K | | |
| 01436 | | 00/00/0000 | Chart of companies acquired by Cisco | | | D.I.s 300 (Cisco) & 311 (Lucent), Ex. A | 901 | |
| 01437 | | 00/00/2002 | Cisco Systems (A) Evolution to E-Business | | | D.I.s 300 (Cisco) & 311 (Lucent), Ex. B | 401-403 801-802 | |
| 01438 | | 02/21/2007 | Cisco Systems Stock Information Chart www.cisco.com (see, e.g., http://investor.cisco.com/phoenix.zht ml?c=81192&p=irol-stockChart) | | | D.I.s 300 (Cisco) & 311 (Lucent), Ex. C | 401-403 1002 Defendants reserve the right to object if and when Telcordia is allowed to include any unidentified financial information or stock charts | |
| 01439 | | 02/21/2006 | Gi Ohana, "Standard-Setting Competition Law and the Ex Ante Debate: Presentation to ETSI SOS Interoperability III Meeting" | | | D.I.s 300 (Cisco) & 311 (Lucent), Ex. G | 401-403 801-802 | |

# EXHIBIT C3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-876-GMS |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| _____ | ) | |

## EXHIBIT C3:

## TELCORDIA'S LIST OF DEMONSTRATIVES
## AND EXPERIMENTS

Plaintiff Telcordia Technologies Inc. ("Telcordia") hereby submits its list of proposed demonstratives and experiments as of January 17, 2007. The parties agree that they will disclose any demonstrative exhibits intended to be used at trial by at least 9:00 p.m. the day before such exhibits are used in order to permit any objections to be raised before any such demonstratives are used at trial. Telcordia reserves the right to submit additions and/or revisions to its demonstrative list after meeting and conferring with defendants Cisco Systems, Inc. ("Cisco") and Lucent Technologies, Inc. ("Lucent") on outstanding trial management issues, after reviewing the defendants' demonstrative lists, and after receiving the Court's rulings on the parties' respective motions *in limine*.

1. Animations, diagrams, time lines and/or pictures illustrating Telcordia's formation, corporate history, primary business responsibilities, commercial relationships, legal and statutory obligations, and/or corporate and ownership structure.

2. Animations, diagrams, and/or pictures demonstrating Cisco's and Lucent's infringement (both literal and under the doctrine of equivalents) of the claims in suit.

3. Animations, diagrams, and/or pictures demonstrating the structure and operation of Cisco's ONS 15310, 15305, 15327, 15454, 15455, and 15600 series products and/or components thereof.

4. Animations, diagrams, and/or pictures demonstrating the structure and operation of Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, and Cisco's 3600 series routers and/or components thereof.

5. Animations, diagrams, and/or pictures demonstrating the structure and operation of Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, and DMXpress Access Multiplexer and/or components thereof.

6. Animations, diagrams, and/or pictures demonstrating the structure and operation of Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, and 4500 products and/or components thereof.

7. Animations, diagrams, and/or pictures demonstrating the invention of U.S. Patent No. 4,893,306.

8. Animations, diagrams, and/or pictures demonstrating the invention of U.S. Patent No. Re. 36,633.

9. Animations, diagrams, and/or pictures demonstrating the invention of U.S. Patent No. 4,835,763.

10. Posters and/or pictures of the asserted claims.

11. Posters and/or pictures of briefs and accompanying exhibits, transcripts, and demonstratives in connection with the May 3, 2006, *Markman* hearing.

12. Animations, diagrams, and/or pictures demonstrating Cisco's and Lucent's infringement (both literal and under the doctrine of equivalents) of U.S. Patent

No. 4,835,763.

13. Animations, diagrams, and/or pictures comparing the asserted claims of U.S. Patent No. 4,835,763 to Cisco's ONS 15310, 15305, 15327, 15454, 15455, and 15600 series products and/or components thereof.

14. Demonstrations of direct infringement using Cisco's ONS 15310, 15305, 15327, 15454, 15455, and 15600 series products and/or components thereof.

15. Animations, diagrams, and/or pictures comparing the asserted claims of U.S. Patent No. 4,835,763 to Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, and DMXpress Access Multiplexer and/or components thereof.

16. Demonstrations of direct infringement using Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, and DMXpress Access Multiplexer and/or components thereof.

17. Animations, diagrams, time lines and/or pictures illustrating the standardization of SRTS technology.

18. Animations, diagrams, time lines and/or pictures illustrating Cisco's and Lucent's practice of standardized SRTS technology.

19. Animations, diagrams, time lines and/or pictures illustrating the relationship between standardized SRTS technology and Telcordia's U.S. Patent No. Re. 36,633.

20. Animations, diagrams, and/or pictures demonstrating Cisco's and Lucent's infringement (both literal and under the doctrine of equivalents) of U.S. Patent No. Re. 36,633.

21. Animations, diagrams, and/or pictures comparing the asserted claims of U.S. Patent No. Re. 36,633 to Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, and Cisco's 3600 series routers and/or components thereof.

22. Demonstrations of direct infringement using Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, and Cisco's 3600 series routers and/or components thereof.

23. Animations, diagrams, and/or pictures comparing the asserted claims of U.S. Patent No. Re. 36,633 to Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, and 4500 products and/or components thereof.

24. Demonstrations of direct infringement using Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300, and 4500 products and/or components thereof.

25. Animations, diagrams, time lines, and/or pictures illustrating Cisco's and Lucent's willful infringement.

26. Animations, diagrams, time lines, and/or pictures illustrating communications between Cisco and Telcordia demonstrating Cisco's willful infringement.

27. Animations, diagrams, time lines, and/or pictures illustrating communications between Lucent and Telcordia demonstrating Lucent's willful infringement.

28. Animations, diagrams, time lines, and/or pictures illustrating Cisco's market activity, product introductions, marketing, sales, market share, commercial relationships, and communications with Telcordia demonstrating Cisco's willful infringement and Telcordia's entitlement to damages.

29. Animations, diagrams, time lines, and/or pictures illustrating Lucent's market activity, product introductions, marketing, sales, market share, commercial relationships, and communications with Telcordia demonstrating Lucent's willful infringement and Telcordia's entitlement to damages.

30. Animations diagrams, time lines, and/or pictures illustrating the licensing of Telcordia's patents.

31. Animations, diagrams, time lines, and/or pictures explaining GR-1400 and/or comparing GR-1400 to the accused products and the '763 patent.

32. Animations, diagrams, time lines, and/or pictures explaining the SRTS technology disclosed in ANSI T1.630, ITU I.363.1, and/or ATM Forum af-vtoa-0078.000; and/or comparing these standards and specifications to the accused products and the '633 patent.

33. Animations, diagrams, time lines, spread sheets, charts, and/or pictures reflecting summaries of voluminous material, including financial and sales records, pursuant to Federal Rule of Evidence 1006.

34. Charts, summaries, and/or calculations of voluminous material, including financial and sales records, pursuant to Federal Rule of Evidence 1006.

# EXHIBIT C4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TELCORDIA TECHNOLOGIES, INC.,            )
                                          )
    Plaintiff/Counterclaim Defendant,     )
                                          )
           v.                           )        C.A. No. 04-875-GMS
                                          )
LUCENT TECHNOLOGIES, INC.,                )
                                          )
    Defendant/Counterclaim Plaintiff.     )
_____)
TELCORDIA TECHNOLOGIES, INC.,            )
                                          )
    Plaintiff/Counterclaim Defendant,     )
                                          )
           v.                           )        C.A. No. 04-876-GMS
                                          )
CISCO SYSTEMS, INC.,                      )
                                          )
    Defendant/Counterclaim Plaintiff.     )
_____)

**EXHIBIT C4:  DEFENDANTS' LIST OF DEMONSTRATIVES**
**AND EXPERIMENTS**

        Defendants Cisco and Lucent hereby submit their list of proposed demonstratives and experiments as of February 1, 2007.  The parties agree that they will disclose any demonstrative exhibits intended to be used at trial by at least 9:00 p.m. the night before such exhibits are intended to be used, and will provide any revisions by 7:00 a.m. the morning such exhibits are intended to be used, in order to permit any objections to be raised before any such demonstratives are used at trial.

        Defendants reserve the right to submit additions and/or revisions to their demonstrative list after meeting and conferring with Telcordia on outstanding trial management issues and after receiving the Court's rulings on the parties' respective motions *in limine*.

1. Animations, diagrams, time lines, posters and/or pictures illustrating Cisco's formation, technology, corporate history, primary business responsibilities, commercial relationships, finances, legal and statutory obligations, and/or corporate and ownership structure.

2. Animations, diagrams, time lines, posters and/or pictures illustrating Lucent's formation, technology, corporate history, primary business responsibilities, commercial relationships, finances, legal and statutory obligations, and/or corporate and ownership structure.

3. Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia's formation, corporate history, primary business responsibilities, commercial relationships, finances, legal and statutory obligations, and/or corporate and ownership structure.

4. Animations, diagrams, time lines, posters and/or pictures illustrating the history and structure of Telcordia's Intellectual Capital Products group.

5. Animations, diagrams, time lines, posters and/or pictures demonstrating the invalidity of U.S. Patent No. 4,893,306.

6. Animations, diagrams, time lines, posters and/or pictures demonstrating that U.S. Patent No. 4,893,306 is unenforceable due to inequitable conduct.

7. Animations, diagrams, time lines, posters and/or pictures demonstrating the invalidity of U.S. Patent No. Re. 36,633.

8. Animations, diagrams, time lines, posters and/or pictures demonstrating that U.S. Patent No. Re. 36,633 is unenforceable due to inequitable conduct.

9. Animations, diagrams, time lines, posters and/or pictures demonstrating the invalidity of U.S. Patent No. 4,835,763.

10. Animations, diagrams, time lines, posters and/or pictures demonstrating that U.S. Patent No. 4,835,763 is unenforceable due to inequitable conduct.

11. Animations, demonstrations, diagrams, time lines, posters and/or pictures describing the features, functionality and deployment of Cisco's MGX 8200 and 8800 series products, Cisco's LightStream 1010 series products, Cisco's Catalyst 8510 and 8540 series products, Cisco's IGX 8400 series products, Cisco's IP Transfer Point products, Cisco's 7200 series routers, and Cisco's 3600 series routers, the modules accused of infringement, and/or components thereof.

12. Animations, demonstrations, diagrams, time lines, posters and/or pictures describing the features, functionality and deployment of Lucent's CBX-500, CBX-3500, GX-550, and PSAX 1000, 1250, 2300 and 455 products, the modules accused of infringement, and/or components thereof.

2

13. Animations, demonstrations, diagrams, time lines, posters and/or pictures describing the features and functionality of Cisco's ONS 15310, 15305, 15327, 15454, and 15600 series products and/or components thereof.

14. Animations, demonstrations, diagrams, time lines, posters and/or pictures describing the features and functionality of Lucent's DMX Access Multiplexer, DMXtend Access Multiplexer, DMXplore Access Multiplexer, DMXpress Access Multiplexer and/or components thereof.

15. Animations, diagrams, time lines, posters and/or pictures explaining the subject matter claimed in U.S. Patent No. 4,893,306.

16. Animations, diagrams, time lines, posters and/or pictures explaining the subject matter claimed in U.S. Patent No. Re. 36,633.

17. Animations, diagrams, time lines, posters and/or pictures explaining the subject matter claimed in U.S. Patent No. 4,835,763.

18. Animations, diagrams, time lines, posters and/or pictures of the asserted claims in U.S. Patent No. 4,893,306.

19. Animations, diagrams, time lines, posters and/or pictures of the asserted claims in U.S. Patent No. Re. 36,633.

20. Animations, diagrams, time lines, posters and/or pictures of the asserted claims in U.S. Patent No. 4,835,763.

21. Animations, diagrams, time lines, posters and/or pictures of briefs and accompanying exhibits, transcripts, and demonstratives in connection with the *Markman* hearing and the Court's Claim Construction Order.

22. Animations, diagrams, time lines, posters and/or pictures demonstrating that Cisco and Lucent do not infringe (either literally or under the doctrine of equivalents) U.S. Patent No. Re. 36,633.

23. Animations, diagrams, time lines, posters and/or pictures demonstrating that Cisco and Lucent do not infringe (either literally or under the doctrine of equivalents) U.S. Patent No. 4,835,763.

24. Animations, diagrams, time lines, posters and/or pictures demonstrating that Cisco and Lucent do not induce or contribute to the infringement of U.S. Patent No. Re. 36,633.

25. Animations, diagrams, time lines, posters and/or pictures demonstrating that Cisco and Lucent do not induce or contribute to the infringement of U.S. Patent No. 4,835,763.

26.    Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia licensing activity and revenues relating to U.S. Patent No. 4,893,306, U.S. Patent No. Re. 36,633, and U.S. Patent No. 4,835,763.

27.    Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia's failure to comply with the marking requirements of 35 U.S.C. § 287.

28.    Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia's pre-suit correspondence and discussions with Cisco and/or Lucent.

29.    Animations, diagrams, time lines, posters and/or pictures explaining ANSI T1.630, ITU 1.363.1, and/or ATM Forum af-vtoa-0078.000.

30.    Animations, diagrams, time lines, posters and/or pictures explaining GR-1400.

31.    Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia's conduct before the CCITT, ITU-T, ANSI, and the ATM Forum.

32.    Animations, diagrams, time lines, posters and/or pictures illustrating Telcordia's unreasonable, inexcusable and prejudicial delay in asserting its claims against Cisco and/or Lucent.

33.    Animations, diagrams, time lines, posters and/or pictures illustrating that Telcordia is equitably estopped from asserting its claims against Cisco and/or Lucent.

34.    Animations, diagrams, time lines, posters and/or pictures illustrating that Cisco is entitled to intervening rights for U.S. Patent No. Re. 36,633.

35.    Animations, diagrams, time lines, posters and/or pictures illustrating why Cisco and/or Lucent do not infringe U.S. Patent No. Re. 36,633 or U.S. Patent No. 4,835,763 willfully.

36.    Animations, diagrams, time lines, posters, spreadsheets, charts and/or pictures illustrating appropriate base values for Telcordia's damages, if any.

37.    Animations, diagrams, time lines, posters, spreadsheets, charts and/or pictures illustrating an appropriate royalty rate for the accused products, if any.

38.    Animations, diagrams, time lines, posters, spreadsheets, charts and/or pictures illustrating the application of the *Georgia-Pacific* factors for Telcordia's damages, if any.

39.    Animations, diagrams, time lines, posters, spreadsheets, charts and/or pictures reflecting summaries of voluminous material, including financial licensing and sales records, pursuant to Federal Rule of Evidence 1006.

40.     Charts, summaries and/or calculations of voluminous material pursuant to Federal Rule of Evidence 1006.

41.     Posters, pictures, enlargements or onscreen or other representations of trial exhibits or other documentary evidence.

42.     Posters, pictures, enlargements or onscreen or other representations of deposition testimony.

43.     Posters, pictures, enlargements or onscreen or other representations of pleadings and correspondence exchanged in the above captioned litigations.