IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELCORDIA TECHNOLOGIES, INC.,           )
                                        )
                Plaintiff,              )
                                        )
        v.                              )     C. A. No. 04-875-GMS
                                        )
LUCENT TECHNOLOGIES, INC.,              )
                                        )
                Defendant.              )

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Laura P. Masurovsky to represent the plaintiff in this matter.  Pursuant to this

Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is included to

cover the annual fee for the attorney listed above.

                        ASHBY & GEDDES

                        */s/ Tiffany Geyer Lydon*
                        _____
                        Steven J. Balick (I.D. # 2114)
                        John G. Day (I.D. # 2403)
                        Tiffany Geyer Lydon (I.D. #3950)
                        500 Delaware Avenue, 8th Floor
                        P.O. Box 1150
                        Wilmington, DE  19899
                        (302) 654-1888

                        *Attorneys for Plaintiff*

Dated:  March 15, 2007
178934.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-875-GMS |
| | ) | |
| LUCENT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This _____ day of _____, 2007, the Court having

considered the motion for the admission *pro hac vice* of Laura P. Masurovsky to represent the

plaintiff in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the

foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia, Maryland, Virginia and New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed:   Laura Masurovsky

Laura P. Masurovsky
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
Direct: (202) 408-4000
Fax: (202) 408-4400
E-mail: laura.masurovsky@finnegan.com

Dated: March 15, 2007