IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-875 (GMS) |
| | ) | |
| LUCENT TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-876 (GMS) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## **TITLE**

YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP

*/s/*
_____
John W. Shaw (#3362)
Monte T. Squire (I.D. #4764)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
  *Attorneys for Lucent Technologies, Inc.*

DATE

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/*
_____
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Cisco Systems, Inc.*