Civil Action Nos. 04-875 & 04-876 (GMS)

**ORDER**
**SCHEDULING DISCOVERY TELECONFERENCE**

IT IS HEREBY **ORDERED** that a discovery dispute telephone conference in these matters has been scheduled for **Friday, April 20, 2007, at 2:00 p.m.** Counsel with primary responsibility for this case shall participate by phone. Unless otherwise excused by the court, local counsel shall participate on the teleconference as well. Counsel for the plaintiff is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER **ORDERED** that the parties shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute no later than noon on **Thursday, April 19, 2007**.

                                                  /s/ Gregory M. Sleet
                                          UNITED STATES DISTRICT JUDGE