## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 26, 2007

The Honorable Gregory M. Sleet  *VIA E-FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Telcordia Technologies, Inc. v. Lucent Technologies, Inc.*
             C.A. No. 04-875 (GMS)

             *Telcordia Technologies, Inc. v. Cisco Systems, Inc.*
             C.A. No. 04-876 (GMS)

Dear Judge Sleet:

        At the March 30, 2007 Pretrial Conference, there was a discussion of revisions to the Preliminary Jury Instructions. At Your Honor's urging, the parties agreed to revisit the disputed instructions and attempt to reach an agreement as to the form. The two disputed issues were the definition of prior art in the "Parts of a Patent" instruction, and the presentation of disputed issues in the "Summary Of The Patent Issues" instruction. Early this week, Defendants provide counsel for Telcordia with a "redline" document reflecting their proposal as to these two disputes; in both cases, Defendants made minor textual edits to Telcordia's proposed instruction in an effort to achieve the objectives agreed upon at the Pretrial Conference. Although Defendants requested that Telcordia respond promptly with its views on their proposal, Defendants have not heard back from Telcordia.

        Because the jury will be selected and preliminarily charged tomorrow morning, Defendants are providing the Court with their proposed language. Accordingly, we attach for the Court's convenience: (1) a redline reflecting Defendants' proposed changes as sent to Telcordia earlier this week (Ex. A); and (2) a clean copy of the preliminary jury instructions without the

The Honorable Gregory M. Sleet
April 26, 2007
Page 2

parties' objections (Ex. B). We are also hand delivering a CD containing a WordPerfect version of these documents.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
Enclosure
cc:    Clerk of Court (by hand; w/ encl.)
        Steven J. Balick, Esquire (by e-mail and hand; w/ encl.)
        John W. Shaw, Esquire (by e-mail and hand; w/ encl.)
        John Williamson, Esquire (by e-mail; w/ encl.)
        Steven Cherny, Esquire (by e-mail; w/ encl.)
        Edward R. Reines, Esquire (by e-mail; w/ encl.)

812140.1