IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELCORDIA TECHNOLOGIES, INC.<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>ALCATEL S.A. and<br>ALCATEL USA, INC.,<br><br>    Defendants and<br>    Counterclaim Plaintiffs | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-874 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| TELCORDIA TECHNOLOGIES, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>LUCENT TECHNOLOGIES INC.<br><br>    Defendant and<br>    Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-875 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

It is stipulated and agreed, subject to the approval of the Court, that :

1.    The parties having settled the above-captioned actions with the execution of two documents, the Settlement Agreement among Telcordia Technologies, Inc., Alcatel Lucent, Alcatel USA, Inc. and Lucent Technologies Inc. ("Settlement Agreement"), executed on April 29, 2007, and the Non-Assertion Agreement among Telcordia Technologies, Inc., Alcatel Lucent, Alcatel USA, Inc. and Lucent Technologies Inc. ("Non-Assertion Agreement"), executed on April 29, 2007, all claims and counterclaims in the actions are dismissed with prejudice.

2.    The aforementioned dismissals with prejudice will have no effect on the presently pending suit entitled, Telcordia Technologies, Inc. v. Cisco Systems, Inc., Civil Action No. 04-876 GMS, which shall remain pending on the Court's docket notwithstanding and independently of this dismissal with prejudice.

3.    The Court will retain jurisdiction over the parties and will have the authority, among other things, to interpret and enforce both the Settlement Agreement and the Non-Assertion Agreement.

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| _____<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 654-1888<br><br>Attorneys for Plaintiff and Counterclaim Defendant Telcordia Technologies, Inc. | _____<br>Josy W. Ingersoll (I.D. #1088)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6672<br><br>Attorneys for Defendants and Counterclaim Plaintiffs<br>Alcatel USA, Inc. |
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_____<br>John W. Shaw (I.D. # 3362)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br><br>Attorneys for Defendant<br>Lucent Technologies Inc. |

SO ORDERED, this _____ day of _____, 2007.

_____