CLOSED, LEAD, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00875-GMS
### Internal Use Only

Telcordia Tech Inc. v. Lucent Technologies  
Assigned to: Judge Gregory M. Sleet  
Demand: $0  
Member case:  
   1:04-cv-00876-GMS  
Case in other court:  USDC/DE, 04cv874UNA  
                     USDC/DE, 04cv876et al  
                     USDC/DE, 98cv586JJF  
                     USDC/DE, 99cv357JJF  
Cause: 28:1338 Patent Infringement

Date Filed: 07/16/2004  
Date Terminated: 05/04/2007  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Telcordia Technologies Inc.**    represented by    **Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Fax: (302) 654-2067
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey Mason**
Pro Hac Vice
Email: geoff.mason@finnegan.com
*TERMINATED: 04/17/2007*

**John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

**John M. Williamson**
Pro Hac Vice
Email: john.williamson@finnegan.com
*ATTORNEY TO BE NOTICED*

**Tiffany Geyer Lydon**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: tlydon@ashby-geddes.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Lucent Technologies, Inc.** | represented by | **John W. Shaw** <br> Young, Conaway, Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> Email: jshaw@ycst.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **David A. Nelson** <br> Pro Hac Vice <br> Email: david.nelson@lw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Glenn Christopher Mandalas** <br> Young, Conaway, Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899-0391 <br> (302) 571-6600 <br> *TERMINATED: 08/29/2005* <br> *ATTORNEY TO BE NOTICED* |
| | | **Israel S. Mayergoyz** <br> Pro Hac Vice <br> Email: sasha.mayergoyz@lw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Neilesh R. Patel** <br> Pro Hac Vice <br> Email: neilesh.patel@lw.com <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Lucent Technologies, Inc.** | represented by | **John W. Shaw** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Telcordia Technologies Inc.** | represented by | **Steven J. Balick** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Lucent Technologies, Inc.**

V.

**Counter Defendant**

**Telcordia Technologies Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136492 |

| | | |
|---|---|---|
| | | 4,835,763 by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 07/24/2006) |
| 07/24/2006 | 211 | NOTICE to Take Deposition of Vincent C. Jones on August 1, 2006 by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 07/24/2006) |
| 07/24/2006 | 212 | NOTICE to Take Deposition of Wayne D. Grover on August 4, 2006 by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 07/24/2006) |
| 07/24/2006 | 213 | NOTICE to Take Deposition of Jerry A. Hausman on August 1, 2006 by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 07/24/2006) |
| 07/24/2006 | 214 | NOTICE to Take Deposition of Anthony Acampora on August 4, 2006 by Telcordia Technologies Inc..(Lydon, Tiffany) (Entered: 07/24/2006) |
| 07/24/2006 | 215 | NOTICE OF SERVICE of the Expert Report of Anthony Acampora, Ph.D. Regarding Non-Infringement of U.S. Patent No. RE 36,633 (Fleischer) and the Expert Report of Anthony Acampora, Ph.D. Regarding Non-Infringement of U.S. Patent No. 4,893,306 (Chao) by Lucent Technologies, Inc., CISCO Systems Inc..(Polizoti, Leslie) (Entered: 07/24/2006) |
| 07/24/2006 | 216 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's request for clarification of the Court's July 21, 2006 order. (Balick, Steven) (Entered: 07/24/2006) |
| 07/24/2006 | 217 | NOTICE to Take Deposition of Paul Prucnal on July 31, 2006 by Lucent Technologies, Inc..(Squire, Monte) (Entered: 07/24/2006) |
| 07/24/2006 | 218 | NOTICE to Take Deposition of James Nawrocki on August 2, 2006 by Lucent Technologies, Inc..(Squire, Monte) (Entered: 07/24/2006) |
| 07/24/2006 | 219 | NOTICE to Take Deposition of Douglas Clark on August 7, 2006 by Lucent Technologies, Inc..(Squire, Monte) (Entered: 07/24/2006) |
| 07/25/2006 | 220 | Letter to the Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding expert reports. (Blumenfeld, Jack) (Entered: 07/25/2006) |
| 07/26/2006 | 221 | ORDER that Telecordia shall be precluded from filing opening and reply expert reports on the '306 patent. The Court will not accept any further filings from the parties as to this issue. Signed by Judge Gregory M. Sleet on 7/26/06. (asw ) (Entered: 07/26/2006) |
| 07/28/2006 | 222 | NOTICE OF SERVICE of Reply Expert Report of Dr. Wayne D. Grover Regarding the Invalidity of U.S. Patent No. 4,835,763 by Lucent Technologies, Inc..(Shaw, John) (Entered: 07/28/2006) |
| 07/29/2006 | 223 | NOTICE OF SERVICE of (1) Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. RE 36,633 and (2) Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. 4,893,306 (CHAO) by CISCO Systems Inc..(Polizoti, Leslie) (Entered: 07/29/2006) |
| 07/31/2006 | 224 | NOTICE OF SERVICE of Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. RE 36,633 and Reply Expert Report of Anthony Acampora, Ph.D. Re: Invalidity and Unenforceability of U.S. Patent No. 4,893,306 by Lucent Technologies, Inc..(Shaw, John) (Entered: 07/31/2006) |
| 07/31/2006 | 225 | NOTICE OF SERVICE of (1) Expert Report of Paul Prucnal (2) Expert Report of Douglas W. Clark and (3) Rebuttal Report of James J. Nawrocki by Telcordia Technologies Inc..(Day, John) (Entered: 07/31/2006) |
| 08/08/2006 | 226 | NOTICE of Rescheduling of Daubert/status telephone conference. Telephone conference rescheduled to Tuesday, September 5, 2006, at 3:00 p.m. before the Honorable Gregory M. Sleet. (mmm) (Entered: 08/08/2006) |
| 08/11/2006 | 227 | Letter to The Honorable Gregory M. Sleet from John W. Shaw regarding request for permission for Defendants to file motions for summary judgment-FILED UNDER SEAL. (Attachments: # 1 Exhibit 1-9-FILED UNDER SEAL)(Shaw, John) Modified on 8/14/2006 (mmm). (Entered: 08/11/2006) |
| 08/11/2006 | 228 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's request for permission to file motions for summary judgment. (Balick, Steven) (Entered: 08/11/2006) |
| 08/11/2006 | 229 | MOTION to Preclude *defendants from presenting expert opinions by an additional expert on validity and enforceability of the '633 patent* - filed by Telcordia Technologies Inc., Telcordia Technologies Inc.. (Balick, Steven) (Entered: 08/11/2006) |

| | | |
|---|---|---|
| 08/11/2006 | 230 | OPENING BRIEF in Support re 229 MOTION to Preclude *defendants from presenting expert opinions by an additional expert on validity and enforceability of the '633 patent*, 216 MOTION to Preclude filed by Telcordia Technologies Inc., Telcordia Technologies Inc..Answering Brief/Response due date per Local Rules is 8/25/2006. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Balick, Steven) (Entered: 08/12/2006) |
| 08/22/2006 | 231 | REDACTED VERSION of 227 Letter to The Honorable Gregory M. Sleet from John W. Shaw regarding request for permission for Defendants to file motions for summary judgment-FILED UNDER SEAL. (Attachments: # 1 Exhibit 1-9-FILED UNDER SEAL). (Attachments: # 1 Certificate of Service)(Squire, Monte) Modified on 8/24/2006 (asw, ). (Entered: 08/22/2006) |
| 08/24/2006 | | CORRECTING ENTRY: D.I. 231, Redacted Version has been corrected to link to D.I. 227, Letter. (asw ) (Entered: 08/24/2006) |
| 08/25/2006 | 232 | SEALED Letter to The Honorable Gregory M. Sleet from John G. Day regarding Response to the Defendants' Requests for Leave to File Summary Judgment Motions - re 214 Letter,. (Day, John) Modified on 8/28/2008 (dzs, ). (Entered: 08/25/2006) |
| 08/25/2006 | 233 | SEALED EXHIBIT re 219 Letter *(Volume 1 of 2 of Exhibits to Telcordia's August 25, 2006 Letter to Judge Sleet in Response to the Defendants' Requests for Leave to File Summary Judgment Motions)* by Telcordia Technologies Inc.. (Day, John) (Entered: 08/25/2006) |
| 08/25/2006 | 234 | SEALED EXHIBIT re 220 Exhibit to a Document,, 219 Letter *(Volume 2 of 2 of Exhibits to Telcordia's August 25, 2006 Letter to Judge Sleet in Response to the Defendants' Requests for Leave to File Summary Judgment Motions)* by Telcordia Technologies Inc.. (Day, John) (Entered: 08/25/2006) |
| 08/25/2006 | 235 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding response to Telcordia's request for permission to file summary judgment motions - re 215 Letter. (Attachments: # 1 Exhibits A-C)(Blumenfeld, Jack) (Entered: 08/25/2006) |
| 08/25/2006 | 236 | SEALED EXHIBIT re 222 Letter *Exhibits B and C to letter to Judge Sleet* by Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 08/25/2006) |
| 08/25/2006 | 237 | RESPONSE to Motion re 216 MOTION to Preclude *Defendants' Response to Telcordia Technologies, Inc.'s Motion Regarding Expert Opinions on Invalidity and Unenforceability* filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1)(Shaw, John) (Entered: 08/25/2006) |
| 08/29/2006 | | NOTICE (Paperless) of CANCELED TELECONFERENCE: The Daubert/Status teleconference currently scheduled for Tuesday, September 5, 2006, at 3:00 PM with the Honorable Gregory M. Sleet has been REMOVED from the court's calendar. Today counsel called and advised the court that none of the parties had any daubert issues to address. (ctd) (Entered: 08/29/2006) |
| 09/01/2006 | 238 | REDACTED VERSION of 219 Letter *to Judge Sleet in Response to the Defendants' Requests for Leave to File Summary Judgment Motions* by Telcordia Technologies Inc.. (Balick, Steven) (Entered: 09/01/2006) |
| 09/01/2006 | 239 | REDACTED VERSION of 220 Exhibit to a Document, *Volume 1 of 2 to Telcordia Technologies, Inc.'s August 25, 2006 Letter to Judge Sleet in Response to the Defendants' Requests for Leave to File Summary Judgment Motions* by Telcordia Technologies Inc.. (Balick, Steven) (Entered: 09/01/2006) |
| 09/01/2006 | 240 | REDACTED VERSION of 221 Exhibit to a Document, *Volume 2 of 2 to Telcordia Technologies, Inc.'s August 25, 2006 letter to Judge Sleet in Response to the Defendants' Requests for Leave to File Summary Judgment Motions* by Telcordia Technologies Inc.. (Balick, Steven) (Entered: 09/01/2006) |
| 09/01/2006 | 241 | REPLY BRIEF re 229 MOTION to Preclude *defendants from presenting expert opinions by an additional expert on validity and enforceability of the '633 patent* filed by Telcordia Technologies, Inc. (Attachments: # Exhibit A-C)(Balick, Steven) Additional attachment(s) added on 9/5/2006 (asw, ). (Entered: 09/01/2006) |
| 09/05/2006 | | CORRECTING ENTRY: The main document text in D.I. 241 (regarding counsel representation on 1st page) has been corrected. (asw ) (Entered: 09/05/2006) |
| 09/08/2006 | 242 | NOTICE OF SERVICE of Telcordia Technologies, Inc.'s Supplemental Response to Lucent Technologies, Inc.'s Interrogatory No. 3 by Telcordia Technologies Inc..(Day, John) (Entered: 09/08/2006) |
| 09/11/2006 | 243 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding reply in support of defendants' request to file summary judgment motions - re 214 Letter,. (Attachments: # 1 Exhibits 10- |

| | | |
|---|---|---|
| | | 12)(Blumenfeld, Jack) (Entered: 09/11/2006) |
| 09/11/2006 | 244 | SEALED EXHIBIT re 230 Letter *Exhibits 10 and 12 to Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld Regarding Defendants' Reply in Support of Their Request to File Summary Judgment Motions* by Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 09/11/2006) |
| 09/11/2006 | 245 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's reply in support of its request for permission to move for summary judgment - re 228 Letter. (Balick, Steven) (Entered: 09/11/2006) |
| 09/14/2006 | 246 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding the issue of the discovery dispute Defendants want to raise during 9/18/06 10:00 a.m. teleconference. (Blumenfeld, Jack) (Entered: 09/14/2006) |
| 09/14/2006 | 247 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding MIT v. Abacus Software decision. (Attachments: # 1 Exhibit A)(Blumenfeld, Jack) (Entered: 09/14/2006) |
| 09/15/2006 | 248 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's response to defendants' September 14, 2006 letter regarding the MIT v. Abacus Software decision. (Balick, Steven) (Entered: 09/15/2006) |
| 09/18/2006 | | Minute Entry for proceedings held before Judge Gregory M. Sleet : Telephone Conference Re: Summary Judgment held on 9/18/2006. Discussion on joint agenda and letter submissions regarding summary judgment. (Court Reporter Kevin Maurer.) (asw ) (Entered: 09/18/2006) |
| 09/18/2006 | 250 | STENO NOTES of telephone conference held on 9/18/06 before Judge Gregory M. Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (mmm) (Entered: 10/02/2006) |
| 09/20/2006 | 249 | ORDER regarding summary judgment requests. Signed by Judge Gregory M. Sleet on 9/20/06. (asw ) (Entered: 09/20/2006) |
| 10/03/2006 | 251 | MOTION for Summary Judgment *of Non-Infringement of U.S. Patent No. 4,893,306* - filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Shaw, John) (Entered: 10/03/2006) |
| 10/03/2006 | 252 | SEALED OPENING BRIEF in Support re 238 MOTION for Summary Judgment *of Non-Infringement of U.S. Patent No. 4,893,306* filed by Lucent Technologies, Inc., CISCO Systems Inc..Answering Brief/Response due date per Local Rules is 10/18/2006. (Shaw, John) (Entered: 10/03/2006) |
| 10/03/2006 | 253 | SEALED APPENDIX re 239 Opening Brief in Support, *of Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,893,306* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-17-FILED UNDER SEAL)(Shaw, John) (Entered: 10/03/2006) |
| 10/03/2006 | 254 | MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. 4,835,763* - filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 10/03/2006) |
| 10/03/2006 | 255 | OPENING BRIEF in Support re 241 MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. 4,835,763* filed by Lucent Technologies, Inc., CISCO Systems Inc..Answering Brief/Response due date per Local Rules is 10/18/2006. (Attachments: # 1 Exhibits 1-12)(Blumenfeld, Jack) (Entered: 10/03/2006) |
| 10/03/2006 | 256 | SEALED EXHIBIT re 242 Opening Brief in Support, *Exhibits 2-9 and 11* by Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 10/03/2006) |
| 10/03/2006 | 257 | REDACTED VERSION of 243 Exhibit to a Document *Exhibits 2-9 and 11 to Opening Brief in Support of Motion for Summary Judgment of Noninfringement of U.S. Patent 4,835,763* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 2-9 and 11)(Blumenfeld, Jack) (Entered: 10/03/2006) |
| 10/05/2006 | 258 | MOTION for Partial Summary Judgment *That the '306 Patent is not Invalid as Anticipated or for Lack of Enablement* - filed by Telcordia Technologies Inc.. (Balick, Steven) (Entered: 10/05/2006) |
| 10/05/2006 | 259 | MOTION for Summary Judgment *of Invalidity of U.S. Patent No. 4,893,306* - filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Polizoti, Leslie) (Entered: 10/05/2006) |
| 10/05/2006 | 260 | SEALED OPENING BRIEF in Support re 246 MOTION for Summary Judgment *of Invalidity of U.S. Patent No. 4,893,306 Based on Best Mode Violation* filed by Lucent Technologies, Inc., CISCO Systems Inc..Answering Brief/Response due date per Local Rules is 10/20/2006. (Attachments: # 1 Exhibits 1-7)(Polizoti, Leslie) (Entered: 10/05/2006) |
| | | |

| | | |
|---|---|---|
| 10/05/2006 | 261 | SEALED OPENING BRIEF in Support re 245 MOTION for Partial Summary Judgment *That the '306 Patent is not Invalid as Anticipated or for Lack of Enablement* filed by Telcordia Technologies Inc..Answering Brief/Response due date per Local Rules is 10/20/2006. (Balick, Steven) (Entered: 10/05/2006) |
| 10/11/2006 | 262 | REDACTED VERSION of 247 Opening Brief in Support, *of Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,893,306 Based on Best Mode Violation* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2-7)(Blumenfeld, Jack) (Entered: 10/11/2006) |
| 10/13/2006 | 263 | REDACTED VERSION of 261 Opening Brief in Support,, 248 Opening Brief in Support, by Telcordia Technologies Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R) (Day, John) (Entered: 10/13/2006) |
| 10/18/2006 | 264 | SEALED ANSWERING BRIEF in Opposition *to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,835,763* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 10/25/2006. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/18/2006 | 265 | SEALED ANSWERING BRIEF in Opposition *to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent 4,893,306* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 10/25/2006. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/18/2006 | 266 | SEALED APPENDIX re 252 Answering Brief in Opposition *(APPENDIX A)* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/18/2006 | 267 | SEALED APPENDIX re 252 Answering Brief in Opposition *(APPENDIX B)* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/18/2006 | 268 | SEALED APPENDIX re 252 Answering Brief in Opposition *(APPENDIX C)* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/18/2006 | 269 | SEALED APPENDIX re 252 Answering Brief in Opposition *(APPENDIX D)* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/18/2006) |
| 10/20/2006 | 270 | SEALED ANSWERING BRIEF in Opposition re 245 MOTION for Partial Summary Judgment *Defendants' Answering Brief In Opposition To Telcordia's Motion for Partial Summary Judgment That The '306 Patent Is Not Invalid As Anticipated Or For Lack Of Enablement* filed by Lucent Technologies, Inc., CISCO Systems Inc..Reply Brief due date per Local Rules is 10/27/2006. (Lundgren, Andrew) (Entered: 10/20/2006) |
| 10/20/2006 | 271 | SEALED APPENDIX re 257 Answering Brief in Opposition, *To Telcordia's Motion for Partial Summary Judgment That The '306 Patent Is Not Invalid As Anticipated Or For Lack Of Enablement* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-18-FILED UNDER SEAL)(Lundgren, Andrew) (Entered: 10/20/2006) |
| 10/20/2006 | 272 | SEALED ANSWERING BRIEF in Opposition *to Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,893,306 Based on Best Mode Violation* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 10/27/2006. (Day, John) (Entered: 10/20/2006) |
| 10/25/2006 | 273 | REDACTED VERSION of 264 Answering Brief in Opposition, 251 Answering Brief in Opposition by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/25/2006) |
| 10/25/2006 | 274 | REDACTED VERSION of 253 Appendix, 266 Appendix by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/25/2006) |
| 10/25/2006 | 275 | REDACTED VERSION of 254 Appendix, 267 Appendix by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/25/2006) |
| 10/25/2006 | 276 | REDACTED VERSION of 255 Appendix, 268 Appendix by Telcordia Technologies Inc.. (Attachments: # 1 part 2)(Lydon, Tiffany) (Entered: 10/25/2006) |
| 10/25/2006 | 277 | REDACTED VERSION of 256 Appendix, 269 Appendix by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/25/2006) |
| 10/25/2006 | 278 | REDACTED VERSION of 265 Answering Brief in Opposition, 259 Answering Brief in Opposition, by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/25/2006) |

| | | |
|---|---|---|
| 10/27/2006 | 279 | REDACTED VERSION of 259 Answering Brief in Opposition,, 272 Answering Brief in Opposition, by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 10/27/2006) |
| 11/02/2006 | 280 | SEALED REPLY BRIEF re 251 MOTION for Summary Judgment *of Non-Infringement of U.S. Patent No. 4,893,306* filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Squire, Monte) (Entered: 11/02/2006) |
| 11/02/2006 | 281 | SEALED APPENDIX re 267 Reply Brief *in Support of Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,893,306* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-12-FILED UNDER SEAL)(Squire, Monte) (Entered: 11/02/2006) |
| 11/02/2006 | 282 | SEALED REPLY BRIEF re 254 MOTION for Summary Judgment *of Noninfringement of U.S. Patent No. 4,835,763* filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 13-14)(Blumenfeld, Jack) (Entered: 11/02/2006) |
| 11/02/2006 | 283 | REDACTED VERSION of 269 Reply Brief *in Support of Motion for Summary Judgment of Noninfringement of U.S. Patent No. 4,835,763* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 13-14)(Blumenfeld, Jack) (Entered: 11/02/2006) |
| 11/06/2006 | 284 | REPLY BRIEF re 245 MOTION for Partial Summary Judgment filed by Telcordia Technologies Inc.. (Day, John) (Entered: 11/06/2006) |
| 11/06/2006 | 285 | SEALED REPLY BRIEF re 246 MOTION for Summary Judgment *of Invalidity of U.S. Patent No. 4,893,306 Based on a Best Mode Violation* filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Polizoti, Leslie) (Entered: 11/06/2006) |
| 11/07/2006 | 286 | REQUEST for Oral Argument by Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 11/07/2006) |
| 11/08/2006 | 287 | REDACTED VERSION of 257 Answering Brief in Opposition, *To Telcordia's Motion For Partial Summary Judgment That The '306 Patent Is Not Invalid As Anticipated Or For Lack Of Enablement* by Lucent Technologies, Inc., CISCO Systems Inc.. (Lundgren, Andrew) (Entered: 11/08/2006) |
| 11/08/2006 | 288 | REDACTED VERSION of 258 Appendix, *To Defendants' Answering Brief In Opposition to Telcordia's Motion For Partial Summary Judgment That The '306 Patent Is Not Invalid As Anticipated Or For Lack Of Enablement* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-5# 2 Exhibit 6-8# 3 Exhibit 9-10# 4 Exhibit 11-16# 5 Exhibit 17-18)(Lundgren, Andrew) (Entered: 11/08/2006) |
| 11/09/2006 | 289 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's response to defendants' request for oral argument on the pending motions for summary judgment. (Balick, Steven) (Entered: 11/09/2006) |
| 11/09/2006 | 290 | REDACTED VERSION of 267 Reply Brief *In Support Of Defendants' Motion for Summary Judgment Of Non-Infringement of U.S. Patent No. 4,893,306* by Lucent Technologies, Inc., CISCO Systems Inc.. (Squire, Monte) (Entered: 11/09/2006) |
| 11/09/2006 | 291 | REDACTED VERSION of 268 Appendix, *To Defendants' Reply Brief In Support Of Their Motion For Summary Judgment Of Non-Infringement Of U.S. Patent No. 4,893,306* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-12)(Squire, Monte) (Entered: 11/09/2006) |
| 11/14/2006 | 292 | REDACTED VERSION of 285 Reply Brief *and* 272 *in Support of Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,893,306 Based on a Best Mode Violation* by Lucent Technologies, Inc., CISCO Systems Inc.. (Polizoti, Leslie) (Entered: 11/14/2006) |
| 11/15/2006 | 293 | ORDER denying 229 Motion to Preclude as premature. Signed by Judge Gregory M. Sleet on 11/15/06. (asw) (Entered: 11/15/2006) |
| 11/20/2006 | 294 | Letter to The Honorable Gregory M. Sleet from Jack B. Blumenfeld regarding Federal Circuit's November 15, 2006 Opinion and its relevance to defendants' motion for summary judgment - re 267 Reply Brief. (Attachments: # 1 Exhibit A)(Blumenfeld, Jack) (Entered: 11/20/2006) |
| 11/22/2006 | 295 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding Telcordia's response to defendants' November 20, 2006 letter concerning a newly-decided Federal Circuit decision. (Balick, Steven) (Entered: 11/22/2006) |
| 12/13/2006 | 296 | NOTICE of Change of Address by Steven J. Balick (Balick, Steven) (Entered: 12/13/2006) |
| 01/08/2007 | 297 | Letter to The Honorable Gregory M. Sleet from Steven J. Balick regarding joint proposals by the |

|  |  |  |
|---|---|---|
|  |  | parties concerning the pre-trial order and trial. (Balick, Steven) (Entered: 01/08/2007) |
| 01/29/2007 |  | ORAL ORDER: No party shall file more than five (5) Motions in Limine. Briefs (opening, answering, and reply) on all Motions in Limine shall be filed in accordance with the dates set forth in the Scheduling Order for this case. Ordered by Judge Gregory M. Sleet on 1/29/07. (ctd) (Entered: 01/29/2007) |
| 01/30/2007 | 298 | STIPULATION TO EXTEND TIME Trial Date to April 30, 2007 - filed by Telcordia Technologies Inc., Lucent Technologies, Inc., CISCO Systems Inc.. (Blumenfeld, Jack) (Entered: 01/30/2007) |
| 01/31/2007 |  | SO ORDERED, re 298 STIPULATION TO EXTEND TIME Trial Date to April 30, 2007 filed by Telcordia Technologies Inc., CISCO Systems Inc., Lucent Technologies, Inc., ORDER, Resetting Scheduling Order Deadlines/Hearings: Pretrial Order due by 3/2/2007.,10-Jury Trial set for 4/30/2007 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet., Motions in Limine (Opening due 2/8/2007, Answering due 2/22/2007, Reply due 3/1/2007).,Pretrial Conference set for 3/30/2007 at 10:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. Ordered by Judge Gregory M. Sleet on 1/31/2007. (asw) (Entered: 01/31/2007) |
| 01/31/2007 |  | Remark: THIS CASE IS CONSOLIDATED WITH ITS RELATED CASE 04-876 FOR TRIAL. (asw) (Entered: 01/31/2007) |
| 02/02/2007 | 299 | NOTICE of Subpoena by CISCO Systems Inc. (Polizoti, Leslie) (Entered: 02/02/2007) |
| 02/08/2007 | 300 | MOTION in Limine *No. 1: Motion to Preclude Defendants from Referencing Telcordia's Concession of Noninfringement of U.S. Patent No. 4,893,306 or Telcordia's Prior Claim Construction Positions* - filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/08/2007) |
| 02/08/2007 | 301 | MOTION in Limine *No. 2: Motion to Preclude Defendants from Presenting Expert Opinions on Invalidity and Unenforceability by an Additional Expert Who Never Prepared or Submitted an Opening Expert Report on Invalidity and Unenforceability* - filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/08/2007) |
| 02/08/2007 | 302 | SEALED MOTION in Limine *No. 4: Motion to Preclude Testimony on Alleged Inequitable Conduct During Prosecution of the '633 Patent Based Upon (1) The Gonzales Article or (2) Private Communications with France Telecom* - filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/08/2007) |
| 02/08/2007 | 303 | SEALED MOTION in Limine *No. 5: Motion to Preclude the Defendants from Using or Referencing Deposition Testimony of Thierry Houdoin* - filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/08/2007) |
| 02/08/2007 | 304 | SEALED MOTION in Limine - filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 1-5)(Polizoti, Leslie) (Entered: 02/08/2007) |
| 02/15/2007 | 305 | REDACTED VERSION of 291 MOTION in Limine by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/15/2007) |
| 02/15/2007 | 306 | REDACTED VERSION of 290 MOTION in Limine by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 02/15/2007) |
| 02/16/2007 | 307 | REDACTED VERSION of 292 MOTION in Limine *(and 304)* by CISCO Systems Inc.. (Polizoti, Leslie) (Entered: 02/16/2007) |
| 02/21/2007 | 308 | REDACTED VERSION of 292 MOTION in Limine by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 1-4# 2 Exhibit 5)(Polizoti, Leslie) (Entered: 02/21/2007) |
| 02/22/2007 | 309 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in Limine No. 1)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 310 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in Limine No. 2)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 311 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in Limine No. 5A)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 312 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in* |

| | | |
|---|---|---|
| | | *Limine No. 5B)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 313 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in Limine No. 4)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 314 | SEALED ANSWERING BRIEF in Opposition re 292 MOTION in Limine *(Answer to Motion in Limine No. 3)* filed by Telcordia Technologies Inc..Reply Brief due date per Local Rules is 3/5/2007. (Lydon, Tiffany) (Entered: 02/22/2007) |
| 02/22/2007 | 315 | SEALED RESPONSE to Motion re 291 MOTION in Limine, 289 SEALED MOTION in Limine *Telcordia Technologies Inc.'s Motion In Limine No. 3: Motion to Preclude Defendant Cisco Systems, Inc. from Offering Argument, Testimony, or Evidence Regarding the Amounts Defendant Paid Plaintiff for Product Testing*, 287 MOTION in Limine, 290 MOTION in Limine, 288 MOTION in Limine *DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTIONS IN LIMINE* filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-5-FILED UNDER SEAL)(Squire, Monte) (Entered: 02/22/2007) |
| 03/01/2007 | 316 | REDACTED VERSION of 302 Answering Brief in Opposition *Motion in Limine No. 4* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 317 | SEALED REPLY BRIEF re 300 MOTION in Limine *No. 1: Motion to Preclude Defendants from Referencing Telcordia's Concession of Noninfringement of U.S. Patent No. 4,893,306 or Telcordia's Prior Claim Construction Positions* filed by Telcordia Technologies Inc.. (Maguire, Lauren) (Entered: 03/01/2007) |
| 03/01/2007 | 318 | REDACTED VERSION of 303 Answering Brief in Opposition *Motion in Limine No. 3* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 319 | REPLY BRIEF re 301 MOTION in Limine *No. 2: Motion to Preclude Defendants from Presenting Expert Opinions on Invalidity and Unenforceability by an Additional Expert Who Never Prepared or Submitted an Opening Expert Report on Invalidity and Unenforceability* filed by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 320 | REDACTED VERSION of 301 Answering Brief in Opposition *to Motion in Limine No. 5B* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 321 | REDACTED VERSION of 299 Answering Brief in Opposition *to Motion in Limine No. 2* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 322 | REDACTED VERSION of 311 Answering Brief in Opposition *to Motion in Limine No. 5A* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 323 | SEALED REPLY BRIEF re 289 SEALED MOTION in Limine *Telcordia Technologies Inc.'s Motion In Limine No. 3: Motion to Preclude Defendant Cisco Systems, Inc. from Offering Argument, Testimony, or Evidence Regarding the Amounts Defendant Paid Plaintiff for Product Testing* filed by Telcordia Technologies Inc.. (Maguire, Lauren) (Entered: 03/01/2007) |
| 03/01/2007 | 324 | REDACTED VERSION of 309 Answering Brief in Opposition *to Motion in Limine No. 1* by Telcordia Technologies Inc.. (Lydon, Tiffany) (Entered: 03/01/2007) |
| 03/01/2007 | 325 | SEALED REPLY BRIEF re 291 MOTION in Limine filed by Telcordia Technologies Inc.. (Maguire, Lauren) (Entered: 03/01/2007) |
| 03/01/2007 | 326 | SEALED REPLY BRIEF re 290 MOTION in Limine *No.:4* filed by Telcordia Technologies Inc.. (Maguire, Lauren) (Entered: 03/01/2007) |
| 03/01/2007 | 327 | SEALED REPLY BRIEF re 292 MOTION in Limine filed by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibits 1-5)(Polizoti, Leslie) (Entered: 03/01/2007) |
| 03/02/2007 | 328 | REDACTED VERSION of 304 Response to Motion,, *Defendants' Responses to Plaintiff's Motions in Limine* by Lucent Technologies, Inc., CISCO Systems Inc.. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3# 3 Exhibit 4-5)(Squire, Monte) (Entered: 03/02/2007) |
| 03/02/2007 | 329 | Proposed Pretrial Order *(FILED UNDER SEAL)* by Telcordia Technologies Inc., Lucent Technologies, Inc., CISCO Systems Inc.. (Day, John) (Entered: 03/02/2007) |
| 03/08/2007 | 330 | REDACTED VERSION of 306 Reply Brief, *(Motion in Limine No. 1:)* by Telcordia Technologies |